# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

HENRY NARANJO and
MARLENE RAMIREZ,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

STEPHEN BYRON SMITH

00-6022

CIV-LENARD

MAGISTRATE JUDGE
TURNOFF

TO: (Name and address of defendant)

STEPHEN BYRON SMITH
360 Sutton Road
Barrington, Illinois 60010

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LAW OFFICES OF JOHN W. BURKE, P.A.
**Manuel Valdes, Esquire**
Co-Counsel for Plaintiff
Suite 330, Ocean Bank Building
782 N.W. 42nd Avenue
Miami, FL 33126
Tel: 305/858-6000
Fax: 305/445-0404

an answer to the complaint which is herewith served upon you, within __TWENTY (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox

JAN 0 7 2000

CLERK

DATE

(BY) DEPUTY CLERK