# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

*Served Gethon Smith (daw)*
*Smith 1/14/00 11:42am*
*T.R. #852*

HENRY NARANJO and
MARLENE RAMIREZ,

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

STEPHEN BYRON SMITH

# 00-6022
# CIV-LENARD

MAGISTRATE JUDGE
TURNOFF

TO: (Name and address of defendant)

STEPHEN BYRON SMITH
360 Sutton Road
Barrington, Illinois 60010

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LAW OFFICES OF JOHN W. BURKE, P.A.
**Manuel Valdes, Esquire**
Co-Counsel for Plaintiff
Suite 330, Ocean Bank Building
782 N.W. 42nd Avenue
Miami, FL 33126
Tel: 305/858-6000
Fax: 305/445-0404

an answer to the complaint which is herewith served upon you, within ___TWENTY (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox

JAN 0 7 2000

CLERK

DATE

(BY) DEPUTY CLERK

# AFFIDAVIT OF SERVICE

State of FLORIDA                    County of                            Southern Court

Case Number: 00-6022-CIV-LENARD

Plaintiff:
**HENRY NARANJO ET AL**
vs.
Defendant:
**STEPHEN BYRON SMITH**

For: F. David Famulari, Esq.
     UNDERWOOD, KARCHER & KARCHER P.A.

Received by P.I. SERVICES on the 7th day of January, 2000 at 6:13 pm to be served on **STEPHEN BYRON SMITH, 360 SUTTON ROAD, BARRINGTON, ILL 60010**. I, __TED__ __ROMANO__, being duly sworn, depose and say that on the __14th__ day of __JANUARY__, 1900 at __11:42a__.m., executed service by delivering a true copy of the **SUBPOENA IN A CIVIL CASE** in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: Served the within-named person.

(X) SUBSTITUTE SERVICE: By serving ___GILLIAN SMITH___ as
___DAUGHTER___.

( ) POSTED SERVICE: After attempting service on ___/___ at _____ and on ___/___ at _____ to a conspicuous place on the property described herein.

( ) OTHER SERVICE: As described in the Comments below by serving _____
as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: ___EXACT ADDRESS OF SEVICE IS AS FOLLOWS:___
___362 OLD SUTTON ROAD___
___BARRINGTON HILLS, IL___

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the __17th__ day of __JANUARY__, __2000__ by the affiant who is personally known to me.

_____
NOTARY PUBLIC

OFFICIAL SEAL
DALISAY R. PANGANIBAN
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 2-26-2003

_____
TED ROMANO
PROCESS SERVER # __852__
Appointed in accordance
 with State Statutes

**P.I. SERVICES**
**1550 South Dixie Highway**
**Suite 206a**
**Coral Gables, FL 33146**
**(305) 666-0142**
Our Job Serial Number: 2000000248

Copyright © 1992-1999 Database Services, Inc. - Process Server's Toolbox V5.3f