AO 441 (Rev. 5/85)  Third Party Summons in a Civil Action

# United States District Court

SOUTHERN DISTRICT OF Miami

**PLAINTIFF**
Henry Naranjo and
Marlene Ramirez

**V. DEFENDANT AND THIRD PARTY PLAINTIFF**
Stephen Byron Smith

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 00-6022-CIV-LENARD

**V. THIRD PARTY DEFENDANT**
Bradford Marine, Inc.

To: (Name and Address of Third Party Defendant)
SERVE:
Bradford Marine, Inc.
Richard H. Houghen, Registered Agent
3051 State Road 84
Fort Lauderdale, Florida

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this court and serve upon

**PLAINTIFF'S ATTORNEY** (name and address)

John D. Kallen
Badiak, Will & Kallen
17071 W. Dixie Highway
North Miami Beach, Florida  33160

**DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY** (name and address)

an answer to the third-party complaint which is herewith served upon you within __20__ days after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against *you* in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

Clarence Maddox

CLERK: Martha Diaz
(BY) DEPUTY CLERK

DATE: 2/4/00