UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

COPY FOR JUDGE

Case No: 00-6022-CIV-LENARD

HENRY NARANJO and
MARLENE RAMIREZ,

    Plaintiff,

vs.

STEPHEN BYRON SMITH,

    Defendant.
_____

STEPHEN BYRON SMITH,

    Defendant/Third-Party Plaintiff,

vs.

BRADFORD MARINE, INC.,

    Third-Party Defendant.
_____/



FILED by _____ D.C.
FEB 29 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## NOTICE OF APPEARANCE

The firm of BILLING, COCHRAN, HEATH, LYLES & MAURO, P.A., hereby files its Notice of Appearance on behalf of the Third-Party Defendant, BRADFORD MARINE, INC., and request that all pleadings and correspondence regarding this matter be forwarded to their attention.

THIS IS TO CERTIFY that a true copy of the above has been mailed to: F. David Famulari, Esq., Underwood, Karcher & Karcher, P.A., Attorneys for Plaintiffs, 9th Floor, Grove Plaza Building, 2900 S.W. 28th Terrace, Miami, Florida 33133; Manuel Valdes, Esq., Law Offices of John W. Burke, P.A., Co-Counsel for Plaintiffs, Suite 330, Ocean

Bank Building, 782 N.W. 42nd Avenue, Miami, Florida 33126 and John D. Kallen, Esquire, Badiak, Will & Kallen, 17071 West Dixie Highway, N. Miami Beach, Florida 33160 this 25th day of February, 2000.

> BILLING, COCHRAN, HEATH, LYLES
> & MAURO, P.A.
> Attorneys for Third-Party Defendant
> 888 SE 3rd Ave., Suite 301
> Ft. Lauderdale, FL 33316
> 954/764-7150 (Dade 940-7499)
> (Fax) 764-7279
>
> By _____
>
> Shawn B. McKamey, #991384