UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 00-6022-CIV-LENARD

HENRY NARANJO and
MARLENE RAMIREZ,

  Plaintiff,

vs.

STEPHEN BYRON SMITH,

  Defendant.
_____

STEPHEN BYRON SMITH,

  Defendant/Third-Party Plaintiff,

vs.

BRADFORD MARINE, INC.,

  Third-Party Defendant.
_____/



FILED by _____ D.C.

FEB 2 9 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### AGREED ORDER GRANTING THIRD-PARTY DEFENDANT'S AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO THIRD-PARTY COMPLAINT

THIS CAUSE comes before the Court upon the Agreed Motion for Extension of Time to Respond to Third-Party Complaint filed by Third-Party Defendant, BRADFORD MARINE, INC. Upon review of the record and the applicable law, and being advised in the premises, it is hereby,

ORDERED and ADJUDGED as follows:

1. Third-Party Defendant's Agreed Motion for Extension of Time to Respond to Third-Party Complaint is GRANTED.

2. Third-Party Defendant shall have up to and including Tuesday, March 7,

2000 within which to file a response to the Third-Party Complaint in this action.

DONE AND EXECUTED in Chambers in Miami, Florida, this 29 day of February, 2000.

*[signature]*
UNITED STATES DISTRICT JUDGE

Copies furnished to:
**F. David Famulari, Esq.**, Underwood, Karcher & Karcher, P.A., Attorneys for Plaintiffs, 9th Floor, Grove Plaza Building, 2900 S.W. 28th Terrace, Miami, Florida 33133;
**Manuel Valdes, Esq.**, Law Offices of John W. Burke, P.A., Co-Counsel for Plaintiffs, Suite 330, Ocean Bank Building, 782 N.W. 42nd Avenue, Miami, Florida 33126
**John D. Kallen, Esquire**, Badiak, Will & Kallen, 17071 West Dixie Highway, N. Miami Beach, Florida 33160
**Shawn B. McKamey, Esquire**, Billing, Cochran, Heath, Lyles & Mauro, P.A., 888 SE 3rd Avenue, Suite 301, Ft. Lauderdale, Florida 33316