UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY _____ D.C.
2000 MAR -8 PM 12: 43
CLA... ...DOX
CLERK U.S. DIST. CT.

HENRY NARANJO and
MARLENE RAMIREZ,

      Plaintiff,

vs.

STEPHEN BYRON SMITH,

      Defendant.
_____

STEPHEN BYRON SMITH,

      Defendant/
      Third-Party Plaintiff,

vs.

BRADFORD MARINE, INC.,

      Third-Party Defendant.
_____/

CASE NO. 00-6022-CIV-LENARD
Magistrate Judge Turnoff

## CERTIFICATE OF INTERESTED PERSONS

Defendant/third-party plaintiff STEPHEN BYRON SMITH ("Smith"), by and through his undersigned counsel, files his Certificate of Interested Persons pursuant to this Court's Order of March 3, 2000.

1. Stephen Smith
   360 Old Sutton Road
   Barrington, IL 60010

2. Royal Insurance Company of America
   11111 Carmel Commons Boulevard
   Charlotte, NC 28247



3. John D. Kallen
Badiak, Will & Kallen
17071 West Dixie Highway
North Miami Beach, FL 33160

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been mailed to: Manuel Valdes, Esq., Law Offices of John W. Burke, P.A., Attorneys for Plaintiffs, Suite 330, Ocean Bank Building, 782 N.W. 42nd Avenue, Miami, FL 33126, F. David Famulari, Esq., Underwood, Karcher & Karcher, P.A., Co-counsel for Plaintiffs, 9th Floor, Grove Plaza Building, 2900 S.W. 28th Terrace, Miami, FL 33133, and Shawn B. McKamey, Esq., Billing, Cochran, et al., Attorneys for Bradford, 888 S.W. Third Avenue, Suite 301, Fort Lauderdale, FL 33316, this 7 day of March, 2000.

BADIAK, WILL & KALLEN
Attorneys for Smith
17071 West Dixie Highway
No. Miami Beach, Florida 33160
Tel: 305-945-1851
Fax: 305-944-8780

By: _____
John D. Kallen
Florida Bar No. 277428\

C:\WP\00\108\CERTIF.INTRST.wpd