UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY _____ D.C.

2000 MAR 14 PM 2:39

CLARENCE MADDOX
CLERK U. S. DIST. CT.
S.D. OF FLA - MIA

Case No: 00-6022-CIV-LENARD

HENRY NARANJO and
MARLENE RAMIREZ,

    Plaintiff,

vs.

STEPHEN BYRON SMITH,

    Defendant.
_____

STEPHEN BYRON SMITH,

    Defendant/Third-Party Plaintiff,

vs.

BRADFORD MARINE, INC.,

    Third-Party Defendant.
_____/

## THIRD PARTY DEFENDANT's CERTIFICATE OF INTERESTED PERSONS

COMES NOW Third-Party Defendant, BRADFORD MARINE, INC., by and through its undersigned counsel, and pursuant to the Court's Order Referring Pre-Trial Discovery Motions to Magistrate, Order Directing Parties to File Certificates of Interested Parties and Joint Scheduling Report filed March 3, 2000, submits and files this its Certificate of Interested Persons.

    1.   Stephen Byron Smith
           360 Old Sutton Road
           Brarrington, IL 60010

1

2. Royal & Sunalliance Insurance Company
   11111 Carmel Commons Blvd.
   Charlotte, NC 28247

3. Bradford Marine, Inc.
   c/o Rick Roughen
   3051 State Road 84
   Fort Lauderdale, Florida 33312

4. St. Paul Fire & Marine Insurance Co.
   (Joseph Grenzebach-Claims Supervisor)
   3230 W. Commercial Blvd., #390
   Fort Lauderdale, Florida

5. Billing, Cochran, Health, Lyles & Mauro, P.A.
   The Legal Center Building, Suite 301
   888 SE Third Avenue
   Fort Lauderdale, Florida 33316

THIS IS TO CERTIFY that a true copy of the above has been mailed to: F. David Famulari, Esq., Underwood, Karcher & Karcher, P.A., Attorneys for Plaintiffs, 9th Floor, Grove Plaza Building, 2900 S.W. 28th Terrace, Miami, Florida 33133; Manuel Valdes, Esq., Law Offices of John W. Burke, P.A., Co-Counsel for Plaintiffs, Suite 330, Ocean Bank Building, 782 N.W. 42nd Avenue, Miami, Florida 33126 and John D. Kallen, Esquire, Badiak, Will & Kallen, 17071 West Dixie Highway, N. Miami Beach, Florida 33160 this 13th day of March, 2000.

BILLING, COCHRAN, HEATH, LYLES
& MAURO, P.A.
Attorneys for Third-Party Defendant
888 SE 3rd Ave., Suite 301
Ft. Lauderdale, FL 33316
(954)764-7150 (FAX) (954) 764-7279
sbm @ bchlm-pa.com

By _____
Shawn B. McKamey, Esq.
(Fla. Bar #991384)

2