FDF:cf
1399-181
Pld\Cert Int Parties
3/13/00

ILED BY _____ D.C.
TAKE

00 MAR 15 PM 1: 42

CLERK U.S. DIST. CT.
S.D. OF FLA - HIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6022-CIV-LENARD
MAGISTRATE JUDGE TURNOFF

HENRY NARANJO and
MARIA RODRIGUEZ,

       Plaintiff(s),

vs.

STEPHEN BYRON SMITH,

       Defendant(s).
_____/

STEPHEN BYRON SMITH

       Defendant/
       Third-Party Plaintiff,

vs.

BRADFORD MARINE, INC.

       Third-Party Defendant.
_____/

**CERTIFICATE OF INTERESTED PARTIES**

PLAINTIFFS, HENRY NARANJO and MARLENE RAMIREZ, by and through their

undersigned counsel, file their Certificate of Interested Parties, pursuant to the Court's Order

dated March 3, 2000, and state:

1.     Henry Naranjo and Marlene Ramirez
       20275 N.E. 2nd Avenue, Apt. C2
       Miami, FL 33179

2.     F. David Famulari, Esquire
       2900 S.W. 28th Terrace, 6th Floor
       Miami, FL 33133

Case No.  00-6022-CIV-LENARD

3.      Manuel Valdes, Esquire
        782 N.W. 42nd Avenue, Suite 330
        Miami, FL 33126

4.      Zenith Insurance Company
        Southeast Region
        1390 Main Street
        Sarasota, Florida

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that a true and correct copy of the foregoing was mailed this
*13* day of March, 2000, to:

John D. Kallen, Esquire                     Shawn B. McKarney
Badiak, Will & Kallen                       Billing, Cochran, Heath, Lyles
Attorneys for Stephen Byron Smith           & Mauro, P.A.
17071 West Dixie Highway                    Attorneys for Bradford Marine, Inc.
North Miami Bch, FL 33160                   888 S.E. 3rd Avenue, Suite 301
Tel: 305/945-1851                           Ft. Lauderdale, FL 33316
Fax: 305/944-8780                           Tel: 954/764-7150
                                            Fax:954/764-7279

                        Respectfully submitted,

                        LAW OFFICES OF JOHN W. BURKE, P.A.
                        **Manuel Valdes, Esquire**
                        Fla. Bar No.13307
                        Co-Counsel for Plaintiff
                        Suite 330, Ocean Bank Building
                        782 N.W. 42nd Avenue
                        Miami, FL 33126
                        Tel: 305/858-6000   Fax: 305/445-0404

        and

                        UNDERWOOD, KARCHER & KARCHER, P.A.
                        **F. David Famulari, Esquire**
                        Co-Counsel for Plaintiff
                        6th Floor, Grove Plaza Building
                        2900 S. W. 28th Terrace
                        Miami, Florida 33133
                        Tel: 305/446-2300  Fax: 305/ 446-5858

                        BY: _____
                        F. DAVID FAMULARI, ESQUIRE
                        FLA. BAR NO. 0860506

2