UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 00-6022-CIV-LENARD

HENRY NARANJO and
MARLENE RAMIREZ,

    Plaintiff,

vs.

STEPHEN BYRON SMITH,

    Defendant.
_____

STEPHEN BYRON SMITH,

    Defendant/Third-Party Plaintiff,

vs.

BRADFORD MARINE, INC.,

    Third-Party Defendant.
_____/

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF THIRD-PARTY COMPLAINT

Stephen Byron Smith and Bradford Marine, Inc., by and through their undersigned attorneys, jointly stipulate and agree to the dismissal with prejudice of the third-party complaint, with each party to bear their own costs and fees.

DATED: 3/27/00

| | |
|---|---|
| BADIAK, WILL & KALLEN<br>Attorneys for Defendant<br>17071 West Dixie Highway<br>No. Miami Beach, FL 33160<br>305-945-1851<br><br>BY: _____<br>John D. Kallen, #277428 | BILLING, COCHRAN, HEATH, LYLES<br> & MAURO, P.A.<br>Attorneys for Third-Party Defendant<br>888 SE 3rd Ave., Suite 301<br>Ft. Lauderdale, FL 33316<br>954/764-7150 (Dade 940-7499)<br><br>By _____<br>Shawn B. McKamey, #991384 |