UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 00-6022-CIV-LENARD

HENRY NARANJO and
MARLENE RAMIREZ,

    Plaintiff,

vs.

STEPHEN BYRON SMITH,

    Defendant.

_____

STEPHEN BYRON SMITH,

    Defendant/Third-Party Plaintiff,

vs.

BRADFORD MARINE, INC.,

    Third-Party Defendant.
_____/

FILED by ___ D.C.
MAR 30 2000
CLARENCE ____
CLERK U.S. ____
S.D. OF FLA

### ORDER OF DISMISSAL WITH PREJUDICE
### OF THIRD-PARTY COMPLAINT

THIS CAUSE came before the Court upon the Joint Stipulation of the above parties, and the Court being duly advised in the premises, it is hereupon,

ORDERED AND ADJUDGED that the third-party complaint be dismissed with prejudice, with each party to bear their own costs and fees.

DONE AND ORDERED in Chambers at Miami, Dade County, Florida this 30 day of March, 2000.

_____
District Judge

Copies furnished to:
John D. Kallen, Esq., Shawn B. McKamey, Esq., Manuel Valdes, Esq., F. David Famulari, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 00-6022-CIV-LENARD

HENRY NARANJO and
MARLENE RAMIREZ,

    Plaintiff,

vs.

STEPHEN BYRON SMITH,

    Defendant.

_____

STEPHEN BYRON SMITH,

    Defendant/Third-Party Plaintiff,

vs.

BRADFORD MARINE, INC.,

    Third-Party Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE OF THIRD-PARTY COMPLAINT

THIS CAUSE came before the Court upon the Joint Stipulation of the above parties, and the Court being duly advised in the premises, it is hereupon,

ORDERED AND ADJUDGED that the third-party complaint be dismissed with prejudice, with each party to bear their own costs and fees.

DONE AND ORDERED in Chambers at Miami, Dade County, Florida this ____ day of _____, 2000.

                                                          _____
                                                                 District Judge

Copies furnished to:
John D. Kallen, Esq., Shawn B. McKamey, Esq., Manuel Valdes, Esq., F. David Famulari, Esq.