UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6022-CIV-LENARD/TURNOFF

HENRY NARANJO and MARLENE RAMIREZ,

    Plaintiff(s),

vs.

STEPHEN BYRON SMITH,

    Defendant(s).
_____/



FILED by _____ D.C.
MAY 09 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIA

ORDER DIRECTING PLAINTIFF'S COUNSEL TO SUBMIT
PROPOSED ORDER SCHEDULING MEDIATION

THIS CAUSE is before the Court on sua sponte. After review of the file, being duly advised in the premises, and pursuant to Federal Rule of Civil Procedure 16(c)(9) and Southern District Local Rule 16.2, it is hereby

**ORDERED** as follows:

1. The Court's April 11, 2000 Order of Referral to Mediation and Directing Parties to Submit Proposed Order Scheduling Mediation (D.E. #18) ordered all parties to participate in mediation, to be completed no later than October 11, 2001.

2. A place, date and time for mediation convenient to the mediator, counsel of record, and unrepresented parties shall now be established. **Counsel for the Plaintiff shall complete the form order attached and submit it to the Court on or before May 20, 2000.**

**FAILURE TO COMPLY** with this Order will subject the party or counsel to appropriate penalties, including but not limited to dismissal of the cause, or the striking of

Case No. 00-6022-CIV-LENARD/TURNOFF

**defenses and entry of judgment pursuant to S.D. Fla. L.R. 16.1M.**

**DONE AND ORDERED** in Chambers at Miami, Florida this ___9___ day of May, 2000.

JOAN A. LENARD
UNITED STATES DISTRICT JUDGE

Copies furnished to:

F. David Underwood, Esq.
Underwood, Karcher & Karcher, P.A.
9th Floor, Grove plaza Building
2900 SW 28th Terrace
Miami, FL 33133

Manuel Valdes, Esq.
Law Offices of John W. Burke, P.A.
Suite 330, Ocean Bank Building
782 NW 42nd Avenue
Miami, FL 33126

John D. Kallen, Esq.
Badiak, Will & Kallen
17071 West Dixie Highway
North Miami Beach, FL

Shawn B. McKamey, Esq.
Billing, Cochran, Heath, et al.
888 SE 3rd Avenue, Suite 301
Ft. Lauderdale, FL 33316