UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6022-CIV-LENARD/TURNOFF

HENRY NARANJO and MARLENE
RAMIREZ,

    Plaintiff(s),

vs.

STEPHEN BYRON SMITH,

    Defendant(s).
_____/



FILED by ___ D.C.

MAY 24 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIA.

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court <u>sua sponte</u>. On May 9, 2000, the Court ordered that the parties show cause why this action should not be dismissed for failure to fully comply with the Court's Referral to Mediation (D.E. #18). The Plaintiff has not complied. It is therefore,

**ORDERED AND ADJUDGED** that this case is **DISMISSED WITHOUT PREJUDICE.** The Clerk of Court is directed to CLOSE THIS CASE forthwith. All pending motions are **DENIED AS MOOT.**

**TO REINSTATE** this matter Plaintiff may file a Motion for Relief from Judgment under F.R.Civ.P. 60(b), along with a proposed Order Scheduling Mediation **on or before June 15, 2000.** No other motions in this case, including motions for extension of time, will be considered by this Court until the Motion for Relief From Judgment has been filed and ruled

Case No. 00-6022-CIV-LENARD/TURNOFF

upon.[1]

**DONE AND ORDERED** in Chambers at Miami, Florida this 24 day of May, 2000.

JOAN A. LENARD
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Magistrate Judge William C. Turnoff

F. David Underwood, Esq.
Underwood, Karcher & Karcher, P.A.
9th Floor, Grove plaza Building
2900 SW 28th Terrace
Miami, FL 33133

Manuel Valdes, Esq.
Law Offices of John W. Burke, P.A.
Suite 330, Ocean Bank Building
782 NW 42nd Avenue
Miami, FL 33126

John D. Kallen, Esq.
Badiak, Will & Kallen
17071 West Dixie Highway
North Miami Beach, FL

Shawn B. McKamey, Esq.
Billing, Cochran, Heath, et al.
888 SE 3rd Avenue, Suite 301
Ft. Lauderdale, FL 33316

---

[1] The parties are advised that upon the filing of an adequately supported Rule 60(b) motion and the requisite attachments, the Court may reinstate the cause and the original filing date.

-2-