FDF:cf
1399-181

5-25-00

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HENRY NARANJO and
MARLENE RAMIREZ,

CASE NO.: 00-6022-CIV-LENARD
MAGISTRATE JUDGE TURNOFF

       Plaintiff(s),

vs.

STEPHEN BYRON SMITH,

       Defendant(s).
_____/

## NOTICE OF SCHEDULING MEDIATION

COME NOW the Plaintiffs, HENRY NARANJO and MARLENE RAMIREZ, by and through their undersigned counsel, and pursuant to Federal Rules of Civil Procedure 16(C)(9) and Southern District Local Rule 16.2, file the attached Mediation Order and states as follows:

1. The parties have agreed to use Thomas Bachmyer and have scheduled a mediation conference for March 12, 2001 at Miami, Florida.

### CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that a true and correct copy of the foregoing was mailed this _____ day of May, 2000, to:

Case No. 00-6022-CIV-LENARD

John D. Kallen, Esquire
Badiak, Will & Kallen
Attorneys for Stephen Byron Smith
17071 West Dixie Highway
North Miami Bch, FL 33160
Tel: 305/945-1851
Fax: 305/944-8780

                        Respectfully submitted,

                        LAW OFFICES OF JOHN W. BURKE, P.A.
                        **Manuel Valdes, Esquire**
                        Fla. Bar No. 13307
                        Co-Counsel for Plaintiff
                        Suite 330, Ocean Bank Building
                        782 N.W. 42nd Avenue
                        Miami, FL 33126
                        Tel: 305/858-6000   Fax: 305/445-0404

          and

                        UNDERWOOD, KARCHER & KARCHER, P.A.
                        **F. David Famulari, Esquire**
                        Co-Counsel for Plaintiff
                        6th Floor, Grove Plaza Building
                        2900 S. W. 28th Terrace
                        Miami, Florida 33133
                        Tel: 305/446-2300  Fax: 305/ 446-5858

                        BY: _____
                            F. DAVID FAMULARI, ESQUIRE
                            FLA. BAR NO. 0860506