UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF FLORIDA

CASE NO.   : 00-6022-CIV-LENARD

HENRY NARANJO

    Plaintiff(s),

NOTICE OF MEDIATION CONFERENCE DATE

vs.

STEPHEN BYRON SMITH

    Defendant(s).
*******************************

| | |
|---|---|
| DATE AND TIME: | 03/12/2001 Monday 10:30 A.M.* |
| LOCATION: | Florida Mediation Group<br>28 West Flagler Street, Tenth Floor<br>Miami, Florida 33130<br>305-579-9990 |
| MEDIATOR: | Certified Mediator / Florida Mediation Group, Inc.<br>**Thomas E. Backmeyer, Esq.**<br>The mediator is a neutral and may not act as an advocate for any party. |
| FEES: | FINAL PAYMENT DUE WITH IN 10 DAYS OF THE MEDIATION: SEE ATTACHED |
| SUMMARY: | The parties are requested to present a SUMMARY of facts and issues to the Mediator five days prior to the scheduled Mediation Conference. |
| NOTICE: | Please notify Florida Mediation Group immediately of any scheduling problems and copy the Mediator on any pleadings which may impact or affect the mediation. |

*3 HOURS HAVE BEEN RESERVED FOR THE MEDIATION.  IF YOU THINK YOU WILL NEED MORE TIME, PLEASE CALL US IMMEDIATELY.

ALLENE D. NICHOLSON, ESQ.
FLORIDA MEDIATION GROUP, INC.
Courthouse Plaza, Suite 1010
28 West Flagler Street
Miami, Florida 33130
(305) 579-9990  Fax 579-9991
FMG File No.: 0-41125

```
                                        PAGE 2.
CASE NO.       : 00-6022-CIV-LENARD
FMG FILE NO.   : 0-41125
PLAINTIFF      : NARANJO
```

Copies on May 31, 2000 to:

F. David Famulari, Esq.
Underwood, Karcher, et al.
2900 SW 28th Terrace
Sixth Floor
Miami  FL  33133
305-446-2300 Fax 305-446-5858



John D. Kallen, Esq.
Badiak, Will & Kallen
17071 West Dixie Highway
North Miami Beach  FL  33160
305-945-1851 Fax 305-944-8780