UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6022-CIV-LENARD/TURNOFF

HENRY NARANJO and MARLENE RAMIREZ,

    Plaintiff(s),

vs.

STEPHEN BYRON SMITH,

    Defendant(s).
_____/

FILED by ___ D.C.
JUN 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIA.

## ORDER GRANTING MOTION FOR RELIEF FROM JUDGMENT

**THIS CAUSE** is before the Court on Plaintiff's Motion for Relief from Judgment filed June 2, 2000. On May 9, 2000, the Court ordered that the parties show cause why this action should not be dismissed for failure to fully comply with the Court's Referral to Mediation (D.E. #18). On May 24, 2000, the Court issued an Order of Dismissal (D.E. #21) for failure to comply. After review of the record, and being fully advised in the premises, it is

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Relief from Judgment is GRANTED. The Clerk of Court is directed to REOPEN THIS CASE forthwith.

**DONE AND ORDERED** in Chambers at Miami, Florida this _6_ day of June, 2000.

JOAN A. LENARD
UNITED STATES DISTRICT JUDGE

Case No. 00-6022-CIV-LENARD/TURNOFF

Copies furnished to:

Magistrate Judge William C. Turnoff

F. David Underwood, Esq.
Underwood, Karcher & Karcher, P.A.
9th Floor, Grove plaza Building
2900 SW 28th Terrace
Miami, FL 33133

Manuel Valdes, Esq.
Law Offices of John W. Burke, P.A.
Suite 330, Ocean Bank Building
782 NW 42nd Avenue
Miami, FL 33126

John D. Kallen, Esq.
Badiak, Will & Kallen
17071 West Dixie Highway
North Miami Beach, FL

Shawn B. McKamey, Esq.
Billing, Cochran, Heath, et al.
888 SE 3rd Avenue, Suite 301
Ft. Lauderdale, FL 33316