UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.00-6022-CIV-LENARD/TURNOFF

**HENRY NARANJO and**
**MARLENE RAMIREZ,**

    Plaintiffs,

vs.

**STEPHEN BYRON SMITH,**

    Defendant.
_____/



FILED by XG D.C.
JUN 21 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

**ORDER GRANTING MOTION TO AMEND COMPLAINT**

**THIS CAUSE** is before the Court on the Motion to Amend Complaint, filed May 26, 2000 by Plaintiffs. Defendant does not object to the Motion. Based on the Court's review of the Motion and the record, it is

**ORDERED AND ADJUDGED** that the Motion to Amend Complaint, filed May 26, 2000 by Plaintiffs, is **GRANTED**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 21 day of June, 2000.

                                      JOAN A. LENARD
                                      UNITED STATES DISTRICT JUDGE

cc:  U.S. Magistrate Judge William C. Turnoff

F. David Famulari, Esq.
Underwood, Karcher & Karcher
6th Floor, Grove Plaza Bldg.
2900 S.W. 28th Terrace
Miami, FL 33133

John D. Kallen, Esq.
Badiak, Will & Kallen
17071 West Dixie Hwy
North Miami Beach, FL 33160

Manuel Valdes, Esq.
Ste. 330, Ocean Bank Bldg.
782 N.W. 42nd Ave.
Miami, FL 33126

00-6022-CIV-LENARD/TURNOFF