FDF:cf
1399-181
Pld\Subs counsel
3/29/00

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6022-CIV-LENARD
MAGISTRATE JUDGE TURNOFF

HENRY NARANJO and
MARLENE RAMIREZ,

    Plaintiff(s),

vs.

STEPHEN BYRON SMITH,

    Defendant(s).
_____/

### STIPULATION FOR SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATED by and between the undersigned counsel that the law firm of RIVKIND & PEDRAZA, P.A., be substituted as attorney of record and co-counsel for the Plaintiffs in place and instead of the LAW OFFICES OF JON BURKE, P.A..

DATED this 22nd day of June, 2000.

| | |
|---|---|
| RIVKIND & PEDRAZA, P.A. | LAW OFFICES OF JON BURKE, P.A. |
| 66 West Flagler Street | Suite 330, Ocean Bank Building |
| 6th Floor | 782 N.W. 42nd Avenue |
| Miami, FL 33130 | Miami, FL 33126 |
| Tel: (305) 374-0565 | Tel: 305/858-6000 |
| | Fax: 305/445-0404 |
| BY: _____ | BY: _____ |
| MANUEL VALDES, ESQ. | JON BURKE, ESQUIRE |
| FLA. BAR NO. 13307 | FLA. BAR NO. 010304 |