UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6022-CIV-LENARD
MAGISTRATE JUDGE TURNOFF

HENRY NARANJO and
MARLENE RAMIREZ,

        Plaintiff(s),

vs.

STEPHEN BYRON SMITH,

        Defendant(s).
_____/

FILED by _____ D.C.

JUN 2 6 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIA.

## ORDER FOR SUBSTITUTION OF COUNSEL

THIS CAUSE, having come before the undersigned upon the foregoing Stipulation for Substitution of Counsel, and the parties having agreed to same, it is hereby.

ORDERED and ADJUDGED that LAW OFFICES OF JON BURKE, P.A. former counsel is hereby withdrawn as attorney of record for the Plaintiff, and the law firm of RIVKIND & PEDRAZA, P.A. is hereby substituted as co-counsel for the above-named Plaintiff.

DONE and ORDERED in Chambers at Miami, Dade County, Florida, this 26 day of June, 2000.

                              HONORABLE JOAN LENARD
                              U.S.D.C. Judge

Copies furnished to:

Jon Burke, Esquire
Manuel Valdes, Esquire
F. David Famulari, Esquire
John D. Kallen, Esquire