# United States District Court

SOUTHERN DISTRICT OF FLORIDA

HENRY NARANJO and
MARLENE RAMIREZ,
      Plaintiffs,

V.

STEPHEN BYRON SMITH, PALMER
JOHNSON EXPORT SALES, INC.,
PALMER JOHNSON DISTRIBUTORS, INC.
and PALMER JOHNSON, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 00-6022-CIV-LENARD
MAGISTRATE JUDGE TURNOFF

TO: (Name and address of defendant)
    PALMER JOHNSON, INC.
    c/o William C. Parsons, RA
    61 Michigan Street
    Sturgeon Bay, Wisconsin 54235

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    F. DAVID FAMULARI, ESQUIRE
    UNDERWOOD, KARCHER & KARCHER, P.A.
    2900 S.W. 28th Terrace, 6th Floor
    Miami, FL 33133
    305/446-2300

an answer to the Amended complaint which is herewith served upon you, within __TWENTY (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox

CLERK

(BY) DEPUTY CLERK

DATE JUL 2 5 2000