FDF:cf
1399-181
pld\Dism Palmer J
8/14/00

FILED BY _____ D.C.
INTAKE

00 AUG 17 PM 12: 55

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6022-CIV-LENARD
MAGISTRATE JUDGE TURNOFF

HENRY NARANJO and
MARLENE RAMIREZ,

      Plaintiff(s),

vs.

STEPHEN BYRON SMITH, PALMER
JOHNSON EXPORT SALES, INC.,
PALMER JOHNSON DISTRIBUTORS
Inc., and PALMER JOHNSON, INC.,

      Defendant(s).
_____/

## NOTICE OF VOLUNTARY DISMISSAL
## PALMER JOHNSON EXPORT SALES, INC., AND
## PALMER JOHNSON DISTRIBUTORS, INC., PURSUANT TO RULE 41(a)(1)(i)

COMES NOW the Plaintiff, by and through undersigned counsel, and pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(i), files this voluntary notice of dismissal only with regard to Defendants PALMER JOHNSON EXPORT SALES, INC., and PALMER JOHNSON DISTRIBUTORS, Inc., without prejudice. The cause of action against Defendants STEPHEN BYRON SMITH and PALMER JOHNSON, INC., remains open and ongoing.

DATED this 14th day of August, 2000.

### CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that a true and correct copy of the foregoing was mailed this 14th day of August, 2,000, to:

Lawrence B. Craig, III, Esquire
Valle & Craig, P.A.
Attorneys for Palmer Johnson Distributors, Inc.
80 S.W. 8th Street, Suite 2520
Miami, FL 33130-3003



Case No. 00-6022-CIV-LENARD

John D. Kallen, Esquire
Badiak, Will & Kallen
Attorneys for Stephen Byron Smith
17071 West Dixie Highway
North Miami Bch, FL 33160
Tel: 305/945-1851
Fax: 305/944-8780

Randall J. Nesbitt, Esquire
Pinkert Law Firm LLP
454 Kentucky Street
Sturgeon Bay, Wisconsin 54235-0089

                Respectfully submitted,

                RIVKIND & PEDRAZA, P.A.
                **Manuel Valdes, Esquire** (Fla. Bar No.13307)
                Co-Counsel for Plaintiff
                66 West Flagler, 6TH Floor
                Miami, FL 33130
                Tel: Tel: 305/ 374-0565

and

                UNDERWOOD, KARCHER & KARCHER, P.A.
                **F. David Famulari, Esquire**
                Co-Counsel for Plaintiff
                6th Floor, Grove Plaza Building
                2900 S. W. 28th Terrace
                Miami, Florida 33133
                Tel: 305/446-2300  Fax: 305/ 446-5858

BY: _____
            F. DAVID FAMULARI, ESQUIRE
            FLA. BAR NO. 0860506