FDF:cf
1399-181
PLD\N-Filing Waiver
8-14-00

FILED BY _____ D.C.
FAKE

00 AUG 17 PM 12: 55

CLARENCE HADDOX
CLERK U. S. DIST. CT.
S.D. OF FLA - MIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6022-CIV-LENARD
MAGISTRATE JUDGE TURNOFF

HENRY NARANJO and
MARLENE RAMIREZ,

   Plaintiff(s),

vs.

STEPHEN BYRON SMITH, PALMER
JOHNSON EXPORT SALES, INC.,
PALMER JOHNSON DISTRIBUTORS, INC.
and PALMER JOHNSON, INC.

   Defendant(s).
_____/

## NOTICE OF FILING
## WAIVER OF SERVICE OF SUMMONS

  COME NOW the Plaintiffs, HENRY NARANJO and MARLENE RAMIREZ, by and through undersigned counsel, and serve notice of filing of:

    Waiver of Service of Summons

### CERTIFICATE OF SERVICE

  IT IS HEREBY CERTIFIED that a true and correct copy of the foregoing was mailed this 14 day of August, 2,000, to:

John D. Kallen, Esquire
Badiak, Will & Kallen
Attorneys for Stephen Byron Smith
17071 West Dixie Highway
North Miami Bch, FL 33160
Tel: 305/945-1851
Fax: 305/944-8780

Case No. 00-6022-CIV-LENARD

Randall J. Nesbitt, Esquire
Pinkert Law Firm LLP
Attorneys for Palmer Johnson, Inc.
454 Kentucky Street
Sturgeon Bay, Wisconsin 54235-0089

                        Respectfully submitted,

                        LAW OFFICES OF JOHN W. BURKE, P.A.
                        **Manuel Valdes, Esquire** (Fla. Bar No. 13307)
                        Co-Counsel for Plaintiff
                        Suite 330, Ocean Bank Building
                        782 N.W. 42nd Avenue
                        Miami, FL 33126
                        Tel: 305/858-6000   Fax: 305/445-0404

        and

                        UNDERWOOD, KARCHER & KARCHER, P.A.
                        **F. David Famulari, Esquire**
                        Co-Counsel for Plaintiff
                        6th Floor, Grove Plaza Building
                        2900 S.W. 28th Terrace
                        Miami, Florida 33133
                        Tel: 305/446-2300   Fax: 305/446-5858

BY: _____
       F. DAVID FAMULARI, ESQUIRE
       FLA. BAR NO. 0860506