```
08/01/00              Door County Sheriff's Office                    233
15:15                      Civil Department                 Page:       1
                      Return on SUMMONS AND COMPLAINT
```

Process Number:     11162

Case Number    :    00-6022-CIV-LENARD

I, Charles G. Brann, Sheriff, State of Wisconsin, do hereby certify that I

received the within and foregoing SUMMONS AND COMPLAINT on

July 28, 2000, and that I served the same on the Defendant:

    PALMER JOHNSON INC.
    61 MICHIGAN STREET STURGEON BAY, WI   54235
    Served on 16:15:00 07/31/00     by Hunsader, Ed
    Served to KEVIN LECLOUX-HUMAN RESOURCES ()
        61 MICHIGAN STREET STURGEON BAY, WI   54235

I also certify that I endorsed on the said copy the date of service,

signed my name, and added my official title thereto.

Dated August 01, 2000

                                                Charles G. Brann
                                                Sheriff

                                          By: *Ed Hunsader*
                                                Deputy

Sworn and subscribed to before me
this date    8/1/00
*Jan Schartner*
Notary Public, Door County, WI
My commission expires  2/2/03

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN **DISTRICT OF** FLORIDA

HENRY NARANJO and
MARLENE RAMIREZ,
    Plaintiffs,

V.

STEPHEN BYRON SMITH, PALMER
JOHNSON EXPORT SALES, INC.,
PALMER JOHNSON DISTRIBUTORS, INC.
and PALMER JOHNSON, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 00-6022-CIV-LENARD
MAGISTRATE JUDGE TURNOFF

TO: (Name and address of defendant)

    PALMER JOHNSON, INC.
    c/o William C. Parsons, RA
    61 Michigan Street
    Sturgeon Bay, Wisconsin 54235

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    F. DAVID FAMULARI, ESQUIRE
    UNDERWOOD, KARCHER & KARCHER, P.A.
    2900 S.W. 28th Terrace, 6th Floor
    Miami, FL 33133
    305/446-2300

*[handwritten: Served Kevin Ledoux Human Resource 7/31/00 @ 4:15pm CLB]*

an answer to the Amended complaint which is herewith served upon you, within  TWENTY (20)  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox                                            JUL 25 2000

CLERK                                                    DATE

*[signature]*

(BY) DEPUTY CLERK