UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.00-6022-CIV-LENARD/TURNOFF

HENRY NARANJO and MARLENE RAMIREZ,

   Plaintiffs,

vs.

STEPHEN BYRON SMITH, PALMER JOHNSON EXPORT SALES, INC., PALMER JOHNSON DISTRIBUTORS, INC., and PALMER JOHNSON, INC.,

   Defendants.
_____/



## ORDER DISMISSING CLAIMS AGAINST DEFENDANTS PALMER JOHNSON EXPORT SALES, INC. AND PALMER JOHNSON DISTRIBUTORS, INC.

**THIS CAUSE** is before the Court on the Notice of Voluntary Dismissal, filed by Plaintiffs Henry Naranjo and Marlene Ramirez on August 17, 2000. Based on the Court's review of the Notice and the record, it is

**ORDERED AND ADJUDGED** that:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiffs' claims against Defendants Palmer Johnson Export Sales, Inc. and Palmer Johnson Distributors, Inc. are **DISMISSED** without prejudice.

2. Plaintiffs' claims against Defendants Stephen Byron Smith and Palmer Johnson, Inc. remain open and ongoing.

**DONE AND ORDERED** in Chambers at Miami, Florida this 21 day of August, 2000.

_____
JOAN A. LENARD
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge William C. Turnoff

F. David Famulari, Esq.
Underwood, Karcher & Karcher
6th Floor, Grove Plaza Bldg.
2900 S.W. 28th Terrace
Miami, FL 33133

John D. Kallen, Esq.
Badiak, Will & Kallen
17071 West Dixie Hwy
North Miami Beach, FL 33160

Manuel Valdes, Esq.
Rivkind & Pedraza
66 West Flager St., 6th Floor
Miami, FL 33130

Lawrence B. Craig, III, Esq.
Valle & Craig
80 S.W. 8th Street, Ste. 2520
Miami, FL 33130-3003

Randall J. Nesbitt, Esq.
Pinkert Law Firm LLP
454 Kentucky Street
Sturgeon Bay, WI 54235-0089

00-6022-CIV-LENARD/TURNOFF