# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

HENRY NARANJO and
MARLENE RAMIREZ,

        Plaintiffs,

CASE NO.: 00-6022-CIV-LENARD
MAGISTRATE JUDGE TURNOFF

vs.

STEPHEN BYRON SMITH, PALMER
JOHNSON EXPORT SALES, INC.,
PALMER JOHNSON DISTRIBUTORS, INC.
and PALMER JOHNSON, INC.,

        Defendants.

_____/

## MOTION OF DEFENDANT TO ADMIT
## DAVID L. WEBER, ESQ. PRO HAC VICE

    Defendant, Palmer Johnson, Inc., by and through its undersigned counsel, hereby moves the Court to admit David L. Weber, Esq., *pro hac vice* in the above captioned case, and in support thereof, states as follows:

    1.    Defendant, Palmer Johnson, Inc., requests that David L. Weber, Esquire, an attorney duly licensed to practice law in the States of Iowa and Wisconsin, be admitted *pro hac vice* in this case to serve as their lead counsel.

    2.    David L. Weber, Esquire has been a member of the Bars of Iowa and Wisconsin since 1986. He is also admitted to practice before and a member in good standing of the State Courts of Wisconsin and the United States District Court for the Eastern and Western Districts of

1

Wisconsin. Mr. Weber is a partner in the Pinkert Law Firm LLP in Sturgeon Bay, Wisconsin. Mr. Weber's affidavit is attached hereto as Exhibit "A."

3. Following the admission *pro hac vice* of Mr. Weber in this case, George P. Ord of Murphy, Reid, Pilotte, Ord & Austin, 340 Royal Palm Way, Palm Beach, FL 33480, telephone number (561) 655-4060, shall remain as local counsel of record upon whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers shall be served.

4. There is a good cause for the request made in this motion.

5. Pursuant to Rule 4.B of the Special Rules Governing the Admission and Practice of Attorneys, David L. Weber certifies below that he has studied the local rules of the United States District Court, Southern District of Florida.

**WHEREFORE**, Defendant, Palmer Johnson, Inc., respectively requests that the Court enter an Order in the form proposed granting the admission of David L. Weber, Esquire *pro hac vice* during the pendency of this case.

Respectfully submitted,

**MURPHY, REID, PILOTTE, ORD & AUSTIN**
GEORGE P. ORD, P.A.
340 Royal Palm Way
Suite 100
Palm Beach, FL 33480
(561) 655-4060

_____
George P. Ord, Esq.
Florida Bar No.: 177808

2

## CERTIFICATE OF COMPLIANT WITH RULE 4.B

The undersigned attorney, David L. Weber, hereby certifies that he has studied the local rules of the United States District Court, Southern District of Florida.

> **PINKERT LAW FIRM**
> David L. Weber
> 454 Kentucky Street
> P. O. Box 89
> Sturgeon Bay, WI  54235-0089
> (920) 743-6505
>
> _/s/ David L. Weber_
> David L. Weber
> Wisconsin Bar No.: 1010749

## CONSENT TO DESIGNATION

The undersigned attorney, George P. Ord, 340 Royal Palm Way, Suite 100, Palm Beach, FL 33480, hereby consents to the designation of local counsel in this matter.

> **MURPHY, REID, PILOTTE, ORD & AUSTIN**
> GEORGE P. ORD, P.A.
> 340 Royal Palm Way
> Suite 100
> Palm Beach, FL  33480
> (561) 655-4060
>
> _/s/ George P. Ord_
> George P. Ord, Esq.
> Florida Bar No.: 177808

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. Mail to Manuel Valdes, Esq., Law Offices of John W. Burke, P.A., Suite 330, Ocean Bank Building, 782 N.W. 42d Avenue, Miami, FL 33126; F. David Famulari, Esq., Underwood, Karcher & Karcher, P.A., 6th Floor, Grove Plaza Building, 2900 S.W. 28th Terrace, Miami, FL 33133, John D. Kallen, Esq., Badiak, Will & Kallen, 17071 West Dixie Highway, North Miami Beach, FL 33160 and Lawrence B. Craig, III, Esq., Valle & Craig, PA, 80 SW 8th Street, Suite 2520, Miami, FL 33130 this _21st_ day of August, 2000.

                              MURPHY, REID, PILOTTE, ORD & AUSTIN
                              GEORGE P. ORD, P.A.
                              340 Royal Palm Way
                              Suite 100
                              Palm Beach, FL  33480
                              (561) 655-4060

                              George P. Ord, Esq.
                              Florida Bar No.: 177808

D:\WP51DOC\WEBERCOR\PJ-CAPTIVATOR\MOT OF DEF-ADMIT DLW PRO HAC VICE
DLW/jmm   08/14/2000

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

HENRY NARANJO and
MARLENE RAMIREZ,

          Plaintiffs,

vs.

STEPHEN BYRON SMITH, PALMER
JOHNSON EXPORT SALES, INC.,
PALMER JOHNSON DISTRIBUTORS, INC.
and PALMER JOHNSON, INC.,

          Defendants.
_____/

CASE NO.: 00-6022-CIV-LENARD
MAGISTRATE JUDGE TURNOFF

## AFFIDAVIT OF DAVID L. WEBER IN SUPPORT OF MOTION OF DEFENDANT TO ADMIT DAVID L. WEBER, ESQ. PRO HAC VICE

STATE OF WISCONSIN   )
                                )ss
COUNTY OF DOOR       )

    David L. Weber, being first duly sworn on oath, states as follows:

    1.    That I am a partner with the law firm of PINKERT LAW FIRM LLP, 454 Kentucky Street, P. O. Box 89, Sturgeon Bay, Wisconsin 54235-0089, and I am the attorney for the defendant, Palmer Johnson, Inc., in the above-entitled action; that I make this affidavit for and on behalf of said defendant and am duly authorized to do so.

    2.    That I have been a licensed practicing attorney since 1986; that I am currently licensed in the State Courts of Iowa and Wisconsin; that I am also licensed in the Federal Courts

1



for the Eastern and Western Districts of Wisconsin; that I am currently a member in good standing before all such Courts and have never been disciplined or suspended in any way.

3. That I have been retained by Palmer Johnson, Inc. to defend it in the above-referenced lawsuit; that I will abide by the Rules of Professional Conduct for Attorneys and the Rules of Decorum of the Court and am competent to represent Palmer Johnson, Inc. in this matter.

4. That I respectfully request admission *pro hac vice* to appear and participate in this action on behalf of Palmer Johnson, Inc., and request that Attorney George P. Ord, MURPHY, REID, PILOTTE, ORD & AUSTIN, 340 Royal Palm Way, Suite 100, Palm Beach, FL 33480 be allowed to act as local counsel in this matter.

Dated at Sturgeon Bay, Wisconsin this 15 day of August, 2000.

David L. Weber

Subscribed and sworn to before me
this 15th day of August, 2000.

Janice M. Meneau

Notary Public; State of Wisconsin
My Commission: 06/02/2002

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. Mail to Manuel Valdes, Esq., Law Offices of John W. Burke, P.A., Suite 330, Ocean Bank Building, 782 N.W. 42d Avenue, Miami, FL 33126; F. David Famulari, Esq., Underwood, Karcher & Karcher, P.A., 6th Floor, Grove Plaza Building, 2900 S.W. 28th Terrace, Miami, FL 33133, John D. Kallen, Esq., Badiak, Will & Kallen, 17071 West Dixie Highway, North Miami Beach, FL 33160 and Lawrence B. Craig, III, Esq., Valle & Craig, PA, 80 SW 8th Street, Suite 2520, Miami, FL this 21st day of August, 2000.

MURPHY, REID, PILOTTE, ORD & AUSTIN
GEORGE P. ORD, P.A.
340 Royal Palm Way
Suite 100
Palm Beach, FL  33480
(561) 655-4060

George P. Ord, Esq.
Florida Bar No.: 177808

D:\WP51DOC\WEBERCOR\PJ-CAPTIVATOR\AFF OF DLW IN SUP OF PRO HAC VICE
DLW/jmm   08/14/2000

3