IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

NIGHT BOX FILED
AUG 2 3 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

HENRY NARANJO and
MARLENE RAMIREZ,

       Plaintiffs,

vs.

STEPHEN BYRON SMITH, PALMER
JOHNSON EXPORT SALES, INC.,
PALMER JOHNSON DISTRIBUTORS, INC.
and PALMER JOHNSON, INC.,

       Defendants.
_____/

CASE NO.: 00-6022-CIV-LENARD
MAGISTRATE JUDGE TURNOFF

## MEMORANDUM OF LAW IN SUPPORT OF THE MOTION TO ADMIT DAVID L. WEBER, ESQ. PRO HAC VICE

Defendant, Palmer Johnson, Inc., has moved to have David L. Weber, Esq. admitted *pro hac vice* to act as counsel for the defendant in this case. George P. Ord, Esq., who is admitted to practice in this Court, shall continue to serve as counsel of record. Rule 4.B of the Special Rules Governing the Admission and Practice of Attorneys in this Court permit such admission upon written application, which has been made. Defendant, Palmer Johnson, Inc., has specifically requested that Mr. Weber represent it in this case. There being no good cause for denial, it is respectfully requested that this Court grant the Motion For Admission Pro Hac Vice.

1

MURPHY, REID, PILOTTE, ORD & AUSTIN
GEORGE P. ORD, P.A.
340 Royal Palm Way
Suite 100
Palm Beach, FL 33480
(561) 655-4060

_____
George P. Ord, Esq.
Florida Bar No.: 177808

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. Mail to Manuel Valdes, Esq., Law Offices of John W. Burke, P.A., Suite 330, Ocean Bank Building, 782 N.W. 42d Avenue, Miami, FL 33126; F. David Famulari, Esq., Underwood, Karcher & Karcher, P.A., 6th Floor, Grove Plaza Building, 2900 S.W. 28th Terrace, Miami, FL 33133, John D. Kallen, Esq., Badiak, Will & Kallen, 17071 West Dixie Highway, North Miami Beach, FL 33160 and Lawrence B. Craig, III, Esq., Valle & Craig, PA, 80 SW 8th Street, Suite 2520, Miami, FL this 21st day of August, 2000.

MURPHY, REID, PILOTTE, ORD & AUSTIN
GEORGE P. ORD, P.A.
340 Royal Palm Way
Suite 100
Palm Beach, FL 33480
(561) 655-4060

_____
George P. Ord, Esq.
Florida Bar No.: 177808

D:\WP51DOC\WEBERCOR\PJ-CAPTIVATOR\MEMO OF LAW IN SUPPORT OF MOT TO ADM PRO HAC VICE
DLW/jmm   08/14/2000

2