# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT FOR FLORIDA

HENRY NARANJO and
MARLENE RAMIREZ,

    Plaintiffs,

vs.

CASE NO.: 00-6022-CIV-LENARD
MAGISTRATE JUDGE TURNOFF

STEPHEN BYRON SMITH, PALMER
JOHNSON EXPORT SALES, INC.,
PALMER JOHNSON DISTRIBUTORS, INC.
and PALMER JOHNSON, INC.,

    Defendants.
_____/

FILED by _____ D.C.

AUG 2 5 2000

CLARENCE MADDOX
CLERK
S.D. OF FLA.

## ORDER GRANTING MOTION OF DEFENDANT TO ADMIT DAVID L. WEBER, ESQ. PRO HAC VICE

THIS CAUSE came before the Court on the Motion of Defendant, PALMER JOHNSON, INC., to admit David L. Weber, Esq. *pro hac vice*, and the Court having reviewed the matter, it is

ORDERED AND ADJUDGED that the Motion is GRANTED. David L. Weber, Esq. is admitted to practice *pro hac vice* before this Court for the duration of this case.

DONE AND ORDERED in Miami, Miami-Dade County, Florida this 25 day of August, 2000.

                  JOAN A. LENARD
                  District Court Judge



Copies furnished:

George P. Ord, Esquire
340 Royal Palm Way, Suite 100
Palm Beach, FL 33480

Manuel Valdes, Esq.
Law Offices of John W. Burke, P. A.
Ocean Bank Building, Suite 330
782 N.W. 42nd Avenue
Miami, FL 33126

F. David Famulari, Esq.
Underwood, Karcher & Karcher, P. A.
Grove Plaza Building – 6th Floor
2900 S. W. 28th Terrace
Miami, FL 33160

John D. Kallen, Esq.
Badiak, Will & Kallen
17071 W. Dixie Hwy.
North Miami, FL 33160

Lawrence B. Craig, III, Esq.
Valle & Craig, P. A.
80 S. W. 8th Street, Suite 2520
Miami, FL 33130