FDF:cf
1399-181
pld\M-Ext PT Disc
8/29/-00

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HENRY NARANJO and
MARLENE RAMIREZ,

        Plaintiff(s),

vs.

STEPHEN BYRON SMITH, and
PALMER JOHNSON, INC.

        Defendant(s).
_____/

CASE NO.: 00-6022-CIV-LENARD
MAGISTRATE JUDGE TURNOFF

## MOTION TO EXTEND PRE-TRIAL DISCOVERY DEADLINES

COME NOW the Plaintiffs, by and through their undersigned counsel, and file this motion requesting the court to extend the discovery deadlines set pursuant to the filing of the Local Rule 16.1(B) Scheduling Report for an additional 120 days and state as follows:

1. The Plaintiffs and the original Defendant, STEPHEN BYRON SMITH, filed a Joint Scheduling Report on April 4, 2000, with proposed dates for a discovery schedule. The Court entered an Order adopting the Joint Scheduling Report on April 11, 2000.

2. Initial discovery was exchanged and several other parties were brought into the case by both the Plaintiff and Defendant. An Amended Complaint was filed on June 22, 2000, and the case is presently pending with HENRY NARANJO and MARLENE

NON-COMPLIANCE OF S.D. Fla. L.R. 5.1.A.1 & 7.1.A.4

Case No. 00-6022-CIV-LENARD

RAMIREZ as Plaintiffs, and STEPHEN BYRON SMITH and PALMER JOHNSON, INC., as Defendants. All other Defendants have been voluntarily dismissed. PALMER JOHNSON, INC., served an Answer and Cross-Claim to the Amended Complaint on all the parties on August 21, 2000.

3. Due to the fact that PALMER JOHNSON, INC., has just entered the litigation, the discovery schedule proposed by the initial parties to the case is no longer appropriate.

4. The Plaintiffs request that the discovery dates presented in the Joint Scheduling Report be extended by 120 days, keeping the mediation and pre-trial stipulation deadlines the same, along with the November 12, 2001 trial date. This proposed scheduling extension will have discovery completed seven months prior to the November 12, 2001 trial calendar.

5. The undersigned has conferred with counsel for all parties and they are in agreement with this request.

WHEREFORE, the Plaintiffs respectfully request the Court to extend the pre-trial deadlines relating to discovery by 120 days.

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that a true and correct copy of the foregoing was mailed this 29th day of August, 2,000, to:

John D. Kallen, Esquire
Badiak, Will & Kallen
Attorneys for Stephen Byron Smith
17071 West Dixie Highway
North Miami Bch, FL 33160
Tel: 305/945-1851
Fax: 305/944-8780

2

Case No. 00-6022-CIV-LENARD

David L. Weber, Esquire (Wisc. Bar No. 1010749)
Pinkert Law Firm LLP
Co-Counsel for Palmer Johnson, Inc.
454 Kentucky Street
Sturgeon Bay, Wisconsin 54235-0089
Tel: 920/743-6505

George P. Ord, Esquire (Fla. Bar No. 177808)
Murphy, Reid, Pilotte, Ord & Austin
Co-Counsel for Palmer Johnson, Inc.
340 Royal Palm Way, Suite 100
Palm Beach, FL 33480
Tel: 561/655-4060

Respectfully submitted,

LAW OFFICES OF JOHN W. BURKE, P.A.
**Manuel Valdes, Esquire** (Fla. Bar No.13307)
Co-Counsel for Plaintiff
66 West Flagler Street, 6th Floor
Miami, FL 33126
Tel: 305/374-0565   Fax: 305/539-8341

and

UNDERWOOD, KARCHER & KARCHER, P.A.
**F. David Famulari, Esquire**
Co-Counsel for Plaintiff
6th Floor, Grove Plaza Building
2900 S. W. 28th Terrace
Miami, Florida 33133
Tel: 305/446-2300  Fax: 305/ 446-5858

BY: _____
F. DAVID FAMULARI, ESQUIRE
FLA. BAR NO. 0860506