UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HENRY NARANJO and  
MARLENE RAMIREZ,

CASE NO. 00-6022-CIV-LENARD  
MAGISTRATE JUDGE TURNOFF

    Plaintiff,

vs.

STEPHEN BYRON SMITH  
and PALMER JOHNSON, INC.,

    Defendants.
_____/



## ANSWER TO CROSS-CLAIM OF PALMER JOHNSON

Cross-defendant Stephen Byron Smith (hereinafter "Smith"), by and through his under-signed counsel, herewith files his answer to the cross-claim of defendant/cross-claimant Palmer Johnson, Inc., and states and avers the following:

### ANSWER

1. All material allegations set forth in the cross-claim of Palmer Johnson are denied and strict proof thereof is demanded.

2. The cross-claim fails to state a cause of action for indemnification and should therefore be dismissed with prejudice.

3. There is no legal basis for recovery of attorneys' fees even should Palmer Johnson prevail on its cross-claim, and accordingly the claim for attorneys' fees is stricken.

WHEREFORE, based upon the foregoing, cross-defendant Smith prays that the cross-claim be dismissed with costs to be taxed against Palmer Johnson, Inc.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been mailed to all attorneys of record on the attached service list, this 29 day of August, 2000.

                              BADIAK, WILL & KALLEN
                              Attorneys for Smith
                              17071 West Dixie Highway
                              No. Miami Beach, Florida 33160
                              Tel: 305-945-1851
                              Fax: 305-944-8780

                              By: _____
                              John D. Kallen
                              Florida Bar No. 277428

C:\WP\00\108\ANSCRS.CL.wpd

## SERVICE LIST

CASE NO. 00-60022-CIV-LENARD/TURNOFF

F. David Famulari, Esq.
Underwood, Karcher & Karcher, P.A.
9th Floor, Grove Plaza Building
2900 S.W. 28th Terrace
Miami, FL 33133

Manuel Valdes, Esq.
Rivkind & Pedraza, P.A.
66 West Flagler Street, 6th Floor
Miami, FL 33130

David L. Weber, Esq.
Pinkert Law Firm LLP
454 Kentucky Street
P.O. Box 89
Sturgeon Bay, WI 54235

George P. Ord, Esq.
Reid, Pilotte, Ord & Austin
340 Royal Palm Way, Suite 100
Palm Beach, FL  33480