861.13

FILED by _____ D.C.
DKTG
SEP 21 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATE DISTICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

HENRY NARANJO and
MARLENE RAMIREZ,

      Plaintiffs,

v.

STEPHEN BYRON SMITH, PALMER
JOHNSON EXPORT SALES, INC.,
PALMER JOHNSON DISTRIBUTORS,
INC., and PALMER JOHNSON, INC.

      Defendants.
_____/

CASE NO. 00-6022-CIV-LENARD
Magistrate Judge Turnoff

**STIPULATION AND ORDER FOR
SUBSTITUTION OF COUNSEL**

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that the law office of VALLE & CRAIG, P.A. will be substituted herein as attorneys of record for the Defendants, PALMER JOHNSON, INC. in place and instead of the law firm of MURPHY, REID, PILOTTE, ORD & AUSTIN, and that the latter will be relieved of any further responsibility for the defense of PALMER JOHNSON, INC.

      DATED this _18_ day of September, 2000.

GEORGE P. ORD
Fla. Bar No. 177808
Murphy, Reid, Pilotte, Ord & Austin
340 Royal Palm Way, Suite 100
Palm Beach, Florida 33480
Telephone:  (561) 655-4060

FRANK F. SIOLI
Fla. Bar No. 9652
Valle & Craig, P.A.
80 SW 8th St., Suite 2520
Miami, Florida 33130
Telephone:  (305) 373-2888
Facsimile:  (305) 373-2889
valle@vallecraig.com

97.1

UNITED STATE DISTICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 00-6022-CIV-LENARD
Magistrate Judge Turnoff

HENRY NARANJO and
MARLENE RAMIREZ,

       Plaintiffs,

v.

STEPHEN BYRON SMITH, PALMER
JOHNSON EXPORT SALES, INC.,
PALMER JOHNSON DISTRIBUTORS,
INC., and PALMER JOHNSON, INC.

       Defendants.
_____/

**ORDER FOR SUBSTITUTION OF COUNSEL**

THIS CAUSE having come on to be heard on the foregoing stipulation, and the Court being otherwise duly advised of the premises, it is,

ORDERED AND ADJUDGED that the law firm of VALLE & CRAIG, P.A. be substituted as counsel of record for the Defendants PALMER JOHNSON, INC., in place of the law firm of MURPHY, REID, PILOTTE, ORD & AUSTIN, and the latter firm is released from any further responsibility for the defense of PALMER JOHNSON, INC., in this action.

DONE AND ORDERED in Chambers at Miami, Dade County, Florida, this 2 1 day of September, 2000.

                                       FEDERAL COURT JUDGE

Copies furnished to:
All Counsel of record