UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6022-CIV-LENARD/TURNOFF

HENRY NARANJO and MARLENE
RAMIREZ,

    Plaintiff(s),

vs.

STEPHEN BYRON SMITH,

    Defendant(s).
_____/



ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND
PRETRIAL DEADLINES

**THIS CAUSE** is before the Court on Plaintiff's Motion to Extend Pre-Trial Discovery Deadlines, (D.E. #43) filed August 30, 2000. After having reviewed the motion and being fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the motion is granted. The discovery dates ordered in the Court's April 11, 2000 Pretrial Order (D.E. #19) are hereby extended by 120 days, as follows:

| | | |
|---|---|---|
| By: | April 1, 2001 | All <u>fact</u> discovery must be completed. The parties are under a continuing obligation to supplement discovery responses within <u>ten (10) days</u> of receipt or other notice of new or revised information. |
| By: | January 1, 2001 | Plaintiff must furnish expert witness list to the Defendant, along with the summaries/reports required by Local Rule 16.1.(K), and only those expert witnesses shall be permitted to testify. Within the fourteen day period thereafter, Plaintiff shall make its experts available for deposition by Defendant. |

Case No. 00-6022-CIV-LENARD/TURNOFF

By: February 15, 2001    Defendant must furnish expert witness list to the Plaintiff along with the summaries/reports required by Local Rule 16.1.(K), and only those expert witnesses shall be permitted to testify. Within the fourteen day period thereafter, Defendant shall make its experts available for deposition by Plaintiff.

By: April 1, 2001    All <u>expert</u> discovery must be completed.

By: April 15, 2001    All dispositive pretrial motions and memoranda of law must be filed, as well as any motions to exclude or limit proposed expert testimony.

**All other pretrial dates,** including deadlines for Mediation, and Pretrial Stipulation remain in full force and effect.

**DONE AND ORDERED** in Chambers at Miami, Florida this 26 day of Sept., 2000.

_____
JOAN A. LENARD
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Magistrate Judge William C. Turnoff

F. David Underwood, Esq.
Underwood, Karcher & Karcher, P.A.
9th Floor, Grove plaza Building
2900 SW 28th Terrace
Miami, FL 33133

Manuel Valdes, Esq.
Rivkind & Pedraza, P.A.
66 West Flagler Street, 6th Floor
Miami, FL 33130

John D. Kallen, Esq.
Badiak, Will & Kallen
17071 West Dixie Highway
North Miami Beach, FL

David L. Weber, Esq.
Pinkert Law Firm LLP
454 Kentucky Street
Sturgeon Bay, WI 54235-0089

George P. Ord, Esq.
Murphy, Reid, Pilotte, Ord & Austin
340 Royal Palm Way, Suite 100
Palm Beach, FL 33480

Shawn B. McKamey, Esq.
Billing, Cochran, Heath, et al.
888 SE 3rd Avenue, Suite 301
Ft. Lauderdale, FL 33316

Case No. 00-6022-CIV-LENARD/TURNOFF

-3-