UNITED STATE DISTICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

HENRY NARANJO and
MARLENE RAMIREZ,

CASE NO. 00-6022-CIV-LENARD
Magistrate Judge Turnoff

Plaintiffs,

v.

STEPHEN BYRON SMITH, PALMER
JOHNSON EXPORT SALES, INC.,
PALMER JOHNSON DISTRIBUTORS,
INC., and PALMER JOHNSON, INC.

**ORDER GRANTING MOTION FOR
EXTENSION OF TIME FOR
DEFENDANT PALMER JOHNSON,
INC. TO RESPOND TO THE CROSS-
CLAIM OF STEPHEN BYRON SMITH**

Defendants.

_____/

THIS CAUSE having come before the Court on Defendant PALMER JOHNSON, INC.'s Motion for Extension of Time to Respond to the Cross-Claim of Defendant, STEPHEN BYRON SMITH, and the Court being fully advised in the premises, it is

ORDERED AND ADJUDGED that:

1. Said Motion be, and the same is, hereby granted, and the Defendant PALMER JOHNSON, INC will have up through and including October 2, 2000 to respond to the Cross-Claim of Defendant, STEPHEN BYRON SMITH.

DONE AND ORDERED in Chambers at Miami-Dade County, Miami, Florida this 26 day of September, 2000

_____
Federal Court Judge

Copies Furnished to:

Manuel Valdes, Esq.
David Famulari, Esq.
John D. Kallen, Esq.
Frank J. Sioli, Esq.