97.1

UNITED STATE DISTICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 00-6022-CIV-LENARD

HENRY NARANJO and
MARLENE RAMIREZ,

       Magistrate Judge Turnoff

    Plaintiffs,

v.

STEPHEN BYRON SMITH, PALMER
JOHNSON EXPORT SALES, INC.,
PALMER JOHNSON DISTRIBUTORS,
INC., and PALMER JOHNSON, INC.

       **OBJECTION TO REQUEST FOR**
       **PRODUCTION TO DEFENDANT**
       **PALMER JOHNSON, INC.**

    Defendants.
_____/

COMES NOW, the Defendant PALMER JOHNSON, INC., and pursuant to the Federal Rules of Civil Procedure, files this its Objection to Request for Production to Defendant PALMER JOHNSON, INC., and as grounds therefor would say as follows:

1.  That the Defendant PALMER JOHNSON, INC. objects to Request 21, as it is unduly burdensome, vague, and in the form of a question which is outside the scope of Rule 34 of the Federal Rules of Civil Procedure, which contemplates the production of documents and not responses to questions.

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that a true and correct copy of the foregoing was furnished by mail on the 30 day of November 2000 to: Manuel Valdes, Esq., Rivkind & Pedraza, P.A., 66 W. Flagler St., Suite 600, Miami, FL 33130; F. David Famulari, Esq., Underwood, Karcher



CASE NO. 00-6033-CIV-LENARD

& Karcher, P.A., 2900 SW 28th Terrace, 6th Floor, Miami, FL 33133; and John D. Kallen, Esq., Badiak, Will & Kallen, 17071 W. Dixie Hwy., N. Miami Beach, FL 33160.

PINKERT LAW FIRM LLP
David L. Weber
Co-Counsel for Defendant Palmer Johnson
P. O. Box 89
Sturgeon Bay, WI 54235-0089

VALLE & CRAIG, P.A.
Attorneys for Defendant Palmer Johnson
80 SW 8th Street, Suite 2520
Miami, FL 33130
Telephone:   (305) 373-2888
Facsimile:   (305) 373-2889
valle@vallecraig.com

By: _____
FRANK J. SIOLI
Fla. Bar No. 9652