UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

| | |
|---|---|
| HENRY NARANJO and<br>MARLENE RAMIREZ, | CASE NO. 00-6022-CIV-LENARD<br>Magistrate Judge Turnoff |
| Plaintiffs, | |
| v. | |
| STEPHEN BYRON SMITH, PALMER<br>JOHNSON EXPORT SALES, INC.,<br>PALMER JOHNSON DISTRIBUTORS,<br>INC., and PALMER JOHNSON, INC. | **ORDER GRANTING MOTION FOR<br>EXTENSION OF TIME FOR<br>DEFENDANT PALMER JOHNSON,<br>INC. TO RESPOND TO PLAINTIFFS'<br>REQUEST FOR PRODUCTION** |
| Defendants.<br>_____/ | |

THIS CAUSE having come before the Court on Defendant PALMER JOHNSON, INC.'s Motion for Extension of Time to Respond to Plaintiffs' Request for Production, and the Court being fully advised in the premises, it is

ORDERED AND ADJUDGED that:

1.   Said Motion be and the same is, hereby granted, and the Defendant PALMER JOHNSON, INC will have up through and including January 5, 2001 to respond to Plaintiff's Request for Production.

DONE AND ORDERED in Chambers at Miami-Dade County, Miami, Florida this 9 day of December 2000

WILLIAM C. TURNOFF

Copies Furnished to:

Manuel Valdes, Esq.
David Famulari, Esq.
John D. Kallen, Esq.
Frank J. Sioli, Esq.