UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HENRY NARANJO and
MARLENE RAMIREZ,

       Plaintiffs,

Vs.

STEPHEN BYRONS SMITH
and PALMER JOHNSON, INC.

       Defendants.
_____/

CASE NO.: 00-6022-CIV-LENARD
MAGISTRATE: JUDGE TURNOFF

## NOTICE OF VACATION

COMES NOW the undersigned counsel, MANUEL VALDES, and notifies the Court and the parties that he will be on vacation during the period between **January 22, 2001 to January, 29, 2001**. In connection therewith, the undersigned counsel requests that no motions, hearings or trial be set during that time frame, and moves for a continuance if any are so set. The undersigned also requests that no depositions be set during that time frame and moves for a protective order if any are so set.

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this 18th day of December 2000 to all attorneys of record on the attached service list.

    RIVKIND & PEDRAZA, P.A.
    Co-Counsel for Plaintiffs
    Concord Building, Suite 600
    66 West Flagler Street
    Miami, Florida 33130
    (305) 374-0565

    By: _____
    MANUEL VALDES, ESQ.
    FBN: 13307

CASE NO.: 00-60022-CIV-LENARD/TURNOFF

## SERVICE LIST

F. David Famulari, Esq.
Co-Counsel for Plaintiffs
Underwood, Karcher & Karcher, P.A.
9th Floor, Grove Plaza Building
2900 S.W. 28th Terrace
Miami, Florida 33133
(305) 446-2300

David L. Weber, Esq.
Co-Counsel for PALMER JOHNSON, INC.
Pinkert Law Firm LLP
454 Kentucky Street
P.O. Box 89
Sturgeon Bay, WI 54235
(920) 743-6505

Frank J. Sioli, Esq.
Attorneys for PALMER JOHNSON, INC.
VALLE & CRAIG, P.A.
80 SW 8th Street, Suite 2520
Miami, Florida 33130
(305) 373-2888

John D. Kallen, Esq.
BADIAK, WILL & KALLEN
Attorneys for STEPHEN BYRON SMITH
17071 West Dixie Highway
North Miami Beach, FL 33160
(305) 945-1851