UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HENRY NARANJO and
MARLENE RAMIREZ,

CASE NO.: 00-6022-CIV-LENARD
MAGISTRATE: JUDGE TURNOFF

Plaintiffs,

Vs.

STEPHEN BYRONS SMITH
and PALMER JOHNSON, INC.

Defendants.
_____/

### PLAINTIFF'S NOTICE OF TAKING DEPOSITION DUCE TECUM

TO: F. David Famulari, Esq.
Co-Counsel for Plaintiffs
Underwood, Karcher & Karcher, P.A.
9th Floor, Grove Plaza Building
2900 S.W. 28th Terrace
Miami, Florida 33133
Tel: (305) 446-2300
Fax: (305) 446-5858

Frank J. Sioli, Esq.
Attorneys for PALMER JOHNSON, INC.
VALLE & CRAIG, P.A.
80 SW 8th Street, Suite 2520
Miami, Florida 33130
Tel: (305) 373-2888
Fax: (305) 373-2889

David L. Weber, Esq.
Co-Counsel for PALMER JOHNSON, INC.
Pinkert Law Firm LLP
454 Kentucky Street
P.O. Box 89
Sturgeon Bay, WI 54235
Tel: (920) 743-6505
Fax: (920) 743-2041

John D. Kallen, Esq.
BADIAK, WILL & KALLEN
Attorneys for STEPHEN BYRON SMITH
17071 West Dixie Highway
North Miami Beach, FL 33160
Tel: (305) 945-1851
Fax: (305) 944-8780

TAKE NOTICE that the undersigned attorneys will take the deposition of:

**Name & Address:** Peter Rimmel
Marine Chemist & Testing Co.
3710 N.W. 94th Avenue
Hollywood, Florida 33024-8124

**Date & Time :** Tuesday, January 16, 2001 at 10:00 a.m.

**Place :** RIVKIND & PEDRAZA, P.A.
Sixth Floor, Concord Building
66 West Flagler Street
Miami, Florida 33130

Case No.: 00-6022-CIV-LENARD/TURNOFF

Upon oral examination pursuant to Rule 30, Federal Rules of Civil Procedure, before Mocega & Associates, court reporters, or any other Notary Public or officer authorized by law to take depositions in the State of Florida. The oral examination will be recorded stenographically and continue from day to day until completed. The deposition will be taken for the purpose of discovery, for use at trial, or for such other **purposes as are permitted under the Federal Rules of Civil Procedure.**

Pursuant to Rule 30, Federal Rules of Civil Procedure, the witness is requested to bring with her or produce at this deposition the following described material, documents, and records:

> The originals of any and all materials and tangible things in the possession, custody, or control of the above identified deponent, in either his or her individual capacity or as a representative of any named Defendant in the within causes, including, but not limited to all vessel surveys, surveyors reports, findings and conclusions, photographs, test results, notes, memos, most recent surveys, drawings, diagrams, tests and tests results for the explosion aboard the motor yacht SOUVENIR, now known as CAPTIVATION.

Respectfully Submitted,

RIVKIND & PEDRAZA, P.A.
Attorneys for Plaintiffs
Concord Building, Sixth Floor
66 West Flagler Street
Miami, Florida 33130
Telephone:   (305) 374-0565
Facsimile :   (305) 539-8341

By: _____
MANUEL VALDES, ESQ.
Fla. Bar No.: 13307

Case No.: 00-6022-CIV-LENARD/TURNOFF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been mailed on this ____ day of December, 2000 to all the above named attorneys on record.

RIVKIND & PEDRAZA, P.A.
Attorneys for Plaintiffs
Concord Building, Sixth Floor
66 West Flagler Street
Miami, Florida 33130
Telephone:  (305) 374-0565
Facsimile :  (305) 539-8341

By: _____
MANUEL VALDES, ESQ.
Fla. Bar No.: 13307

cc:  Mocega & Associates
25 S.E. 2nd Avenue, Suite #543
Miami, Florida 33131
Tel: (305) 374-0181
Fax: (305) 374-4169