MV
1399-181
pld\Exp. Witness
Disclosure
12/29/00

FILED BY _____ D.C.

00 DEC 29 PM 2:23

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6022-CIV-LENARD
MAGISTRATE JUDGE TURNOFF

HENRY NARANJO and
MARLENE RAMIREZ,

      Plaintiff(s),

vs.

STEPHEN BYRON SMITH, and
PALMER JOHNSON, INC.

      Defendant(s).
_____/

## PLAINTIFFS' EXPERT WITNESS DISCLOSURE

COME NOW the Plaintiffs, HENRY NARANJO and MARLENE RAMIREZ, by and through undersigned counsel, and pursuant to the Court's Trial Order as amended on September 26, 2000, files this expert witness disclosure:

1. Robert J. Camuccio, USCG (Ret.)
   56 Snapper Avenue
   Key Largo, FL 33037

   Mr. Camuccio is a naval architect and marine engineer and will testify about the design and construction of the cockpit explosion on the yacht.

2. Richard P. Celestino
   RPC Rehabilitation Placement Consultants, Inc.
   Mizner City Center, Suite 143
   1700 North Dryre Highway
   Boca Raton, FL 33432

   Mr. Celestino is a vocational rehabilitation consultant and will testify as to Henry Naranjo's ability to engage in gainful employment.

Case No. 00-6022-CIV-LENARD

3. Frederick A. Raffa, Ph.D.
   17 South Osceola Avenue, Suite 200
   Orlando, FL 32801

   Mr. Raffa will testify as to the economic losses of Mr. Naranjo in the past and in the future as a result of the injuries sustained in the explosion on the yacht.

4. Medical Experts:

   a. Gary B. Schwartz, M.D., Orthopaedic Surgeon.

   b. Gaetano J. Scuderi, M.D., Orthopaedic Surgeon.

   c. Gail P. Ballweg, M.D., Neurologist.

   d. Miriam Feliz, M.D., Physical Medicine.

   e. Anthony Hall, M.D., Neurosurgeon.

   f. Michael E. Hendrickson, Ph.D., Psychologist.

   g. Lazaro Guerra, M.D., Orthopaedic Surgeon.

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that a true and correct copy of the foregoing was mailed this _29_ day of December, 2,000, to:

John D. Kallen, Esquire
Badiak, Will & Kallen
Attorneys for Stephen Byron Smith
17071 West Dixie Highway
North Miami Beach, FL 33160
Tel: 305/945-1851
Fax: 305/944-8780

David L. Weber, Esquire (Wisc. Bar No. 1010749)
Pinkert Law Firm LLP
Co-Counsel for Palmer Johnson, Inc.
454 Kentucky Street
Sturgeon Bay, Wisconsin 54235-0089
Tel: 920/743-6505

Case No. 00-6022-CIV-LENARD

Frank J. Sioli, Esquire (Fla Bar No. 9652)
Valle & Craig, P.A.
80 SW. 8th Street, Suite 2520
Miami, FL 33130
Tel: 305/373-2888

        Respectfully submitted,

        RIVKIND & PEDRAZA, P.A.
        Attorneys for Plaintiffs
        66 West Flagler Street, Suite 600
        Miami, FL 33130
        Tel: 305/374-0565   Fax: 305/539-8341

        BY: _____
              MANUEL VALDES, ESQUIRE
              FLA. BAR NO. 13307