FDF:cf
1399-181
pld\Subs Counsel
12-21-00

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HENRY NARANJO and
MARLENE RAMIREZ,

    Plaintiff(s),

vs.

STEPHEN BYRON SMITH, and
PALMER JOHNSON, INC.

    Defendant(s).
_____/

CASE NO.: 00-6022-CIV-LENARD
MAGISTRATE JUDGE TURNOFF



## STIPULATION FOR SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATED by and between the undersigned counsel that the law firm of BLANCK & PERRY, P.A., be substituted as attorney of record for the Plaintiffs, HENRY NARANJO and MARLENE RAMIREZ, in place and instead of UNDERWOOD, KARCHER & KARCHER, P.A., as of January 2, 2001.

DATED this 28th day of December, 2000.

| | |
|---|---|
| UNDERWOOD, KARCHER & KARCHER, P.A.<br>Grove Plaza - 6th Floor<br>2900 S. W. 28th Terrace<br>Miami, FL 33133<br>Tel: (305) 446-2300<br>Fax: (305) 446-5858<br><br>BY:_____<br>DAVID P. KARCHER, ESQ.<br>FLA. BAR NO. 041427 | BLANCK & PERRY, P.A.<br>5730 S.W. 74th Street<br>Suite 700<br>Miami, FL 33143<br>Tel: 305/663-0177<br>Fax: 305/663-0146<br><br>By:_____<br>ROBERT BLANCK, ESQ.<br>Fla. Bar No. 311367<br>JAMES H. PERRY, II, ESQ.<br>Fla. Bar No. 911491 |

Case No. 00-6022-CIV-LENARD

## ORDER FOR SUBSTITUTION OF COUNSEL

THIS CAUSE, having come before the undersigned upon the foregoing Stipulation for Substitution of Counsel, and the parties having agreed to same, it is hereby

ORDERED and ADJUDGED that UNDERWOOD, KARCHER & KARCHER, P.A. is hereby withdrawn as attorney of record for the Plaintiffs HENRY NARANJO and MARLENE RAMIREZ, and the law firm of BLANCK & PERRY, P.A. is hereby substituted as counsel for the above-named Plaintiffs as of January 2, 2001.

DONE and ORDERED in Chambers at Miami, Dade County, Florida, this 4 day of January, 2001.

_____
U.S. District Court Judge

Copies furnished to:

F. David Famulari, Esquire
David P. Karcher, Esquire
Manuel Valdes, Esquire
John D. Kallen, Esquire
David L. Weber, Esquire
Frank J. Sioli, Esquire