UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HENRY NARANJO and
MARLENE RAMIREZ,

        CASE NO.: 00-6022-CIV-LENARD
        MAGISTRATE:   JUDGE TURNOFF

        Plaintiffs,

vs.



STEPHEN BYRONS SMITH
and PALMER JOHNSON, INC.

        Defendants.

_____/

## PLAINTIFF'S NOTICE OF TAKING DEPOSITION  DUCE TECUM
### (DOCUMENTS AND THINGS CAN BE MAILED IN LIEU OF DEPOSITION)

TO:    F. David Famulari, Esq.
       Co-Counsel for Plaintiffs
       Underwood, Karcher & Karcher, P.A.
       9th Floor, Grove Plaza Building
       2900 S.W. 28th Terrace
       Miami, Florida  33133
       Tel:  (305) 446-2300
       Fax: (305) 446-5858

Frank J. Sioli, Esq.
Attorneys for PALMER JOHNSON, INC.
VALLE & CRAIG, P.A.
80 SW 8th Street, Suite 2520
Miami, Florida 33130
Tel: (305) 373-2888
Fax: (305) 373-2889

       David L. Weber, Esq.
       Co-Counsel  for PALMER JOHNSON, INC.
       Pinkert Law Firm LLP
       454 Kentucky Street
       P.O. Box 89
       Sturgeon Bay, WI  54235
       Tel:  (920) 743-6505
       Fax: (920) 743-2041

John D. Kallen, Esq.
BADIAK, WILL & KALLEN
Attorneys for STEPHEN BYRON SMITH
17071 West Dixie Highway
North Miami Beach, FL  33160
Tel: (305) 945-1851
Fax: (305) 944-8780

TAKE NOTICE that the undersigned attorneys will take the deposition of:

**Name & Address:**        **Records Custodian of Tom Fexas Yacht Design, Inc.**
                    **1519 S.W. Dyer Point Road**
                    **Palm City, Florida  33490**

                    **1320 South Federal Highway, Suite 104**
                    **Stuart, Florida  34994**

**Date & Time    :**        **Tuesday, February 6, 2001 at 1:00 p.m.**

Case No.: 00-6022-CIV-LENARD/TURNOFF

**Place**          :          **RIVKIND & PEDRAZA, P.A.**
**Sixth Floor, Concord Building**
**66 West Flagler Street**
**Miami, Florida 33130**

Upon oral examination pursuant to Rule 30, Federal Rules of Civil Procedure, before Mocega & Associates, court reporters, or any other Notary Public or officer authorized by law to take depositions in the State of Florida. The oral examination will be recorded stenographically and continue from day to day until completed. The deposition will be taken for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the Federal Rules of Civil Procedure.

Pursuant to Rule 30, Federal Rules of Civil Procedure, the witness is requested to <u>bring with him/her or produce at this deposition</u> the following described material, documents, and records:

> The originals of any and all materials and tangible things in the possession, custody, or control of the above identified deponent, in either his or her individual capacity as it pertains to the within cause(s):
>
> 1.    Any and all documents, blue prints, naval architect plans, Balast plans, cement pouring schedule, construction plans, design plans, modifications, all surveys, surveyor reports for the motor yacht "CAPTIVATOR", Hull No. 190.
>
> 2.    All correspondence between Palmer Johnson and Tom Fexas and/or Tom Fexas Yacht Design Inc., all correspondence between Tom Fexas and/or Tom Fexas Yacht Design Inc., and Bruce Cohen, all correspondence between Tom Fexas and/or Tom Fexas Design Inc., and any other person or entity as it pertains to the 10 foot cockpit extension for the motor yacht "CAPTIVATOR" Hull No. 190.
>
> 3.    All change orders, contracts, invoices, bills for services rendered, service contracts, fee schedules, cancelled checks evidencing partial payments for the cock pit extension. Cancelled checks evidencing complete payment for the cock pit extension as it pertains to the 10 foot cockpit extension for the motor yacht "CAPTIVATOR" Hull No. 190.

Case No.:  00-6022-CIV-LENARD/TURNOFF

4.    All blue prints naval architect plans, Balast plans, cement pouring schedule, construction plans, design plans, modifications, all surveys, surveyor reports for the cockpit extension for the motor yacht "CAPTIVATOR", Hull No. 190.

5.    All photographs, diagrams, schematics, sketches, notes, hand written notes, computer notes, type notes, videos as they pertain to the 72 foot Palmer Johnson motor yacht "CAPTIVATOR".

Respectfully Submitted,

RIVKIND & PEDRAZA, P.A.
Attorneys for Plaintiffs
Concord Building, Sixth Floor
66 West Flagler Street
Miami, Florida 33130
Telephone:    (305) 374-0565
Facsimile :    (305) 539-8341

By:_____
MANUEL VALDES, ESQ.
Fla. Bar No.: 13307

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been mailed on this __3__ day of January, 2001 to all the above named attorneys on record.

RIVKIND & PEDRAZA, P.A.
Attorneys for Plaintiffs
Concord Building, Sixth Floor
66 West Flagler Street
Miami, Florida 33130
Telephone:    (305) 374-0565
Facsimile :    (305) 539-8341

By:_____
MANUEL VALDES, ESQ.
Fla. Bar No.: 13307

cc:    Mocega & Associates
       25 S.E. 2nd Avenue, Suite #543
       Miami, Florida  33131
       Tel: (305) 374-0181
       Fax: (305) 374-4169