UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HENRY NARANJO and
MARLENE RAMIREZ,

CASE NO.: 00-6022-CIV-LENARD
MAGISTRATE: JUDGE TURNOFF

Plaintiffs,

Vs.

STEPHEN BYRONS SMITH
and PALMER JOHNSON, INC.

Defendants.

_____/

### PLAINTIFF'S RE-NOTICE OF TAKING DEPOSITION
(Changes location of deposition only)

TO:  F. David Famulari, Esq.
Co-Counsel for Plaintiffs
Underwood, Karcher & Karcher, P.A.
9th Floor, Grove Plaza Building
2900 S.W. 28th Terrace
Miami, Florida 33133
Tel: (305) 446-2300
Fax: (305) 446-5858

Frank J. Sioli, Esq.
Attorneys for PALMER JOHNSON, INC.
VALLE & CRAIG, P.A.
80 SW 8th Street, Suite 2520
Miami, Florida 33130
Tel: (305) 373-2888
Fax: (305) 373-2889

David L. Weber, Esq.
Co-Counsel for PALMER JOHNSON, INC.
Pinkert Law Firm LLP
454 Kentucky Street
P.O. Box 89
Sturgeon Bay, WI 54235
Tel: (920) 743-6505
Fax: (920) 743-2041

John D. Kallen, Esq.
BADIAK, WILL & KALLEN
Attorneys for STEPHEN BYRON SMITH
17071 West Dixie Highway
North Miami Beach, FL 33160
Tel: (305) 945-1851
Fax: (305) 944-8780

TAKE NOTICE that the undersigned attorneys will take the deposition of:

**Name & Address:**     **Captain Bredbeck**

**Date & Time   :**     Wednesday, February 7, 2001 at 2:00 p.m.

**Place         :**     **BADIAK, WILL & KALLEN**
**17071 West Dixie Highway**
**North Miami Beach, Florida 33160**

Case No.: 00-6022-CIV-LENARD/TURNOFF

Upon oral examination pursuant to Rule 30, Federal Rules of Civil Procedure, before Mocega & Associates, court reporters, or any other Notary Public or officer authorized by law to take depositions in the State of Florida. The oral examination will be recorded stenographically and continue from day to day until completed. The deposition will be taken for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the Federal Rules of Civil Procedure.

Respectfully Submitted,

RIVKIND & PEDRAZA, P.A.
Attorneys for Plaintiffs
Concord Building, Sixth Floor
66 West Flagler Street
Miami, Florida 33130
Telephone:    (305) 374-0565
Facsimile :    (305) 539-8341

By: _____
MANUEL VALDES, ESQ.
Fla. Bar No.: 13307

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been mailed on this 5th day of January, 2001 to all the above named attorneys on record.

RIVKIND & PEDRAZA, P.A.
Attorneys for Plaintiffs
Concord Building, Sixth Floor
66 West Flagler Street
Miami, Florida 33130
Telephone:    (305) 374-0565
Facsimile :    (305) 539-8341

By: _____
MANUEL VALDES, ESQ.
Fla. Bar No.: 13307

cc:  Mocega & Associates
     25 S.E. 2nd Avenue, Suite #543
     Miami, Florida 33131
     Tel: (305) 374-0181
     Fax: (305) 374-4169