UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6022-CIV-LENARD/TURNOFF

HENRY NARANJO and MARLENE RAMIREZ,

    Plaintiff(s),

vs.

STEPHEN BYRON SMITH,

    Defendant(s).
_____/



FILED by _____ D.C.

JAN 0 9 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND
PRETRIAL DEADLINES**

**THIS CAUSE** is before the Court on Defendant's Agreed Motion For Extension of Time for parties to Comply with Pre-Trial Deadlines, (D.E. #55) filed December 27, 2000. After having reviewed the motion and being fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the motion is granted. The discovery dates ordered in the Court's September 26, 2000 Order (D.E. #48) are hereby extended as follows:

| | | |
|---|---|---|
| By: | August 20, 2001 | All <u>fact</u> discovery must be completed. The parties are under a continuing obligation to supplement discovery responses within <u>ten (10) days</u> of receipt or other notice of new or revised information. |
| By: | May 1, 2001 | Plaintiff must furnish expert witness list to the Defendant, along with the summaries/reports required by Local Rule 16.1.(K), and only those expert witnesses shall be permitted to testify. Within the fourteen day period thereafter, Plaintiff shall make its experts available for deposition by Defendant. |
| By: | June 1, 2001 | Defendant must furnish expert witness list to the Plaintiff along with the summaries/reports required by Local Rule 16.1.(K), and |

Case No. 00-6022-CIV-LENARD/TURNOFF

only those expert witnesses shall be permitted to testify. Within the fourteen day period thereafter, Defendant shall make its experts available for deposition by Plaintiff.

By: July 1, 2001      All <u>expert</u> discovery must be completed.

By: August 15, 2001   All dispositive pretrial motions and memoranda of law must be filed, as well as any motions to exclude or limit proposed expert testimony.

**All other pretrial dates,** including deadlines for Mediation, and Pretrial Stipulation remain in full force and effect.

THERE SHALL BE NO FURTHER EXTENSIONS.

**DONE AND ORDERED** in Chambers at Miami, Florida this ___9___ day of January, 2001.

_____
JOAN A. LENARD
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Magistrate Judge William C. Turnoff

F. David Underwood, Esq.
Underwood, Karcher & Karcher, P.A.
9th Floor, Grove plaza Building
2900 SW 28th Terrace
Miami, FL 33133

Manuel Valdes, Esq.
Rivkind & Pedraza, P.A.
66 West Flagler Street, 6th Floor
Miami, FL 33130

John D. Kallen, Esq.
Badiak, Will & Kallen
17071 West Dixie Highway
North Miami Beach, FL

David L. Weber, Esq.
Pinkert Law Firm LLP
454 Kentucky Street
Sturgeon Bay, WI 54235-0089

George P. Ord, Esq.
Murphy, Reid, Pilotte, Ord & Austin
340 Royal Palm Way, Suite 100
Palm Beach, FL 33480

Shawn B. McKamey, Esq.
Billing, Cochran, Heath, et al.
888 SE 3rd Avenue, Suite 301
Ft. Lauderdale, FL 33316