UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HENRY NARANJO and
MARLENE RAMIREZ,                        CASE NO.:  00-6022-CIV-LENARD
                                        MAGISTRATE:   JUDGE TURNOFF
         Plaintiffs,

Vs.

STEPHEN BYRONS SMITH
and PALMER JOHNSON, INC.                                    

         Defendants.

_____/

## PLAINTIFFS' RE-NOTICE OF TAKING DEPOSITION  DUCE TECUM

TO:    F. David Famulari, Esq.              Frank J. Sioli, Esq.
       Co-Counsel for Plaintiffs            Attorneys for PALMER JOHNSON, INC.
       Blank & Perry, P.A.                  VALLE & CRAIG, P.A.
       5730 S.W. 74th Street, Suite 700     80 SW 8th Street, Suite 2520
       Miami, Florida 33143                 Miami, Florida  33130
       Tel: (305) 663-0177                  Tel: (305) 373-2888
       Fax: (305) 663-0146                  Fax: (305) 373-2889

       David L. Weber, Esq.                 John D. Kallen, Esq.
       Co-Counsel for PALMER JOHNSON, INC.  BADIAK, WILL & KALLEN
       Pinkert Law Firm LLP                 Attorneys for STEPHEN BYRON SMITH
       454 Kentucky Street                  17071 West Dixie Highway
       P.O. Box 89                          North Miami Beach, FL  33160
       Sturgeon Bay, WI  54235              Tel: (305) 945-1851
       Tel:  (920) 743-6505                 Fax: (305) 944-8780
       Fax: (920) 743-2041

TAKE NOTICE that the undersigned attorneys will take the deposition of:

Name & Address:          Corporate Representative(s) and/or Records Custodian of
                         Bradford Marine, Inc. with the most knowledge as to the
                         following documents and areas of inquiry listed below

Date & Time   :          Thursday, February 8, 2001 at 1:00 p.m.

Place         :          RIVKIND & PEDRAZA, P.A.
                         Sixth Floor, Concord Building
                         66 West Flagler Street
                         Miami, Florida  33130

Case No.: 00-6022-CIV-LENARD/TURNOFF

Pursuant to Rule 30, Federal Rules of Civil Procedure, the witness is requested to

bring with him/her or produce at this deposition the following described material,

documents, and records:

Areas of inquiry and documents Deponent(s) is/are to bring to said deposition are as

follows:

1.  All documents reflecting any and all repairs, modifications, alterations, changes, change orders and maintenance of the motor yacht SOUVENIR **before the explosion of July 1997**.

2.  All documents reflecting any and all repairs, modifications, alterations, structural changes, cosmetic changes, change orders and maintenance of the motor yacht SOUVENIR **after the explosion of July 1997**.

3.  All documents reflecting any and all repairs, modifications, alterations, structural changes, cosmetic changes, change orders and maintenance of the motor yacht SOUVENIR **as a result of the explosion of July 1997**.

4.  All gas free certificates for the motor yacht SOUVENIR.

5.  All diagrams, sketches, blueprints, schemetics naval architect prints, plans, elevation plans, wiring plans, bilge plans, exhaust system plans, fuel system plans and all other documents depicting the motor yacht and its structure for both before and after the explosion.

6.  All repairs, alterations and maintenance records for the motor yacht SOUVENIR.

7.  All contracts for repairs, alterations and maintenance, all bills, invoices, parts inventories, materials used inventory for the motor yacht SOUVENIR.

8.  The cause of explosion and all actions taken to prevent said explosion.

9.  All actions taken and work done prior to the explosion on the motor yacht SOUVENIR.

10. Any and all documents, photographs, videos, etc. responsive to the Request for Production directed to Bradford Marine, and attached to the October 23, 2000 directed to Shawn B. McKamey, Esq., counsel for Bradford Marine.

11. Legible copies of all invoices, parts, inventories, letters, faxes, instructions, labor inventories, purchase inventories, material inventories, work orders, invoices, bills for serves rendered and work performed, work proposals, change orders,

Case No.: 00-6022-CIV-LENARD/TURNOFF

Captain's instructions, blue prints, sketches, drawings for all work performed as they pertain to Stephen Byron Smith and/or the motor yacht SOUVENIR formerly KEVALI, account number #02847, including all photographs.

12.    Produce legible complete copies of employee, Henry Naranjo, file and files containing payroll records and earnings while employed at Bradford Marine.

Upon oral examination pursuant to Rule 30, Federal Rules of Civil Procedure, before Mocega & Associates, court reporters, or any other Notary Public or officer authorized by law to take depositions in the State of Florida.  The oral examination will be recorded stenographically and continue from day to day until completed.    The deposition will be taken for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the Federal Rules of Civil Procedure.

Respectfully Submitted,

RIVKIND & PEDRAZA, P.A.
Attorneys for Plaintiffs
Concord Building, Sixth Floor
66 West Flagler Street
Miami, Florida  33130
Telephone:      (305) 374-0565

By:_____
            MANUEL VALDES, ESQ.
            Fla. Bar No.: 13307

Case No.:  00-6022-CIV-LENARD/TURNOFF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been mailed on this 19th day of January, 2001 to all the above named attorneys on record.

RIVKIND & PEDRAZA, P.A.
Attorneys for Plaintiffs
Concord Building, Sixth Floor
66 West Flagler Street
Miami, Florida  33130
Telephone:      (305) 374-0565
Facsimile :      (305) 539-8341


By:_____
MANUEL VALDES, ESQ.
Fla. Bar No.:  13307

cc:    Mocega & Associates
       25 S.E. 2nd Avenue, Suite #543
       Miami, Florida  33131
       Tel: (305) 374-0181
       Fax: (305) 374-4169