UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6022-CIV-LENARD/TURNOFF

HENRY NARANJO and MARLENE RAMIREZ,

    Plaintiff(s),

vs.

STEPHEN BYRON SMITH,

    Defendant(s).
_____/

FILED by XG D.C.
MAR 21 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER GRANTING MOTION TO RESCHEDULE MEDIATION

**THIS MATTER** is before the Court on Plaintiff's Motion to Change Mediation Date (D.E. #65) filed March 20, 2001. Upon review of the record and being fully advised in the premises, it is

**ORDERED AND ADJUDGED** Plaintiff's Motion is **GRANTED.**

**THE MEDIATION CONFERENCE** in this matter shall be held with Murray Meyerson, Esq. Of Florida Mediation Group on May 18, 2001 at 10:30 a.m. This date has been agreed to by the Mediator and the Parties and shall not be rescheduled without leave of Court.

Within five (5) days following the mediation conference, the mediator shall file a Mediation Report indicating whether all required parties were present. The report shall also indicate whether the case settled (in full or in part), was continued with the consent of the parties, or whether the mediator declared an impasse.

**DONE AND ORDERED** in Chambers at Miami, Florida this 21 day of March, 2001.

                                                        JOAN A. LENARD
                                                        UNITED STATES DISTRICT JUDGE

Case No. 00-6022-CIV-LENARD/TURNOFF

Copies furnished to:

Magistrate Judge William C. Turnoff

F. David Famulari, Esq.
Underwood, Karcher & Karcher, P.A.
9th Floor, Grove plaza Building
2900 SW 28th Terrace
Miami, FL 33133

Manuel Valdes, Esq.
Rivkind& Pedraza, P.A.
66 West Flagler Street, 6th Floor
Miami, FL 33130

David L. Weber, Esq.
Pinkert Law Firm LLP
454 Kentucky Street
Sturgeon Bay, WI 54235-0089

John D. Kallen, Esq.
Badiak, Will & Kallen
17071 West Dixie Highway
North Miami Beach, FL

Shawn B. McKamey, Esq.
Billing, Cochran, Heath, et al.
888 SE 3rd Avenue, Suite 301
Ft. Lauderdale, FL 33316