UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6022-CIV-LENARD
MAGISTRATE JUDGE TURNOFF

HENRY NARANJO and
MARLENE RAMIREZ,

    Plaintiff(s),

vs.

STEPHEN BYRON SMITH, and
PALMER JOHNSON, INC.

    Defendant(s).
_____/

## NOTICE OF LIEN

    COMES NOW, JON BURKE, ESQUIRE, and hereby files this Notice of Lien for fees and costs incurred in the instant cause, and hereby notifies all counsel of record and parties to this cause that JON BURKE, ESQUIRE, shall be included on any settlement draft or check issued, if any, as a result of the instant cause.

### CERTIFICATE OF SERVICE

    IT IS HEREBY CERTIFIED that a true and correct copy of the foregoing Notice of Lien was mailed this _19th_ day of _March_ _April_, 2001, to:

Brett Rivkind, Esquire
RIVKIND AND PEDRAZA, P.A.
66 West Flagler Street, 6th Floor
Miami, FL 33130
Tel: 305/374-0565; Fax: 305/539-8341

MANUEL VALDES, ESQUIRE
Counsel for Plaintiffs
910 Madrid
Coral Gables, FL 33134
Tel: (305) 529-5428

CASE NO.: 00-6022-CIV-LENARD
MAGISTRATE JUDGE TURNOFF

F. David Famulari, Esquire
BLANCK & PERRY, P.A.
Co-Counsel for Plaintiffs
5730 S.W. 74th Street, Suite 700
Miami, Florida 33143
Tel: 305/663-0177; Fax: 305/663-0146

John D. Kallen, Esquire
BADIAK, WILL & KALLEN
Counsel for Defendant, Stephen Byron Smith
17071 West Dixie Highway
North Miami Bch, FL 33160
Tel: 305/945-1851;Fax: 305/944-8780

David L. Weber, Esquire (Wisc. Bar No. 1010749)
Pinkert Law Firm LLP
Co-Counsel for Palmer Johnson, Inc.
454 Kentucky Street
Sturgeon Bay, Wisconsin 54235-0089
Tel: 920/743-6505

Frank J. Sioli, Esq. (Fla Bar No. 9652)
Valle & Craig, P.A.
Counsel for Palmer Johnson, Inc.
80 SW. 8th Street, Suite 2520
Miami, FL 33130
Tel: 305/373-2888

Respectfully submitted,

LAW OFFICES OF JON BURKE
7900 S.W. 67th Terrace
Miami, FL 33143
Tel. No.: (305) 274-8530

BY: _____
JON BURKE, ESQUIRE
FLA. Bar No.: 010304

2