UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6022-CIV-LENARD/TURNOFF

HENRY NARANJO and
MARLENE RAMIREZ,

    Plaintiffs,

v.

STEPHEN BYRON SMITH, and
PALMER JOHNSON, INC.,

    Defendants.
_____/

### NOTICE OF TAKING DEPOSITION DUCES TECUM

TO:    John D. Kallen, Esq.    F. David Famulari, Esq.
        Badiak, Will & Kallen    Blanck & Perry, P.A.
        Attorneys for Stephen Byron Smith  Co-Counsel for Plaintiffs
        17071 West Dixie Highway    5730 SW 74th St., Suite 700
        N. Miami Beach, FL 33160    Miami, FL 33143

        Manuel Valdes, Esq.
        Rivkind & Pedraza, P.A.
        Attorneys for Plaintiffs
        66 W. Flagler Street, Suite 600
        Miami, Florida 33130

PLEASE TAKE NOTICE that the undersigned attorneys will take the deposition of:

**Name:**    **Tom Fexas**

**Date and Time:**    **Monday, May 7, 2001 at 3:30 p.m.**

**Location:**    **Esquire Court Reporting**
                **422 Camden Avenue**
                **Stuart, Florida 34994**

upon oral examination before **Esquire Court Reporting, Inc.** or any other officer or Notary Public authorized by law to take depositions, said examination to continue from day to day until completed. The deposition will be taken for the purpose of discovery, for

CASE NO. 00-6022-CIV-LENARD/TURNOFF

use at trial, or for such other purposes as are permitted pursuant to all applicable and governing Florida Statutes. You are to have with you at said deposition the following:

> Your entire file, specifically including but not limited to, any and all records concerning the original design and construction of the vessel "Captivator" (formerly "Souvenir") as well as the construction of the subsequent extension on said vessel.

In accordance with the Americans with Disabilities Act, persons with disabilities needing a special accommodation to participate in this proceeding should contact the office of the undersigned, no later than seven (7) days prior to the proceeding.

**PLEASE BE GOVERNED ACCORDINGLY.**

IT IS HEREBY CERTIFIED that a true and correct copy of the foregoing has been furnished by facsimile and mail this **17th** day of April, 2001 to the above-named addressees.

                PINKERT LAW FIRM LLP
                David L. Weber
                Co-Counsel for Defendant Palmer Johnson
                P. O. Box 89
                Sturgeon Bay, WI 54235-0089

                VALLE & CRAIG, P.A.
                Attorneys for Palmer Johnson, Inc.
                80 SW 8th Street, Suite 2520
                Miami, FL 33130
                Telephone:   (305) 373-2888
                Facsimile:    (305) 373-2889
                sioli@vallecraig.com

By: _____
                FRANK J. SIOLI
                Fla. Bar No. 9562

cc:    Esquire Court Reporting