UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6022-CIV-LENARD/TURNOFF

HENRY NARANJO and MARLENE
RAMIREZ,

    Plaintiff(s),

vs.

STEPHEN BYRON SMITH,

    Defendant(s).
_____/



### ORDER OF REFERENCE OF SETTLEMENT CONFERENCE TO MAGISTRATE JUDGE TURNOFF

PURSUANT to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned cause is referred to United States Magistrate Judge William C. Turnoff to take all necessary and proper action as required by law with respect to **settlement conference.**

Pursuant to this referral order, it is also

**ORDERED AND ADJUDGED** that it is the responsibility of the parties in this case to indicate the name of the Magistrate Judge assigned to the case on all motions and related papers referred by this order. After receipt of such motion or other related paper, chambers will forward the motion or paper to the chambers of the appropriate Magistrate Judge.

**DONE AND ORDERED** in Chambers at Miami, Florida this 19 day of April, 2001.

                                                JOAN A. LENARD
                                              UNITED STATES DISTRICT JUDGE

Case No. 00-6022-CIV-LENARD/TURNOFF

Copies furnished to:   Magistrate Judge William C. Turnoff

F. David Underwood, Esq.
Underwood, Karcher & Karcher, P.A.
9th Floor, Grove plaza Building
2900 SW 28th Terrace
Miami, FL 33133

Manuel Valdes, Esq.
Rivkind & Pedraza, P.A.
66 West Flagler Street, 6th Floor
Miami, FL 33130

John D. Kallen, Esq.
Badiak, Will & Kallen
17071 West Dixie Highway
North Miami Beach, FL

Shawn B. McKamey, Esq.
Billing, Cochran, Heath, et al.
888 SE 3rd Avenue, Suite 301
Ft. Lauderdale, FL 33316