UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HENRY NARANJO and
MARLENE RAMIREZ,

      Plaintiffs,

Vs.

STEPHEN BYRONS SMITH
and PALMER JOHNSON, INC.

      Defendants.

_____/

CASE NO.: 00-6022-CIV-LENARD
MAGISTRATE: JUDGE TURNOFF



## NOTICE OF ATTORNEY'S CHARGING LIEN

COMES NOW, The Law Offices of Rivkind & Pedraza, by and through Brett Rivkind, Esquire, of The Law Offices of Rivkind & Pedraza, and alleges as follows:

1. That the Law Offices of Rivkind & Pedraza, represented Henry Naranjo and Marlene Ramirez, Plaintiffs in this action.

2. That this law firm was discharged by the Plaintiffs, Henry Naranjo and Marlene Ramirez.

3. That Plaintiffs agreed to pay The Law Offices of Rivkind & Pedraza, a reasonable fee for the services rendered by the attorneys at the firm.

4. This action remains pending in the United States District Court Southern District of Florida, in Miami-Dade County, Florida.

5. That the Law Offices of Rivkind & Pedraza, have not been paid for services which the firm has rendered in connection with this matter.

6. That the Law Offices of Rivkind & Pedraza, are entitled to a lien for services rendered and costs incurred in this matter.

NON-COMPLIANCE OF S.D. Fla. L.R. _____

RIVKIND & PEDRAZA, P.A. • ATTORNEYS AT LAW • SUITE 600 • 66 WEST FLAGLER STREET • MIAMI, FLORIDA 33130 • (305) ___-____

WHEREFORE, all parties are hereby notified of this Charging Lien and are requested to contact this office prior to the disbursement of settlement proceeds in this action.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been mailed to all attorneys of record on the attached service list, this 15th day of April, 2001.

*RIVKIND & PEDRAZA, P.A.*
Attorneys for Plaintiffs
Concord Building, Sixth Floor
66 West Flagler Street
Miami, Florida 33130
Telephone:   (305) 374-0565
Facsimile :   (305) 539-8341

By: _____
BRETT RIVKIND, ESQ.
Fla. Bar No.:   373486

CASE NO.: 00-6022-CIV-LENARD/TURNOFF

## SERVICE LIST

F. David Famulari, Esq.
Co-Counsel for Plaintiffs
Underwood, Karcher & Karcher, P.A.
9th Floor, Grove Plaza Building
2900 S.W. 28th Terrace
Miami, Florida 33133
(305) 446-2300

David L. Weber, Esq.
Co-Counsel for PALMER JOHNSON, INC.
Pinkert Law Firm LLP
454 Kentucky Street
P.O. Box 89
Sturgeon Bay, WI 54235
(920) 743-6505

Frank J. Sioli, Esq.
Attorneys for PALMER JOHNSON, INC.
VALLE & CRAIG, P.A.
80 SW 8th Street, Suite 2520
Miami, Florida 33130
(305) 373-2888

John D. Kallen, Esq.
BADIAK, WILL & KALLEN
Attorneys for STEPHEN BYRON SMITH
17071 West Dixie Highway
North Miami Beach, FL 33160
(305) 945-1851