UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HENRY NARANJO and
MARLENE RAMIREZ,

    Plaintiffs,

vs.

STEPHEN BYRONS SMITH
and PALMER JOHNSON, INC.

    Defendants.
_____/

CASE NO.: 00-6022-CIV-LENARD
MAGISTRATE:   JUDGE TURNOFF

## STIPULATION FOR SUBSTITUTION OF COUNSEL

BASED ON the discharge of the law offices of Rivkind & Pedraza, P.A., by Plaintiffs, and further based upon the recognition that the Law Offices of Rivkind & Pedraza have asserted a lien for attorney fees and costs, and that the Law Offices of Rivkind & Pedraza, P.A. do not waive any legal rights it may have arising out of its discharge by Plaintiffs.

IT IS HEREBY STIPULATED by and between the undersigned counsel that Manuel Valdes, Esquire, be substituted as attorney of record for the Plaintiffs in the place and instead of Rivkind & Pedraza, P.A.

| | |
|---|---|
| MANUEL VALDES, ESQ.<br>910 Madrid<br>Coral Gables, Florida 33134<br>Tel.: (305) 529-5428 | BRETT RIVKIND, ESQ.<br>RIVKIND & PEDRAZA, P.A.<br>Attorneys for Plaintiffs<br>Concord Building, Sixth Floor<br>66 West Flagler Street<br>Miami, Florida 33130<br>Tel.: (305) 374-0565 |
| By: _____<br>MANUEL VALDES, ESQ.<br>Fla. Bar No.: 13307  4-16-01 | By: _____<br>BRETT RIVKIND, ESQ.<br>Fla. Bar No.: 373486 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HENRY NARANJO and
MARLENE RAMIREZ,

CASE NO.: 00-6022-CIV-LENARD
MAGISTRATE:  JUDGE TURNOFF

    Plaintiffs,

vs.

STEPHEN BYRONS SMITH
and PALMER JOHNSON, INC.

    Defendants.
_____/

## ORDER OF SUBSTITUTION OF COUNSEL

THIS CAUSE, having come before the undersigned District Court Judge upon the foregoing Stipulation for Substitution of Counsel, and the parties having agreed to same, it is hereby

ORDERED and ADJUDGED that Rivkind & Pedraza, P.A. is hereby withdrawn as attorney of records for the Plaintiffs, and MANUEL VALDES, ESQUIRE, is hereby substituted as counsel for the above-named Plaintiffs.

DONE and ORDERED in Chambers at Miami, Dade County, Florida, this _____ day of _____, 2001.

                                                                            _____
                                                                            THE HONORABLE JOAN A. LENARD
                                                                            UNITED STATES DISTRICT JUDGE

Copies furnished to:
Manuel Valdes, Esq.
Brett Rivkind, Esq.
F. David Famulari, Esq.
John D. Kallen, Esq.
David L. Weber, Esq.
Frank J. Sioli, Esq.