UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6022-CIV-LENARD
MAGISTRATE JUDGE TURNOFF

HENRY NARANJO and
MARLENE RAMIREZ,

        Plaintiffs,

vs.

STEPHEN BYRON SMITH, and
PALMER JOHNSON, INC.

        Defendants.

_____/

## PLAINTIFFS' EXPERT WITNESS DISCLOSURE

COME NOW the Plaintiffs, HENRY NARANJO and MARLENE RAMIREZ, by and

through undersigned counsel, and pursuant to the Court's Trial Order, file this expert witness

disclosure:

1.     Robert J. Camuccio, USCG (Ret.)
   56 Snapper Avenue
   Key Largo, FL 33037

   Mr. Camuccio is a naval architect and marine engineer and will testify about the
   design and construction of the cockpit explosion on the yacht.

2.     Richard P. Celestino
   RPC Rehabilitation Placement Consultants, Inc.
   Mizner City Center, Suite 143
   1700 North Dryre Highway
   Boca Raton, FL 33432

   Mr. Celestino is a vocational rehabilitation consultant and will testify as to Henry
   Naranjo's ability to engage in gainful employment.



CASE NO.: 00-6022-CIV-LENARD
MAGISTRATE JUDGE TURNOFF

3.      Frederick A. Raffa, Ph.D.
        17 South Osceola Avenue
        Suite 200
        Orlando, FL 32801

        Mr. Raffa will testify as to the economic losses of Mr. Naranjo in the past and in
        the future as a result of the injuries sustained in the explosion on the yacht.

4.      Dr. Burch Stewart, Ph.D
        Applied Consumer Services, Inc.
        9500 N.W. 77th Avenue
        Bay #5
        Hialeah Gardens, FL 33016

        Dr. Stewart has a Ph.D. in chemistry, and based upon his experience, training,
        education and knowledge, is expected to testify as to the chemical reaction that
        most likely caused the explosion on the yacht.

5.      Medical Experts:

        a.      Gary B.  Schwartz, M.D., Orthopaedic Surgeon;

        b.      Gaetano J. Scuderi, M.D., Orthopaedic Surgeon;

        c.      Gail P. Ballweg, M.D., Neurologist;

        d.      Miriam Feliz, M.D., Physical Medicine;

        e.      Anthony Hall, M.D., Neurosurgeon;

        f.      Michael E. Hendrickson, Ph.D., Psychologist.

CASE NO.: 00-6022-CIV-LENARD
MAGISTRATE JUDGE TURNOFF

## CERTIFICATE OF SERVICE

**IT IS HEREBY CERTIFIED** that a true and correct copy of the foregoing <u>PLAINTIFFS'</u>

<u>EXPERT WITNESS DISCLOSURE</u> was mailed on this 1st day of May, 2001, to the parties listed on

the attached List of Service.

Respectfully submitted,

BLANCK & PERRY, P.A.
Co-Counsel for Plaintiffs
5730 S.W. 74th Street, Suite 700
Miami, Florida 33143
Tel: 305/663-0177; Fax: 305/663-0146

BY: _____
F. DAVID FAMULARI, ESQUIRE
FLA. BAR NO. 0860506

3

CASE NO.: 00-6022-CIV-LENARD
MAGISTRATE JUDGE TURNOFF

## LIST OF SERVICE

John D. Kallen, Esquire
Badiak, Will & Kallen
**Counsel for Stephen Byron Smith**
17071 West Dixie Highway
North Miami Bch, FL 33160
Tel: 305/945-1851
Fax: 305/944-8780

**David L. Weber, Esquire** (Wisc. Bar No. 1010749)
Pinkert Law Firm LLP
Co-Counsel for Palmer Johnson, Inc.
454 Kentucky Street
Sturgeon Bay, Wisconsin 54235-0089
Tel: 1/920/743-6505
Fax: 1/920/743-2041

**Frank J. Sioli, Esq.** (Fla Bar No. 9652)
Valle & Craig, P.A.
Counsel for Palmer Johnson, Inc.
80 SW. 8th Street, Suite 2520
Miami, FL 33130
Tel: 305/373-2888
Fax: 305/373-2889

4