UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HENRY NARANJO and
MARLENE RAMIREZ,

    Plaintiffs,

vs.

STEPHEN BYRON SMITH,

    Defendant/
_____/

CASE NO. 00-6022-CIV-LENARD
MAGISTRATE JUDGE TURNOFF

## ANSWER OF STEPHEN BYRON SMITH TO AMENDED COMPLAINT

Defendant STEPHEN BYRON SMITH, by and through his undersigned counsel, as his answer to the amended complaint filed by the plaintiff, adopts as if fully set forth herein his answer filed in response to the original complaint filed by the plaintiff.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been mailed to all counsel of record listed on the attached service list this 2 day of May, 2001.

BADIAK, WILL & KALLEN
Attorneys for Smith
17071 West Dixie Highway
No. Miami Beach, Florida 33160
Tel: 305-945-1851
Fax: 305-944-8780

By:_____
John D. Kallen
Florida Bar No. 277428

C:\WP\00\108\ANS.AMENDCMP.wpd



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 01-60-Civ-LENARD
MAGISTRATE JUDGE SORRENTINO

TWON ADAMS,

    Petitioner,

vs.                                  **MOTION FOR EXTENSION OF TIME**
                                      **DUE TO LACK OF RECORDS**

CHARLES MATTHEW,

    Respondent(s).
_____/

        The Respondent, the State of Florida, through undersigned counsel, moves this Honorable Court for an extension of time of forty-five (45) days, within which to file a response in the above styled cause, and in support thereof, would respectfully show that:

        1. The Respondent's response is currently due to be filed with this Court. Respondent has not previously requested an extension of time in this matter.

        2. The undersigned counsel was just recently assigned this case and, as such, has not had the opportunity to obtain and review Petitioner's prior files from archives, which files are necessary to prepare the response due in this matter. An additional forty-five (45) days is therefore needed within which to complete a review of the files/documents and prepare a competent response.

        3. This request for extension of time is made in good faith and not for the purpose of unnecessary delay.

        WHEREFORE, Respondent, by and through undersigned counsel, respectfully requests that this Court enter its order granting the Respondent a forty-five (45) day extension of time within

01-837 CV

| RETURN OF SERVICE | JAL |
|---|---|
| Service of the Summons and Complaint was made by me[1] | Date<br>May 1, 2001 |
| Name of Server<br>Emil Schanzenbach, Jr. | Title |

Check one box below to indicate appropriate method of service

Served personally upon the defendant. Place where served
875 Third Avenue, New York, NY 10022

Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

_____

Other (specify) _____

_____

_____

STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|
| $134.80 | $180.00 | $334.80 |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  May 1, 2001
            Date

Signature of Server

1605 Concord Rd. Wyomissing, PA 19610
Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.