UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HENRY NARANJO and
MARLENE RAMIREZ,

    Plaintiffs,

vs.

STEPHEN BYRONS SMITH
and PALMER JOHNSON, INC.

    Defendants.
_____/

CASE NO.: 00-6022-CIV-LENARD
MAGISTRATE: JUDGE TURNOFF



## ORDER OF SUBSTITUTION OF COUNSEL

THIS CAUSE, having come before the undersigned District Court Judge upon the foregoing Stipulation for Substitution of Counsel, and the parties having agreed to same, it is hereby

ORDERED and ADJUDGED that Rivkind & Pedraza, P.A. is hereby withdrawn as attorney of records for the Plaintiffs, and MANUEL VALDES, ESQUIRE, is hereby substituted as counsel for the above-named Plaintiffs.

DONE and ORDERED in Chambers at Miami, Dade County, Florida, this 4 day of May, 2001.

THE HONORABLE JOAN A. LENARD
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Manuel Valdes, Esq.
Brett Rivkind, Esq.
F. David Famulari, Esq.
John D. Kallen, Esq.
David L. Weber, Esq.
Frank J. Sioli, Esq.