UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6022-CIV-LENARD

HENRY NARANJO and MARLENE
RAMIREZ,

        Plaintiff,

vs.

STEPHEN BYRON SMITH,

        Defendant.
_____/

**NOTICE**

TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| United States District Court<br>Southern District of Florida<br>300 N.E. First Avenue, Room 130<br>Miami, Florida 33132 | **Courtroom X** |
|---|---|
| | 5/29/... at 10AM |

Settlement conference.

_____
5/8/...
Date

_____
William C. Turnoff
United States Magistrate Judge

cc:    Honorable Joan A. Lenard
        F. David Underwood, Esquire
        Manuel Valdes, Esquire
        John D. Kallen, Esquire
        Shawn B. McKamey, Esquire