## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

HENRY NARANJO and
MARLENE RAMIREZ,

Case No.: 00-6022-C IV-LENARD

**Plaintiffs,**

vs.

STEPHEN BYRON SMITH,

**Defendant.**

_____/



## NOTICE OF CLAIM OF LIEN
## AND REQUEST TO BE PLACED ON
## SERVICE OF MAILING

**COMES NOW,** TheZenith and gives notice that at the time of the incident described in the Complaint filed by the Plaintiffs, Henry Naranjo and Marlene Ramirez, TheZenith was the United States Longshore and Harbor Workers' Compensation Act claim insurance carrier for Bradford Marine, Inc., and has paid as of May 2, 2001 to Plaintiff, Henry Naranjo, the sum of $185,201.04 excluding attorney's fees, penalties and interest. Pursuant to 33 U.S.C. §933, when a Claimant recovers from a third party, the Employer/Carrier has the right to receive its lien for benefits paid to the Claimant. The lien is applied to the net amount of the recovery after the payment of a reasonable attorney's fee and legal costs. It is therefore requested that no settlement monies or judgments be distributed to the Plaintiffs until such time as this Honorable Court adjudicates this lien and the continuing lien rights of TheZenith.

Further, it is requested that the undersigned be placed on the Parties' certificate of mailing and receive copies of all further pleadings.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished by regular U.S. Mail on May 9, 2001 to:

Raul C. DeLaHeria, Esquire
More & DeLaHeria, P.A.
4160 West 16th Avenue
Suite 100
Hialeah, FL 33012
*Counsel for Employee/Claimant*

Manuel Valdes, Esquire
Law Offices of John W. Burke, P.A.
782 Northwest 42nd Avenue
Suite 330, Ocean Bank Building
Miami, FL 33126
*and*
F. David Famulari, Esquire
Underwood, Karcher & Karcher, P.A.
2900 Southwest 28th Terrace
6th Floor, Grove Plaza Building
Miami, FL 33133
*Co-Counsel for Plaintiffs*

John D. Kallen, Esquire
Badiak, Will & Kallen, P.A.
17071 West Dixie Highway
North Miami Beach, FL 33160
*Counsel for Defendant*

Warren K. Sponsler, Esquire
SPONSLER & BENNETT, P.A.
Florida Bar No. 0893595
9950 Princess Palm Avenue
Registry II, Suite 102
Tampa, FL 33619
*Counsel for TheZenith*

2