UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   : 00-6022-CIV-LENARD
JUDGE      : JOAN A. LENARD
TRIAL DATE: 11/12/01

HENRY NARANJO

    Plaintiff(s),

vs.

STEPHEN BYRON SMITH

    Defendant(s).

**MEDIATORS REPORT**

*******************************

COMES NOW Judge Murray Meyerson (Ret.), the undersigned certified Mediator from **FLORIDA MEDIATION GROUP** and reports to this Honorable Court:

The Mediation was held on: 05-18-2001 10:30.

____    AN AGREEMENT WAS REACHED.

    ____ Mediation Agreement attached, with the parties consent.

____    No Agreement was reached; Impasse.

✓   The parties wish to continue settlement negotiations and may reconvene for a Continuation of the Mediation. Notice of the date, time and place shall be furnished to the parties and filed with the court. ~~If no Notice of Mediation Agreement or Post-Mediation Agreement is filed on or before ___/___/___ this matter shall be considered at an Impasse.~~ MEDIATION SHALL BE SET ON OR BEFORE AUG 31, 2001.

____    A Post-Mediation Settlement was reached, as per information received on ___/___/___, from _____.

____    Other:_____
_____.

_____
Certified Mediator, **FLORIDA MEDIATION GROUP** - FMG# 0-41125

(✓)                                          ( )
28 W. Flagler St.                            800 E. Broward Blvd.
10th Floor                                   Suite 400
Miami, FL. 33130                             Ft. Lauderdale, FL. 33301
(305) 579-9990                               (954) 522-9991

Copies to:
Clerk of Court
Counsel of record
Parties, (if unrepresented)

5/18/2001

medrept.fed