UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6022-CIV-LENARD

HENRY NARANJO and
MARLENE RAMIREZ,

       Plaintiffs,

vs.                                                           ORDER & RENOTICE

STEPHEN BYRON SMITH and
PALMER JOHNSON, INC.,

       Defendants.
_____/

This Cause came before the undersigned on <u>Defendant Palmer Johnson, Inc.'s Agreed Motion To Continue Settlement Conference</u>. The Court being fully advised, it is hereby ORDERED AND ADJUDGED that the within Motion is GRANTED. Settlement conference is reset to 6/27/2001 - 10 A.M.

DONE AND ORDERED, in Chambers, at Miami, Florida, this ___ day of May, 2001.

                                                  WILLIAM C. TURNOFF
                                                  United States Magistrate Judge

cc:   Honorable Joan A. Lenard
       Frank J. Sioli, Esquire
       F. David Underwood, Esquire
       Manuel Valdes, Esquire
       John D. Kallen, Esquire

1