UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6022-CIV-LENARD/TURNOFF

HENRY NARANJO and MARLENE
RAMIREZ,

    Plaintiff(s),

vs.

STEPHEN BYRON SMITH,

    Defendant(s).
_____/



## ORDER DIRECTING PARITES TO SUBMIT PROPOSED ORDER RESCHEDULING MEDIATION

**THIS CAUSE** came before the Court upon Mediator's Report field Mayt 24, 2001. Upon review of the Report, the Court finds mediation was conducted on May 18, 2001. According to the report, the parties wish to continue settlement negotiations and may reconvene for a continuation of the mediation. It is hereby

**ORDERED AND ADJUDGED** as follows:

1.    Plaintiff and Defendant shall have up to and including **June 10, 2001** to file with the Court the a proposed Order Scheduling Continuation of Mediation which is attached to this Order.

2.    The proposed Order shall be accompanied with stamped, addressed envelopes for each party entitled to notice of the Order when issued by the Court.

3.    **Failure to comply with this Order or to submit notice of good cause for failure to comply will subject the party or counsel to appropriate penalties, including but not limited to dismissal of the cause, or the striking of defenses and entry of judgment pursuant to S.D.**



Case No. 00-6022-CIV-LENARD/TURNOFF

**Fla. L.R. 16.1M.**

      **DONE AND ORDERED** in Chambers at Miami, Florida this ____ day of May, 2001.

JOAN A. LENARD
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Magistrate Judge William C. Turnoff

F. David Underwood, Esq.
Underwood, Karcher & Karcher, P.A.
9th Floor, Grove plaza Building
2900 SW 28th Terrace
Miami, FL 33133

Manuel Valdes, Esq.
910 Madrid
Coral Gables, FL 33134

John D. Kallen, Esq.
Badiak, Will & Kallen
17071 West Dixie Highway
North Miami Beach, FL

Shawn B. McKamey, Esq.
Billing, Cochran, Heath, et al.
888 SE 3rd Avenue, Suite 301
Ft. Lauderdale, FL 33316

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6022-CIV-LENARD/TURNOFF

HENRY NARANJO and MARLENE RAMIREZ,

    Plaintiff(s),

vs.

STEPHEN BYRON SMITH,

    Defendant(s).
_____/

## ORDER SCHEDULING CONTINUATION OF MEDIATION

**THE CONTINUATION OF MEDIATION CONFERENCE** in this matter shall be held with _____ _____ on _____, 2001, at _____.m., at _____, Florida. This date has been agreed to by the Mediator and the Parties and shall not be rescheduled without leave of Court.

    Within five (5) days following the mediation conference, the mediator shall file a Mediation Report indicating whether all required parties were present. The report shall also indicate whether the case settled (in full or in part), was continued with the consent of the parties, or whether the mediator declared an impasse.

    **DONE AND ORDERED** in Chambers at Miami, Florida this _____ day of May, 2001.

                                                JOAN A. LENARD
                                               UNITED STATES DISTRICT JUDGE

Copies furnished to:    Magistrate Judge William C. Turnoff

| | | |
|---|---|---|
| F. David Underwood, Esq. | Manuel Valdes, Esq. | Shawn B. McKamey, Esq. |
| Underwood, Karcher & Karcher, P.A. | 910 Madrid | Billing, Cochran, Heath, et al. |
| 9th Floor, Grove Plaza Building | Coral Gables, FL 33134 | 888 SE 3rd Avenue, Suite 301 |
| 2900 SW 28th Terrace | | Ft. Lauderdale, FL 33316 |
| Miami, FL 33133 | John D. Kallen, Esq. | |
| | Badiak, Will & Kallen | |
| | 17071 West Dixie Highway | |
| | North Miami Beach, FL | |