LFV:FJS/lks
97-1

**NIGHT BOX FILED**

JUN 0 1 2001

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

HENRY NARANJO and
MARLENE RAMIREZ,

      Plaintiffs,

v.

STEPHEN BYRON SMITH, and
PALMER JOHNSON, INC.,

      Defendants.
_____/

CASE NO. 00-6022-CIV-LENARD
Magistrate Judge Turnoff

### DEFENDANT'S EXPERT WITNESS DISCLOSURE

COMES NOW the Defendant, PALMER JOHNSON, INC., by and through undersigned counsel, and pursuant to the Court's Trial Order, and files this its Expert Witness Disclosure:

1) Dave Jones
   D. E. Jones & Associates, Inc.
   607 Apalachee Circle, NE
   St. Petersburg, Florida 33702

   Mr. Jones is expected to testify that the vessel was designed pursuant to the applicable design standards of Naval Architecture.

2) Lee Swanger, Ph.D. and/or Dave Wills, Ph.D.
   ExPonent/Failure Analysis
   4101 Southwest 71st Avenue
   Miami, Florida 33155

   Dr. Swanger and/or Dr. Wills are expected to testify that the vessel *Souvenir* conformed to the applicable engineering and manufacturing standards.

3) Manfred H. Ledford, Ph.D.
   Department of Finance
   University of Miami



VALLE & CRAIG, P.A., ATTORNEYS AT LAW
DADELAND CENTRE - SUITE 1000, 9155 SOUTH DADELAND BOULEVARD
MIAMI, FLORIDA 33156 - TELEPHONE (305) 373-2888 - FACSIMILE (305) 373-2889

P.O. Box 248094
Coral Gables, Florida 33124

Dr. Ledford is expected to testify regarding the Plaintiffs' economic losses as a result of the incident.

4) Theodore S. Bilski, C.D.M.S., M.B.A.
   708 Kingston Court
   Apollo Beach, FL 33572

   OR

   Raquline Fals, C.R.C.
   IRG/Seltzer Delman
   1300 Sawgrass Corporate Parkway, Suite 130
   Sunrise, FL 33323

   Mr. Bilski or Ms. Fals is expected to testify concerning the Plaintiffs' vocational potential and present/future earning capacity. (Mr. Bilski's health will determine whether his is our primary witness in this area of expertise).

5) Jay Stein, M.D.
   9699 NE 2nd Avenue
   Miami Shores, Florida 33138
   IME Orthopedist

   Dr. Stein is expected to testify concerning the Plaintiffs' Orthopedic condition.

6) Carlos Diaz-Silveria, M.D.
   Mercy Professional Building
   3661 South Miami Avenue
   Suite 903
   Miami, Florida 33133
   IME Psychiatrist

   Dr. Diaz-Silveria is expected to testify concerning the Plaintiffs' psychological and psychiatric condition.

7) Alan M. Wagshul, M.D.
   7330 SW 62nd Place
   Suite 310
   South Miami, Florida 33143
   IME Neurologist

Dr. Wagshul is expected to testify concerning the Plaintiffs' neurological condition.

8) Guillermo Pasarin, M.D.
   4900 West Oakland Park Blvd., Suite 105
   Fort Lauderdale, Florida 33313

Dr. Pasarin is expected to testify concerning the Plaintiffs' surgical residuals and condition, and whether any future neurosurgery may be necessary.

9) Bryce Epstein, M.D.
   21000 NE 28th Avenue
   Suite 104
   Aventura, FL 33180

Dr. Epstein is expected to testify concerning the Plaintiff's physical condition based from a physiatrist's point of view.

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing motion has been furnished by mail this **1st** day of **June, 2001** to: **Manuel Valdes, Esquire**, Law Offices of Manuel Valdes, Attorneys for Plaintiffs, 910 Madrid Street, Coral Gables, Florida 33134; **F. David Famulari, Esquire**, Co-Counsel for Plaintiffs, Blanck & Perry, P.A., 5730 SW 74th St., Suite 700, Miami, FL 33143; **John D. Kallen, Esquire**, Badiak, Will & Kallen, Attorneys for Stephen Byron Smith, 17071 West Dixie Highway, North Miami Beach, Florida 33160; and David L. Weber, Esquire, Pinkert Law Firm LLP, 454 Kentucky Street, P.O. Box 89, Sturgeon Bay, WI 54235-0089.

VALLE & CRAIG, P.A.
Co-Counsel for Defendant,
PALMER JOHNSON, INC.
Dadeland Centre
Suite 1000
9155 South Dadeland Boulevard
Miami, Florida 33156
Telephone:   (305) 373-2888
Fax:         (305) 373-2889

By: _____
LAURENCE F. VALLE
Florida Bar No. 121382
FRANK J. SIOLI
Florida Bar No. 009652