UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HENRY NARANJO and
MARLENE RAMIREZ,

    Plaintiffs,

vs.

STEPHEN BYRON SMITH and
PALMER JOHNSON, INC.,

    Defendants
_____/

CASE NO. 00-6022-CIV-LENARD
MAGISTRATE JUDGE TURNOFF

### DEFENDANT SMITH'S EXPERT WITNESS DISCLOSURE

Defendant STEPHEN BYRON SMITH, by and through his undersigned attorneys, herein adopts the Expert Witness Disclosure filed by defendant PALMER JOHNSON, INC.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been mailed to all counsel of record listed on the attached service list this 6 day of June, 2001.

BADIAK, WILL & KALLEN
Attorneys for Smith
17071 West Dixie Highway
No. Miami Beach, Florida 33160
Tel: 305-945-1851
Fax: 305-944-8780

By: _____
John D. Kallen
Florida Bar No. 277428

C:\WP\00\108\EXPWITDISCLOS.wpd



SERVICE LIST

CASE NO. 00-6022-CIV-LENARD/TURNOFF

F. David Famulari, Esq.
Blanck & Perry, P.A.
Attorneys for Plaintiffs
5730 SW 74th Street
Suite 700
Miami, FL 33143
Tel: 305-663-0177
Fax: 305-663-0146

Manuel Valdes, Esq.
910 Madrid Street
Coral Gables, FL 33134
Tel: 305-529-5428

Frank J. Sioli, Esq.
Valle & Craig, P.A.
Attorneys for Palmer Johnson
80 SW Eighth Street, Suite 2520
Miami, FL 33130
Tel: 305-373-2888
Fax: 305-373-2889

David L. Weber, Esq.
Pinkert Law Firm LLP
Co-counsel for Palmer Johnson
454 Kentucky Street
P.O. Box 89
Sturgeon Bay, WI 54235