LFV:FJS/lks
97-1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

HENRY NARANJO and
MARLENE RAMIREZ,

    Plaintiffs,

v.

STEPHEN BYRON SMITH, and
PALMER JOHNSON, INC.,

    Defendants.
_____/

CASE NO. 00-6022-CIV-LENARD
Magistrate Judge Turnoff

**ORDER**

FILED by ___ D.C.
JUN 7 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

**THIS CAUSE** having come on to be heard on Defendant's, PALMER JOHNSON, INC.'S, Agreed Motion for Enlargement of Time for Joinder of Parties and Agreed Motion for Leave to File Third Party Complaint, and the Court having been advised of the agreement of the parties, and being otherwise duly advised in the Premises, it is hereupon,

**ORDERED AND ADJUDGED** that said Motions be and the same are hereby Granted. Joinder of additional parties may be accomplished by June 15, 2001 or within 10 days of the date of this Order, whichever is later. Defendant Palmer Johnson's Third-Party Complaint against Tom Fexas Yacht Designs is deemed filed as of the date of this Order.

**DONE AND ORDERED** in Chambers, at Miami-Dade County, Florida, this ___7___ day of June, 2001.

JOAN A. LENARD
United States District Judge

cc:    Magistrate Judge William C. Turnoff
       Frank J. Sioli, Esq.
       F. David Famulari, Esq.
       Manuel Valdes, Esq.
       John D. Kallen, Esq.