UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6022-CIV-LENARD/TURNOFF

HENRY NARANJO and MARLENE
RAMIREZ,

    Plaintiff(s),

vs.

STEPHEN BYRON SMITH,

    Defendant(s).

_____/

FILED by ___ D.C.
JUN 1 2 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

## ORDER SCHEDULING CONTINUATION OF MEDIATION

THE CONTINUATION OF MEDIATION CONFERENCE in this matter shall be held with **Judge Murray Meyerson(Ret.), Fl. Mediation,** on **August 24**, 2001, at **10:30am.**, at **Miami**, Florida. This date has been agreed to by the Mediator and the Parties and shall not be rescheduled without leave of Court.

Within five (5) days following the mediation conference, the mediator shall file a Mediation Report indicating whether all required parties were present. The report shall also indicate whether the case settled (in full or in part), was continued with the consent of the parties, or whether the mediator declared an impasse.

DONE AND ORDERED in Chambers at Miami, Florida this /2 day of June 2001.

JOAN A. LENARD
UNITED STATES DISTRICT JUDGE

Copies furnished to:    Magistrate Judge William C. Turnoff

F. David Underwood, Esq.
Underwood, Karcher & Karcher, P.A.
9th Floor, Grove Plaza Building
2900 SW 28th Terrace
Miami, FL 33133

Manuel Valdes, Esq.
910 Madrid
Coral Gables, FL 33134

John D. Kallen, Esq.
Badiak, Will & Kallen
17071 West Dixie Highway
North Miami Beach, FL

Shawn B. McKamey, Esq.
Billing, Cochran, Heath, et al.
888 SE 3rd Avenue, Suite 301
Ft. Lauderdale, FL 33316