# United States District Court

———————— DISTRICT OF ————————

PLAINTIFF
HENRY NARANJO and
MARLENE RAMIREZ

## THIRD PARTY SUMMONS IN A CIVIL ACTION

V. DEFENDANT AND THIRD PARTY PLAINTIFF
PALMER JOHNSON, INC.

CASE NUMBER: 00-6022-CIV-LENARD
Magistrate Judge Turnoff

V. THIRD PARTY DEFENDANT
TOM FEXAS YACHT DESIGN, INC.

TO: (Name and address of Third Party defendant)
Tom Fexas Yacht Design, Inc.
c/o BURSON, ROBERT A.
67 S. Federal HWY, Stuart, FL 33497

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

PLAINTIFF'S ATTORNEY (name and address)
F. DAVID FAMULARI, ESQ.
Blanck & Perry, P.A.
5730 SW 74th Street, Suite 700
Miami, FL 33143
Telephone: (305) 663-0177
Facsimile: (305) 6630146

DEFENDANT AND THIRD–PARTY PLAINTIFF'S ATTORNEY (name and address)
LAURENCE F. VALLE, ESQ.
FRANK J. SIOLI, ESQ.
VALLE & CRAIG, P.A.
9155 South Dadeland Boulevard
Suite 1000, Dadeland Centre
Miami, FL 33156
Telephone: (305) 373-2888
Facsimile: (305) 373-2889

an answer to the third–party complaint which is herewith served upon you within __20__ days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third–party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third–party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third–party plaintiff.

Clarence Maddox

'JUN 19 2001

CLERK

DATE

(BY) DEPUTY CLERK