UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.   00-6022-CIV-LENARD

HENRY NARANJO and
MARLENE RAMIREZ,

Plaintiffs,

vs.                                              ORDER

STEPHEN BYRON SMITH and
PALMER JOHNSON, INC.,

Defendants.
_____/

This Cause came before the undersigned on Defendant Palmer Johnson Inc.'s Agreed

Motion For Continuance Of Settlement Conference.   The Court being fully advised, it is hereby

ORDERED AND ADJUDGED that the within Motion is GRANTED.  Settlement conference is reset

to _8/8/2001 - 10 AM_

DONE AND ORDERED, in Chambers, at Miami, Florida, this ___ day of June,

2001.


WILLIAM C. TURNOFF
United States Magistrate Judge

cc:   Honorable Joan A. Lenard
      Laurence F. Valle, Esquire
      Manuel Valdes, Esquire
      F. David Famulari, Esquire
      John D. Kallen, Esquire
      David Weber, Esquire

1