UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HENRY NARANJO and
MARLENE RAMIREZ,

    Plaintiffs,

vs.

STEPHEN BYRON SMITH and
PALMER JOHNSON, INC.,

    Defendants
_____/

CASE NO. 00-6022-CIV-LENARD
MAGISTRATE JUDGE TURNOFF

## NOTICE OF JOINDER OF DEFENDANT SMITH IN
## MOTION TO STRIKE PLAINTIFF' DEMAND FOR JURY TRIAL

Defendant STEPHEN BYRON SMITH (hereinafter "Smith"), by and through his undersigned attorneys, herein notifies this Court of his joinder in the Motion to Strike Plaintiffs' Demand for Jury Trial filed by defendant Palmer Johnson, Inc. For the reasons as set forth in the Motion to Strike Plaintiffs' Demand for Jury Trial, Smith contends that plaintiffs are not entitled to a trial by jury of any and all claims asserted against this defendant.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been mailed to all counsel of record listed on the attached service list this 27 day of June, 2001.

        BADIAK, WILL & KALLEN
        Attorneys for Smith
        17071 West Dixie Highway
        No. Miami Beach, Florida 33160
        Tel: 305-945-1851
        Fax: 305-944-8780

        By: _____
        John D. Kallen
        Florida Bar No. 277428

C:\WP\00\108\JOINM.STRIKE.wpd