# AFFIDAVIT OF SERVICE
## UNITED STATES DISTRICT COURT
### Southern District of Florida



Case Number: 00-6022 CIV-LENARD

FILED BY _____ D.C

01 JUL -9 AM 9: 51

CLARE~~ ~~DDOX
CLERK U~ DIST. CT.
S.D. OF FL - MIAMI

Plaintiff:
**Henry Naranja, et al.,**
vs.
Defendant:
**Palmer Johnson, Inc.,**

For: Laurence F. Valle
    VALLE & CRAIG, P.A.

310 WEST 1st ST.

Received by CIVIL PROCESS PLUS, INC. on the 19th day of June, 2001 at 3:47 pm to be served on **TOM FEXAS YACHT DESIGN, INC. c/o Robert A. Burson at** ~~67 S. Federal Highway~~**, Stuart, Florida 33497**. I, __ARTHUR GOCKELER__, being duly sworn, depose and say that on the __25__ day of __JUNE__, 20__01__ at __1:00__ p.m., executed service by delivering a true copy of the **Civil Action Summons, Third Party Complaint and Amended Complaint** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____
of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____

XXX CORPORATE SERVICE: By serving __ROBERT A BURSON__ as
__R.A.__.

( ) OTHER SERVICE: As described in the Comments below by serving _____
as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: _SERVICE ON REGISTERED AGENT WAS MADE AT 310 WEST 1st STREET, STUART, FL - NOT AT THE ADDRESS GIVEN._

I certify that I have no interest in the above styled action; I am over the age of eighteen (18) years, and have proper authority to serve legal process in the jurisdiction in which this service was made.

_Arthur Gockeler_

Subscribed and Sworn to before me on the __26__
day of __JUNE 2001__ by the affiant
who is personally known to me.

_Jeffrey W. Bouley_
NOTARY PUBLIC

[Notary seal: JEFFREY W. BOULEY / My Comm Exp. _____ / No. CC_____]

PROCESS SERVER # __92-1__
Appointed in accordance
 with State Statutes

**CIVIL PROCESS PLUS, INC.**
**600 Brickell Avenue**
**Suite 203-A**
**Miami, FL 33131**
**(305) 375-9111**
Our Job Serial Number: 2001012353

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.4m

97/DX

# United States District Court

_____ DISTRICT OF _____

PLAINTIFF
**HENRY NARANJO and**
**MARLENE RAMIREZ**

V. DEFENDANT AND THIRD PARTY PLAINTIFF
**PALMER JOHNSON, INC.**

THIRD PARTY SUMMONS IN A
CIVIL ACTION

CASE NUMBER: 00-6022-CIV-LENARD
Magistrate Judge Turnoff

V. THIRD PARTY DEFENDANT
**TOM FEXAS YACHT DESIGN, INC.**

TO: (Name and address of Third Party defendant)
Tom Fexas Yacht Design, Inc.
c/o BURSON, ROBERT A.
67 S. Federal HWY, Stuart, FL 33497

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

PLAINTIFF'S ATTORNEY (name and address)
F. DAVID FAMULARI, ESQ.
Blanck & Perry, P.A.
5730 SW 74th Street, Suite 700
Miami, FL 33143
Telephone: (305) 663-0177
Facsimile: (305) 6630146

DEFENDANT AND THIRD–PARTY PLAINTIFF'S ATTORNEY (name and address)
LAURENCE F. VALLE, ESQ.
FRANK J. SIOLI, ESQ.
VALLE & CRAIG, P.A.
9155 South Dadeland Boulevard
Suite 1000, Dadeland Centre
Miami, FL 33156
Telephone: (305) 373-2888
Facsimile: (305) 373-2889

an answer to the third–party complaint which is herewith served upon you within 20 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third–party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third–party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third–party plaintiff.

Clarence Maddox                                         JUN 1 9 2001
------------------                                      ------------
CLERK                                                   DATE

*[signature]*
------------------
(BY) DEPUTY CLERK