LFV FJS/lks
97-1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FILED by GW D.C.

JUL 9 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

CASE NO. 00-6022-CIV-LENARD
Magistrate Judge Turnoff

HENRY NARANJO and
MARLENE RAMIREZ,

    Plaintiffs,

v.

STEPHEN BYRON SMITH, and
PALMER JOHNSON, INC.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** having come on to be heard on Defendant's, PALMER JOHNSON, INC.'S, Agreed Motion to Extend Expert Discovery Deadline, and the Court having been advised of the agreement of the parties, and being otherwise duly advised in the Premises, it is hereupon,

**ORDERED AND ADJUDGED** that said Motions be and the same are hereby Granted. Expert discovery deadline be accomplished by August 31, 2001.

**DONE AND ORDERED** in Chambers, at Miami-Dade County, Florida, this _____9_____ day of July, 2001.

JOAN A. LENARD
United States District Judge

cc:  Magistrate Judge William C. Turnoff
      Frank J. Sioli, Esq.
      F. David Famulari, Esq.
      Manuel Valdes, Esq.
      John D. Kallen, Esq.