**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO.00-6022-CIV-LENARD/TURNOFF

```
FILED by ___G̲W̲___ D.C.

   JUL 1 6 2001

   CLARENCE MADDOX
  CLERK U.S. DIST. CT.
   S.D. OF FLA. - MIAMI
```

**HENRY NARANJO and
MARLENE RAMIREZ,**

      Plaintiffs,

vs.

**STEPHEN BYRON SMITH,
and PALMER JOHNSON, INC.,**

      Defendants.

_____/

**PALMER JOHNSON, INC.,**

      Third Party Plaintiff,

vs.

**TOM FEXAS YACHT DESIGN, INC.,**

      Defendant.

_____/

**ORDER OF REFERENCE OF MOTION TO STRIKE PLAINTIFF'S
DEMAND FOR JURY TRIAL & MEMORANDUM OF LAW
IN SUPPORT THEREOF TO MAGISTRATE JUDGE TURNOFF**

**PURSUANT to 28 U.S.C. § 636** and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned cause is referred to United States Magistrate Judge William C. Turnoff to take all necessary and proper action as required by law with respect  to **Motion to Strike Plaintiff's Demand for Jury Trial & Memorandum of Law in Support Thereof, and motions and papers relating thereto.**

Pursuant to this referral order, it is also

**ORDERED AND ADJUDGED** that it is the responsibility of the parties in this case to indicate the name of the Magistrate Judge assigned to the case on all motions and related papers referred by this order.  After receipt of such motion or other related paper, chambers will forward the motion or paper to the chambers of the appropriate Magistrate Judge.

**DONE AND ORDERED** in Chambers at Miami, Florida this _16_ day of July, 2001.

JOAN A. LENARD
UNITED STATES DISTRICT JUDGE

cc:    U.S. Magistrate Judge William C. Turnoff

F. David Famulari, Esq.
Blanck & Perry, P.A.
5730 S.W. 74 Street, Suite 700
Miami, FL 33143

John D. Kallen, Esq.
Badiak, Will & Kallen
17071 West Dixie Hwy
North Miami Beach, FL 33160

Laurence F. Valle, Esq.
Frank J. Sioli, Esq.
Valle & Craig, P.A.
Dadeland Centre, Suite 1000
9155 South Dadeland Boulevard
Miami, FL 33156

David L. Weber, Esq.
Pinkert Law Firm LLP
454 Kentucky Street
PO Box 89
Sturgeon Bay, WI 54235-0089

Manuel Valdes, Esq.
910 Madrid Street
Coral Gables, FL 33134

00-6022-CIV-LENARD/TURNOFF