UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HENRY NARANJO and
MARLENE RAMIREZ,

       Plaintiffs,

vs.

STEPHEN BYRON SMITH, and
PALMER JOHNSON, INC.

       Defendants.
_____/

CASE NO.: 00-6022-CIV-LENARD
MAGISTRATE JUDGE TURNOFF

### JOINT NOTICE OF DISMISSAL OF COUNT V ONLY OF THE AMENDED COMPLAINT BY PLAINTIFF, MARLENE RAMIREZ (COUNTS I THROUGH IV REMAIN IN EFFECT)

COME NOW the parties, by and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41 (a)(1)(ii), file this Notice of Voluntary Dismissal of Count V Only of the Amended Complaint. Counts I through IV of the Amended Complaint remain in full force and effect.

Dated this 29th day of June, 2001.

| | |
|---|---|
| BLANCK & PERRY, P.A. | BADIAK, WILL & KALLEN |
| Co-Counsel for Plaintiffs | Counsel for Defendant, |
| 5730 S.W. 74th Street, Suite 700 | Steven Byron Smith |
| Miami, Florida 33143 | 17071 West Dixie Highway |
| Tel. No.: 305/663-0177 | North Miami Beach, FL 33160 |
| Fax. No.: 305/663-0146 | Tel. No.: 305/945-1851 |
| | Fax. No.: 305/944-8780 |
| BY: _____ | BY: _____ |
| F. DAVID FAMULARI, ESQUIRE | JOHN D. KALLEN, ESQUIRE |
| FLA. BAR NO. 0860506 | FLA. BAR NO.: 277428 |

CASE NO.: 00-6022-CIV-LENARD
MAGISTRATE JUDGE TURNOFF

| | |
|---|---|
| Valle & Craig, P.A.<br>Counsel for Defendant,<br>Palmer Johnson, Inc.<br>80 SW. 8th Street, Suite 2520<br>Miami, FL 33130<br>Tel. No.: 305/373-2888<br>Fax. No.: 305/373-2889 | Law Offices of Manuel Valdes<br>Co-Counsel for Plaintiffs<br>910 Madrid<br>Coral Gables, FL 33134<br>Tel. and Fax No.: 305/529-5428 |
| BY: _____<br>LAWRENCE VALLE, ESQUIRE<br>FLA. BAR NO.: 121382 | BY: _____<br>MANUEL VALDES, ESQUIRE<br>FLA. BAR NO.: 13307 |

## CERTIFICATE OF SERVICE

**IT IS HEREBY CERTIFIED** that a true and correct copy of the foregoing JOINT NOTICE OF DISMISSAL OF COUNT V ONLY OF THE AMENDED COMPLAINT was mailed on this ___16th___ day of ~~June,~~ July 2001, to the parties listed on the attached List of Service.

Respectfully submitted,

BLANCK & PERRY, P.A.
Co-Counsel for Plaintiffs
5730 S.W. 74th Street, Suite 700
Miami, Florida 33143
Tel: 305/663-0177; Fax: 305/663-0146

BY: _____
F. DAVID FAMULARI, ESQUIRE
FLA. BAR NO. 0860506

CASE NO.: 00-6022-CIV-LENARD
MAGISTRATE JUDGE TURNOFF

## LIST OF SERVICE

John D. Kallen, Esquire
Badiak, Will & Kallen
<u>Counsel for Stephen Byron Smith</u>
17071 West Dixie Highway
North Miami Bch, FL 33160
Tel: 305/945-1851
Fax: 305/944-8780

**David L. Weber, Esquire** (Wisc. Bar No. 1010749)
Pinkert Law Firm LLP
<u>Co-Counsel for Palmer Johnson, Inc.</u>
454 Kentucky Street
Sturgeon Bay, Wisconsin 54235-0089
Tel: 1/920/743-6505
Fax: 1/920/743-2041

**Frank J. Sioli, Esq.** (Fla Bar No. 9652)
Valle & Craig, P.A.
<u>Counsel for Palmer Johnson, Inc.</u>
80 SW. 8th Street, Suite 2520
Miami, FL 33130
Tel: 305/373-2888
Fax: 305/373-2889