UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.00-6022-CIV-LENARD/TURNOFF

FILED by _____ D.C.

JUL 19 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**HENRY NARANJO and
MARLENE RAMIREZ,**

    Plaintiffs,

vs.

**STEPHEN BYRON SMITH,**

    Defendant.
_____/

## ORDER DISMISSING COUNT V

**THIS CAUSE** is before the Court on the Joint Notice of Dismissal of Count V of the Amended Complaint. Based on the Court's review of the Notice and the record, it is

**ORDERED AND ADJUDGED** that:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Count V of the Amended Complaint is **DISMISSED** without prejudice.

2. All other Counts of the Amended Complaint remain.

**DONE AND ORDERED** in Chambers at Miami, Florida this 19 day of July, 2001.

                          JOAN A. LENARD
                          UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge William C. Turnoff

John D. Kallen, Esq.
Badiak, Will & Kallen
17071 West Dixie Hwy
North Miami Beach, FL 33160

Manuel Valdes, Esq.
Ste. 330, Ocean Bank Bldg.
782 N.W. 42nd Ave.
Miami, FL 33126

F. David Famulari, Esq.
Underwood, Karcher & Karcher
6th Floor, Grove Plaza Bldg.
2900 S.W. 28th Terrace
Miami, FL 33133