LFV/FJS:lks
97-1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6022-CIV-LENARD
Magistrate Judge Turnoff

**NIGHT BOX FILED**
AUG 2 2001
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

HENRY NARANJO and
MARLENE RAMIREZ,

    Plaintiffs,

v.

STEPHEN BYRON SMITH, and
PALMER JOHNSON, INC.,

    Defendants.
_____/

### MOTION TO STRIKE PLAINTIFF'S MEMORANDUM OF LAW IN RESPONSE TO PALMER JOHNSON'S MOTION TO STRIKE PLAINTIFF'S DEMAND FOR A JURY TRIAL OR IN THE ALTERNATIVE MOTION FOR ENLARGEMENT OF TIME TO REPLY TO PLAINTIFF'S RESPONSE

COMES NOW, the Defendant PALMER JOHNSON, INC., and files this its Motion to Strike Plaintiff's Memorandum of Law in Response to Palmer Johnson's Motion to Strike Plaintiff's Demand for a Jury Trial or in the Alternative Motion for Enlargement of Time to Reply to Plaintiff's Response, and as grounds therefor states as follows:

1. That on or about June 20, 2001, the Defendant Palmer Johnson filed a Motion to Strike Plaintiff's Demand for Jury Trial and Motion to Amend Amended Complaint.

2. That pursuant to Local Rule 7.1C, the Plaintiff had 10 days, excluding mailing days, within which to respond to the Motion.

3. That the response should have been due on or about July 5, 2001.

9155 SOUTH DADELAND BOULEVARD, SUITE 1000, MIAMI, FLORIDA 33156 • TELEPHONE (305) 373-2888

CASE NO. 00-6022-CIV-LENARD

4. However, the Memorandum was not served until July 25, 2001, which is outside the time parameters set forth by Local Rule 7.1.C.

## MEMORANDUM OF LAW

Pursuant to Local Rule 7.1.C(a) a Memorandum which was served on June 20, 2001 would have been permitted a response by July 5, 2001. See, S.D. Fla. L.R. 7.1.C. 1(a) (2000). Therefore the Response Memorandum should be stricken.

## MOTION FOR ENLARGEMENT OF TIME

5. That the Plaintiff's Memorandum of Law in response to defendant's Motion to Strike Plaintiff's Demand for Jury Trial was dated July 25, 2001, yet was not received in this office until July 30, 2001.

6. That pursuant to the Local Rules, the Defendant would only have until on or about August 2, 2001 to reply to the Memorandum.

7. That because it would be unduly burdensome for the Defendant to respond only having possessed the Memorandum for 3 days, the Defendant moves the Court for an enlargement of time of 10 days, or through August 13, 2001, within which to reply to the Response.

8. That this Motion is made in good faith and for the good causes shown above.

9. That the undersigned has conferred with opposing counsel concerning the aforementioned Motions, who opposes the Motion to Strike and has no objection to the Motion for Enlargement of Time.

2

CASE NO. 00-6022-CIV-LENARD

WHEREFORE, the Defendant respectfully requests that this Court enter an order granting the Defendant's Motion to Strike, or, in the alternative, granting a Motion for Extension of Time within which to reply to the Plaintiff's Response.

## **CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true and correct copy of the foregoing motion has been furnished by mail this **2nd** day of August, 2001 to: **Manuel Valdes, Esquire**, Law Offices of Manuel Valdes, Attorneys for Plaintiffs, 910 Madrid Street, Coral Gables, Florida 33134; **F. David Famulari, Esquire**, Co-Counsel for Plaintiffs, Blanck & Perry, P.A., 5730 SW 74th St., Suite 700, Miami, FL 33143; **John D. Kallen, Esquire**, Badiak, Will & Kallen, Attorneys for Stephen Byron Smith, 17071 West Dixie Highway, North Miami Beach, Florida 33160; **David L. Weber, Esquire**, Pinkert Law Firm LLP, 454 Kentucky Street, P.O. Box 89, Sturgeon Bay, WI 54235-0089; **Joseph L. Mannikko, Esquire**, Mannikko & Baris, P.A., Attorneys for Tom Fexas Yacht Design, Inc., 870 SW Martin Downs Blvd., Suite 1, Palm City, Florida 34990.

                VALLE & CRAIG, P.A.
                Co-Counsel for Defendant,
                PALMER JOHNSON, INC.
                Dadeland Centre
                Suite 1000
                9155 South Dadeland Boulevard
                Miami, Florida 33156
                Telephone:    (305) 373-2888
                Fax:    (305) 373-2889

By: _____
      LAURENCE F. VALLE
      Florida Bar No. 121382
      FRANK J. SIOLI
      Florida Bar No. 009652

2

VALLE & CRAIG, P.A., ATTORNEYS AT LAW
9155 SOUTH DADELAND BOULEVARD, SUITE 1000, MIAMI, FLORIDA 33156 • TELEPHONE (305) 373-2888