UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6022-CIV-LENARD
MAGISTRATE JUDGE TURNOFF

HENRY NARANJO and
MARLENE RAMIREZ,

    Plaintiffs,

vs.

STEPHEN BYRON SMITH, and
PALMER JOHNSON, INC.

    Defendants,
_____/

PALMER JOHNSON, INC.

    Third Party Plaintiff,

vs.

TOM FEXAS YACHT DESIGN, INC.

    Third-Party Defendant.
_____/

## NOTICE OF FILING

COME NOW the PLAINTIFFS, HENRY NARANJO and MARLENE RAMIREZ, by and through their undersigned counsel, and hereby serve notice of filing of the following deposition transcripts for review by this Honorable Court. The following deposition transcripts were inadvertently not attached to the Plaintiffs' Memorandum of Law in Opposition to Defendant's, Steven Byron Smith, Motion For Summary Judgment, filed with this Honorable court on May 18, 2001. The attached deposition transcripts are as follows:

1. Peter Rimmel;



CASE NO.: 00-6022-CIV-LENARD
MAGISTRATE JUDGE TURNOFF

2. Capt. Bredbeck;

6) Tony Watson

3. Henry Naranjo;

4. Mark Tortora;

5. David Henderson.

**CERTIFICATE OF SERVICE**

**IT IS HEREBY CERTIFIED** that a true and correct copy of the foregoing Notice of Filing was mailed on this 7th day of August, 2001, to the parties listed on the attached List of Service.

Respectfully submitted,

BLANCK & PERRY, P.A.
Co-Counsel for Plaintiffs
5730 S.W. 74th Street, Suite 700
Miami, Florida 33143
Tel: 305/663-0177; Fax: 305/663-0146

BY: _____
F. DAVID FAMIGLARI, ESQUIRE
FLA. BAR NO. 0860506

2