Case 0:00-cv-06022-JAL   Document 107   Entered on FLSD Docket 08/08/2001   Page 1 of 73

NARANJO vs. STEPHEN B. SMITH          Condenseit          JAN. 15TH, 2001



**Page 1**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00 6022 CIV LENARD

HENRY NARANJO and
MARLENE RAMIREZ,

          Plaintiffs,

vs.

STEPHEN BYRONS SMITH and
PALMER JOHNSON, INC.

          Defendants.

                    Rivkind & Pedraza, P.A.
                    66 West Flagler Street
                    Suite 600
                    Miami, Fla.
                    1-16-2001 10:20 a.m.

          DEPOSITION OF PETER RIMMEL

taken before JULIO A. MOCEGA, R.P.R. and Notary
Public in and for the State of Florida at Large,
pursuant to Notice of Taking Deposition filed in
the above case.

---

**Page 2**

APPEARANCES:

BLANCK & PERRY, P.A.
BY: F. David Famulari, Atty.
5730 S.W. 74th Street
South Miami, Florida
Co-Counsel on behalf of Plaintiffs

RIVKIND & PEDRAZA, P.A.
BY: Manuel Valdes, Atty.
66 West Flagler Street
Suite 600
Miami, Florida 33130
Co-Counsel on behalf of Plaintiffs

PINKERT LAW FIRM, LLP
BY: David L. Weber, Atty.
454 Kentucky Street
P.O. Box 89
Sturgeon Bay, Wisconsin 54235
Co-Counsel on behalf of Palmer Johnson

VALLE & CRAIG, P.A.
BY: Laurence F. Valle, Atty.
80 S.W. 8th Street
Suite 2550
Miami, Florida 33130
Co-Counsel on behalf of Palmer Johnson

BADIAK, WILL & KALLEN
BY: John D. Kallen, Atty.
17071 West Dixie Highway
North Miami Beach, Fla. 33160
On behalf of Stephen Byron Smith

---

**Page 3**

* * * * *

I N D E X

WITNESS          EXAMINATION

Mr Rimmel

Mr. Famulari          4

Mr. Kallen          41,130

Mr. Valle          51,151

EXHIBITS
NONE

---

**Page 4**

THEREUPON:

          Peter Rimmel, was called as a witness
and, having been first duly sworn, was examined
and testified as follows:

          DIRECT EXAMINATION:

BY MR. FAMULARI:

          Q. Mr. Rimmel, can you state your name
and professional address, please for the
record.

          A. My name is Peter Rimmel and my
address 3710 Northwest 94th Avenue, in
Hollywood.

          Q. And your date of birth?

          A. December the 13th of 1946.

          Q. And your Social Security number?

          A. 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.

          Q. Could you give us the benefit of
your educational background?

          A. Well, I have a Bachelor of Science
in chemical engineering.  That is my formal
education.  On top of that I have training and
certification as an NFPA certified marine
chemist which is almost the equivalent of
getting a Ph.D., but not in so structured a

Case 0:00-cv-06022-JAL Document 107 Entered on FLSD Docket 08/08/2001 Page 2 of 73

NARANJO vs. STEPHEN B. SMITH    Condensit    JAN. 13TH, 2001

Page 5

1  program.
2       On top of that I have a U.S. Coast
3  Guard master's license for one hundred tons. I
4  have been trained as a marine surveyor and
5  worked in that capacity for a while. That is
6  about it for training.
7       Q. Are you presently employed?
8       A. Yes, I am.
9       Q. By whom?
10      A. By myself and my company is Marine
11 Chemist & Testing Company.
12      Q. How long have you had that company?
13      A. Just under twenty years.
14      Q. And what does Marine Chemist &
15 Testing Company do?
16      A. Basically Marine Chemist & Testing
17 Company does marine chemist inspections on board
18 ships, vessels and shoreside tanks that may have
19 contained flammable or combustible materials or
20 toxic materials to the extent that we are
21 required by law to inspect them and then certify
22 that those areas are safe either for entry or
23 for hot work.
24      Q. Do you sometimes have the occasion
25 to work on vessels at Bradford Marine?

Page 6

1       A. Yes, I do.
2       Q. Do they call you on a regular
3  basis?
4       A. Yes, they do. I was there this
5  morning, as a matter of fact, on this.
6       MR. VALLE: Another accident, was
7  it?
8       THE WITNESS: No, we prevent them.
9  I don't have accidents.
10 BY MR. FAMULARI:
11      Q. Did there come a time when they
12 asked you to come down and look at a yacht
13 called the SOUVENIR?
14      A. Yes, they did.
15      Q. Do you recall when that was?
16      A. I don't recall the date. I know I
17 wrote a letter that you have a copy of there
18 that probably states those dates, but I don't
19 recall off the top of my head.
20      Q. If I was to say it was in 1997
21 would that sound --
22      A. That is correct.
23      Q. -- Correct to you?
24      A. Yes, that is correct.
25      Q. Who usually calls you down to work

Page 7

1  on vessels?
2       A. Oh, it is different people now than
3  it was then.
4       Back then it would have been Mark
5  Tortora, a fellow named Torch, or Dave Henderson
6  and, of course, now they have other people who
7  call me in similar capacities that they had back
8  then.
9       Q. Do you remember what you were
10 called to do when, back in 1997 when they asked
11 you to look at the SOUVENIR?
12      A. Yes, they said that there had been
13 an explosion on board and they asked me to come
14 down and see if I could help them determine what
15 may have have caused the explosion.
16      Q. Did you, prior to the explosion had
17 you been down on the SOUVENIR to gas free any
18 areas?
19      A. Several months before that I had
20 been on board and written a chemist certificate
21 for fuel tanks, I believe, and maybe an engine
22 room.
23      But that was areas completely
24 removed from this and that work as I understand
25 it had already been completed long before this

Page 8

1  accident.
2       Q. Can you explain to us what a gas
3  free certificate is?
4       A. Yes, after I have performed an
5  inspection to determine whether an area is safe
6  for entry so that the space is safe for
7  breathable air and nothing toxic in it and/or
8  have inspected the space so that I have
9  determined that it is safe to do hot work, in
10 other words, there is no flammable or
11 combustible liquid in the space, no sludge left
12 in the space that might be flammable and that
13 there is no way to have things come back into
14 the space that could become flammable or
15 explosive, then I write a certificate which is
16 called a marine chemist certificate. They are
17 numbered. There are usually five copies and I
18 keep one and the rest are left with the yard.
19      One is posted on the vessel that
20 spitulates what I have inspected, where I have
21 inspected, what my instructions as far as is it
22 safe or not safe and if there are any
23 limitations, those are put out certificate and
24 then there is, of course, standard boilerplate
25 that is on there that talks about the

Page 9

1 requirements that would void the certificate and
2 so on.
3    Q. Okay, and what kind of things would
4 void the certificate?
5    A. Movement of the vessel, changing of
6 conditions. In other words, if a shipyard
7 competent person came down and saw that the
8 space that I had certified had fuel back in it
9 or if he threw his meter in it and it got a
10 combustible reading that was different than what
11 I had specified on the certificate which is
12 normally zero, in other words, if he got a
13 reading, then at that point he is required to
14 stop work and call me to come back and
15 reinspect, determine what the problem is and
16 proceed from there.
17    Rarely does it happen. Usually
18 once we get things under control they stay under
19 control. I can recall very few situations other
20 than where someone intentionally went back into
21 a space and recontaminated it by doing
22 something.
23    Rarely does it happen accidentally
24 that things recontaminate a space, but that is
25 why the competent person is there everyday, is

Page 10

1 to check and make sure that those unexpected
2 things don't happen.
3    Q. And could you explain to us what a
4 shipyard competent person is?
5    A. Right. OSHA 2268 which is, what is
6 it, 29 CFR 1915, specifies that a person be
7 trained as a shipyard competent person.
8    And a person who is trained to know
9 certain parts of that standard understand how to
10 read a marine chemist certificate and carry out
11 the directions of the marine chemist, knows how
12 to use an oxygen meter, combustible gas
13 indicator, carbon monoxide and carbon dioxide
14 meter, understands basically the regulations and
15 there are some other things besides those, but
16 those are the basic ones.
17    MR. VALLE: What is the
18 subsection?
19    MR. KALLEN: 1915.
20    MR. VALLE: 1915 what, do you
21 know?
22    THE WITNESS: Well, if you will
23 hand me that book, I will tell you. You've
24 got an older edition there, incidentally.
25    MR. VALLE: Well, I am an older

Page 11

1 edition myself, so it doesn't really
2 matter.
3    MR. KALLEN: Like everything about
4 this case, nothing has been updated.
5    THE WITNESS: There is a definition
6 of competent person which is 1915.4
7 subchapter, subparagraph O. You want me to
8 read it?
9    MR. VALLE: That is all right, we
10 can find it.
11    THE WITNESS: And then --
12    MR. VALLE: The same designation in
13 the old, as a matter of fact.
14    THE WITNESS: Okay. I am looking
15 for the other part because it tells what
16 they are supposed to know and they are
17 supposed to be doing.
18    Okay, here it is. 1915.7 defines a
19 competent person and subsection C gives the
20 criteria of what the competent person shall
21 have been trained in and there are seven
22 different areas there, basically what I
23 described previously on these two pages.
24 BY MR. FAMULARI:
25    Q. How does one become a shipyard

Page 12

1 competent person?
2    A. Well, according to the OSHA
3 regulations now in effect they are supposed to
4 have some training. It doesn't stipulate how
5 much, how they got it or where they got it. But
6 it does stipulate that the shipyard is supposed
7 to post a list of the people who have been
8 trained and the date of their training so that
9 obviously says they have to have some training
10 or you can't post a date.
11    Normally either the NFPA or the
12 individual marine chemist give the courses to
13 train shipyard competent persons. Most of the
14 courses nowadays are called confined space entry
15 persons because we also have people who are
16 trained in shoreside as well as shipside and
17 then we can cover both in one course because
18 much of it is very similar.
19    But basically those are the people
20 that are trained. OSHA has given some courses,
21 but they are few and far between and not as
22 comprehensive as what the marine chemist deal
23 with because OSHA deals with the regulations and
24 the marine chemist deals with the real world and
25 gets into talking about all of the situations

Page 13

1  and here is what you should or should not do.
2       And so usually the marine chemist
3  are the fellows that give these courses and I
4  have given probably 20, 25 of them over the last
5  twenty years.
6       Q. Do you know if Bradford Marine had
7  shipyard competent persons back in July of 1997?
8       A. Yes, they did, and referring to the
9  letter that I wrote at that time, I believe they
10 had four in the yard who had been trained.
11      Q. Did you train them?
12      A. I think I trained them all. I
13 don't recall for sure, but I think I did.
14      I don't think that they all worked
15 for Bradford when I trained them because I know
16 Dave Henderson worked for Tracor when I trained
17 him. He was still working there.
18      Q. We are here to talk about the
19 explosion that took place in the lazarette area
20 on July the 7th of 1997. Are you aware of an
21 explosion that took place?
22      A. Yes.
23      Q. And who called you to come down to
24 look at the area after the explosion?
25      A. I believe it was Torch, Mark

Page 14

1  Tortora.
2       Q. And what did he ask you to do?
3       A. He just asked me to come down and
4  he said there had been an explosion and a man
5  had been injured and they wanted to determine
6  what might have caused the accident.
7       Q. Do you recall when you went down?
8  I believe the explosion was the afternoon of
9  July the 7th.
10      Do you know when you went down to,
11 do you remember when you went down?
12      A. If I can refer to this I am sure
13 that I mentioned when I went.
14      MR. VALLE: David, if he is going
15 to be referring to that during the course of
16 the deposition --
17 BY MR. FAMULARI:
18      Q. Yes, why don't we mark this as the
19 next numbered exhibit.
20      MR. KALLEN: For the record, that
21 has already been marked I think yesterday.
22      MR. FAMULARI: Was it?
23      MR. KALLEN: That was -- Anyone
24 know the exhibit number offhand?
25      MR. WEBER: I don't, but I -- we

Page 15

1  have marked it.
2       MR. KALLEN: I'll tell you what it
3  is.
4       MR. WEBER: Yes, 17.
5       MR. KALLEN: Okay, let's refer to
6  it as 17 then.
7  BY MR. FAMULARI:
8       Q. 17, okay.
9       A. Well, I wrote the letter on the 8th
10 of July and the incident occurred on the 7th in
11 the afternoon, so I must have gone over there on
12 the 8th.
13      That would be my conclusion. It
14 doesn't state on here exactly when I went, but
15 having written the letter the next day I must
16 have gone the next day.
17      Q. And the letter that you are
18 referring to is for the record what has been
19 previously marked as Exhibit 17?
20      A. That is correct.
21      Q. Do you recall what you did when you
22 went down to inspect the vessel?
23      A. Yes, I went down and first thing
24 that I did is I took my multi gas tester and I
25 tested for oxygen gas levels or explosive gas

Page 16

1  levels.
2       I recall that I didn't find any,
3  but that wasn't anything that I would have
4  expected to find because after the explosion I
5  understand the part of the vessel went
6  underwater and that would have displaced any
7  gases I you would have found anyway.
8       I looked around visually and didn't
9  see any slicks or anything of any kind of a
10 hydrocarbon that may have caused this.
11      After that I questioned some of the
12 people from the yard and I think the captain as
13 to what might have been stored in the area,
14 various things like that and talked to the yard
15 people about what they were doing and so on.
16 Just generally trying to find out as much as I
17 could to help come up with any kind of
18 conclusions because I didn't find any evidence
19 at the time as to what might have caused this.
20      Q. When you looked around down where
21 the explosion took place, did you see any burn
22 marks any place?
23      A. No.
24      Q. Any soot marks?
25      A. No.

CASE NO. 99-6828-Civil-Ferguson  Document 107    Entered on FLSD Docket 08/08/2001  Page 5 of 70

Page 17

1  Q. Is that common, unusual or whatever
2  when an explosion takes place?
3  A. This is the first explosion that I
4  have ever examined, so I couldn't tell you.
5  I have been involved with fire
6  investigations, but fire is different than an
7  explosion. I don't believe that there was any
8  fire that broke out at the time of this
9  incident.
10  Q. You mentioned earlier about a multi
11  testing gas meter. Could you explain to us what
12  that is?
13  A. Well, there are a number of
14  instruments on the market that are used by
15  various trades including marine chemists to
16  determine oxygen content, explosive levels of
17  the atmosphere, if that is present, and/or
18  levels of other gases that the instrument may be
19  set up to look for, being things like carbon
20  monoxide, hydrogen sulphide and things like that
21  and that meter has a hose on it where you put
22  the hose into an area that you want to test,
23  pull a sample in, into the meter and it reads
24  out either with a meter or digitally. My
25  equipment is digital, that would tell us if

Page 18

1  those gases are present and, of course, if
2  oxygen is present which is needed for breathing.
3  Q. How big is the hose that comes off
4  the unit?
5  A. I would say the inside diameter is
6  probably an eighth of an inch.
7  Q. What is the outside diameter, if
8  you know?
9  A. Maybe a quarter inch. It's just a
10  piece of Tigon tubing that runs to the
11  instrument, to the pump, you know, something
12  that will bring the gases into the meter from
13  wherever you want to throw the hose.
14  Q. Does it take any kind of special
15  training to use one of the meters?
16  A. They are pretty easy to use, but
17  frequently when we give the courses people who
18  haven't used one before need some training in
19  them just to understand what they are doing, why
20  they are doing it and how to know if they are
21  working right before they start using them.
22  Q. At the time that you looked at the
23  vessel after the explosion and wrote the report,
24  did you come to any conclusions about what might
25  have ignited or been the source of the

Page 19

1  explosion?
2  A. No.
3  MR. VALLE: Objection to the form.
4  BY MR. FAMULARI:
5  Q. I note in your report you mentioned
6  something about some, being told some acetone
7  had been spilled, do you recall that?
8  A. Yes, I made some guesses as to what
9  were possibilities. I don't believe that I came
10  to any conclusions because I had no evidence
11  from which to make those conclusions, but I
12  believe that at one point the captain or
13  someone, maybe one of the crew members had
14  mentioned that there had been a can of acetone
15  that might have been spilled down in that area.
16  I believe also we discussed the
17  possibility that some red gasoline cans for
18  outboard motors might have been down there.
19  Those are the only substantive
20  things that I could come up with. There are
21  other things that I wrote in this letter that
22  were possibilities, but I have no evidence one
23  way or the other about them.
24  Q. From what you observed and from
25  what you were told about the vessel before the

Page 20

1  explosion took place, could you describe to us
2  what your ideas of the configuration of that,
3  what was below the subfloor in that lazarette
4  area?
5  A. Okay. Well, the lazarette shell
6  plating is aluminum along with the structural
7  and into that area was poured some cement. And
8  this came up to within an inch or two of the top
9  of the structurals.
10  Over top of that was then put some
11  aluminum plates and I don't remember whether it
12  was welded down or not, but there were some
13  aluminum plates above that enclosed that air
14  space above the concrete or cement and the
15  entire bilge area. And then on top of that
16  since the plate was flat, there was storage.
17  When I got there all of that had
18  been cleaned out because they were getting ready
19  to do some modifications, so there was nothing
20  stored in there at the time that I was there.
21  Three to four feet above that was
22  the cockpit deck, fishing cockpit deck and above
23  that the fishing cockpit with the, at the
24  forward end wooden drawers and so on for storing
25  fishing equipment.

Page 21

1 Q. Do you recall if the space between
2 the deck and the lazarette and the skin of the
3 vessel that you just described, do you recall if
4 that was vented at all?
5 MR. KALLEN: Let me object to the
6 form. What space are you referring to
7 specifically?
8 BY MR. FAMULARI:
9 Q. The space below the floor of the
10 lazarette, between the cement and the floor of
11 the lazarette?
12 A. I don't recall whether there was
13 any specific ventilation provided. It would be
14 -- I would be surprised if there were, let's
15 put it that way.
16 Q. You would be surprised if it was
17 vented?
18 A. Yes.
19 Q. Why is that?
20 A. There is really -- It is not -- it
21 is not common practice to ventilate an area
22 between a floor and a bilge area in a lazarette.
23 Q. What about if --
24 A. There wouldn't be any reason to
25 want to put a blower in there.

Page 22

1 Q. Say hypothetically that the floor
2 of the lazarette covered this space, that
3 covered the space was seam welded and it was
4 completely sealed creating a completely sealed
5 area, would there be any reason to vent it in
6 that case?
7 MR. VALLE: Objection to form.
8 THE WITNESS: Not that I know. No,
9 not that I know of.
10 BY MR. FAMULARI:
11 Q. Okay, getting back to the report.
12 So at the time in 1997 when you looked at the
13 vessel you didn't come up with anything, any
14 conclusions about what was the source of
15 ignition here?
16 A. No, no, not at that time.
17 Q. Have you been back on the vessel
18 since?
19 A. I was back there a month ago
20 approximately.
21 Q. Why were you back on the vessel a
22 month ago?
23 A. They were making some modifications
24 to the vessel and doing welding in and around
25 fuel tanks and that lazarette and the yard that

Page 23

1 called me in as required by OSHA regulations to
2 certify it before they did the welding.
3 Q. Since you wrote that report or that
4 letter to Mr. Engle on July the 8th of 1997,
5 have you come to any conclusions about what may
6 have caused this explosion?
7 A. Well, yes, one possible conclusion,
8 and this is a result of a few weeks later going
9 to one of our annual marine chemist conventions
10 and discussing the situation there, because I
11 was as we do sitting around talking with other
12 chemist, well, what is new, what has happened,
13 whatever, and in talking with some of the other
14 fellows there they mentioned something that
15 hadn't occurred to me at the time.
16 And that was when you put cement
17 against aluminum the chemicals in the cement in
18 conjunction with the aluminum will create
19 hydrogen gas. And my suspicion that the most
20 probable cause of this explosion would have been
21 hydrogen gas because of the cement against the
22 aluminum.
23 It wouldn't have created any kind
24 of a smoke or anything like that. It is a clean
25 explosion. If you recall from high school

Page 24

1 chemistry class, every high school chemistry
2 teacher at one time has put some hydrogen into
3 something and sparked it in conjunction with the
4 air and you get an explosion but you never see
5 any smoke or anything, but, of course, it is a
6 very striking demonstration of a chemical
7 reaction.
8 And my suspicion is that is most
9 likely what happened, but I again have no proof
10 or any way to substantiate that other than the
11 fact that the chemical reaction between the
12 aluminum and the concrete is known or cement is
13 known.
14 Q. Would the hydrogen gas explosion in
15 this situation have been powerful enough to
16 cause the damage that occurred in this case?
17 MR. VALLE: Objection to the form.
18 No predicate as well.
19 BY MR. FAMULARI:
20 Q. You can answer if you can.
21 A. Probably. If that entire space had
22 hydrogen under it or a good portion of it, it is
23 a very powerful explosion and it would easily
24 have, could have created the damage that I saw.
25 Q. If that area had some kind of vents

Case 0:96-cv-06211-WPD    Document 107    Entered on FLSD Docket 08/08/2001    Page 7 of 73

Page 25

1  put it in when the vessel was constructed would
2  gas still build up in there?
3        MR. VALLE: Objection to the form.
4        MR. KALLEN: Join.
5        THE WITNESS: Probably not, but I
6  can't say one way or the other. It just
7  depends on how well it was ventilated.
8        The area was highly segmented, so
9  ventilation in one corner may not have
10 ventilated the entire floor anyway. It's
11 difficult to say.
12 BY MR. FAMULARI:
13       Q. Do you remember what the area
14 looked like in the lazarette with the hatches on
15 the top and the open space underneath.
16       Do you have any recollection of
17 what it looked like?
18       A. When?
19       Q. When you went to --
20       A. When I went to inspect it?
21       Q. Yes, when you went to inspect it?
22       A. I remember the cockpit deck area at
23 the storage drawers in the forward end was
24 heaved up and I remember seeing cracks there.
25       I remember seeing some of the floor

Page 26

1  curled up, but at this point I couldn't tell you
2  exactly how it looked. I know there were photos
3  taken at the time and I didn't pay much
4  attention to that other than the fact that I do
5  recall seeing the floor heaved up and kind of
6  rolled back like a tuna can, if I recall.
7        But I couldn't tell you more than
8  that.
9        Q. Did you take photos at the time?
10       A. No, I didn't. Photos had been
11 taken and I had no reason to.
12       Q. Do you know who took the photos?
13       A. I think Mark Tortora did.
14       Q. With the hatches off the top of
15 that space --
16       A. You are talking on the cockpit
17 deck?
18       Q. On the cockpit deck --
19       A. Yes.
20       Q. -- That would have exposed, given
21 access to that lazarette area, as a marine
22 chemist would you have considered that a
23 confined space?
24       MR. KALLEN: Object to the form.
25       MR. VALLE: Join.

Page 27

1        THE WITNESS: Yes.
2        MR. VALLE: I am sorry, what space
3  are we talking about?
4        MR. VALLE: Read the question
5  back.
6        (Thereupon, the above-mentioned
7  question was read by the reporter as above
8  recorded.)
9        MR. VALLE: Object to form.
10       MR. FAMULARI: What I am trying to
11 get is an opinion from him as, because we
12 have talked to other people about what is a
13 confined space.
14       MR. VALLE: Yeah, but I am not sure
15 what you are talking about. Are you talking
16 about the area between the wooden deck and
17 the aluminum deck?
18       MR. FAMULARI: Yes, I am talking
19 about the area between the wooden deck and
20 the aluminum deck, not the subspace.
21       MR. KALLEN: David, let me clarify
22 my objection so maybe you can clean it up.
23       MR. FAMULARI: Okay.
24       MR. KALLEN: I don't think it has
25 been established as a predicate. We know

Page 28

1  there were hatches on the cockpit deck for
2  entry into the lazarette.
3        I don't know if it has been
4  established how many of those hatches were
5  actually off and whether that makes a
6  difference as to the definition of a
7  confined space.
8        THE WITNESS: It doesn't.
9        MR. KALLEN: Okay, well --
10       THE WITNESS: The definition is in
11 there.
12       MR. KALLEN: Right.
13 BY MR. FAMULARI:
14       Q. Why don't you tell us what the
15 definition of a confined space is.
16       A. The definition of a confined
17 space?
18       MR. KALLEN: I was just looking at
19 it. Where was it? Here it is. Why don't
20 you read off the section first.
21       THE WITNESS: This is 1915.4
22 paragraph P. "The term confined space" --
23 this is OSHA's definition, "means a
24 compartment of small size and limited access
25 such as a double bottom tank, cofferdam or

## Page 29

1 other space which by its small size and
2 confined nature can readily create or
3 aggravate a hazardous exposure."
4     Now, when I teach the course we
5 extend that a little bit. We say it's
6 normally any space that is not designed for
7 normal human use. So when I say normal
8 human use being you don't live there, you
9 don't go into it on a regular basis. It is
10 -- an enclosed space is a slightly
11 different definition and that is a space
12 that would be ventilated and used more
13 often. A space that is regularly opened
14 and ventilated would be like an enclosed
15 space. A confined space would be a space
16 that may or may not be ventilated, but it
17 isn't something where someone goes into it
18 regularly.
19     Very minute distinction between the
20 two, but OSHA chooses to have the two
21 different definitions and we just try and
22 deal with them both as marine chemists in
23 teaching the course.
24 BY MR. FAMULARI:
25   Q. If there was a confined space and

## Page 30

1 there was going to be hot work done what should
2 be done? What should the shipyard competent
3 person and/or the welder do?
4   A. Well, first of all, they have to
5 determine where it is located relative to fuel
6 tanks or other spaces that have, may have
7 contained flammable work or combustible liquid
8 because if it is an adjacent space to one of
9 those spaces they are required to call a marine
10 chemist if their work is within twenty-five feet
11 of that space.
12     If that is not the case, if that is
13 not the case then anybody entering that space
14 prior to entering from a shipyard standpoint
15 that space should be tested for oxygen,
16 combustible or flammable gases to see if they
17 were present.
18     And if they are not -- if oxygen is
19 there, but the flammable gases aren't there,
20 according to the OSHA regulations there are
21 limits with numbers and all of this and I won't
22 go into the whole course on that.
23     If the numbers are what they are
24 supposed to be, then a competent person is
25 permitted to let someone go into the space.

## Page 31

1     Now, prior to hot work in addition
2 to that a person should be writing what is
3 called a competent person's log which would list
4 that that space has been inspected and what type
5 of work is permitted to be done there, any
6 limitation that should be done on that same
7 competent person's log. The time and date of
8 the inspection should be there.
9     Any instruments that are used to
10 test the space should be written down and any
11 results of those tests such as the oxygen level,
12 LEL, the explosive limits of the gases found.
13     Again, it is all spelled out in
14 part of the course that is taught. It gets a
15 little bit, how should I say, detailed I guess
16 is what should be done, but basically those are
17 the things that should be done before someone is
18 told, yes, it is safe to go in and do the work.
19     Someone is supposed to look at the
20 space, either a competent person or a marine
21 chemist and test the area that is supposed to be
22 welded in as well as consideration given to
23 adjacent spaces and, of course, anything on the
24 opposite side of any place that is being welded
25 on because that common plate is common to two

## Page 32

1 spaces.
2     In other words, if you are on one
3 side of a plate, whatever is on the other side
4 is another space and it has hot work being done
5 on it by nature of the fact that that plate is
6 being heated up to whatever temperature.
7     So at least two spaces have to be
8 examined anytime that you are doing work on a
9 piece of aluminum or a plate or a piece of steel
10 or whatever.
11     Probably the most notable exception
12 would be if you are inside the ship and you are
13 welding on the outside, as long as someone has
14 looked around and made sure there is no gasoline
15 tanks right next to the outside of the vessel,
16 you don't really examine and run around looking
17 the whole yard because that is adjacent to the
18 outside.
19   Q. Let's assume --
20   A. You got to use some logic.
21   Q. Let's assume that --
22     MR. VALLE: Can you read that
23 entire answer back for me.
24     (Thereupon, the above-mentioned
25 question was read by the reporter as above

Page 33

1  recorded.)
2     MR. VALLE: What I was confused
3  about was that whether or not the adjacent
4  space or the space that they were working in
5  was what you were referring to, and when you
6  said that it should be tested. And you lost
7  me a little bit there. That was my
8  confusion, I am sorry.
9  BY MR. FAMULARI:
10     Q. If you want to take it, clarify
11  that, go head?
12     A. Well, if you are welding on a space
13  that has an adjacent space that needs to be
14  tested, you have to test both spaces.
15     I think I went into that at the end
16  there when I was talking about if you're welding
17  on a plate and you're welding on this side, this
18  side is involved, therefore you have to test
19  this as well.
20     MR. VALLE: Okay. Would that be
21  the responsibility of the marine competent
22  person or --
23     THE WITNESS: Either the competent
24  person of the marine chemist depending on
25  who --

Page 34

1     MR. VALLE: Who is there?
2     THE WITNESS: -- Who is supposed to
3  be there for it, yes.
4     MR. VALLE: Okay.
5  BY MR. FAMULARI:
6     Q. Okay, let's assume that the
7  lazarette is a confined space and that it is 25
8  feet from fuel tanks.
9     MR. KALLEN: More than 25 feet?
10  BY MR. FAMULARI:
11     Q. More than 25 feet. We are assuming
12  that because I don't really know. And let's
13  also assume that the welder, the actual person
14  that was going to do the work asked the captain
15  if there were any fuel lines or hydraulic lines
16  underneath that deck and was told no, and let's
17  assume that the welder was told that the area
18  below was filled with cement up to the top and
19  the deck was laid on top of that where he was
20  going to weld.
21     Let's assume all of that. At that
22  point what should the shipyard competent person
23  do?
24     MR. VALLE: Objection to the form.
25     MR. KALLEN: Join.

Page 35

1     THE WITNESS: He is still required
2  to inspect the space in which there is
3  welding and -- You are saying we are
4  assuming the cement was right up to the
5  plate?
6  BY MR. FAMULARI:
7     Q. Yes?
8     MR. VALLE: Assuming he was told?
9  BY MR. FAMULARI:
10     Q. Assuming he was told that, yes,
11  assuming he was told that?
12     A. It would be up to him to verify
13  that is the case, that there is no space there.
14     And at that point he would either
15  find a space or not and at some point figure out
16  how to test that on the opposite side of the
17  plate if there is a space there by drilling a
18  hole.
19     If there isn't a space there they
20  may have called me on the phone and said, geez,
21  we are going to weld right against a piece of
22  cement on the opposite side of this, what do we
23  need to worry about? They may or may not have
24  done that.
25     I get calls not necessarily about

Page 36

1  cement, but from time to time about here is a
2  situation that is unusual, Pete, what should we
3  do. So at that stand, from that stand point he
4  should have looked at the area and determined
5  whether it was safe using a meter and visual
6  inspection on both sides of the plate that was
7  to be welded.
8     Q. And who should have been the one to
9  make that determination?
10     A. The shipyard competent person.
11  Let me back up something that you said a minute
12  ago for clarification of you all.
13     Q. Okay.
14     A. You said if there is a fuel tank
15  further away than 25 feet.
16     Okay, this is something that
17  probably wasn't described earlier and I didn't
18  go into it in detail, but maybe I should so
19  there isn't a misconception. And that is if
20  there is a fuel tank closer than 25 feet, but
21  you are working not in an adjacent space, two
22  spaces away, that fuel tank could be three feet
23  away and this space is not required to be
24  inspected.
25     It is only if you are in an

NARANJO vs. STEPHEN B. SMITH 107    Condense It™

Case 0:00-cv-06228-JAL    Document 107    Entered on FLSD Docket 08/08/2001    Page 10 of 73

JAN. 15TH, 2001

Page 37

1  adjacent space to a fuel tank that you have to
2  be more than 25 feet away. So if you have
3  cofferdams and various things like that and you
4  are two spaces away, that 25 foot exception
5  doesn't come into play.
6         I didn't want someone to
7  automatically think all fuel tanks have to be 25
8  feet away no matter what is in between or else
9  someone broke the law. That isn't the case.
10        Q. In your work as a marine chemist
11  over the last 20 years do you sometimes review
12  the drawings of a vessel to, in your work to
13  determine what tanks are where and where voids
14  are and things like that?
15        A. Yes.
16        Q. Do you recall if you ever looked at
17  any plans on the SOUVENIR before you certified
18  the hot work on those forward fuel tanks?
19        A. I don't believe that I did.
20        Q. When you are teaching courses to
21  the shipyard competent, to make people shipyard
22  competent, do you ever discuss with them the
23  reviewing of plans of the vessel and to give
24  them information to make their decision?
25        A. We never discuss that

Page 38

1  specifically. I frequently will have a
2  blackboard and we will draw things and say,
3  okay, no, you got to look here and there and so
4  on for demonstration purposes.
5         On larger vessels the plans are
6  hanging on a bulkhead or hanging in a hallway
7  somewhere and it's real easy to just walk up to
8  them and just look when you say to the chief
9  engineer or the chief mate where are you going
10  to work, and sometimes it's easier for them to
11  say come on out here and I'll show you before I
12  go down and start crawling around so that I have
13  an idea of the configuration.
14        On a yacht much of the time they
15  don't have the plans, but the configuration is
16  usually much more straightforward and they
17  usually aren't required or necessary for me to
18  do my work.
19        And we assume the same for the
20  shipyard, that since they are more simply and
21  more straightforwardly designed than a large
22  ship, that the people are capable of determining
23  what is where without the plans.
24        Q. I asked you this before. Getting
25  back to the acetone theory, would an explosion

Page 39

1  with acetone cause any kind of burn marks or
2  sooting?
3         MR. VALLE: Objection to the form.
4         MR. KALLEN: Join.
5         THE WITNESS: I couldn't answer
6  that. I don't know.
7  BY MR. FAMULARI:
8         Q. What about if it was a gasoline
9  based explosion?
10        MR. VALLE: Objection to the form.
11        MR. KALLEN: Join.
12        THE WITNESS: I don't know, to be
13  honest with you.
14  BY MR. FAMULARI:
15        Q. In your work as a marine chemist do
16  you ever deal directly with the welders?
17        A. All the time.
18        Q. Did you ever talk to Henry Naranjo
19  before or after this explosion?
20        A. I don't believe so. I may have in
21  the yard at some time on another job, but not in
22  any relation to this.
23        Q. In this particular case is there
24  anything, do you have an opinion on anything
25  that Henry Naranjo as the welder should have

Page 40

1  done that he didn't do in this instance?
2         MR. VALLE: Objection form of the
3  question.
4         MR. KALLEN: Join.
5         MR. VALLE: Objection, no
6  predicate.
7         THE WITNESS: Yes.
8  BY MR. FAMULARI:
9         Q. What is that?
10        A. He should have made sure that
11  someone had looked at the area that he was going
12  to work in before he started. From the yard,
13  that is. A competent person or -- And asked
14  them is it safe.
15        I don't know whether he did that or
16  not. But that is the thing that he should have
17  done and whenever I am talking with welders the
18  one thing that I, that I always tell them and
19  this has nothing to do with whether or not
20  anybody inspected it is, I always tell the
21  welders make sure that you know what is on the
22  other side of what you are welding and if you
23  don't know don't weld.
24        I don't know whether I have ever
25  told him that specifically, but whenever I am

## Page 41

1  talking with welders or talking with people in
2  the yard and have a few minutes I am constantly
3  trying to spread this word because of the
4  stories that I hear from other marine chemists
5  and, of course, after the fact this incident.
6      I am the only guy in the area that
7  gets to teach this kind of stuff. OSHA writes
8  the regs, but they don't make any provisions so
9  I am forever -- I am like the gospel spreader,
10  you know. That is what I do when I go out to
11  the yards and --
12      I have people look up at me, are
13  you sure it is safe. Off the record.
14      (Discussion off the record.)
15      THE WITNESS: But, anyway, I mean,
16  that is how I get them to have some
17  confidence in me, you know.
18  BY MR. FAMULARI:
19  Q. I don't have anything else.
20      CROSS-EXAMINATION
21  BY MR. KALLEN:
22  Q. Mr. Rimmel, let me follow up on
23  that last question posed to you by Mr. Famulari
24  about what Mr. Naranjo, or I take it any welder
25  in this circumstance should have done in your

## Page 42

1  opinion when faced with a welding job in a
2  confined space --
3  A. Right.
4  Q. -- On this boat. You said that he
5  should have made sure what was on the other
6  side?
7  A. Right.
8  Q. Now, in your opinion as a welder
9  what should he have done to make sure what was
10  on the other side?
11  A. The easiest answer is talk to his
12  boss.
13  Q. Okay. Would it be adequate in your
14  opinion for him to simply ask the captain of the
15  vessel as opposed to his employer who is
16  responsible for the work?
17  A. No, because it's good to ask the
18  captain about specific things such as in the
19  question are there hydraulic lines, et cetera.
20  The more information that you get the better, of
21  course.
22  Q. Sure.
23  A. But you don't know whether that
24  captain has had competent person training. He
25  obviously is not working for the yard and hasn't

## Page 43

1  had safety training in the types of areas where
2  he is supposed to be looking for hazards.
3  Q. Okay. And I take it from your
4  testimony today that if there be any doubt as to
5  what may be behind the deck or on the other side
6  of the deck or any doubt as to the presence or
7  possible presence of combustibles or any doubt
8  as to the presence of any other potential risk
9  relative to the welding job to be undertaken,
10  the welder and his supervisor should error on
11  the side of caution and ask and get as much
12  information as possible before starting the job,
13  would that be fair to say?
14  A. Yes. I might mention --
15  Q. Sure.
16  A. In my competent person course I
17  have a clipboard with big pages of paper on it
18  and one of them is if you walk away from a job
19  and you still have doubts, you haven't done your
20  job; go back.
21  Q. Okay.
22  A. Now, this is for the competent
23  person. The welders don't always go to these
24  classes.
25  Q. No, I understand that.

## Page 44

1  A. So, you know --
2  Q. And let me follow up on that since
3  you mentioned it.
4      At some point in time should not
5  the welding foreman or some supervisor at the
6  yard make sure that the individual welders have
7  a working knowledge of, if not the OSHA
8  regulations themselves, the potential hazards
9  involved on the job which OSHA speaks to so they
10  can identify these risks before the job
11  commences?
12  A. That is -- Yes, that is true, yes.
13  Q. Would you expect a welder who has
14  been on the job at a yard such as Bradford for
15  six, seven years and has had welding experience
16  before that to at least have a working knowledge
17  of the potential hazards of doing welding work
18  on a ship?
19  A. Pretty much so, yes.
20  Q. And to that extent the welder
21  himself would bear some responsibility to look
22  after his own safety before commencing a welding
23  job?
24  A. Yes.
25      MR. FAMULARI: Object to the form.

Page 45

1  BY MR. KALLEN:
2      Q. I take it that in addition to the
3  OSHA regulations that would be applicable to
4  this situation we would also be dealing with
5  NFPA guidelines or regulations, however you want
6  to nominate them?
7      A. In what regard?
8      Q. Well, I am familiar with NFPA 51 B,
9  for example, dealing with welding and I have the
10  '99 edition. 51 B is standards for fire
11  prevention during welding, cutting and other hot
12  work.
13      A. Yes, right.
14      Q. Would that -- I will show it to
15  you?
16      A. I have read this off and on for
17  years, but I am trying to remember which one
18  this is.
19      Q. Let me show it to you. And again
20  for the record I am showing you the '99 edition,
21  so I can't represent that it is one hundred
22  percent the same as the one in effect in 1997.
23      A. This is a standard put out by
24  NFPA. It is a good reference, but it's not an
25  obligatory standard.

Page 46

1      Q. But it is a guideline --
2      A. That is correct.
3      Q. -- Which, and there are reasons why
4  this is published?
5      A. That is their business. They
6  publish many, they publish many different
7  standards relating to many areas of industry and
8  this is one that they take seriously.
9      Q. Okay, and I believe in fact the
10  OSHA regs make reference to NFPA in certain
11  respects?
12      A. In various areas they do, yes,
13  including, the marine chemist regulations for
14  certain areas of the standard.
15      Q. Do you have an actual file with
16  respect to your investigation of this explosion?
17      A. No, I don't.
18      Q. Do you have any handwritten notes
19  of conversations that you may have had with yard
20  personnel or the vessel when you were out there
21  after the explosion?
22      A. I did when I wrote the letter. I
23  don't any more.
24      Q. Any pertinent information that you
25  may have obtained from speaking with these

Page 47

1  individuals would have been incorporated into
2  your letter of July the 8th?
3      A. That is correct.
4      Q. And that is the only report that
5  you prepared with respect to the post
6  explosion --
7      A. Yes.
8      Q. -- Involvement?
9      A. Yes.
10      Q. Yes?
11      A. Yes.
12      Q. Let me ask you a couple of specific
13  questions. When Mr. Naranjo was doing this
14  welding job in the lazarette did that call for
15  the placement of a fire blanket on the deck?
16      A. I don't know why it would.
17      Q. Okay. I am just asking?
18      A. No, no.
19      Q. Because I know the OSHA regs and
20  NFPA do speak to the use of fire blankets, but,
21  I'm --
22      A. That is basically in areas where
23  you are welding, where an area beneath where you
24  are welding may have flammable things like oil,
25  sludge, dunnage, whatever and if you are doing a

Page 48

1  small job it's easier to put a blanket there
2  than spend a day trying to clean it up.
3      The blanket catches the slag that
4  falls instead of it going down and starting a
5  fire. That is normally the type of thing.
6      Q. What if you have a potential
7  combustible vapor or gas underneath?
8      A. A blanket wouldn't do you any good.
9      Q. Okay, fine. So the blanket isn't
10  designed to say catch any sparks or heat and
11  prevent those sparks and heat from emanating
12  through the deck that you are welding into, the
13  space?
14      A. No, it wouldn't do that.
15      Q. What about a fire watch in this
16  instance?
17      A. Well, it's always recommended to
18  have a fire watch when anybody is welding
19  because the man who is doing the welding has a
20  mask on and he is concentrating on where he is
21  welding. He can't see where slag or sparks can
22  be going.
23      So general shipyard practice is to
24  have a fire watch when someone is welding to
25  make sure that the welder's hindsight is

Case 0:00-cv-06621-WPD   Document 107   Entered on FLSD Docket 08/08/2001   Page 13 of 73

**Page 49**

1 covered, so to speak.
2    Q. Sure. And that is to protect not
3 only the welder who can't see around him, he is
4 focussing on the weld, but also protect the
5 property as well?
6    A. Of course, of course.
7    Q. Did I hear you correctly that
8 recently you were on this boat?
9    A. With a new name, yes.
10    Q. With a new name. And you were
11 there to inspect and certify the lazarette area
12 before welding was done in this lazarette?
13    A. Yes.
14    Q. Are we talking about the same
15 space?
16    A. Yes.
17    Q. And you were called out on this
18 occasion to inspect the lazarette area?
19    A. They called me to inspect the areas
20 adjacent to the fuel tanks where they were
21 welding and in the course of conversation I said
22 where else are you welding.
23    Q. Right.
24    A. And they mentioned they are welding
25 all the way to the transom in the boat. I said,

**Page 50**

1 well, what is back there and through the
2 conversation I found out it was this boat and I
3 said, well, we need to deal with that.
4    And that is how I found out about
5 it, because they wouldn't have called me I don't
6 believe just for the lazarette.
7    MR. VALLE: Why bother.
8    MR. KALLEN: Yes.
9    THE WITNESS: Just like they would
10 -- it's not a space that I would be
11 required by OSHA regulations to inspect.
12 So, had they only worked in that area they
13 wouldn't have called me.
14 BY MR. KALLEN:
15    Q. Okay. The lazarette has since been
16 modified and changed from the way that it was
17 laid out at the time of this explosion, are you
18 aware of that?
19    A. The cement is still there. I
20 believe what I specified we do, we did cut some
21 or they did, cut some ventilation holes
22 throughout much of the area.
23    I try to convince them to take the
24 cement out and put a different kind of ballast
25 in there and the owner when he found out what it

**Page 51**

1 was going to cost to get the cement out of there
2 timewise and so on opted not to do that. And I
3 just told the captain, well, just remember that
4 you got cement against aluminum, you still have
5 the same potential hazard that you had at the
6 time of this incident.
7    Q. As far as checking the opposite
8 side of this particular deck let's say, not now
9 but at the time, I believe you made a reference
10 to drill a hole through the deck and see what is
11 underneath?
12    A. Drill a hole through the deck,
13 stick a hose in there and check it with a meter
14 and first put your hose in and pull it out and
15 make sure it's not wet.
16    Q. That is a prudent thing to do?
17    A. Yes, yes, that is, and then if it
18 comes out dry you put it back in and you check
19 to see if there is anything in there that might
20 read in your meter.
21    Q. Okay, I will pass you to Mr.
22 Valle.
23    RECROSS-EXAMINATION
24 BY MR. VALLE:
25    Q. Well, the 64 thousand dollar

**Page 52**

1 question to me at this point is when you
2 investigated that or when you went to the ship a
3 month ago and you looked at the area adjacent to
4 where the fuel tanks were and then I take it
5 your memory was triggered as to, hey, this is
6 the boat that in '97 there was an explosion,
7 correct?
8    A. Yes.
9    Q. And you asked them are you also
10 welding in the area of the lazarette and they
11 responded that they were?
12    A. Yes.
13    Q. Did you physically go to the
14 lazarette?
15    A. Yes, I did.
16    Q. And what did you do while you were
17 there?
18    A. I looked to see what the structure
19 was and what was in there and said you are going
20 to have to clean this stuff out of here, pull the
21 plates up so we don't have an area where there
22 could be trapped hydrogen.
23    Q. What was in the area when you were
24 there?

Page 53

1   A. There were some plates covering the
2   same deck frames leaving that one to two inch
3   space as previous. They were loose plates, I
4   recall.
5        I don't, like I said earlier, I
6   don't recall earlier whether the other plates
7   had been tacked down or welded down, I just
8   don't remember.
9   Q. Okay.
10   A. But these plates were in smaller
11   pieces. They could be picked up and they were
12   -- with a few exceptions because there was
13   equipment bolted to them and they were down
14   where they couldn't pick the pieces up. The
15   new plates were then picked up and moved out of
16   the way so the area could be ventilated and
17   based on the work that they had to do we put
18   some blowers in to blow underneath the other
19   plates to make sure there was no residual
20   hydrogen there, if there was any buildup.
21        I did test with my meter and got no
22   readings.
23   Q. That is what I wanted to ask you?
24   A. Yes.
25   Q. Direct question, okay. At the time

Page 54

1   that you were there did you use your multi gas
2   tester to check the one inch gap between the
3   bottom, between the floor of the lazarette and
4   the top of the cement to determine whether or
5   not or to try to determine --
6   A. Yes, I did.
7   Q. -- Whether there was any
8   combustible gases in there?
9   A. Yes, two different dates.
10   Q. When you did that was the area
11   opened up or was it still confined so that you
12   would expect that if, that if there were
13   explosive gases in there you would have found
14   them?
15   A. The first time that I went there it
16   was, the plates were still on the deck.
17   Q. Okay.
18   A. And I checked a couple of areas
19   with my meter and didn't find any hydrogen.
20        There were holes that were drilled
21   through the ends through which I put my meter
22   hose and I don't believe that those were there
23   at the time of this incident.
24   Q. You knew that they did drill holes
25   on the deck before the incident occurred?

Page 55

1   A. They drilled a hole on the top
2   plate of the deck, yes.
3   Q. Okay.
4   A. What I am saying is, at the aft end
5   of some areas of the lazarette there were holes
6   drilled through the frames or through some
7   structure. I am trying to remember, and I stuck
8   my meter in a couple of those to test underneath
9   the plates that way. We didn't drill any holes
10   specifically.
11   Q. Okay.
12   A. I found nothing at that point.
13   Q. Correct me if I am wrong, but
14   hydrogen is lighter than air, is it not?
15   A. Yes.
16   Q. And if hydrogen was going to be
17   generated by cement in contact with aluminum
18   underneath those deck plates, you would expect
19   that hydrogen to rise and be directly underneath
20   the deck plate, correct?
21   A. Yes, I guess, yes.
22   Q. And that is why you tested it,
23   isn't it? I mean, that is why you put the hose
24   in there to see --
25   A. Yes.

Page 56

1   Q. -- Hey, if we got a situation here
2   that we might have had three years ago?
3   A. Correct.
4   Q. And in your testing that was done a
5   month ago you found no presence of any hydrogen
6   gas at all underneath those deck plates between
7   the cement plate and the bottom of the deck
8   plate which is the floor of the lazarette?
9   A. Correct.
10   Q. Okay, did you find anything else,
11   any other type of gas, any other type of
12   combustible?
13   A. Nothing combustible, no. There
14   was a difference -- like I say, these plates
15   were loosened and they were just laying on top
16   of the frames. I know that the other plates
17   were solid plates.
18        Like I said, I don't remember
19   whether they were welded down, but they were
20   much larger plates and that, that is the only
21   thing that I can recall but they would, could
22   have combined hydrogen in a space that because
23   there would be no air movement or way for it, a
24   way to ventilate.
25        That is the only difference that I

Page 57

1  did find this time, that they were smaller
2  plates and we were able to pick them up and move
3  them.
4      Q. If hydrogen gas is continually
5  generated by this reaction between aluminum and
6  cement, in your experience, sir, as a marine
7  chemist would you expect that there would be a
8  trace of hydrogen gas available for your meter
9  to pick up in the event that hydrogen gas was
10  continually generated by this environment,
11  within a reasonable degree of scientific
12  probability?
13      A. I have to answer yes and no. And
14  the reason that I say yes is if it is
15  continually generated I probably would have
16  detected it with my meter.
17          No, because when I talked to the
18  captain on board he said that the area was
19  continually flooding because of some leak and
20  that water would have been displacing it had it
21  been trapped under there.
22          So I have a different situation
23  this time than a dry lazarette during the
24  incident, at the time of the incident.
25      Q. Okay.

Page 58

1      A. Because he said -- they showed me
2  the high water mark which was several inches
3  above the floor, the floorboards in the
4  lazarette and so that would have displaced
5  anything under there.
6      Q. In your -- I guess you said in your
7  attendance at this seminar or your meeting that
8  you went to after you had the opportunity to
9  look at this vessel back in 1997 --
10      A. Right.
11      Q. You learned, I think you said that
12  you learned that a combination of cement and
13  aluminum would result in the production of
14  hydrogen gas, correct?
15      A. Yes.
16      Q. Who did you learn that from?
17      A. I don't recall. I was sitting
18  there with four or five people and I think two
19  or three of them at the same time said, oh.
20          You know, it was something that for
21  some reason hadn't occurred to me. You have to
22  realize, some of these guys are chemists and I
23  am a chemical engineer. So my training in
24  chemical engineering isn't quite as much in some
25  of the chemistry as theirs and so it was more

Page 59

1  obvious to them than it was to me that this
2  would be a problem.
3          I never thought of it at the time.
4      Q. So this basically isn't something
5  that you have learned and had experience with
6  over the years, it's something that someone at a
7  meeting told you and you are applying to a
8  condition that you had looked at sometime
9  before?
10      A. Right. Right, I went back sometime
11  later and looked in my textbooks and, oh, yes,
12  it makes sense.
13      Q. Do you know whether or not aluminum
14  in contact with cement generates hydrogen or
15  whether there has to be some other catalyst
16  present?
17      A. I think about the only thing that
18  you need is moisture, water, dampness, humidity
19  possibly.
20      Q. And I think you said that in 1997
21  that that compartment was dry, correct?
22      A. As I recall I was told that it was
23  dry. There were not any leaks in the
24  compartment similar to like I said, the flooding
25  that I am talking about. Prior to the accident,

Page 60

1  obviously. After the accident the thing had
2  been under water and I couldn't detect anything
3  with my meter because it had been submerged.
4      Q. But before that, the history that
5  you got from the captain and other people was
6  that the compartment was dry?
7      A. It had been dry, yes.
8      Q. And on this occasion --
9      A. When I say dry, not full of water.
10  I mean, you've always got humidity around the
11  ocean.
12      Q. On this particular occasion when
13  you examined the vessel a month ago I think you
14  said that the cement was damp or had been wet
15  because of a leak in the area?
16      A. It was dry in the surface because,
17  you know, we pulled the plates up and it was
18  dry. But, I mean, you could see the high water
19  mark where the captain, before they had pulled
20  the boat out of the water and drained everything
21  out and dried it out, he pointed out, yeah, it
22  had been flooding up to here and that made me
23  feel better from the standpoint that I knew if
24  the water had been up that high, if there were
25  any hydrogen in the areas that I couldn't reach

Page 61

1  with my hose, it probably would have been
2  displaced.
3           And this isn't a mechanism that
4  occurs so rapidly that in a day or two you would
5  have an explosive, you know, concentration of
6  hydrogen.
7      Q. Is that your opinion, sir, that --
8      A. That would be my opinion.
9      Q. That hydrogen gas would not
10  accumulate rapidly enough in that environment
11  for you to have been able to detect it had it
12  only been a day or two when the condition was
13  present?
14     A. Right.
15     Q. All right.
16     A. I can't give you any numbers on
17  that or rate, but that would be just be a feel
18  that I have for the mechanism. It is a slow
19  one.
20     Q. But in any event, when you tested
21  it a month ago, even though it had been in the
22  presence of water and it had been a confined
23  area, when you put your hose in there you didn't
24  find the presence of any hydrogen?
25     A. Correct.

Page 62

1      Q. And you wouldn't have conducted
2  that test, would you, had you thought that it
3  wouldn't have been possible at that time for
4  there to be hydrogen there?
5      A. No.
6      Q. I mean, you were testing it for a
7  reason?
8      A. Yes.
9      Q. Because you suspected there might
10  be --
11     A. I wanted to be sure since I had
12  this knowledge from previous incidents that I
13  cover all of my bases. I mean, my job is to
14  test for anything that I suspect.
15     Q. Sure. Did you ever write a letter
16  to the manufacturer of the vessel or to anyone
17  else describing the potential dangers of
18  concrete in an environment where it makes
19  contact with aluminum?
20     A. No.
21     Q. Let me ask you a few questions
22  about -- you and I have not met before?
23     A. No.
24     Q. Let me ask you a couple of
25  questions about your general background.

Page 63

1      A. Sure.
2      Q. Where was it that you got your
3  engineering degree?
4      A. University of Cincinnati.
5      Q. And what year?
6      A. 1970.
7      Q. Have you been back to any type of
8  formal continued education after that?
9      A. Not in chemical engineering, no.
10     Q. In what, if anything?
11     A. Well, my whole training as a marine
12  chemist. That is quite extensive.
13     Q. What sort of additional training
14  did you have?
15          Do you have a curriculum vitae with
16  you that you can share with us?
17     A. I mailed one to the office. I am
18  sorry, I didn't know that I had to bring one.
19          MR. FAMULARI: It must have come
20  here.
21  BY MR. VALLE:
22     Q. If you can mail one to me. You've
23  got my card. If you can mail it to Larry Valle.
24     A. Okay.
25     Q. If you can mail a copy to me.

Page 64

1      A. I faxed someone a copy.
2          MR. FAMULARI: It wasn't me, so it
3      must have been Manny.
4          THE WITNESS: I know I faxed one to
5      this office.
6  BY MR. VALLE:
7      Q. That is all right. What additional
8  training did you go through?
9      A. Well, to become a marine chemist
10  you are required to have experience in the
11  shipyard industry, in the welding industry, a
12  minimum of three years work in the chemical
13  industry.
14          And I worked for Union Carbide and
15  Clorox Company so I have a fair amount of
16  experience in those industries.
17     Q. Peace through chemistry?
18     A. Yes. There is an 18 module --
19  there is an 18 module training program
20  discussing various topics that you can't get at
21  a university level that relate to the marine
22  chemist's specific job such as instrument
23  training, explosion technology, things like how
24  clean is clean when you go on board a tanker or
25  any place where you are looking to make sure

Case 0:00-cv-06591-DLG    Document 107    Entered on FLSD Docket 08/08/2001    Page 17 of 71

Page 65

1  that things are properly clean. Various topics
2  like that.
3      Q. And when you completed these
4  courses did you receive any certificates of
5  completion or any 1 guess credit hours, anything
6  like that?
7      A. Not credit hours because this is
8  all part of the NFPA program. What I received
9  was certification as a NFPA certified marine
10  chemist when I got done.
11      Q. When did you receive that?
12      A. December of 1980, I think. Or was
13  it December of '81. I can't remember now.
14  December of '81, I think.
15      Q. Around 1981?
16      A. Yeah.
17      Q. Have you ever held yourself out to
18  be a ship designer?
19      A. No.
20      Q. Have you ever held yourself out to
21  be a ship builder?
22      A. I have been.
23      Q. You built ships?
24      A. Not ships, yachts.
25      Q. Yachts?

Page 66

1      A. Yes. I ran Broward Marine which
2  built aluminum yachts and in California I had my
3  own company building fiberglass sailboats.
4      Q. When you were building yachts at
5  Bradford -- Not, Bradford, at Broward, excuse
6  me, what did you use for ballast?
7      A. Lead.
8      Q. Lead?
9      A. Yes.
10      Q. Do you know of anything, do you
11  know of any reaction that occurs between lead
12  and aluminum in the presence of water?
13      A. Yes, sure, we didn't lay the lead
14  on the aluminum. We put it on top of a coating
15  that would keep them apart from each other.
16      Q. Do you know whether or not in this
17  particular case --
18      A. Which case is that?
19      Q. In this particular case involving
20  the yacht that you looked at in 1997, do you
21  know whether or not there was any coating on the
22  aluminum that was underneath the deck of the
23  lazarette when you looked at it then?
24      A. I have no idea.
25      Q. When you looked at it a month ago

Page 67

1  do you know whether or not the aluminum was
2  coated at that time?
3      A. It didn't appear to be coated.
4      Q. You could only see it above the
5  level on concrete, though, correct?
6      A. I could only see it to the edge.
7  And if someone would have painted it to pour the
8  concrete in there I probably would have seen
9  some overspray, something come through limber
10  holes or whatever around the edge. I would have
11  expected to see that.
12      Q. How about polyethylene,
13  polyurethane, that type of coating, would you
14  have expected to see that?
15      A. I wouldn't have expected to see it.
16  But, had it been put in there I might have seen
17  some traces of it.
18      Q. Okay, or you might not, right? I
19  mean, you weren't looking for it, were you?
20      A. Not specifically. But as a marine
21  surveyor you learn to notice anything that is
22  out of the ordinary and --
23      Q. Would you consider that out of the
24  ordinary?
25      A. Yes.

Page 68

1      Q. Okay.
2      A. To have polyurethane underneath
3  cement, yes, that would be out of the ordinary.
4      Q. Do you have any training in or have
5  you ever held yourself out to be a marine
6  architect, naval architect?
7      A. No.
8      Q. Have you ever held yourself out to
9  be an expert in the investigation and analysis
10  of cause and effect in explosion cases?
11      A. I have testified as an expert
12  witness in other fire cases, not other explosion
13  cases.
14      Q. Okay. Well, the question was
15  specifically in explosion cases?
16      A. No.
17      Q. This was your first investigation
18  into an explosion?
19      A. That is correct. We try not to
20  have explosions in my industry.
21      Q. Now, you work regularly for
22  Bradford Marine in your capacity as a marine
23  chemist?
24      A. Yes.
25      Q. Who else do you regularly work for

- was area coated o/polyethelene before cement added.
   polyurethane

1  in your capacity as a marine chemist?
2      A. Almost everybody in the marine
3  industry in South Florida. I am the only one
4  down here.
5      Q. Okay.
6      A. And I work for many of the
7  shoreside companies, typically Cliff Berry and
8  people who are cleaning the shoreside tanks in
9  Port Everglades.
10      You see those big two hundred feet
11  diameter, 60 foot high gasoline tanks, before
12  they are done with them I certify them before
13  anybody does any work as well, so anything of
14  that type.
15      Q. When you went on board the, let's
16  call it the subject yacht. What can we call it,
17  the --
18      MR. WEBER: SOUVENIR.
19  BY MR. VALLE:
20      Q. Okay, let's call it the SOUVENIR.
21  When you went on board the SOUVENIR in 1997 what
22  specific area and I am talking about before the
23  explosion occurred, when they brought the yacht
24  in -- strike that.
25      Let's go back to the beginning of

1  the repair work that was being done on the
2  SOUVENIR in 1997. At what particular point were
3  you called by Torch or anybody else at Bradford
4  to come down and look at the SOUVENIR?
5      A. They called me because they needed
6  to do some work in and around the engine room or
7  fuel tanks.
8      Q. Okay.
9      A. I wrote a certificate based on the
10  inspection that I made and unfortunately I can't
11  find the darn thing.
12      Q. When you say --
13      A. I got it out at some point later to
14  see what I had looked at and I know it was
15  nothing in this area and I don't know what
16  happened to it. It was not refiled where it
17  should have been filed. I can't find it.
18      Q. When you say this area you mean the
19  lazarette area?
20      A. Yes, the lazarette area.
21      Q. You say Bradford should have about
22  four or five copies of it?
23      A. Correct. Well, five copies are
24  written and one would have gone with the billing
25  that I gave to Bradford and three copies would

1  have been left with Torch and I would have kept
2  a copy for myself.
3      That long ago I don't know what
4  they did with theirs. I keep a copy of every
5  certificate that I have.
6      Q. I just asked you --
7      A. Like I say, I can't find mine
8  because it got pulled out at the time of this
9  incident and never got refiled.
10      Q. The question was, you did leave
11  several copies with Bradford?
12      A. Yes.
13      Q. Was there ever a time that you
14  posted a notice on the SOUVENIR certifying that
15  the entire ship was gas free?
16      A. No, no, and I wouldn't have. I
17  don't post them.
18      Q. Gas free means gas free today,
19  right?
20      A. I understand what you're saying.
21      MR. KALLEN: Wait -- go ahead.
22  BY MR. VALLE:
23      Q. My next question --
24      MR. KALLEN: What about an answer
25  to that?

1  BY MR. VALLE:
2      Q. You understand what I am saying,
3  what do you mean?
4      A. Well, my chemist certificate
5  stipulates the condition at the time that I make
6  the inspection.
7      It doesn't guarantee anything in
8  the future.
9      Q. That is what I am saying.
10      A. Yes.
11      Q. In a changing environment --
12      A. Exactly.
13      Q. In a work environment in a shipyard
14  you are aware that from time to time there is a
15  number of volatile liquids used in either
16  removing paint, cleaning metals, thinning paint,
17  that sort of thing, right?
18      A. Yes.
19      Q. And as the environment changes in
20  an area that you have inspected you would expect
21  that the people that, that would either call you
22  back or that they would take down the gas free
23  environment, correct?
24      A. Yes.
25      Q. When you went back to Bradford how

Page 73

1 long had it been when you went -- strike that.
2        How long prior to the explosion had
3 it been that you had certified the areas that
4 you examined to be gas free?
5        A. I don't recall offhand, but I
6 believe it was like two or three months and the
7 vessel had been out of the water at that time.
8 It wasn't in the water.
9        Q. So they put it back in the water?
10       A. Yes.
11       Q. And they had been working on her
12 for two or three months between the time that
13 you certified her gas free and the time of the
14 explosion?
15       A. That is correct.
16       Q. Do you know what type of work they
17 did on that vessel during those two months?
18       A. I have no idea.
19       Q. Being in and around the vessel
20 after the explosion did you have occasion to see
21 any type of volatile liquid or solutions being
22 used in and around that vessel at that time?
23 Like, for example, acetone?
24       A. I didn't see anything anywhere in
25 the vicinity.  There may have been on the dock

Page 74

1 or somewhere else, but not anywhere near where
2 the incident occurred on the vessel.  There was
3 nothing like that.
4        Q. Okay.  I think you mentioned that
5 someone had told you that a gas, that a can of
6 acetone had tipped over in the lazarette?
7        A. Yes.
8        MR. FAMULARI: Object to the form.
9 BY MR. VALLE:
10       Q. And that a certain amount of
11 acetone had leaked out of that can?
12       A. No.  They didn't tell me anything
13 leaked out of it.  They just told me that there
14 had been one in there and they seen it tip
15 over.
16       We don't know whether it was full,
17 empty or whether something had poured out of it
18 or not, and --
19       Q. Do you know how long it had been
20 between the time that the can tipped over and
21 the time that Mr. Naranjo attempted to weld on
22 that deck?
23       A. No, I don't.
24       Q. Do you know the size of the can of
25 acetone that tipped over?

Page 75

1        A. I got the impression it was a
2 quart.
3        MR. FAMULARI: Object to the form.
4 BY MR. VALLE:
5        Q. You got the impression it was a
6 quart?
7        A. From the discussion that as I
8 recall it was a quart can which was fairly long
9 and narrow and about maybe seven or eight inches
10 tall.
11       Q. Okay.
12       A. And it was -- I believe it was some
13 time before the boat maybe even came in the
14 yard.  I don't think it was something that
15 happened in a day or two of when this
16 occurrence occurred, as I recall the
17 discussion.
18       But I can't tell you any more than
19 that because I don't remember.  I don't remember
20 for sure.
21       Q. Okay.  Would you agree, would you
22 agree with me that had acetone been in that can
23 and had the acetone spilled out, that the
24 volatile gases produced by the evaporation of
25 that acetone would have consumed an area far

Page 76

1 greater than a quart?
2        A. The quart was a liquid.
3        Q. Right.
4        A. So had it evaporated it could have
5 enveloped the whole lazarette.
6        Q. Okay.
7        A. But it also would have been able to
8 be smelled by whoever went into it because it
9 does have an odor.
10       Q. Now, if this had happened sometime
11 before the explosion and the acetone found its
12 way down to the space beneath the floor of the
13 lazarette and it had been confined in that area,
14 I guess the gases generated by the --
15       A. Evaporating liquid.
16       Q. -- Evaporating acetone, would you
17 still have expected to smell it?
18       MR. FAMULARI: Object to the form.
19 BY MR. VALLE:
20       Q. Or would it be --
21       A. Possibly not.  I won't say probably
22 not, but I would say possibly not.
23       Q. Okay.  I think you also mentioned
24 that part of the information that you had been
25 provided was that gasoline had been stored in

Case 0:96-cv-06621-DMM Document 107 Entered on FLSD Docket 08/08/2001 Page 20 of 73

**Page 77**

1 the lazarette by the owner prior to this
2 particular incident, correct?
3    A. I think they -- someone
4 mentioned --
5    MR. KALLEN: Let me object to the
6 form, go ahead.
7    THE WITNESS: I think someone had
8 mentioned that they had had one of those red
9 six gallon cans, metal cans typical of what
10 you use with an outboard motor in a smaller
11 boat.
12    It was discussed. I don't know, I
13 don't recall whether it was stored in there
14 for any length of time or had just been put
15 in there. I think I am more -- I don't
16 recall what I wrote in here, whether I
17 mentioned that or not.
18 BY MR. VALLE:
19    Q. I don't think that you did. That
20 is why I am asking.
21    A. It just sticks in my head that it
22 was discussed and it may just be my memory that
23 we talked about it, not that they actually said
24 it was in there.
25    Q. Was anything else to your knowledge

**Page 78**

1 stored in that area, in the lazarette?
2    A. Well, at the time that I did my
3 investigation there was nothing in there.
4    Q. No, no, I mean by history.
5 Obviously, when you did your investigation --
6    A. Oh, okay.
7    Q. -- There was nothing there, but
8 what did you learn?
9    A. No other, no other flammable
10 liquids other than the two, acetone and gasoline
11 were discussed that I recall.
12    Q. All right.
13    A. And it may have been me who brought
14 up the gasoline. I said, well, you know,
15 because typically they are down there. And that
16 is why it might be sticking in my memory,
17 because I was looking for a cause and if I
18 didn't put it in my letter, it may not have --
19 they may have said, no, there wasn't and that is
20 why I am, I -- It has been a long time, you got
21 to realize.
22    Q. I understand. Are you rendering an
23 opinion here today within a reasonable degree of
24 scientific certainty as to the cause of this
25 explosion or were you giving us a list of

**Page 79**

1 possible causes?
2    A. My letter was a list of possible
3 causes. I think based on discussions after the
4 fact like we were talking about, about the
5 hydrogen, that is the most probable.
6    Q. Most possible or most probable?
7    A. Most probable.
8    Q. Are you saying here today there is
9 better than a fifty-fifty chance that it was the
10 hydrogen or are you saying --
11    A. Yes.
12    Q. Okay.
13    A. Yes.
14    Q. Did you ever examine the area of
15 the hull either in 1997 or a month ago where
16 cement comes in direct contact with aluminum?
17    A. I know I have looked at it. I
18 don't know -- what do you mean by examined?
19    Q. Examined? I mean, you know, look
20 at it, what I am asking, test it?
21    A. No, I didn't take samples or test
22 it, no.
23    Q. What did it look like to you, and I
24 am talking about -- Let me rephrase the question
25 so we get specific.

**Page 80**

1    The question is, did you ever look
2 at or examine the area beneath the floor of the
3 lazarette either in 1997 or a month ago where
4 the cement beneath the lazarette came in contact
5 with the aluminum portions of the vessel,
6 whether it be the hull or the frame?
7    A. Well, in 1997 the possibility of
8 hydrogen generation hadn't occurred to me, so I
9 know I looked at the area, but I wasn't looking
10 with that in mind.
11    Just recently when I was on board I
12 did look a little more closely because of that.
13 The cement is confined by the framework in there
14 that is the structural members of the vessel and
15 there is not a whole lot to see other than where
16 the top of the cement touches the aluminum.
17    Q. Okay.
18    A. There is nothing else to see.
19    Q. Describe for me, if you would,
20 please, what the top of the cement looked like?
21    A. Cement in contact with aluminum, a
22 little bit of dirt, a little bit of -- kind of a
23 white substance that is typical of scum that you
24 get in bilges, you know, that is about it. And
25 nothing outstanding in my mind that I would say,

*owner stored gas cans in lazarette*

Page 81

1  oh, man, look out for that.
2      Q. Okay, you didn't see any crumbling
3  or any degradation of the cement at the area
4  where it came in contact with the aluminum then,
5  did you sir?
6      A. No, I don't recall, no.
7      Q. This process that you're talking
8  about that results in the release of hydrogen,
9  is that part of an oxidation process where the
10 aluminum and the cement have some sort of
11 interaction?
12     A. It has been three years since I
13 looked at the mechanism, the actual chemical
14 reaction. And I am trying to remember whether
15 the aluminum is, acts more like a catalyst or
16 whether it acts, it is included in the reaction
17 and I don't recall off the top of my head.
18     Q. Okay. In any event, when you
19 looked into that compartment a month ago, even
20 though that compartment had been flooded with
21 water fairly recently before you looked at it,
22 you didn't see anything that put up red flags to
23 you as a marine chemist or a marine surveyor
24 that there was something structurally unusual
25 beneath the floor of the lazarette, correct?

Page 82

1      MR. FAMULARI: Object to the form.
2      THE WITNESS: I don't follow what
3  you are asking.
4  BY MR. VALLE:
5      Q. Okay, when you looked under the
6  floor of that lazarette a month ago you didn't
7  find anything that would cause you concern as a
8  marine surveyor or a marine chemist in that it
9  was an unusual or dangerous or suspicious
10 situation?
11     A. Well, I recommended that the cement
12 be taken out at the time that I saw it there.
13     Q. I am talking about --
14     A. A month ago.
15     Q. I am not talking about just the
16 fact that it was cement. I am talking about any
17 physical appearance of the cement or of the
18 aluminum which gave rise to concern to you that
19 perhaps a chemical reaction was going on?
20     A. I couldn't see the interface
21 between the two anywhere so, no, I couldn't.
22     Q. How about just at the top where the
23 cement meets the aluminum, either in any of the
24 supports or in the hull of the boat?
25     A. I didn't look to see if there was

Page 83

1  any degradation. That is not why I was there.
2  So since we talked about removing it, I didn't
3  look any further than that.
4      Q. This gasoline that was, that you
5  were advised may have been stored in the
6  lazarette, do you know whether that gasoline was
7  mixed with an oil that you customarily mix with
8  gasoline before you use it outboard motors or
9  not?
10     MR. KALLEN: Object to form.
11     THE WITNESS: I have no idea. Like
12 I say, I didn't really read my whole
13 letter. I was just trying off the top of my
14 head to remember what had been discussed.
15     If I didn't mention gasoline was
16 stored in there, it probably wasn't. So the
17 question is moot.
18 BY MR. VALLE:
19     Q. Okay. So did you receive
20 information that gasoline had been stored in
21 there or didn't you?
22     A. Let me take the time to read my
23 letter.
24     Q. There is nothing in there.
25     A. If it doesn't mention gasoline in

Page 84

1  here, then I did not receive any information
2  that it had been stored in there.
3      Q. Okay, so we can forget the
4  gasoline?
5      A. Exactly.
6      Q. All right. You said when you got
7  to the area in 1997, when you arrived on the
8  vessel to look in the area of the lazarette it
9  had been cleaned out?
10     A. There was nothing on top of the
11 deck plate that covered the framework that was
12 two inches above the cement except two hydraulic
13 pumps that were going to be installed.
14     I don't remember. It was either
15 one or two. And they were about a foot and a
16 half or two feet tall and had they not been
17 there, that deck plate may have gone all the way
18 up to the overhead instead of just come up to
19 the extent that it did. Because they stopped it
20 from coming any higher.
21     Other than that I don't recall
22 anything else being on that deck plate in the
23 lazarette.
24     Q. Okay. Did you either as part of
25 your duty or part of your procedure as an

Page 85

1  investigator or as a marine surveyor direct
2  Bradford Marine to save and preserve any of the
3  evidence of the explosion?
4  A. No.
5  Q. Such as the lazarette deck plates
6  that were bent up or any of the other evidence
7  of the explosion at the time?
8  A. No, no, I didn't.
9  Q. Do you know whether or not they
10  did?
11  A. I have no idea.
12  Q. In explosion cases would you expect
13  that through scientific evidence residue of an
14  explosion on the bottom surface of the deck
15  plate would have revealed the nature of the
16  substance which had been ignited?
17  A. If it was something that would
18  leave a residue, yes. I don't know whether a
19  hydrogen explosion would because hydrogen
20  combines with oxygen and you create water. What
21  is the residue when you are in a boat that gets
22  flooded?
23  Q. Okay, my question is --
24  A. Yes. Had it been some other
25  substance --

Page 86

1  Q. Right.
2  A. I mean, you are familiar with
3  gunpowder residue and things like that
4  obviously. I don't know --
5  Q. Or gasoline or oil?
6  MR. KALLEN: Or methane.
7  BY MR. VALLE:
8  Q. Or methane or acetone?
9  A. I understand what your question is
10  and I can't -- I can't testify that yes these do
11  create residues and, yes, they would be found
12  because I don't know.
13  Q. There is a possibility that if some
14  of those substances would cause a residue as a
15  secondary result of an explosion, that residue
16  would have been available on the bottom of those
17  plates to be tested, correct?
18  MR. FAMULARI: Object to the form.
19  THE WITNESS: Possibly, yes
20  BY MR. VALLE:
21  Q. And --
22  A. I don't recall seeing anything out
23  of the ordinary. Like I say, had I noticed
24  something I probably would have said what is
25  that.

Page 87

1  Q. Sure.
2  A. And I don't recall seeing anything.
3  Q. But you as a chemist know that
4  there are things that you can't visually see
5  that you can pick up with certain equipment?
6  A. Yes, of course.
7  Q. And if those plates were available
8  at the present time we could test them and
9  determine if some substance had been ivolved in
10  this particular explosion which left a residue
11  and a telltail fingerprint as to what the
12  substance was, right?
13  A. Yes, sure. I don't know who else
14  they hired at the time as surveyors and so on.
15  There were a lot of people around and the
16  question to me was what caused the explosion,
17  and I wasn't hired by anybody to represent them
18  as a surveyor.
19  Had I done that, I probably would
20  have done a lot more than just write this
21  letter.
22  Q. Okay. One of the things that you
23  would have done probably is tell them to
24  preserve the evidence, right?
25  A. Possibly, yes, sure.

Page 88

1  Q. I represent the manufacturer of the
2  boat?
3  A. Right.
4  Q. We are trying find out whether it
5  was a manufacturing defect, if any, which caused
6  the explosion or if it was other things or other
7  substances.
8  A. I understand that, yes.
9  Q. It's not possible for me to do that
10  at this point without those plates, is it?
11  MR. FAMULARI: Object to the form.
12  THE WITNESS: I don't know,
13  probably not.
14  BY MR. VALLE:
15  Q. Okay. Now, in your original report
16  I think you gave three possible causes for the
17  explosion to have occurred?
18  A. Those are my thoughts at the time,
19  yes.
20  Q. And I take it those are your
21  thoughts within a reasonable degree of
22  scientific certainty because you wrote the
23  report as a marine chemist and you are giving
24  the report to a client who is paying you for
25  information as to what caused the explosion?

Page 89

1  A. Correct.
2  Q. Okay. One of the three sources I
3 think you referred to and I am looking at page
4 two of your report, you mention the can of
5 acetone lying on the deck above the lazarette?
6  A. Yes.
7  Q. You didn't say it was in the
8 lazarette, you said it was on the deck above the
9 lazarette, so then can I assume that your memory
10 was better when you wrote this report than it is
11 today?
12  A. Of course.
13  Q. So then the history that was given
14 to you was apparently that a can of acetone had
15 been laying on its side above the lazarette on
16 the wooden deck, correct?
17  A. Which paragraph are you referring
18 to?
19  Q. Paragraph two on page two?
20  A. Okay. Yes, of course.
21  Q. And you would assume I guess then
22 that the acetone went through the wood plank
23 deck down into the area of the lazarette?
24  MR. FAMULARI: Object to the form.
25  THE WITNESS: Possibly, yes.

Page 90

1 BY MR. VALLE:
2  Q. Okay. And on a ship liquids can
3 find their way into a bilge and that is
4 basically the reason that the bilge is there,
5 isn't it?
6  A. Well, not to accumulate flammable
7 liquids, but, yes, to accumulate liquids,
8 correct.
9  Q. And if they happen to be flammable
10 they are going to find their way into the bilge?
11  A. That is correct.
12  Q. And this area that was below the
13 lazarette is part of the bilge system?
14  A. I think it had a bilge pump in the
15 forward end of it, so I guess you would say
16 that, yes.
17  Q. I think the second -- I am sorry,
18 you did mention gasoline. I am sorry, forgive
19 me. Let me read this to you, that paragraph.
20 "Likewise, at some time gasoline in storage
21 containers," plural, "may have been stored in
22 the lazarette."
23  So I take it that you received that
24 as a history from somebody?
25  A. Okay.

Page 91

1  Q. So there are multiple gasoline
2 containers and they were stored in the
3 lazarette?
4  MR. KALLEN: Object to the form.
5 BY MR. VALLE:
6  Q. According to your history?
7  MR. KALLEN: May have.
8  MR. VALLE: May have.
9  MR. KALLEN: At some time.
10 BY MR. VALLE:
11  Q. At some time, correct?
12  A. Yes.
13  Q. And I take it that was possible
14 cause number two, gasoline had gotten down
15 somehow into the area beneath the deck of the
16 lazarette?
17  A. Yes.
18  Q. Into that gap?
19  A. Yes.
20  Q. The third source I think you
21 mentioned were live bait wells. Can you tell me
22 where those live bait wells were with respect to
23 the lazarette?
24  A. As I recall they were in the floor
25 of the fish deck and extended down into the

Page 92

1 lazarette. I don't recall exactly, but as I
2 recall that is my recollection.
3  Q. Okay, and what were they made of?
4  A. I think aluminum. But I don't
5 recall.
6  Q. And were they on either side of the
7 lazarette? In other words, port and starboard
8 on the ship, if you can recall?
9  A. I don't recall. I don't recall
10 that configuration at the time.
11  Q. Do you know whether or not the area
12 of the ship that you were in in 1997, the
13 lazarette area, was an area of the ship that
14 existed by virtue of standard design or whether
15 or not that area was part of a customization of
16 the vessel which was specified at the time that
17 it was under construction?
18  A. I have no idea.
19  Q. Whenever anybody welds on a ship in
20 the area and the other side of the plate that
21 they are welding on is part of the bilge system
22 of the ship, do you think that it would be
23 reasonably prudent to have had someone test the
24 environment on the far side of the plate --
25  MR. FAMULARI: Object to the form.

Bilge underneath the plate

Page 93

BY MR. VALLE:

Q. -- Prior to commencing welding operation?

MR. FAMULARE: Object to the form.

THE WITNESS: Yes.

BY MR. VALLE:

Q. Bilges customarily present a danger of accumulation of volatile and flammable gases, correct?

A. In and around machinery areas, yes. In a lazarette not necessarily because they don't normally have flammable liquids stored in there.

Usually there are areas on a vessel where flammable liquids are stored and so designated.

Q. Assuming that over a period of a year or months or whatever of use of a vessel in the normal course, wouldn't you expect that flammable liquids or gases whether they be methane or anything else have a potential for accumulating in the bilge system of a vessel which is why you always require the bilges to be examined before welding is done or hot work is done on the far side of them?

Page 94

A. Well, I don't completely agree with your statement, but, yes, that is the reason that you look in the lower areas of the vessel because anything heavier than air will accumulate there or liquids are going to run there.

Q. Okay. And if gases are volatile gases those gases would rise off the liquid in the bilge, correct?

MR. KALLEN: Object to the form.

THE WITNESS: Not always.

BY MR. VALLE:

Q. All right.

A. If they are heavier than air they will stay there. That is why we have blowers for gasoline boats, so they don't blow them up everytime that they start the engine.

Q. And they still blow them up?

A. Yes.

Q. Even after they vent the hell out of the bilges they blow them up?

A. Yes, that is right.

Q. Because you can never tell?

A. That is exactly right.

(Discussion off the record.)

Page 95

BY MR. VALLE:

Q. Let's go back to your report for a second. The third possible source that you mentioned in your written report to your client, Bradford Marine, was the possible accumulation of methane gas as a result of the degradation of sea life and other things in sea water?

A. Correct.

Q. Is methane gas something that you can smell?

A. No.

Q. So someone down inside the lazarette such as Mr. Naranjo would, if there was a ton of methane gas he would never have smelled it, right?

A. Well, if there was a ton of it down there he would have been asphyxiated, but had there been enough underneth there to cause an explosion, no, he would not have smelled it. It is odorless.

Q. Let me rephrase the question. Mr. Rimmel, do you have an opinion within a reasonable degree of scientific certainly as to whether or not Mr. Naranjo would have smelled methane gas on the date this accident occurred

Page 96

had the methane gas accumulated underneath the deck plate of the lazarette?

A. Yes.

Q. And what is that opinion?

A. He probably would -- he would not have smelled the gas because it is odorless.

Q. When you are giving your courses to welders, when you are talking to, you know, the people at Bradford Marine and your other good customers, your regular people and you are giving safety courses, do you ever tell the welders whenever they are in doubt about whether or not there is a hollow space underneath the plates that you are going to weld on, tap them or do anything else to determine whether or not there is a hollow space there?

A. No, we don't say anything like that. People usually know whether something is hollow or not and if they're welding on it, even the OSHA regulations talk about what to do with hollow structures and/or confined spaces.

Q. Sure.

A. Hollow structures would be different than this because we are talking about pipes or handrails which are hollow structures,

Page 97

1  thing like that.
2      Q. Well, when you don't know, when you
3  have no information to a certainty as to whether
4  or not there is a hollow area beneath where you
5  are welding, I mean, isn't that the time that
6  you should either ask a competent person to
7  check the area or make some sort of
8  determination as to whether or not it is hollow
9  underneath where you are welding?
10     A. Definitely, that is common sense
11 and we always teach people -- common sense is a
12 pretty logical way to go at figuring out whether
13 something is safe.
14     Q. I think you have already said that
15 it would not have been reasonable simply to rely
16 on the word of the captain because you don't
17 know what the captain knows?
18     A. Exactly.
19     Q. So Mr. Naranjo in this case because
20 he had some concern, I mean, he asked the
21 captain, he had some concern about what was
22 underneath the deck plates, should have gone to
23 a competent person in the shipyard and asked
24 them to make a determination?
25     A. I don't know if he had that concern

Page 98

1  or not. I don't know why he asked the captain.
2      Q. Well, assuming he was concerned
3  that there might be something in the area or
4  something underneath the deck that might be
5  hazardous if he welded there, shouldn't he have
6  gone to a competent person and asked for a
7  determination?
8      A. I wouldn't conclude that is why he
9  asked the captain the question that he did.
10     Q. No, I am saying assume that he
11 wanted to know --
12     A. I am sorry.
13     Q. -- What was underneath the area
14 where he was welding, and assume that is why he
15 asked the captain because he didn't know what
16 was under that area?
17     A. Making that assumption, yes, it
18 would have been best if he asked his boss or a
19 competent person to check the area.
20     MR. KALLEN: And by competent
21 person we are talking about shipyard
22 competent person?
23     THE WITNESS: Shipyard competent
24 person as defined by OSHA regulations.
25 BY MR. VALLE:

Page 99

1      Q. Have you ever investigated an
2  incident where either a fire or explosion
3  occurred as a result of the ignition of methane
4  gas?
5      A. No.
6      Q. When you spoke to the people at
7  Bradford Marine prior to your examination of the
8  vessel in 1997, did they tell you whether or not
9  the area beneath the deck plates was airtight
10 and watertight before they began their
11 operations to repair the vessel?
12     A. I don't recall.
13     Q. Would it have been significant to
14 you to learn that the area in the opinion of the
15 people at Bradford was both airtight and
16 watertight below the deck plates of the
17 lazarette prior to the time that Mr. Naranjo
18 began his welding?
19     A. Yes.
20     Q. How would that have been
21 significant to you?
22     A. Because that would have prevented
23 any ventilation or dilution of whatever
24 atmosphere was under there and no matter what
25 got in there it would have contained it and kept

Page 100

1  it concentrated and more dangerous.
2      Q. Methane gas is the kind of gas that
3  poses a danger to coal minors, correct?
4      A. Yes.
5      Q. That is why they bring canaries
6  down to coal mines because the birds are so
7  sensitive to the gas and --
8      A. Not anymore. They used to. They
9  use meters like I do now. But that is what they
10 did originally.
11     (Discussion off the record.)
12     THE WITNESS: That was before they
13 invented the flame safety lamp and the flame
14 safety lamp had a light in it, a lit candle
15 or a lit flame of some sort and a screen
16 over it so the gas couldn't get in and
17 explode, but if that flame went out at that
18 point they knew it was dangerous.  And they
19 got out of there real quick.
20 BY MR. VALLE:
21     Q. When you examined the area beneath
22 the lazarette in 1997, by the time that you had
23 gotten there was that area dry or was it still
24 wet?
25     A. I don't remember.

air Tight compartment

Page 101

1    Q. You mentioned, you used a
2  descriptive word in your report concerning the
3  lazarette itself and I think you called it a
4  tank. Do you recall that?
5    A. Where?
6    Q. Let me --
7    A. On page two?
8    Q. Yes, I am trying to find out where
9  you did that.
10    MR. KALLEN: Oh, top of the page,
11    third line, maybe that was it.
12  BY MR. VALLE:
13    Q. Yes, okay, right. Then I am
14  reading from your report, "I inspected the
15  interior of the vessel, forward of the original
16  transom."
17    When you said forward of the
18  original transom what did you mean?
19    A. Well, there are two transoms on
20  this boat. This boat as I recall was built and
21  then an addition was put on it before it was
22  ever delivered.
23    Q. Okay, I had asked you about that
24  earlier?
25    A. Yes.

Page 102

1    Q. So then we can I guess --
2    A. I never saw the plans, but as I
3  recall when I went down inside somewhere or was
4  talking and you could see the original transom
5  of the boat. They never took it out and put a
6  straight bulkhead there.
7    I think they still had a curved
8  transom on there and then they added this other
9  section on.
10    Q. Okay, so --
11    A. If I remember correctly.
12    Q. So the lazarette section that you
13  were in was aft of the original?
14    A. Of the original transom of the
15  boat, yes.
16    Q. Then you mentioned here, and let me
17  read the whole sentence. "I inspected the
18  interior of the vessel forward of the original
19  transom and have determined that there are no
20  fuel tanks adjacent to the tank in question."
21  So top three lines of page --
22    A. Right, I want to see what I wrote
23  right before that to see if I was discussing a
24  tank. No, it doesn't relate. That may have
25  been a misnomer there saying tank. I may

Page 103

1  have --
2    Q. You may have meant compartment?
3    A. Yes, I may have meant compartment
4  or space.
5    Q. I wondered if it was a term of art
6  where you call something like that a tank?
7    A. No, probably as I was composing
8  this it just slipped out, you know.
9    Q. Okay.
10    A. I should have said space in
11  question.
12    Q. Did you ever check the live bait
13  wells on that vessel for leakage?
14    A. No.
15    Q. Are the live bait wells still on
16  the vessel as of the time that you saw it a
17  month ago?
18    A. I don't recall.
19    Q. Do you know which crew members
20  actually drilled holes in the aluminum deck of
21  the lazarette prior to the time that Mr. Naranjo
22  began his welding operation?
23    A. I don't know who drilled the hole.
24  I know that there was one hole that I was told
25  was drilled because they were going to bolt

Page 104

1  these down and I think when they drilled the
2  first hole and found that it was as thin as it
3  was, they determined it wasn't heavy enough to
4  hold these pumps and that is when they decided
5  to weld something down.
6    I don't know if there was more than
7  one hole drilled or not or who drilled them.
8    Q. What size hole was that, do you
9  recall?
10    A. Quater inch, three eighths,
11  something like that. That is all that I recall.
12    Q. Would it have been large enough for
13  you to be able to snake your hose from your
14  multi gas tester into that hole to --
15    A. Yes.
16    Q. -- Had you been called to do so?
17    A. Yes.
18    Q. To your knowledge had there ever
19  been any prior explosions at Bradford Marine
20  under similar circumstances?
21    A. No.
22    Q. Was this the first occasion, and
23  when I say this, I mean your report which was
24  marked as Exhibit 17 in this case, was this
25  report -- strike that. Let me start over.

Page 105

1    Was the report marked as Exhibit 17
2  in this case the first opportunity that you had
3  to mention a multi gas tester to Bradford
4  Marine?
5    A. No.
6    Q. How long had you worked for them
7  prior to this particular explosion in 1997?
8    A. Well, ever since I became a marine
9  chemist in 1981 or December of '80.
10    Q. If you had to give it to me off the
11  top of your head how many times would you have
12  mentioned to management or to the certified
13  competent persons, shipyard competent persons at
14  Bradford Marine that they should have a multi
15  gas tester or some kind of sniffer on hand when
16  they are doing these operations?
17    A. I can't give you an absolute
18  number. I know that each of the competent
19  persons who was trained had this mentioned a
20  number of times throughout the course that they
21  can't do their job without having a way to run
22  the test.
23    MR. VALLE: Excuse me a second.
24    (Discussion off the record.)
25    THE WITNESS: In addition to

Page 106

1    training, and I noticed I mentioned in here
2  four people, those four people at various
3  times throughout the years, I know that I
4  probably at least once or twice to each of
5  them would have mentioned if they were
6  working for Bradford at that time and I am
7  not sure if all of them were because I don't
8  remember who they are.
9    I would have mentioned, you know,
10  you need to get a meter for this or you have
11  to have a meter in this yard to use.
12  BY MR. VALLE:
13    Q. Would it be --
14    A. So it would have been mentioned a
15  few times, anyway.
16    Q. Over the course of the years?
17    A. Yes, over the course of the years.
18    Q. To people who would have been in
19  management or shipyard competent persons working
20  at Bradford?
21    A. The competent persons were either
22  the welding foreman or someone of that status.
23  It wasn't the welders themselves. It was either
24  a welding foreman or Torch. I think his job was
25  safety something or other.

Page 107

1    Q. Okay.
2    A. So these were people who were not
3  on a line with welders, these were upper --
4    Q. Management?
5    A. Yes, management of some sort, yes.
6    Q. So you did mention to management
7  on --
8    A. Yes.
9    Q. -- On a number of occasions prior
10  to this explosion that one of the pieces of
11  equipment that they needed to have on hand was a
12  multi gas tester?
13    A. Yes.
14    Q. And they call these things
15  sniffers, is that a nickname?
16    A. That is a nickname for it, yes.
17    Q. In your report you mention that the
18  crew, and I will read this again, it is on page
19  three, "The crew who initially started to
20  install the pumps stated that they had drilled a
21  couple of holes," not one, but "a couple of
22  holes in the area."
23    A. Well, like I said, I don't remember
24  how many.
25    Q. Okay, so that there were at least a

Page 108

1  couple of ports available prior to the explosion
2  which you could have utilized or the shipyard
3  competent people could have utilized had they
4  had a multi gas tester --
5    A. That is correct.
6    Q. -- At the time?
7    A. Yes.
8    Q. And, sir, do you have an opinion
9  within a reasonable degree of scientific
10  certainty as to whether or not this incident
11  could have been prevented had the shipyard
12  competent people or management at Bradford
13  Marine employed the use of a multi gas tester to
14  test the space between the lazarette deck plates
15  and the concrete underneath it to determine if
16  there was explosive gas?
17    A. Yes.
18    Q. And what is that opinion?
19    A. I don't believe this would have
20  occurred had that space been tested with a gas
21  tester.
22    Q. And they have an affirmative
23  obligation to conduct those tests, do they not,
24  in situations like this pursuant to Section
25  1915.54 of the OSHA regulations governing the

couple of holes

Page 109

1  shipyard industry?
2       A. 1915.54?
3       Q. Yes, 1915.54.
4       A. How about --
5       Q. 1915.54 C, before welding, cutting
6  or bracing is begun on structural voids such as
7  skegs, bilges, keels, et cetera, et cetera, a
8  competent person shall inspect the object and if
9  necessary test it for the presence of flammable
10  liquids or vapors.
11       A. Well, that is one area that covers
12  it. Another one is 1915.14 part B, where it
13  says hot work requiring testing by competent
14  person, that is different in there than here.
15          It is probably twelve in here and
16  it says, shall be tested, dry cargo holds,
17  bilges, et cetera.
18       Q. Okay, well, then --
19       A. Your book is -- it has been
20  renumbered.
21       Q. Okay, let me make it simple then.
22  Based on OSHA the regulations that existed at
23  the time that this explosion occurred, if there
24  was going to be welding on the deck of the
25  lazarette and there was any suspicion whatsoever

Page 110

1  that there was a void space beneath it, the
2  shipyard competent person should have tested
3  that space for flammable fluids or vapors prior
4  the commencement of welding operations, correct?
5       A. Yes.
6       Q. And that is required by law?
7       A. Yes.
8       Q. And they didn't do it?
9       A. Not to my knowledge.
10       Q. And had they done it, in all
11  probability this explosion would have been
12  avoided?
13       A. Yes.
14       Q. Okay. And they're not only
15  supposed to make the inspection, they are
16  supposed to log it, correct?
17       A. Yes.
18       Q. And maintain a log of all of the
19  inspections performed in suspect areas using any
20  type of sniffer device, correct?
21       A. That is correct.
22       Q. Do you know whether they have a log
23  of anything like that at Bradford?
24       A. Not off the top of my head, no.
25       Q. Do they have a multi gas tester

Page 111

1  now?
2       A. I believe they do now, yes.
3       Q. Do you know whether or not it was
4  purchased as a result of this particular
5  incident?
6       A. I have no idea.
7       Q. When you have a changing
8  environment on board ship such as a vessel under
9  major repairs or renovations, do you have an
10  opinion, sir, as to whether or not it would be a
11  prudent practice to use a multi gas tester on a
12  daily basis to determine if there had been a
13  change in environment in areas which are about
14  to undergo hot work?
15       A. That is required.
16       Q. Okay. And that was not done in
17  this case, was it?
18       A. No.
19       Q. From your testimony I have assumed
20  certain things and I have learned not to assume
21  much of anything when we are dealing with
22  experts, so let me ask you very directly.
23          At the time that you examined the
24  area of the explosion in 1997 did you conduct
25  any tests at all?

Page 112

1       A. Yes, I did.
2       Q. What tests did you conduct?
3       A. Well, I used my gas tester,
4  explosion meter, sniffer as you call it, and
5  determined the oxygen level was the same as
6  normal atmosphere and didn't find any explosive
7  or flammable gases registering on the meter.
8       Q. Did you actually test the area
9  below the deck of the lazarette and above the
10  cement level in the --
11       A. Yes, I did.
12       Q. How did you go about doing that?
13       A. Climbed down in there and stuck my
14  hose wherever it was accessible and pumped the
15  sample into the meter and read the meter.
16       Q. Okay. What access points did you
17  have to put your hose into that area?
18       A. I don't recall specifically. I
19  know it was pretty well open at that point,
20  though. It was pretty well everything
21  dislodged.
22       Q. Did you perform any measurements?
23  Did you make any measurements of any either
24  plate displacement or anything else that you saw
25  in the area?

**Page 113**

1 A. No.

2 Q. Did you take any samples off of the
3 bottom of the aluminum deck plates in the floor
4 of the lazarette that had been blown upward by
5 the explosion?

6 A. No.

7 Q. Did you take any type of samples
8 anywhere on the vessel which were either
9 designed to or resulted in the preservation of
10 any type of residues, metal scrapings or other
11 evidence of the condition of the bottom of those
12 plates post explosion?

13 A. No.

14 Q. Did you perform any calculations in
15 connection with your inspection of the vessel
16 back in 1997?

17 A. No.

18 Q. As we sit here today have you
19 absolutely ruled out now any of the causes that
20 you mentioned as possible causes in your report
21 resulting from your examination of the vessel on
22 July 8th of 1997 or are they still possible
23 causes?

24 A. Any of the ones that I mentioned
25 are possible. But like I said, based on my

**Page 114**

1 discussions with the other marine chemists and
2 thinking about this after this was, the report
3 was written, my conclusion was that it most
4 probably was a hydrogen explosion.

5 Q. Had you ever seen the results, the
6 results of the interaction between cement and
7 aluminum, the physical result of the interaction
8 between cement and aluminum either in this
9 particular instance or at anytime prior to this
10 instance in your career or in your education? Do
11 you know what I am saying?

12 A. You mean did I take a piece of
13 cement or look at a piece of cement that had
14 laid on aluminum and remove it and looked to see
15 if it was pitted or something?

16 Q. Sure?

17 A. No.

18 Q. Have you ever?

19 A. No.

20 Q. Okay, have you ever had the
21 occasion to look at say an aluminum railing that
22 was previously embedded into concrete walkways
23 in condominiums, apartment buildings, anything
24 like that?

25 A. Not in the vein of this kind of --

**Page 115**

1 Q. I mean, to determine what the
2 interaction between the two would look like, if
3 there was one?

4 A. No, I never have.

5 Q. So I think what you're telling us
6 is that based on information that you heard from
7 somebody who you can't recall at a meeting that
8 you had after this explosion, your opinion now
9 is that the most likely cause of the explosion
10 was the interaction between the cement and the
11 aluminum producing hydrogen, is that what you're
12 telling us?

13 A. Based on that conversation and
14 going back and looking in the chemistry books
15 that I have as reference manuals in my office,
16 and like I say, talking with several chemist,
17 not just one, to me the most obvious source of a
18 flammable gas or vapor underneath that aluminum
19 was probably hydrogen gas because of this type
20 of reaction.

21 Q. How is that more probable than
22 methane gas resulting from degraded sea life
23 which accumulates, which would have accumulated
24 in that area?

25 A. Because we don't know whether there

**Page 116**

1 was sea life down there that could have
2 degraded. We do know the aluminum and the
3 cement were there. That is the difference.

4 Q. Okay.

5 A. I don't know whether the gasoline
6 got down there. I don't know whether the
7 acetone got down there. I don't know whether
8 the sea life was there.

9 They were asking me what would have
10 created something down there, maybe we wouldn't
11 have smelled, maybe we wouldn't have detected
12 because we didn't test. And those were the
13 possibilities that I came up with, I came up
14 with at the time.

15 Since then, like I say, the
16 discussion with several guys who were other
17 marine chemist who had different backgrounds
18 than I do, more so in chemistry than chemical
19 engineering said, well, that is a no brainer,
20 geez, if you put cement on top of aluminum you
21 are going to get a reaction and you are going to
22 get hydrogen. And a hydrogen explosion is a
23 very violent explosion.

24 Q. Other than the purely theoretical
25 concept did you see any physical evidence which

most probable a Hydrogen Explosion

Page 117

1  would suggest to you as a chemist, as a marine
2  surveyor, as a one hundred ton master or as a
3  safety expert any evidence, any physical
4  evidence that there was a reaction between the
5  cement and the aluminum which did produce
6  hydrogen gas in this particular case?
7      A. No.
8      Q. Did you ever determine whether
9  anybody including Mr. Naranjo had been smoking
10 in the hold of that vessel on that day, in the
11 lazarette of that vessel?
12     A. I don't think I asked that
13 question.
14     Q. Did you ever determine what the
15 setting was on the welding device used by Mr.
16 Naranjo when he, when the explosion occurred?
17     A. No.
18     Q. Did you know whether or not Mr.
19 Naranjo had used any type of air extraction
20 device in the lazarette prior to the time that
21 he commenced welding operations?
22     A. I don't know specifically, but I
23 don't believe that any was mentioned. I don't
24 recall asking whether there was ventilation down
25 there or not, to be honest with you.

Page 118

1      Q. Now, the lazarette certainly wasn't
2  one of the areas that you certified as being gas
3  free; is that correct?
4      A. No, that is correct.
5      Q. I want to make that clear for the
6  record?
7      A. Yes.
8      Q. You mentioned earlier that there
9  had been some discussion about ventilation of
10 the area beneath the deck of the lazarette.
11     Have you ever designed an area
12 similar to that?
13     A. No.
14     Q. If an area on board a vessel in
15 your opinion should have a ventilation port,
16 would that be a feature that would be a design
17 feature in the vessel?
18     MR. FAMULARI: Object to the form.
19     THE WITNESS: I don't follow what
20 you mean by that or what you're saying.
21 BY MR. VALLE:
22     Q. In other words, let's assume that a
23 marine or that a naval architect had designed
24 this portion of the vessel and I mean the
25 portion aft of the original transom?

Page 119

1      A. Yes.
2      Q. The add-on portion, if that deck of
3  the lazarette should have been ventilated, do
4  you have an opinion as to whether or not the
5  ventilation port should have been part of the
6  design package for the extension of the vessel?
7      A. Not really.
8      Q. Okay.
9      A. I mean, if a person -- I am not
10 quite sure what you're getting at or why you are
11 asking. I mean, --
12     Q. I am asking --
13     A. The naval architects designed the
14 vessel or this design, designed the extension.
15 I don't know whether he was party to putting the
16 cement down there or not.
17     At some point I understand that the
18 cement was put down there because the vessel
19 floated bow down and it was put on there to get
20 the thing on trim, but whether he was party of
21 that or whether that was the builder's decision
22 versus the architect's decision, I don't know.
23     Q. When did you learn of that?
24     A. In talking to the people who had
25 the vessel just recently because the cement is

Page 120

1  on the plans.
2      Q. Cement is on the plans for the
3  entire ship, not just the extension?
4      A. I don't know that. All I know is I
5  saw the plans that showed cement in the
6  lazarette and I was told they put it there to
7  get the vessel stern down and bow up. That is
8  all I was told.
9      Q. Assuming that that was part of the
10 input from the naval architect, would you defer
11 to a naval architect as to whether or not that
12 area should have been vented? And I am talking
13 about the area beneath the lazarette?
14     MR. FAMULARI: Object to the form.
15     THE WITNESS: Let's just say I am
16 surprised that naval architects would put
17 cement against aluminum. And not
18 necessarily because of the explosion hazard,
19 but just because of the corrosion
20 potential.
21     Cement normally is put into a
22 vessel to stop a leak on a temporary basis
23 until they can put a, make a permanent
24 repair and get rid of a thin plate. It's
25 not normally put into the bottom of a vessel

Page 121

1  to cover a whole area like this was done
2  other than for a specific purpose and the
3  conclusion that was told to me was it was
4  put there because the vessel was bow down.
5      I don't know whether that is true
6  or not, but it surprised me that one would
7  just fill this whole lazarette with cement.
8  BY MR. VALLE:
9      Q. Have you ever --
10     A. And put it against the aluminum.
11     Q. Have you ever examined or surveyed
12  any other vessels built by Palmer Johnson?
13     A. I don't recall.
14     Q. Okay. Do you do much work with
15  sailboats?
16     A. Yes.
17     Q. Is cement customarily used in
18  sailboats as ballast for the keel?
19     A. I have heard of it being used in
20  steel boats, not in aluminum boats.
21     Also in fiberglass boats. A mix of
22  cement with --
23     (Discussion off the record.)
24     MR. KALLEN: Did you finish your
25  answer? Go ahead and finish your answer.

Page 122

1      (Discussion off the record.)
2      (Thereupon, the above-mentioned
3  testimony was read by the reporter as above
4  recorded.)
5      THE WITNESS: -- With steel pellets
6  or chunks of steel as a poor man's ballast
7  instead of using lead.
8      That is where I see most of cement
9  ballast in sailboats.
10  BY MR. VALLE:
11     Q. Do you know of any chemical
12  reaction between concrete and other metals that
13  aren't galvanized?
14     A. I haven't really researched it, but
15  none that come to mind. Like I said, I am a
16  chemical engineer, not a chemist. My background
17  is a little bit different than the chemists that
18  brought this to my attention.
19     I had a lot of chemistry, but my
20  concentration was more on processes than the
21  reactions.
22     Q. When you were, I take it that when
23  you were in college you majored in chemistry?
24     A. Chemical engineering, big
25  difference.

Page 123

1      Q. Okay. How many chemistry courses
2  did you take?
3      A. A number of them. I had organic
4  and inorganic chemistry and some others.
5      Q. Did you have qual and quant?
6      A. Yes.
7      MR. KALLEN: What?
8      THE WITNESS: Qualitative anylysis,
9  quantitative anylysis. Yes, like I said, my
10  concentration was more on the processes
11  which is what a chemical engineer deals with
12  more than the reactions themselves. So I am
13  stronger in that area.
14  BY MR. VALLE:
15     Q. Did you prepare any type of report
16  for Mr. Famulari or for anyone else in this
17  particular case?
18     A. No.
19     Q. Since the report that you prepared
20  in '97?
21     A. No.
22     Q. Have you met with Mr. Famulari or
23  spoken with either Mr. Famulari or anyone
24  representing the Plaintiff in this case prior to
25  the deposition today?

Page 124

1      A. Only to set it up. I don't believe
2  in any detail or with any opinions or anything
3  specific.
4      Q. I mean, you did mention to
5  somebody, didn't you, that you have got new
6  information that gave rise to this theory about
7  aluminum and concrete resulting in hydrogen or
8  is this the first time that you have mentioned
9  it to anybody, today?
10     A. Oh, I have mentioned it to lots of
11  people. I use it in my course since then.
12     Q. Okay. Have you mentioned it to
13  anybody on behalf of the Plaintiff before
14  testifying here today?
15     A. To be honest with you, I don't
16  recall.
17     Q. Did you have a conference with any
18  of the Plaintiff's counsel before today in which
19  you received a conference fee or anything like
20  that?
21     A. No.
22     Q. How many times say in the last
23  three years or so have you been called upon to
24  give testimony in either deposition or trial?
25     A. The last three years I don't think

Page 125

1  at all. Things have gotten safer down here.
2  Ten, fifteen, twenty years ago I was a little
3  busier.
4      Q. Have you testified in any courts in
5  Florida in which you were recognized as an
6  expert in any field?
7      A. Yes.
8      Q. Okay, which courts and which fields
9  of experties?
10     A. It was up in Broward County and I
11 testified as an expert relative to the OSHA
12 regulations, to some extent transportation
13 regulations relative to where a gas tank that
14 had been removed from a gas station had been
15 pulled out of the ground and moved and then
16 eventually blew up and injured a man, what the
17 regulations were relating to that, shoreside
18 similar to marine as far as the OSHA regulations
19 go as to precautions before you put a torch to
20 it.
21     That is the only court case that I
22 have actually testified in court in.
23     Q. And when was that?
24     A. Had to be fifteen years ago.
25     Q. Okay, did you testify as an expert

Page 126

1  in -- couldn't be marine chemistry because you
2  were shoreside.
3     What was your -- In other words, --
4     A. Let me say this.
5     Q. I have got to rephrase the
6  question.
7     A. Okay.
8     Q. Can you tell me, if you can recall,
9  and maybe you can't recall, but tell me if you
10 can recall what field of science that you were
11 recognized by the court as an expert in in that
12 particular case that you testified in fifteen
13 years ago?
14     A. Relative to the OSHA regulations,
15 relative to tank cleaning, whether things should
16 have been tested, things like that.
17     There is no shoreside equivalent of
18 a marine chemist because OSHA 1915 is specific
19 to the marine industry and specifically
20 specifies a marine chemist as required for some
21 types of certifications prior to welding and
22 entry, confined space entry and so on.
23     The shoreside industry which is
24 1910, doesn't have a specific expert so
25 designated. They just say experts. They just

Page 127

1  say qualified person or whatever.
2     And there is no one with the
3  professionism as a marine chemist and no one
4  really looking to hire or employ someone other
5  than in their own in-house experts and those are
6  industral hygienist for the most part.
7     So when these situations arise on
8  shore we are recognized as the experts on shore
9  as well from the fact that a tank is a tank is a
10 tank, clean is clean and so on. And
11 therefore --
12     Q. Okay.
13     A. And therefore we are called upon to
14 inspect shoreside tanks the same way as we
15 inspect vessels afloat.
16     Q. Would it be fair to say in the only
17 case that you have ever testified in, you were
18 qualified as an expert in the field of safety as
19 applied to the examination of hollow or void
20 areas which were going to be subject to hot
21 work?
22     A. That would be reasonable, yes.
23     Q. Okay. And you have never been
24 recognized as an expert in the field of
25 causation of explosions or causation of fires?

Page 128

1     A. No, no. Causation of fires, yes.
2  Causation of explosions, no.
3     Q. I mean, in court, recognized as an
4  expert in court in causation of fires, have you
5  ever been qualified as an expert in that area?
6     A. Only to the extent that this man
7  was burned and they wanted -- you know, I got
8  involved in the fact that this thing burned him.
9     Q. And that was that one case that you
10 were talking about?
11     A. Yes. I have been involved in a lot
12 of cases where they never got to court.
13     Q. Sure.
14     A. So --
15     Q. How many times have you given your
16 deposition in the last three years?
17     A. I think this is the only time in
18 the last three years.
19     Q. Okay. Are you appearing here today
20 pursuant to an agreement with anybody as far as
21 what your fee would be for testifying here as an
22 expert?
23     A. Yes.
24     Q. And who did you have the agreement
25 with?

ORANJO vs. STEPHEN D. SMITH    Condensed!    JAN 15TH, 2001

Case 0:00-cv-06822-JAL Document 107    Entered on FLSD Docket 08/08/2001    Page 33 of 73

Page 129

```
1        A. Well, the check says Blanck &
2   Perry.
3        Q. Okay, blank like in a blank space
4   or --
5        A. B-L-A-N-C-K.
6        MR. KALLEN: What is the amount of
7   the check?
8        THE WITNESS: Five hundred dollars.
9        MR. KALLEN: Is that a retainer?
10       THE WITNESS: No.
11       MR. KALLEN: What is that?
12       THE WITNESS: That is a half day
13   fee for me.
14       MR. KALLEN: Half day fee?
15       THE WITNESS: Yes.
16       MR. KALLEN: Okay.
17   BY MR. VALLE:
18       Q. Thank you very much. Oh, one more
19   second, please.
20       MR. KALLEN: I have some follow-up,
21   Larry.
22       MR. VALLE: I don't have anything
23   further.
24       MR. FAMULARI: No questions.
25            RECROSS-EXAMINATION
```

Page 130

```
1   BY MR. KALLEN:
2        Q. Before you go, I have a few
3   follow-ups and I will try to make it quick?
4        A. Okay.
5        Q. Let me ask you a few questions
6   about your qualifications.
7            You referred to earlier, you said
8   at one point in time you ran Broward Marine.
9   What do you mean by that?
10       A. I was in charge of their new boat
11   construction. My boss was Kit Dennison who was
12   the son of the owner, and I ran the entire new
13   boat construction area and that was in 19 -- oh,
14   boy, in the late seventies. '77 I think,
15   somewhere in there, '78.
16       Q. For about how many years?
17       A. For a year.
18       Q. Okay, and did the new boat
19   construction involve aluminum boats?
20       A. Aluminum boats.
21       Q. Of what size approximately?
22       A. Oh, 80, 90 feet, somewhere in that
23   ballpark.
24       Q. Other than working at Broward
25   Marine have you been employed in any other ship
```

Page 131

```
1   repair, shipbreak, ship construction facility?
2        A. None other than the company that I
3   had in California where we were building
4   fiberglass boats.
5        Q. Okay, you mentioned the California
6   company?
7        A. Yes.
8        Q. And how many years did you do that?
9        A. A couple of years. We got stopped
10   by the gasoline crisis.
11       Q. Did I understand you correctly that
12   in order to be certified as marine chemist part
13   of your qualifications require some experience
14   as a welder?
15       A. No.
16       Q. Where did I hear --
17       A. Experience in the shipyard
18   industry, shipyard practices, configuration of
19   ships, how they are structured.
20       Q. Have you ever worked as a welder?
21       A. No. I never finished all of that,
22   but there is a lot more to becoming a marine
23   chemist than what I discussed, but it is like
24   getting a Ph.D., you write a thesis and you have
25   oral exams and written exams and all kinds of
```

Page 132

```
1   stuff. It's extensive.
2        Q. This is the first explosion case
3   that you you have investigated, is that my
4   understanding? Is that what you said before?
5        A. Yes.
6        Q. Have you since investigated any
7   other explosion cases?
8        A. No.
9        Q. Have you -- other than referring
10   back to whatever chemistry manuals you may have
11   in your office after you having heard this
12   aluminum concrete theory at this seminar
13   mentioned, have you done any other independent
14   research or investigation to educate yourself,
15   if you will, concerning the production of
16   hydrogen gas as a result of the interaction
17   between aluminum and concrete?
18       A. Nothing more than looking in a
19   chemistry textbook and seeing the reaction
20   written there and saying, yes, it happens.
21       Q. Okay, now, from hearing your
22   testimony I take it that as of 1997 even though
23   you had been in the marine industry for quite a
24   number of years and had been --
25       A. Twenty years at that time.
```

Page 133

1    Q. Had been a marine chemist for a
2  number of years, had your master's license to
3  operate vessels, had other shipyard experience,
4  this particular theory as far as the production
5  of hydrogen gas as a result of the interaction
6  between aluminum and concrete was not known to
7  you, would that be fair to say?
8    A. Probably true, yeah.
9    Q. So in the truest sense of the word
10  if I refer to common knowledge and by common
11  knowledge I will talk about non, I am referring
12  to non-experts, non-experts knowledge, common
13  knowledge that the everyday person or even a
14  captain may know, would it be fair to say that
15  it would not be common knowledge at least as of
16  1997 for someone such as a captain to know that
17  there could possibly be the production of
18  hydrogen gas as a result of the interaction
19  between aluminum and concrete?
20    MR. VALLE: Objection to the form.
21  BY MR. KALLEN:
22    Q. Fair to say?
23    A. I would say that is true.
24    Q. Is there a bible or treatise that
25  you as a marine chemist refer to as part of your

Page 134

1  work and by bible I mean, you know, a book that
2  you can go to and say this is authority?
3    For example, for us lawyers we
4  refer to Valle on taking depositions. We
5  consider that the bible.
6    A. Well, I have a set of regulations
7  that I am required to go by.
8    Q. Other than OSHA?
9    A. No, no, I have NFPA 306.
10    Q. And what does 306 refer to?
11    A. That is -- I didn't bring a copy
12  with me. I am trying to remember the title.
13    Q. Does it deal with welding?
14    A. It deals with everything I am
15  required to do. It deals with hot work.
16    Q. Okay.
17    A. They don't call it welding, it is
18  called hot work because hot work can be any
19  spark producing operation including using a
20  drill, including sandblasting.
21    Q. Okay.
22    A. Chipping.
23    Q. And that is NFPA --
24    A. 306, yes. And those regulations
25  are referred to in here by reference and it's,

Page 135

1  it specifies under the welding hot work portion
2  of this, it says that marine chemists, NFPA
3  marine chemists and 306 are to be used in
4  certain areas when it talks about welding.
5    Q. Did you measure the aluminum
6  subfloor or deck in the lazarette back in 1997?
7    A. Measure it how?
8    Q. Well, measure its thickness or
9  thinness?
10    A. No.
11    Q. Sitting here today can you tell us
12  whether it was a half inch, quarter inch, three
13  sixteenths?
14    A. I couldn't tell you offhand. It
15  wasn't real thick, but it wasn't half inch.
16    Q. Okay. Did you observe there being
17  any portion of the lazarette having been
18  recently painted or is that something that you
19  didn't look for? Again going back to 1997?
20    A. I am trying to recall. I don't
21  recall whether it was painted or not or had it
22  been recently painted.
23    Q. Do you know whether or not below
24  the lazarette deck or subfloor there had been
25  any painting application to the concrete or

Page 136

1  aluminum on the concrete?
2    A. There wasn't any paint on top of
3  the concrete when I saw it. And based on what
4  we discussed earlier I don't think that there
5  was any access to do so after it was closed up.
6    Q. I don't know if -- Let me ask you
7  this.
8    Do you know for a fact whether the
9  deck in the lazarette or subfloor as it has been
10  referred to was in fact airtight and
11  watertight?
12    MR. VALLE: Prior to this
13  explosion?
14  BY MR. KALLEN:
15    Q. Yes, prior to the explosion?
16    A. Well, I don't know as a fact.
17    Q. Okay.
18    A. No.
19    Q. You are prepared to surmise, I take
20  it?
21    A. As I recall, the floor that was on
22  top of the structurals, in other words, the
23  floor of the lazarette which was two inches
24  above the concrete, was tight enough around the
25  perimeter and where any plates were put together

Page 137

1 that there wouldn't have been much air
2 movement.
3         Now, it wasn't airtight that it
4 wouldn't have -- had you put pressure on it
5 would have held pressure. It wasn't airtight
6 that way or watertight that way, so liquids
7 could have gone underneath it as I recall, but I
8 can't tell you for sure one way or the other.
9 That was just the impression that I got at the
10 time that we discussed what was the condition of
11 this before the explosion and I don't recall
12 specifically other than that.
13         Q. Wasn't there not a bilge pump in
14 the lazarette that was installed?
15         A. I believe there was a sump and I
16 don't recall whether it was -- I don't recall
17 whether it was -- I don't recall whether there
18 was cement where the sump was or not because it
19 wouldn't have made sense to have the sump on top
20 of the cement.
21         It would have made sense to have an
22 area where there was no cement where all of the
23 water would drain to a lower area where the pump
24 would be, but I don't recall.
25         Q. Well, I guess my question is were

Page 138

1 there not some items of equipment or machinery,
2 as few as they may have been, that were
3 installed through the deck of the lazarette such
4 as the sump pump?
5         MR. FAMULARI: Are you talking into
6 the sub area?
7         THE WITNESS: Into the area where
8 the cement was?
9 BY MR. KALLEN:
10        Q. Well, I don't know if its actually
11 into the cement.
12        A. Not, what I mean, into the area
13 below that subfloor as we are calling it.
14        Q. Yes, sure?
15        A. I don't recall anything installed
16 through there.
17        Q. I am not sure if I am using the
18 right term, but vaporization or how quickly a
19 vapor will dissipate once it's subject to
20 oxygen, and let me use an example.
21        I am familiar with if there is
22 escaping fuel the vapor will quickly expand into
23 the surrounding oxygen, but at some point in
24 time dissipates so it is no longer present. Do
25 you follow me on that?

Page 139

1         And I don't know if what I said is
2 accurate.
3         A. I hear what you're saying. I am
4 not sure where you are going. Maybe I can help
5 you if you keep talking.
6         Q. Is there such a term as LEL or --
7         A. Yes.
8         Q. And does that refer to at what
9 point or what level a vapor is actually
10 ignitable?
11        A. It refers to at what level an
12 atmosphere will be explosive. The lower
13 explosive limit is the limit at which an air or
14 let's say oxygen, air, whatever mixture and
15 whatever flammable liquids that may evaporate
16 into it or if it were hydrogen, hydrogen mixed
17 with it, whatever, one hundred percent LEL would
18 be the point at which if you had a spark it
19 would explode.
20        Q. Okay.
21        A. And ten percent would be, mean
22 there would be ten percent of the amount of
23 whatever the contaminant was with normal air to
24 cause it to explode.
25        Q. There needs to be a certain

Page 140

1 percentage of mixture between the ignitable
2 vapor, if you will, and the oxygen in order for
3 that mixture to become ignitable?
4         A. Right, if you don't have enough
5 oxygen there it won't explode because then it is
6 considered inert and you go below a certain
7 level of oxygen and nothing will explode.
8         Q. Or if you exceed a certain level of
9 oxygen that vapor won't explode either, if it
10 becomes too rich, the mixture?
11        A. If the mixture becomes richer, not
12 if the oxygen becomes richer.
13        Q. If the mixture becomes too rich or
14 not rich enough to begin with, it wouldn't
15 ignite; fair to say?
16        A. I am sorry, I got distracted. Say
17 that again.
18        Q. If the mixture is either not rich
19 enough or too rich, it won't ignite?
20        A. It won't ignite.
21        Q. So there is an explosive or
22 ignitable range --
23        A. Yes, that is correct.
24        Q. -- For this mixture?
25        A. That is correct.

Page 141

1    MR. VALLE: When you say range you
2 mean temperature range?
3    THE WITNESS: No, concentration
4 range.
5    MR. VALLE: Air gas mixture?
6    THE WITNESS: Yes, concentration
7 range.
8 BY MR. KALLEN:
9    Q. Do you know what the ignitable
10 range is for hydrogen?
11    A. I could look it up, but off the top
12 of my head I don't know.
13    Q. Do you know what the ignitable
14 range is for methane?
15    A. Same answer.   An explosimeter is
16 designed, or gas tester, is designed to work
17 with all of these various combinations and it's
18 not specific --
19    Q. Okay.
20    A. -- To -- so we don't, a marine
21 chemist doesn't need to know, well, the
22 flammable range is between here and here or
23 there and there.
24    All we need to know is okay, it is
25 going to react and if we get a reading we know

Page 142

1 that there is something there.
2    Q. You need to know if it is there?
3    A. Exactly.
4    Q. Okay.
5    A. I don't need to to know whether it
6 is this amount versus this amount.
7    Q. I understand.
8    A. All I care is if it is there, I
9 want it out of there.
10    Q. Okay.
11    MR. VALLE: Excuse me, so I am
12 clear -- Are you using or would you use the
13 term ignitable range and ignition point or
14 flash point interchangeably?
15    THE WITNESS: No.
16    MR. VALLE: Okay, I will get to it.
17 BY MR. KALLEN:
18    Q. Would there be some point in time
19 at which the mixture between say hydrogen and
20 available oxygen in a space would become too
21 rich for it to ignite, if you know?
22    A. I would -- I would have to say no
23 because when you have a hydrogen explosion you
24 have a chemical reaction between hydrogen and
25 oxygen.

Page 143

1    If you have got enough oxygen there
2 for some of the hydrogen to combine two to one
3 with oxygen you then create $H_2O$ which is water,
4 and at some point you are going to run out of
5 either hydrogen or oxygen and that reaction
6 stops.
7    So as long as you have got some
8 amount of both and a spark or an ignition source
9 it's going to proceed. It's not exactly the
10 same as having an explosive limit for a
11 flammable vapor which oxidizes in the presence
12 of oxygen, because you are talking about a
13 chemical reaction versus a burning or
14 combustion.
15    And it would be slightly different.
16 But there is an LEL reading that can be obtained
17 and below which you can have a small enough
18 concentration where you wouldn't start this
19 reaction with hydrogen.
20    Q. Okay.
21    A. But once you get to a certain point
22 from there there is no upper explosive limit,
23 let's put it that way, like you would have where
24 it would be too rich in my opinion, without
25 researching this. I am just talking off the top

Page 144

1 of my head, versus where you can get too rich
2 like in your carburetor and you flood it and it
3 doesn't start.
4    Q. I guess my next question is, if you
5 know, do you know what the LEL is for hydrogen
6 and oxygen mixture?
7    A. Well, that is not the right
8 question to ask, but --
9    Q. Wrong term?
10    A. Yes.
11    Q. Okay.
12    A. In other words, the minimum
13 concentration of hydrogen to create the one
14 hundred percent LEL and, no, I don't know that
15 off the top of my head. I would have to look it
16 up.
17    Q. All right, just a couple of more
18 questions.
19    When you go on board and gas free
20 or, I am sorry, certify as being gas free a
21 particular space on the vessel such as the
22 engine room --
23    A. Right.
24    Q. You prepare a certificate?
25    A. Yes.

Page 145

1    Q. And there are multi copies to it
2  which you give to the yard?
3    A. Yes.
4    Q. And it's not your job to post these
5  certificates?
6    A. No.
7    Q. But I am sure that you have been on
8  board vessels where you have seen perhaps your
9  own certificate posted?
10    A. Certainly.
11    Q. And is there a common area or a
12  generally accepted area where that certificate
13  is posted?
14    A. It is specified where it's supposed
15  to be posted. It is either supposed to be
16  posted at the gangway or in the area accessible
17  to the welder where he can read it when he does
18  the work.
19    So sometimes if, if there are
20  fifteen areas specified on a certificate, it's
21  easier to post it at the gangway where anybody
22  going on board can read all of the fifteen
23  areas. It's easier to do that than put fifteen
24  of them at the fifteen different locations and I
25  am talking on a larger vessel now.

Page 146

1    Q. Okay.
2    A. So, you know, it depends on what is
3  most practical in the yard and the size of the
4  vessel.
5    Q. Sure. And I take it by what you
6  just said that the purpose of posting the
7  certificate is to make the worker, say in this
8  case the welder, aware?
9    A. That is correct.
10    Q. And the welder should be on notice
11  of looking for a certificate before he begins to
12  weld?
13    A. Either a chemist certificate or the
14  competent person's inspection log.
15    Q. Okay, and --
16    A. Or both.
17    Q. And if he doesn't see one relating
18  to the area where he is welding, would it be
19  prudent for him to ask?
20    A. Now you get into an area of what
21  does the yard normally do and --
22    Q. I am talking --
23    A. I understand what you're saying.
24  My problem is this. There isn't any yard I have
25  ever been in anywhere in this country or in the

Page 147

1  world that does one hundred percent of what
2  they're supposed to be doing and, you know --
3    MR. VALLE: Shocked, shocked.
4    THE WITNESS: Amazing, isn't it?
5  But my problem is that, you know, I tell
6  people, here is what you are supposed to be
7  doing and I am happy sometimes if fifty
8  percent or sixty percent or eighty percent
9  of it gets done and in some yards they do
10  their best and they still don't do one
11  hundred percent. In another yard they don't
12  care and they don't do ten or fifteen
13  percent of it.
14    I wouldn't characterize Bradford as
15  being one of those yards that didn't care.
16  I don't want you to -- I don't want to lay
17  that impression, but they like most of the
18  other yards down here didn't do one hundred
19  percent of what they were supposed to be
20  doing.
21  BY MR. KALLEN:
22    Q. Let me ask you this then. On the
23  certificate itself that you fill out you
24  identify the area that you have inspected to be
25  gas free?

Page 148

1    A. Correct.
2    Q. You identify the date it was done?
3    A. Yes, and the time.
4    Q. And the time?
5    A. Yes.
6    Q. And I take it that these
7  certificates are prepared and filled out in a
8  way that workers themselves understand them?
9    A. Yes.
10    Q. I mean, why post them if they would
11  not understand what they're saying?
12    A. Other than the fact that I get, I
13  don't write in Haitian or Spanish very well.
14    Q. No, I understand, but -- but you
15  try and be as straightforward in your
16  description in a certificate as possible I would
17  imagine?
18    A. Yes, correct, we use general
19  terminology standard in the industry.
20    Q. So a worker again who looks at it
21  should be able to understand assuming he
22  understands English or --
23    A. Right.
24    Q. Okay. Or some English, anyway, and
25  knows some shipboard terminology?

Page 149

1    A. Well, the terms that would be on
2  there would be such and such fuel tank, such and
3  such engine room and it would safe for workers,
4  safe for hot work or not safe for workers, not
5  safe for hot work.
6    Q. Okay.
7    A. That is the terminology. Pretty
8  simple terminology.
9    Q. So if a worker looks at the
10 certificate that you posted back in May of 1997,
11 he would see, oh, this is for the fuel tanks or
12 for the engine room, whatever the case may be?
13   A. Exactly.
14   Q. It doesn't say lazarette, it
15 doesn't say aft cockpit --
16   A. No, no.
17   Q. -- Or what have you?
18   A. No, it wouldn't have listed those
19 areas if I was talking about the engine room
20 fuel tanks or some other areas of the vessel.
21   Q. Okay.
22   A. I don't give blanket certificates.
23 As much as people would love me to, I wouldn't,
24 I don't.
25   Q. I was referring to this before and

Page 150

1  I got off based on this.
2        Say, for example, acetone, if it
3  spills does it then vaporize? In other words,
4  it will give off vapors?
5    A. Yes, it evaporates. This is where
6  we are coming to -- someone mentioned flash
7  point a minute ago.
8    Q. Okay.
9    A. Yeah.
10   Q. At some point in time after it has
11 spilled and has given off a vapor, at some point
12 in time after that I would assume it no longer
13 is ignitable, whatever that point in time may
14 be?
15   A. I can't answer that. Restate the
16 question.
17   Q. Well, if acetone spills let's say
18 on a wood deck, will it leave a stain?
19   A. Probably not.
20   Q. Okay. If it is cleaned up will it
21 eliminate the possibility of it being ignited?
22   A. No, because if you mop up the
23 liquid the portion that has evaporated, unless
24 it has been diluted by oxygen to the extent that
25 it is below the LEL --

Page 151

1    Q. Okay.
2    A. -- Or less where it won't explode,
3  it could still be flammable.
4    Q. Okay, and do you know --
5    A. The problem being if you are at one
6  hundred percent LEL no one could stand to breath
7  it and they're going to do something about it.
8    Q. But if it begins to mix with oxygen
9  in the open air --
10   A. It eventually blows away, yes.
11   Q. But do you know how long it would
12 take for that to happen?
13   A. No, you can't describe that because
14 it depends on the dilution factor, how much wind
15 you got, how much air you got, you know.
16   Q. How big the space is?
17   A. Yes, there are people who run whole
18 courses just in ventilation, people who run
19 whole courses in how to ventilate places and
20 stuff for this very purpose, because we run into
21 toxics on tankers and whatever, you know, things
22 that you have to deal with.
23   Q. I have nothing else. Thank you.
24         RECROSS-EXAMINATION
25 BY MR. VALLE:

Page 152

1    Q. One or two more. What is your
2  distinction between an ignition point or flash
3  point and the one hundred percent LEL?
4    A. Well, one hundred percent LEL --
5  Boy, I am trying to think how to do it without
6  getting in a whole course on this stuff.
7    Q. Let me see if I can rephrase it.
8    When you get an air gas mixture it indicates one
9  hundred percent LEL?
10   A. You have a spark and that is going
11 to explode.
12   Q. Okay, that is the flash point, that
13 is the explosion point?
14   A. Yes, right.
15   Q. Anything less than that the air gas
16 mixture isn't sufficient for an explosion to
17 occur, correct?
18   A. That is correct.
19   Q. Just generally in most cases?
20   A. Yes.
21   Q. I know there are probably
22 exceptions to every rule.
23   A. Well, yes, we are generalizing and
24 I agree with that.
25   Q. Okay. Assuming that volatile

Page 153

1  liquids, gasoline, acetone, paint thinner,
2  paint, other things had spilled in the area of
3  the lazarette or on the wood decks above the
4  lazarette and had somehow or other found their
5  way, as liquids do on a vessel, underneath the
6  deck of the lazarette, and become entrapped in
7  that space beneath the deck of the lazarette,
8  then although the liquids may have evaporated,
9  the vapors would have been trapped under the
10  deck of the lazarette, would they not?
11      MR. KALLEN: Object to the form.
12      THE WITNESS: Very possibly, yes.
13  BY MR. VALLE:
14      Q. So that the fact that it might have
15  happened days or weeks before wouldn't really
16  have indicated that the vapors would necessarily
17  have dissipated if they were trapped in that
18  area?
19      A. That is correct, that is like I was
20  talking before about the gasoline in the bilge
21  of a boat.
22      Q. That is why you got to test those
23  areas --
24      A. Yes.
25      Q. -- Before you do any hot work

Page 154

1  there?
2      A. Exactly, yes. Let me go back to
3  what you're talking about about flash point just
4  to be more definitive.
5      Flash point is a temperature,
6  okay. The flash point of gasoline, for
7  instance, is, I don't know, minus twelve or plus
8  twelve Fahrenheit or something like that. And
9  that is below room temperature. So you know
10  that it will have a big tendency to evaporate at
11  room temperature which is say eighty degrees
12  Fahrenheit.
13      You take diesel, for instance,
14  which the flash point is 150 degrees Fahrenheit
15  and it doesn't have the tendency to evaporate to
16  one hundred percent LEL at room temperature
17  because it doesn't want to evaporate until you
18  get up towards 150.
19      So that is the relationship between
20  flash point, which is a temperature that
21  describes, that is a way to describe whether
22  something has a tendency to evaporate and then
23  based on that tendency how much is going to
24  accumulate or how much is going to, going to
25  want to accumulate or evaporate, I should say,

Page 155

1  to the extent where you are going create an
2  explosive mixture.
3      Q. Okay.
4      A. You heat up diesel to 150 or 160
5  Fahrenheit, it will be as dangerous as gasoline
6  at room temperature.
7      Q. The point of the question, I think,
8  is do you know or do you have any opinion as to
9  the flash point temperature that would have
10  been, that would have had to have existed in
11  that hollow space beneath the lazarette for this
12  explosion to have occurred in 1997?
13      A. That is an incorrect use of the
14  terms.
15      Q. Okay.
16      A. The flash point applies to a
17  specific liquid. So acetone has one flash
18  point, gasoline has a different flash point,
19  different temperature and so on.
20      Q. Exactly my point. Do you know as
21  we sit here today?
22      A. Acetone and gasoline both have
23  flash points that would be below room
24  temperature, so they would have the tendency to
25  create an explosion, explosive atmosphere at

Page 156

1  room temperature.
2      Q. Methane would too, wouldn't it?
3      A. Methane is a gas, it doesn't have a
4  flash point. But methane would just accumulate
5  because it is a gas.
6      Q. Well, call it an ignition point?
7      A. Right, right.
8      Q. In other words, isn't there a
9  temperature at which --
10      A. Well, methane maybe -- No, methane
11  does have a flash point because you can liquify
12  methane, but, I mean, it is so low that it is
13  always commonly found as a gas anytime that, you
14  know, that you seen it around.
15      Q. How hot, and maybe I will just put
16  it in lay terms, how hot would that area have to
17  be inside or do have an opinion as to how hot
18  the area would have gotten or had to have gotten
19  inside that space beneath the lazarette for this
20  explosion to have occurred, or would that depend
21  on the substance?
22      A. It has nothing no with the
23  temperature. It has to to with whatever it was
24  that exploded.
25      What you need to have is you need

Page 157

1 to have a flammable mixture of oxygen plus
2 something that will react with the oxygen. And
3 then you have to have a source that will ignite
4 it which would be the welding torch, the spark.
5 　　Q. That is what I mean.
6 　　A. But as far as -- I mean, okay, now
7 your're getting into something that is completely
8 different and that is the auto ignition
9 temperature.
10 　　　In other words, if you have it
11 without putting a spark there you can make
12 something burn all by itself without putting a
13 spark to it. In other words, you heat up diesel
14 at four hundred Fahrenheit you don't have to put
15 a spark on it, it will just spontaneously --
16 just like if you put a piece of paper in your
17 oven at home and you get the oven hot enough, it
18 will start to burn without even putting a match
19 in there.
20 　　Q. But --
21 　　A. It will burn. That is all the auto
22 ignition temperature is.
23 　　Q. Doesn't each substance and each gas
24 have a temperature requirement which you need to
25 meet before there is an ignition?

Page 158

1 　　A. That is the ignition temperature.
2 　　Q. Okay.
3 　　A. And that is up three, four, five,
4 six hundred Fahrenheit which is hotter than
5 anything we normally encounter, but much cooler
6 than what a spark would be.
7 　　Q. Do you have an opinion as to
8 whether or not the welding on this particular
9 day when the explosion occurred penetrated the
10 deck plate of the lazarette?
11 　　A. I don't know if he got that far.
12 　　Q. That is exactly the question. That
13 is what I wanted to know.
14 　　A. No.
15 　　Q. Do you know whether he got that
16 far?
17 　　A. I have no idea. I don't know.
18 　　Q. And in all of the substances that
19 we have been discussing would he have
20 necessarily have to have gotten that far for the
21 explosion to have occured or is that just
22 conjecture depending on your --
23 　　A. That is conjecture depending on
24 what it was.
25 　　Q. Okay.

Page 159

1 　　A. It takes a certain amount of energy
2 to make something explode and if you heat it up
3 to four hundred Fahrenheit something
4 spontaneously combusts. I don't know what it
5 takes to make hydrogen and oxygen react to
6 combine or make water. I don't know what that
7 takes, I would have to look it up.
8 　　　It takes a certain amount of
9 energy. Now, would a spark do it, yes. Would
10 heating the aluminum up to fourteen hundred
11 Fahrenheit, which is the melting point of
12 aluminum, I don't know, in absence of the
13 spark.
14 　　　In other words, if he was only on
15 top of the deck and this was underneath the deck
16 and all you were doing was heating the aluminum
17 up, I don't know whether that would create that
18 or not. I can't tell you without doing some
19 research.
20 　　Q. Do you recall from any observation
21 that you made on the day that you examined this
22 vessel on July the 8th of 1997, as to whether or
23 not the deck plate in the area where Mr. Naranjo
24 was welding was penetrated by the weld?
25 　　A. That I don't know.

Page 160

1 　　Q. Okay. If the deck plate was
2 penetrated by the weld prior to the explosion
3 would you expect that that hole would still be
4 there today, if the deck plate were preserved?
5 　　A. You normally don't penetrate a
6 plate when you are welding. You don't burn a
7 plate through the hole when you are welding.
8 　　　The whole idea is when you are
9 welding is to fill something up with the welding
10 wire where you got two gaps to put two pieces of
11 plate together.
12 　　Q. The question is, if a hole existed,
13 let's assume for some reason or other that the
14 weld, the welding iron went through the plate,
15 the quarter inch plate, assuming that existed at
16 the time, that would still be there, wouldn't
17 it, if the plate had been preserved and we would
18 be able to tell whether or not the substance
19 beneath was subject to a direct heat from the
20 welding torch or just the heat from the bottom
21 of the plate?
22 　　A. I don't know, I am not an expert.
23 My personal opinion would be had there been, had
24 there been a specific source where this
25 explosion occurred I would have expected that

NARANJO vs. STEPHEN B. SMITH 107    Condensed It ™    JANUARY 4TH, 2001

Case 0:00-cv-06107-WJZ    Document 107    Entered on FLSD Docket 08/08/2001    Page 154 of 200

Page 161

1 point to probably have shown some sort of
2 displacement.
3     Q. Okay.
4     A. But the whole deck came up for the
5 most part.
6     Q. But it came up --
7     A. So there was explosion underneath
8 the whole plate.
9     Q. But the plate blew apart at the
10 seam, didn't it? It didn't blow apart at any
11 particular hole or puncture hole or weld?
12     A. Not to my recollection, that is
13 correct.
14     Q. She blew at the seam?
15     A. Yes, several seams. But you see,
16 and this is why, going back to the hydrogen
17 theory, I have seen places where they have had a
18 confined space and someone puts, someone puts a
19 torch or something to a hole and it doesn't blow
20 up, it burns like what underneath is part of
21 what is inside of a fuel tank and then it burns
22 out one hole.
23     Whereas a hydrogen explosion is
24 something that propagates continually through
25 and it is --

Page 162

1     Q. You are saying hydrogen doesn't
2 burn? Pure hydrogen, you are saying if you put
3 a torch to pure hydrogen it won't burn, it will
4 blow up; is that what you're saying?
5     A. Hydrogen -- No, what you are
6 saying, it will burn, but if you have a hydrogen
7 oxygen mixture and you put a spark to it it will
8 react and explode because of the, the tendency
9 to turn into water and it is --
10     In other words, if you have --
11 let's say this. The propagation of the flame
12 from the place where you ignite it is going to
13 be so fast that it will go through the whole
14 tank and explode versus it's not going to suck
15 the fuel over here like you would have like in a
16 butane lighter or something like that where you
17 got --
18     That is why your butane lighter
19 doesn't explode, because it only comes out one
20 place and as it comes out the butane burns with
21 the oxygen.
22     Q. If you had hydrogen, though --
23     A. It don't suck back down in and
24 create -- You know, if you had hydrogen in that
25 butane lighter the thing would blow up. The

Page 163

1 whole lighter would blow up inside of it, if you
2 had oxygen in there with the hydrogen.
3     Q. You mean if you had a hydrogen
4 lighter and -- silly concept, but if you had a
5 hydrogen lighter under pressure --
6     A. Right.
7     Q. -- And there was liquid hydrogen and
8 the only way that it could escape was through a
9 small hole --
10     A. It wouldn't blow up.
11     Q. Okay. You would have a fire there?
12     A. Yeah, you would have a fire there,
13 but if you had, if you had oxygen down inside
14 with the hydrogen it would propogate back down
15 and blow up. If you had oxygen in there with
16 the butane it wouldn't do that. It would come
17 out.
18     It is -- It is difficult to explain
19 the differences without getting really
20 technical, but there is a difference in what
21 happens when the hydrogen reacts and explodes
22 because it is a reaction, not just a combustion.
23     MR. VALLE: Okay, nothing further.
24     (Discussion off the record.)
25     (Thereupon, the deposition was

Page 164

1 concluded at 1:25 p.m. and the formalities
2 of reading and signing were waived.)

Page 165

```
1
2              CERTIFICATE OF OATH
3
4    STATE OF FLORIDA
5    COUNTY OF DADE
6
7
8           I, the undersigned authority,
9    certify that Peter Rimmel personally appeared
10   before me and was duly sworn.
11          WITNESS my hand and official seal
12   this 9th day of March, 2001.
13
14
15
16          JULIO A. MOCEGA
17          Notary Public- State of Florida
18          My Commission Expires: 6-29-2002
19
20
21
22
23
24
25
```

Page 166

```
1
2              CERTIFICATE OF REPORTER
3    STATE OF FLORIDA
4    COUNTY OF DADE
5           I, JULIO A. MOCEGA, Registered
6    Professional Reporter, certify that I was
7    authorized to and did stenographically report
8    the foregoing proceedings; and that the
9    transcript is a true and accurate record.
10          I further certify that I am not an
11   attorney or counsel of any of the parties, nor a
12   relative or employee of any attorney or counsel
13   connected with the action, nor financially
14   interested in the action.
15          Dated this 9th day of March, 2001.
16
17          JULIO A. MOCEGA, R.P.R.
18   State of Florida
19   County of Dade
20
21          The foregoing certificate was acknowledged
22   before me this   day of   , 2001
     by Julio A. Mocega, who is personally known to me.
23
24
25
```

**'77** [1] 130:14
**'78** [1] 130:15
**'80** [1] 105:9
**'81** [2] 65:13 65:14
**'97** [2] 52:6 123:20
**'99** [2] 45:10 45:20
**00-6022** [1] 1:4
**1** [1] 164:1
**1-16-2001** [1] 1:16
**10** [1] 1:16
**130** [1] 3:15
**13th** [1] 4:15
**150** [3] 154:14 154:18 155:4
**151** [1] 3:17
**160** [1] 155:4
**17** [6] 15:4 15:6 15:8 15:19 104:24 105:1
**17071** [1] 2:22
**18** [2] 64:18 64:19
**19** [1] 130:13
**1910** [1] 126:24
**1915** [4] 10:6 10:19 10:20 126:18
**1915.14** [1] 109:12
**1915.4** [2] 11:6 28:21
**1915.54** [4] 108:25 109:2 109:3 109:5
**1915.7** [1] 11:18
**1946** [1] 4:15
**1970** [1] 63:6
**1980** [1] 65:12
**1981** [2] 65:15 105:9
**1997** [30] 6:20 7:10 13:7 13:20 22:12 23:4 45:22 58:9 59:20 66:20 69:21 70:2 79:15 80:3 80:7 84:7 92:12 99:8 100:22 105:7 111:24 113:16 113:22 132:22 133:16 135:6 135:19 149:10 155:12 159:22
**20** [3] 1:16 13:4 37:11
**2001** [3] 165:12 166:15 166:22
**2268** [1] 10:5
**25** [10] 13:4 34:7 34:9 34:11 36:15 36:20 37:2 37:4 37:7 164:1
**2550** [1] 2:18
**29** [1] 10:6
**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** [1] 4:17
**306** [4] 134:9 134:10 134:24 135:3
**33130** [2] 2:9 2:18
**33160** [1] 2:22
**3710** [1] 4:12
**4** [1] 3:13
**41** [1] 3:15
**454** [1] 2:13
**51** [3] 3:17 45:8 45:10
**54235** [1] 2:14
**5730** [1] 2:4
**6-29-2002** [1] 165:18
**60** [1] 69:11
**600** [2] 1:15 2:9
**64** [1] 51:25
**66** [2] 1:14 2:8
**74th** [1] 2:4
**7th** [3] 13:20 14:9 15:10
**80** [2] 2:17 130:22
**89** [1] 2:13
**8th** [7] 2:17 15:9 15:12 23:4 47:2 113:22 159:22
**90** [1] 130:22
**94th** [1] 4:12
**9th** [2] 165:12 166:15
**a** [1063] 1:21 4:3 4:11 4:15 4:17 4:20 4:20 4:25 4:25 5:2 5:4 5:5 5:8 5:10 5:13 5:16 6:1 6:2 6:4 6:5 6:11 6:12 6:14 6:16 6:17 6:17 6:22 6:24 7:2 7:5 7:12 7:19 7:20 8:2 8:4 8:15 8:16 9:5 9:6 9:9 9:12 9:21 9:24 10:3 10:5 10:6 10:7 10:8 10:10 11:5 11:13 11:18 11:25 12:2 12:7 12:10 13:8 13:12 13:22 13:25 14:3 14:4 14:12 15:9 15:20 15:23 16:9 16:23 16:25 17:3 17:10 17:13 17:13 17:21 17:23 17:24 18:5 18:9 18:9 18:9 18:16 19:2 19:8 19:14 20:5 21:12 21:18 21:20 21:22 21:22 21:22 21:24 21:25 22:4 22:16 22:19 22:19 22:21 22:23 23:7 23:8 23:8 23:24 23:24 24:5 24:6 24:21 24:22 24:23 25:18 25:20 25:22 26:6 26:10 26:13 26:16 26:19 26:21 26:22 27:12 27:25 28:5 28:6 28:15 28:16 28:16 28:23 28:25 29:3 29:5 29:9 29:10 29:11 29:13 29:15 29:15 29:25 30:4 30:9 30:14 30:24 31:2 31:3 31:14 31:20 31:20 32:3 32:8 32:9 32:9 32:20 33:7 33:12 33:12 33:17 34:7 35:12 35:15 35:17 35:17 35:19 35:21 36:1 36:5 36:10 36:11 36:14 36:14 36:19 36:20 37:1 37:10 37:12 37:15 37:19 37:25 38:1 38:6 38:6 38:14 38:21 39:8 39:15 39:17 39:20 40:10 40:13 41:2 42:1 42:1 42:3 42:7 42:8 42:11 42:17 42:23 43:14 43:16 43:17 43:18 43:22 44:1 44:7 44:12 44:13 44:14 44:16 44:18 44:19 44:22 44:24 45:7 45:13 45:16 45:23 45:23 45:24 46:1 46:2 46:5 46:12 46:17 46:22 47:3 47:7 47:9 47:11 47:12 47:15 47:16 47:18 47:22 47:25 48:1 48:2 48:4 48:6 48:8 48:8 48:14 48:15 48:17 48:18 48:19 48:24 49:6 49:9 49:9 49:10 49:13 49:16 49:19 49:24 50:10 50:19 50:24 51:9 51:10 51:12 51:12 51:13 51:13 51:16 51:17 52:2 52:8 52:12 52:15 52:18 53:1 53:10 53:12 53:24 54:6 54:9 54:15 54:18 54:18 55:1 55:1 55:4 55:8 55:12 55:15 55:21 55:25 56:1 56:3 56:4 56:9 56:13 56:14 56:22 56:23 57:6 57:7 57:11 57:13 57:22 57:23 58:1 58:10 58:12 58:15 58:17 58:23 59:2 59:6 59:7 59:10 59:17 59:22 60:7 60:9 60:13 60:15 60:16 61:3 61:4 61:8 61:12 61:14 61:16 61:17 61:18 61:21 61:22 61:25 62:5 62:6 62:8 62:11 62:15 62:20 62:21 62:23 62:24 63:1 63:4 63:6 63:9 63:11 63:11 63:15 63:17 63:24 63:25 64:1 64:1 64:9 64:9 64:11 64:15 64:18 64:21 64:24 65:7 65:9 65:12 65:16 65:18 65:19 65:21 65:22 65:24 66:1 66:7 66:9 66:13 66:14 66:18 66:24 66:25 67:3 67:6 67:15 67:20 67:20 67:25 68:2 68:5 68:7 68:11 68:16 68:19 68:22 68:24 69:1 69:2 69:6 70:5 70:9 70:9 70:13 70:20 70:23 71:2 71:4 71:7 71:12 71:13 71:14 71:16 71:20 72:4 72:10 72:11 72:12 72:13 72:13 72:14 72:18 72:24 73:5 73:10 73:15 73:18 73:24 74:5 74:5 74:7 74:10 74:12 74:23 75:1 75:1 75:5 75:7 75:8 75:12 75:15 76:1 76:2 76:2 76:4 76:7 76:15 76:21 77:3 77:10 77:21 78:2 78:6 78:9 78:13 78:17 78:20 78:23 78:25 79:2 79:2 79:7 79:9 79:11 79:13 79:15 79:17 79:21 80:3 80:7 80:12 80:15 80:18 80:21 80:21 80:22 80:22 81:6 81:12 81:15 81:19 81:23 81:23 82:6 82:7 82:8 82:11 82:14 82:14 82:19 82:20 82:25 83:22 83:25 84:5 84:10 84:15 84:15 85:1 85:4 85:8 85:11 85:17 85:18 85:18 85:21 85:24 86:2 86:9 86:13 86:14 86:14 86:22 87:2 87:3 87:6 87:10 87:11 87:13 87:15 87:18 87:20 87:25 88:3 88:5 88:8 88:18 88:21 88:23 88:24 89:1 89:6 89:12 89:14 89:17 89:20 90:2 90:3 90:6 90:11 90:14 90:14 90:24 90:25 91:12 91:17 91:19 91:24 92:4 92:9 92:15 92:18 92:19 93:7 93:10 93:11 93:14 93:17 93:17 93:18 93:21 93:22 94:1 94:14 94:19 94:22 94:24 95:2 95:6 95:8 95:11 95:14 95:16 95:16 95:22 96:3 96:5 96:13 96:16 96:17 96:23 97:3 97:4 97:6 97:10 97:11 97:18 97:23 97:24 97:25 98:6 98:6 98:8 98:12 98:17 98:18 99:2 99:3 99:5 99:12 99:19 99:22 100:3 100:4 100:8 100:14 100:14 100:15 100:15 100:25 101:1 101:3 101:5 101:7 101:19 101:25 102:2 102:5 102:7 102:11 102:14 102:22 102:23 102:25 103:3 103:5 103:6 103:7 103:10 103:14 103:16 103:18 103:23 104:10 104:15 104:17 104:21 105:3 105:5 105:8 105:8 105:14 105:17 105:19 105:21 105:23 106:10 106:11 106:14 106:14 106:17 106:21 106:24 107:2 107:3 107:5 107:8 107:9 107:11 107:13 107:15 107:16 107:16 107:20 107:21 107:23 107:25 108:4 108:5 108:7 108:9 108:13 108:17 108:19 108:20 109:2 109:4 109:7 109:11 109:19 110:1 110:5 110:7 110:9 110:13 110:17 110:18 110:21 110:22 110:24 110:25 111:2 111:4 111:6 111:7 111:8 111:10 111:11 111:11 111:12 111:15 111:18 112:1 112:3 112:11 112:13 112:18 113:1 113:6 113:13 113:17 113:24 114:4 114:12 114:12 114:13 114:17 114:19 114:25 115:4 115:7 115:13 115:17 115:25 116:5 116:19 116:21 116:22 116:22 117:1 117:1 117:2 117:2 117:4 117:7 117:12 117:17 117:22 118:4 118:7 118:13 118:14 118:15 118:16 118:16 118:22 118:23 119:1 119:7 119:9 119:9 119:13 119:24 120:4 120:11 120:21 120:22 120:22 120:23 120:23 120:24 120:25 121:1 121:2 121:10 121:13 121:16 121:19 121:21 122:6 122:14 122:15 122:16 122:17 122:19 122:24 123:3 123:3 123:6 123:11 123:18 123:21 124:1 124:10 124:15 124:17 124:19 124:21 124:25 125:2 125:7 125:10 125:13 125:14 125:16 125:19 125:24 126:4 126:7 126:14 126:18 126:20 126:24 127:3 127:9 127:9 127:9 127:13 127:22 128:1

128:6 128:11 128:11
128:14 128:17 128:23
129:1 129:3 129:5
129:9 129:12 130:2
130:4 130:5 130:10
130:17 130:17 130:20
130:22 131:2 131:7
131:9 131:9 131:14
131:15 131:17 131:20
131:21 131:22 131:22
131:24 131:24 132:5
132:8 132:16 132:18
132:18 132:23 132:25
133:1 133:1 133:5
133:8 133:13 133:16
133:18 133:23 133:24
133:25 134:1 134:6
134:6 134:9 134:11
134:11 134:14 134:17
134:19 134:22 134:24
135:7 135:10 135:12
135:14 135:20 136:2
136:8 136:16 136:16
136:18 136:21 137:13
137:15 137:15 137:23
138:12 138:15 138:18
139:3 139:6 139:7
139:9 139:11 139:18
139:21 139:25 140:4
140:6 140:8 140:11
140:16 140:20 140:23
140:25 141:11 141:15
141:20 141:20 141:25
142:3 142:5 142:8
142:20 142:22 142:23
142:24 143:8 143:10
143:12 143:13 143:17
143:21 143:21 144:7
144:10 144:12 144:17
144:20 144:23 144:24
144:25 145:3 145:6
145:10 145:11 145:11
145:14 145:20 145:25
146:2 146:9 146:11
146:13 146:13 146:16
146:20 146:23 148:1
148:3 148:5 148:7
148:9 148:12 148:16
148:18 148:20 148:23
149:1 149:7 149:9
149:13 149:16 149:18
149:22 150:5 150:7
150:9 150:11 150:15
150:18 150:18 150:19
150:22 151:2 151:5
151:10 151:13 151:17
152:4 152:6 152:10
152:10 152:14 152:18
152:20 152:23 153:5
153:19 153:21 153:24
154:2 154:5 154:10
154:20 154:21 154:22
155:4 155:13 155:16
155:16 155:18 155:22
156:3 156:3 156:3
156:5 156:5 156:8
156:10 156:11 156:13
156:22 157:1 157:3
157:6 157:11 157:12
157:15 157:16 157:18
157:21 157:24 158:1
158:3 158:6 158:11
158:14 158:17 158:23
159:1 159:1 159:8

159:9 159:15 160:5
160:5 160:6 160:12
160:19 160:22 160:24
161:4 161:7 161:12
161:15 161:17 161:18
161:19 161:21 161:23
162:3 162:5 162:6
162:7 162:15 162:23
163:3 163:4 163:6
163:8 163:10 163:11
163:12 163:12 163:20
163:22 163:22 165:16
166:5 166:9 166:11
166:17 166:22

**a.m** [1] 1:16

**able** [6] 57:2 61:11
76:7 104:13 148:21
160:18

**about** [75] 5:6
8:25 11:3 12:25
13:18 16:15 17:10
18:24 19:6 19:23
19:25 21:23 22:14
23:5 27:3 27:12
27:15 27:16 27:19
33:3 33:16 35:23
35:25 36:1 39:8
41:24 42:18 48:15
49:14 50:4 59:17
59:25 62:22 62:25
67:12 69:22 70:21
71:24 75:9 77:23
79:4 79:4 79:24
80:24 81:8 82:13
82:15 82:16 82:22
83:2 84:15 96:12
96:20 96:24 97:21
98:21 101:23 109:4
111:13 112:12 114:2
118:9 120:13 124:6
128:10 130:6 130:16
133:11 135:4 143:12
149:19 151:7 153:20
154:3 154:3

**above** [17] 1:24
20:13 20:14 20:21
20:22 27:7 32:25
58:3 67:4 84:12
89:5 89:8 89:15
112:9 122:3 136:24
153:3

**above-mentioned** [3]
27:6 32:24 122:2

**absence** [1] 159:12

**absolute** [1] 105:17

**absolutely** [1] 113:19

**accepted** [1] 145:12

**access** [4] 26:21
28:24 121:16 136:5

**accessible** [2] 112:14
145:16

**accident** [6] 6:6
8:1 14:6 59:25
60:1 95:25

**accidentally** [1] 9:23

**accidents** [1] 6:9

**according** [3] 12:2
30:20 91:6

**accumulate** [7] 61:10
90:6 90:17 94:5
154:24 154:25 156:4

**accumulated** [2] 96:1
115:23

**accumulates** [1] 115:23

**accumulating** [1]
93:22

**accumulation** [1]
93:8 95:5

**accurate** [2] 139:2
166:9

**acetone** [24] 19:6
19:14 38:25 39:1
73:23 74:6 74:11
74:25 75:22 75:23
75:25 76:11 76:16
78:10 86:8 89:5
89:14 89:22 116:7
150:2 150:17 153:1
155:17 155:22

**acknowledged** [1]
166:21

**action** [2] 166:13
166:14

**acts** [2] 81:15 81:16

**actual** [3] 31:4
46:15 81:13

**actually** [1] 28:5
77:23 103:20 112:8
125:22 138:10 139:9

**add-on** [1] 119:2

**added** [1] 102:8

**addition** [4] 31:1
45:2 101:21 105:25

**additional** [2] 63:13
64:7

**address** [2] 4:9
4:12

**adequate** [1] 42:13

**adjacent** [10] 30:8
31:23 32:17 33:3
33:13 36:21 37:1
49:20 52:3 102:20

**advised** [1] 83:5

**affirmative** [1] 108:22

**aft** [4] 55:4 102:13
118:25 149:15

**after** [21] 8:4 13:24
16:4 16:11 18:23
39:19 41:5 44:22
46:21 58:8 60:1
63:8 73:20 79:3
94:20 114:2 115:8
132:11 136:5 150:10
150:12

**afternoon** [2] 14:8
15:11

**again** [7] 24:9 31:13
45:19 107:18 135:19
140:17 148:20

**against** [6] 23:17
23:21 35:21 51:4
120:17 121:10

**aggravate** [1] 29:3

**ago** [20] 21:9 22:22
36:12 52:3 56:2
56:5 60:13 61:21
66:25 71:3 79:15
80:3 81:19 82:6
82:14 103:17 125:2
125:24 126:13 150:7

**agree** [4] 75:21 75:22
94:1 152:24

**agreement** [2] 128:20
128:24

**ahead** [3] 71:21
77:6 121:25

**air** [17] 8:7 20:13
24:4 55:14 56:23
94:4 94:14 117:19
137:1 139:13 139:14
139:23 141:5 151:9
151:15 152:8 152:15

**airtight** [5] 99:9
99:15 136:10 137:3
137:5

**alfoat** [1] 127:15

**all** [43] 11:9 12:25
13:12 13:14 20:17
21:4 30:4 30:21
31:13 34:21 36:12
37:7 39:17 49:25
56:6 61:15 62:13
64:7 65:8 78:12
84:6 84:17 94:13
104:11 106:7 110:10
110:18 111:25 120:4
120:8 125:1 131:21
131:25 137:22 141:17
141:24 142:8 144:17
145:22 157:12 157:21
158:18 159:16

**almost** [2] 4:24
69:2

**along** [1] 20:6

**already** [3] 7:25
14:21 97:14

**also** [9] 12:15 19:16
34:13 45:4 49:4
52:9 76:7 76:23
121:21

**although** [1] 153:8

**aluminum** [57] 20:6
20:11 20:13 23:17
23:18 23:22 24:12
27:17 27:20 32:9
51:4 55:17 57:5
58:13 59:13 62:19
66:2 66:12 66:14
66:22 67:1 79:16
80:5 80:16 80:21
81:4 81:10 81:15
82:18 82:23 92:4
103:20 113:3 114:7
114:8 114:14 114:21
115:11 115:18 116:2
116:20 117:5 120:17
121:10 121:20 124:7
130:19 130:20 132:12
132:17 133:6 133:19
135:5 136:1 159:10
159:12 159:16

**always** [9] 40:18
40:20 43:23 48:17
60:10 93:23 94:11
97:11 156:13

**am** [72] 5:8 10:25
11:14 14:12 27:2
27:10 27:14 27:18
33:8 40:17 40:25
41:2 41:6 41:9
41:9 45:8 45:17
45:20 47:17 55:4
55:7 55:13 58:23
59:25 63:17 69:3
69:22 72:2 72:9
77:15 77:20 78:20
79:24 81:14 82:13
82:15 82:16 89:3
90:17 90:18 98:10
98:12 101:8 101:13
106:6 114:11 119:9
119:12 120:12 120:15
122:15 123:12 133:11
134:7 134:13 134:14
135:20 138:17 138:17
138:21 139:3 140:16
142:11 143:25 144:20
145:7 145:25 146:22
147:7 152:5 160:22
166:10

**Amazing** [1] 147:4

**amount** [9] 64:15
74:10 129:12 139:22
142:6 142:6 143:8
159:1 159:8

**an** [97] 4:23 7:13
7:21 8:4 8:5
10:12 10:24 10:25
13:20 14:4 17:2
17:6 17:22 18:6
18:6 20:8 21:21
24:4 27:11 29:10
29:14 30:8 33:13
36:21 36:25 38:13
38:25 39:24 45:24
46:15 47:23 52:6
52:22 61:5 62:18
64:18 64:19 68:9
68:11 68:18 71:24
72:20 75:25 76:9
77:10 78:22 81:9
82:9 83:7 84:25
85:13 86:15 92:13
95:18 95:22 99:1
101:21 105:17 108:8
108:22 111:9 114:21
118:11 118:14 119:4
125:5 125:11 125:25
126:11 127:18 127:24
128:3 128:5 128:20
128:21 137:21 138:20
139:11 139:13 140:21
141:15 143:8 143:10
143:16 146:20 152:2
152:8 152:16 155:1
155:13 155:25 156:6
156:17 157:25 158:7
160:22 166:10

**analysis** [1] 68:9

**and** [589] 1:6 1:9
1:21 1:22 4:4
4:5 4:9 4:11
4:14 4:16 4:22
5:4 5:10 5:14
5:18 5:21 6:12
7:6 7:13 7:14
7:20 7:21 7:24
8:7 8:12 8:17
8:18 8:22 8:23
9:1 9:3 9:7

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 9:9 | 9:14 | 9:14 | 58:25 | 59:5 | 59:7 | 133:19 | 134:1 | 134:2 |
| 9:15 | 9:21 | 10:1 | 59:11 | 59:11 | 59:20 | 134:10 | 134:23 | 134:24 |
| 10:3 | 10:8 | 10:10 | 60:2 | 60:5 | 60:8 | 134:25 | 135:3 | 136:3 |
| 10:13 | 10:14 | 11:11 | 60:17 | 60:20 | 60:21 | 136:10 | 136:25 | 137:11 |
| 11:16 | 11:19 | 11:21 | 60:22 | 61:3 | 61:22 | 137:15 | 138:20 | 139:1 |
| 12:8 | 12:16 | 12:21 | 62:1 | 62:22 | 63:5 | 139:8 | 139:14 | 139:21 |
| 12:21 | 12:23 | 12:24 | 64:14 | 64:14 | 65:3 | 140:2 | 140:6 | 140:7 |
| 13:1 | 13:2 | 13:3 | 66:2 | 66:12 | 67:7 | 141:17 | 141:22 | 141:23 |
| 13:8 | 13:23 | 14:2 | 67:22 | 68:9 | 68:10 | 141:25 | 142:13 | 142:19 |
| 14:3 | 14:4 | 14:5 | 69:6 | 69:7 | 69:22 | 142:24 | 143:4 | 143:5 |
| 15:10 | 15:17 | 15:23 | 70:4 | 70:6 | 70:10 | 143:8 | 143:15 | 143:17 |
| 15:24 | 16:6 | 16:8 | 70:14 | 70:15 | 70:24 | 144:2 | 144:2 | 144:6 |
| 16:12 | 16:14 | 16:15 | 70:25 | 71:1 | 71:9 | 144:14 | 144:19 | 145:1 |
| 17:20 | 17:21 | 17:23 | 71:16 | 72:19 | 73:6 | 145:4 | 145:11 | 145:24 |
| 18:1 | 18:20 | 18:23 | 73:11 | 73:13 | 73:19 | 146:3 | 146:5 | 146:10 |
| 19:24 | 20:7 | 20:7 | 73:22 | 74:10 | 74:14 | 146:15 | 146:17 | 146:21 |
| 20:11 | 20:14 | 20:15 | 74:18 | 74:20 | 75:9 | 147:2 | 147:7 | 147:9 |
| 20:22 | 20:24 | 21:2 | 75:9 | 75:12 | 75:23 | 147:10 | 147:12 | 148:3 |
| 21:2 | 21:10 | 21:22 | 76:11 | 76:13 | 77:22 | 148:4 | 148:6 | 148:7 |
| 22:3 | 22:24 | 22:24 | 78:10 | 78:13 | 78:15 | 148:15 | 148:24 | 149:2 |
| 22:25 | 22:25 | 23:8 | 78:17 | 78:19 | 79:23 | 149:2 | 149:3 | 149:25 |
| 23:10 | 23:13 | 23:16 | 80:14 | 80:24 | 81:10 | 150:11 | 151:4 | 151:7 |
| 23:19 | 24:3 | 24:4 | 81:14 | 81:17 | 84:15 | 151:19 | 151:21 | 152:3 |
| 24:8 | 24:12 | 24:23 | 84:15 | 84:16 | 85:2 | 152:10 | 152:23 | 153:4 |
| 25:15 | 25:24 | 26:3 | 85:20 | 86:3 | 86:10 | 153:6 | 154:8 | 154:15 |
| 26:5 | 26:11 | 27:16 | 86:11 | 86:21 | 87:2 | 154:22 | 155:19 | 155:22 |
| 27:19 | 28:5 | 28:24 | 87:7 | 87:8 | 87:11 | 156:15 | 157:2 | 157:8 |
| 29:1 | 29:11 | 29:12 | 87:14 | 87:15 | 87:17 | 157:17 | 157:23 | 158:3 |
| 29:14 | 29:21 | 29:21 | 88:20 | 88:23 | 89:3 | 158:18 | 159:2 | 159:5 |
| 29:25 | 30:18 | 30:21 | 89:21 | 90:2 | 90:3 | 159:15 | 159:16 | 160:17 |
| 30:21 | 31:4 | 31:7 | 90:9 | 90:12 | 91:2 | 161:16 | 161:18 | 161:19 |
| 31:10 | 31:18 | 31:21 | 91:13 | 91:25 | 92:3 | 161:21 | 161:25 | 162:7 |
| 31:23 | 32:4 | 32:12 | 92:6 | 92:7 | 92:20 | 162:8 | 162:9 | 162:14 |
| 32:14 | 32:16 | 33:5 | 93:8 | 93:10 | 93:15 | 162:20 | 162:23 | 163:4 |
| 33:6 | 33:17 | 34:7 | 94:7 | 94:18 | 95:7 | 163:7 | 163:7 | 163:15 |
| 34:12 | 34:16 | 34:16 | 96:4 | 96:9 | 96:10 | 163:21 | 164:1 | 164:2 |
| 34:18 | 35:3 | 35:14 | 96:19 | 97:11 | 97:23 | 165:10 | 165:11 | 166:7 |
| 35:15 | 35:20 | 36:4 | 98:6 | 98:14 | 98:20 | 166:8 | 166:9 | |
| 36:5 | 36:8 | 36:17 | 99:10 | 99:15 | 99:24 | **and/or** [4] | | 8:7 |
| 36:19 | 36:23 | 37:3 | 99:25 | 100:1 | 100:7 | 17:17 | 30:3 | 96:21 |
| 37:3 | 37:13 | 37:14 | 100:13 | 100:15 | 100:16 | **annual** [1] | | 23:9 |
| 37:23 | 38:2 | 38:2 | 100:18 | 101:3 | 101:20 | **another** [5] | | 6:6 |
| 38:3 | 38:3 | 38:7 | 102:4 | 102:5 | 102:8 | 32:4 | 39:21 | 109:12 |
| 38:8 | 38:10 | 38:11 | 102:16 | 102:19 | 104:1 | 147:11 | | |
| 38:12 | 38:16 | 38:19 | 104:2 | 104:4 | 104:22 | **answer** [10] | | 24:20 |
| 38:20 | 40:13 | 40:17 | 106:1 | 106:6 | 107:14 | 32:23 | 39:5 | 42:11 |
| 40:18 | 40:22 | 41:2 | 107:18 | 108:8 | 108:15 | 57:13 | 71:24 | 121:25 |
| 41:5 | 41:11 | 42:25 | 108:18 | 108:22 | 109:6 | 121:25 | 141:15 | 150:15 |
| 43:3 | 43:10 | 43:11 | 109:15 | 109:22 | 110:6 | 148:24 | | |
| 43:11 | 43:18 | 43:19 | 110:8 | 110:10 | 110:14 | **any** [123] 7:17 | | 8:22 |
| 44:2 | 44:15 | 44:20 | 110:18 | 111:16 | 111:20 | 16:2 | 16:6 | 16:9 |
| 45:9 | 45:11 | 45:16 | 112:13 | 112:14 | 112:15 | 16:9 | 16:17 | 16:18 |
| 45:19 | 46:3 | 46:7 | 114:1 | 114:6 | 114:8 | 16:21 | 16:22 | 16:24 |
| 46:9 | 47:4 | 47:19 | 114:14 | 114:14 | 115:10 | 17:7 | 18:14 | 18:24 |
| 47:25 | 48:4 | 48:10 | 115:13 | 115:14 | 115:16 | 19:10 | 21:13 | 21:24 |
| 48:11 | 48:20 | 49:2 | 116:2 | 116:12 | 116:21 | 22:5 | 22:13 | 23:5 |
| 49:10 | 49:11 | 49:17 | 116:22 | 117:5 | 118:24 | 23:23 | 24:5 | 24:10 |
| 49:21 | 49:24 | 50:1 | 118:25 | 119:19 | 119:24 | 25:16 | 29:6 | 31:5 |
| 50:2 | 50:4 | 50:16 | 119:25 | 120:7 | 120:7 | 31:9 | 31:10 | 31:24 |
| 50:24 | 50:25 | 51:2 | 121:2 | 121:10 | 121:25 | 34:15 | 37:17 | 39:1 |
| 51:2 | 51:10 | 51:13 | 122:12 | 123:4 | 123:4 | 39:22 | 41:8 | 41:24 |
| 51:14 | 51:14 | 51:14 | 123:5 | 124:7 | 125:8 | 43:4 | 43:6 | 43:7 |
| 51:17 | 51:18 | 52:3 | 125:10 | 125:15 | 125:15 | 43:8 | 46:18 | 46:23 |
| 52:4 | 52:9 | 52:10 | 125:16 | 125:23 | 126:9 | 46:24 | 48:8 | 48:10 |
| 52:16 | 52:19 | 52:19 | 126:19 | 126:21 | 126:22 | 53:20 | 54:7 | 54:19 |
| 53:11 | 53:13 | 53:15 | 127:2 | 127:3 | 127:5 | 55:9 | 56:5 | 56:11 |
| 53:16 | 53:21 | 54:3 | 127:10 | 127:10 | 127:13 | 56:11 | 59:23 | 60:25 |
| 54:18 | 54:19 | 54:22 | 127:23 | 128:7 | 128:9 | 61:6 | 61:20 | 61:24 |
| 55:7 | 55:16 | 55:19 | 128:24 | 130:3 | 130:12 | 63:7 | 64:25 | 65:4 |
| 55:22 | 56:4 | 56:7 | 130:13 | 130:18 | 131:8 | 65:5 | 66:11 | 66:23 |
| 56:15 | 56:20 | 57:2 | 131:24 | 131:25 | 131:25 | 68:4 | 69:13 | 73:21 |
| 57:2 | 57:5 | 57:13 | 132:13 | 132:19 | 132:10 | 75:18 | 77:14 | 81:2 |
| 57:13 | 57:19 | 58:4 | 132:24 | 133:6 | 133:10 | 81:3 | 81:18 | 82:16 |
| 58:12 | 58:18 | 58:22 | | | | 82:23 | 83:1 | 83:3 |

| | | |
|---|---|---|
| 84:1 | 84:20 | 85:2 |
| 85:6 | 88:5 | 99:23 |
| 104:19 | 109:25 | 110:19 |
| 111:25 | 112:6 | 112:22 |
| 112:23 | 112:23 | 113:2 |
| 113:7 | 113:10 | 113:14 |
| 113:19 | 113:24 | 116:25 |
| 117:3 | 117:3 | 117:19 |
| 117:23 | 121:12 | 122:11 |
| 123:15 | 124:2 | 124:2 |
| 124:17 | 125:4 | 125:6 |
| 130:25 | 132:6 | 132:13 |
| 134:18 | 135:17 | 135:25 |
| 136:2 | 136:5 | 136:25 |
| 146:24 | 153:25 | 155:8 |
| 159:20 | 161:10 | 166:11 |
| 166:12 | | |

**anybody** [12]    30:13
40:20  48:18  69:13
70:3  87:17  92:19
117:9  124:9  124:13
128:20  145:21

**anylysis** [2]    123:8
123:9

**anymore** [1]    100:8

**anyone** [4]    14:23
62:16  123:16  123:23

**anything** [42]    16:3
16:9  22:13  23:24
24:5  31:23  39:24
39:24  41:19  51:19
56:10  58:5  60:2
62:14  63:10  65:5
66:10  67:21  69:13
72:7  73:24  74:12
77:25  81:22  82:7
84:22  86:22  87:2
93:21  94:4  96:15
96:17  110:23  111:21
112:24  114:23  124:2
124:19  129:22  138:15
152:15  158:5

**anytime** [3]    32:8
114:9  156:13

**anyway** [5]    16:7
32:10  41:15  106:15
148:24

**anywhere** [5]    73:24
74:1  82:21  113:8
146:25

**apart** [3] 66:15    161:9
161:10

**apartment** [1]    114:23

**apparently** [1]    89:14

**appear** [1]    67:3

**appearance** [2]  82:17

**APPEARANCES** [1]
2:2

**appeared** [1]    165:9

**appearing** [1]    128:19

**applicable** [1]    45:3

**application** [1]  135:25

**applied** [1]    127:19

**applies** [1]    155:16

**applying** [1]    59:7

**approximately** [2]
22:20    130:21

**architect** [5]    68:6

| | | |
|---|---|---|
| 68:6 | 118:23 | 120:10 |
| 120:11 | | |

**architect's** [1]    119:22

**architects** [2]    119:13
120:16

**arc** [162]  5:7    5:20
5:22  8:16  8:17
8:18  8:22  8:23
10:15  10:16  11:16
11:16  11:21  12:3
12:14  12:15  12:19
12:20  12:21  13:3
13:18  13:20  15:17
17:13  17:14  18:1
18:16  18:19  18:20
18:20  19:19  19:20
21:6  26:16  27:3
27:15  27:15  30:9
30:18  30:20  30:23
30:23  31:9  31:16
32:2  32:8  32:12
32:12  33:12  34:11
35:3  35:3  35:21
36:21  36:25  37:4
37:13  37:14  37:20
38:5  38:9  38:20
38:22  40:22  41:12
42:19  46:3  47:23
47:24  47:25  48:12
49:14  49:22  49:24
50:17  52:9  52:19
52:20  58:22  59:7
64:10  64:25  65:1
69:8  69:12  70:23
72:14  78:15  78:22
79:8  79:10  82:3
85:21  86:2  87:4
88:4  88:18  88:20
88:23  89:17  90:10
91:1  92:21  93:14
93:15  94:5  94:7
94:14  96:7  96:8
96:10  96:12  96:14
96:24  96:25  97:5
97:9  98:21  100:6
101:19  102:19  103:15
105:16  106:8  110:15
111:13  111:21  113:22
113:25  116:21  116:21
119:10  127:5  127:8
127:13  128:19  131:19
134:25  135:3  136:19
138:5  138:13  139:4
142:12  143:4  143:12
145:1  145:19  147:6
148:7  150:6  151:5
151:17  152:21  152:23
155:1  160:6  160:7
160:8  162:1  162:2
162:5

**area** [103]    8:5
13:19  13:24  16:13
17:22  19:15  20:4
20:7  20:15  21:21
21:22  22:5  24:25
25:8  25:13  25:22
26:21  27:16  27:19
31:21  34:17  36:4
40:11  41:6  47:23
49:11  49:18  50:12
50:22  52:3  53:16
52:22  53:24  53:16
54:10  57:18  60:15

61:23 69:22 70:15
70:18 70:19 70:20
72:20 75:25 76:13
78:1 79:14 80:2
80:9 81:3 84:7
84:8 89:23 90:12
91:15 92:11 92:13
92:13 92:15 92:20
97:4 97:7 98:3
98:13 98:16 98:19
99:9 99:14 100:21
100:23 107:22 109:11
111:24 112:8 112:17
112:25 115:24 118:10
118:11 118:14 120:12
120:13 121:1 123:13
128:5 130:13 137:22
137:23 138:6 138:7
138:12 145:11 145:12
145:16 146:18 146:20
147:24 153:2 153:18
156:16 156:18 159:23

**areas** [27]    5:22
7:18 7:23 11:22
43:1 46:7 46:12
46:14 47:22 49:19
54:18 55:5 60:25
73:3 93:10 93:14
94:3 110:19 111:13
118:2 127:20 135:4
145:20 145:23 149:19
149:20 153:23

**aren't** [3]    30:19
38:17 122:13

**arise** [1] 127:7

**around** [18]    16:8
16:20 22:24 23:11
32:14 32:16 38:12
49:3 60:10 65:15
67:10 70:6 73:19
73:22 87:15 93:10
136:24 156:14

**arrived** [1]    84:7

**art** [1]    103:5

**as** [188] 4:3   4:5
4:23 5:4 6:5
7:24 8:21 8:21
10:7 11:13 12:16
12:16 12:21 12:22
14:18 15:6 15:19
16:12 16:16 16:16
16:19 19:8 23:1
23:11 24:18 26:21
27:7 27:11 27:25
28:6 28:25 29:22
31:11 31:22 31:22
32:13 32:13 32:25
33:19 37:10 39:15
39:25 42:8 42:15
42:18 43:4 43:6
43:8 43:11 43:12
44:14 45:22 49:5
51:7 51:7 52:5
53:3 57:6 58:24
58:25 59:22 63:16
64:22 65:9 67:20
68:11 68:22 69:1
69:13 72:19 75:7
75:16 78:24 81:23
82:7 84:24 84:25
85:1 85:5 86:14
87:3 87:11 87:14

87:18 88:23 88:25
90:24 91:24 92:1
95:6 95:13 95:23
97:3 97:8 98:24
99:3 101:20 102:2
103:7 103:16 104:2
104:2 104:24 105:1
108:10 109:6 111:4
111:8 111:10 112:4
112:5 113:18 113:20
115:15 117:1 117:1
117:2 117:2 118:2
119:4 120:11 121:18
122:3 122:6 125:5
125:11 125:18 125:18
125:19 125:25 126:11
126:20 127:3 127:8
127:9 127:14 127:18
127:18 127:24 128:3
128:5 128:20 128:20
128:21 131:12 131:14
131:20 132:16 132:22
133:4 133:4 133:5
133:15 133:16 133:18
133:25 133:25 136:9
136:16 136:21 137:7
138:2 138:2 138:4
138:13 139:6 143:7
143:7 143:10 144:20
144:21 147:14 148:15
148:16 149:23 149:23
153:5 155:5 155:5
155:8 155:20 156:13
156:17 157:6 157:6
158:7 159:22 162:20

**ask** [15] 14:2   42:14
42:17 43:11 47:12
53:23 62:21 62:24
97:6 111:22 130:5
136:6 144:8 146:19
147:22

**asked** [18]    6:12
7:10 7:13 14:3
34:14 38:24 40:13
52:9 71:6 97:20
97:23 98:1 98:6
98:9 98:15 98:18
101:23 117:12

**asking** [7]    47:17
77:20 82:3 116:9
117:24 119:11 134:5
**asphyxiated** [1] 95:17
**assume** [15]    32:19
32:21 34:6 34:13
34:17 34:21 38:19
89:9 89:21 98:6
98:14 111:20 118:22
150:12 160:13

**assumed** [1]    111:19
**assuming** [11]    34:11
35:4 35:8 35:11
35:11 93:17 98:2
120:9 148:21 152:25
160:15

**assumption** [1] 98:17
**at** [156] 1:22   5:25
6:12 7:11 9:13
13:9 13:24 16:19
17:8 18:22 18:22
19:12 20:20 20:23
21:4 22:12 22:12
22:16 23:15 24:2

25:22 26:1 26:1
26:9 28:18 31:19
32:7 33:15 34:21
35:14 35:15 36:3
36:4 37:16 39:21
40:11 41:12 44:4
44:5 44:14 44:16
50:17 51:5 51:9
52:1 52:3 53:25
54:23 55:4 55:12
56:6 57:24 58:7
58:9 58:19 59:3
59:6 59:8 62:3
64:20 66:4 66:5
66:20 66:23 66:25
67:2 70:2 70:3
70:4 70:13 70:14
71:8 72:5 73:7
73:22 78:2 79:17
79:20 80:2 80:9
81:3 81:13 81:21
82:12 82:22 85:7
87:8 87:14 88:10
88:18 89:3 90:20
91:9 91:11 92:10
92:16 96:9 97:12
99:6 99:15 100:17
104:19 105:13 106:2
106:4 106:6 106:20
107:25 108:6 108:12
109:22 110:23 111:23
111:25 112:19 114:9
114:13 114:21 115:7
116:14 119:10 119:17
118:12 120:3 130:24
132:12 132:25 133:15
137:9 138:23 139:8
139:11 139:13 139:18
142:19 143:4 145:16
145:21 145:24 148:20
149:9 150:10 150:11
151:5 154:10 154:16
155:6 155:25 156:9
157:14 157:17 160:15
161:9 161:10 161:14
164:1

**atmosphere** [5]   17:17
99:24 112:6 139:12
155:25

**attempted** [1]   74:21
**attendance** [1]   58:7
**attention** [2]    26:4
122:18
**attorney** [2]   166:11
166:12
**Atty** [5] 2:4   2:8
2:12 2:17 2:21
**authority** [1]   134:2
165:8
**authorized** [1]   166:7
**auto** [2] 157:8 157:21
**automatically** [1]
37:7
**available** [5]    57:8
86:16 87:7 108:1
142:20
**Avenue** [1]    4:12
**avoided** [1]    110:12
**aware** [4]    13:20
50:18 52:14 54:2

**away** [8] 36:15   36:22
36:23 37:2 37:4
37:8 43:18 151:10
109:12
**B** [3]    45:8 45:10
**B-L-A-N-C-K** [1]
129:5
**Bachelor** [1]    4:20
**back** [38] 7:4   7:7
7:10 8:13 9:8
9:14 9:20 13:7
22:11 22:17 22:19
22:21 26:6 27:5
32:23 36:11 38:25
43:20 50:1 51:18
58:9 59:10 63:7
69:25 72:22 72:25
73:9 95:2 113:16
115:14 132:10 135:6
135:19 149:10 154:2
161:16 162:23 163:14
**background** [3]    4:19
62:25 122:16
**backgrounds** [1]
116:17
**BADIAK** [1]    2:21
**bait** [4] 91:21 91:22
103:12 103:15
**ballast** [5]    50:24
66:6 121:18 122:6
122:9
**ballpark** [1]    130:23
**based** [1]    39:9
53:17 70:9 79:3
109:22 113:25 115:6
115:13 136:3 150:1
154:23
**bases** [1] 62:13
**basic** [1] 10:16
**basically** [8]    5:16
10:14 11:22 12:19
31:16 47:22 59:4
90:4
**basis** [4] 6:3   29:9
111:12 120:22
**Bay** [1]    2:14
**be** [146] 8:12   10:6
11:17 14:15 15:13
17:18 21:13 21:14
21:16 21:24 22:5
29:12 29:14 29:15
29:16 30:1 30:2
30:15 30:24 31:2
31:5 31:6 31:8
31:11 31:16 31:17
31:21 32:7 32:12
33:6 33:13 33:20
34:3 35:12 36:7
36:22 36:23 37:2
37:7 39:12 42:13
43:2 43:4 43:13
43:9 43:13 45:3
45:4 48:22 50:10
52:23 53:11 53:16
55:16 55:19 56:23
57:7 59:2 59:15
61:8 61:17 61:17
62:2 62:10 62:11
65:18 65:21 67:3
68:3 68:5 68:9

73:4 76:8 76:20
77:22 78:16 80:6
82:12 84:13 86:11
86:17 90:9 92:22
93:20 93:23 96:23
98:3 98:4 104:13
106:13 109:16 109:24
110:10 117:25 118:16
118:16 124:15 125:24
126:1 127:16 127:20
127:22 128:21 131:12
133:7 133:14 133:15
133:17 134:18 135:3
137:24 139:12 139:18
139:21 139:23 139:25
142:18 143:15 143:16
143:24 145:15 145:15
146:10 146:18 147:2
147:6 147:19 147:24
148:15 148:21 149:1
149:2 149:12 150:14
151:3 154:4 155:5
155:23 156:17 157:4
158:6 160:3 160:16
160:18 160:23 162:13
**Beach** [1]    2:22
**bear** [1] 44:21
**became** [1]    105:8
**because** [78]    11:15
12:15 12:16 12:23
13:15 16:4 16:18
19:10 20:18 23:10
23:21 27:11 30:8
31:25 32:17 34:12
41:3 42:17 47:19
48:19 50:5 53:12
56:22 57:17 57:19
58:1 60:3 60:15
60:16 62:9 65:7
70:5 71:8 75:19
76:8 78:15 78:17
80:12 84:19 85:19
86:12 88:22 93:11
94:4 94:23 96:6
96:24 97:16 97:19
98:15 99:22 100:6
103:25 106:7 115:19
115:25 116:12 119:18
119:25 120:18 120:19
121:4 126:1 126:18
134:18 137:18 140:5
142:23 143:12 150:22
151:13 151:20 154:17
156:5 156:11 162:8
162:19 163:22
**become** [6]    8:14
11:25 64:9 140:3
142:20 153:6
**becomes** [4]    140:10
140:11 140:12 140:13
**becoming** [1]    131:22
**been** [133]    4:4
5:4 7:4 7:12
7:17 7:20 7:25
11:11 11:21 12:7
13:10 14:4 14:5
14:21 15:18 16:13
17:5 18:25 19:7
19:14 19:15 19:18
20:18 22:17 22:20
24:15 26:10 27:25
28:3 31:4 36:8

| 44:14 | 47:1 | 50:15 |
| 53:7 | 57:20 | 57:21 |
| 60:2 | 60:3 | 60:7 |
| 60:14 | 60:22 | 60:24 |
| 61:1 | 61:11 | 61:12 |
| 61:21 | 61:22 | 62:3 |
| 63:7 | 64:3 | 65:22 |
| 67:16 | 70:17 | 71:1 |
| 73:1 | 73:3 | 73:7 |
| 73:11 | 73:25 | 74:14 |
| 74:19 | 75:22 | 76:7 |
| 76:13 | 76:24 | 76:25 |
| 77:14 | 78:13 | 78:20 |
| 81:12 | 81:20 | 83:5 |
| 83:14 | 83:20 | 84:2 |
| 84:9 | 84:16 | 85:16 |
| 85:24 | 86:16 | 87:9 |
| 89:15 | 90:21 | 95:17 |
| 95:18 | 97:15 | 98:18 |
| 99:13 | 99:20 | 102:25 |
| 104:12 | 104:16 | 104:19 |
| 106:14 | 106:18 | 108:11 |
| 108:20 | 109:19 | 110:11 |
| 111:12 | 113:4 | 117:9 |
| 118:9 | 119:3 | 119:5 |
| 120:12 | 124:23 | 125:14 |
| 125:14 | 126:16 | 127:23 |
| 128:5 | 128:11 | 130:25 |
| 132:23 | 132:24 | 133:1 |
| 135:17 | 135:22 | 135:24 |
| 136:9 | 137:1 | 138:2 |
| 145:7 | 146:25 | 150:24 |
| 153:9 | 155:10 | 158:19 |
| 160:17 | 160:23 | 160:24 |

**before** [50]    1:21
| 7:19 | 7:25 | 18:18 |
| 18:21 | 19:25 | 23:2 |
| 31:17 | 37:17 | 38:11 |
| 38:24 | 39:19 | 40:12 |
| 43:12 | 44:10 | 44:16 |
| 44:22 | 49:12 | 54:25 |
| 59:9 | 60:4 | 60:19 |
| 62:22 | 69:11 | 69:12 |
| 69:22 | 75:13 | 76:11 |
| 81:21 | 83:8 | 93:24 |
| 99:10 | 100:12 | 101:21 |
| 102:23 | 109:5 | 124:13 |
| 124:18 | 125:19 | 130:2 |
| 132:4 | 137:11 | 146:11 |
| 149:25 | 153:15 | 153:20 |
| 153:25 | 157:25 | 165:10 |
| 166:22 | | |

**began** [1]    99:10
| 99:18 | 103:22 | |

**begin** [1]    140:14
**beginning** [1]    69:25
**begins** [2]    146:11
| 151:8 | | |
**begun** [1]    109:6
**behalf** [6]    2:5
| 2:10 | 2:14 | 2:19 |
| 2:23 | 124:13 | |
**behind** [1]    43:5
**being** [17]    17:19
| 19:6 | 29:8 | 31:24 |
| 32:4 | 32:6 | 74:1 |
| 73:19 | 73:21 | 84:22 |
| 118:2 | 121:19 | 135:16 |
| 144:20 | 147:15 | 150:21 |
| 151:5 | | |
**believe** [22]    7:21

| 13:9 | 13:25 | 14:8 |
| 17:7 | 19:9 | 19:12 |
| 19:16 | 37:19 | 39:20 |
| 46:9 | 50:6 | 50:20 |
| 51:9 | 54:22 | 73:6 |
| 75:12 | 108:19 | 111:2 |
| 117:23 | 124:1 | 137:15 |

**below** [13]    20:3
| 21:9 | 34:18 | 90:12 |
| 99:16 | 112:9 | 135:23 |
| 138:13 | 140:6 | 143:17 |
| 150:25 | 154:9 | 155:23 |
**beneath** [16]    47:23
| 76:12 | 80:2 | 80:4 |
| 81:25 | 91:15 | 97:4 |
| 99:9 | 100:21 | 110:1 |
| 118:10 | 120:13 | 153:7 |
| 155:11 | 156:19 | 160:19 |
**benefit** [1]    4:18
**bent** [1]    85:6
**Berry** [1]    69:7
**besides** [1]    10:15
**best** [2]    98:18    147:10
**better** [4]    42:20
| 60:23 | 79:9 | 89:10 |
**between** [33]    12:21
| 21:1 | 21:10 | 21:22 |
| 24:11 | 27:16 | 27:19 |
| 29:19 | 37:8 | 54:2 |
| 54:3 | 56:6 | 57:5 |
| 66:11 | 73:12 | 74:20 |
| 82:21 | 108:14 | 114:6 |
| 114:8 | 115:2 | 115:10 |
| 117:4 | 122:12 | 132:17 |
| 133:6 | 133:19 | 140:1 |
| 141:22 | 142:19 | 142:24 |
| 152:2 | 154:19 | |
**bible** [3]    133:24    134:1
| 134:5 | | |
**big** [6]    18:3    43:17
| 69:10 | 122:24 | 151:16 |
| 154:10 | | |
**bilge** [12]    20:15
| 21:22 | 90:3 | 90:4 |
| 90:10 | 90:13 | 90:14 |
| 92:21 | 93:22 | 94:9 |
| 137:13 | 153:20 | |
**bilges** [1]    80:24
| 93:7 | 93:23 | 94:21 |
| 109:7 | 109:17 | |
**billing** [1]    70:24
**birds** [1]    100:6
**birth** [1]    4:14
**bit** [6]    29:5    31:15
| 33:7 | 80:22 | 80:22 |
| 122:17 | | |
**blackboard** [1]    38:2
**Blanck** [2]    2:3
| 129:1 | | |
**blank** [2]    129:3
| 129:3 | | |
**blanket** [6]    47:15
| 48:1 | 48:3 | 48:8 |
| 48:9 | 149:22 | |
**blankets** [1]    47:20
**blew** [3]    125:16    161:9
| 161:14 | | |
**blow** [11]    53:18

| 94:16 | 94:18 | 94:21 |
| 161:10 | 161:19 | 162:4 |
| 162:25 | 163:1 | 163:10 |
| 163:15 | | |
**blower** [1]    21:25
**blowers** [2]    53:18
| 94:15 | | |
**blown** [1]    113:4
**blows** [1]    151:10
**board** [13]    5:17
| 7:13 | 7:20 | 69:21 |
| 64:24 | 69:15 | 69:21 |
| 80:11 | 111:8 | 118:14 |
| 144:19 | 145:8 | 145:22 |
**boat** [19]    42:4    49:8
| 49:25 | 50:2 | 52:6 |
| 60:20 | 75:13 | 77:11 |
| 82:24 | 85:21 | 88:2 |
| 101:20 | 101:20 | 102:5 |
| 102:15 | 130:10 | 130:13 |
| 130:18 | 153:21 | |
**boats** [7]    94:16    121:20
| 121:20 | 121:21 | 130:19 |
| 130:20 | 131:4 | |
**boilerplate** [1]    8:24
**bolt** [1]    103:25
**bolted** [1]    53:13
**book** [3]    10:23    109:19
| 134:1 | | |
**books** [1]    115:14
**boss** [3]    42:12    98:18
| 130:11 | | |
**both** [8]    12:17    29:22
| 33:14 | 36:6 | 99:15 |
| 143:8 | 146:16 | 155:22 |
**bother** [1]    50:7
**bottom** [9]    28:25
| 54:3 | 56:7 | 85:14 |
| 86:16 | 113:3 | 113:11 |
| 120:25 | 160:20 | |
**bow** [3]    119:19    120:7
| 121:4 | | |
**Box** [1]    2:13
**boy** [2]    130:14    152:5
**bracing** [1]    109:6
**Bradford** [25]    5:25
| 13:6 | 13:15 | 44:14 |
| 66:5 | 66:5 | 68:22 |
| 70:3 | 70:21 | 70:25 |
| 71:11 | 72:25 | 85:2 |
| 95:5 | 96:9 | 99:7 |
| 99:15 | 104:19 | 105:3 |
| 105:14 | 106:6 | 106:20 |
| 108:12 | 110:23 | 147:14 |
**brainer** [1]    116:19
**breath** [1]    151:6
**breathable** [1]    8:7
**breathing** [1]    18:2
**bring** [4]    18:12    63:18
| 100:5 | 134:11 | |
**broke** [1]    17:8
| 37:9 | | |
**brought** [3]    69:23
| 78:13 | 122:18 | |
**Broward** [5]    64:2
| 66:5 | 125:10 | 130:8 |
| 130:24 | | |

**build** [1]    25:2
**builder** [1]    65:21
**builder's** [1]    119:21
**building** [3]    66:3
| 66:4 | 131:3 | |
**buildings** [1]    114:23
**buildup** [1]    53:20
**built** [4]    65:23    66:2
| 101:20 | 121:12 | |
**bulkhead** [2]    38:6
| 102:6 | | |
**burn** [9]    16:21    39:1
| 157:12 | 157:18 | 157:21 |
| 160:6 | 162:2 | 162:3 |
| 162:6 | | |
**burned** [2]    128:7
| 128:8 | | |
**burning** [1]    143:13
**burns** [3]    161:20
| 161:21 | 162:20 | |
**busier** [1]    125:3
**business** [1]    46:5
**but** [110]    4:25    6:18
| 7:23 | 9:24 | 10:15 |
| 12:5 | 12:19 | 12:21 |
| 13:13 | 14:25 | 15:14 |
| 16:3 | 17:6 | 18:16 |
| 19:11 | 19:22 | 20:12 |
| 24:4 | 24:5 | 24:9 |
| 25:5 | 26:1 | 26:7 |
| 27:14 | 29:16 | 29:20 |
| 30:19 | 31:16 | 36:1 |
| 36:18 | 36:20 | 38:15 |
| 39:21 | 40:16 | 40:25 |
| 41:8 | 41:15 | 42:23 |
| 45:17 | 45:24 | 46:1 |
| 47:20 | 49:4 | 51:9 |
| 53:10 | 55:13 | 56:19 |
| 56:21 | 60:4 | 60:18 |
| 61:17 | 61:20 | 67:16 |
| 67:20 | 73:5 | 74:1 |
| 75:18 | 76:7 | 76:22 |
| 78:7 | 80:9 | 87:3 |
| 90:7 | 92:1 | 92:4 |
| 94:2 | 95:17 | 100:9 |
| 100:17 | 102:2 | 107:21 |
| 113:25 | 117:22 | 119:20 |
| 120:19 | 121:6 | 122:14 |
| 122:19 | 126:9 | 131:22 |
| 131:23 | 135:15 | 137:7 |
| 137:24 | 138:18 | 138:23 |
| 141:11 | 143:16 | 143:21 |
| 144:8 | 145:7 | 147:5 |
| 147:17 | 148:14 | 148:14 |
| 151:8 | 151:11 | 156:4 |
| 156:12 | 157:6 | 157:20 |
| 158:5 | 161:4 | 161:6 |
| 161:9 | 161:15 | 162:6 |
| 163:4 | 163:13 | 163:20 |
**butanc** [5]    162:16
| 162:18 | 162:20 | 162:25 |
| 163:16 | | |
**by** [119]    2:4    2:8
| 2:12 | 2:17 | 2:21 |
| 4:7 | 5:9 | 5:10 |
| 5:21 | 6:10 | 9:21 |
| 11:24 | 14:17 | 15:7 |
| 17:14 | 19:4 | 21:8 |
| 22:10 | 23:1 | 24:19 |
| 25:12 | 27:7 | 28:13 |

| 29:1 | 29:24 | 32:5 |
| 32:25 | 33:9 | 34:5 |
| 34:10 | 35:6 | 35:9 |
| 35:17 | 39:7 | 39:14 |
| 40:8 | 41:18 | 41:21 |
| 41:23 | 45:1 | 45:23 |
| 50:11 | 50:14 | 51:24 |
| 55:17 | 57:5 | 57:10 |
| 63:21 | 64:6 | 69:19 |
| 70:3 | 71:22 | 72:1 |
| 74:9 | 75:4 | 75:24 |
| 76:8 | 76:14 | 76:19 |
| 77:1 | 77:18 | 78:4 |
| 79:18 | 80:13 | 82:4 |
| 83:18 | 86:7 | 86:20 |
| 87:17 | 88:14 | 90:1 |
| 91:5 | 91:10 | 92:14 |
| 93:1 | 93:6 | 94:12 |
| 95:1 | 98:20 | 98:24 |
| 98:25 | 100:20 | 100:22 |
| 101:12 | 106:12 | 109:13 |
| 110:6 | 113:4 | 117:15 |
| 118:20 | 118:21 | 121:8 |
| 121:12 | 122:3 | 122:10 |
| 123:14 | 126:11 | 129:17 |
| 130:1 | 130:9 | 131:10 |
| 133:10 | 133:21 | 134:1 |
| 134:7 | 134:25 | 136:14 |
| 138:9 | 141:8 | 142:17 |
| 146:5 | 147:21 | 150:24 |
| 151:25 | 153:13 | 157:12 |
| 159:24 | 160:2 | 166:22 |
**Byron** [1]    2:23
**BYRONS** [1]    1:9
**C** [2]    11:19    109:5
**calculations** [1]    113:14
**California** [3]    66:2
| 131:3 | 131:5 | |
**call** [14]    6:2    7:7
| 9:14 | 30:9 | 47:14 |
| 69:16 | 69:16 | 69:20 |
| 72:21 | 103:6 | 107:14 |
| 112:4 | 134:17 | 156:6 |
**called** [20]    4:3
| 6:13 | 7:10 | 8:16 |
| 12:14 | 13:23 | 23:1 |
| 31:3 | 35:20 | 49:17 |
| 49:19 | 50:5 | 50:13 |
| 70:3 | 70:5 | 101:3 |
| 104:16 | 124:23 | 127:13 |
| 134:18 | | |
**calling** [1]    138:13
**calls** [2]    6:25    35:25
**came** [10]    9:7
| 19:9 | 20:8 | 75:13 |
| 80:4 | 81:4 | 116:13 |
| 116:13 | 161:4 | 161:6 |
**can** [54]    4:8    8:2
| 9:19 | 11:10 | 12:17 |
| 14:12 | 19:14 | 14:20 |
| 24:20 | 26:6 | 27:22 |
| 29:2 | 32:22 | 44:10 |
| 48:21 | 56:21 | 63:16 |
| 63:22 | 63:23 | 63:25 |
| 69:16 | 74:5 | 74:11 |
| 74:20 | 74:24 | 75:8 |
| 75:22 | 84:3 | 87:5 |
| 89:4 | 89:9 | 89:14 |
| 90:2 | 91:21 | 92:8 |
| 94:23 | 95:10 | 102:1 |
| 120:23 | 126:8 | 126:8 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 126:10 | 134:2 | 134:18 | **causes** [6] | 79:1 | **check** [9] | 10:1 | **Cliff** [1] 69:7 | **companies** [1] 69:7 |
| 135:11 | 139:4 | 143:16 | 79:3 | 88:16 | 113:19 | 51:13 | 51:18 | 54:2 | **Climbed** [1] 112:13 | **company** [9] 5:10 |
| 143:17 | 144:1 | 145:17 | 113:20 | 113:23 | | 97:7 | 98:19 | 103:12 | **clipboard** [1] 43:17 | 5:11 | 5:12 | 5:15 |
| 145:22 | 152:7 | 156:11 | **caution** [1] 43:11 | 129:1 | 129:7 | **Clorox** [1] 64:15 | 5:17 | 64:15 | 66:3 |
| 157:11 | | | **cement** [61] 20:7 | **checked** [1] 54:18 | **closed** [1] 136:5 | 131:2 | 131:6 |
| **can't** [23] 12:10 | 20:14 | 21:10 | 23:16 | **checking** [1] 51:7 | **closely** [1] 80:12 | **compartment** [8] |
| 25:6 | 45:21 | 48:21 | 23:17 | 23:21 | 24:12 | **chemical** [16] 4:21 | **closer** [1] 36:20 | 28:24 | 59:21 | 59:24 |
| 49:3 | 61:16 | 64:20 | 34:18 | 35:4 | 35:22 | 24:6 | 24:11 | 58:23 | **Co-Counsel** [4] 2:5 | 60:6 | 81:19 | 81:20 |
| 65:13 | 70:10 | 70:17 | 36:1 | 50:19 | 50:24 | 58:24 | 63:9 | 64:12 | 2:10 | 2:14 | 2:19 | 103:2 | 103:3 |
| 71:7 | 75:18 | 86:10 | 51:1 | 51:4 | 54:4 | 81:13 | 82:19 | 116:18 | **coal** [2] 100:3 | 100:6 | **competent** [4] 9:7 |
| 86:10 | 87:4 | 105:17 | 55:17 | 56:7 | 57:6 | 122:11 | 122:16 | 122:24 | **Coast** [1] 5:2 | 9:25 | 10:4 | 10:7 |
| 105:21 | 115:7 | 126:9 | 58:12 | 59:14 | 60:14 | 123:11 | 142:24 | 143:13 | **coated** [2] 67:2 | 11:6 | 11:19 | 11:20 |
| 137:8 | 150:15 | 151:13 | 68:3 | 79:16 | 80:4 | **chemicals** [1] 23:17 | 67:3 | 12:1 | 12:13 | 13:7 |
| 159:18 | | | 80:13 | 80:16 | 80:20 | **chemist** [47] 4:24 | **coating** [3] 66:14 | 30:2 | 30:24 | 31:3 |
| **canaries** [1] 100:5 | 80:21 | 81:3 | 81:10 | 5:11 | 5:14 | 5:16 | 66:21 | 67:13 | 31:7 | 33:11 | 33:21 |
| **candle** [1] 100:14 | 82:11 | 82:16 | 82:17 | 5:17 | 7:20 | 8:16 | **cockpit** [8] 20:22 | 33:23 | 34:22 | 36:10 |
| **cans** [3] 19:17 | 77:9 | 82:23 | 84:12 | 112:10 | 10:10 | 10:11 | 12:12 | 20:22 | 20:23 | 25:22 | 37:21 | 37:22 | 40:13 |
| 77:9 | | | 114:6 | 114:8 | 114:13 | 12:22 | 12:24 | 13:2 | 26:16 | 26:18 | 28:1 | 42:24 | 43:16 | 43:22 |
| **capable** [1] 38:22 | 114:13 | 115:10 | 116:3 | 23:9 | 23:12 | 26:22 | 149:15 | 97:6 | 97:23 | 98:6 |
| **capacities** [1] 7:7 | 116:20 | 117:5 | 119:16 | 30:10 | 31:21 | 33:24 | **cofferdam** [1] 28:25 | 98:19 | 98:20 | 98:22 |
| **capacity** [3] 5:5 | 119:18 | 119:25 | 120:2 | 37:10 | 39:15 | 46:13 | **cofferdams** [1] 37:3 | 98:23 | 105:13 | 105:13 |
| 68:22 | 69:1 | 120:5 | 120:17 | 120:21 | 57:7 | 63:12 | 64:9 | **college** [1] 122:23 | 105:18 | 106:19 | 106:21 |
| **captain** [18] 16:12 | 121:7 | 121:17 | 121:22 | 65:10 | 68:23 | 69:1 | **combination** [1] 58:12 | 108:3 | 108:12 | 108:8 |
| 19:12 | 34:14 | 42:14 | 122:8 | 137:18 | 137:20 | 72:4 | 81:23 | 82:8 | **combinations** [1] | 109:13 | 110:2 | 146:14 |
| 42:18 | 42:24 | 51:3 | 137:22 | 138:8 | 138:11 | 87:3 | 88:23 | 105:9 | 141:17 | **completed** [2] 7:25 |
| 57:18 | 60:5 | 60:19 | **certain** [13] 10:9 | 115:16 | 116:17 | 117:1 | **combine** [2] 143:2 | 65:3 |
| 97:16 | 97:17 | 97:21 | 46:10 | 46:14 | 74:10 | 122:16 | 126:18 | 126:20 | 159:6 | **completely** [5] 7:23 |
| 98:1 | 98:9 | 98:15 | 87:5 | 111:20 | 135:4 | 127:3 | 131:12 | 131:23 | **combined** [1] 56:22 | 22:4 | 22:4 | 94:1 |
| 133:14 | 133:16 | 139:25 | 140:6 | 140:8 | 133:1 | 133:25 | 141:21 | **combines** [1] 85:20 | 157:7 |
| **Carbide** [1] 64:14 | 143:21 | 159:1 | 159:8 | 146:13 | | **combustible** [10] | **completion** [1] 65:5 |
| **carbon** [3] 10:13 | **certainly** [3] 95:23 | **chemist's** [1] 64:22 | 5:19 | 8:11 | 9:10 | **composing** [1] 103:7 |
| 10:13 | 17:19 | 118:1 | 135:10 | **chemistry** [13] 24:1 | 10:12 | 30:7 | 30:16 | **comprehensive** [1] |
| **carburetor** [1] 144:2 | **certainty** [4] 78:24 | 24:1 | 58:25 | 64:17 | 48:7 | 54:8 | 56:12 | 12:22 |
| **card** [1] 63:23 | 88:22 | 97:3 | 108:10 | 115:14 | 116:18 | 122:19 | 56:13 | **concentrated** [1] |
| **care** [2] 142:8 | 147:12 | **certificate** [25] 7:20 | 122:23 | 123:1 | 123:4 | **combustibles** [1] | 100:1 |
| 147:15 | 8:3 | 8:15 | 8:16 | 126:1 | 132:10 | 132:19 | 43:7 | **concentrating** [1] |
| **career** [1] 114:10 | 8:23 | 9:1 | 9:4 | **chemists** [8] 17:15 | **combustion** [2] 143:14 | 48:20 |
| **cargo** [1] 109:16 | 9:11 | 10:10 | 70:9 | 29:22 | 41:4 | 58:22 | 163:22 | **concentration** [1] |
| **carry** [1] 10:10 | 71:5 | 72:4 | 144:24 | 114:1 | 122:17 | 135:2 | **combusts** [1] 159:4 | 61:5 | 122:20 | 123:10 |
| **case** [27] 1:4 | 1:24 | 145:9 | 145:12 | 145:20 | 135:3 | **come** [20] 6:11 | 141:3 | 141:6 | 143:18 |
| 11:4 | 22:6 | 24:16 | 146:7 | 146:11 | 146:13 | **chief** [2] 38:8 | 38:9 | 6:12 | 7:13 | 8:13 | 144:13 |
| 30:12 | 30:13 | 35:13 | 147:23 | 148:16 | 149:10 | **Chipping** [1] 134:22 | 9:14 | 13:23 | 14:3 | **concept** [2] 116:25 |
| 37:9 | 39:23 | 66:17 | 165:2 | 166:2 | 166:21 | **chooses** [1] 29:20 | 16:17 | 18:24 | 19:20 | 163:4 |
| 66:18 | 66:19 | 97:19 | **certificates** [4] 65:4 | **chunks** [1] 122:6 | 22:13 | 23:5 | 37:5 | **concern** [5] 82:7 |
| 104:24 | 105:12 | 111:17 | 145:5 | 148:7 | 149:22 | **Cincinnati** [1] 63:4 | 38:11 | 63:19 | 67:9 | 82:18 | 97:20 | 97:21 |
| 117:6 | 123:17 | 123:24 | **certification** [2] 4:23 | **circumstance** [1] | 70:4 | 84:18 | 122:15 | 97:25 |
| 125:21 | 126:12 | 127:17 | 65:9 | 41:25 | 163:16 | **concerned** [1] 98:2 |
| 128:9 | 132:2 | 146:8 | **certifications** [1] | **circumstances** [1] | **comes** [5] 18:3 | **concerning** [2] 101:2 |
| 149:12 | 126:21 | 104:20 | 51:18 | 79:16 | 162:19 | 132:15 |
| **cases** [8] 68:10 | 68:12 | **certified** [9] 4:23 | **CIV-LENARD** [1] | 162:20 | **conclude** [1] 98:8 |
| 68:13 | 68:15 | 85:12 | 9:8 | 37:17 | 65:9 | 1:4 | **coming** [2] 84:20 | **concluded** [1] 164:1 |
| 128:12 | 132:7 | 152:19 | 73:3 | 73:13 | 105:12 | **clarification** [1] 36:12 | 150:6 | **conclusion** [1] 15:13 |
| **catalyst** [2] 59:15 | 118:2 | 131:12 | **clarify** [2] 27:21 | **commenced** [1] 117:21 | 23:7 | 114:3 | 121:3 |
| 81:15 | **certify** [8] 5:21 | 33:10 | **commencement** [1] | **conclusions** [6] 16:18 |
| **catch** [1] 48:10 | 23:7 | 49:11 | 69:12 | **class** [1] 24:1 | 110:4 | 18:24 | 19:10 | 19:11 |
| **catches** [1] 48:3 | 144:20 | 165:9 | 166:5 | **classes** [1] 43:24 | **commences** [1] 44:11 | 22:14 | 23:5 |
| **causation** [5] 127:25 | 166:10 | **clean** [9] 23:24 | 27:22 | **commencing** [2] 44:22 | **concrete** [17] 20:14 |
| 127:25 | 128:1 | 128:2 | **certifying** [1] 71:14 | 48:2 | 52:21 | 64:24 | 93:2 | 24:12 | 62:18 | 67:5 |
| 128:4 | **cetera** [4] 42:19 | 64:24 | 65:1 | 127:10 | **Commission** [1] 165:18 | 67:8 | 108:15 | 114:22 |
| **cause** [12] 23:20 | 109:7 | 109:7 | 109:17 | **cleaned** [2] 20:18 | **common** [17] 1:7 | 122:12 | 124:7 | 132:12 |
| 24:16 | 39:1 | 68:10 | **CFR** [1] 10:6 | 84:9 | 150:20 | 21:21 | 31:25 | 31:25 | 132:17 | 133:6 | 133:19 |
| 78:17 | 78:24 | 82:7 | **chance** [1] 79:9 | **cleaning** [3] 69:8 | 97:10 | 97:11 | 133:10 | 135:25 | 136:1 | 136:3 |
| 86:14 | 91:14 | 95:18 | **change** [1] 111:13 | 72:16 | 126:15 | 133:10 | 133:12 | 133:13 | 136:24 |
| 115:9 | 139:24 | **changed** [1] 50:16 | **clear** [2] 118:5 | 142:12 | 145:11 | **condition** [5] 59:8 |
| **caused** [8] 7:15 | **changes** [1] 72:19 | **client** [2] 88:24 | **commonly** [1] 156:13 | 61:12 | 72:5 | 113:11 |
| 14:6 | 16:10 | 16:19 | **changing** [3] 9:5 | 95:4 | | 137:10 |
| 23:6 | 87:16 | 88:5 | 72:11 | 11:7 | | | **conditions** [1] 9:6 |
| 88:25 | **characterize** [1] 147:14 | | | |
| | **charge** [1] 130:1 | | | |

condominiums [1]
114:23
conduct [3]        108:23
111:24  112:2
conducted [1]    62:1
conference [2]    124:17
124:19
confidence [1]    41:17
configuration [5]
20:2   38:13   38:15
92:10  131:18
confined [19]    12:14
26:23  27:13  28:7
28:15  28:16  28:22
29:2   29:15  29:25
34:7   42:2   54:11
61:22  76:13  80:13
96:21  126:22  161:18
confused [1]    33:2
confusion [1]    33:8
conjecture [2]    158:22
158:23
conjunction [2]   23:18
24:3
connected [1]    166:13
connection [1]    113:15
consider [2]    67:23
134:5
consideration [1]
31:22
considered [2]    26:22
140:6
constantly [1]    41:2
constructed [1]    25:1
construction [5] 92:17
130:11  130:13  130:19
131:1
consumed [1]    75:25
contact [7]    55:17
59:14  62:19  79:16
80:4   80:21  81:4
contained [3]    5:19
30:7   99:25
containers [2]    90:21
91:2
contaminant [1] 139:23
content [1]    17:16
continually [5]  57:4
57:10  57:15  57:19
161:24
continued [1]    63:8
control [2]    9:18
9:19
conventions [1] 23:9
conversation [1]
49:21  50:2   115:13
conversations [1]
46:19
convince [1]    50:23
cooler [1]    158:5
cop [1]    71:2
copies [6]    8:17
70:22  70:23  70:25
71:11  145:1
copy [5] 6:17    63:25

64:1    71:4    134:11
corner [1]    25:9
correct [47]    6:22
6:23   6:24   15:20
46:2   47:3   52:7
55:13  55:20  56:3
56:9   58:14  59:21
61:25  67:5   68:19
70:23  72:23  73:15
77:2   81:25  86:17
89:1   89:16  90:8
90:11  91:11  93:9
94:9   95:8   100:3
108:5  110:4  110:16
110:20 110:21 118:3
118:4  140:23 140:25
146:9  148:1  148:18
152:17 152:18 153:19
161:13
correctly [3]    49:7
102:11 131:11
corrosion [1]    120:19
cost [1]   51:1
could [30]    4:18
7:14   8:14   10:3
16:17  17:11  19:20
20:1   24:24  36:22
52:23  53:11  53:16
56:21  60:18  67:4
67:6   76:4   87:8
102:4  108:2  108:3
108:11 116:1  133:17
137:7  141:11  151:3
151:6  163:8
couldn't [12]    17:4
26:1   26:7   39:5
53:14  60:2   60:25
82:20  82:21  100:16
126:1  135:14
counsel [3]    124:18
166:11 166:12
country [1]    146:25
County [4]    125:10
165:5  166:4  166:19
couple [9]    47:12
54:18  55:8   62:24
107:21 107:21 108:1
131:9  144:17
course [26]    7:6
8:24   12:17  14:15
18:1   24:5   29:4
29:23  30:22  31:14
31:23  41:5   42:21
34:19  49:6   49:6
49:21  87:6   89:12
89:20  93:19  105:20
106:16 106:17 124:11
152:6
courses [12]    12:12
12:14  12:20  13:3
18:17  37:20  65:4
96:7   96:11  123:1
151:18 151:19
court [7] 1:2    125:21
125:22 126:11 128:3
128:4  128:12
courts [2]    125:4
125:8
cover [3] 12:17    62:13
121:1

covered [4]    129:1
22:3   49:1   84:11
covering [1]    53:1
covers [1]    109:11
cracks [1]    25:24
CRAIG [1]    2:16
crawling [1]    38:12
create [10]    23:18
29:2   85:20  86:11
143:3  144:13  155:1
155:25 159:17  162:24
created [3]    23:23
24:24  116:10
creating [1]    22:4
credit [2]    65:5
65:7
crew [4] 19:13    103:19
107:18 107:19
crisis [1] 131:10
criteria [1]    11:20
CROSS-EXAMINATION
[1]    41:20
crumbling [1]    81:2
curled [1]    26:1
curriculum [1]  63:15
curved [1]    102:7
customarily [3] 83:7
93:7   121:17
customers [1]  96:10
customization [1]
92:15
cut [2]   50:20   50:21
cutting [2]    45:11
109:5
D [2]    2:21    3:6
Dade [3] 165:5    166:4
166:19
daily [1] 111:12
damage [2]    24:16
24:24
damp [1] 60:14
dampness [1]    59:18
danger [2]    93:7
100:3
dangerous [4]    82:9
100:1  100:18  155:5
dangers [1]    62:17
darn [1] 70:11
date [7] 4:14    6:16
12:8   12:10   31:7
95:25  148:2
Dated [1]    166:15
dates [2] 6:18    54:9
Dave [2] 7:5    13:16
David [4]    2:4
2:12   14:14   27:21
day [14] 15:15    15:16
48:2   61:4   61:12
75:15  117:10  129:12
129:14 158:9  159:21
165:12 166:15  166:22
days [1] 153:15
deal [7] 12:22    29:22
39:16  50:3   52:20

134:13 151:22
dealing [3]    45:4
45:9   111:21
deals [5] 12:23    12:24
123:11 134:14  134:15
December [3]    4:15
65:12  65:13   65:14
105:9
decided [1]    104:4
decision [3]    37:24
119:21 119:22
deck [68] 20:22    20:22
21:2   25:22  26:17
26:18  27:16  27:17
27:19  27:20  28:1
34:16  34:19  43:5
43:6   47:15  48:12
51:8   51:10  51:12
53:2   54:16  54:25
55:2   55:18  55:20
56:6   56:7   66:22
74:22  84:11  84:17
84:22  85:5   85:14
89:5   89:8   89:16
89:23  91:15  91:25
96:2   97:22  98:4
99:9   99:16  103:20
108:14 109:24  112:9
113:3  118:10  119:2
135:6  135:24  136:9
138:3  150:18  153:6
153:7  153:10  158:10
159:15 159:15  159:23
160:1  160:4  161:4
decks [1]    153:3
defect [1]    88:5
Defendants [1]    1:11
defer [1] 120:10
defined [1]    98:24
defines [1]    11:18
Definitely [1]    97:10
definition [1]    11:5
28:6   28:10   28:15
28:16  28:23   29:11
definitions [1]    29:21
definitive [1]    154:4
degradation [1]  81:3
83:1   95:6
degraded [2]    115:22
116:2
degree [5]    57:11
63:3   78:23   88:21
95:23  108:9
degrees [2]    154:11
154:14
delivered [1]    101:22
demonstration [2]
24:6   38:4
Dennison [1]    130:11
depend [1]    156:20
depending [3]    33:24
158:22 158:23
depends [3]    25:7
146:2  151:14
deposition [7]    1:19
1:23   14:16   123:25
124:24 128:16  163:25

depositions [1]  134:4
describe [4]    20:1
80:19  151:13  154:21
described [1]    11:23
21:3   36:17
describes [1]    154:21
describing [1]    62:17
description [1]  148:16
descriptive [1]  101:2
design [3]    92:14
118:16  119:6  119:14
designated [2]    93:16
126:25
designation [1]  11:12
designed [10]    29:6
38:21  48:10  113:9
118:11 118:23  119:13
119:14 141:16  141:16
designer [1]    65:18
detail [3]    36:18
124:2
detailed [1]    31:15
detect [2]    60:2
61:11
detected [2]    57:16
116:11
determination [4]
36:9   97:8   97:24
98:7
determine [16]    7:14
8:5   9:15   14:5
17:16  30:5   37:13
54:4   54:5   87:9
96:15  108:15  111:12
115:1  117:8   117:14
determined [2]    8:9
36:4   102:19  104:3
112:5
determining [1] 38:22
device [3]    110:20
117:15 117:20
diameter [1]    18:5
18:7   69:11
did [99]   6:11    6:14
7:16   13:8   13:11
13:13  14:2   15:21
15:24  16:21  18:24
23:2   26:9   26:13
37:19  39:18  40:15
46:22  47:14  49:7
50:20  50:21  53:21
52:15  52:16  53:21
54:1   54:6   54:10
54:24  56:10  57:1
58:16  62:15  63:14
64:8   65:4   65:11
66:6   71:4   71:10
73:17  73:20  77:19
78:2   78:5   79:8
79:14  79:23  80:1
80:12  81:5   83:19
84:1   84:19  84:24
85:10  90:18  98:9
99:8   100:10  101:9
101:18 103:12  107:6
111:24 112:1  112:2
112:8  112:11  112:12
112:16 112:22  112:23

113:2 113:7 113:14
114:12 116:25 117:5
117:8 117:14 117:18
119:23 121:24 123:2
123:5 123:15 124:4
124:17 125:25 128:24
130:18 131:8 131:11
131:16 135:5 135:16
166:7

**didn't** [40] 16:2
16:8 16:18 22:13
26:3 26:10 36:17
37:6 40:1 54:19
55:9 61:23 63:18
66:13 67:3 73:24
74:12 78:18 79:21
81:2 81:22 82:6
82:25 83:2 83:12
83:15 83:21 85:8
89:7 98:15 110:8
112:6 116:12 124:5
134:11 135:19 147:15
147:18 161:10 161:10

**diesel** [3] 154:13
155:4 157:13

**difference** [6] 28:6
56:14 56:25 116:3
122:25 163:20

**differences** [1] 163:19

**different** [19] 7:2
9:10 17:2 17:6
29:11 29:21 46:6
50:24 54:9 57:22
96:24 109:14 116:17
122:17 143:15 145:24
155:18 155:19 157:8

**difficult** [2] 25:11
163:18

**digital** [1] 17:25

**digitally** [1] 17:24

**diluted** [1] 150:24

**dilution** [2] 99:23
151:14

**dioxide** [1] 10:13

**direct** [5] 4:6
53:25 79:16 85:1
160:19

**directions** [1] 10:11

**directly** [3] 39:16
55:19 111:22

**dirt** [1] 80:22

**discuss** [2] 37:22
37:25

**discussed** [8] 19:16
77:12 77:22 78:11
83:14 131:23 136:4
137:10

**discussing** [4] 23:10
64:20 102:23 158:19

**discussion** [11] 41:14
75:7 75:17 94:25
100:11 105:24 116:16
118:9 121:23 122:1
163:24

**discussions** [2] 79:3
114:1

**dislodged** [1] 112:21

**displaced** [3] 16:6

58:4 61:2

**displacement** [2]
112:24 161:2

**displacing** [1] 57:20

**dissipate** [1] 138:19

**dissipated** [1] 153:17

**dissipates** [1] 138:24

**distinction** [2] 29:19
152:2

**distracted** [1] 140:16

**DISTRICT** [2] 1:2
1:2

**Dixie** [1] 2:22

**do** [129] 5:15 5:24
6:1 6:2 6:4
6:15 7:9 7:10
8:9 10:20 13:1
13:6 14:2 14:7
14:10 14:11 15:21
19:7 20:19 21:1
21:3 23:11 25:13
25:16 26:4 26:12
30:3 31:18 34:14
34:23 35:22 36:3
37:11 37:16 37:22
38:18 39:15 39:24
40:1 40:19 41:10
46:12 46:15 46:18
47:20 48:8 48:14
50:20 51:2 51:16
52:16 53:17 59:13
63:15 66:10 66:10
66:16 66:20 67:1
68:4 68:25 70:6
72:3 73:16 74:19
74:24 79:18 83:6
85:9 86:10 88:9
92:11 92:22 95:22
96:11 96:15 96:20
100:9 101:4 103:19
104:8 104:16 105:21
108:8 108:23 110:8
110:22 110:25 111:2
111:3 111:9 111:10
116:2 116:18 119:3
121:14 121:14 122:11
130:9 131:8 134:15
135:23 136:5 136:8
138:24 141:9 141:13
144:5 145:23 146:21
147:9 147:10 147:12
147:18 151:4 151:7
151:11 152:5 153:5
153:25 155:8 155:8
155:20 156:17 158:7
158:15 159:16 159:20
163:16

**dock** [1] 73:25

**does** [17] 5:14 5:17
9:17 9:23 11:25
12:6 18:14 69:13
76:9 134:10 134:13
139:8 145:17 146:21
147:1 150:3 156:11

**doesn't** [21]
12:4 15:14 28:8
37:5 72:7 83:25
102:24 126:24 141:21
134:5 146:17 149:14
149:15 154:15 154:17
156:3 157:23 161:19

162:1 162:19

**doing** [18] 9:21
11:7 16:15 18:19
18:20 22:24 32:8
44:17 47:13 47:25
48:19 105:16 112:12
147:2 147:17 147:20
159:16 159:18

**dollar** [1] 51:25

**dollars** [1] 129:8

**don't** [148] 6:9
6:16 6:18 10:2
13:13 13:14 14:18
14:25 17:7 19:9
20:11 21:12 27:24
28:3 28:14 28:19
29:8 29:9 32:16
34:12 37:19 38:15
39:6 39:12 39:20
40:15 40:23 40:23
40:24 41:8 41:19
42:23 43:23 46:17
46:23 47:16 50:5
52:22 53:5 53:6
53:8 54:22 56:18
58:17 70:15 71:3
71:17 73:5 74:16
74:23 75:14 75:19
75:19 77:12 77:13
77:15 77:19 79:18
81:6 81:17 82:2
84:14 84:21 85:18
86:4 86:12 86:22
87:2 87:13 88:12
92:1 92:4 92:9
92:9 93:12 94:1
94:16 96:17 97:2
97:16 97:25 98:1
99:12 100:25 103:18
103:23 104:6 106:7
107:23 108:19 112:18
115:25 116:5 116:16
116:7 117:12 117:22
117:23 117:23 118:19
119:15 119:22 120:4
121:5 121:13 124:1
124:15 124:25 129:22
134:17 135:20 136:4
136:6 136:16 137:11
137:16 137:16 137:17
137:24 138:10 138:15
139:1 140:4 141:12
141:20 142:5 144:14
147:10 147:11 147:12
149:22 149:24 154:7
157:14 158:11 158:17
159:4 159:6 159:12
159:17 159:25 160:5
160:6 160:22 162:23

**double** [1] 28:25

**doubt** [4] 43:4

43:6 43:7 96:12

**doubts** [1] 43:19

**down** [53] 6:12
6:25 7:14 7:17
9:7 13:23 14:3
14:7 14:10 14:11
15:22 15:23 16:20
19:15 19:18 20:12
31:10 38:12 48:4
53:7 53:7 53:13
56:19 69:4 70:4
72:22 76:12 78:15
89:23 91:14 91:25
95:12 95:16 100:6
102:3 104:1 104:5
112:13 116:1 116:6
116:7 116:10 117:24
119:16 119:18 119:19
120:7 121:4 125:1
147:18 162:23 163:13
163:14

**drain** [1] 137:23

**drained** [1] 60:20

**draw** [1] 38:2

**drawers** [2] 20:24
25:23

**drawings** [1] 37:12

**dried** [1] 60:21

**drill** [5] 51:12
54:24 55:9 134:20

**drilled** [10] 54:20
55:1 55:6 103:20
103:23 103:25 104:1
104:7 104:7 107:20

**drilling** [1] 35:17

**dry** [11] 51:18 57:23
59:21 59:23 60:6
60:7 60:9 60:16
60:18 100:23 109:16

**duly** [2] 4:4 165:10

**dunnage** [1] 47:25

**during** [4] 14:15
45:11 57:23 73:17

**duty** [1] 84:25

**E** [1] 3:6

**each** [5] 66:15 105:18
106:4 157:23 157:23

**earlier** [1] 17:10
36:17 53:5 53:6
101:24 118:8 130:7
136:4

**easier** [4] 38:10
48:1 145:21 145:23

**easiest** [1] 42:11

**easily** [1] 24:23

**easy** [2] 18:16 38:7

**edge** [2] 67:6 67:10

**edition** [1] 10:24
11:1 45:10 45:20

**educate** [1] 132:14

**education** [3] 4:22
63:8 114:10

**educational** [1] 4:19

**effect** [3] 12:3
45:22 68:10

**eight** [1] 75:9

43:6 96:12

**eighth** [1] 18:6

**eighths** [1] 104:10

**eighty** [2] 147:8
154:11

**either** [28] 5:22
12:11 17:24 31:20
33:23 35:14 72:15
72:21 79:15 80:3
82:23 84:14 84:24
92:6 97:6 99:2
106:21 106:23 112:23
113:8 114:8 123:23
124:24 140:9 140:18
143:5 145:15 146:13

**eliminate** [1] 150:21

**else** [17] 37:8 41:19
49:22 56:10 62:17
68:25 70:3 74:1
77:25 80:18 84:22
87:13 93:21 96:15
112:24 123:16 151:23

**emanating** [1] 48:11

**embedded** [1] 114:22

**employ** [1] 127:4

**employed** [3] 5:7
108:13 130:25

**employee** [1] 166:12

**employer** [2] 42:15

**empty** [1] 74:17

**enclosed** [3] 20:13
29:10 29:14

**encounter** [1] 158:5

**end** [5] 20:24 25:23
33:15 55:4 90:15

**ends** [1] 54:21

**energy** [1] 159:1
159:9

**engine** [7] 7:21
70:6 94:17 144:22
149:3 149:12 149:19

**engineer** [1] 38:9
58:23 122:16 123:11

**engineering** [4] 6:21
58:24 63:3 63:9
116:19 122:24

**Engle** [1] 23:4

**English** [2] 148:22
148:24

**enough** [12] 24:15
61:10 95:18 104:3
104:12 136:24 140:4
140:14 140:19 143:1
143:17 157:17

**entering** [2] 30:13
30:14

**entire** [1] 20:15
24:21 25:10 32:23
71:15 120:3 130:12

**entrapped** [1] 153:6

**entry** [6] 5:22 8:6
12:14 28:2 126:22
126:22

**enveloped** [1] 76:5

**environment** [10]
57:10 61:10 62:10
72:11 72:13 72:19
72:23 92:24 111:8

**equipment** [6]      17:25
20:25    53:13    87:5
107:11   138:1

**equivalent** [2]      4:24
126:17

**error** [1]   43:10

**escape** [1]      163:8

**escaping** [1]      138:22

**established** [2]   27:25
28:4

**et** [4]      42:19   109:7
109:7   109:17

**evaporate** [6]      139:15
154:10   154:15   154:17
154:22   154:24

**evaporated** [3]      76:4
150:23   153:8

**evaporates** [1]   150:5

**Evaporating** [2]   76:15
76:16

**evaporation** [1]   75:24

**even** [8]   61:21   75:13
81:19   94:20   96:19
132:22   133:13   157:18

**event** [1] 57:9   61:20
81:18

**eventually** [2]   125:16
151:10

**ever** [32]   17:4   37:16
37:22   39:16   39:18
40:24   62:15   65:17
65:20   68:5   68:8
71:13   79:14   80:1
96:11   99:1   101:22
103:12   104:18   105:8
114:5   114:18   114:20
117:8   117:14   118:11
121:9   121:11   127:17
128:5   131:20   146:25

**Everglades** [1]   69:9

**every** [3] 24:1   71:4
152:22

**everybody** [1]   69:2

**everyday** [1]   9:25
133:13

**everything** [4]   11:3
60:20   112:20   134:14

**everytime** [1]   94:17

**evidence** [11]      16:18
19:10   19:22   85:3
85:6   85:13   87:24
113:11   116:25   117:3
117:4

**exactly** [13]      15:14
26:2   72:12   84:5
92:1   94:24   97:18
142:3   143:9   149:13
154:2   155:20   158:12

**examination** [5] 3:9
4:6   99:7   113:21
127:19

**examine** [3]      32:16
79:14   80:2

**examined** [12]   4:4
17:4   32:8   60:13
73:4   79:18   79:19

**example** [5]      45:9
73:23   134:3   138:20
150:2

**exams** [2]      131:25
131:25

**exceed** [1]      140:8

**except** [1]      84:12

**exception** [2]      32:11
37:4

**exceptions** [2]      53:12
152:22

**excuse** [3]      66:5
105:23   142:11

**exhibit** [5]      14:19
14:24   15:19   104:24
105:1

**EXHIBITS** [1]   3:20

**existed** [3]      92:14
109:22   155:10   160:12
160:15

**expand** [1]      138:22

**expect** [8]      44:13
54:12   55:18   57:7
72:20   85:12   93:19
160:3

**expected** [6]      16:4
67:11   67:14   67:15
76:17   160:25

**experience** [8]   44:15
57:6   59:5   64:10
64:16   131:13   131:17
133:3

**expert** [14]      68:9
68:11   117:3   125:6
125:11   125:25   126:11
126:24   127:18   127:24
128:4   128:5   128:22
160:22

**experties** [1]   125:9

**experts** [4]      111:22
126:25   127:5   127:8

**Expires** [1]   165:18

**explain** [4]      8:2
10:3   17:11   163:18

**explode** [4]      100:17
139:19   139:24   140:5
140:7   140:9   151:2
152:11   159:12   162:8

**exploded** [1]      156:24

**explodes** [1]      163:21

**explosimeter** [1]
141:15

**explosion** [87]      7:13
7:15   7:16   13:19
13:21   13:24   14:4
14:8   16:4   16:21
17:2   17:3   17:7
18:23   19:1   20:1
23:6   23:20   23:25
24:4   24:14   24:23
38:25   39:9   39:19
46:16   46:21   47:6
50:17   52:6   64:23
68:10   68:12   68:15
68:18   69:23   73:2

73:14   73:20   76:11
78:25   85:3   85:7
85:12   85:14   85:19
86:15   87:10   87:16
88:6   88:17   88:25
95:19   99:2   105:7
107:10   108:1   109:23
110:11   111:24   112:4
113:5   113:12   114:4
115:8   115:9   116:22
116:23   117:16   120:18
132:2   132:7   133:13
136:15   137:11   142:23
152:13   152:16   155:12
155:25   156:20   158:9
158:21   160:2   160:25
161:7   161:23

**explosions** [4]   68:20
104:19   127:25   128:2

**explosive** [5]      8:15
15:25   17:16   31:12
54:13   61:5   108:16
112:6   139:12   139:13
140:21   143:10   143:22
155:2   155:25

**exposed** [1]      26:20

**exposure** [1]   29:3

**extend** [1]      29:5

**extended** [1]   91:25

**extension** [1]   119:6
119:14   120:3

**extensive** [1]   63:12
132:1

**extent** [7]      5:20
44:20   84:19   125:12
128:6   150:24   155:1

**extraction** [1]   117:19

**F** [2]   2:4   2:17

**faced** [1] 42:1

**facility** [1]      131:1

**fact** [16]   6:5   1:13
24:11   26:4   32:5
41:5   46:9   79:4
82:16   127:9   128:8
136:8   136:10   136:16
148:12   153:14

**factor** [1]      151:14

**Fahrenheit** [8]      154:8
154:12   154:14   155:5
157:14   158:4   159:3
159:11

**fair** [7]      43:13   64:15
127:16   133:17   133:14
133:22   140:15

**fairly** [2]      75:8
81:21

**falls** [1]   48:4

**familiar** [3]      45:8
86:2   138:21

**Famulari** [47]      2:24
3:13   4:7   6:10
11:24   14:17   14:22
15:7   19:4   21:8
22:10   24:19   25:12
27:10   27:18   27:23
28:13   29:24   33:9
34:5   34:10   35:10
35:9   39:7   39:14
40:8   41:18   41:23

44:25   63:19   64:2
74:8   75:3   76:18
82:1   86:18   88:11
89:24   92:25   93:4
118:18   120:14   123:16
123:22   123:23   129:24
138:5

**far** [13]      8:21   12:21
51:7   75:25   92:24
93:25   125:18   128:20
133:4   157:6   158:11
158:16   158:20

**fast** [1]   162:13

**faxed** [1]      64:1
64:4

**feature** [2]      118:16
118:17

**fee** [4]      124:19   128:21
129:13   129:14

**feel** [2]   60:23   61:17

**feet** [13]   20:21   30:10
34:8   34:9   34:11
36:15   36:20   36:22
37:2   37:8   69:10
84:16   130:22

**fellow** [1]      7:5

**fellows** [2]      13:3
23:14

**few** [10]   9:19   12:21
23:8   41:2   53:12
62:21   106:15   130:2
130:5   138:2

**fiberglass** [3]      66:3
121:21   131:4

**field** [4]   125:6   126:10
127:18   127:24

**fields** [1]      125:8

**fifteen** [8]      125:2
125:24   126:12   145:20
145:22   145:23   145:24
147:12

**fifty** [1]   147:7

**fifty-fifty** [1]      79:9

**figure** [1]      35:15

**figuring** [1]      97:12

**file** [1]   46:15

**filed** [2]   1:23   70:17

**fill** [3]   121:7   147:23
160:9

**filled** [2] 34:18   148:7

**financially** [1]   166:13

**find** [19]   11:10   16:2
16:4   16:16   16:18
35:15   54:19   56:10
57:1   61:24   70:11
70:17   71:7   82:7
88:4   90:3   90:10
101:8   112:6

**fine** [1]   48:9

**fingerprint** [1]      87:11

**finish** [2]      121:24
121:25

**finished** [1]      131:21

**fire** [14]   17:5   17:6
17:8   45:10   47:6
47:20   48:5   48:15
48:18   48:24   68:12

99:2   163:11   163:12

**fires** [3]   127:25   128:1
128:4

**FIRM** [1]      2:12

**first** [13] 4:4   15:23
17:3   28:20   30:4
51:14   54:15   68:17
104:2   104:22   105:2
124:8   132:2

**fish** [1]   91:25

**fishing** [3]      20:22
20:23   20:25

**five** [8]   8:17   58:18
70:22   70:23   129:8
158:3

**Fla** [2]   1:15   2:22

**Flagler** [2]      1:14
2:8

**flags** [1] 81:22

**flame** [5]      100:13
100:13   100:15   100:17
162:11

**flammable** [24]      5:19
8:10   8:12   8:14
30:7   30:16   30:19
47:24   78:9   90:6
90:9   93:8   93:12
93:15   93:20   109:9
110:3   112:7   115:18
139:15   141:22   143:11
151:3   157:1

**flash** [16]      142:14
150:6   152:2   152:12
154:3   154:5   154:6
154:14   154:20   155:9
155:16   155:17   155:18
155:23   156:4   156:11

**flat** [1]   20:16

**floated** [1]      119:19

**flood** [1] 144:2

**flooded** [2]      81:20
85:22

**flooding** [3]      57:19
59:24   60:22

**floor** [18]      21:9
21:10   21:22   22:1
25:10   25:25   26:5
54:3   56:8   58:3
76:12   80:2   81:25
82:6   91:24   113:3
136:21   136:23

**floorboards** [1]   58:3

**Florida** [5]      1:2
1:22   2:5   2:9
2:18   69:3   125:5
165:4   165:17   166:3
166:18

**fluids** [1]      110:3

**focussing** [1]   49:4

**follow** [5]      41:22
44:2   82:2   118:19
138:25

**follow-up** [1]   129:20

**follow-ups** [1]   129:1

**follows** [1]      4:5

**foot** [3]   37:4   69:11
84:15

**for** [129] 1:22 4:9
5:3 5:5 5:6
5:22 5:23 7:21
8:6 8:6 11:15
13:13 13:13 13:16
14:20 15:18 15:25
17:19 18:2 19:17
20:24 28:1 29:6
30:15 32:23 34:3
36:12 38:4 38:10
38:17 38:19 42:14
42:16 42:25 43:2
43:22 44:14 45:9
45:10 45:16 45:20
46:13 47:14 50:6
56:23 57:8 58:20
61:11 61:18 62:3
62:6 62:14 64:14
66:6 67:19 68:21
68:25 69:6 71:2
73:12 73:23 75:20
77:14 78:17 80:19
81:1 88:9 88:16
88:24 93:21 94:16
95:2 98:6 103:13
104:12 105:6 106:6
106:10 107:16 109:9
110:3 118:5 119:6
120:2 121:2 121:18
123:16 123:16 126:20
127:6 128:21 129:13
130:16 130:17 132:23
133:1 133:16 134:3
134:3 135:19 136:8
137:8 140:2 140:24
141:10 141:14 142:21
143:2 143:10 144:5
146:11 146:19 149:3
149:4 149:4 149:5
149:11 149:12 150:2
151:12 151:20 152:16
154:6 154:13 155:11
156:19 158:20 160:13
161:4

**foregoing** [2] 166:8
166:21

**foreman** [3] 44:5
106:22 106:24

**forever** [1] 41:9

**forget** [1] 84:3

**forgive** [1] 90:18

**form** [29] 19:3
21:6 22:7 24:17
25:3 26:24 27:9
34:24 39:3 39:10
40:2 44:25 74:8
75:3 76:18 77:6
82:1 83:10 86:18
88:11 89:24 91:4
92:25 93:4 94:10
118:18 120:14 133:20
153:11

**formal** [2] 4:21
63:8

**formalities** [1] 164:1

**forward** [7] 20:24
25:23 37:18 90:15
101:15 101:17 102:18

**found** [13] 16:7
31:12 50:2 50:4
50:25 54:13 55:12

56:5 76:11 86:11
104:2 153:4 156:13

**four** [9] 13:10 20:21
58:18 70:22 106:2
106:2 157:14 158:3
159:3

**fourteen** [1] 159:10

**frame** [1] 80:6

**frames** [3] 53:2
55:6 56:16

**framework** [2] 80:13
84:11

**free** [12] 7:17 8:3
71:15 71:18 71:18
72:22 73:4 73:13
118:3 144:19 144:20
147:25

**frequently** [2] 18:17
38:1

**from** [44] 7:24
9:16 16:12 18:12
19:11 19:24 19:24
23:25 27:11 30:14
34:8 36:1 36:3
40:12 41:4 43:3
43:18 46:25 48:5
50:16 58:16 60:5
60:23 62:12 66:15
72:14 75:7 84:20
90:24 101:14 104:13
111:19 113:21 115:6
115:22 120:10 125:14
127:9 132:21 143:22
159:20 160:19 160:20
162:12

**fuel** [22] 7:21 9:8
22:25 30:5 34:8
34:15 36:14 36:20
36:22 37:1 37:7
37:18 49:20 52:4
70:7 102:20 138:22
149:2 149:11 149:14
161:21 162:15

**full** [2] 60:9 74:16

**further** [5] 36:15
83:3 129:23 163:23
166:10

**future** [1] 72:8

**gallon** [1] 77:9

**galvanized** [1] 145:16

**gangway** [2] 145:21

**gap** [2] 54:2 91:18

**gaps** [1] 160:10

**gas** [70] 7:17 8:2
10:12 15:24 15:25
15:25 17:11 23:19
23:21 24:14 25:2
48:7 54:1 56:6
56:11 57:4 57:8
57:9 58:14 61:9
71:15 71:18 71:18
72:22 73:4 73:13
74:5 95:6 95:9
95:14 95:25 96:1
96:6 99:4 100:2
100:2 100:7 100:16
104:14 105:3 105:15
107:12 108:4 109:13

108:16 108:20 110:25
111:11 112:3 115:18
115:19 115:22 117:6
118:2 125:13 125:14
132:16 133:5 133:18
141:5 141:16 144:19
144:20 147:25 152:8
152:15 156:3 156:5
156:13 157:23

**gases** [17] 16:7
17:18 18:1 18:12
30:16 30:19 31:12
54:8 54:13 75:24
76:14 93:8 93:20
94:7 94:8 94:8

**gasoline** [28] 19:17
32:14 39:8 69:11
76:25 78:10 78:14
83:4 83:6 83:8
83:15 83:20 83:25
84:4 86:5 90:18
90:20 91:1 91:14
94:16 116:5 131:10
153:1 153:20 154:6
155:5 155:18 155:22

**gave** [4] 70:25 82:18
88:16 124:6

**geez** [2] 35:20 116:20

**general** [2] 48:23
62:25 148:18

**generalizing** [1] 152:23

**generally** [3] 16:16
145:12 152:19

**generated** [5] 55:17
57:5 57:10 57:15
76:14

**generates** [1] 59:14

**generation** [1] 80:8

**get** [27] 9:18 24:4
27:11 35:25 41:16
42:20 42:21 51:1
64:20 79:25 80:24
100:16 106:10 116:21
116:22 119:19 120:7
120:24 141:25 142:16
148:12 152:8 154:18
157:17

**gets** [5] 12:25 31:14
41:7 85:21 147:9

**getting** [9] 4:25
20:18 22:11 38:24
119:10 131:24 152:6
157:7 163:19

**give** [42] 4:18 12:12
13:3 18:17 37:23
61:16 105:10 105:17
124:24 145:2 149:22
150:4

**given** [7] 12:20 13:4
26:20 31:22 89:13
122:15 150:11

**gives** [1] 11:19

**giving** [4] 78:25
88:23 96:7 96:11

**go** [28] 9:9 30:22
30:25 31:18 33:11
36:18 38:12 41:10

43:20 43:23 52:13
64:8 64:24 69:25
71:21 77:6 95:2
97:12 112:12 121:25
125:19 130:2 134:2
134:7 140:6 144:19

**goes** [1] 29:17

**going** [40] 14:14
23:8 30:1 34:14
34:20 35:21 38:9
40:11 48:4 48:22
51:1 52:19 52:20
55:16 82:19 84:13
90:10 94:5 96:14
103:25 109:24 115:14
116:21 116:21 127:20
135:19 139:4 141:25
143:4 143:9 145:22
151:7 152:10 154:23
154:24 154:24 155:1
161:16 162:12 162:14

**gone** [7] 15:11 15:16
70:24 84:17 97:22
98:6 137:7

**good** [5] 24:22 42:17
45:24 48:8 96:9

**gospel** [1] 41:9

**got** [44] 9:9 9:12
10:24 12:5 12:5
20:17 32:20 38:3
51:4 53:21 56:1
60:5 60:10 63:2
63:23 65:10 70:13
71:8 71:9 75:1
75:5 78:20 84:6
99:25 100:19 116:6
116:7 124:5 126:5
128:7 128:12 131:9
137:9 140:16 143:1
143:7 150:1 151:15
151:15 153:22 158:11
158:15 160:10 162:17

**gotten** [6] 91:14
100:23 125:1 156:18
156:18 158:20

**governing** [1] 108:25

**greater** [1] 76:1

**ground** [1] 125:15

**guarantee** [1] 72:7

**Guard** [1] 5:3

**guess** [10] 31:15
55:21 58:6 65:5
76:14 89:21 90:15
102:1 137:25 144:4

**guesses** [1] 19:8

**guideline** [1] 46:1

**guidelines** [1] 45:5

**gunpowder** [1] 86:3

**guy** [1] 41:6

**guys** [2] 58:22 116:16

**H2O** [1] 143:3

**had** [154] 5:12 7:7
7:12 7:16 7:19
7:25 9:8 9:8
9:11 13:6 13:10
13:10 14:4 14:6
19:7 19:10 19:13
19:14 20:17 24:21

24:25 26:10 26:11
40:11 42:24 43:1
44:15 46:19 50:12
51:5 53:7 53:17
56:2 57:20 58:8
59:5 59:8 60:1
60:3 60:7 60:14
60:19 60:22 60:24
61:11 61:21 61:22
62:2 62:11 63:18
66:2 67:16 70:14
73:1 73:2 73:3
73:7 73:11 74:5
74:6 74:11 74:14
74:17 74:19 75:22
75:23 76:4 76:10
76:13 76:24 76:25
77:7 77:8 77:8
77:14 81:20 83:14
83:20 84:2 84:9
84:16 85:16 85:24
86:23 87:9 87:19
89:14 90:14 91:14
92:23 95:17 96:1
97:20 97:21 97:25
100:14 100:22 101:23
102:7 104:16 104:18
105:2 105:6 105:10
105:19 107:20 108:3
108:4 108:11 108:20
110:10 111:12 113:4
114:5 114:13 114:20
115:8 116:17 117:9
117:19 118:9 118:23
119:24 122:19 123:3
125:14 125:14 125:24
131:3 132:23 132:24
133:1 133:2 133:3
135:21 135:24 137:4
139:18 153:2 153:4
155:10 156:18 160:17
160:23 160:25 161:17
162:22 162:24 163:2
163:3 163:4 163:13
163:13 163:15

**hadn't** [3] 23:15
58:21 80:8

**Haitian** [1] 148:13

**half** [5] 84:16 129:12
129:14 135:12 135:15

**hallway** [1] 38:6

**hand** [4] 10:23 105:15
107:11 165:11

**handrails** [1] 96:25

**handwritten** [1] 46:18

**hanging** [2] 38:6
38:6

**happen** [5] 9:17
9:23 10:2 90:9
151:12

**happened** [6] 23:12
24:9 70:16 75:15
76:10 153:15

**happens** [2] 132:20
163:21

**happy** [1] 147:7

**has** [33] 11:4 12:25
14:21 15:18 17:21
21:23 24:2 27:24
28:3 31:4 32:4
32:13 33:13 40:19

Case 0:00-cv-06922-JAL   Document 107   Entered on FLSD Docket 08/08/2001   Page 53 of 73

NARANJO vs. STEPHEN D. SMITH                    Condensit™                                          hasn't I

| | | |
|---|---|---|
| 42:24 | 44:13 | 44:15 |
| 48:19 | 50:15 | 59:15 |
| 78:20 | 81:12 | 109:19 |
| 136:9 | 150:10 | 150:11 |
| 150:23 | 150:24 | 154:22 |
| 155:17 | 155:18 | 156:22 |
| 156:23 | | |

**hasn't** [1]          42:25

**hatches** [4]          25:14
26:14   28:1   28:4

**have** [359]          4:20
4:22   5:2   5:4
5:12   5:18   5:24
6:9   6:17   7:4
7:6   7:15   7:15
8:4   8:8   8:8
8:13   8:20   8:20
11:21   12:4   12:7
12:9   12:9   12:15
13:4   14:6   15:1
15:11   15:16   16:3
16:6   16:7   16:10
16:13   16:19   17:4
17:5   18:25   19:15
19:18   19:22   22:17
23:5   23:6   23:20
23:23   24:9   24:15
24:24   24:24   25:9
25:16   26:20   26:22
27:12   29:20   30:4
30:6   30:6   32:7
33:14   33:18   35:20
35:23   36:4   36:8
37:1   37:2   37:7
38:1   38:12   38:15
39:20   39:24   39:25
40:10   40:16   40:24
41:2   41:12   41:16
41:19   41:25   42:5
42:9   43:17   43:19
44:6   44:16   45:9
45:16   46:15   46:18
46:19   46:25   47:1
47:24   48:6   48:18
48:24   50:5   50:13
51:4   52:20   52:21
52:22   54:13   56:2
56:22   57:13   57:15
57:20   57:22   58:4
58:21   59:5   61:1
61:5   61:11   61:18
62:1   62:3   62:22
63:7   63:14   63:15
63:19   64:3   64:10
64:15   65:17   65:20
65:22   66:24   67:7
67:8   67:10   67:14
67:15   67:16   68:2
68:4   68:4   68:8
68:11   68:20   70:17
70:21   70:24   71:1
71:1   71:5   71:16
72:20   73:18   73:20
73:25   75:25   76:4
76:7   76:9   76:17
78:13   78:18   78:19
80:13   81:10   83:5
83:11   84:17   85:11
85:15   86:16   86:24
87:20   87:23   88:17
90:21   91:7   91:8
92:18   92:23   93:12
93:21   94:15   95:14

| | | |
|---|---|---|
| 95:17 | 95:19 | 95:22 |
| 95:24 | 96:6 | 97:3 |
| 97:14 | 97:15 | 97:22 |
| 98:5 | 98:18 | 99:1 |
| 99:13 | 99:20 | 99:22 |
| 99:25 | 102:19 | 102:24 |
| 103:1 | 103:2 | 103:3 |
| 103:10 | 104:12 | 105:11 |
| 105:14 | 106:5 | 106:9 |
| 106:10 | 106:11 | 106:14 |
| 106:18 | 107:11 | 108:2 |
| 108:3 | 108:8 | 108:11 |
| 108:19 | 108:22 | 110:2 |
| 110:11 | 110:22 | 110:25 |
| 111:6 | 111:7 | 111:9 |
| 111:19 | 111:20 | 112:17 |
| 113:18 | 114:18 | 114:20 |
| 115:4 | 115:15 | 115:23 |
| 116:1 | 116:9 | 116:11 |
| 116:11 | 118:11 | 118:15 |
| 119:3 | 119:4 | 119:5 |
| 120:12 | 121:9 | 121:11 |
| 121:19 | 123:5 | 123:22 |
| 124:5 | 124:8 | 124:10 |
| 124:12 | 124:17 | 124:23 |
| 125:1 | 125:4 | 125:22 |
| 126:12 | 126:16 | 126:24 |
| 127:17 | 127:23 | 128:4 |
| 128:11 | 128:15 | 128:24 |
| 129:20 | 129:22 | 130:2 |
| 130:25 | 131:20 | 131:24 |
| 132:3 | 132:6 | 132:9 |
| 132:10 | 132:13 | 134:6 |
| 134:9 | 137:1 | 137:4 |
| 137:5 | 137:7 | 137:19 |
| 137:19 | 137:21 | 137:21 |
| 138:2 | 140:4 | 142:22 |
| 142:23 | 142:24 | 143:1 |
| 143:7 | 143:17 | 143:23 |
| 144:15 | 145:7 | 145:8 |
| 146:24 | 147:24 | 149:17 |
| 149:18 | 151:22 | 151:23 |
| 152:10 | 153:8 | 153:9 |
| 153:14 | 153:16 | 153:17 |
| 154:10 | 154:15 | 155:8 |
| 155:9 | 155:10 | 155:10 |
| 155:12 | 155:22 | 155:24 |
| 156:3 | 156:11 | 156:16 |
| 156:17 | 156:18 | 156:18 |
| 156:20 | 156:25 | 157:1 |
| 157:3 | 157:3 | 157:10 |
| 157:14 | 157:24 | 158:7 |
| 158:17 | 158:19 | 158:19 |
| 158:20 | 158:20 | 158:21 |
| 159:7 | 160:25 | 161:1 |
| 161:17 | 161:17 | 162:6 |
| 162:10 | 162:15 | 163:11 |
| 163:12 | | |

**haven't** [1]          18:18
43:19   122:14

**having** [6]          4:4
15:15   105:21   132:11
135:17   143:10

**hazard** [2]          51:5
120:18

**hazardous** [2]          29:3
98:5

**hazards** [3]          43:2
44:8   44:17

**he** [68]          9:9   9:12
9:13   13:17   14:2
14:3   14:4   14:14

| | | |
|---|---|---|
| 34:19 | 35:1 | 35:8 |
| 35:10 | 35:11 | 35:14 |
| 36:3 | 40:1 | 40:10 |
| 40:11 | 40:12 | 40:15 |
| 40:16 | 42:4 | 42:9 |
| 42:24 | 43:2 | 48:20 |
| 48:20 | 48:21 | 49:3 |
| 50:25 | 57:18 | 58:1 |
| 60:21 | 95:14 | 95:17 |
| 95:19 | 96:5 | 96:5 |
| 97:20 | 97:20 | 97:21 |
| 97:25 | 98:1 | 98:2 |
| 98:5 | 98:5 | 98:8 |
| 98:9 | 98:10 | 98:14 |
| 98:14 | 98:15 | 98:18 |
| 117:16 | 117:21 | 119:15 |
| 119:20 | 145:17 | 145:17 |
| 146:11 | 146:17 | 146:18 |
| 148:21 | 149:11 | 158:11 |
| 158:15 | 158:19 | 159:14 |

**head** [10] 6:19          33:11
77:21   81:17   83:14
105:11   110:24   141:12
144:1   144:15

**hear** [4]   41:4          49:7
131:16   139:3

**heard** [3] 115:6          121:19
132:11

**hearing** [1]          132:21

**heat** [7]   48:10          48:11
155:4   157:13   159:2
160:19   160:20

**heated** [1]          32:6

**heating** [1]          159:10
159:16

**heaved** [2]          25:24
26:5

**heavier** [1]          94:4
94:14

**heavy** [1]          104:3

**held** [5]   65:17          65:20
68:5   68:8   137:5

**hell** [1]   94:20

**help** [3]   7:14          16:17
139:4

**Henderson**          7:5
13:16

**Henry** [1]          1:6
39:18   39:25

**her** [2]   73:11   73:13

**here** [35] 11:18   13:1
13:18   15:14   22:15
28:19   36:1   38:3
38:11   52:21   56:1
60:22   63:20   69:4
77:16   78:23   79:8
84:1   102:16   106:11
109:14   109:15   113:18
124:14   125:1   128:19
128:21   134:25   135:11
141:22   141:22   147:6
147:18   155:21   162:15

**hey** [2]   52:5   56:1

**high** [6]   23:25   24:1
58:2   60:18   60:24
69:11

**higher** [1]          84:20

**highly** [1]          25:8

**Highway** [1]          2:22

**him** [8]   13:17          27:11
35:12   40:25   42:14
49:3   128:8   146:19

**himself** [1]          44:21

**hindsight** [1]          48:25

**hire** [1]   127:4

**hired** [2] 87:14          87:17

**his** [7]   9:9          42:11
42:15   43:10   44:22
98:18   99:18   103:22
106:24

**history** [5]          60:4
78:4   89:13   90:24
91:6

**hold** [2]   104:4          117:10

**holds** [1] 109:16

**hole** [18]   35:18          51:10
51:12   55:1   103:23
103:24   104:2   104:7
104:8   104:14   160:3
160:7   160:12   161:11
161:11   161:19   161:22
163:9

**holes** [9] 50:21          54:20
54:24   55:5   55:9
67:10   103:20   107:21
107:22

**hollow** [10]          96:13
96:16   96:19   96:21
96:23   96:25   97:4
97:8   127:19   155:11

**Hollywood** [1]          4:13

**home** [1] 157:17

**honest** [3]          39:13
117:25   124:15

**hose** [13]   17:21          17:22
18:3   18:13   51:13
51:14   54:22   55:23
61:1   61:23   104:13
112:14   112:17

**hot** [22]   5:23          8:9
30:1   31:1   32:4
37:18   45:11   93:24
109:13   111:14   127:20
134:15   134:18   134:18
135:1   149:4   149:5
153:25   156:15   156:16
156:17   157:17

**hotter** [1]          158:4

**hours** [2] 65:5          65:7

**how** [47]   15:9          10:9
10:11   11:25   12:4
12:5   18:3   18:20
25:7   26:2   28:4
31:15   35:16   41:16
50:4   64:23   67:12
82:22   99:20   105:6
105:11   107:24   109:4
112:12   115:21   123:1
124:22   128:15   130:16
131:8   131:19   135:7
138:18   151:11   151:14
151:15   151:16   151:19
152:5   154:23   154:24
156:16   156:16   156:17

**however** [1]          45:5

**hull** [3] 79:15          80:6
82:24

**human** [2]          29:7
29:8

**humidity** [2]          59:18
60:10

**hundred** [19]          5:3
45:21   69:10   117:2
129:8   139:17   144:14
147:1   147:11   147:18
151:6   152:3   152:4
152:9   154:16   157:14
158:4   159:3   159:10

**hydraulic** [3]          34:15
42:19   84:12

**hydrocarbon** [1] 16:10

**hydrogen** [67]          17:20
23:19   23:21   24:2
24:14   24:22   52:23
53:20   54:19   55:14
55:16   55:19   56:5
56:22   57:4   57:8
57:9   58:14   59:14
60:25   61:6   61:9
61:24   62:4   79:5
79:10   80:8   81:8
85:19   85:19   114:4
115:11   115:19   116:22
116:22   117:6   124:7
132:16   133:5   133:18
139:16   139:16   141:10
142:19   142:23   142:24
143:2   143:5   143:19
144:5   144:13   159:5
161:16   161:23   162:1
162:2   162:3   162:5
162:6   162:22   162:24
163:2   163:3   163:5
163:6

**hygienist** [1]          127:6

**hypothetically** [1]
22:1

**I** [687]          3:6   4:20
4:22   5:2   6:4
5:8   6:1   6:4
6:9   6:16   6:16
6:16   6:18   6:20
7:14   7:19   7:21
7:24   8:4   8:8
8:15   8:17   8:20
8:20   9:8   9:11
9:19   10:21   10:25
11:14   11:22   13:3
13:9   13:9   13:12
13:13   13:14   13:15
13:15   13:16   13:25
14:8   14:12   14:12
14:13   14:13   14:21
14:25   14:25   15:9
15:11   15:24   15:25
15:24   16:2   16:2
16:3   16:4   16:7
16:8   16:11   16:12
16:16   16:18   17:3
17:4   17:5   17:7
18:5   19:5   19:10
19:9   19:9   19:10
19:11   19:16   19:20
19:21   19:22   20:11
20:17   20:20   21:12

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 21:14 | 22:8 | 22:9 | 73:5 | 73:5 | 73:18 | 121:11 | 121:19 | 122:8 |
| 22:19 | 23:10 | 24:9 | 73:24 | 74:4 | 74:23 | 122:14 | 122:15 | 122:15 |
| 24:24 | 25:5 | 25:20 | 75:1 | 75:7 | 75:12 | 122:19 | 122:22 | 122:3 |
| 25:22 | 25:24 | 25:25 | 75:14 | 75:16 | 75:18 | 123:9 | 123:12 | 124:1 |
| 26:1 | 26:2 | 26:3 | 75:19 | 75:19 | 76:14 | 124:4 | 124:10 | 124:11 |
| 26:4 | 26:6 | 26:7 | 76:21 | 76:22 | 76:23 | 124:15 | 124:25 | 125:2 |
| 26:10 | 26:11 | 26:13 | 77:3 | 77:7 | 77:12 | 125:10 | 125:21 | 126:5 |
| 27:2 | 27:10 | 27:14 | 77:12 | 77:15 | 77:15 | 128:3 | 128:7 | 128:11 |
| 27:18 | 27:24 | 28:3 | 77:15 | 77:16 | 77:16 | 128:17 | 129:20 | 129:22 |
| 28:18 | 29:4 | 29:7 | 77:19 | 77:20 | 78:2 | 130:2 | 130:3 | 130:10 |
| 30:21 | 31:15 | 31:15 | 78:4 | 78:11 | 78:14 | 130:12 | 130:14 | 131:2 |
| 33:2 | 33:8 | 33:15 | 78:17 | 78:17 | 78:20 | 131:11 | 131:16 | 131:21 |
| 33:15 | 33:16 | 34:12 | 78:20 | 78:22 | 79:3 | 131:23 | 132:22 | 133:10 |
| 35:25 | 36:17 | 36:18 | 79:17 | 79:17 | 79:17 | 133:11 | 133:11 | 133:23 |
| 37:6 | 37:19 | 37:19 | 79:19 | 79:21 | 79:23 | 134:1 | 134:6 | 134:7 |
| 38:1 | 38:12 | 38:24 | 80:8 | 80:9 | 80:9 | 134:9 | 134:11 | 134:12 |
| 39:5 | 39:6 | 39:12 | 80:11 | 80:11 | 80:25 | 134:14 | 135:14 | 135:20 |
| 39:20 | 39:20 | 40:15 | 81:6 | 81:12 | 81:14 | 135:20 | 136:3 | 136:4 |
| 40:17 | 40:18 | 40:18 | 81:17 | 82:2 | 82:11 | 136:6 | 136:16 | 136:19 |
| 40:20 | 40:24 | 40:24 | 82:12 | 82:13 | 82:15 | 136:21 | 137:7 | 137:7 |
| 40:25 | 41:2 | 41:4 | 82:16 | 82:20 | 82:21 | 137:9 | 137:11 | 137:15 |
| 41:6 | 41:9 | 41:9 | 82:25 | 83:1 | 83:2 | 137:15 | 137:16 | 137:17 |
| 41:10 | 41:10 | 41:12 | 83:11 | 83:12 | 83:12 | 137:24 | 137:25 | 138:10 |
| 41:15 | 41:16 | 41:19 | 83:13 | 83:15 | 84:1 | 138:12 | 138:15 | 138:17 |
| 41:24 | 43:25 | 45:2 | 84:14 | 84:21 | 85:8 | 138:17 | 138:21 | 139:1 |
| 43:16 | 43:25 | 45:2 | 85:11 | 85:18 | 86:2 | 139:1 | 139:3 | 139:3 |
| 45:8 | 45:9 | 45:16 | 86:4 | 86:9 | 86:10 | 139:4 | 140:16 | 140:16 |
| 45:16 | 45:17 | 45:20 | 86:10 | 86:12 | 86:22 | 141:11 | 141:12 | 142:5 |
| 45:21 | 46:9 | 46:17 | 86:23 | 86:23 | 86:24 | 142:7 | 142:8 | 142:8 |
| 46:22 | 46:22 | 46:22 | 87:2 | 87:13 | 87:17 | 142:11 | 142:16 | 142:22 |
| 47:16 | 47:17 | 47:19 | 87:19 | 87:19 | 88:1 | 142:22 | 143:25 | 144:4 |
| 49:7 | 49:21 | 49:25 | 88:8 | 88:12 | 88:16 | 144:14 | 144:15 | 144:20 |
| 50:2 | 50:2 | 50:4 | 88:20 | 89:2 | 89:3 | 145:7 | 145:24 | 146:5 |
| 50:5 | 50:10 | 50:19 | 89:9 | 89:21 | 90:14 | 146:22 | 146:23 | 146:24 |
| 50:20 | 50:23 | 51:2 | 90:15 | 90:17 | 90:17 | 147:5 | 147:7 | 147:14 |
| 51:9 | 51:21 | 52:4 | 90:18 | 90:23 | 91:13 | 147:16 | 147:16 | 148:6 |
| 52:15 | 52:18 | 53:3 | 91:20 | 91:24 | 92:1 | 148:10 | 148:12 | 148:12 |
| 53:5 | 53:5 | 53:5 | 92:1 | 92:4 | 92:4 | 148:14 | 148:16 | 149:1 |
| 53:7 | 53:21 | 53:23 | 92:9 | 92:9 | 92:18 | 149:22 | 149:23 | 149:24 |
| 54:6 | 54:15 | 54:18 | 94:1 | 97:5 | 97:14 | 149:25 | 150:1 | 150:12 |
| 54:21 | 54:22 | 55:4 | 97:20 | 97:25 | 98:1 | 150:15 | 151:23 | 152:5 |
| 55:7 | 55:7 | 55:12 | 98:8 | 98:10 | 98:12 | 152:7 | 152:21 | 152:24 |
| 55:13 | 55:21 | 55:23 | 99:12 | 100:9 | 100:25 | 153:19 | 154:7 | 154:25 |
| 56:14 | 56:16 | 56:18 | 101:3 | 101:8 | 101:13 | 155:7 | 156:12 | 156:15 |
| 56:18 | 56:21 | 56:25 | 101:14 | 101:20 | 101:23 | 157:5 | 157:6 | 158:11 |
| 57:13 | 57:14 | 57:15 | 102:1 | 102:2 | 102:2 | 157:18 | 158:17 | 158:17 |
| 57:17 | 57:22 | 58:6 | 102:3 | 102:7 | 102:11 | 159:4 | 159:6 | 159:7 |
| 58:11 | 58:17 | 58:17 | 102:17 | 102:22 | 102:22 | 159:12 | 159:17 | 159:18 |
| 58:18 | 58:22 | 59:3 | 102:23 | 102:25 | 103:3 | 159:25 | 160:22 | 160:22 |
| 59:10 | 59:17 | 59:20 | 103:5 | 103:7 | 103:10 | 160:25 | 161:17 | 165:8 |
| 59:22 | 59:22 | 59:24 | 103:18 | 103:23 | 103:24 | 166:5 | 166:6 | 166:10 |
| 59:25 | 60:2 | 60:9 | 103:24 | 104:1 | 104:6 | 166:10 | | |
| 60:10 | 60:13 | 60:18 | 104:11 | 104:23 | 104:23 | | | |
| 60:23 | 60:25 | 61:16 | 105:8 | 105:17 | 105:18 | | | |
| 61:18 | 62:6 | 62:11 | 106:1 | 106:1 | 106:3 | | | |
| 62:11 | 62:12 | 62:13 | 106:3 | 106:6 | 106:7 | | | |
| 62:14 | 62:22 | 63:17 | 106:9 | 106:24 | 107:18 | | | |
| 63:17 | 63:18 | 63:18 | 107:23 | 107:23 | 108:19 | | | |
| 64:1 | 64:4 | 64:4 | 111:2 | 111:6 | 111:19 | | | |
| 64:14 | 64:15 | 65:5 | 111:20 | 112:1 | 112:3 | | | |
| 65:8 | 65:10 | 65:12 | 112:11 | 112:18 | 112:18 | | | |
| 65:13 | 65:14 | 65:22 | 113:24 | 113:25 | 114:11 | | | |
| 66:1 | 66:2 | 66:24 | 114:12 | 115:1 | 115:4 | | | |
| 67:6 | 67:8 | 67:10 | 115:5 | 115:15 | 115:16 | | | |
| 67:15 | 67:16 | 67:18 | 116:5 | 116:6 | 116:7 | | | |
| 68:11 | 69:3 | 69:6 | 116:13 | 116:13 | 116:15 | | | |
| 69:12 | 69:22 | 70:9 | 116:18 | 117:12 | 117:12 | | | |
| 70:10 | 70:10 | 70:13 | 117:22 | 117:22 | 117:23 | | | |
| 70:14 | 70:14 | 70:15 | 118:5 | 118:19 | 118:24 | | | |
| 70:17 | 70:25 | 71:1 | 119:9 | 119:9 | 119:11 | | | |
| 71:3 | 71:4 | 71:5 | 119:12 | 119:15 | 119:17 | | | |
| 71:6 | 71:7 | 71:7 | 119:22 | 120:4 | 120:4 | | | |
| 71:16 | 71:16 | 71:20 | 120:4 | 120:6 | 120:8 | | | |
| 72:2 | 72:5 | 72:9 | 120:12 | 120:15 | 121:5 | | | |

**ignitable [8]** 139:10 140:1 140:3 140:22 141:9 141:13 142:13 150:13

**ignite [6]** 140:15 140:19 140:20 142:21 157:3 162:12

**I'll [2]** 15:2 38:11

**I'm [1]** 47:21

**idea [9]** 38:13 66:24 73:18 83:11 85:11 92:18 111:6 158:17 160:8

**ideas [1]** 20:2

**identify [3]** 44:10 147:24 148:2

**if [173]** 6:20 7:14 8:22 9:6 9:9 9:12 10:20 13:6 14:12 14:14 17:17 17:25 18:1 18:7 18:20 21:1 21:3 21:14 21:16 21:23 23:25 24:20 24:21 24:25 26:6 28:3 29:25 30:8 30:10 30:12 30:12 30:16 30:18 30:18 30:23 32:2 32:12 33:10 33:12 33:16 34:15 35:17 35:19 36:14 36:19 36:25 37:2 37:16 39:8 40:22 43:4 43:18 44:7 47:25 48:6 51:17 51:19 53:20 54:12 54:12 55:13 55:16 56:1 57:4 57:14 60:23 60:24 63:10 63:22 63:23 63:25 67:7 76:10 78:17 80:19 82:25 83:15 83:25 85:17 86:13 87:7 87:9 88:5 88:6 90:9 92:8 94:7 94:14 95:13 95:16 96:19 97:25 98:5 98:18 100:17 102:11 102:23 103:5 104:6 105:10 106:5 106:7 108:15 109:8 109:23 111:12 114:15 115:2 116:20 118:14 119:2 119:9 126:8 126:9 132:15 133:10 136:6 138:10 138:17 138:21 139:1 139:5 139:16 139:18 140:2 140:4 140:8 140:9 140:11 140:12 140:13 140:18 141:25 142:2 142:8 142:21 143:1 144:4 145:19 145:19 146:17 147:7 148:10 149:9 149:19 150:2 150:17 150:20 150:22 151:5 151:8 152:7 153:17 157:10 157:16 158:11 159:2 159:14 160:1 160:4 160:12 160:17 162:2 162:6 162:10 162:22 162:24 163:1 163:3 163:15 163:13 163:13 163:15

**ignite [6]** 140:15 140:19 140:20 142:21 157:3 162:12

**ignited [3]** 18:25 85:16 150:21

**ignition [10]** 22:15 99:3 142:13 143:8 152:2 156:6 157:8 157:22 157:25 158:1

**imagine [1]** 148:17

**impression [4]** 75:1 75:5 137:9 147:17

**in [426]** 1:22 1:23 4:12 4:21 4:25 5:5 6:20 7:7 7:10 8:7 8:9 8:11 8:12 9:6 9:8 9:9 9:12 11:12 11:21 12:16 12:16 12:17 13:7 13:10 13:19 15:10

NARANJO vs. STEPHEN B. SMITH                    Condensit                    in-house it

| | | |
|---|---|---|
| 97:23 | 98:3 | 98:8 |
| 99:14 | 99:25 | 100:14 |
| 100:16 | 100:22 | 101:2 |
| 102:13 | 102:20 | 103:10 |
| 103:20 | 104:24 | 105:2 |
| 105:7 | 105:9 | 105:25 |
| 106:1 | 106:11 | 106:18 |
| 107:17 | 107:22 | 108:24 |
| 109:14 | 109:15 | 110:10 |
| 110:19 | 111:3 | 111:13 |
| 111:16 | 111:24 | 112:10 |
| 112:13 | 112:25 | 113:3 |
| 113:9 | 113:14 | 113:16 |
| 113:20 | 114:8 | 114:10 |
| 114:10 | 114:23 | 114:25 |
| 115:14 | 115:15 | 115:24 |
| 116:18 | 117:6 | 117:10 |
| 117:10 | 117:20 | 118:14 |
| 118:17 | 118:22 | 119:24 |
| 120:5 | 121:17 | 121:19 |
| 121:20 | 121:21 | 122:9 |
| 122:23 | 122:23 | 123:13 |
| 123:16 | 123:20 | 123:24 |
| 124:2 | 124:7 | 124:11 |
| 124:18 | 124:22 | 124:24 |
| 125:4 | 125:4 | 125:5 |
| 125:6 | 125:10 | 125:22 |
| 125:22 | 126:1 | 126:3 |
| 126:11 | 126:11 | 126:12 |
| 127:5 | 127:16 | 127:17 |
| 127:18 | 127:24 | 128:3 |
| 128:4 | 128:4 | 128:5 |
| 128:8 | 128:11 | 128:16 |
| 128:17 | 129:3 | 130:8 |
| 130:10 | 130:13 | 130:14 |
| 130:15 | 130:22 | 130:25 |
| 131:3 | 131:12 | 131:17 |
| 132:11 | 132:18 | 132:23 |
| 133:9 | 134:25 | 135:3 |
| 135:6 | 135:6 | 136:9 |
| 136:10 | 136:22 | 137:13 |
| 138:23 | 140:2 | 142:18 |
| 142:20 | 143:11 | 143:24 |
| 144:2 | 144:12 | 145:16 |
| 146:3 | 146:7 | 146:25 |
| 146:25 | 146:25 | 147:9 |
| 147:11 | 147:18 | 148:13 |
| 148:15 | 148:16 | 148:19 |
| 149:10 | 150:3 | 150:10 |
| 150:12 | 150:13 | 151:9 |
| 151:18 | 151:19 | 152:6 |
| 152:19 | 153:2 | 153:6 |
| 153:17 | 153:20 | 155:10 |
| 155:12 | 156:8 | 156:16 |
| 157:10 | 157:13 | 157:16 |
| 157:19 | 158:18 | 159:12 |
| 159:14 | 159:23 | 162:10 |
| 162:15 | 162:23 | 162:24 |
| 163:2 | 163:15 | 163:20 |
| 166:14 | | |

**in-house** [1]              127:5

**INC** [1]   1:10

**inch** [10] 18:6          18:9
20:8     53:2     54:2
104:10   135:12   135:12
135:15   160:15

**inches** [1]                 58:2
75:9     84:12   136:23

**incident** [14]             15:10
17:9     41:5    51:6
54:23    54:25   57:24
57:24    71:9    74:2
77:2     99:2    108:10

**111**:5

**incidentally** [1] 10:24
**incidents** [1]          62:12
**included** [1]       81:16
**including** [5]      17:15
46:13    117:9   134:19
134:20

**incorporated** [1]
47:1

**incorrect** [1]     155:13
**independent** [1] 132:13
**indicated** [1]     153:16
**indicates** [1]       152:8
**indicator** [1]       10:13
**individual** [2]     12:12
44:6

**individuals** [1] 47:1
**industral** [1]     127:6
**industries** [1]     64:16
**industry** [12]       46:7
64:11   64:11   64:13
68:20   69:3    109:1
126:19  126:23  131:18
132:23  148:19

**inert** [1] 140:6

**information** [11]
37:24   42:20   43:12
46:24   76:24   83:20
84:1    88:25   97:3
115:6   124:6

**initially** [1]         107:19
**injured** [2]           14:5
125:16

**inorganic** [1]     123:4
**input** [1] 120:10
**inside** [9]            18:5
32:12   95:12   102:3
156:17  156:19  161:21
163:1   163:13

**inspect** [12]          5:21
15:22   25:20   25:21
35:2    49:11   49:18
49:19   50:11   109:8
127:14  127:15

**inspected** [10]        8:8
8:20    8:21    31:4
36:24   40:20   72:20
101:14  102:17  147:24

**inspection** [8]       8:2
31:8    36:6    70:10
72:6    110:15  113:15
146:14

**inspections** [2]   5:17
110:19

**install** [1]         107:20
**installed** [4]       84:13
137:14  138:3   138:15

**instance** [6]         40:1
48:16   114:9   114:10
154:7   154:13

**instead** [3]           48:4
84:18   122:7

**instructions** [1] 8:21
**instrument** [3]     17:18
18:11   64:22

**instruments** [2] 17:14

| | | |
|---|---|---|
| 31:9 | | |

**intentionally** [1]
9:20

**interaction** [8]    81:11
114:6    114:7    115:2
115:10   132:16   133:5
133:18

**interchangeably** [1]
142:14

**interested** [1]    166:14
**interface** [1]     82:20
**interior** [2]      101:15
102:18

**into** [43] 8:13        9:20
12:25   17:22   17:23
18:12   20:7    24:2
28:2    29:9    29:17
30:22   30:25   33:15
36:18   37:5    47:1
48:12   68:18   76:8
81:19   89:23   90:3
90:10   91:15   91:18
91:25   104:14  112:15
112:17  114:22  120:21
120:25  138:5   138:7
138:11  138:12  138:22
139:16  146:20  151:20
157:7   162:9

**invented** [1]      100:13
**investigated** [4] 52:2
99:1     132:3   132:6

**investigation** [6]
46:16   68:9    68:17
78:3     78:5    132:14

**investigations** [1]
17:6

**investigator** [1] 85:1
**involve** [1]      130:19
**involved** [1]       17:5
33:18   44:9    128:8
128:11

**Involvement** [1] 47:8
**involving** [1]     66:19
**iron** [1]   160:14

**is** [425]   4:11       4:21
4:24     5:5     5:10
6:22     6:24    7:2
8:3      8:5     8:6
8:9      8:10    8:13
8:15     8:19    8:21
8:24     8:25    9:11
9:13     9:15    9:24
9:25     9:25    10:4
10:5     10:5    10:8
10:17    11:5    11:6
11:9     11:18   12:6
12:18    13:1    14:14
15:3     15:18   15:20
15:24    17:1    17:3
17:6     17:12   17:17
17:25    18:2    18:2
18:3     18:5    18:8
20:6     21:19   21:20
21:20    21:21   23:8
23:12    23:24   24:5
24:8     24:8    24:12
24:12    24:22   27:11
27:12    28:10   28:15
28:19    28:21   28:23

| | | |
|---|---|---|
| 29:6 | 29:9 | 29:10 |
| 29:11 | 29:13 | 30:5 |
| 30:8 | 30:10 | 30:12 |
| 30:12 | 30:18 | 30:24 |
| 31:2 | 31:5 | 31:13 |
| 31:14 | 31:16 | 31:17 |
| 31:18 | 31:19 | 31:21 |
| 31:24 | 31:25 | 32:3 |
| 32:4 | 32:5 | 32:14 |
| 32:17 | 33:18 | 34:1 |
| 34:2 | 34:7 | 34:7 |
| 35:1 | 35:2 | 35:13 |
| 35:13 | 35:17 | 36:1 |
| 36:2 | 36:14 | 36:16 |
| 36:19 | 36:20 | 36:23 |
| 36:25 | 37:8 | 38:15 |
| 38:23 | 39:23 | 40:9 |
| 40:13 | 40:14 | 40:16 |
| 40:20 | 40:21 | 41:10 |
| 41:13 | 41:16 | 42:11 |
| 42:15 | 42:25 | 43:2 |
| 43:18 | 43:22 | 44:12 |
| 44:12 | 45:10 | 45:18 |
| 45:21 | 45:23 | 45:24 |
| 46:1 | 46:2 | 46:4 |
| 46:5 | 46:8 | 47:3 |
| 47:4 | 47:22 | 48:5 |
| 48:18 | 48:19 | 48:20 |
| 48:20 | 48:23 | 48:24 |
| 48:25 | 49:2 | 49:3 |
| 50:1 | 50:4 | 50:19 |
| 51:10 | 51:16 | 51:17 |
| 51:19 | 52:1 | 52:5 |
| 53:23 | 55:4 | 55:14 |
| 55:14 | 55:22 | 55:23 |
| 56:8 | 56:20 | 56:25 |
| 57:4 | 57:14 | 57:14 |
| 59:18 | 61:7 | 61:18 |
| 62:13 | 63:12 | 64:7 |
| 64:18 | 64:19 | 64:24 |
| 65:7 | 66:18 | 67:21 |
| 68:19 | 72:9 | 72:14 |
| 73:15 | 77:20 | 78:16 |
| 78:19 | 79:5 | 79:8 |
| 80:1 | 80:13 | 80:14 |
| 80:15 | 80:18 | 80:23 |
| 80:24 | 81:9 | 81:15 |
| 81:16 | 83:1 | 83:17 |
| 83:24 | 85:21 | 85:23 |
| 86:9 | 86:13 | 86:24 |
| 87:23 | 88:10 | 88:24 |
| 89:10 | 90:3 | 90:4 |
| 90:11 | 90:13 | 92:2 |
| 92:21 | 93:23 | 93:24 |
| 93:24 | 94:2 | 94:15 |
| 94:22 | 94:24 | 95:9 |
| 95:20 | 96:4 | 96:6 |
| 96:13 | 96:16 | 96:18 |
| 97:4 | 97:8 | 97:10 |
| 97:11 | 97:13 | 98:8 |
| 98:14 | 100:2 | 100:5 |
| 100:9 | 104:4 | 104:11 |
| 107:15 | 107:16 | 107:18 |
| 108:5 | 108:18 | 109:6 |
| 109:11 | 109:12 | 109:14 |
| 109:15 | 109:19 | 110:6 |
| 110:21 | 111:15 | 115:6 |
| 115:9 | 115:11 | 115:21 |
| 116:3 | 116:19 | 116:22 |
| 118:3 | 118:4 | 119:25 |
| 120:2 | 120:4 | 120:7 |
| 120:21 | 121:5 | 121:17 |
| 122:8 | 122:17 | 123:11 |
| 124:8 | 125:21 | 126:17 |

| | | |
|---|---|---|
| 126:18 | 126:23 | 127:2 |
| 127:9 | 127:9 | 127:10 |
| 128:17 | 129:6 | 129:9 |
| 129:11 | 129:12 | 131:22 |
| 131:23 | 132:2 | 132:3 |
| 132:4 | 133:23 | 133:24 |
| 134:2 | 134:11 | 134:17 |
| 134:23 | 135:18 | 137:25 |
| 138:21 | 138:24 | 139:1 |
| 139:6 | 139:9 | 139:13 |
| 140:5 | 140:18 | 140:21 |
| 140:23 | 140:25 | 141:10 |
| 141:14 | 141:15 | 141:16 |
| 141:22 | 141:24 | 141:24 |
| 142:1 | 142:2 | 142:6 |
| 142:8 | 142:8 | 143:3 |
| 143:16 | 143:22 | 144:4 |
| 144:5 | 144:7 | 145:11 |
| 145:13 | 145:14 | 145:15 |
| 146:2 | 146:7 | 146:9 |
| 146:18 | 146:24 | 147:5 |
| 147:6 | 149:7 | 149:11 |
| 150:5 | 150:13 | 150:20 |
| 150:25 | 151:16 | 152:1 |
| 152:10 | 152:12 | 152:13 |
| 152:18 | 153:19 | 153:19 |
| 153:22 | 154:5 | 154:7 |
| 154:9 | 154:11 | 154:14 |
| 154:19 | 154:20 | 154:21 |
| 154:23 | 154:24 | 155:8 |
| 155:13 | 156:3 | 156:5 |
| 156:12 | 156:12 | 156:25 |
| 157:5 | 157:7 | 157:8 |
| 157:21 | 157:22 | 157:25 |
| 158:1 | 158:3 | 158:4 |
| 158:12 | 158:13 | 158:21 |
| 158:23 | 159:11 | 160:8 |
| 160:9 | 160:12 | 161:12 |
| 161:16 | 161:20 | 161:21 |
| 161:23 | 161:25 | 162:4 |
| 162:9 | 162:12 | 162:18 |
| 163:18 | 163:18 | 163:20 |
| 163:22 | 166:9 | 166:22 |

**isn't** [15] 29:17      35:19
36:19    37:9    48:9
55:23    58:24   59:4
61:3     90:5    97:5
146:24   147:4   152:16
156:8

**it** [488]            5:6       6:7
6:20     7:2     7:3
7:4      7:25    8:7
8:9      8:21    9:9
9:9      9:9     9:17
9:21     9:23    10:6
11:1     11:8    11:10
11:15    11:18   12:4
12:5     12:5    12:6
12:18    13:25   14:22
15:1     15:2    15:6
15:13    17:21   17:23
18:14    18:20   20:11
21:13    21:15   21:16
21:20    21:20   22:3
22:5     23:2    23:23
23:24    24:3    24:5
24:22    24:22   24:22
24:23    25:1    25:6
25:7     25:17   25:20
25:21    26:2    27:22
27:24    28:3    28:18
28:19    28:19   28:19
29:9     29:9    29:16

Case 0:00-cv-06022-JAL  Document 107  Entered on FLSD Docket 08/08/2001  Page 56 of 73

NARANJO vs. STEPHEN B. SMITH  Condensed  it's - LEL

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 29:17 | 30:5 | 30:8 | 109:12 | 109:15 | 109:16 | **items** [1] 138:1 | 100:2 105:15 114:25 | **Larry** [2] 63:23 |

```
29:17    30:5     30:8       109:12   109:15   109:16    items [1] 138:1       100:2  105:15  114:25    Larry [2]        63:23
31:13    31:14    31:18      109:19   109:21   110:1     its [5]               kinds [1] 131:25                           129:21
32:4     32:5     33:6       110:8    110:10   110:16     89:15  135:8  138:10 Kit [1]    130:11          last [7]   13:4    37:11
33:10    34:3     34:7       111:3    111:10   111:17    itself [3] 101:3   147:23 knew [3] 54:24  60:23    41:23  124:22  124:25
35:12    36:5     36:18      112:4    112:14   112:19      157:12                          100:18             128:16  128:18
36:25    39:8     40:14      112:20   114:3    114:14    ivolved [1]      87:9  know [144]         6:16    late [1]    130:14
40:20    41:13    41:24      114:15   119:19   120:6                             10:8   10:21  11:16    later [3]  23:8    59:11
42:13    43:3     43:17      121:3    121:6    121:10    job [17]  39:21   42:1   13:6   13:15  14:10      70:13
44:3     45:2     45:14      121:19   122:14   122:22     43:9   43:12  43:18   14:24  18:8   18:11    Laurence [1]      2:17
45:19    45:21    45:24      124:1    124:9    124:10     43:20  44:9   44:10   18:20  22:8   22:9    law [4]    2:12    5:21
46:1     47:16    48:2       124:11   124:12   125:10     44:14  44:23  47:14   26:2   26:12  27:25     37:9   110:6
48:4     48:14    50:2       125:20   127:16   130:3      48:1   62:13  64:22   28:3   34:12  39:6    lawyers [1]       134:3
50:5     50:16    50:25      131:23   132:20   132:22     105:21 106:24 145:4   39:12  40:15  40:21    lay [3]   66:13   147:16
51:13    51:14    51:17      133:14   133:15   134:13    John [1]  2:21         40:23  40:24  41:10     156:16
51:18    52:4     54:11      134:14   134:15   134:17    Johnson [4]     1:10   41:17  42:23  44:1    laying [2]        56:15
54:15    55:14    55:22      134:17   135:1    135:2      2:14   2:19    121:12  47:16  47:19  56:16     89:15
55:23    56:23    57:14      135:4    135:7    135:12    Join [6]  25:4    26:25 58:20  59:13  60:17    lazarette [91]    13:19
57:16    57:20    57:22      135:14   135:15   135:21     34:25  39:4   39:11   61:5   63:18  64:4      20:3   20:5   21:2
58:20    58:25    59:1       135:21   136:3    136:5      40:4                    66:10  66:11  66:16     21:10  21:11  21:22
59:3     59:12    59:22      136:9    136:20   137:3     Julio [5]  1:21   165:16 66:21  67:1   70:14    22:2   22:25  25:14
60:3     60:7     60:16      137:3    137:4    137:5      166:5  166:17 166:22  70:15  71:3   73:16     26:21  28:2   34:7
60:17    60:21    60:21      137:7    137:16   137:17    July [8]  13:7    13:20 74:16  74:19  74:24    47:14  49:11  49:12
61:1     61:11    61:11      137:18   137:21   138:13     14:9   15:10  23:4    77:12  78:14  79:17     49:18  50:6   50:15
61:18    61:21    61:21      138:24   139:11   139:16     47:2   113:22 159:22  79:18  79:19  80:9      52:10  52:14  54:3
61:22    62:2     62:6       139:16   139:17   139:18    just [53]  5:13    14:3 80:24  83:6   85:9      55:5   56:8   57:23
62:18    63:2     63:19      139:24   140:5    140:5      16:16  18:9   18:19   85:18  86:4   86:12     58:4   66:23  70:19
63:23    64:2     64:2       140:9    140:14   140:19     21:3   25:6   28:18   87:3   87:13  88:12     70:20  74:6   76:5
65:13    66:14    66:23      140:20   141:11   141:24     29:21  38:7   38:8    92:11  96:8   96:18     76:13  77:1   78:1
66:25    67:3     67:4       142:2    142:5    142:8      47:17  50:6   50:9    97:2   97:17  97:25     80:3   80:4   81:25
67:6     67:7     67:15      142:9    142:16   142:21     51:3   51:3   53:7    98:1   98:11  98:15     82:6   83:6   84:8
67:16    67:17    67:19      143:15   143:23   143:24     56:15  61:17  71:6    103:8  103:19  103:23   84:23  85:5   89:5
69:16    69:16    69:20      144:2    144:2    144:15     74:13  77:14  77:21   103:24 104:6  105:18    89:8   89:9   89:15
70:13    70:14    70:16      145:1    145:14   145:15     77:22  80:11  82:15   106:3  106:9  110:22    89:23  90:13  90:22
70:16    70:16    70:17      145:17   145:21   146:2      82:22  83:13  84:18   111:3  112:19  114:11   91:3   91:16  91:23
70:22    71:8     72:2       146:5    146:18   147:4      87:20  103:8  115:17  115:25 116:2  116:5     92:1   92:7   92:13
73:1     73:3     73:6       147:9    147:13   148:2      119:25 120:3  120:15  116:6  116:7  117:18    93:11  95:13  96:2
73:8     73:9     74:13      148:6    148:20   149:3      120:19 121:7  126:25  117:22 119:15  119:22   99:17  100:22  101:3
74:14    74:16    74:17      149:14   149:14   149:18     126:25 137:9  143:25  120:4  120:4  121:5     102:12 103:21  108:14
74:19    75:1     75:5       150:2    150:3    150:4      144:17 146:6  151:18  122:11 128:7  133:14    109:25 112:9  113:4
75:8     75:12    75:12      150:5    150:10   150:12     152:19 154:3  156:4   133:16 134:1  135:23    117:11 117:20  118:1
75:14    76:4     76:4       150:18   150:20   150:20     156:15 157:15  157:16 136:6  136:8  136:16    118:10 119:3  120:6
76:7     76:8     76:8       150:21   150:24   150:25     158:21 160:20  163:22 138:10 139:1  141:9     120:13 121:7  135:6
76:13    76:17    76:20      151:2    151:3    151:7                              141:12 141:13  141:21   135:17 135:24  136:9
77:12    77:13    77:21      151:1    151:8    151:10    Kallen [53]      2:21   141:24 141:25  142:2    136:23 137:14  138:3
77:24    78:13    78:16      151:11   151:14   152:5      2:21   3:15   10:19   142:5  142:21  144:5    149:14 153:3  153:4
78:18    78:18    78:20      154:10   154:15   154:17     11:3   14:20  14:23   144:5  144:14  146:2    151:11 156:19  158:10
79:9     79:17    79:20      156:5    156:2    156:3      15:2   15:5   21:5    147:2  147:5  151:4
79:20    79:22    79:23      156:5    156:6    156:12     25:4   26:24  27:21   151:11 151:15  151:21
80:6     80:24    81:4       156:12   156:14   156:16     27:24  28:9   28:12   152:21 154:7  154:9    lead [5]   66:7    66:8
81:12    81:16    81:16      156:22   156:23   156:23     28:18  34:9   34:25   155:8  155:20  156:14   66:11  66:13  122:7
81:21    82:8     82:12      157:4    157:10   157:13     39:4   39:11  40:4    158:11 158:13  158:15  leak [3]   57:19   60:15
82:16    83:2     83:8       157:15   157:15   157:17     41:21  45:1   50:8    158:17 159:4  159:6     120:22
83:16    83:25    84:2       157:21   158:24   159:1      50:14  71:21  71:24   159:12 159:17  159:25  leakage [1]       103:13
84:8     84:14    84:19      158:9    159:9    159:7      77:5   83:10  86:6    160:22 162:24            leaked [2]        74:11
84:19    85:17    85:24      159:8    159:9    160:17     91:4   91:7   91:9                            74:13
88:4     88:6     88:10      161:6    161:10   161:10    knowledge [11]   44:7   leaks [1] 59:23
88:20    89:7     89:8       161:19   161:20   161:21     44:16  62:12  77:25   104:18 110:9  133:10  learn [5]  58:16   67:21
89:10    90:5     90:14      161:25   162:3    162:3      129:9  129:11  129:14 133:11 133:12  133:13   78:8   99:14  119:23
90:15    90:23    91:13      162:6    162:7    162:7      129:16 129:20  130:1  133:15                 learned [1]       58:11
92:17    92:22    95:15      162:9    162:12   162:13     133:21 134:14  138:19                         58:12  59:5   111:20
95:16    95:19    95:19      162:19   162:20   162:23     141:8  142:17  147:21 known [4]       24:12  least [5]  32:7   44:16
96:6     96:19    97:8       163:1    163:8    163:10     153:11                 24:13  133:6  166:22    106:4  107:25  133:15
97:15    98:17    99:13      163:14   163:16   163:16    keel [1]  121:18       knows [3]        10:11  leave [3]  71:10   85:18
99:25    99:25    100:1      163:18   163:18   163:22    keels [1] 109:7        97:17  148:25            150:18
100:14   100:16   100:18    it's [25]  18:9   25:10     keep [4]  8:18    66:15 L [1]            2:12   leaving [1]       53:2
100:23   101:3    101:11     29:5   38:7   38:10         71:4   139:5           laid [3]  34:19   50:17  left [4]   8:11   8:18
101:21   101:21   102:5      42:17   45:24   48:1                               114:14                  71:1   87:10
102:24   103:5    103:8      48:17   50:10   51:15      Kentucky [1]      2:13  lamp [2] 100:13   100:14
103:16   104:2    104:2      59:6   88:9   132:1        kept [1]  71:1    99:25 large [3] 1:22    38:21 LEL [12] 31:12   139:6
104:3    104:12   105:10     132:1   134:25  138:19     kind [14] 9:3    16:9   104:12                  139:17 143:16  144:5
106:23   107:16   107:18     141:17  143:9   143:9       16:17  18:14  18:23   larger [3]        38:5   144:14 150:25  151:6
108:15   109:9    109:12     145:4   145:14  145:20      24:25  26:5   39:1    56:20  145:25
                                                         41:7   50:24  80:22
```

NARANJO vs STEPHEN B. SMITH
Case 0:00-cv-06632-WJZ Document 107 Entered on FLSD Docket 08/08/2001 Page 57 of 73
Condenser length metals

**152:3** 152:4 152:9
154:16

**length** [1] 77:14

**less** [2] 151:2 152:15

**let** [27] 21:5 27:21
30:25 36:11 41:22
44:2 45:19 47:12
62:21 62:24 77:5
79:24 83:22 90:19
95:21 101:6 102:16
104:25 109:21 111:22
126:4 130:5 136:6
138:20 147:22 152:7
154:2

**let's** [20] 15:5 21:14
32:19 32:21 34:6
34:12 34:16 34:21
51:8 69:15 69:20
69:25 95:2 118:22
120:15 139:14 143:23
150:17 160:13 162:11

**letter** [15] 6:17
13:9 15:9 15:15
15:17 19:21 23:4
46:22 47:2 62:15
78:18 79:2 83:13
83:23 87:21

**level** [9] 31:11 64:21
67:5 112:5 112:10
139:9 139:11 140:7
140:8

**levels** [4] 15:25
16:1 17:16 17:18

**license** [2] 5:3
133:2

**life** [4] 95:7 115:22
116:1 116:8

**light** [1] 100:14

**lighter** [7] 55:14
162:16 162:18 162:25
163:1 163:4 163:5

**like** [62] 11:3 16:14
17:19 17:20 23:24
25:14 25:17 26:6
29:14 37:3 37:14
41:9 47:24 50:9
53:5 56:14 56:18
59:24 64:23 65:2
65:6 71:7 73:6
73:23 74:3 79:4
79:23 80:20 81:15
83:11 86:3 86:23
96:17 97:1 100:9
103:6 104:11 107:23
108:24 110:23 113:25
114:24 115:2 115:16
116:15 121:1 122:15
123:9 124:19 126:16
129:3 131:23 143:23
144:2 147:17 151:2
154:8 157:16 161:20
162:15 162:15 162:16

**likely** [1] 24:9
115:9

**Likewise** [1] 90:20

**limber** [1] 67:9

**limit** [4] 139:13 139:13
143:10 143:22

**limitation** [1] 31:6

**limitations** [1] 8:23

**limited** [1] 28:24

**limits** [2] 30:21
31:12

**line** [2] 101:11 107:3

**lines** [4] 34:15 34:15
42:19 102:21

**liquid** [9] 8:11
30:7 73:21 76:2
76:15 94:8 150:23
155:17 163:7

**liquids** [15] 72:15
78:10 90:2 90:7
90:7 93:12 93:15
93:20 94:5 109:10
137:6 139:15 153:1
153:5 153:8

**liquify** [1] 156:11

**list** [4] 12:7 31:3
78:25 79:2

**listed** [1] 149:18

**lit** [2] 100:14 100:15

**little** [8] 29:5 31:15
33:7 80:12 80:22
80:22 122:17 125:2

**live** [3] 29:8 91:21
91:22 103:12 103:15

**LLP** [1] 2:12

**located** [1] 30:5

**locations** [1] 145:24

**log** [6] 31:3 31:7
110:16 110:18 110:22
146:14

**logic** [1] 32:20

**logical** [1] 97:12

**long** [12] 5:12 7:25
32:13 71:3 73:1
73:2 74:19 75:8
76:20 105:6 143:7
151:11

**longer** [2] 138:24
150:12

**look** [27] 6:12 7:11
13:24 17:19 31:19
38:3 38:8 41:12
44:21 58:9 70:4
79:19 79:23 80:1
80:12 81:1 82:25
83:3 84:8 94:3
114:13 114:21 115:2
135:19 141:11 144:15
159:7

**looked** [27] 16:8
16:20 18:22 22:12
25:14 25:17 26:2
32:14 36:4 37:16
40:11 52:3 52:18
59:8 59:11 66:20
66:23 66:25 70:14
79:17 80:9 80:20
81:13 81:19 81:21
82:5 114:14

**looking** [13] 11:16
23:16 32:16 43:2
64:25 67:19 78:17
80:9 89:3 115:14
127:4 132:18 146:11

**looks** [2] 148:20 149:9

**loose** [1] 53:3

**loosened** [1] 56:15

**lost** [1] 33:6

**lot** [6] 80:15 87:15
87:20 122:19 128:11
131:22

**lots** [1] 124:10

**love** [1] 149:23

**low** [1] 156:12

**lower** [3] 94:3
137:23 139:12

**lying** [1] 89:5

**machinery** [2] 93:10
138:1

**made** [11] 19:8
32:14 40:10 42:5
51:9 60:22 70:10
92:3 137:19 137:21
159:21

**mail** [3] 63:22 63:23
63:25

**mailed** [1] 63:17

**maintain** [1] 110:18

**major** [1] 111:9

**majored** [1] 122:23

**make** [28] 10:1
19:11 36:9 37:21
37:24 40:21 41:8
42:9 44:6 46:10
48:25 51:15 53:19
64:25 72:5 97:7
97:24 109:21 110:15
112:23 118:5 120:23
130:3 146:7 157:11
159:2 159:5 159:6

**makes** [3] 28:5
59:12 62:18

**making** [2] 22:23
98:17

**man** [5] 14:4 48:19
81:1 125:16 128:6

**man's** [1] 122:6

**management** [6] 105:12
106:19 107:4 107:5
107:6 108:12

**Manny** [1] 64:3

**manuals** [2] 115:15
132:10

**Manuel** [1] 2:8

**manufacturer** [2]
62:16 88:1

**manufacturing** [1]
88:5

**many** [12] 28:4
46:6 46:6 46:7
69:6 105:11 107:24
123:1 124:22 128:15
130:16 131:8

**March** [1] 165:12
166:15

**marine** [74] 4:23
5:4 5:10 5:14
5:16 5:17 5:25
8:16 10:10 10:11
12:12 12:22 12:24
13:2 13:6 17:15
23:9 26:21 29:22

**30:9** 31:20 33:21
33:24 37:10 39:15
41:4 46:13 57:6
63:11 64:9 64:21
65:9 66:1 67:20
68:5 68:22 68:22
69:1 69:2 81:23
81:23 82:8 82:8
85:1 85:2 88:23
95:5 96:9 99:7
104:19 105:4 105:8
105:14 108:13 114:1
116:17 117:1 118:23
125:18 126:1 126:18
126:19 126:20 127:3
130:8 130:25 131:12
131:22 132:23 133:1
133:25 135:2 135:3
141:20

**mark** [6] 7:4 13:25
14:18 26:13 58:2
60:19

**marked** [5] 14:21
15:1 15:19 104:24
105:1

**market** [1] 17:14

**marks** [3] 16:22
16:24 39:1

**MARLENE** [1] 1:6

**mask** [1] 48:20

**master** [1] 117:2

**master's** [1] 5:3
133:2

**match** [1] 157:18

**mate** [1] 38:9

**materials** [2] 5:19
5:20

**matter** [5] 6:5
11:2 11:13 37:8
99:24

**may** [39] 5:18 7:15
16:10 17:18 23:5
25:9 29:16 29:16
30:6 35:20 35:23
35:23 39:20 43:5
46:19 46:25 47:24
73:25 77:22 78:13
78:18 78:19 83:5
84:17 90:21 91:7
91:8 102:24 102:25
103:2 103:3 132:10
133:14 138:2 139:25
149:10 149:12 150:13
153:8

**maybe** [14] 7:21
18:9 19:13 27:22
36:18 75:9 75:13
101:11 116:10 116:11
126:9 139:4 156:10
156:15

**me** [80] 7:7 7:13
9:14 10:23 11:7
14:3 21:5 23:1
23:15 27:21 32:23
33:7 35:20 36:11
38:17 41:12 41:17
41:22 44:2 45:19
47:12 49:19 50:5
50:13 52:1 55:13
58:1 58:21 59:1

**60:22** 62:21 62:24
63:22 63:25 64:2
66:6 70:5 74:12
74:13 75:22 77:5
78:13 79:24 80:8
80:19 83:22 87:16
88:9 90:19 90:19
91:21 95:21 101:6
102:16 104:25 105:10
105:23 109:21 111:22
115:17 116:9 121:3
121:6 126:4 126:8
126:9 129:13 130:5
134:12 136:6 138:20
138:25 142:11 147:22
149:23 152:7 154:2
165:10 166:22 166:22

**mean** [35] 41:15
55:23 60:10 60:18
62:6 62:13 67:19
70:18 72:3 78:4
79:18 79:19 86:2
97:5 97:20 101:18
104:23 114:12 115:1
118:20 118:24 119:9
119:11 124:4 128:3
130:9 134:1 138:12
139:21 141:2 148:10
156:12 157:5 157:6
163:3

**means** [2] 28:23
71:18

**meant** [2] 103:2
103:3

**measure** [3] 135:5
135:7 135:8

**measurements** [2]
112:22 112:23

**mechanism** [3] 61:3
61:18 81:13

**meet** [1] 157:25

**meeting** [1] 58:7
59:7 115:7

**meets** [1] 82:23

**melting** [1] 159:11

**members** [3] 19:13
80:14 103:19

**memory** [4] 52:5
77:22 78:16 89:9

**mention** [9] 43:14
83:15 83:25 89:4
90:18 105:3 107:6

**mentioned** [32] 19:14
17:10 19:5 19:14
23:14 44:3 49:24
74:4 76:23 77:4
77:8 77:17 91:21
95:4 101:1 102:16
105:12 105:19 106:1
106:5 106:9 106:14
113:20 113:24 117:23
118:8 124:8 124:10
124:12 131:5 132:13
150:6

**met** [2] 62:22 123:22

**metal** [2] 77:9 113:10

**metals** [2] 72:16
122:12

**meter** [24]                9:9
10:12      10:14      17:11
17:21      17:23      17:24
18:12      36:5       51:13
51:20      53:21      54:19
54:21      55:8       57:8
57:16      60:3       106:10
106:11     112:4      112:7
112:15     112:15

**meters** [2]               18:15
100:9

**methane** [18]             86:6
86:8       93:21      95:6
95:9       95:14      95:25
96:1       99:3       100:2
115:22     141:14     156:2
156:3      156:4      156:10
156:10     156:12

**Miami** [5]                1:15
2:5        2:9        2:18
2:22

**might** [17]               8:12
14:6       16:13      16:19
18:24      19:15      19:18
43:14      51:19      56:2
62:9       67:16      67:18
78:16      98:3       98:4
153:14

**mind** [3] 80:10           80:25
122:15

**mine** [1] 71:7

**mines** [1]                100:6

**minimum** [2]              64:12
144:12

**minors** [1]               100:3

**minus** [1]                154:7

**minute** [3]               29:19
36:11      150:7

**minutes** [1]              41:2
36:19

**misconception** [1]
36:19

**misnomer** [1]             102:25

**mix** [3]  83:7     121:21
151:8

**mixed** [2]                83:7
139:16

**mixture** [16]             139:14
140:1      140:3      140:10
140:11     140:13     140:18
140:24     141:5      142:19
144:6      152:8      152:16
155:2      157:1      162:7

**Mocega** [5]               1:21
165:16     166:16     166:17
166:22

**modifications** [1]
20:19      22:23

**modified** [1]             50:16
64:18

**module** [2]               64:18
64:19

**moisture** [1]             59:18

**monoxide** [2]             10:13
17:20

**month** [13]               22:19
22:22      52:3       56:5
60:13      61:21      66:25
79:15      80:3       81:19
82:6       82:14      103:17

**months** [5]               7:19
73:6       73:12      73:17
93:18

**moot** [1] 83:17

**mop** [1] 150:22

**more** [29]                26:7
29:12      34:9       34:11
37:2       38:16      38:20
38:21      42:20      46:23
58:25      75:18      77:15
80:12      81:15      87:20
100:1      104:6      115:21
116:18     122:20     123:10
123:12     129:18     131:22
132:18     144:17     152:1
154:4

**morning** [1]              6:5

**most** [17]                12:13
23:19      24:8       32:11
79:5       79:6       79:6
79:7       114:3      115:9
115:17     122:8      127:6
146:3      147:17     152:19
161:5

**motor** [1]                77:10

**motors** [2]               19:18
83:8

**move** [1] 57:2

**moved** [1]                53:15
125:15

**movement** [3]             9:5
56:23      137:2

**Mr** [191]  3:11    3:13
3:15       3:17      4:7
4:8        6:6       6:10
10:17      10:19     10:20
10:25      11:3      11:9
11:12      11:24     14:14
14:17      14:20     14:22
14:23      14:25     15:2
15:4       15:5      15:7
19:3       19:4      21:5
21:8       22:7      22:10
23:4       24:17     24:19
25:3       25:4      25:12
26:24      26:25     27:2
27:4       27:9      27:10
27:14      27:18     27:21
27:23      27:24     28:9
28:12      28:13     28:18
29:24      32:22     33:2
33:9       33:20     34:1
34:4       34:5      34:9
34:10      34:14     34:25
35:6       35:8      35:9
39:3       39:4      39:7
39:10      39:11     39:14
40:2       40:4      40:5
40:8       41:18     41:21
41:22      41:23     41:24
44:25      45:1      47:13
50:7       50:8      50:14
51:21      51:24     63:19
63:21      64:2      64:6
69:18      69:19     71:21
71:22      71:24     72:1
74:8       74:9      76:18
75:3       75:4      76:18
76:19      77:5      77:18
82:1       82:4      83:10
83:18      86:6      86:7

86:18      86:20     88:11
88:14      89:24     90:1
91:4       91:5      91:7
91:8       91:9      91:10
92:25      93:1      93:4
93:6       94:10     94:12
95:1       95:13     95:21
95:24      97:19     98:20
98:25      99:17     100:20
101:10     101:12    103:21
105:23     106:12    117:9
117:15     117:18    118:18
118:21     120:14    121:8
121:24     122:10    123:7
123:14     123:16    123:22
123:23     129:6     129:9
129:11     129:14    129:16
129:17     129:20    129:22
129:24     130:1     133:20
133:21     136:12    136:14
138:5      138:9     141:1
141:5      141:8     142:11
142:16     142:17    147:3
147:21     151:25    153:11
153:13     159:23    163:23

**much** [21]                12:5
12:18      16:16     26:3
38:14      38:16     43:11
44:19      50:22     56:20
58:24      111:21    121:14
128:18     137:1     149:23
151:14     151:15    154:23
154:24     158:5

**multi** [12]               15:24
17:10      54:1      104:14
105:3      105:14    107:12
108:4      108:13    110:25
111:11     145:1

**multiple** [1]             91:1

**must** [4] 15:11    15:15
63:19      64:3

**my** [74]   4:11    4:11
4:21       5:10     6:19
8:21       15:13    15:24
17:24      23:19    24:8
27:22      33:7     38:18
43:16      53:21    54:19
54:21      55:8     57:16
58:23      59:11    60:3
61:1       61:8     62:13
62:13      63:11    63:23
66:2       68:20    71:23
72:4       77:21    77:22
78:2       78:16    78:18
79:2       80:25    81:17
83:12      83:13    83:24
85:23      88:18    92:2
110:9      110:24   112:3
112:13     113:25   114:3
115:15     122:16   122:18
122:19     123:19   124:11
130:11     132:3    137:25
141:12     143:24   144:1
144:4      144:15   146:24
147:5      155:20   160:23
161:12     165:11   165:18

**myself** [3]               5:10
1:1        71:2

**N** [1]     3:6

**name** [4] 4:8     4:11
49:9       49:10

**named** [1]                7:5

**Naranjo** [1]              39:18

**Naranjo** [14]             1:6
39:25      41:24     47:13
74:21      95:13     95:24
97:19      99:17     103:21
117:9      117:16    117:19
159:23

**narrow** [1]               75:9

**nature** [3]               29:2
32:5       85:15

**naval** [6] 68:6    118:23
119:13     120:10    120:11
120:16

**near** [1]  74:1

**necessarily** [5]          35:25
93:11      120:18    153:16
158:20

**necessary** [2]            38:17
109:9

**need** [12] 18:18   35:23
50:3       59:18     106:10
141:21     141:24    142:2
142:5      156:25    156:25
157:24

**needed** [3]               18:2
70:5       107:11

**needs** [2]                33:13
139:25

**never** [12]               24:4
37:25      59:3      71:9
94:23      95:14     102:2
102:5      115:4     127:23
128:12     131:21

**new** [8] 23:12     49:9
49:10      53:15     124:5
130:10     130:12    130:18

**next** [6] 14:19    15:15
15:16      32:15     71:23
144:4

**NFPA** [12]                4:23
12:11      45:5      45:8
45:24      46:10     47:20
65:8       65:9      134:9
134:23     135:2

**nickname** [2]             107:15
107:16

**no** [132]  1:4     6:8
8:10       8:11     8:13
16:23      16:25    19:2
19:10      19:22    22:8
22:16      22:16    24:9
24:18      26:10    26:11
32:14      34:16    35:13
37:8       38:3     40:5
42:17      43:25    46:17
47:18      47:18    48:14
53:19      53:21    56:5
56:13      56:23    57:13
57:17      62:5     62:20
62:23      63:9     65:19
66:24      68:7     68:16
71:16      71:16    73:18
74:12      74:23    78:4
78:4       78:9     78:9
78:19      79:21    79:22
81:6       81:6     82:21
83:11      85:4     85:8
85:8       85:11    92:18
95:11      95:19    96:17
97:3       98:10    99:5

99:24      102:19   102:24
103:7      103:14   104:21
105:5      110:24   111:6
111:18     113:1    113:6
113:13     113:17   114:17
114:19     115:4    116:19
117:7      117:17   118:4
118:13     123:18   123:21
124:21     126:17   127:2
127:3      128:1    128:1
128:2      129:10   129:24
131:15     131:21   132:8
134:9      134:9    135:10
136:18     137:22   138:24
141:3      142:15   142:22
143:22     144:14   145:6
148:14     149:16   149:16
149:18     150:12   150:22
151:6      151:13   156:10
156:22     158:14   158:17
162:5

**nominate** [1]             45:6

**non** [1]  18:10

**non-experts** [2] 133:12
133:12

**none** [3] 3:21    122:15
131:2

**nor** [2]  166:11   166:13

**normal** [5]               29:7
29:7       93:19    112:6
139:23

**normally** [10]            9:12
12:11      29:6     48:5
93:12      120:21   120:25
146:21     158:5    160:5

**North** [1]                2:22

**Northwest** [1]            4:12

**not** [149] 4:25    8:22
12:21      13:1     20:12
21:20      21:21    22:8
22:9       22:16    25:5
25:9       27:14    27:20
29:6       29:16    30:12
30:13      30:18    33:3
35:15      35:23    35:25
36:21      36:23    39:21
40:16      40:19    42:25
44:4       44:7     45:24
49:2       50:10    51:2
51:8       51:15    54:5
55:14      59:13    59:23
60:9       61:9     62:22
63:9       65:7     65:24
66:5       66:16    66:21
67:1       67:18    67:20
68:12      68:19    70:16
74:1       74:18    76:21
76:22      76:22    77:17
77:23      78:18    80:15
82:15      82:15    83:9
84:1       84:16    85:9
88:9       88:13    90:6
92:11      92:15    93:11
94:11      95:19    95:24
96:5       96:13    96:15
96:19      97:4     97:8
97:15      98:1     99:8
100:8      104:7    106:7
107:2      107:21   108:10
108:23     110:9    110:14
110:24     111:3    111:10

111:16 111:20 114:25
115:17 117:18 117:25
119:4 119:7 119:9
119:16 120:3 120:11
120:17 120:25 121:6
121:20 122:16 133:6
133:15 135:21 135:23
137:13 137:18 138:1
138:12 138:17 139:4
140:11 140:14 140:18
141:18 143:9 144:7
145:4 148:11 149:4
149:4 150:19 153:10
158:8 159:18 159:23
160:18 160:22 161:12
162:14 163:22 166:10

notable [1]          32:11
Notary [2]           1:21
165:17
note [1] 19:5
notes [1] 46:18
nothing [2]          8:7
11:4 20:19 40:19
55:12 56:13 70:15
74:3 78:3 78:7
80:18 80:25 83:24
84:10 132:18 140:7
151:23 156:22 163:23
notice [4]           1:23
67:21 71:14 146:10
noticed [1]          86:23
106:1
now [24] 7:2         7:6
12:3 29:4 31:1
42:8 43:22 51:8
65:13 68:21 76:10
88:15 100:9 111:1
111:2 113:19 115:8
118:1 132:21 137:3
145:25 146:20 157:6
159:9
nowadays [1]         1:12
number [11]          4:16
14:24 17:13 72:15
91:14 105:18 105:25
107:9 123:3 132:24
133:2
numbered [2]         8:17
14:19
numbers [3]          30:21
30:23 61:16
O [1]   11:7
OATH [1]             165:2
object [21]          21:5
26:24 27:9 44:25
74:8 75:3 76:18
77:5 82:1 83:10
86:18 88:11 89:24
91:4 92:25 93:4
94:10 109:8 118:18
120:14 153:11
objection [11]       19:3
22:7 24:17 25:3
27:22 34:24 39:3
39:10 40:2 40:5
133:20
obligation [1]       108:23
obligatory [1]       45:25
observation [1] 159:20

observe [1]          135:16
observed [1]         19:24
obtained [2]         46:25
143:16
obvious [2]          59:1
115:17
obviously [4]        12:9
42:25 60:1 86:4
Obviousy [1]         78:5
occasion [7]         5:24
49:18 60:8 60:12
73:20 104:22 114:21
occasions [1]        107:9
occur [1] 152:17
occured [1]          158:21
occurred [19]        15:10
23:15 24:16 24:25
58:21 69:23 74:2
75:16 80:8 88:17
95:25 99:3 108:20
109:23 117:16 155:12
156:20 158:9 160:25
occurrence [1]       75:16
occurs [2]           61:4
66:11
ocean [1]            60:11
odor [1] 76:9
odorless [2]         95:20
96:6
of [564] 1:2         1:19
1:22 1:23 2:5
2:10 2:14 2:19
2:23 4:14 4:15
4:18 4:20 4:22
4:24 5:2 6:5
6:17 6:19 7:6
8:24 9:3 9:5
9:5 10:9 10:11
11:6 11:13 11:20
12:7 12:8 12:13
12:18 12:25 13:4
13:7 13:20 13:20
14:8 14:15 15:10
16:5 16:9 16:9
16:11 16:17 17:8
17:13 17:16 17:18
18:1 18:6 18:10
18:14 18:15 18:25
19:13 19:14 20:2
20:2 20:8 20:9
20:10 20:15 20:17
21:2 21:9 21:10
22:2 22:9 22:14
23:4 23:8 23:9
23:13 23:20 23:21
23:24 24:5 24:6
24:22 24:25 25:1
25:25 26:5 26:14
28:4 28:6 28:15
28:16 28:24 30:4
30:8 30:11 30:21
31:5 31:7 31:11
31:12 31:14 31:23
31:24 32:3 32:13
32:9 32:9 32:15
33:21 33:24 34:19
34:21 35:16 35:21
35:22 36:6 36:12
37:12 37:23 37:23
38:13 38:14 38:22

39:1 40:2 40:22
41:3 41:5 41:7
42:14 42:20 43:1
43:6 43:7 43:8
43:11 43:17 43:18
44:7 44:17 44:17
46:7 46:14 46:16
46:19 47:2 47:12
47:15 47:20 48:4
48:5 49:6 49:6
49:21 50:17 50:18
50:22 50:24 51:1
51:6 51:8 52:10
52:21 53:15 54:3
54:4 54:18 54:23
55:2 55:5 55:5
55:8 56:5 56:7
56:8 56:11 56:11
56:16 57:8 57:11
57:19 57:24 58:12
58:13 58:19 58:22
58:25 59:3 60:9
60:15 60:20 61:5
61:22 61:24 62:13
62:16 62:17 62:24
63:4 63:7 63:13
64:12 64:15 65:4
65:8 65:12 65:13
65:14 66:10 66:11
66:12 66:14 66:22
67:4 67:13 67:17
67:22 67:23 68:3
68:10 69:6 69:13
69:25 70:22 71:4
71:8 72:15 72:17
73:7 73:13 73:16
73:21 74:5 74:10
74:11 74:13 74:17
74:24 74:24 75:15
75:24 76:12 76:24
77:8 77:9 77:14
78:23 78:24 78:25
79:2 79:14 80:2
80:5 80:7 80:12
80:14 80:16 80:20
80:22 80:22 80:22
80:23 81:3 81:8
81:9 81:10 81:17
81:25 82:6 82:17
82:17 82:23 82:24
83:13 84:8 84:10
84:18 84:24 84:25
85:2 85:3 85:6
85:7 85:13 85:14
86:16 86:23 87:6
87:15 87:22 88:1
88:21 89:2 89:4
89:4 89:12 89:14
89:20 89:23 90:13
90:15 91:15 91:25
92:3* 92:6 92:12
92:13 92:14 92:15
92:19 92:20 92:21
92:22 92:24 93:8
93:8 93:17 93:18
93:18 93:22 93:25
94:3 94:21 95:6
95:6 95:6 95:14
95:16 95:23 96:2
96:5 96:15 96:17
97:7 97:16 99:3
99:7 99:9 99:14
99:16 99:23 100:2
100:15 100:19 101:10

101:15 101:15 101:17
102:5 102:13 102:14
102:14 102:18 102:18
102:21 103:5 103:16
103:20 105:9 105:11
105:15 105:18 105:20
106:4 106:7 106:16
106:17 106:22 107:5
107:9 107:10 107:10
107:21 107:21 108:1
108:9 108:13 108:25
109:9 109:24 110:4
110:18 110:18 110:20
110:23 110:24 111:4
111:21 111:24 112:9
112:23 113:2 113:3
113:4 113:7 113:9
113:10 113:11 113:11
113:11 113:15 113:19
113:21 113:22 113:24
114:6 114:7 114:12
114:13 114:25 114:25
115:9 115:17 115:19
115:20 116:20 117:10
117:11 117:19 118:2
118:9 118:10 118:24
118:25 119:2 119:5
119:6 119:20 119:23
120:9 120:18 120:19
120:24 120:25 121:19
121:21 122:6 122:7
122:8 122:11 122:19
122:8 122:11 122:19
123:8 123:15 124:10
124:13 124:18 125:9
125:15 126:10 126:17
126:21 127:18 127:19
127:24 127:25 127:25
128:1 128:2 128:4
128:12 129:6 130:10
130:12 130:21 131:9
131:13 131:18 131:21
131:25 132:15 132:16
132:22 132:24 133:2
133:5 133:5 133:9
133:15 133:17 133:18
133:25 134:6 135:2
135:17 136:2 136:22
137:22 138:1 138:3
139:22 139:22 140:1
140:7 140:8 141:12
141:17 142:9 143:2
143:4 143:8 143:12
144:1 144:13 144:15
144:17 145:22 145:24
146:3 146:6 146:11
146:20 147:1 147:9
147:13 147:15 147:17
147:19 149:10 149:20
150:21 153:2 153:6
153:7 153:10 153:11
154:5 155:7 155:13
155:14 155:7 155:15
156:6 158:2 158:25
160:1 161:3 163:11
163:23

off [26] 6:19 18:3
26:14 28:5 28:20
41:13 41:14 45:16
81:17 83:13 94:8
94:25 100:11 105:10
105:24 110:24 113:2
121:23 122:1 141:11
143:25 144:15 150:1
150:4 150:11 163:24
offhand [3]          14:24
73:5 135:14
office [4]           63:17
64:5 115:15 132:11
official [1]         165:11
often [1] 29:13
oh [11] 7:2 58:19
59:11 78:6 81:1
101:10 124:10 129:18
130:13 130:22 149:11
oil [3] 47:24 83:7
86:5
okay [122]           9:3
11:14 11:18 15:5
15:8 20:5 22:11
27:23 28:9 33:20
34:4 34:6 36:13
36:16 38:3 42:13
43:3 43:21 46:9
47:17 48:9 50:15
51:21 53:9 53:25
54:17 55:3 55:11
56:10 57:25 63:24
67:18 68:1 68:14
69:5 69:20 70:8
74:4 75:11 75:21
76:6 76:23 78:6
79:12 80:17 81:2
81:18 82:5 83:19
84:3 84:24 85:23
87:22 88:15 89:2
89:20 90:2 90:25
92:3 94:7 101:13
101:23 102:10 103:9
107:1 107:25 109:18
109:21 110:14 111:16
112:16 114:20 116:4
119:8 121:14 123:1
124:12 125:8 125:25
126:7 127:12 127:23
128:19 129:3 129:16
130:4 130:18 131:5
132:21 134:16 134:21
135:16 136:17 139:20
141:19 141:24 142:4
142:10 142:16 143:20
144:11 146:1 146:15
148:24 149:6 149:21
150:8 150:20 151:1
151:4 152:12 152:25
154:6 155:3 155:15
156:6 158:2 158:25
160:1 161:3 163:11
163:23
old [1]  11:13
older [2] 10:24 10:25
on [212] 2:5 2:10
2:14 2:19 2:23
4:22 5:2 5:17
5:25 6:2 6:5
7:1 7:13 7:17
7:20 8:19 8:25

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 9:2 | 9:11 | 11:23 | 36:8 | 40:18 | 43:18 | 40:19 | 41:1 | 41:24 | 152:2 | 153:3 | 153:4 | 60:21 | 65:17 | 65:20 |

9:2 9:11 11:23
13:20 15:9 15:10
15:11 15:14 16:15
17:14 17:21 20:15
20:24 22:17 22:21
23:4 25:7 25:14
26:16 26:18 28:1
29:9 30:22 31:6
31:23 31:25 32:2
32:3 32:5 32:8
32:13 33:12 33:17
33:17 33:24 34:19
35:16 35:20 35:22
36:6 37:17 37:18
38:4 38:5 38:6
38:11 38:14 39:21
39:24 40:21 41:22
42:4 42:5 42:10
43:5 43:10 43:17
44:2 44:9 44:14
44:18 45:16 47:15
48:20 48:20 49:4
49:8 49:17 51:2
53:17 54:16 54:25
55:1 56:15 57:18
60:8 60:12 61:16
64:24 66:14 66:14
66:21 67:5 69:15
69:21 70:1 70:9
71:14 73:11 73:17
73:25 74:2 74:21
79:3 80:11 82:19
84:7 84:10 84:22
85:14 86:16 87:14
89:5 89:8 89:15
89:15 89:19 90:2
92:6 92:8 92:19
92:21 92:24 93:14
93:25 95:25 96:14
96:19 97:16 101:7
101:19 101:21 102:8
102:9 103:13 103:15
105:15 107:3 107:7
107:9 107:11 107:18
109:6 109:22 109:24
111:8 111:11 112:7
113:8 113:21 113:25
114:14 115:6 115:13
116:20 117:10 117:15
118:14 119:19 119:20
120:1 120:2 120:22
122:20 123:10 124:13
126:22 127:7 127:8
127:10 134:4 136:1
136:2 136:3 136:21
137:4 137:19 138:25
144:19 144:21 145:7
145:20 145:22 145:25
146:2 146:10 147:22
149:1 150:1 150:18
151:14 151:21 152:6
153:3 153:5 154:23
155:19 156:19 157:15
158:8 158:22 158:23
159:14 159:21 159:22

**once** [41] 9:18 106:4
138:19 143:21

**one** [73] 5:3 8:18
8:19 11:25 12:17
18:15 18:18 19:1
19:13 19:22 23:7
23:9 24:2 25:6
25:9 30:8 32:2

**ones** [2] 10:16 113:24
**only** [22] 19:19 36:25
41:6 47:4 49:3
50:12 56:20 56:25
59:17 61:12 67:4
67:6 69:3 110:14
124:1 125:21 127:16
128:6 128:17 159:14
162:19 163:8
**open** [3] 25:15 112:19
151:9
**opened** [2] 29:13
54:11
**operate** [1] 133:3
**operation** [3] 93:3
103:22 134:19
**operations** [4] 99:11
105:16 110:4 117:21
**opinion** [22] 27:11
39:24 42:1 42:8
42:14 61:7 61:8
78:23 95:22 96:4
99:14 108:8 108:18
111:10 115:8 118:15
119:4 143:24 155:8
156:17 158:7 160:23
**opinions** [1] 124:2
**opportunity** [2] 58:8
105:2
**opposed** [1] 42:15
**opposite** [4] 31:24
35:16 35:22 51:7
**opted** [1] 51:2
**or** [303] 5:19 5:19
5:22 7:5 8:10
8:14 8:22 9:9
12:5 12:10 12:11
13:1 15:25 16:9
17:1 17:24 18:25
19:12 19:23 20:8
20:12 20:14 23:3
23:24 24:5 24:10
24:12 24:22 25:6
28:25 29:2 29:16
30:6 30:7 30:16
31:20 32:9 32:9
32:10 33:3 33:15
33:22 34:15 35:15
35:23 37:8 38:6
38:9 38:17 39:1
39:19 40:13 40:15

40:19 41:1 41:24
43:5 43:6 43:6
43:7 44:5 45:5
46:20 48:7 48:10
48:21 50:21 52:2
53:7 54:4 54:5
54:11 55:6 56:23
58:7 58:18 58:19
59:13 59:14 60:14
61:4 61:12 61:17
62:16 64:24 65:5
65:12 66:16 66:21
67:1 67:10 67:18
68:4 70:3 70:6
70:22 72:22 73:6
73:12 73:21 74:1
74:17 74:18 75:9
75:15 76:20 77:14
77:17 78:25 79:6
79:10 79:15 79:21
80:2 80:3 80:6
81:3 81:15 81:23
82:8 82:9 82:9
82:17 82:24 83:8
83:21 84:15 84:16
84:25 85:1 85:6
85:9 86:5 86:5
86:6 86:8 86:8
88:6 88:6 92:11
92:14 92:15 93:18
93:18 93:20 93:21
93:24 94:5 95:24
96:13 96:15 96:15
96:19 96:25 97:4
97:7 97:8 98:1
98:3 98:18 99:2
99:8 99:23 100:15
100:23 102:3 103:4
104:7 104:7 105:9
105:12 105:15 106:4
106:10 106:19 106:22
106:24 106:25 108:2
108:10 108:12 109:6
109:10 110:3 111:3
111:9 111:10 112:7
112:24 113:9 113:10
113:22 114:9 114:10
114:13 114:15 115:18
117:2 117:18 117:25
118:20 118:23 119:4
119:10 119:14 119:16
119:21 120:11 121:6
121:11 122:6 123:4
123:22 123:23 124:2
124:2 124:7 124:19
124:23 124:24 127:1
127:4 127:19 127:25
129:4 132:14 133:5
133:14 135:6 135:8
135:18 135:21 135:21
135:23 135:24 135:25
135:25 136:17 137:8
137:18 138:1 138:18
139:6 139:9 139:13
139:16 140:8 140:13
140:19 140:21 141:16
141:22 142:12 142:13
143:5 143:8 143:13
144:20 145:11 145:16
146:13 146:16 146:25
147:8 147:8 147:12
148:13 148:22 148:24
149:4 149:11 149:17
149:20 151:2 152:1

152:2 153:3 153:4
153:15 154:7 154:8
154:24 154:25 155:4
155:8 156:17 156:18
156:20 158:8 158:21
159:6 159:18 159:22
160:13 160:18 160:20
161:11 161:11 161:19
162:16 166:11 166:12
166:12
**oral** [1] 131:25
**order** [2] 131:12 140:2
**ordinary** [4] 67:22
67:24 68:3 86:23
**organic** [1] 123:3
**original** [8] 88:15
101:15 101:18 102:4
102:13 102:14 102:18
118:25
**originally** [1] 100:10
**OSHA** [23] 10:5
12:2 12:20 12:23
23:1 29:20 30:20
41:7 44:7 44:9
45:3 46:10 47:19
50:11 96:20 98:24
108:25 109:22 125:11
125:18 126:14 126:18
134:8
**OSHA's** [1] 28:23
**other** [86] 7:6
8:10 9:6 9:12
9:19 10:15 11:15
17:18 19:21 19:23
23:11 23:13 24:10
25:6 26:4 27:12
29:1 30:6 32:2
32:3 40:22 41:4
42:5 42:10 43:5
43:8 45:11 53:6
53:18 56:11 56:11
56:16 59:15 60:5
66:15 68:12 68:12
78:9 78:9 78:10
80:15 84:21 85:6
85:24 88:6 88:6
92:7 92:20 95:7
96:9 102:8 106:25
113:10 114:1 116:16
116:24 118:22 121:2
121:12 122:12 126:3
127:4 130:24 130:25
131:2 132:7 132:9
132:13 133:3 134:8
136:22 137:8 137:12
144:12 147:18 148:12
149:20 150:3 153:2
153:4 156:8 157:10
157:13 159:14 160:13
162:10
**others** [1] 123:4
**our** [1] 23:9
**out** [63] 8:23 10:10
16:16 17:8 17:24
20:18 31:13 35:15
38:11 41:10 45:23
46:20 49:17 50:2
50:4 50:17 50:24
50:25 51:1 51:14
51:18 52:21 53:15
60:20 60:21 60:21

60:21 65:17 65:20
67:22 67:23 68:3
68:5 68:8 70:13
71:8 73:7 74:11
74:13 74:17 75:23
81:1 82:12 84:9
86:22 88:4 94:20
97:12 100:17 100:19
101:8 102:5 103:8
113:19 125:15 142:9
143:4 147:23 148:7
161:22 162:19 162:20
163:17
**outboard** [3]        19:18
77:10 83:8
**outside** [4]        18:7
32:13 32:15 32:18
**outstanding** [1] 80:25
**oven** [2] 157:17 157:17
**over** [15] 13:4 15:11
20:10 37:11 59:6
74:6 74:15 74:20
74:25 93:17 100:16
104:25 106:16 106:17
162:15
**overhead** [1] 84:18
**overspray** [1] 67:9
**own** [4] 44:22 66:3
127:5 145:9
**owner** [3] 50:25
77:1 130:12
**oxidation** [1] 81:9
**oxidizes** [1] 143:11
**oxygen** [34] 10:12
15:25 17:16 18:2
30:15 30:18 31:11
85:20 112:5 138:20
138:23 139:14 140:2
140:5 140:7 140:9
140:12 142:20 142:25
143:1 143:3 143:5
143:12 144:6 150:24
151:8 157:7 157:2
159:5 162:7 162:21
163:2 163:13 163:15

**P** [1] 28:22
**P.A** [4] 1:14 2:3
2:7 2:16
**p.m** [1] 164:1
**P.O** [1] 2:13
**package** [1] 119:6
**page** [6] 89:3 89:19
101:7 101:10 102:21
107:18
**pages** [2] 11:23
43:17
**paint** [5] 72:16 72:16
136:2 153:1 153:2
**painted** [1] 67:7
135:18 135:21 135:22
**painting** [1] 135:25
**Palmer** [4] 1:10
2:14 2:19 121:12
**paper** [2] 43:17 157:16
**paragraph** [4] 89:22
89:17 89:19 90:12
**part** [19] 11:15 16:5

**particular** [18] 39:23
31:14 65:8 76:24
81:9 84:24 84:25
90:13 92:15 92:21
109:12 119:5 120:9
127:6 131:12 133:25
161:5 161:20
51:8 60:12 66:17
66:19 70:2 77:2
87:10 105:7 111:4
114:9 117:6 123:17
126:12 133:4 144:21
158:8 161:11

**parties** [1] 166:11

**parts** [1] 10:9

**party** [2] 119:15 119:20

**pass** [1] 51:21

**pay** [1] 26:3

**paying** 88:24

**Peace** [1] 64:17

**Pedraza** [2] 1:14
2:7

**pellets** [1] 122:5

**penetrate** [1] 160:5

**penetrated** [3] 158:9
159:24 160:2

**people** [36] 7:2
7:6 12:7 12:15
12:19 16:12 16:15
18:17 27:12 37:21
38:22 41:1 41:12
58:18 60:5 69:8
72:21 87:15 96:9
96:10 96:18 97:11
99:6 99:15 106:2
106:2 106:18 107:2
108:3 108:12 119:24
124:11 147:6 149:23
151:17 151:18

**percent** [17] 45:22
139:17 139:21 139:22
144:14 147:1 147:8
147:8 147:8 147:11
147:13 147:19 151:6
152:3 152:4 152:9
154:16

**percentage** [1] 140:1

**perform** [2] 112:22
113:14

**performed** [2] 8:4
110:19

**perhaps** 82:19
145:8

**perimeter** [1] 136:25

**period** [1] 93:17

**permanent** [1] 120:23

**permitted** [2] 30:25
31:5

**Perry** [2] 2:3 129:2

**person** [36] 9:7
9:25 10:4 10:6
10:7 10:8 11:6
11:19 11:20 12:1
30:3 30:24 31:2
31:20 33:22 33:24
34:13 34:22 36:10
40:13 42:24 43:16
43:23 97:6 97:23

**98:6** 98:19 98:21
98:22 98:24 109:8
109:14 110:2 119:9
127:1 133:13

**person's** [3] 31:3
31:7 146:14

**personal** [1] 160:23

**personally** [2] 165:9
166:22

**personnel** [1] 46:20

**persons** [8] 12:13
12:15 13:7 105:13
105:13 105:19 106:19
106:21

**pertinent** [1] 46:24

**Pete** [1] 36:2

**Peter** [4] 1:19 4:3
4:11 165:9

**Ph.D** [2] 4:25 131:24

**phone** [1] 35:20

**photos** [4] 26:2
26:9 26:10 26:12

**physical** [4] 82:17
114:7 116:25 117:3

**physically** [1] 52:13

**pick** [4] 53:14 57:2
57:9 87:5

**picked** [2] 53:11
53:15

**piece** [7] 18:10 32:9
32:9 35:21 114:12
114:13 157:16

**pieces** [1] 53:11
53:14 107:10 160:10

**PINKERT** [1] 2:12

**pipes** [1] 96:25

**pitted** [1] 114:15

**place** [10] 13:19
13:21 16:21 16:22
17:2 20:1 31:24
64:25 162:12 162:20

**placement** [1] 47:15

**places** [2] 151:19
161:17

**Plaintiff** [1] 123:24
124:13

**Plaintiff's** [1] 124:18

**Plaintiffs** [3] 1:7
2:5 2:10

**plank** [1] 89:22

**plans** [9] 37:17 37:23
38:5 38:15 38:23
102:2 120:1 120:2
120:5

**plate** [35] 20:16
31:25 32:3 32:5
32:9 33:17 35:5
35:17 36:6 55:2
55:20 56:7 56:8
84:11 84:17 84:22
85:15 92:20 92:24
96:2 112:24 120:24
158:10 159:23 160:1
160:4 160:6 160:7
160:11 160:14 160:15
160:17 160:21 161:8
161:9

**plates** [31] 20:11
20:13 52:22 53:1
53:3 53:6 53:10
53:15 53:19 54:16
55:9 55:18 56:6
56:14 56:16 56:17
56:20 57:2 60:17
85:5 86:17 87:7
88:10 96:14 97:22
99:9 99:16 108:14
113:3 113:12 136:25

**plating** [1] 20:6

**play** [1] 37:5

**please** [3] 4:9
80:20 129:19

**plural** [1] 90:21

**plus** [2] 154:7 157:1

**point** [49] 9:13
19:12 26:1 34:22
35:14 35:15 36:3
44:4 52:1 55:12
70:2 70:13 88:10
100:18 112:19 119:17
130:8 138:23 139:9
139:18 142:13 142:14
142:18 143:4 143:21
150:7 150:10 150:11
150:15 152:2 152:3
152:12 152:13 154:3
154:5 154:6 154:14
154:20 155:7 155:9
155:16 155:18 155:18
155:20 156:4 156:6
156:11 159:11 161:1

**pointed** [1] 60:21

**points** [2] 112:16
155:23

**polyethylene** [1]
67:12

**polyurethane** [1]
67:13 68:2

**poor** [1] 122:6

**port** [4] 69:9 92:7
118:15 119:5

**portion** [7] 24:22
118:24 118:25 119:2
135:1 135:17 150:23

**portions** [1] 80:5

**ports** [1] 108:1

**posed** [1] 41:23

**poses** [1] 100:23

**possibilities** [3] 19:9
19:22 116:13

**possibility** [4] 19:17
80:7 86:13 150:21

**possible** [16] 23:7
43:7 43:12 62:3
79:1 79:2 79:6
88:9 88:16 91:13
95:3 95:5 113:20
113:22 113:25 148:16

**possibly** [5] 59:19
76:21 76:22 88:7
87:25 89:25 133:17
153:12

**post** [2] 12:7 12:10
47:5 71:17 113:12
145:4 145:21 148:10

**posted** [7] 8:19
71:14 145:9 145:13
145:15 145:16 149:10

**posting** [1] 146:6

**potential** [8] 43:8
44:8 44:17 48:6
51:5 62:17 93:21
120:20

**pour** [1] 67:7

**poured** [2] 20:7
74:17

**powerful** [2] 24:15
24:23

**practical** [1] 146:3

**practice** [3] 21:21
48:23 111:11

**practices** [1] 131:18

**precautions** [1] 125:19

**predicate** [3] 24:18
27:25 40:6

**prepare** [1] 123:15
144:24

**prepared** [4] 47:5
123:19 136:19 148:7

**presence** [9] 43:6
43:7 43:8 56:5
61:22 61:24 66:12
109:9 143:11

**present** [9] 17:17
18:1 18:2 30:17
59:16 61:13 87:8
93:7 138:24

**presently** [1] 5:7

**preservation** [1] 113:9

**preserve** [2] 85:2
87:24

**preserved** [1] 160:4
160:17

**pressure** [3] 137:4
137:5 163:5

**pretty** [6] 18:16
44:19 97:12 112:19
112:20 149:7

**prevent** [2] 6:8
48:11

**prevented** [2] 99:22
108:11

**prevention** [1] 45:11

**previous** [2] 53:3
62:12

**previously** [3] 11:23
15:19 114:22

**prior** [22] 7:16
30:14 31:1 59:25
73:2 77:1 93:2
99:7 99:9 103:21
104:19 105:7 107:9
108:1 110:3 114:9
117:20 123:24 126:21
136:12 136:15 160:2

**probability** [1] 57:12
110:11

**probable** [5] 23:20
79:5 79:6 79:7
115:21

**probably** [26] 6:18
13:4 18:6 24:21

**25:5** 32:11 36:17
57:15 61:1 67:8
76:21 83:16 86:24
87:19 87:23 88:13
96:5 103:7 106:4
109:15 114:4 115:19
133:8 150:19 152:21
161:1

**problem** [5] 9:15
59:2 146:24 147:5
151:5

**procedure** [1] 84:25

**proceed** [2] 9:16
143:9

**proceedings** [1] 166:8

**process** [2] 81:7
81:9

**processes** [2] 122:20
123:10

**produce** [1] 117:5

**produced** [1] 75:24

**producing** [1] 115:17
134:19

**production** [4] 58:13
132:15 133:4 133:17

**professional** [2] 4:9
166:6

**professionism** [1]
127:3

**program** [3] 5:1
64:19 65:8

**proof** [1] 24:9

**propagates** [1] 161:24

**propagation** [1] 162:11

**properly** [1] 65:1

**property** [1] 49:5

**propogate** [1] 163:14

**protect** [2] 49:2
49:4

**provided** [2] 21:13
76:25

**provisions** [1] 41:8

**prudent** [4] 51:16
92:23 111:11 146:19

**Public** [2] 1:22
165:17

**publish** [2] 46:6
46:6

**published** [1] 46:4

**pull** [2] 17:23 51:14
52:21

**pulled** [4] 60:17
60:19 71:8 125:15

**pump** [5] 18:11
90:14 137:13 137:23
138:4

**pumped** [1] 112:14

**pumps** [3] 84:13
104:4 107:20

**puncture** [1] 161:11

**purchased** [1] 111:4

**pure** [2] 162:2 162:3

**purely** [1] 116:24

**purpose** [3] 121:2
146:6 151:20

Case 0:00-cv-06022-JAL    Document 107    Entered on FLSD Docket 08/08/2001    Page 62 of 73

NARANJO vs. STEPHEN B. SMITH          Condenselt™          purposes - recorded

purposes [1]          38:4
pursuant [3]          1:23
108:24   128:20
put [47]      8:23      17:21
20:10     21:15     21:25
23:16     24:2      25:1
45:23     48:1      50:24
51:14     51:18     53:17
54:21     55:23     61:23
66:14     67:16     73:9
77:14     78:18     81:22
101:21    102:5     112:17
116:20    119:18    119:19
120:8     120:16    120:21
120:23    120:25    121:4
121:10    125:19    136:25
137:4     143:23    145:23
156:15    157:14    157:16
160:10    162:2     162:7
puts [2]   161:18    161:18
putting [4]          119:15
157:11    157:12    157:18
Q [575]     4:8      4:14
4:16      4:18      5:7
5:9       5:12      5:14
5:24      6:2       6:11
6:15      6:20      6:23
6:25      7:9       7:16
8:2       9:3       10:3
11:25     13:6      13:11
13:18     13:23     14:2
14:7      14:18     15:8
15:17     15:21     16:24
16:24     17:1      17:10
18:3      18:7      18:14
18:22     19:5      19:24
21:1      21:9      21:16
21:19     21:23     22:1
22:11     22:17     22:21
23:3      24:14     24:20
24:25     25:13     25:19
25:21     26:9      26:12
26:14     26:18     26:20
28:14     29:25     32:19
32:21     33:10     34:6
34:11     35:7      35:10
36:8      36:13     37:10
37:16     37:20     38:24
39:8      39:15     39:18
39:23     40:9      41:19
41:22     42:4      42:8
42:13     42:22     43:3
43:15     43:21     43:25
44:2      44:13     44:20
45:2      45:8      45:14
45:19     46:1      46:3
46:9      46:15     46:18
46:24     47:4      47:8
47:10     47:12     47:17
47:19     48:6      48:9
48:15     49:2      49:7
49:10     49:14     49:17
49:23     50:15     51:7
51:16     51:21     51:25
52:9      52:13     52:16
52:24     53:9      53:23
53:25     54:7      54:10
54:17     54:24     55:3
55:11     55:13     55:16
55:22     56:1      56:4
56:10     57:4      57:25
58:6      58:11     58:16
59:4      59:13     59:20

60:4      60:8      60:12
61:7      61:9      61:15
61:20     62:1      62:6
62:9      62:15     62:21
62:24     63:2      63:5
63:7      63:10     63:13
63:22     63:25     64:7
64:17     65:3      65:11
65:15     65:17     65:20
65:23     65:25     66:4
66:8      66:10     66:16
66:19     66:25     67:4
67:12     67:18     67:23
68:1      68:4      68:8
68:14     68:17     68:21
68:25     69:5      69:15
69:20     70:8      70:12
70:18     70:21     71:6
71:10     71:13     71:18
71:23     72:2      72:9
72:11     72:13     72:19
72:25     73:9      73:11
73:16     73:19     74:4
74:10     74:19     74:24
75:5      75:11     75:21
76:3      76:6      76:10
76:16     76:20     76:23
77:19     77:25     78:4
78:7      78:12     78:22
79:6      79:8      79:12
79:14     79:19     79:23
80:17     80:19     81:2
81:7      81:18     82:5
82:13     82:15     82:22
83:4      83:19     83:24
84:3      84:6      84:24
85:5      85:9      85:12
85:23     86:1      86:5
86:8      86:13     86:21
87:1      87:3      87:7
87:22     88:1      88:4
88:9      88:15     88:20
89:2      89:7      89:13
89:19     89:21     90:2
90:9      90:12     90:17
91:1      91:6      91:11
91:13     91:18     91:20
92:3      92:6      92:11
92:19     93:2      93:7
93:17     94:7      94:13
94:18     94:20     94:23
95:2      95:9      95:12
95:21     96:4      96:7
96:22     97:2      97:14
97:19     98:2      98:10
98:13     99:1      99:6
99:13     99:20     100:2
100:5     100:21    101:1
101:6     101:8     101:13
101:23    102:1     102:10
102:12    102:16    103:2
103:5     103:9     103:12
103:15    103:19    104:8
104:12    104:16    104:18
104:22    105:6     105:10
106:13    106:16    106:18
107:1     107:4     107:6
107:9     107:14    107:17
107:25    108:6     108:8
108:18    108:22    109:3
109:5     109:18    109:23
110:6     110:8     110:10
110:14    110:18    110:22
110:25    111:3     111:7

111:16    111:19    112:2
112:8     112:12    112:16
112:22    113:2     113:7
113:14    113:18    114:5
114:16    114:18    114:20
115:1     115:5     115:21
116:4     116:24    117:8
117:14    117:18    118:1
118:5     118:8     118:14
118:22    119:2     119:8
119:12    119:23    120:2
120:9     121:9     121:11
121:14    121:17    122:11
122:22    123:1     123:5
123:15    123:19    123:22
124:4     124:12    124:17
124:22    125:4     125:8
125:23    125:25    126:5
126:8     127:12    127:16
127:23    128:3     128:9
128:13    128:15    128:19
128:24    129:3     129:18
130:2     130:5     130:16
130:18    130:21    130:24
131:5     131:8     131:11
131:16    131:20    132:2
132:6     132:9     132:21
133:1     133:9     133:22
133:24    134:8     134:10
134:13    134:16    134:21
134:23    135:5     135:8
135:11    135:16    135:23
136:6     136:15    136:17
136:19    137:13    137:25
138:10    138:14    138:17
139:6     139:8     139:20
139:25    140:8     140:13
140:18    140:21    140:24
141:9     141:13    141:19
142:2     142:4     142:7
142:10    142:18    143:20
144:4     144:9     144:11
144:17    144:24    145:1
145:4     145:7     145:11
146:1     146:5     146:10
146:14    146:17    146:22
147:22    148:2     148:4
148:5     148:10    148:14
148:20    148:24    149:6
149:9     149:14    149:17
149:21    149:25    150:8
150:10    150:15    150:20
151:1     151:4     151:8
151:11    151:16    151:23
152:1     152:7     152:12
152:15    152:19    152:21
152:25    153:14    153:22
153:25    155:3     155:7
155:15    155:20    156:2
156:6     156:8     156:15
157:5     157:20    157:23
158:2     158:7     158:12
158:15    158:18    158:25
159:20    160:1     160:12
161:3     161:6     161:9
161:14    162:1     162:22
163:3     163:7     163:11

qual [1]   123:5
qualifications [2]
130:6     131:13
qualified [3]        127:1
127:18    128:5
Qualitative [1]   123:8

quant [1]          123:5
quantitative [1]   123:9
quart [5]   75:2      75:6
75:8      76:1      76:2
quarter [1]          18:9
135:12    160:15
Quater [1]          104:10
question [30]       27:4
27:7      32:25     40:3
41:23     42:19     52:1
53:25     68:14     71:10
71:23     79:24     80:1
83:17     85:23     86:9
87:16     95:21     98:9
102:20    103:11    117:13
126:6     137:25    144:4
144:8     150:16    155:7
158:12    160:12
questioned [1]      16:11
questions [6]       47:13
62:21     62:25     129:24
130:5     144:18
quick [2]          100:19
130:3
quickly [2]         138:18
138:22
quite [4]  58:24     63:12
119:10    132:23
R.P.R [2]          1:21
166:17
railing [1]        114:21
RAMIREZ [1]        1:6
ran [3]    66:1      130:8
130:12
range [9] 140:22   141:1
141:2     141:4     141:7
141:10    141:14    141:22
142:13
rapidly [2]         61:4
61:10
Rarely [2]          9:17
9:23
rate [1]   61:17
reach [1] 60:25
react [4] 141:25   157:2
159:5     162:8
reaction [17]       24:7
24:11     55:5      66:11
81:14     81:16     82:19
115:20    116:17    117:4
122:12    132:19    142:24
143:5     143:13    143:19
163:22
reactions [1]      122:21
123:12
reacts [1]          163:21
read [18] 10:10     11:8
27:4      27:7      28:20
32:22     32:25     45:16
51:20     83:12     83:22
90:19     102:17    107:18
112:15    123:5     145:17
145:22
readily [1]         29:2
reading [5]         9:10
9:13      101:14    141:25
143:16    164:2

readings [1]        53:22
reads [1] 17:23
ready [1] 20:18
real [4]   12:24     38:7
100:19    135:15
realize [2]         58:22
78:21
really [10]         11:1
21:20     32:16     34:12
83:12     119:7     122:14
127:4     153:15    163:19
reason [9]          21:24
22:5      26:11     57:14
58:21     62:7      90:4
94:2      160:13
reasonable [7]      57:11
78:23     88:21     95:23
97:15     108:9     127:22
reasonably [1]      92:23
reasons [1]         46:3
recall [65]         6:15
6:16      6:19      9:19
13:13     14:7      15:21
16:2      19:7      21:1
21:3      21:12     23:25
26:5      26:6      37:16
53:4      53:6      56:21
58:17     59:22     73:5
75:8      75:16     77:13
77:16     78:11     81:6
81:17     84:21     86:22
87:2      91:24     92:1
92:2      92:5      92:8
92:9      92:9      99:12
101:4     101:20    102:3
103:18    104:9     104:11
112:18    115:7     117:24
121:13    124:16    126:8
126:9     126:10    135:20
135:21    136:21    137:7
137:11    137:16    137:16
137:17    137:24    138:15
159:20
receive [4]         65:4
65:11     83:19     84:1
received [1]        65:8
90:23     124:19
recently [1]        49:8
80:11     81:21     119:25
135:18    135:22
recognized [5]      125:5
126:11    127:8     127:24
128:3
recollection [3] 25:16
92:2      161:12
recommended [2]
48:17     82:11
recontaminate [1]
9:24
recontaminated [1]
9:24
record [14]         4:10
14:20     15:18     41:13
41:14     45:20     94:25
100:11    105:24    118:6
121:23    122:1     163:24
166:9
recorded [3]        27:8
33:1      122:4

| RECROSS-EXAMINATION | | | |
|---|---|---|---|
| [3]  51:23  129:25 | repair [4]  70:1 | 142:21  143:24  144:1 | same [12]  11:12 |
| 151:24 | 99:11  120:24  131:1 | richer [2]  140:11 | 31:6  38:19  45:22 |
| red [3]  19:17  77:8 | repairs [1]  111:9 | 140:12 | 49:14  51:5  53:2 |
| 81:22 | rephrase [4]  79:24 | rid [1]  120:24 | 58:19  112:5  127:14 |
| refer [7]  14:12  15:5 | 95:21  126:5  152:7 | right [44] 10:5  11:9 | 141:15  143:10 |
| 133:10  133:25  134:4 | report [23]  18:23 | 18:21  28:12  32:15 | sample [2]  17:23 |
| 134:10  139:8 | 19:5  22:11  23:3 | 35:4  35:21  42:3 | 112:15 |
| reference [5]  45:24 | 47:4  88:15  88:23 | 42:7  45:13  49:23 | samples [4]  79:20 |
| 46:10  51:9  115:15 | 88:24  89:4  89:10 | 58:10  59:10  59:10 | 79:21  113:2  113:7 |
| 134:25 | 95:2  95:4  101:2 | 61:14  61:15  64:7 | sandblasting [1] |
| referred [4]  89:3 | 101:14  104:23  104:25 | 67:18  71:19  72:17 | 134:20 |
| 130:7  134:25  136:10 | 105:1  107:17  113:20 | 76:3  78:12  84:6 | save [1]  85:2 |
| referring [9]  13:8 | 114:2  123:15  123:19 | 86:1  87:12  87:24 | saw [8]  9:7  24:24 |
| 14:15  15:18  21:6 | 166:7 | 88:3  94:13  94:22 | 82:12  102:2  103:16 |
| 33:5  89:17  132:9 | reporter [1]  27:7 | 94:24  95:15  101:13 | 112:24  120:5  136:3 |
| 133:11  149:25 | 32:25  122:3  166:2 | 102:22  102:23  138:18 | say [58]  6:20  18:5 |
| refers [1]  139:11 | 166:6 | 140:4  144:7  144:17 | 22:1  25:6  25:11 |
| refiled [2]  70:16 | represent [3]  45:21 | 144:23  148:23  152:14 | 29:5  29:7  31:15 |
| 71:9 | 87:17  88:1 | 156:7  156:7  163:6 | 38:2  38:8  38:11 |
| regard [1]  45:7 | representing [1] 123:24 | Rimmel [8]  1:19 | 43:13  48:10  51:8 |
| Registered [1]  166:5 | require [2]  93:23 | 3:11  4:3  4:8 | 56:14  57:14  60:9 |
| registering [1]  112:7 | 131:13 | 4:11  41:22  95:22 | 70:12  70:18  70:21 |
| regs [3]  41:8  46:10 | required [14]  5:21 | 165:9 | 71:7  76:21  76:22 |
| 47:19 | 9:13  23:1  30:9 | risc [4]  55:19  82:18 | 80:25  83:12  86:23 |
| regular [3]  6:2 | 35:1  36:23  38:17 | 94:8  124:6 | 89:7  90:15  96:17 |
| 29:9  96:10 | 50:11  64:10  110:6 | risk [1]  43:8 | 104:23  114:21  115:16 |
| regularly [4]  29:13 | 111:15  126:20  134:7 | risks [1] 44:10 | 116:15  120:15  124:22 |
| 29:18  68:21  68:25 | 134:15 | Rivkind [2]  1:14 | 126:4  126:25  127:1 |
| regulations [21] 10:14 | requirement [1] 157:24 | 2:7 | 127:16  133:7  133:14 |
| 12:3  12:23  23:1 | requirements [1] | rolled [1]  26:6 | 133:22  133:23  134:2 |
| 30:20  44:8  45:3 | 9:1 | room [12]  7:22 | 139:14  140:15  140:16 |
| 45:5  46:13  50:11 | requiring [1]  109:13 | 70:6  144:22  149:3 | 141:1  142:19  142:22 |
| 96:20  98:24  108:25 | research [2]  132:14 | 149:12  149:19  154:9 | 146:7  149:14  149:15 |
| 109:22  125:12  125:13 | 159:19 | 154:11  154:16  155:6 | 150:2  150:17  154:11 |
| 125:17  125:18  126:14 | researched [1]  122:14 | 155:23  156:1 | 154:25  162:11 |
| 134:6  134:24 | researching [1]  143:25 | rulc [1]  152:22 | saying [19]  35:3 |
| reinspect [1]  9:15 | residual [1]  53:19 | ruled [1] 113:19 | 55:4  71:20  72:2 |
| relate [2]  64:21 | residue [1]  85:13 | run [7]  32:16  94:5 | 72:9  79:8  79:10 |
| 102:24 | 85:18  85:21  86:3 | 105:21  143:4  151:17 | 98:10  102:25  114:11 |
| relating [3]  46:7 | 86:14  86:15  87:10 | 151:18  151:20 | 118:20  132:20  139:3 |
| 125:17  146:17 | residues [1]  86:11 | runs [1]  18:10 | 146:23  148:11  162:1 |
| relation [1]  39:22 | 113:10 | S.W [2]  2:4  2:17 | 162:2  162:4  162:6 |
| relationship [1] 154:19 | respect [3]  46:16 | safe [15]  5:22  8:5 | says [5]  12:9  109:13 |
| relative [7]  30:5 | 47:5  91:22 | 8:6  8:9  8:22 | 109:16  129:1  135:2 |
| 43:9  125:11  125:13 | respects [1]  41:13 | 8:22  31:18  36:5 | school [2]  23:25 |
| 126:14  126:15  166:12 | responded [1]  52:11 | 40:14  41:13  97:13 | 24:1 |
| release [1]  81:8 | responsibility [2] | 149:3  149:4  149:4 | science [2]  4:20 |
| rely [1]  97:15 | 33:21  44:21 | safer [1]  125:1 | 126:10 |
| remember [23]  7:9 | responsible [1]  42:16 | safety [8]  43:1 | scientific [6]  57:11 |
| 14:11  20:11  25:13 | rest [1]  8:18 | 44:22  96:11  100:13 | 78:24  85:13  88:22 |
| 25:22  25:24  25:25 | Restate [1]  150:15 | 100:14  106:25  117:3 | 95:23  108:9 |
| 45:17  51:3  53:8 | result [10]  23:8 | 127:18 | scrapings [1]  113:10 |
| 55:7  56:18  65:13 | 58:13  86:15  95:6 | scum [1] 80:23 | screen [1]  100:15 |
| 75:19  75:19  81:14 | 99:3  111:4  114:7 | sea [5]  95:7  95:7 | ships [4]  5:18  65:23 |
| 83:14  84:14  100:25 | 132:16  133:5  133:18 | 115:22  116:1  116:8 | 65:24  131:19 |
| 102:11  106:8  107:23 | resulted [1]  113:9 | seal [1]  165:11 | shipsidc [1]  12:16 |
| 134:12 | resulting [13]  113:21 | sealed [2]  22:4 | shipyard [29]  9:6 |
| remove [1]  114:14 | 115:22  124:7 | 22:4 | 10:4  10:7  11:25 |
| removed [1]  7:24 | results [13]  31:11 | seam [3]  22:3  161:10 | 12:6  12:13  13:7 |
| 125:14 | 81:8  114:5  114:6 | 161:14 | 30:2  30:14  34:22 |
| removing [2]  72:16 | retainer [1]  129:9 | seams [1]  161:15 | 36:10  37:21  37:21 |
| 83:2 | revealed [1]  85:15 | second [4]  90:17 | 38:20  48:23  64:11 |
| rendering [1]  78:22 | review [1]  37:11 | 95:3  105:23  129:19 | 72:13  97:23  98:21 |
| renovations [1]  111:9 | reviewing [1]  37:23 | secondary [1]  86:15 | 98:23  105:13  106:19 |
| renumbered [1] 109:20 | rich [8]  140:10  140:15 | section [4]  28:20 | 108:2  108:11  109:11 |
|  | 140:14  140:18  140:19 | 102:9  102:12  108:24 | 110:2  131:17  131:18 |
|  | sailboats [4]  66:3 | Security [1]  4:16 | 133:3 |
|  | 121:15  121:18  122:9 |  | shocked [2]  147:3 |
|  |  |  | 147:3 |
|  |  |  | shore [2] 127:8  127:8 |

| | |
|---|---|
| rephrase | same |
| **see [38]** 7:14  16:9 |  |
| 16:21  24:4  30:16 |  |
| 48:21  49:3  51:10 |  |
| 51:19  52:18  55:24 |  |
| 60:18  67:4  67:6 |  |
| 67:11  67:14  67:15 |  |
| 69:10  70:14  73:20 |  |
| 73:24  80:15  80:18 |  |
| 81:2  81:22  82:20 |  |
| 82:25  87:4  102:4 |  |
| 102:22  102:23  114:14 |  |
| 116:25  122:8  146:17 |  |
| 149:11  152:7  161:15 |  |
| seeing [6]  25:24 |  |
| 25:25  26:5  86:22 |  |
| 87:2  132:19 |  |
| seen [7]  67:8  67:16 |  |
| 74:14  114:5  145:8 |  |
| 156:14  161:17 |  |
| segmented [1]  25:8 |  |
| seminar [2]  58:7 |  |
| 132:12 |  |
| sense [6] 59:12  97:10 |  |
| 97:11  133:9  137:19 |  |
| 137:21 |  |
| sensitive [1]  100:7 |  |
| sentence [1]  102:17 |  |
| seriously [1]  46:8 |  |
| set [3]  17:19  124:1 |  |
| 134:6 |  |
| setting [1]  117:15 |  |
| seven [3]  11:21 |  |
| 44:15  75:9 |  |
| seventies [1]  130:14 |  |
| several [6]  7:19 |  |
| 58:2  71:11  115:16 |  |
| 116:16  161:15 |  |
| shall [3]  11:20  109:8 |  |
| 109:16 |  |
| share [1] 63:16 |  |
| She [1]  161:14 |  |
| shell [1]  20:5 |  |
| ship [17] 32:12  38:22 |  |
| 44:18  52:2  65:18 |  |
| 65:21  71:15  90:2 |  |
| 92:8  92:12  92:13 |  |
| 92:19  92:22  111:8 |  |
| 120:3  130:25  131:1 |  |
| shipboard [1]  148:25 |  |
| shipbreak [1]  131:1 |  |

Case 0:00-cv-06033-JAL Document 107 Entered on FLSD Docket 08/08/2001 Page 64 of 73

NARANJO vs. STEPHEN B. SMITH          Condensit          shoreside - stipulates

**shoreside** [9]         5:18
12:16     69:7     69:8
125:17   126:2    126:17
126:23   127:14

**should** [41]           13:1
13:1      30:1     30:2
30:15    31:2     31:6
31:8     31:10   31:15
31:16    31:17   33:6
34:22    36:2     36:4
36:8     36:18   39:25
40:10    40:16   41:25
42:5     42:9     43:10
44:4     70:17   70:21
97:6     97:22   103:10
105:14  110:2    118:15
119:3    119:5    120:12
126:15  146:10  148:21
154:25

**shouldn't** [1]         98:5

**show** [3] 38:11    45:14
45:19

**showed** [2]            58:1
120:5

**showing** [1]          45:20

**shown** [1]            45:20

**side** [18] 31:24    32:3
32:3     33:17    33:18
35:16    35:22   40:22
42:6     42:10    43:5
43:11    51:8     89:15
92:6     92:20   92:24
93:25

**sides** [1] 36:6

**significant** [2]  99:13
99:21

**signing** [1]         164:2

**silly** [1] 163:4

**similar** [6]           7:7
12:18    59:24   104:20
118:12  125:18

**simple** [1]         109:21
149:8

**simply** [3]         38:20
42:14    97:15

**since** [14]           20:16
22:18    23:3     38:20
44:2     50:15   62:11
81:12    83:2     105:8
116:15  123:19  124:11
132:6

**sir** [5]      57:6     61:7
81:5     108:18  111:10

**sit** [2]       113:18  155:21

**sitting** [3]          23:11
58:17    135:11

**situation** [7]       23:10
24:15    36:2     45:4
56:1     57:22   82:10

**situations** [4]       9:19
12:25    108:24  127:7

**six** [3]     44:15    77:9
158:4

**sixteenths** [1]   135:13

**sixty** [1] 147:8

**size** [5]     28:24    29:1
74:24  104:8   130:21
146:3

**skegs** [1] 109:7

**skin** [1]  21:2

**slag** [2]  48:3       48:21

**slicks** [1]            16:9

**slightly** [2]        29:10
143:15

**slipped** [1]         103:8

**slow** [1] 61:18

**sludge** [2]           8:11
47:25

**small** [5] 28:24    29:1
48:1    143:17  163:9

**smaller** [1]         53:10
57:1     77:10

**smell** [2] 76:17    95:10

**smelled** [6]          76:8
95:15    95:19   95:24
96:6    116:11

**Smith** [2]            1:9
2:23

**smoke** [2]           23:24
24:5

**smoking** [1]        117:9

**snake** [3]           104:13

**sniffer** [3]         105:15
110:20  112:4

**sniffers** [1]        107:15

**so** [106]    4:25      8:6
8:8      9:2      11:1
12:8     13:2     15:11
16:15    17:4     20:19
20:24    22:12    25:8
27:22    29:7     32:7
36:3     36:18    37:2
38:3     38:12    39:20
41:8     44:1     44:9
44:19    45:21    48:9
48:23    49:1     50:12
51:2     52:22    53:16
54:11    57:22    58:4
58:23    58:25    59:4
61:4     64:2     64:15
69:13    73:9     76:4
79:25    80:8     82:21
83:2     83:16    83:19
84:3     87:14    89:9
89:13    90:15    90:23
91:1     93:15    94:16
95:12    97:19   100:16
100:16  102:1    102:10
102:12  102:21  104:16
106:14  107:2    107:6
107:25  111:22  115:5
116:18  123:12  124:23
126:22  126:24  127:7
127:10  128:14  133:9
136:5    137:6    138:24
140:21  141:20  142:11
143:7    145:19  146:2
148:20  149:9    153:14
154:9    154:19  155:17
155:19  155:24  156:12
161:7    162:13

**Social** [1]           4:16

**solid** [1] 56:17

**solutions** [1]       73:21

**some** [77]           10:15
12:4     12:9     12:20

**sound** [1]            6:21

**source** [8]          18:25
22:14    91:20    95:3
115:17  143:8    157:3
160:24

**sources** [1]         89:2

**South** [2]            2:5
69:3

**SOUTHERN** [1]
1:2

**SOUVENIR** [10]
6:13     7:11     7:17
37:17    69:18    69:20
69:21    70:2     70:4
71:14

**space** [80]           8:6
8:8      8:11     8:12
8:14     9:8      9:21
9:24     12:14    20:14
21:1     21:6     21:9
22:2     22:3     24:21
25:16    26:15    26:23
27:2     27:13    28:7
28:15    28:17    28:22
29:1     29:6     29:10
29:11    29:13    29:15
29:15    29:15    29:25
30:8     30:11    30:13
30:15    30:25    31:4
31:10    31:20    32:4
33:4     33:4     33:12
33:13    34:7     35:2
35:13    35:15    35:17
35:19    36:21    36:23
37:1     42:2     48:13
49:15    50:10    53:3
56:22    76:12    96:13
96:16   103:4    103:10
108:14  108:20  110:1
110:3   126:22  129:3
142:20  144:21  151:16
153:7    155:11  156:19
161:18

**spaces** [9]           30:6
30:9     31:23    30:1
32:7     33:14    36:22
37:4     96:21

**Spanish** [1]         148:13

**spark** [12]          134:19
139:18  143:8    152:10
157:4   157:11  157:13
157:15  158:6    159:9
159:13  162:7

**sparked** [1]          24:3

**sparks** [3]          48:10
48:11    48:21

**speak** [2]           47:20
49:1

**speaking** [1]        46:25

**speaks** [1]          44:9

**special** [1]          18:14

**specific** [13]        21:13
42:18    47:12    64:22
69:22    79:25   121:2
124:3   126:18  126:24
141:18  155:17  160:24

**specifically** [10] 21:7
38:1     40:25    55:10
67:20    68:15   112:18
117:22  126:19  137:12

**specified** [5]        9:11

**so** [18]    18:18    19:6
19:6     19:8     19:17
20:7     20:10    20:12
20:19    22:23    23:13
24:2     24:25    25:25
32:20    35:15    39:21
41:16    44:4     44:5
44:21    50:20    50:21
53:1     53:18    55:5
55:6     57:19    58:21
58:22    58:24    59:15
67:9     67:17    70:6
70:13    75:12    81:10
85:24    86:13    87:9
90:20    91:9     91:11
97:7     97:20    97:21
100:15  105:15  107:5
118:9   119:17  123:4
125:12  126:20  129:20
131:13  138:1    138:23
142:18  143:2    143:4
143:7   147:9   148:24
148:25  149:20  150:10
150:11  159:18  160:13
161:1

**somebody** [1]        90:24
115:7   124:5

**somehow** [1]         91:15
153:4

**someone** [25]         9:20
19:13    29:17    30:25
31:17    31:19    32:13
37:6     37:9     40:11
48:24    59:6     64:1
67:7     74:5     77:3
77:7     92:23    95:12
106:22  127:4   133:16
150:6   161:18  161:18

**something** [42]       9:22
18:11    19:6     23:14
24:3     29:17    36:11
36:16    58:20    59:4
59:6     67:9     74:17
75:14    81:24    85:17
86:24    95:9     96:18
97:13    98:3     98:4
103:6   104:5   104:11
106:25  114:15  116:10
135:18  142:1   151:7
154:8   154:22  157:2
157:7   157:12  159:2
159:3   160:9   161:19
161:24  162:16

**sometime** [3]        59:8
59:10    76:10

**sometimes** [5]        5:24
37:11    38:10   145:19
147:7

**somewhere** [5]       38:7
74:1    102:3   130:15
130:22

**son** [1]   130:12

**soot** [1]  16:24

**sooting** [1]          39:2

**sorry** [8] 27:2        33:8
63:18    90:17    90:18
98:12   140:16   144:20

**sort** [7]     63:13    72:17
81:10    97:7   100:15
107:5   161:1

**50:25      92:16    145:14
145:20

**specifies** [3]       10:6
126:20  135:1

**spelled** [1]         31:13

**spend** [1]           48:2

**spilled** [5]          19:7
19:15    75:23   150:11
153:2

**spills** [2] 150:3    150:17

**spitulates** [1]      8:20

**spoke** [1]            99:6

**spoken** [1]         123:23

**spontaneously** [1]
157:15   159:4

**spread** [1]           41:3

**spreader** [1]        41:9

**stain** [1] 150:10

**stand** [3] 36:3       36:3
151:6

**standard** [7]        8:24
10:9     45:23    45:25
46:14    92:14   148:19

**standards** [2]       45:10
46:7

**standpoint** [2]     30:14
60:23

**starboard** [1]       92:7

**start** [7]  18:21    38:12
94:17   104:25  143:18
144:3   157:18

**started** [2]          40:12
107:19

**starting** [2]        43:12
48:4

**state** [7]   1:22      4:8
15:14   150:11  165:17
166:3   166:18

**stated** [1]         107:20

**statement** [1]       94:2

**states** [2]           1:2
6:18

**station** [1]        125:14

**status** [1]         106:22

**stay** [2]  9:18     94:15

**steel** [4] 32:9     121:20
122:5   122:6

**stenographically** [1]
166:7

**Stephen** [2]          1:9
2:23

**stern** [1] 120:7

**stick** [1] 51:13

**sticking** [1]        78:16

**sticks** [1]          77:21

**still** [18] 13:17    25:23
35:1     43:19    50:19
51:4     54:11    54:16
76:17    94:18   100:23
102:7   103:15  113:22
147:10  151:3   160:3
160:16

**stipulate** [2]       12:4
12:6

**stipulates** [1]      72:5

Case 0:00-cv-06022-JAL   Document 107   Entered on FLSD Docket 08/08/2001   Page 65 of 73

NARANJO vs. STEPHEN B. SMITH   Condenselt   stop - that

stop [2] 9:14   120:22
stopped [2]   84:19
131:9
stops [1] 143:6
storage [3]   20:16
25:23   90:20
stored [13]   16:13
20:20   76:25   77:13
78:1   83:5   83:16
83:20   84:2   90:21
91:2   93:13   93:15
stories [1]   41:4
storing [1]   20:24
straight [1]   102:6
straightforward [2]
38:16   148:15
straightforwardly [1]
38:21
Street [5]   1:14
2:4   2:8   2:13
2:17
strike [3]   69:24
73:1   104:25
striking [1]   24:6
stronger [1]   123:13
structural [3]   20:6
80:14   109:6
structurally [1] 81:24
structurals [2]   20:9
136:22
structure [2]   52:18
55:7
structured [2]   4:25
131:19
structures [3]   96:21
96:23   96:25
stuck [2] 55:7   112:13
stuff [5] 41:7   52:21
132:1   151:20   152:6
Sturgeon [1]   2:14
sub [1]   138:6
subchapter [1]   11:7
subfloor [5]   20:3
135:6   135:24   136:9
138:13
subject [4]   69:16
127:20   138:19   160:19
submerged [1]   60:3
subparagraph [1]
11:7
subsection [2]   10:18
11:19
subspace [1]   27:20
substance [8]   80:23
85:16   85:25   87:9
87:12   156:21   157:23
160:18
substances [3]   86:14
88:7   158:18
substantiate [1] 24:10
substantive [1]   19:19
such [17] 28:25   31:11
42:18   44:14   64:22
85:5   95:13   109:6
111:8   133:16   138:3

139:6   144:21   149:2
149:2   149:2   149:3
suck [2] 162:14   162:23
sufficient [1]   152:16
suggest [1]   117:1
Suite [3] 1:15   2:9
2:18
sulphide [1]   17:20
sump [4] 137:15   137:18
137:19   138:4
supervisor [2]   43:10
44:5
supports [1]   82:24
supposed [16]   11:16
11:17   12:3   12:6
30:24   31:19   31:21
34:2   43:2   110:15
110:16   145:14   145:15
147:2   147:6   147:19
sure [37] 10:1   13:13
14:12   27:14   32:14
40:10   40:21   41:13
42:5   42:9   42:22
43:15   44:6   48:25
49:2   51:15   53:19
62:11   62:15   63:1
64:25   66:13   75:20
87:1   87:13   87:25
96:22   106:7   114:16
119:10   128:13   137:8
138:14   138:17   139:4
145:7   146:5
surface [1]   60:16
85:14
surmise [1]   136:19
surprised [4]   21:14
21:16   120:16   121:6
surrounding [1] 138:23
surveyed [1]   121:11
surveyor [1]   5:4
67:21   81:23   82:8
85:1   87:18   117:2
surveyors [1]   87:14
suspect [2]   62:14
110:19
suspected [1]   62:9
suspicion [2]   23:19
24:8   109:25
suspicious [1]   82:9
sworn [2]   4:4
165:10
system [3]   90:13
92:21   93:22
tacked [1]   53:7
take [27] 18:14   26:9
33:10   41:24   43:3
45:2   46:8   50:23
52:4   72:22   79:20
79:21   83:22   88:20
90:23   91:13   113:5
113:7   114:12   122:22
123:2   132:22   136:19
146:5   148:6   151:12
154:13
taken [1] 1:21   26:3
26:11   82:12
takes [5] 17:2   159:1

taking [2]   1:23
134:4
talk [5] 13:18   39:18
42:11   96:20   133:11
talked [5]   16:14
27:12   57:17   77:23
83:2
talking [38]
23:11   23:13   26:16
27:3   27:15   27:15
27:18   33:16   40:17
41:1   41:1   49:14
59:25   69:22   79:4
79:24   81:7   82:13
82:15   82:16   96:8
96:24   98:21   102:4
115:16   119:24   120:12
128:10   138:5   139:5
143:12   143:25   145:25
146:22   149:19   153:20
154:3
talks [2] 8:25   135:4
tall [2]   75:10   84:16
tank [18] 28:25   36:14
36:20   36:22   37:1
101:4   102:20   102:24
102:25   103:6   125:13
126:15   127:9   127:9
127:10   149:2   161:21
162:14
tanker [1]   64:24
tankers [1]   151:21
tanks [18]   5:18
7:21   22:25   30:6
32:15   34:8   37:7
37:13   37:18   49:20
52:4   69:8   69:11
70:7   102:20   127:14
149:11   149:20
tap [1]   96:14
taught [1]   31:14
teach [3] 29:4   41:7
97:11
teacher [1]   24:2
teaching [2]   29:23
37:20
technical [1]   163:20
technology [1]   64:23
tell [24]   10:23   15:2
17:4   17:25   26:1
26:7   28:14   40:18
40:20   74:12   75:18
87:23   91:21   94:23
96:11   99:8   126:8
126:9   135:11   135:14
137:8   147:5   159:18
160:18
telling [2]   115:5
115:12
tells [1]   11:15
telltail [1]   87:11
temperature [18] 32:6
141:2   154:5   154:8
154:11   154:16   154:20
155:6   155:9   155:19
155:24   156:1   156:9
156:23   157:9   157:22

157:24   158:1
temporary [1]   120:22
ten [4]   125:2   139:21
139:22   147:12
tendency [6]   154:10
154:15   154:22   154:23
155:24   162:8
term [6]   28:22   103:5
138:18   139:6   142:13
144:9
terminology [1] 148:19
148:25   149:7   149:8
terms [3] 149:1   155:14
156:16
test [20]   17:22   31:10
31:21   33:14   33:18
35:16   53:21   55:8
62:2   62:14   79:20
79:21   87:8   92:23
105:22   108:14   109:9
112:8   116:12   153:22
tested [11]   15:25
30:15   33:6   33:14
55:22   61:20   86:17
108:20   109:16   110:2
126:16
tester [13]   15:24
54:2   104:14   105:3
105:15   107:12   108:4
108:13   108:21   110:25
111:11   112:3   141:16
testified [7]   4:5
68:11   125:4   125:11
125:22   126:12   127:17
testify [2]   86:10
125:25
testifying [2]   124:14
128:21
testimony [1]   43:4
111:19   123:3   124:24
132:22
testing [7]   5:11
5:15   5:16   17:11
56:4   62:6   109:13
tests [4] 31:11   108:23
111:25   112:2
textbook [1]   132:19
textbooks [1]   59:11
than [52] 7:2   9:10
9:20   17:6   24:10
26:4   26:7   34:9
34:11   36:15   36:20
37:2   38:21   48:2
55:14   57:23   59:1
75:18   76:1   78:10
79:9   80:15   83:3
84:21   87:20   89:10
94:4   94:14   96:24
104:6   109:14   115:21
116:18   116:18   116:24
121:2   122:17   122:20
123:12   127:5   130:24
131:2   131:23   132:9
132:18   134:8   137:12
145:23   148:12   152:15
158:4   158:6
Thank [2]   129:18
151:23
that [847] 4:21   4:22

5:2   5:5   5:5
5:12   5:18   5:20
5:22   6:15   6:17
6:18   6:21   6:22
6:24   7:7   7:12
7:19   7:23   7:24
8:6   8:8   8:9
8:12   8:12   8:14
8:19   8:25   8:25
9:1   9:7   9:8
9:10   9:13   9:24
9:24   10:1   10:6
10:9   10:23   11:9
12:6   12:8   12:20
13:3   13:9   13:21
13:14   13:19   13:21
14:13   14:15   14:20
14:23   15:13   15:17
15:20   15:24   16:2
16:3   16:3   16:6
16:10   16:11   16:14
17:1   17:3   17:7
17:8   17:12   17:14
17:17   17:18   17:20
17:21   17:22   17:25
18:3   18:10   18:12
18:22   19:7   19:9
19:12   19:14   19:15
19:15   19:17   19:20
19:21   19:21   20:2
20:3   20:7   20:10
20:13   20:13   20:15
20:17   20:20   20:21
20:23   21:3   21:4
21:15   21:19   22:1
22:2   22:6   22:8
22:9   22:16   22:25
22:25   23:3   23:3
23:14   23:16   23:19
23:24   24:8   24:10
24:11   24:16   24:21
24:24   24:25   26:4
26:4   26:8   26:15
26:20   26:21   26:22
28:5   29:5   29:6
29:11   29:12   29:13
29:16   30:6   30:11
30:12   30:12   30:13
30:15   30:22   31:2
31:4   31:4   31:6
31:6   31:9   31:14
31:17   31:21   31:24
31:25   32:5   32:5
32:8   32:17   32:21
32:22   33:3   33:4
33:6   33:7   33:11
33:13   33:13   33:15
33:20   34:6   34:7
34:12   34:13   34:14
34:16   34:17   34:17
34:19   34:21   34:21
35:10   35:11   35:13
35:13   35:14   35:16
35:24   36:2   36:3
36:3   36:6   36:9
36:11   36:16   36:19
36:22   37:1   37:3
37:4   37:9   37:14
37:19   37:25   38:12
38:20   38:22   39:6
39:25   40:1   40:9
40:10   40:11   40:13
40:15   40:16   40:18
40:18   40:18   40:21

Case 0:00-cv-06022-JAL    Document 107    Entered on FLSD Docket 08/08/2001    Page 66 of 73

NARANJO vs. STEPHEN B. SMITH    Condensed    the - the

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 40:25 | 41:4 | 41:6 | 81:7 | 81:8 | 81:9 | 123:19 | 124:5 | 124:6 | 11:13 | 11:14 | 11:15 |
| 41:10 | 41:16 | 41:23 | 81:19 | 81:20 | 81:22 | 124:8 | 124:20 | 125:13 | 11:19 | 11:20 | 12:2 |
| 42:4 | 42:20 | 42:23 | 81:24 | 82:6 | 82:7 | 125:17 | 125:21 | 125:21 | 12:6 | 12:7 | 12:8 |
| 43:4 | 43:13 | 43:25 | 82:8 | 82:11 | 82:12 | 125:23 | 126:10 | 126:11 | 12:11 | 12:11 | 12:12 |
| 44:2 | 44:6 | 44:12 | 82:16 | 82:18 | 83:1 | 126:12 | 126:16 | 127:9 | 12:13 | 12:19 | 12:22 |
| 44:12 | 44:16 | 44:20 | 83:3 | 83:4 | 83:4 | 127:17 | 127:22 | 128:5 | 12:23 | 12:24 | 12:24 |
| 45:2 | 45:3 | 45:14 | 83:6 | 83:7 | 83:20 | 128:6 | 128:8 | 128:9 | 12:25 | 13:2 | 13:3 |
| 45:21 | 46:2 | 46:5 | 84:2 | 84:11 | 84:11 | 128:9 | 128:9 | 128:9 | 13:4 | 13:8 | 13:10 |
| 46:8 | 46:19 | 46:24 | 84:13 | 84:17 | 84:19 | 129:11 | 129:12 | 130:9 | 13:18 | 13:19 | 13:20 |
| 47:3 | 47:4 | 47:4 | 84:21 | 84:22 | 85:6 | 130:13 | 130:22 | 131:2 | 13:24 | 13:24 | 14:6 |
| 47:14 | 47:22 | 48:3 | 85:13 | 85:17 | 85:21 | 131:8 | 131:11 | 131:21 | 14:8 | 14:8 | 14:9 |
| 48:5 | 48:12 | 48:14 | 86:3 | 86:10 | 86:13 | 132:3 | 132:3 | 132:4 | 14:15 | 14:16 | 14:18 |
| 48:25 | 49:2 | 49:7 | 86:15 | 86:25 | 87:3 | 132:22 | 132:25 | 133:7 | 14:20 | 14:24 | 15:9 |
| 50:3 | 50:4 | 50:10 | 87:4 | 87:5 | 87:19 | 133:13 | 133:14 | 133:16 | 15:9 | 15:10 | 15:10 |
| 50:12 | 50:16 | 50:18 | 87:22 | 88:8 | 88:9 | 133:23 | 133:24 | 134:1 | 15:11 | 15:12 | 15:15 |
| 51:2 | 51:3 | 51:5 | 88:9 | 89:13 | 89:14 | 134:5 | 134:7 | 134:11 | 15:15 | 15:16 | 15:17 |
| 51:16 | 51:17 | 51:19 | 89:22 | 90:3 | 90:4 | 134:23 | 135:2 | 135:18 | 15:18 | 15:22 | 16:4 |
| 52:2 | 52:6 | 52:11 | 90:11 | 90:12 | 90:16 | 135:18 | 136:4 | 136:21 | 16:5 | 16:5 | 16:11 |
| 53:2 | 53:17 | 53:23 | 90:19 | 90:23 | 90:23 | 137:1 | 137:3 | 137:6 | 16:12 | 16:12 | 16:13 |
| 54:1 | 54:10 | 54:11 | 91:13 | 91:18 | 92:2 | 137:6 | 137:9 | 137:9 | 16:14 | 16:19 | 16:21 |
| 54:12 | 54:12 | 54:15 | 92:10 | 92:12 | 92:13 | 137:10 | 137:12 | 137:14 | 17:3 | 17:8 | 17:14 |
| 54:20 | 54:24 | 54:24 | 92:15 | 92:16 | 92:20 | 138:2 | 138:13 | 138:25 | 17:17 | 17:18 | 17:22 |
| 55:9 | 55:12 | 55:19 | 92:22 | 93:17 | 93:19 | 139:8 | 139:15 | 140:3 | 17:23 | 18:3 | 18:4 |
| 55:22 | 55:23 | 56:2 | 94:2 | 94:3 | 94:15 | 140:9 | 140:17 | 140:23 | 18:5 | 18:7 | 18:10 |
| 56:4 | 56:16 | 56:20 | 94:17 | 94:22 | 94:24 | 140:25 | 142:1 | 143:5 | 18:11 | 18:12 | 18:12 |
| 56:20 | 56:21 | 56:22 | 95:3 | 95:9 | 96:4 | 143:16 | 143:23 | 144:7 | 18:13 | 18:15 | 18:17 |
| 56:25 | 56:25 | 57:1 | 96:14 | 96:18 | 97:1 | 144:14 | 145:7 | 145:12 | 18:23 | 18:22 | 18:23 |
| 57:7 | 57:9 | 57:14 | 97:5 | 97:5 | 97:10 | 145:23 | 146:6 | 146:9 | 18:23 | 18:25 | 18:25 |
| 57:18 | 57:20 | 58:4 | 97:17 | 97:25 | 98:3 | 147:1 | 147:5 | 147:15 | 19:3 | 19:12 | 19:13 |
| 58:7 | 58:11 | 58:12 | 98:4 | 98:8 | 98:9 | 147:17 | 147:23 | 147:24 | 19:16 | 19:19 | 19:23 |
| 58:16 | 58:20 | 59:1 | 98:10 | 98:14 | 98:16 | 148:6 | 148:8 | 148:12 | 19:25 | 19:25 | 20:2 |
| 59:5 | 59:6 | 59:8 | 98:17 | 99:14 | 99:17 | 149:1 | 149:7 | 149:10 | 20:3 | 20:5 | 20:6 |
| 59:17 | 59:20 | 59:21 | 99:20 | 99:22 | 100:2 | 150:12 | 150:13 | 150:15 | 20:8 | 20:9 | 20:14 |
| 59:21 | 59:22 | 59:25 | 100:5 | 100:9 | 100:12 | 150:23 | 150:24 | 151:12 | 20:14 | 20:16 | 20:20 |
| 60:4 | 60:4 | 60:6 | 100:17 | 100:17 | 100:22 | 151:13 | 151:22 | 152:10 | 20:22 | 20:23 | 20:23 |
| 60:14 | 60:22 | 60:23 | 100:23 | 101:4 | 101:9 | 152:12 | 152:12 | 152:15 | 20:23 | 21:1 | 21:2 |
| 60:24 | 60:25 | 61:3 | 101:11 | 101:23 | 102:12 | 152:18 | 152:24 | 152:25 | 21:2 | 21:2 | 21:2 |
| 61:4 | 61:7 | 61:7 | 102:19 | 102:23 | 102:24 | 153:7 | 153:14 | 153:14 | 21:5 | 21:9 | 21:9 |
| 61:8 | 61:9 | 61:10 | 103:6 | 103:13 | 103:16 | 153:16 | 153:17 | 153:19 | 21:9 | 21:10 | 21:10 |
| 61:17 | 61:17 | 61:18 | 103:21 | 103:24 | 103:24 | 153:19 | 153:22 | 154:8 | 21:11 | 21:21 | 22:2 |
| 62:2 | 62:2 | 62:3 | 104:2 | 104:4 | 104:8 | 154:9 | 154:10 | 154:19 | 22:3 | 22:8 | 22:11 |
| 62:12 | 62:14 | 63:2 | 104:11 | 104:11 | 104:11 | 154:20 | 154:21 | 154:23 | 22:12 | 22:12 | 22:14 |
| 63:8 | 63:12 | 63:16 | 104:14 | 104:25 | 105:2 | 155:9 | 155:10 | 155:11 | 22:17 | 22:21 | 22:24 |
| 63:18 | 64:7 | 64:20 | 105:14 | 105:18 | 105:20 | 155:13 | 155:23 | 156:12 | 22:25 | 23:2 | 23:4 |
| 64:21 | 65:1 | 65:2 | 106:3 | 106:6 | 106:20 | 156:13 | 156:14 | 156:16 | 23:10 | 23:13 | 23:15 |
| 65:6 | 65:11 | 66:11 | 107:10 | 107:11 | 107:15 | 156:16 | 156:20 | 156:24 | 23:17 | 23:17 | 23:18 |
| 66:15 | 66:18 | 66:20 | 107:16 | 107:17 | 107:22 | 157:2 | 157:3 | 157:5 | 23:19 | 23:21 | 23:21 |
| 66:22 | 67:2 | 67:11 | 107:25 | 108:5 | 108:18 | 157:7 | 157:8 | 157:21 | 24:3 | 24:10 | 24:11 |
| 67:13 | 67:14 | 67:21 | 108:20 | 109:11 | 109:11 | 158:1 | 158:3 | 158:11 | 24:11 | 24:12 | 24:14 |
| 67:23 | 68:3 | 68:19 | 109:14 | 109:22 | 109:23 | 158:12 | 158:12 | 158:15 | 24:16 | 24:17 | 24:24 |
| 69:14 | 69:24 | 70:1 | 110:1 | 110:3 | 110:6 | 158:18 | 158:20 | 158:21 | 25:1 | 25:3 | 25:5 |
| 70:10 | 70:25 | 71:3 | 110:21 | 110:23 | 111:15 | 158:23 | 159:6 | 159:17 | 25:6 | 25:8 | 25:10 |
| 71:5 | 71:13 | 71:14 | 111:16 | 111:23 | 112:12 | 159:17 | 159:21 | 159:21 | 25:13 | 25:14 | 25:14 |
| 71:25 | 72:5 | 72:9 | 112:17 | 112:19 | 112:24 | 159:25 | 160:3 | 160:3 | 25:15 | 25:15 | 25:22 |
| 72:14 | 72:17 | 72:20 | 113:4 | 113:19 | 113:24 | 160:3 | 160:15 | 160:18 | 25:23 | 25:23 | 25:25 |
| 72:21 | 72:21 | 72:21 | 114:3 | 114:13 | 114:21 | 160:25 | 161:12 | 161:24 | 26:3 | 26:4 | 26:5 |
| 72:22 | 73:1 | 73:3 | 114:24 | 115:6 | 115:6 | 162:4 | 162:13 | 162:16 | 26:9 | 26:12 | 26:14 |
| 73:3 | 73:7 | 73:12 | 115:7 | 115:9 | 115:11 | 162:18 | 162:24 | 163:8 | 26:14 | 26:16 | 26:18 |
| 73:15 | 73:17 | 73:22 | 115:13 | 115:15 | 115:18 | 163:16 | 165:9 | 166:6 | 26:24 | 27:1 | 27:4 |
| 73:22 | 74:3 | 74:4 | 115:21 | 115:24 | 116:1 | 166:8 | 166:10 | | 27:6 | 27:7 | 27:16 |
| 74:5 | 74:5 | 74:10 | 116:3 | 116:13 | 116:19 | **the [1377]** | 1:22 | 1:24 | 27:16 | 27:17 | 27:19 |
| 74:11 | 74:13 | 74:20 | 117:4 | 117:10 | 117:10 | 4:9 | 4:15 | 4:18 | 27:19 | 27:20 | 27:20 |
| 74:21 | 74:22 | 74:25 | 117:11 | 117:12 | 117:20 | 4:24 | 5:20 | 5:24 | 28:1 | 28:2 | 28:6 |
| 75:7 | 75:14 | 75:19 | 117:23 | 118:2 | 118:3 | 6:8 | 6:13 | 6:16 | 28:8 | 28:10 | 28:10 |
| 75:22 | 75:22 | 75:23 | 118:4 | 118:5 | 118:8 | 6:19 | 7:11 | 7:15 | 28:14 | 28:16 | 28:20 |
| 75:25 | 76:13 | 76:24 | 118:12 | 118:16 | 118:16 | 7:16 | 7:17 | 8:6 | 28:21 | 28:22 | 29:4 |
| 76:24 | 76:25 | 77:8 | 118:20 | 118:22 | 118:23 | 8:8 | 8:11 | 8:12 | 29:19 | 29:20 | 29:23 |
| 77:17 | 77:19 | 77:19 | 119:2 | 119:17 | 119:21 | 8:14 | 8:18 | 8:18 | 30:2 | 30:3 | 30:12 |
| 77:21 | 77:22 | 77:23 | 119:21 | 119:23 | 120:4 | 8:19 | 8:25 | 9:1 | 30:13 | 30:19 | 30:20 |
| 78:1 | 78:2 | 78:11 | 120:5 | 120:7 | 120:9 | 9:4 | 9:5 | 9:7 | 30:22 | 30:23 | 30:25 |
| 78:15 | 78:19 | 79:5 | 120:9 | 120:11 | 120:16 | 9:11 | 9:15 | 9:25 | 31:7 | 31:8 | 31:10 |
| 79:9 | 80:10 | 80:12 | 121:3 | 121:5 | 121:6 | 10:11 | 10:11 | 10:14 | 31:11 | 31:12 | 31:12 |
| 80:14 | 80:23 | 80:23 | 122:8 | 122:12 | 122:15 | 10:16 | 10:17 | 10:22 | 31:14 | 31:17 | 31:18 |
| 80:24 | 80:25 | 81:1 | 122:17 | 122:22 | 123:13 | 11:5 | 11:11 | 11:12 | 31:19 | 31:21 | 31:23 |

| | | |
|---|---|---|
| 32:3 | 32:5 | 32:11 |
| 32:12 | 32:13 | 32:15 |
| 32:15 | 32:17 | 32:17 |
| 32:24 | 32:25 | 33:3 |
| 33:4 | 33:15 | 33:21 |
| 33:21 | 33:23 | 33:23 |
| 33:24 | 34:2 | 34:6 |
| 34:13 | 34:13 | 34:14 |
| 34:14 | 34:17 | 34:17 |
| 34:18 | 34:19 | 34:22 |
| 34:24 | 35:1 | 35:2 |
| 35:4 | 35:4 | 35:13 |
| 35:16 | 35:16 | 35:20 |
| 35:22 | 36:4 | 36:6 |
| 36:8 | 36:10 | 37:9 |
| 37:9 | 37:11 | 37:12 |
| 37:17 | 37:18 | 37:21 |
| 37:22 | 37:23 | 38:5 |
| 38:8 | 38:9 | 38:13 |
| 38:14 | 38:15 | 38:15 |
| 38:19 | 38:19 | 38:22 |
| 38:23 | 38:25 | 39:3 |
| 39:5 | 39:10 | 39:12 |
| 39:16 | 39:17 | 39:21 |
| 39:25 | 40:2 | 40:7 |
| 40:11 | 40:12 | 40:16 |
| 40:17 | 40:20 | 40:21 |
| 41:2 | 41:3 | 41:5 |
| 41:6 | 41:6 | 41:8 |
| 41:9 | 41:11 | 41:13 |
| 41:14 | 41:15 | 42:5 |
| 42:10 | 42:11 | 42:14 |
| 42:14 | 42:16 | 42:17 |
| 42:18 | 42:20 | 42:20 |
| 42:25 | 43:1 | 43:5 |
| 43:5 | 43:6 | 43:6 |
| 43:8 | 43:9 | 43:10 |
| 43:11 | 43:12 | 43:22 |
| 43:23 | 44:5 | 44:5 |
| 44:6 | 44:7 | 44:8 |
| 44:9 | 44:10 | 44:14 |
| 44:17 | 44:20 | 44:25 |
| 45:2 | 45:9 | 45:20 |
| 45:20 | 45:22 | 45:22 |
| 46:9 | 46:13 | 46:14 |
| 46:20 | 46:21 | 46:22 |
| 47:2 | 47:4 | 47:5 |
| 47:14 | 47:15 | 47:15 |
| 47:19 | 47:20 | 48:3 |
| 48:3 | 48:5 | 48:9 |
| 48:12 | 48:12 | 48:19 |
| 48:19 | 48:25 | 49:3 |
| 49:4 | 49:4 | 49:11 |
| 49:14 | 49:16 | 49:19 |
| 49:20 | 49:21 | 49:25 |
| 49:25 | 49:25 | 50:1 |
| 50:6 | 50:9 | 50:15 |
| 50:16 | 50:17 | 50:19 |
| 50:22 | 50:23 | 50:25 |
| 51:1 | 51:3 | 51:5 |
| 51:5 | 51:7 | 51:9 |
| 51:10 | 51:12 | 51:25 |
| 52:2 | 52:3 | 52:4 |
| 52:5 | 52:10 | 52:10 |
| 52:13 | 52:18 | 52:21 |
| 52:24 | 53:1 | 53:6 |
| 53:14 | 53:14 | 53:16 |
| 53:16 | 53:17 | 53:18 |
| 53:25 | 54:2 | 54:2 |
| 54:3 | 54:3 | 54:4 |
| 54:4 | 54:10 | 54:15 |
| 54:16 | 54:16 | 54:21 |
| 54:23 | 54:25 | 54:25 |
| 55:1 | 55:2 | 55:4 |

Case 0:00-cv-06022-JAL  Document 107  Entered on FLSD Docket 08/08/2001  Page 67 of 73

NARANJO vs. STEPHEN B. SMITH          Condensit™                    their - there

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 55:5 | 55:6 | 55:9 | 82:23 | 82:24 | 82:24 | 107:19 | 107:20 | 107:22 |
| 55:20 | 55:23 | 56:7 | 83:5 | 83:11 | 83:13 | 108:1 | 108:2 | 108:6 |
| 56:7 | 56:7 | 56:8 | 83:16 | 83:22 | 84:3 | 108:11 | 108:13 | 108:14 |
| 56:8 | 56:16 | 56:16 | 84:7 | 84:7 | 84:8 | 108:14 | 108:15 | 108:25 |
| 56:20 | 56:25 | 57:9 | 84:8 | 84:10 | 84:11 | 108:25 | 109:8 | 109:9 |
| 57:14 | 57:17 | 57:18 | 84:12 | 84:17 | 84:18 | 109:22 | 109:23 | 109:24 |
| 57:23 | 57:24 | 57:24 | 84:19 | 84:22 | 85:2 | 109:24 | 110:1 | 110:4 |
| 58:2 | 58:3 | 58:3 | 85:3 | 85:5 | 85:6 | 110:15 | 110:18 | 110:24 |
| 58:3 | 58:8 | 58:13 | 85:7 | 85:7 | 85:14 | 111:23 | 111:23 | 111:24 |
| 58:19 | 58:25 | 59:3 | 85:14 | 85:15 | 85:15 | 112:5 | 112:5 | 112:7 |
| 59:6 | 59:17 | 59:23 | 85:21 | 86:16 | 86:18 | 112:8 | 112:9 | 112:9 |
| 59:24 | 59:25 | 60:1 | 86:19 | 86:23 | 87:8 | 112:10 | 112:10 | 112:14 |
| 60:1 | 60:4 | 60:5 | 87:11 | 87:14 | 87:15 | 112:15 | 112:15 | 112:25 |
| 60:6 | 60:10 | 60:13 | 87:16 | 87:22 | 87:24 | 113:2 | 113:3 | 113:3 |
| 60:14 | 60:15 | 60:16 | 88:1 | 88:1 | 88:6 | 113:4 | 113:5 | 113:8 |
| 60:17 | 60:18 | 60:19 | 88:11 | 88:12 | 88:16 | 113:9 | 113:11 | 113:11 |
| 60:20 | 60:20 | 60:23 | 88:18 | 88:22 | 88:24 | 113:15 | 113:19 | 113:21 |
| 60:24 | 60:25 | 61:12 | 88:25 | 89:2 | 89:4 | 113:24 | 114:1 | 114:2 |
| 61:18 | 61:21 | 61:24 | 89:5 | 89:5 | 89:7 | 114:5 | 114:5 | 114:6 |
| 62:16 | 62:16 | 62:17 | 89:8 | 89:8 | 89:13 | 114:7 | 114:7 | 114:20 |
| 63:17 | 64:4 | 64:10 | 89:15 | 89:16 | 89:22 | 114:25 | 115:1 | 115:2 |
| 64:11 | 64:12 | 64:21 | 89:22 | 89:23 | 89:23 | 115:9 | 115:9 | 115:10 |
| 65:8 | 66:12 | 66:13 | 89:24 | 89:25 | 90:4 | 115:10 | 115:10 | 115:14 |
| 66:14 | 66:20 | 66:21 | 90:4 | 90:10 | 90:12 | 115:17 | 116:2 | 116:2 |
| 66:22 | 66:22 | 67:1 | 90:13 | 90:14 | 90:17 | 116:3 | 116:5 | 116:6 |
| 67:4 | 67:6 | 67:7 | 90:22 | 91:2 | 91:4 | 116:8 | 116:12 | 116:14 |
| 67:10 | 67:22 | 67:23 | 91:15 | 91:15 | 91:15 | 116:15 | 116:24 | 117:4 |
| 68:3 | 68:9 | 68:14 | 91:20 | 91:21 | 91:24 | 117:5 | 117:10 | 117:10 |
| 69:2 | 69:3 | 69:6 | 91:25 | 91:25 | 92:6 | 117:14 | 117:15 | 117:16 |
| 69:8 | 69:15 | 69:16 | 92:8 | 92:10 | 92:11 | 117:20 | 117:20 | 118:1 |
| 69:17 | 69:20 | 69:22 | 92:12 | 92:12 | 92:13 | 118:2 | 118:5 | 118:10 |
| 69:22 | 69:23 | 69:25 | 92:16 | 92:16 | 92:20 | 118:10 | 118:17 | 118:17 |
| 70:1 | 70:1 | 70:4 | 92:19 | 92:20 | 92:21 | 118:18 | 118:19 | 118:24 |
| 70:6 | 70:9 | 70:11 | 92:22 | 92:24 | 92:24 | 118:24 | 118:25 | 119:2 |
| 70:18 | 70:20 | 70:24 | 92:24 | 92:25 | 93:4 | 119:3 | 119:4 | 119:5 |
| 71:8 | 71:10 | 71:14 | 93:5 | 93:19 | 93:22 | 119:6 | 119:6 | 119:13 |
| 71:15 | 72:5 | 72:5 | 93:23 | 93:25 | 94:2 | 119:13 | 119:14 | 119:15 |
| 72:6 | 72:8 | 72:19 | 94:3 | 94:3 | 94:8 | 119:17 | 119:18 | 119:20 |
| 72:21 | 72:22 | 73:2 | 94:9 | 94:10 | 94:11 | 119:21 | 119:22 | 119:24 |
| 73:3 | 73:6 | 73:7 | 94:17 | 94:20 | 94:21 | 119:25 | 119:25 | 120:1 |
| 73:8 | 73:9 | 73:12 | 94:25 | 95:3 | 95:5 | 120:2 | 120:2 | 120:3 |
| 73:13 | 73:13 | 73:19 | 95:6 | 95:12 | 95:21 | 120:4 | 120:5 | 120:7 |
| 73:20 | 73:25 | 73:25 | 95:25 | 96:1 | 96:1 | 120:9 | 120:10 | 120:13 |
| 74:2 | 74:2 | 74:6 | 96:2 | 96:6 | 96:8 | 120:13 | 120:14 | 120:15 |
| 74:8 | 74:20 | 74:20 | 96:11 | 96:13 | 96:20 | 120:18 | 120:19 | 120:21 |
| 74:21 | 74:24 | 74:25 | 97:5 | 97:7 | 97:16 | 121:2 | 121:4 | 121:10 |
| 75:1 | 75:3 | 75:5 | 97:16 | 97:17 | 97:20 | 121:18 | 121:23 | 122:1 |
| 75:7 | 75:13 | 75:13 | 97:22 | 97:23 | 98:1 | 122:2 | 122:3 | 122:5 |
| 75:16 | 75:23 | 75:23 | 98:3 | 98:4 | 98:9 | 122:17 | 122:20 | 123:8 |
| 75:24 | 76:2 | 76:5 | 98:9 | 98:13 | 98:15 | 123:10 | 123:12 | 123:19 |
| 76:11 | 76:11 | 76:12 | 98:18 | 98:23 | 99:3 | 123:24 | 123:25 | 124:8 |
| 76:12 | 76:12 | 76:14 | 99:6 | 99:7 | 99:9 | 124:13 | 124:18 | 124:22 |
| 76:14 | 76:18 | 76:24 | 99:9 | 99:11 | 99:14 | 124:25 | 125:11 | 125:15 |
| 77:1 | 77:1 | 77:5 | 99:14 | 99:14 | 99:16 | 125:16 | 125:18 | 125:21 |
| 77:7 | 78:1 | 78:2 | 100:6 | 100:7 | 100:2 | 126:5 | 126:11 | 126:14 |
| 78:10 | 78:14 | 78:24 | 100:12 | 100:13 | 100:13 | 126:19 | 126:23 | 127:2 |
| 79:3 | 79:4 | 79:5 | 100:16 | 100:21 | 100:22 | 127:6 | 127:8 | 127:9 |
| 79:9 | 79:14 | 79:15 | 100:22 | 101:2 | 101:10 | 127:14 | 127:16 | 127:18 |
| 79:24 | 80:1 | 80:2 | 101:14 | 101:15 | 101:15 | 127:19 | 127:24 | 128:6 |
| 80:2 | 80:2 | 80:4 | 102:5 | 102:12 | 102:13 | 128:8 | 128:16 | 128:17 |
| 80:4 | 80:5 | 80:5 | 102:14 | 102:14 | 102:17 | 128:18 | 128:24 | 129:1 |
| 80:6 | 80:6 | 80:7 | 102:17 | 102:18 | 102:18 | 129:6 | 129:7 | 129:8 |
| 80:9 | 80:13 | 80:13 | 102:20 | 103:12 | 103:15 | 129:10 | 129:12 | 129:15 |
| 80:14 | 80:14 | 80:16 | 103:16 | 103:16 | 103:20 | 130:12 | 130:12 | 130:12 |
| 80:16 | 80:16 | 80:20 | 103:21 | 103:21 | 103:23 | 130:14 | 130:18 | 131:2 |
| 80:20 | 81:3 | 81:3 | 104:1 | 104:22 | 105:1 | 131:5 | 131:10 | 131:17 |
| 81:4 | 81:8 | 81:9 | 105:2 | 105:10 | 105:12 | 132:2 | 132:15 | 132:16 |
| 81:10 | 81:13 | 81:13 | 105:18 | 105:20 | 105:22 | 132:19 | 132:23 | 133:4 |
| 81:15 | 81:16 | 81:17 | 105:24 | 105:25 | 106:3 | 133:5 | 133:9 | 133:9 |
| 81:25 | 81:25 | 82:1 | 106:16 | 106:16 | 106:17 | 133:13 | 133:17 | 133:18 |
| 82:2 | 82:5 | 82:11 | 106:17 | 106:21 | 106:22 | 133:20 | 134:5 | 134:12 |
| 82:12 | 82:15 | 82:17 | 106:23 | 107:10 | 107:17 | 135:1 | 135:5 | 135:6 |
| 82:17 | 82:20 | 82:21 | | | | 135:17 | 135:24 | 135:25 |
| 82:22 | 82:22 | 82:23 | | | | 136:1 | 136:3 | 136:8 |

| | | |
|---|---|---|
| 136:9 | 136:15 | 136:21 |
| 136:22 | 136:22 | 136:23 |
| 136:24 | 136:24 | 137:8 |
| 137:9 | 137:9 | 137:10 |
| 137:11 | 137:14 | 137:18 |
| 137:19 | 137:20 | 137:22 |
| 137:23 | 138:3 | 138:3 |
| 138:4 | 138:6 | 138:7 |
| 138:7 | 138:8 | 138:11 |
| 138:12 | 138:17 | 138:22 |
| 138:23 | 139:12 | 139:13 |
| 139:18 | 139:22 | 139:23 |
| 140:1 | 140:2 | 140:10 |
| 140:11 | 140:12 | 140:13 |
| 140:18 | 141:3 | 141:6 |
| 141:9 | 141:11 | 141:13 |
| 141:21 | 142:12 | 142:15 |
| 142:19 | 143:2 | 143:9 |
| 143:11 | 143:25 | 144:5 |
| 144:7 | 144:12 | 144:13 |
| 144:15 | 144:21 | 144:21 |
| 145:2 | 145:16 | 145:16 |
| 145:17 | 145:18 | 145:21 |
| 145:22 | 145:24 | 146:3 |
| 146:3 | 146:3 | 146:6 |
| 146:6 | 146:7 | 146:8 |
| 146:10 | 146:13 | 146:18 |
| 146:21 | 146:25 | 147:4 |
| 147:17 | 147:22 | 147:24 |
| 148:2 | 148:3 | 148:4 |
| 148:12 | 148:19 | 149:1 |
| 149:7 | 149:9 | 149:11 |
| 149:12 | 149:12 | 149:19 |
| 149:20 | 150:15 | 150:21 |
| 150:22 | 150:23 | 150:24 |
| 150:25 | 151:5 | 151:9 |
| 151:14 | 151:16 | 152:3 |
| 152:12 | 152:13 | 152:15 |
| 153:2 | 153:3 | 153:3 |
| 153:3 | 153:5 | 153:6 |
| 153:7 | 153:7 | 153:8 |
| 153:9 | 153:9 | 153:10 |
| 153:11 | 153:12 | 153:14 |
| 153:18 | 153:20 | 153:20 |
| 154:6 | 154:14 | 154:15 |
| 155:7 | 155:5 | 155:7 |
| 155:7 | 155:9 | 155:11 |
| 155:13 | 155:16 | 155:24 |
| 156:18 | 156:19 | 156:21 |
| 156:22 | 157:2 | 157:4 |
| 157:4 | 157:8 | 157:17 |
| 157:21 | 158:1 | 158:8 |
| 158:9 | 158:9 | 158:10 |
| 158:12 | 158:18 | 158:20 |
| 159:10 | 159:11 | 159:12 |
| 159:15 | 159:15 | 159:16 |
| 159:21 | 159:22 | 159:23 |
| 159:23 | 159:24 | 160:1 |
| 160:2 | 160:2 | 160:4 |
| 160:7 | 160:8 | 160:9 |
| 160:12 | 160:13 | 160:16 |
| 160:14 | 160:15 | 160:16 |
| 160:17 | 160:18 | 160:19 |
| 160:20 | 160:20 | 160:21 |
| 161:4 | 161:4 | 161:8 |
| 161:9 | 161:9 | 161:14 |
| 161:16 | 162:8 | 162:8 |
| 162:9 | 162:11 | 162:12 |
| 162:13 | 162:15 | 162:20 |
| 162:21 | 162:25 | 162:25 |
| 163:2 | 163:8 | 163:14 |
| 163:16 | 163:19 | 163:21 |
| 163:24 | 163:25 | 164:1 |
| 165:8 | 166:8 | 166:8 |

166:11 166:13 166:14
166:21

**their [12]** 12:8  30:10
37:24  46:5  90:3
90:10  99:10  105:21
127:5  130:10  147:10
153:4

**theirs [2]**  58:25
71:4

**them [49]**  5:21
6:8  7:14  13:4
13:11  13:12  13:15
18:19  18:21  19:23
29:22  37:22  37:24
38:8  38:10  40:14
40:18  41:16  43:18
45:6  50:23  52:9
53:13  54:14  57:2
57:3  58:19  59:1
66:15  69:12  69:12
71:17  87:8  87:17
87:23  93:25  94:16
94:18  94:21  96:14
97:24  104:7  105:6
106:5  106:7  123:3
145:24  148:8  148:10

**themselves [4]**  44:8
106:23  123:12  148:8

**then [41]** 5:21  7:3
7:4  7:8  8:15
8:24  9:13  11:11
12:17  15:6  20:10
20:15  30:13  30:24
51:17  52:4  53:15
66:23  81:4  84:1
89:9  89:13  89:21
101:13  101:21  102:1
102:8  102:16  109:18
109:21  116:15  124:11
125:15  140:5  143:3
147:22  150:3  153:8
154:22  157:3  161:21

**theoretical [1]**  116:24

**theory [5]**  38:25
124:6  132:12  133:4
161:17

**there [269]**  6:4
6:11  6:17  7:12
8:10  8:13  8:17
8:22  8:24  8:25
9:16  9:25  10:15
10:24  11:5  11:21
11:12  13:17  14:4
15:11  17:7  17:13
19:14  19:18  19:20
20:12  20:16  20:17
20:19  20:20  20:20
21:12  21:14  21:20
21:24  21:25  22:5
22:19  23:10  23:14
25:2  25:24  26:2
28:1  28:11  29:8
29:25  30:1  30:19
30:19  30:20  31:5
31:8  32:14  33:7
33:16  34:1  34:3
34:15  35:2  35:13
35:13  35:17  35:17
35:19  35:19  36:14
36:19  36:20  38:3
39:23  42:17  43:4
46:3  46:20  48:1

NARANJO vs. STEPHEN B. SMITH     Condenselt™     therefore - to

| | | |
|---|---|---|
| 49:11 | 50:1 | 50:19 |
| 50:25 | 51:1 | 51:13 |
| 51:19 | 51:19 | 52:6 |
| 52:17 | 52:19 | 52:22 |
| 52:25 | 53:1 | 53:12 |
| 53:19 | 53:20 | 53:20 |
| 54:1 | 54:7 | 54:8 |
| 54:12 | 54:13 | 54:15 |
| 54:20 | 54:22 | 55:5 |
| 55:24 | 56:13 | 56:23 |
| 57:7 | 57:21 | 58:5 |
| 58:18 | 59:15 | 59:23 |
| 60:24 | 61:23 | 62:4 |
| 62:4 | 62:9 | 64:18 |
| 64:19 | 66:21 | 67:8 |
| 67:16 | 71:13 | 72:14 |
| 73:25 | 74:2 | 74:13 |
| 74:14 | 77:13 | 77:15 |
| 77:24 | 78:3 | 78:3 |
| 78:7 | 78:7 | 78:15 |
| 78:19 | 79:8 | 80:13 |
| 80:15 | 80:18 | 81:24 |
| 82:12 | 82:25 | 83:1 |
| 83:16 | 83:21 | 83:24 |
| 83:24 | 84:2 | 84:10 |
| 84:17 | 86:13 | 87:4 |
| 87:15 | 90:4 | 91:1 |
| 93:13 | 93:14 | 94:5 |
| 94:6 | 94:15 | 95:13 |
| 95:16 | 95:17 | 95:18 |
| 95:18 | 96:13 | 96:19 |
| 96:16 | 97:4 | 98:3 |
| 98:5 | 99:24 | 99:25 |
| 100:19 | 100:23 | 101:19 |
| 102:6 | 102:8 | 102:20 |
| 102:25 | 103:24 | 104:6 |
| 104:18 | 107:25 | 108:16 |
| 109:14 | 109:23 | 109:25 |
| 110:1 | 111:12 | 112:13 |
| 115:3 | 115:25 | 116:1 |
| 116:3 | 116:6 | 116:7 |
| 116:8 | 116:10 | 117:4 |
| 117:24 | 117:25 | 118:8 |
| 119:16 | 119:18 | 119:19 |
| 120:6 | 121:4 | 126:17 |
| 127:2 | 130:15 | 131:22 |
| 132:20 | 133:17 | 133:24 |
| 135:16 | 135:24 | 136:2 |
| 136:4 | 137:1 | 137:13 |
| 137:15 | 137:17 | 137:22 |
| 138:1 | 138:16 | 138:21 |
| 139:6 | 139:22 | 139:25 |
| 140:5 | 140:21 | 141:23 |
| 141:23 | 142:1 | 142:1 |
| 142:2 | 142:8 | 142:9 |
| 142:18 | 143:1 | 143:16 |
| 143:22 | 143:22 | 145:1 |
| 145:11 | 145:19 | 146:24 |
| 149:2 | 151:17 | 152:21 |
| 154:1 | 156:8 | 157:11 |
| 157:19 | 157:25 | 160:4 |
| 160:16 | 160:23 | 160:24 |
| 161:7 | 163:2 | 163:7 |
| 163:11 | 163:12 | 163:15 |
| 163:20 | | |

**therefore** [3]        33:18
  127:11    127:13

**Thereupon** [5]       4:2
  27:6    32:24    122:2
  163:25

**these** [20]          11:23
  13:3    43:23    44:10
  46:25    53:10    56:14

| | | |
|---|---|---|
| 58:22 | 65:3 | 86:10 |
| 104:1 | 104:4 | 105:16 |
| 107:2 | 107:3 | 107:14 |
| 127:7 | 141:17 | 145:4 |
| 148:6 | | |

**thesis** [1]          131:24

**they** [169]          6:2
| 6:4 | 6:11 | 6:14 |
| 7:6 | 7:7 | 7:10 |
| 7:12 | 7:13 | 8:16 |
| 9:18 | 11:16 | 11:16 |
| 12:3 | 12:5 | 12:5 |
| 12:9 | 12:21 | 13:8 |
| 13:9 | 13:14 | 14:5 |
| 16:15 | 18:16 | 18:19 |
| 18:20 | 18:20 | 18:21 |
| 20:18 | 22:23 | 23:2 |
| 23:14 | 30:4 | 30:9 |
| 30:16 | 30:18 | 30:23 |
| 33:4 | 35:19 | 35:23 |
| 38:14 | 38:16 | 38:20 |
| 41:8 | 44:9 | 46:5 |
| 46:6 | 46:8 | 46:12 |
| 49:19 | 49:20 | 49:24 |
| 49:24 | 50:5 | 50:9 |
| 50:12 | 50:12 | 50:21 |
| 52:10 | 52:11 | 53:3 |
| 53:11 | 53:11 | 53:13 |
| 53:14 | 53:17 | 54:24 |
| 55:1 | 56:15 | 56:19 |
| 56:19 | 56:21 | 57:1 |
| 58:1 | 60:19 | 69:12 |
| 69:23 | 70:5 | 70:5 |
| 71:4 | 72:22 | 73:9 |
| 73:11 | 73:16 | 74:12 |
| 74:13 | 74:14 | 77:3 |
| 77:8 | 77:23 | 78:15 |
| 78:19 | 84:15 | 84:16 |
| 84:19 | 85:9 | 86:11 |
| 87:14 | 90:9 | 90:10 |
| 91:2 | 91:24 | 92:3 |
| 92:6 | 92:21 | 93:12 |
| 93:20 | 94:14 | 94:14 |
| 94:16 | 94:17 | 94:18 |
| 94:20 | 94:21 | 99:8 |
| 99:10 | 100:8 | 100:8 |
| 100:8 | 100:9 | 100:12 |
| 100:18 | 100:18 | 102:5 |
| 102:7 | 102:8 | 103:25 |
| 104:1 | 104:3 | 104:4 |
| 105:14 | 105:16 | 105:20 |
| 106:5 | 106:8 | 107:11 |
| 107:14 | 107:20 | 108:3 |
| 108:22 | 108:23 | 110:8 |
| 110:10 | 110:15 | 110:22 |
| 110:25 | 111:2 | 113:22 |
| 116:9 | 120:6 | 120:23 |
| 126:25 | 126:25 | 128:7 |
| 128:12 | 131:19 | 134:17 |
| 138:2 | 147:9 | 147:10 |
| 147:11 | 147:12 | 147:17 |
| 147:19 | 148:10 | 153:10 |
| 153:17 | 155:24 | 161:17 |

**they're** [5]         96:19
  110:14    147:2    148:11
  151:7

**thick** [1] 135:15

**thickness** [1]       135:8

**thin** [2]   104:2    120:24

**thing** [14]          15:23
| 40:16 | 40:18 | 48:5 |
| 51:16 | 56:21 | 59:17 |

| | | |
|---|---|---|
| 60:1 | 70:11 | 72:17 |
| 97:1 | 119:20 | 128:8 |
| 162:25 | | |

**things** [31]         8:13
| 9:3 | 9:18 | 9:24 |
| 10:2 | 10:15 | 16:14 |
| 17:19 | 17:20 | 19:20 |
| 19:21 | 31:17 | 37:3 |
| 37:14 | 38:2 | 42:18 |
| 47:24 | 64:23 | 65:1 |
| 86:3 | 87:4 | 87:22 |
| 88:6 | 95:7 | 107:14 |
| 111:20 | 125:1 | 126:15 |
| 126:16 | 151:21 | 153:2 |

**think** [44]          13:12
| 13:13 | 13:14 | 14:21 |
| 16:12 | 26:13 | 27:24 |
| 33:15 | 37:7 | 58:11 |
| 58:18 | 59:17 | 59:20 |
| 60:13 | 65:12 | 65:14 |
| 74:4 | 75:14 | 76:23 |
| 77:3 | 77:7 | 77:15 |
| 77:19 | 79:3 | 88:16 |
| 89:3 | 90:14 | 90:17 |
| 91:20 | 92:4 | 92:22 |
| 97:14 | 101:3 | 102:7 |
| 104:1 | 106:24 | 115:5 |
| 117:12 | 124:25 | 128:17 |
| 130:14 | 136:4 | 152:5 |
| 155:7 | | |

**thinking** [1]        114:2

**thinner** [1]         153:1

**thinness** [1]        135:9

**thinning** [1]        72:16

**third** [3] 91:20    95:3
  101:11

**this** [175] 6:4      6:5
| 7:24 | 7:25 | 11:4 |
| 14:12 | 14:18 | 16:10 |
| 16:19 | 17:3 | 17:8 |
| 19:21 | 20:8 | 22:2 |
| 23:6 | 23:8 | 23:20 |
| 24:15 | 24:16 | 26:1 |
| 28:21 | 28:23 | 30:21 |
| 33:17 | 33:17 | 33:19 |
| 35:22 | 36:16 | 36:23 |
| 38:24 | 39:19 | 39:22 |
| 39:23 | 40:1 | 40:19 |
| 41:3 | 41:5 | 41:7 |
| 41:25 | 42:4 | 43:22 |
| 45:4 | 45:16 | 45:18 |
| 45:23 | 46:4 | 46:8 |
| 46:16 | 47:13 | 48:15 |
| 49:8 | 49:12 | 49:17 |
| 50:2 | 50:17 | 51:6 |
| 51:8 | 52:1 | 52:5 |
| 52:20 | 52:21 | 54:23 |
| 57:1 | 57:5 | 57:10 |
| 57:23 | 58:7 | 58:9 |
| 59:1 | 59:4 | 60:8 |
| 60:12 | 61:3 | 62:12 |
| 64:5 | 65:7 | 66:16 |
| 66:19 | 68:17 | 70:15 |
| 70:18 | 71:8 | 75:15 |
| 76:10 | 77:1 | 78:24 |
| 81:7 | 83:4 | 87:10 |
| 87:20 | 88:10 | 89:10 |
| 90:12 | 90:19 | 95:25 |
| 96:24 | 97:19 | 101:20 |
| 101:20 | 102:8 | 103:8 |
| 104:22 | 104:23 | 104:24 |
| 104:24 | 105:2 | 105:7 |

| | | |
|---|---|---|
| 105:19 | 106:10 | 106:11 |
| 107:10 | 107:18 | 108:10 |
| 108:19 | 108:24 | 109:23 |
| 110:11 | 111:4 | 111:17 |
| 114:2 | 114:2 | 114:8 |
| 114:9 | 114:25 | 115:8 |
| 115:19 | 117:6 | 118:24 |
| 119:14 | 121:1 | 121:7 |
| 122:18 | 123:16 | 123:24 |
| 124:6 | 124:8 | 126:4 |
| 128:6 | 128:8 | 128:17 |
| 132:2 | 132:11 | 132:12 |
| 133:4 | 134:2 | 135:2 |
| 136:7 | 136:12 | 137:11 |
| 140:24 | 142:6 | 142:6 |
| 143:18 | 143:25 | 146:7 |
| 146:24 | 146:25 | 147:22 |
| 149:11 | 149:25 | 150:1 |
| 150:5 | 151:20 | 152:6 |
| 155:11 | 156:19 | 158:8 |
| 159:15 | 159:21 | 160:24 |
| 161:16 | 162:11 | 165:12 |
| 166:15 | 166:22 | |

**those** [41]          5:22
| 6:18 | 8:23 | 10:1 |
| 10:15 | 10:16 | 12:19 |
| 18:1 | 19:11 | 19:19 |
| 28:4 | 30:9 | 31:11 |
| 31:16 | 37:18 | 48:11 |
| 54:22 | 55:8 | 55:18 |
| 56:6 | 64:16 | 69:10 |
| 73:17 | 77:8 | 86:14 |
| 86:16 | 87:7 | 88:10 |
| 88:18 | 88:20 | 91:22 |
| 94:8 | 106:2 | 108:23 |
| 113:11 | 116:12 | 127:5 |
| 134:24 | 147:15 | 149:18 |
| 153:22 | | |

**though** [6]          61:21
  67:5    81:20    112:20
  132:22   162:22

**thought** [2]         59:3
  62:2

**thoughts** [2]        88:18
  88:21

**thousand** [1]        51:25

**three** [20]          20:21
  36:22   56:2    59:25
  64:12   70:25   73:6
  73:12   81:12   88:16
  89:2    102:21   104:10
  107:19   124:23   124:25
  128:16   128:18   135:12
  158:3

**threw** [1]           9:9

**through** [20]        48:12
  50:1    51:10    51:12
  54:21   54:21   55:6
  55:6    64:8    64:17
  67:9    85:13   89:22
  138:3   138:16   160:7
  160:14   161:24   162:13
  163:8

**throughout** [3]      50:22
  105:20   106:3

**throw** [1]           18:13

**tight** [1] 136:24

**Tigon** [1]           18:10

**time** [82] 6:11      13:9
  16:19   17:8    18:22
  20:20   22:12   22:16

| | | |
|---|---|---|
| 23:15 | 24:2 | 26:3 |
| 26:9 | 31:7 | 36:1 |
| 36:1 | 38:14 | 39:17 |
| 39:21 | 44:4 | 50:17 |
| 51:6 | 51:9 | 53:25 |
| 54:15 | 54:23 | 57:1 |
| 57:23 | 57:24 | 58:19 |
| 59:3 | 62:3 | 67:2 |
| 71:8 | 71:13 | 72:5 |
| 72:14 | 72:14 | 73:7 |
| 73:12 | 73:13 | 73:22 |
| 74:20 | 74:21 | 75:13 |
| 77:14 | 78:2 | 78:20 |
| 82:12 | 83:22 | 85:7 |
| 87:8 | 87:14 | 88:18 |
| 90:20 | 91:9 | 91:11 |
| 92:10 | 92:16 | 97:5 |
| 99:17 | 100:22 | 103:16 |
| 103:21 | 106:6 | 108:6 |
| 109:23 | 111:23 | 116:14 |
| 117:20 | 124:8 | 128:17 |
| 130:8 | 132:25 | 137:10 |
| 138:24 | 142:18 | 148:3 |
| 148:4 | 150:10 | 150:12 |
| 150:13 | 160:16 | |

**times** [6] 105:11    105:20
  106:3    106:15   124:22
  128:15

**timewise** [1]        51:2

**tip** [1]    74:14

**tipped** [3]          74:6
  74:20    74:25

**title** [1]  134:12

**to** [671]  1:23      5:20
  5:21    5:25    6:12
  6:20    6:23    6:25
  7:10    7:11    7:13
  7:16    7:17    8:2
  8:5    8:9    8:13
  9:13    9:14    10:1
  10:3    10:8    10:9
  10:12    11:7    11:16
  11:17    12:2    12:3
  12:7    12:9    12:12
  13:8    13:18   13:23
  13:23    14:2    14:3
  14:5    14:10   14:12
  14:15    14:15   15:5
  15:18    15:16   16:4
  16:13    16:14   16:16
  16:17    16:19   17:11
  17:15    17:19   17:22
  18:10    18:11   18:13
  18:15    18:16   18:19
  19:2    19:10   19:11
  19:8    19:10   19:11
  20:1    20:8    20:19
  20:21    21:5    21:6
  21:21    21:24   21:25
  22:5    22:7    22:11
  22:24    23:1    23:4
  23:5    23:9    23:15
  24:10    24:15   24:17
  25:3    25:11   25:19
  25:20    25:21   26:4
  26:11    26:21   26:24
  27:9    27:10   27:12
  28:6    29:20   30:1
  30:4    30:5    30:8
  30:9    30:14   30:16
  30:20    30:24   30:25
  31:1    31:2    31:5

| | | | | |
|---|---|---|---|---|
| 31:9 | 31:18 | 31:19 | 83:14 | 83:22 | 84:7 |
| 31:21 | 31:22 | 31:25 | 84:8 | 84:13 | 84:18 |
| 32:6 | 32:7 | 32:15 | 84:18 | 85:2 | 86:17 |
| 32:17 | 32:20 | 33:5 | 86:18 | 87:11 | 87:16 |
| 33:10 | 33:13 | 33:14 | 87:17 | 87:23 | 88:9 |
| 33:18 | 34:2 | 34:14 | 88:11 | 88:17 | 88:24 |
| 34:18 | 34:20 | 34:24 | 88:25 | 89:3 | 89:14 |
| 35:2 | 35:4 | 35:12 | 89:18 | 89:24 | 90:6 |
| 35:12 | 35:16 | 35:21 | 90:7 | 90:9 | 90:10 |
| 35:23 | 36:1 | 36:7 | 90:19 | 91:4 | 91:6 |
| 36:8 | 36:23 | 37:1 | 91:22 | 92:23 | 92:25 |
| 37:1 | 37:6 | 37:7 | 93:2 | 93:4 | 93:23 |
| 37:12 | 37:12 | 37:20 | 94:5 | 94:10 | 95:2 |
| 37:21 | 37:23 | 37:24 | 95:4 | 95:18 | 95:23 |
| 38:3 | 38:7 | 38:7 | 96:7 | 96:8 | 96:14 |
| 38:8 | 38:10 | 38:10 | 96:15 | 96:20 | 97:3 |
| 38:17 | 38:25 | 39:3 | 97:3 | 97:6 | 97:8 |
| 39:10 | 39:12 | 39:18 | 97:12 | 97:15 | 97:22 |
| 39:22 | 40:12 | 40:19 | 97:24 | 98:6 | 98:11 |
| 41:3 | 41:7 | 41:10 | 98:19 | 99:6 | 99:7 |
| 41:16 | 41:23 | 42:9 | 99:11 | 99:13 | 99:14 |
| 42:11 | 42:14 | 42:15 | 99:17 | 99:21 | 100:3 |
| 42:17 | 43:2 | 43:4 | 100:6 | 100:7 | 100:8 |
| 43:6 | 43:8 | 43:9 | 101:8 | 102:20 | 102:22 |
| 43:9 | 43:13 | 43:23 | 102:23 | 103:21 | 103:25 |
| 44:9 | 44:16 | 44:20 | 104:3 | 104:5 | 104:13 |
| 44:21 | 44:25 | 45:2 | 104:13 | 104:14 | 104:16 |
| 45:3 | 45:6 | 45:14 | 104:18 | 105:3 | 105:3 |
| 45:17 | 45:19 | 46:7 | 105:7 | 105:10 | 105:10 |
| 46:10 | 46:16 | 47:5 | 105:12 | 105:12 | 105:21 |
| 47:20 | 48:1 | 48:2 | 105:25 | 106:4 | 106:10 |
| 48:10 | 48:17 | 48:23 | 106:11 | 106:11 | 106:18 |
| 48:24 | 49:1 | 49:2 | 107:6 | 107:10 | 107:11 |
| 49:11 | 49:18 | 49:19 | 107:19 | 108:1 | 108:10 |
| 49:20 | 49:25 | 50:3 | 108:13 | 108:15 | 108:23 |
| 50:11 | 50:23 | 50:23 | 108:24 | 109:24 | 110:9 |
| 51:1 | 51:1 | 51:2 | 110:15 | 110:16 | 111:10 |
| 51:10 | 51:16 | 51:19 | 111:11 | 111:12 | 111:14 |
| 51:21 | 52:1 | 52:2 | 111:20 | 112:17 | 113:9 |
| 52:3 | 52:5 | 52:13 | 114:9 | 114:14 | 114:21 |
| 52:18 | 52:20 | 52:20 | 115:1 | 115:17 | 116:21 |
| 52:20 | 52:21 | 53:2 | 116:21 | 117:1 | 117:20 |
| 53:13 | 53:17 | 53:18 | 117:25 | 118:5 | 118:12 |
| 53:19 | 53:23 | 54:2 | 118:18 | 119:4 | 119:15 |
| 54:4 | 54:5 | 54:5 | 119:19 | 119:24 | 120:6 |
| 55:7 | 55:8 | 55:11 | 120:11 | 120:11 | 120:14 |
| 55:19 | 55:24 | 56:24 | 120:22 | 121:1 | 121:3 |
| 57:2 | 57:9 | 57:13 | 122:15 | 122:18 | 123:24 |
| 57:17 | 58:8 | 58:8 | 124:1 | 124:4 | 124:6 |
| 58:21 | 58:21 | 59:1 | 124:9 | 124:10 | 124:12 |
| 59:1 | 59:7 | 59:15 | 124:15 | 124:23 | 125:11 |
| 59:24 | 59:25 | 60:22 | 125:12 | 125:13 | 125:17 |
| 61:11 | 61:11 | 62:4 | 125:18 | 125:19 | 125:23 |
| 62:11 | 62:13 | 62:16 | 125:24 | 126:5 | 126:14 |
| 62:16 | 63:7 | 63:17 | 126:15 | 126:19 | 126:21 |
| 63:18 | 63:23 | 63:23 | 127:4 | 127:13 | 127:16 |
| 63:25 | 64:4 | 64:9 | 127:19 | 127:20 | 127:20 |
| 64:10 | 64:21 | 64:25 | 128:6 | 128:12 | 128:20 |
| 65:17 | 65:20 | 67:3 | 130:3 | 130:7 | 131:12 |
| 67:6 | 67:7 | 67:11 | 131:22 | 132:10 | 132:14 |
| 67:14 | 67:15 | 67:21 | 133:2 | 133:6 | 133:7 |
| 68:2 | 68:5 | 68:8 | 133:10 | 133:12 | 133:14 |
| 68:19 | 69:25 | 70:4 | 133:16 | 133:20 | 133:22 |
| 70:6 | 70:13 | 70:16 | 133:25 | 134:2 | 134:4 |
| 70:25 | 71:25 | 72:14 | 134:7 | 134:10 | 134:12 |
| 72:25 | 73:2 | 73:4 | 134:15 | 134:25 | 135:3 |
| 73:20 | 74:8 | 74:21 | 135:19 | 135:20 | 135:25 |
| 75:3 | 76:7 | 76:12 | 136:5 | 136:10 | 136:12 |
| 76:17 | 76:18 | 77:1 | 136:15 | 136:19 | 137:3 |
| 77:5 | 77:25 | 78:21 | 137:21 | 137:23 | 138:19 |
| 78:24 | 79:23 | 80:8 | 139:8 | 139:11 | 139:23 |
| 80:15 | 80:18 | 81:14 | 139:24 | 139:25 | 140:3 |
| 81:22 | 82:1 | 82:18 | 140:14 | 140:15 | 141:16 |
| 82:18 | 82:25 | 83:10 | 141:20 | 141:21 | 141:24 |

| | | |
|---|---|---|
| 141:25 | 142:2 | 142:5 |
| 142:5 | 142:16 | 142:23 |
| 142:22 | 143:2 | 143:2 |
| 143:4 | 143:9 | 143:21 |
| 144:8 | 144:13 | 144:15 |
| 145:1 | 145:2 | 145:4 |
| 145:15 | 145:15 | 145:17 |
| 145:21 | 145:23 | 146:7 |
| 146:11 | 146:18 | 146:19 |
| 147:2 | 147:6 | 147:16 |
| 147:16 | 147:19 | 147:24 |
| 148:21 | 149:23 | 149:25 |
| 150:6 | 150:24 | 151:6 |
| 151:7 | 151:8 | 151:12 |
| 151:19 | 151:22 | 152:5 |
| 152:5 | 152:11 | 152:16 |
| 152:22 | 153:11 | 153:22 |
| 154:2 | 154:4 | 154:10 |
| 154:15 | 154:15 | 154:17 |
| 154:21 | 154:22 | 154:23 |
| 154:24 | 154:24 | 154:25 |
| 155:1 | 155:4 | 155:8 |
| 155:10 | 155:12 | 155:16 |
| 155:24 | 156:16 | 156:17 |
| 156:18 | 156:20 | 156:23 |
| 156:23 | 156:25 | 157:1 |
| 157:3 | 157:13 | 157:14 |
| 157:18 | 157:24 | 158:7 |
| 158:13 | 158:20 | 158:21 |
| 159:2 | 159:3 | 159:5 |
| 159:5 | 159:7 | 159:10 |
| 159:22 | 160:2 | 160:9 |
| 160:10 | 160:18 | 160:19 |
| 161:1 | 161:12 | 161:16 |
| 161:19 | 162:3 | 162:7 |
| 162:9 | 162:12 | 162:14 |
| 163:18 | 166:7 | 166:22 |

**topics** [2]    64:20
65:1

**torch** [10]    7:5
13:25    70:3    71:1
106:24    125:19    157:4
160:20    161:19    162:3

**Tortora** [3]    7:5
14:1    26:13

**touches** [1]    80:16

**towards** [1]    154:18

**toxic** [2] 5:20    8:7

**toxics** [1]    151:21

**trace** [1] 57:8

**traces** [1]    67:17

**Tracor** [1]    13:16

**trades** [1]    17:15

**train** [2] 12:13    13:11

**trained** [12]    5:4
10:7    10:8    11:21
12:8    12:16    12:20
13:10    13:12    13:15
13:16    105:19

**training** [17]    4:22
5:6    12:4    12:8
12:9    18:15    18:18
42:24    43:1    58:23
63:11    63:13    64:8
64:19    64:23    68:4
106:1

**transcript** [1] 166:9

**transom** [8]    49:25
101:16    101:18    102:4
102:8    102:14    102:19
118:25

**transoms** [1]    101:19

**transportation** [1]
125:12

**trapped** [4]    52:23
57:21    153:9    153:17

**treatise** [1]    133:24

**trial** [1] 124:24

**triggered** [1]    52:5

**trim** [1]    119:20

**true** [5]    44:12    121:5
133:8    133:23    166:9

**truest** [1]    133:9

**try** [6]    29:21    50:23
54:5    68:19    130:3
148:15

**trying** [13]    16:16
27:10    41:3    45:17
48:2    55:7    81:14
83:13    88:4    101:8
134:12    135:20    152:5

**tubing** [1]    18:10

**tuna** [1] 26:6

**turn** [1] 162:9

**twelve** [2]    109:15
154:7    154:8

**twenty** [4]    5:13
13:5    125:2    132:25

**twenty-five** [1] 30:10

**twice** [1] 106:4

**two** [36]    11:23    20:8
29:20    29:20    31:25

| | | |
|---|---|---|
| 32:7 | 36:21 | 37:4 |
| 53:2 | 54:9 | 58:18 |
| 61:4 | 61:12 | 69:10 |
| 73:6 | 73:12 | 73:17 |
| 75:15 | 78:10 | 82:21 |
| 84:12 | 84:12 | 84:15 |
| 84:16 | 89:4 | 89:19 |
| 89:19 | 91:14 | 101:7 |
| 101:19 | 115:2 | 136:23 |
| 143:2 | 152:1 | 160:10 |
| 160:10 | | |

**type** [15] 31:4    48:5
56:11    56:11    63:7
67:13    69:14    73:16
73:21    110:20    113:7
113:10    115:19    117:19
123:15

**types** [2] 43:1    126:21

**typical** [2]    77:9
80:23

**typically** [2]    69:7
78:15

**U.S** [1]    5:2

**under** [16]    5:13
9:18    9:18    24:22
57:21    58:5    60:2
82:5    92:17    98:16
99:24    104:20    111:8
135:1    153:9    163:5

**undergo** [1]    111:14

**underneath** [24] 25:15
34:16    48:7    51:11
53:18    55:8    55:18
55:19    56:6    66:22
68:2    96:1    96:13
97:9    97:22    98:4
98:13    108:15    115:18
137:7    153:5    159:15
161:7    161:20

**undemeth** [1]    95:18

**undersigned** [1] 165:8

**understand** [18]    7:24
10:9    16:5    18:19
43:25    71:20    72:2
78:22    86:9    88:8
119:17    131:11    142:7
146:23    148:8    148:11
148:14    148:21

**understanding** [1]
132:4

**understands** [2] 10:14
148:22

**undertaken** [1]    43:9

**underwater** [1]    16:6

**unexpected** [1]    10:1

**unfortunately** [1]
70:10

**Union** [1]    64:14

**unit** [1]    18:4

**UNITED** [1]    1:2

**university** [2]    63:4
64:21

**unless** [1]    150:23

**until** [2] 120:23    154:17

**unusual** [4]    17:1
36:2    82:4    82:9

**up** [67]    16:17    17:19
19:20    20:8    22:13

Case 0:00-cv-06022-JAL    Document 107    Entered on FLSD Docket 08/08/2001    Page 70 of 73

NARANJO vs. STEPHEN B. SMITH    CondensIt™    updated - welding

25:2   25:24   26:1
26:5   27:22   32:6
34:18   35:4   35:12
36:11   38:7   41:12
41:22   44:2   48:2
52:22   53:11   53:14
53:15   54:11   57:2
57:9   60:17   60:22
60:24   78:14   81:22
84:18   84:18   85:6
87:5   94:16   94:18
94:21   116:13   116:13
120:7   124:1   125:10
125:16   136:5   141:11
144:16   150:20   150:22
154:18   155:4   157:13
158:3   159:2   159:7
159:10   159:17   160:9
161:4   161:6   161:20
162:4   162:25   163:1
163:10   163:15

**updated** [1]          11:4
**upon** [2] 124:23   127:13
**upper** [2]          107:3
143:22

**upward** [1]          113:4
**us** [13]   4:18   8:2
10:3   17:11   17:25
20:1   28:14   63:16
78:25   115:5   115:12
134:3   135:11

**use** [21]   10:12   18:15
18:16   29:7   29:8
32:20   47:20   54:1
66:6   77:10   83:8
93:18   100:9   106:11
108:13   111:11   124:11
138:20   142:12   148:18
155:13

**used** [14] 17:14   18:18
29:12   31:9   72:15
73:22   100:8   101:1
112:3   117:15   117:19
121:17   121:19   135:3

**using** [7] 18:21   36:5
110:19   122:7   134:19
138:17   142:12

**usually** [8]          6:25
8:17   9:17   13:2
38:16   38:17   93:14
96:18

**utilized** [2]          108:2
108:3

**Valdes** [1]          2:8
**Valle** [78]          2:16
2:17   3:17   6:6
10:17   10:20   10:25
11:9   11:12   14:14
19:3   22:7   24:17
25:3   26:25   27:2
27:4   27:9   27:14
32:22   33:2   33:20
34:1   34:4   34:24
35:8   39:3   39:10
40:2   40:5   50:7
51:22   51:24   63:21
63:23   64:6   69:19
71:22   72:1   74:9
75:4   76:19   77:18
82:4   83:18   86:7
86:20   88:14   90:1

**91:5**   91:8   91:10
93:1   93:6   94:12
95:1   98:25   100:20
101:12   105:23   106:12
118:21   121:8   122:10
123:14   129:17   129:22
133:20   134:4   136:12
141:1   141:5   142:11
142:16   147:3   151:25
153:13   163:23

**vapor** [9]          48:7
115:18   138:19   138:22
139:9   140:2   140:9
143:11   150:11

**vaporization** [1] 138:18
**vaporize** [1]          150:3
**vapors** [5]          109:10
110:3   150:4   153:9
153:16

**various** [8]          16:14
17:15   37:3   46:12
64:20   65:1   106:2
141:17

**vein** [1] 114:25
**vent** [2] 22:5   94:20
21:4

21:17   120:12

**ventilate** [3]          21:21
56:24   151:19

**ventilated** [7]          25:7
25:10   29:12   29:14
29:16   53:16   119:3

**ventilation** [9] 21:13
25:9   50:21   99:23
117:24   118:9   118:15
119:5   151:18

**vents** [1] 24:25

**verify** [1]          35:12
**versus** [5]          119:22
142:6   143:13   144:1
162:14

**very** [11] 9:19   12:18
24:6   24:23   29:19
111:22   116:23   129:18
148:13   151:20   153:12

**vessel** [62]          8:19
9:5   15:22   16:5
18:23   19:25   21:3
22:13   22:17   22:21
22:24   25:1   32:15
37:12   37:23   42:15
46:20   58:9   60:13
62:16   73:7   73:17
73:19   73:22   74:2
80:5   80:14   84:8
92:16   93:14   93:18
93:22   94:3   99:8
99:11   101:15   102:18
103:13   103:16   111:8
113:8   113:15   113:21
117:10   117:11   118:14
118:17   118:24   119:6
119:14   119:18   119:25
120:7   120:22   120:25
121:4   144:21   145:25
146:4   149:20   153:5
159:22

**vessels** [8]          5:18
5:25   7:1   38:5
121:12   127:15   133:3

145:8
**vicinity** [1]          73:25
**violent** [1]          116:23
**virtue** [1]          92:14
**visual** [1]          36:5
**visually** [2]          16:8
87:4
**vitae** [1] 63:15
**void** [4]   9:1   9:4
110:1   127:19
**voids** [2] 37:13   109:6
**volatile** [6]          72:15
73:21   75:24   93:8
94:7   152:25
**vs** [1]   1:8

**Wait** [1] 71:21

**waived** [1]          164:2
**walk** [2] 38:7   43:18
**walkways** [1]          114:22
**want** [14]          11:7
17:22   18:13   21:25
33:10   37:6   45:5
102:22   118:5   142:9
147:16   147:16   154:17
154:25

**wanted** [6]          14:5
53:23   62:11   98:11
128:7   158:13

**was** [298] 4:3   4:4
6:4   6:6   6:15
6:20   6:20   7:3
7:23   9:10   13:17
13:25   14:8   14:22
14:23   17:7   20:3
20:7   20:10   20:12
20:16   20:16   20:19
20:20   20:21   21:4
21:12   21:16   22:3
22:3   22:14   22:19
23:11   23:16   25:1
25:7   25:8   25:23
27:7   28:18   28:19
29:25   30:1   32:25
33:2   33:3   33:5
33:7   33:16   34:14
34:16   34:17   34:18
34:19   34:19   35:4
35:8   35:10   35:11
36:5   36:6   39:8
40:11   42:5   42:9
47:13   49:12   50:2
50:16   51:1   52:5
52:6   52:19   52:19
52:24   53:12   53:19
53:20   54:7   54:10
54:11   54:16   55:16
56:4   56:14   57:9
57:18   58:2   58:17
58:20   58:25   59:1
59:21   59:22   59:22
60:5   60:6   60:14
60:16   60:17   61:12
63:2   65:9   65:12
66:21   66:22   67:1
68:14   68:17   70:1
70:14   70:16   71:10
71:13   71:15   73:6
74:2   74:16   75:1
75:12   75:12   75:14

76:2   76:25   77:12
77:13   77:22   77:24
77:25   78:3   78:7
78:17   79:2   79:9
80:11   81:24   82:9
82:16   82:19   82:25
83:1   83:4   83:6
83:13   83:15   84:10
84:11   84:14   85:17
87:12   87:16   88:5
88:6   89:7   89:8
89:10   89:13   89:14
90:12   91:13   92:13
92:15   92:16   92:17
95:5   95:14   95:16
97:21   98:2   98:13
98:14   98:16   99:9
99:15   99:24   100:12
100:18   100:23   100:23
101:11   101:20   101:21
101:21   102:3   102:13
102:23   103:5   103:7
103:24   103:24   103:25
104:2   104:3   104:6
104:8   104:22   104:23
104:24   105:1   105:19
106:23   106:24   107:11
108:16   109:24   109:25
110:1   111:3   111:16
111:17   112:5   112:14
112:19   112:20   114:2
114:3   114:3   114:4
114:15   114:22   115:3
115:10   115:19   116:1
116:8   117:4   117:15
117:23   117:24   119:15
119:21   120:6   120:8
120:9   121:1   121:3
121:3   121:3   121:4
122:3   122:20   123:10
125:2   125:10   125:23
126:3   128:7   128:9
130:10   130:11   130:11
130:13   133:6   135:12
135:21   136:5   136:5
136:10   136:21   136:23
136:24   137:9   137:10
137:14   137:15   137:16
137:17   137:18   137:18
137:22   138:8   139:23
148:2   149:19   149:25
153:19   156:23   158:24
159:14   159:15   159:16
159:24   159:24   160:1
160:19   161:7   163:7
163:8   163:25   165:10

**wasn't** [17]          16:3
36:17   64:2   73:8
78:19   80:9   83:16
87:17   104:3   106:23
118:1   135:15   135:15
136:2   137:3   137:5
137:13

**watch** [3]          48:15
48:18   48:24

**water** [20]          57:20
58:2   59:18   60:2
60:9   60:18   60:20
61:6   62:10   66:12
73:7   73:8   73:9
81:21   85:20   95:7

137:23   143:3   159:6
162:9
**watertight** [4]          99:10
99:16   136:11   137:6
**way** [26]   8:13   19:23
21:15   24:10   25:6
49:25   50:16   53:16
55:9   56:23   56:24
76:12   84:17   90:3
90:10   97:12   105:21
127:14   137:6   137:6
137:8   143:23   148:8
153:5   154:21   163:8
**we** [86]   5:20   6:8
9:18   11:9   12:15
12:17   13:18   14:18
14:25   18:17   19:16
23:11   27:3   27:11
27:25   29:4   29:5
29:21   34:11   35:3
35:21   35:22   36:2
37:25   38:2   38:11
38:19   45:4   49:14
50:3   50:20   50:20
52:22   53:17   55:9
56:1   56:2   57:2
60:17   66:13   66:14
68:19   69:16   74:16
77:23   79:4   79:25
83:2   84:3   87:8
88:4   94:15   96:17
96:24   97:11   98:21
102:1   111:21   113:18
115:25   116:2   116:10
116:11   116:12   127:8
127:13   127:14   131:3
131:9   134:3   134:4
136:4   137:10   138:13
141:20   141:24   141:25
141:25   148:18   150:6
151:20   152:23   155:21
158:5   158:19   160:17
**Weber** [4]          2:12
14:25   15:4   69:18
**weeks** [2]          23:8
153:15
**weld** [12]          34:20
35:21   40:23   49:4
74:21   96:14   104:5
146:12   159:24   160:2
160:14   161:11
**welded** [8]          20:12
22:3   31:22   31:24
36:7   53:7   56:19
98:5
**welder** [15]          30:3
34:13   34:17   39:25
41:24   42:8   43:10
44:13   44:20   49:3
131:14   131:20   145:17
146:8   146:10
**welder's** [1]          30:25
**welders** [10]          39:16
40:17   40:21   41:1
43:23   44:6   96:8
96:12   106:23   107:3
**welding** [61]          22:24
23:2   32:13   33:12
33:16   33:17   35:3
40:22   42:1   43:9
44:5   44:15   44:17

Case 0:00-cv-06022-JAL    Document 107    Entered on FLSD Docket 08/08/2001    Page 71 of 73

NARANJO vs. STEPHEN B. SMITH    CondensIt!    welds - with

| | | | |
|---|---|---|---|
| 44:22 | 45:9 | 45:11 | |
| 47:14 | 47:23 | 47:24 | |
| 48:12 | 48:18 | 48:19 | |
| 48:21 | 48:24 | 49:12 | |
| 49:21 | 49:22 | 49:24 | |
| 52:10 | 64:11 | 92:21 | |
| 93:2 | 93:24 | 96:19 | |
| 97:5 | 97:9 | 98:14 | |
| 99:18 | 103:22 | 106:22 | |
| 106:24 | 109:5 | 109:24 | |
| 110:4 | 117:15 | 117:21 | |
| 126:21 | 134:13 | 134:17 | |
| 135:1 | 135:4 | 146:18 | |
| 157:4 | 158:8 | 159:24 | |
| 160:6 | 160:7 | 160:9 | |
| 160:9 | 160:14 | 160:20 | |

**welds** [1]    92:19

**well** [64] 4:20    10:22
10:25    12:2    12:16
15:9    17:13    20:5
23:7    23:12    24:18
25:7    28:9    30:4
31:22    33:12    33:19
45:8    48:17    49:5
50:1    50:3    51:3
51:25    63:11    64:9
68:14    69:13    70:23
72:4    78:2    78:14
80:7    82:11    90:6
94:1    95:16    97:2
98:2    101:19    105:8
107:23    109:11    109:18
112:3    112:19    112:20
116:19    127:9    129:1
134:6    135:8    136:16
137:25    138:10    141:21
144:7    148:13    149:1
150:17    152:4    152:23
156:6    156:10

**wells** [4] 91:21    91:22
103:13    103:15

**went** [26]    9:20
14:7    14:10    14:11
14:13    15:14    15:22
15:23    16:5    25:19
25:20    25:21    33:15
52:2    54:15    58:8
59:10    69:15    69:21
72:25    73:1    76:8
89:22    100:17    102:3
160:14

**were** [101]    7:9
16:15    19:9    19:22
19:25    20:12    20:18
21:14    22:21    22:23
26:2    28:1    28:4
30:17    33:4    33:5
34:15    46:20    49:8
49:10    49:17    49:20
52:4    52:11    52:16
52:24    53:1    53:3
53:10    53:11    53:13
53:15    54:1    54:12
54:16    54:20    54:20
54:22    55:5    56:15
56:15    56:17    56:19
56:19    57:1    57:12
59:23    60:24    62:6
66:4    67:19    70:2
78:11    78:25    79:4
83:5    84:13    84:15
85:6    87:7    87:15
91:2    91:21    91:22

| | | | |
|---|---|---|---|
| 91:24 | 92:3 | 92:6 | |
| 92:12 | 102:13 | 103:25 | |
| 105:5 | 106:7 | 106:21 | |
| 107:2 | 107:2 | 107:3 | |
| 107:25 | 113:8 | 116:3 | |
| 116:9 | 116:12 | 116:16 | |
| 122:22 | 122:23 | 125:5 | |
| 125:17 | 126:2 | 126:10 | |
| 127:17 | 127:20 | 128:10 | |
| 131:3 | 136:25 | 137:25 | |
| 138:2 | 139:16 | 147:19 | |
| 153:17 | 159:16 | 160:4 | |
| 164:2 | | | |

**weren't** [1]    67:19

**West** [3] 1:14    2:8
2:22

**wet** [3]    51:15    60:14
100:24

**what** [189]    5:14
7:9    7:14    8:2
8:20    8:21    9:3
9:10    9:15    10:3
10:5    10:17    10:20
11:15    11:20    11:22
12:22    13:1    14:2
14:6    15:2    15:18
15:21    16:13    16:15
16:19    17:11    18:7
18:19    18:24    19:8
19:24    19:25    20:2
20:3    21:6    21:23
22:14    23:5    23:12
23:12    24:9    25:13
25:17    27:2    27:10
27:12    27:15    28:14
30:1    30:2    30:23
31:2    31:4    31:16
33:2    33:5    34:22
35:22    36:2    37:8
37:13    38:23    39:8
40:9    40:21    40:22
41:10    41:24    42:5
42:9    42:9    43:5
45:7    48:6    48:15
50:1    50:20    50:25
51:10    52:16    52:18
52:19    52:24    53:23
55:4    63:5    63:10
63:13    64:7    65:8
66:6    69:16    69:21
70:2    70:14    70:15
71:3    71:20    71:24
72:2    72:3    72:9
73:16    77:9    77:16
78:8    79:18    79:23
80:20    82:2    83:14
85:20    86:9    86:24
87:11    87:16    88:25
92:3    96:4    96:20
97:17    97:21    98:13
98:15    99:24    100:9
101:18    102:22    104:8
108:18    112:2    112:16
114:11    115:1    115:5
115:11    116:9    117:14
118:19    118:20    119:10
123:7    123:11    125:16
126:3    126:10    128:21
129:6    129:11    130:9
130:21    131:23    132:4
138:10    136:3    137:10
138:12    139:1    139:3
139:8    139:9    139:11

| | | | |
|---|---|---|---|
| 141:9 | 141:13 | 144:5 | |
| 146:2 | 146:5 | 146:20 | |
| 146:23 | 147:1 | 147:6 | |
| 147:19 | 148:11 | 149:17 | |
| 152:1 | 154:3 | 156:25 | |
| 157:5 | 158:6 | 158:13 | |
| 158:24 | 159:4 | 159:6 | |
| 161:20 | 161:21 | 162:4 | |
| 162:5 | 163:20 | | |

**whatever** [19]    17:1
23:13    32:3    32:6
32:10    47:25    67:10
93:18    99:23    127:1
132:10    139:14    139:15
139:17    139:23    149:12
150:13    151:21    156:23

**whatsoever** [1] 109:25

**when** [103]    6:11
6:15    7:10    7:10
13:15    13:16    14:7
14:10    14:11    14:13
15:14    15:21    16:20
17:2    18:17    20:17
22:12    23:16    25:1
25:18    25:19    25:20
25:21    29:4    29:7
33:5    33:16    37:20
38:8    41:10    42:1
46:20    46:22    47:13
48:18    48:24    50:25
52:1    52:2    52:24
54:10    57:17    60:9
60:12    61:12    61:20
61:23    64:24    65:3
65:10    65:11    66:4
66:23    66:25    69:15
69:21    69:23    70:12
70:18    72:25    73:1
75:15    78:5    80:11
81:18    82:5    84:6
84:7    85:21    89:10
96:7    96:8    97:2
97:2    99:6    100:21
101:17    102:3    104:1
104:4    104:23    105:15
111:7    111:21    117:16
117:16    119:23    122:22
122:22    125:23    127:7
135:4    136:3    141:1
142:23    144:19    145:17
152:8    158:9    160:6
160:7    160:8    163:21

**whenever** [4]    40:17
40:25    92:19    96:12

**where** [76]    8:20
9:20    12:5    16:20
17:21    28:19    29:17
30:5    34:19    37:13
37:13    38:9    38:23
43:1    47:22    47:23
47:23    48:20    48:21
49:20    49:22    52:4
52:22    53:14    60:19
62:18    63:2    64:25
70:16    74:1    79:15
80:3    80:15    81:4
81:9    82:22    91:22
93:15    97:4    97:9
98:14    99:2    101:5
101:8    103:6    109:12
122:8    125:13    128:12
131:3    131:16    136:25
137:18    137:22    137:22

| | | | |
|---|---|---|---|
| 137:23 | 138:7 | 139:4 | |
| 143:18 | 143:23 | 144:1 | |
| 145:8 | 145:12 | 145:14 | |
| 145:17 | 145:21 | 146:18 | |
| 150:5 | 151:2 | 155:1 | |
| 159:23 | 160:10 | 160:24 | |
| 161:17 | 162:12 | 162:16 | |
| 163:1 | | | |

**Whereas** [1]    161:23

**wherever** [2]    18:13
112:14

**whether** [73]    8:5
20:11    21:12    28:5
33:3    36:5    40:15
40:19    40:24    42:23
53:6    54:4    54:7
56:19    59:13    59:15
66:16    66:21    67:1
74:16    74:17    77:13
77:16    80:6    81:14
81:16    83:6    85:9
85:18    88:4    92:11
92:14    93:20    95:24
96:12    96:15    96:18
97:3    97:8    97:12
99:8    108:10    110:22
111:3    111:10    115:25
116:5    116:6    116:7
117:8    117:18    117:24
119:4    119:15    119:20
119:21    120:11    121:5
126:15    135:12    135:21
135:23    136:8    137:16
137:17    137:17    142:5
154:21    158:8    158:15
159:17    159:22    160:18

**which** [59]    4:24
8:15    9:11    10:5
11:6    18:2    19:11
29:1    31:3    35:2
44:9    45:17    46:3
54:21    56:8    58:2
66:1    66:18    75:8
82:18    85:16    87:10
88:5    89:17    92:16
93:23    96:25    103:19
104:23    108:2    111:13
113:8    115:23    115:23
116:25    117:5    123:11
124:18    125:5    125:8
125:8    126:23    127:20
136:23    139:13    139:18
142:19    143:3    143:11
143:17    145:2    154:11
154:14    154:20    156:2
157:4    157:24    158:4
159:11

**while** [2] 5:5    52:16

**white** [1] 180:23

**who** [40] 6:25    7:6
10:8    12:7    12:15
13:10    13:23    18:17
26:12    33:25    34:1
34:2    36:8    42:15
44:13    48:19    49:3
58:16    68:25    69:8
78:13    87:13    88:24
103:23    104:7    105:19
106:8    106:18    107:2
107:19    115:7    116:16
130:11    148:20    151:17
151:18    166:22

| | | | |
|---|---|---|---|
| 137:23 | 138:7 | 139:4 | |
| 143:18 | 143:23 | 144:1 | |

**whoever** [1]    76:8

**whole** [17]    30:22
32:17    63:11    76:5
80:15    83:12    102:17
121:1    121:7    151:17
151:19    152:6    160:8
161:4    161:8    162:13
163:1

**whom** [1]    5:9

**why** [27] 9:25    14:18
18:19    21:19    22:21
28:14    28:19    46:3
47:16    50:7    55:22
55:23    77:20    78:16
78:20    83:1    93:23
94:15    98:1    98:8
98:14    100:5    119:10
148:10    153:22    161:16
162:18

**will** [36] 2:21    10:22
10:23    18:12    23:18
38:1    38:2    45:14
51:21    94:4    94:15
107:18    130:3    132:15
133:11    138:19    138:22
139:12    140:2    140:7
142:16    150:4    150:18
150:20    154:10    155:5
156:15    157:2    157:3
157:15    157:18    157:21
162:3    162:6    162:7
162:13

**wind** [1] 151:14

**wire** [1] 160:10

**Wisconsin** [1]    2:14

**with** [122]    8:18
12:23    12:23    12:24
16:17    17:5    17:24
19:20    20:6    20:23
22:13    23:11    23:13
23:18    24:3    25:14
26:14    29:22    30:21
34:18    37:22    39:1
39:13    39:16    40:17
40:19    41:1    41:1
42:1    43:17    45:4
45:8    45:9    46:15
46:19    46:25    47:5
49:9    49:10    50:3
51:13    52:20    53:12
53:21    54:19    55:17
57:16    58:18    59:5
59:14    60:3    61:1
62:19    63:15    63:16
69:12    70:24    71:1
71:4    71:11    75:22
77:10    79:16    80:5
80:10    80:21    81:4
81:20    83:7    83:7
85:20    86:2    87:5
91:22    94:1    96:20
107:3    108:20    111:21
113:15    114:1    115:16
116:13    116:14    116:16
117:25    121:7    121:14
121:22    122:5    123:11
123:22    123:23    124:2
124:15    124:17    127:2
128:20    128:25    134:12
134:13    134:14    134:15
138:21    139:10    139:23
140:14    141:17    143:3

```
143:19   151:8    151:22        149:3    149:4             163:11  163:12  163:14      52:15   53:24   54:6      32:12   32:16   32:20
152:24   156:22   156:23                                   163:16                      54:9    55:2    55:15     32:22   33:5    33:5
157:2    160:9    162:20        working [11]      13:17     wouldn't [27]     21:24     55:21   55:21   55:25     33:6    33:10   33:12
163:2    163:14   163:15        18:21    33:4     36:21     23:23   48:8    48:14       57:13   57:14   58:15     33:14   33:18   35:3
166:13                          42:25    44:7     44:16     50:5    50:13   62:1        59:11   60:7    62:8      36:11   36:12   36:14
                                73:11    106:6    106:19    62:3    67:15   71:16       64:18   66:1    66:9      36:21   36:25   37:1
within [8]        20:8          130:24                      93:19   98:8    116:10      66:13   67:25   68:3      37:2    37:3    37:11
30:10    57:11    75:15                                     116:11  137:1   137:4       68:24   70:20   71:12     37:16   37:16   37:17
78:23    88:21    95:22         world [2]          12:24    137:19  140:14  143:18      72:10   72:18   72:24     37:20   37:22   38:3
108:9                           147:1                       147:14  149:18  149:23      73:10   74:7    79:11     38:8    38:9    38:11
                                                            153:15  156:2   160:16      79:13   85:18   85:24     38:24   39:13   39:16
without [10]      38:23         worry [1]          35:23    163:10  163:16              86:10   86:11   86:19     39:18   39:24   40:21
88:10    105:21   143:24                                                                87:6    87:13   87:25     40:22   40:22   41:10
152:5    157:11   157:12        would [194]       6:21      write [5]  8:15    62:15    88:8    88:19   89:6      41:13   41:17   41:23
157:18   159:18   163:19        7:4     9:1      9:3        87:20   131:24  148:13      89:20   89:25   90:7      42:4    42:20   42:23
                                15:13    16:3     16:6                                  90:16   91:12   91:17     43:18   43:19   43:19
witness [49]      3:9           16:7     17:25    18:5      writs [1]           41:7    91:19   93:5    93:11     44:1    44:3    44:13
4:3      6:8      10:22         21:13    21:14    21:16                                 94:2    94:19   94:22     45:5    45:15   45:19
11:5     11:11    11:14         22:5     23:20    24:14     writing [1]         31:2    96:3    98:17   99:19     45:20   46:15   46:18
22:8     25:5     27:1          24:23    25:1     26:20                                 100:4   101:8   101:13    46:19   46:20   46:24
28:8     28:10    28:21         26:22    29:12    29:14     written [8]         7:20    101:25  102:15  103:3     47:5    47:12   47:23
33:23    34:2     35:1          29:15    31:3     32:12     15:15    31:10   70:24      104:15  104:17  106:17    47:23   47:25   48:6
39:5     39:12    40:7          33:20    35:12    35:14     95:4    114:3    131:25     107:5   107:5   107:8     48:8    48:12   49:7
41:15    50:9     64:4          38:25    42:13    43:13     132:20                      107:13  107:16  108:7     48:8    49:10   49:17
68:12    77:7     82:2          44:13    44:21    45:3                                  108:17  109:3   110:5     49:22   50:17   51:4
83:11    86:19    88:12         45:4     45:14    47:1      wrong [2]           55:13   110:7   110:13  110:17    51:4    51:5    51:9
89:25    93:5     94:11         47:16    50:9     50:10     144:9                       111:2   112:1   112:11    51:18   51:18   51:21
98:23    100:12   105:25        54:12    54:13    55:18                                 118:7   119:1   121:16    52:1    52:2    52:3
118:19   120:15   122:5         56:21    56:23    57:7      wrote [12]          6:17    123:6   123:9   125:7     52:9    52:9    52:13
123:8    129:8    129:10        57:7     57:15    57:20     13:9     15:9    18:23      127:22  128:1   128:11    52:16   52:16   52:19
129:12   129:15   138:7         58:4     58:13    59:2      19:21    23:3    46:22      128:23  129:15  131:7     52:20   52:24   53:23
141:3    141:6    142:15        61:1     61:4     61:8      70:9     77:16   88:22      132:5   133:20  134:24    54:1    54:1    54:10
147:4    153:12   165:11        61:9     61:17    62:2      89:10    102:22            136:15  138:14  139:7     54:11   54:13   54:24
                                66:15    67:7     67:8                                  140:23  141:6   144:10    55:18   55:22   55:23
won't [8]         30:21         67:10    67:13    67:23     X [1]               3:6     144:25  145:3   148:3     56:5    56:10   57:7
76:21    140:5    140:9         68:3     70:24    70:25                                 148:5   148:9   148:18    58:6    58:8    58:8
140:19   140:20   151:2         71:1     72:20    72:21     yacht [5] 6:12    38:14     150:5   151:10  151:17    58:11   58:11   58:12
162:3                           72:22    75:21    75:21     66:20    69:16   69:23      151:12  152:20  152:23    58:16   58:20   58:21
                                75:25    76:7     76:16                                 153:12  153:24  154:2     59:5    59:7    59:7
wondered [1]      103:5         76:20    76:22    80:19     yachts [4]          65:24   159:9                     59:8    59:13   59:18
                                80:25    82:7     85:12     65:25    66:2    66:4                                 59:20   60:5    60:13
wood [3] 89:22    150:18        85:15    85:17    85:19                                 yesterday [1]     14:21   60:13   60:17   60:18
153:3                           86:11    86:14    86:16     yard [20] 8:18    13:10                               61:4    61:5    61:11
                                86:24    87:19    87:23     16:12    16:14   22:25      you [697] 4:8    4:18      61:16   61:20   61:23
wooden [4]        20:24         89:21    90:15    92:22     32:17    39:21   40:12      5:7     5:12    5:24      61:23   62:1    62:2
27:16    27:19    89:16         94:8     95:13    95:14     41:2     42:25   44:6       6:2     6:12    6:15      62:2    62:6    62:9
                                95:17    95:19    95:24     44:14    46:19   75:14      6:17    6:23    6:25      62:15   62:21   62:22
word [4] 41:3     97:16         96:5     96:5     96:23     106:11   145:2   146:3      7:9     7:9     7:11      62:24   63:2    63:7
101:2    133:9                  97:15    98:18    99:13     146:21   146:24  147:11     7:16    7:17    8:2       63:14   63:15   63:16
                                99:20    99:22    99:25                                 10:3    10:20   10:22     63:16   63:22   63:23
words [15]        8:10          104:12   105:11   106:14    yards [4] 41:11    147:9    10:23   11:7    12:10     63:25   64:8    64:10
9:6      9:12     32:2          106:9    106:13   106:14    147:15   147:18            13:1    13:6    13:11     64:20   64:24   64:25
92:7     118:22   129:2         106:18   108:19   110:11                                13:20   13:23   14:2      65:3    65:4    65:11
136:22   144:12   150:3         110:10   115:2    115:23    yeah [6]  27:14    60:21    14:7    14:7    14:10     65:17   65:20   65:23
156:8    157:10   157:13        116:9    117:1    118:16    65:16    133:8   150:9      14:10   14:11   14:11     66:4    66:6    66:10
159:14   162:10                 118:16   120:10   120:16    163:12                      15:2    15:17   15:21     66:10   66:16   66:20
                                121:6    127:16   127:22                                15:21   15:21   16:7      66:20   66:23   66:25
work [50]         5:23          128:21   133:7    133:14    year [3]  63:5    93:18     16:20   16:21   17:4      67:1    67:4    67:13
5:25     6:25     7:24          133:15   133:23   137:5     130:17                      17:10   17:11   17:21     67:18   67:19   67:19
8:9      9:14     30:1          137:21   137:23   137:24                                17:22   18:8    18:11     67:21   67:23   68:4
30:7     30:10    31:1          139:17   139:19   139:21    years [25]          5:13    18:13   18:22   18:24     68:5    68:8    68:21
31:5     31:18    32:4          139:22   142:12   142:18    13:5     37:11   44:15      19:5    19:19   19:24     68:25   69:10   69:15
32:8     34:14    37:10         142:20   142:22   142:22    45:17    56:2    59:6       19:25   20:1    21:1      69:21   70:3    70:12
37:12    37:18    38:10         143:15   143:23   143:24    64:12    81:12   106:3      21:3    21:3    21:6      70:18   70:18   70:21
38:18    39:15    40:12         144:15   146:18   148:10    106:16   106:17  124:23     21:16   22:12   22:13     71:6    71:10   71:13
42:16    44:17    45:12         148:16   149:1    149:2     124:25   125:2   125:24     22:21   22:22   22:3      72:2    72:3    72:14
53:17    64:12    68:21         149:3    149:11   149:23    126:13   126:18  128:18     23:5    23:16   23:25     72:20   72:20   72:21
68:25    69:6     69:13         150:12   151:11   153:9     130:16   131:8   131:9      24:4    24:4    24:20     72:25   73:1    73:3
70:1     70:6     72:13         155:10   155:23   155:24    132:24   132:23  133:2      24:20   25:13   25:16     73:4    73:13   73:16
73:16    93:24    109:13        156:2    156:4    156:16                                25:19   25:21   26:1      73:20   74:4    74:5
111:14   121:14   127:21        156:18   156:20   157:4     yes [163] 5:8     6:1       26:6    26:9    26:12     74:19   74:24   75:5
134:1    134:15   141:16        156:18   158:19   159:7     6:4     6:14    6:24       26:16   26:22   27:15     75:18   75:21   76:24
134:18   135:1    141:16        159:9    159:9    159:17    7:12     8:4     13:8       27:15   27:22   28:14     76:16   77:19   78:5
145:18   149:4    149:5         160:3    160:3    160:16    13:22    14:18   15:4       28:20   29:8    29:8      77:10
153:25                          160:17   160:23   160:25    15:23    19:8    21:18      32:2    32:8    32:12
                                162:15   162:25   163:1     23:7     25:21   26:19
worked [7]        5:5                                       27:1     27:18   31:18
13:14    13:16    50:12                                     34:3     35:7    35:10
64:14    105:6    131:20                                    37:15    40:7    43:14
                                                            44:12    44:12   44:19
worker [1]        146:7                                     44:25    45:13   46:12
148:20   149:9                                              47:7     47:9    47:10
                                                            47:11    49:9    49:13
workers [3]       148:8                                     49:16    50:8    51:17
                                                            51:7     52:8    52:12
```

**NARANJO vs. STEPHEN B. SMITH**          Condenselt          **you're - zero**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 78:8 | 78:14 | 78:20 | 131:5 | 131:8 | 131:11 | 88:15 | 88:20 | 89:4 |
| 78:22 | 78:25 | 79:8 | 131:20 | 131:24 | 131:24 | 89:9 | 91:6 | 94:2 |
| 79:10 | 79:14 | 79:18 | 132:3 | 132:3 | 132:4 | 95:2 | 95:4 | 95:4 |
| 79:19 | 79:23 | 80:1 | 132:6 | 132:9 | 132:10 | 96:7 | 96:9 | 96:10 |
| 80:19 | 80:23 | 80:24 | 132:11 | 132:13 | 132:15 | 99:7 | 101:2 | 101:14 |
| 81:2 | 81:5 | 81:18 | 132:23 | 133:7 | 133:25 | 104:13 | 104:13 | 104:18 |
| 81:21 | 81:22 | 81:23 | 134:1 | 134:2 | 135:5 | 104:23 | 105:11 | 107:17 |
| 82:3 | 82:5 | 82:6 | 135:11 | 135:14 | 135:16 | 109:19 | 111:19 | 112:17 |
| 82:7 | 82:18 | 83:4 | 135:18 | 135:23 | 136:6 | 113:15 | 113:20 | 113:21 |
| 83:6 | 83:7 | 83:8 | 136:8 | 136:19 | 137:4 | 114:10 | 114:10 | 115:8 |
| 83:19 | 83:21 | 84:6 | 137:8 | 138:5 | 138:25 | 118:15 | 121:24 | 121:25 |
| 84:6 | 84:7 | 84:24 | 139:4 | 139:5 | 139:5 | 126:3 | 128:15 | 128:21 |
| 85:9 | 85:12 | 85:20 | 139:18 | 140:2 | 140:4 | 130:6 | 131:13 | 132:11 |
| 85:21 | 86:2 | 87:3 | 140:6 | 140:8 | 141:1 | 132:21 | 133:2 | 133:25 |
| 87:4 | 87:5 | 87:22 | 141:1 | 141:9 | 141:13 | 144:2 | 145:4 | 145:8 |
| 88:16 | 88:22 | 88:23 | 142:2 | 142:12 | 142:12 | 148:15 | 152:1 | 157:16 |
| 88:24 | 89:3 | 89:4 | 142:21 | 142:23 | 142:23 | 158:22 | 162:18 | |
| 89:7 | 89:8 | 89:10 | 143:1 | 143:3 | 143:4 | | | |
| 89:14 | 89:17 | 89:21 | 143:7 | 143:12 | 143:17 | **your'c** [1] | | 157:7 |
| 90:15 | 90:18 | 90:19 | 143:18 | 143:21 | 143:23 | **yourself** [5] | | 65:17 |
| 90:23 | 91:20 | 91:21 | 144:1 | 144:2 | 144:4 | 65:20 | 68:5 | 68:8 |
| 92:8 | 92:11 | 92:12 | 144:5 | 144:19 | 144:24 | 132:14 | | |
| 92:22 | 93:19 | 93:23 | 145:2 | 145:7 | 145:8 | **zero** [1] | 9:12 | |
| 94:3 | 94:23 | 95:3 | 146:2 | 146:5 | 146:20 | | | |
| 95:9 | 95:22 | 96:7 | 147:2 | 147:5 | 147:6 | | | |
| 96:8 | 96:8 | 96:10 | 147:16 | 147:22 | 147:23 | | | |
| 96:11 | 96:12 | 96:14 | 147:23 | 147:24 | 148:2 | | | |
| 97:2 | 97:2 | 97:4 | 148:14 | 149:10 | 149:17 | | | |
| 97:6 | 97:9 | 97:14 | 150:22 | 151:4 | 151:5 | | | |
| 97:16 | 99:1 | 99:6 | 151:11 | 151:13 | 151:15 | | | |
| 99:8 | 99:14 | 99:21 | 151:15 | 151:15 | 151:21 | | | |
| 100:21 | 100:22 | 101:1 | 151:22 | 151:23 | 152:8 | | | |
| 101:1 | 101:3 | 101:4 | 152:10 | 153:22 | 153:25 | | | |
| 101:9 | 101:17 | 101:18 | 154:9 | 154:13 | 154:17 | | | |
| 101:23 | 102:4 | 102:12 | 155:1 | 155:4 | 155:8 | | | |
| 102:16 | 103:2 | 103:6 | 155:8 | 155:20 | 156:11 | | | |
| 103:8 | 103:12 | 103:16 | 156:13 | 156:14 | 156:25 | | | |
| 103:19 | 104:8 | 104:13 | 156:25 | 157:3 | 157:10 | | | |
| 104:16 | 105:2 | 105:6 | 157:11 | 157:13 | 157:14 | | | |
| 105:10 | 105:11 | 105:17 | 157:16 | 157:17 | 157:24 | | | |
| 106:9 | 106:10 | 106:10 | 158:7 | 158:15 | 159:2 | | | |
| 107:6 | 107:17 | 108:2 | 159:16 | 159:18 | 159:20 | | | |
| 108:8 | 110:22 | 111:3 | 159:21 | 159:21 | 160:3 | | | |
| 111:7 | 111:9 | 111:22 | 160:5 | 160:6 | 160:6 | | | |
| 111:23 | 111:24 | 112:2 | 160:7 | 160:8 | 160:10 | | | |
| 112:4 | 112:8 | 112:12 | 161:15 | 162:1 | 162:2 | | | |
| 112:16 | 112:22 | 112:23 | 162:2 | 162:5 | 162:6 | | | |
| 112:24 | 113:2 | 113:7 | 162:7 | 162:10 | 162:12 | | | |
| 113:14 | 113:18 | 113:20 | 162:15 | 162:16 | 162:22 | | | |
| 114:5 | 114:11 | 114:12 | 162:24 | 162:24 | 163:1 | | | |
| 114:18 | 114:20 | 115:6 | 163:3 | 163:3 | 163:4 | | | |
| 115:7 | 115:8 | 116:20 | 163:11 | 163:12 | 163:13 | | | |
| 116:20 | 116:21 | 116:25 | 163:13 | 163:15 | | | | |
| 117:1 | 117:8 | 117:14 | **you're** [12] | | 33:16 | | | |
| 117:18 | 117:25 | 118:2 | 33:17 | 71:20 | 81:7 | | | |
| 118:8 | 118:11 | 118:20 | 115:5 | 115:11 | 118:20 | | | |
| 119:4 | 119:10 | 119:23 | 119:10 | 139:3 | 146:23 | | | |
| 120:10 | 121:9 | 121:11 | 154:3 | 162:4 | | | | |
| 121:14 | 121:24 | 122:11 | | | | | | |
| 122:22 | 122:23 | 122:23 | **you've** [3] | | 10:23 | | | |
| 123:2 | 123:5 | 123:15 | 60:10 | 63:22 | | | | |
| 123:19 | 123:22 | 124:4 | **your** [88] 4:8 | | 4:14 | | | |
| 124:5 | 124:5 | 124:8 | 4:16 | 4:19 | 19:5 | | | |
| 124:12 | 124:15 | 124:17 | 20:2 | 37:10 | 37:12 | | | |
| 124:19 | 124:23 | 125:4 | 39:15 | 41:25 | 42:8 | | | |
| 125:5 | 125:19 | 125:25 | 42:13 | 43:3 | 43:19 | | | |
| 126:1 | 126:8 | 126:8 | 46:16 | 47:2 | 51:14 | | | |
| 126:9 | 126:9 | 126:10 | 51:20 | 52:5 | 54:1 | | | |
| 126:12 | 127:17 | 127:17 | 56:4 | 57:6 | 57:8 | | | |
| 127:23 | 128:4 | 128:7 | 58:6 | 58:6 | 58:7 | | | |
| 128:9 | 128:15 | 128:19 | 61:7 | 61:23 | 62:25 | | | |
| 128:24 | 129:18 | 130:2 | 63:2 | 68:17 | 68:22 | | | |
| 130:5 | 130:7 | 130:7 | 69:1 | 77:25 | 78:5 | | | |
| 130:8 | 130:9 | 130:25 | 84:25 | 84:25 | 86:9 | | | |