Case 0:00-cv-06022-JAL   Document 108   Entered on FLSD Docket 08/08/2001   Page 1 of 55

NARANJO vs. STEPHEN B. SMITH          CondenseIt™          FEB. 7TH, 2001

**Page 1**

```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA

              CASE NO. 00-6022 CIV-LENARD


HENRY NARANJO and
MARLENE RAMIREZ,

        Plaintiffs,

vs.

STEPHEN BYRONS SMITH and
PALMER JOHNSON, INC.

        Defendants.



              Badiak Will & Kallen
              17071 W. Dixie Highway
              N.M. Beach, Fla.
              Feb. 7th, 2001 2:20 p.m.



        DEPOSITION OF JOHN BREDBECK

taken before JULIO A. MOCEGA, R.P.R. and Notary

Public in and for the State of Florida at Large,

pursuant to Notice of Taking Deposition filed in

the above case.
```

**Page 2**

APPEARANCES:

    BLANK & PERRY, P.A.
    BY: F. David Famulari, Atty.
    5730 S.W. 74th Street
    South Miami, Florida
    Co-Counsel on behalf of Plaintiffs


    RIVKIND & PEDRAZA, P.A.
    BY: Manuel Valdes, Atty.
    66 West Flagler Street
    Suite 600
    Miami, Florida 33130
    Co-Counsel on behalf of Plaintiffs


    TELEPHONE APPEARANCE:
    PINKERT LAW FIRM, LLP
    BY: David L. Weber, Atty.
    454 Kentucky Street
    P.O. Box 89
    Sturgeon Bay, Wisconsin 54235
    Co-Counsel on behalf of Palmer Johnson


    BADIAK, WILL & KALEN
    BY: John D. Kallen, Atty.
    17071 West Dixie Highway
    North Miami Beach, Fla. 33160
    On behalf of Stephen Byron Smith

                        · · · · ·

**Page 3**

                    I N D E X

WITNESS          EXAMINATION

Mr Bredbeck
Mr. Famulari         4
Mr. Kallen         117
Mr. Weber           84
Mr. Valdes      63, 97, 120


              EXHIBITS

PLAINTIFF'S          FOR IDENTIFICATION

Exhibit No. 21           38
Exhibit No. 22           38
Exhibit No. 23           45
Exhibit No. 24           45
Exhibit No. 25           60
Exhibit No. 26           62
Exhibit No. 27           65
Exhibit No. 28           77
Exhibit No. 29           80

          ERRATA SHEET
           Page 123

**Page 4**

(Thereupon, a telephone call was placed to Valle & Craig to determine whether they would be appearing for this deposition and the conversatino with Frank J. Sioli was as follows.)

MR. KALLEN: Frank, I want to make sure that neither you nor Larry nor anyone else from your office is attending the deposition.

MR. SIOLI: That is my understanding.

MR. KALLEN: Okay, goodbye.

MR. SIOLI: Bye.

MR. KALLEN: We are on the record. I spoke with David Weber, counsel for Palmer Johnson, who is attending this deposition by telephone and he advised me that no one from local counsel' office, that is Valle & Craig will be attending.

David Weber also authorized us to proceed with the deposition and he will be calling in any minute, so with that.

MR. VALDES: I agree with that. I was present in the room when all of those

Page 5

1    conversations took place over the phone. On
2    speakerphone, that is.
3    THEREUPON:
4        John Bredbeck, was called as a witness
5    and, having been first duly sworn, was examined
6    and testified as follows:
7        DIRECT EXAMINATION:
8    BY MR. FAMULARI:
9        Q. Captain Bredbeck, my name is Dave
10   Famulari and I am one of the attorneys
11   representing Henry Naranjo. We want to ask you
12   a series of questions today about your time on
13   the motor yacht SOUVENIR.
14       Give us your full name for the
15   record.
16       A. John Kenneth Bredbeck and I go by
17   Jack.
18       Q. What is your date of birth?
19       A. 1-10-64.
20       Q. And Social Security number?
21       A. 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.
22       Q. Where were you born?
23       A. Toledo, Ohio.
24       Q. Do you have a permanent address
25   besides the boat?

Page 6

1        A. My permanent mailing address is
2    1126 South Federal Highway, Apartment 110, Fort
3    Lauderdale, Florida, 33316.
4        Q. Could you give us the benefit of a
5    brief history of your educational background?
6        A. Educational background? I
7    graduated high school in 1982. I joined the
8    U.S. Navy. Honorably discharged in 1986 at
9    which time I went to Chapman Seamanship School
10   in Stuart, Florida. I received a diploma from
11   there.
12       Came to Miami, got my captain's
13   license. Worked as a dock master in Lauderdale
14   Yacht Club for a year and a half until 1988 and
15   was employed on board 125 foot Berger.
16       Q. What was the name of that?
17       A. ARARA III. A-R-A-R-A. III. I was
18   first mate first and in 1991 the company put
19   that boat for sale and I have been working for
20   Stephen Smith as his private captain ever since.
21       Q. That is since 1991?
22       A. 1991.
23       Q. Your time that you were at the
24   Chapman School, how long were you there?
25       A. Four months.

Page 7

1        Q. And what kind of training did they
2    give you?
3        A. It is basic, everything seamanship,
4    you know, weather reading, weather maps, running
5    the boat. Basically it is getting you geared up
6    to take the Coast Guard exam.
7        Q. And when did you take the Coast
8    Guard exam?
9        A. It would have been in -- I'd say
10   '87 probably, the first time January of '87 I
11   passed the test.
12       Q. And in 1987 what license did they
13   give you?
14       A. I started with a fifty ton inland
15   operators' license because all of my sea time
16   was in Lake Erie in Ohio where I grew up and
17   after a year on board the ARARA I upgraded to a
18   two hundred ton because I had the time and
19   service on the vessel of that size.
20       Q. Okay, today what kind of license do
21   you hold?
22       A. I still have a two hundred ton near
23   coastal master license with the U.S. Coast Guard
24   with a five hundred ton mate endorsement.
25       Q. And have you continuously had a

Page 8

1    license since you got the first one in 1987?
2        A. Yes, I have.
3        Q. Tell me a little bit about your
4    experience on the Great Lakes?
5        A. My experience on the Great Lakes?
6        Q. Yes?
7        A. I started sailing when I was eight
8    years old. My parents belonged to a yacht club
9    up there and it was pretty much like summer
10   day-care.
11       I went to swimming lessons in the
12   morning and sailing lessons in the afternoon
13   till I was around fifteen or sixteen and then I
14   started racing more sea class sailboats as an
15   fore deck and also helmsman.
16       Q. Prior to 1997 when this incident
17   took place had you ever had any technical
18   training such as engineering, hydraulics
19   anything like that?
20       A. Not --
21       Q. Formal?
22       A. Formal, no, no.
23       Q. Okay.
24       A. I had done -- I had an Associates
25   Degree in electronic engineering. From '92 to

Page 9

1   '94 I went to school.
2        Q. Where did you go to school?
3        A. ATI in Fort Lauderdale.
4        Q. So Associates Degree in electric --
5        A. Electronics engineering.
6        Q. When was it that you first became
7   associated with Stephen Byron Smith?
8        A. He hired me to take his 53 foot
9   boat which was his first one in April of 1991 to
10  Chicago for him.
11       Q. And what were your duties and
12  responsibilities for that first boat?
13       A. My duties -- basically that was, I
14  was hired as a delivery captain basically to
15  deliver the boat from Fort Lauderdale to
16  Saugatuck, Michigan which is where he planned to
17  keep the boat in the summer.
18       Q. And after you did that what did you
19  do for Mr. Smith next?
20       A. I didn't stay on that boat
21  full-time, but when he, in the summer at the
22  time he was still working he would only have his
23  two or three weeks off in the summer, he would
24  call me and I would fly up. He would fly me up
25  to Chicago or Saugatuck, wherever they wanted to

Page 10

1   leave from, and I would take him on his little
2   three week cruise around Lake Michigan and
3   Saugatuck and all of that and back to Chicago
4   and we would do dinner parties for a while and
5   then I would bring the boat down to Naples for
6   him.
7        Q. And during that time period when
8   you weren't working with Mr. Smith what were you
9   doing?
10       A. I worked -- I did yacht deliveries
11  for whoever hired me. I worked, did a refit on
12  the Aga Khan's boat, a 120 foot, called the
13  KALAMOON (phonetic).
14       Q. The refit on --
15       A. That, I did that, I was doing that
16  during the time that I was going to school for
17  my electronic engineering.
18       Q. Where was that refit done?
19       A. In Bradford.
20       Q. Bradford does everything, don't
21  they?
22       A. I have been going to Bradford, yes,
23  since '87.
24       (Thereupon, Mr. Weber joined the
25  deposition through the speakerphone.)

Page 11

1        MR. FAMULARI: David?
2        MR. WEBER: Okay, I am here.
3        (Discussion off the record.)
4        MR. KALLEN: You are on the line
5   and if you can hear us, we are proceeding.
6        MR. FAMULARI: David, I have just
7   been going -- this is Dave Famulari.
8        MR. WEBER: Okay.
9        MR. FAMULARI: I was just going
10  over basic background stuff. We haven't
11  even gotten to the boat yet.
12       MR. WEBER: Sorry for the delay.
13  Thanks a lot.
14  BY MR. FAMULARI:
15       Q. The refit on the Aga Khan's boat,
16  what year was that?
17       A. That would have been '92, '93,
18  somewhere in that zone.
19       Q. And generally what was your
20  involvement in that?
21       A. I was basically helping out the
22  engineer, assist the engineer. He hurt his back
23  and he couldn't be down in the engine room. I
24  was his eyes and ears with the MTU guys. We
25  were doing a W6 on their engines.

Page 12

1        Q. And was that just an engine repower
2   or were you doing other things on the boat?
3        A. They were doing lots of things, but
4   my main involvement was in the engine refit.
5        Q. How long were you involved in that
6   project?
7        A. About seven months.
8        Q. Was there any welding going on that
9   you were involved in on that vessel?
10       A. No.
11       Q. What was the hull of that vessel
12  made of?
13       A. It was aluminum.
14       Q. Okay, after you finished with that
15  what was your next involvement with Mr. Smith?
16       A. 1994, March of 1994, I believe it
17  was, he bought a 66 foot Ocean Alexander and I
18  have been his full-time captain ever since.
19       That boat was fiberglass.
20       Q. How long is that boat?
21       A. That was 66.
22       Q. 66?
23       A. Yes.
24       Q. Was there any major work done on
25  that boat while you worked on it?

**NARANJO vs. STEPHEN B. SMITH**    CondenseIt™    **FEB. 7TH, 2001**

---

Page 13

1    A. The 66 footer?
2    Q. Yes?
3    A. Yes, we did a complete refit on
4    that boat. Not -- minus the engines and all of
5    that, but replaced all of the windows. We did
6    new washers and dryers, new Delta T ventilation
7    system for the engine room. A lot of
8    electronics added. My boss is an electronic
9    nut.
10    Q. What was your day-to-day
11    involvement in that refit?
12    A. Overseeing, making sure that it
13    gets done and we get out of there as soon as
14    possible so the boss can have his boat again.
15    Q. Where was that done?
16    A. Well, that one wasn't a total one.
17    It kind of evolved as it went along and it took
18    place in several different boat yards.
19    Q. Did any of it take place at
20    Bradford?
21    A. Yes.
22    Q. Do you recall any of the people
23    that you worked with at Bradford on that, say
24    project manager or any of the --
25    A. It was Joe Quinn was usually in

---

Page 14

1    charge of it back in those days. Torch was
2    around. Mark Tortora, we spoke with him.
3    First day I can't remember, you know.
4    Q. Did Henry Naranjo work on that job
5    at all, if you remember?
6    A. No, like I said, that was a
7    fiberglass boat, so there wasn't much welding to
8    be done on that particular boat.
9    Q. That was in what year?
10    A. From '94 to '97.
11    Q. And what happened to the boat in
12    1997?
13    A. That is when he bought the palmer
14    Johnson and he sold the Alexander and bought the
15    Palmer Johnson in February of that year, of '97,
16    Miami Boat Show.
17    Q. Do you remember if he took delivery
18    of the boat in February of '97?
19    A. Yes.
20    Q. Approximately?
21    A. I am sure that he did. I think the
22    deal closed about a week after the Miami Boat
23    Show, so --
24    Q. How long after it closed was it
25    before it went into Bradford?

---

Page 15

1    A. Two months.
2    Q. Did you operate the boat during
3    that time period?
4    A. Yes.
5    Q. What places did you go to?
6    A. We took delivery of the boat in
7    Fort Lauderdale. We took it to Key West by way
8    of Marathon and from Key West back to Naples and
9    we were in Naples the Saturday before Easter of
10    '97 there, whatever date that would have been.
11    That is when we took a ride with
12    the cruise or whatever, people on board and
13    while he was in the middle of showing his new
14    boat off we took it up to crew speed or past
15    crew speed.
16    You know, he wanted to show
17    everybody how fast his boat would go and that
18    lasted about a minute half and we blew the
19    starboard engine.
20    Q. Was that the catalyst to do a refit
21    on the vessel?
22    A. Yes, it was.
23    Q. Who decided what was going to be
24    done on the refit?
25    A. Well, Mr. --

---

Page 16

1    Q. Who was involved in it?
2    A. Well, what do you mean by that?
3    Q. Who helped make the decisions on
4    all of the work that was going to be done?
5    A. Well, Mr. Smith had his plans, what
6    he wanted and then the rest of it was pretty
7    much up to me to make it happen however we could
8    make it happen.
9    Q. Okay, what kind of things did he at
10    least initially want done to the boat on the
11    refit?
12    A. Well, we -- once they -- When the
13    engine blew, it was a Detroit and they were
14    going to rebuild it.
15    When they went to rebuild it the
16    whole inside of it was rusted out, so they
17    decided to do a, to do it properly they were
18    going to have to take the engines out of the
19    boat and bore them and dip them and all of these
20    other things.
21    And we were like, if we are going
22    do that, we have to take these engines out we
23    are not going to put Detroits back in here. So
24    we went out and bought brand Mans, new Northern
25    Lights generators and that pretty much went on

---

NARANJO vs. STEPHEN B. SMITH        CondenseIt™        FEB. 7TH, 2001

Page 17

1  from there.
2       And the main thing my boss wanted
3  at the time was to make the top deck bigger
4  because it had a really small seating area and
5  then no boat deck and he wanted more of a boat
6  deck for putting more toys up on the fly
7  bridge. And we had to make the arch hydraulic
8  so we could make it to Chicago in the summer.
9       Q. Did somebody design that work, the
10  changes in the, on the fly bridge and the -- was
11  that something that yard did or --
12       A. Pretty much the yard, yes.
13       Q. Were you involved in any of the
14  decisions on how to put that together?
15       A. Well, we'd say we are going to need
16  this space here for a Seadoo and we need to, we
17  want to move the seats up and make the mast
18  hydraulic. And you go from there.
19       Q. When the boat first went to
20  Bradford was it taken out of the water?
21       A. Yes, it was.
22       Q. And how long was it out of the
23  water, if you can remember?
24       A. It came out of the water I would
25  say third week of April and I am sure that you

Page 18

1  can get a haul out schedule from one of these
2  documents.
3       Q. Uh-huh.
4       A. And we were -- We had just gone
5  back in the water three or four days before the
6  accident took place.
7       Q. What work was done on the vessel
8  while it was out of the water?
9       A. While it was out of the water?
10  Well, they cut a five and a half foot square
11  hole in the side of the starboard side of the
12  boat, starboard side of the boat, removed the
13  port and starboard engines, the port and
14  starboard generator. All of the isolation
15  transformers, basically gutted the engine room
16  down to just bare walls and then we reinstalled
17  the new generators and the new main engines and
18  they welded the side back up.
19       During all of this time we had to
20  change the underwater exhaust from a ten inch
21  hole to a twelve inch hole because we were
22  upgrading the horsepower of the engines and we
23  had to redo struts, four on the bottom of the
24  boat. We had to increase the size of the
25  shafts, new propeller because of the increased

Page 19

1  horsepower and all of this was going on while we
2  were putting new hawse eyes in the cockpit and
3  the whole upper deck reconstruction.
4       As well as pulling all of the
5  windows out of the boat, too, because they were
6  like sand and we put glass back in.
7       Q. When the vessel was put back in the
8  water what was the state of completion of the
9  engine installation?
10       A. They were -- engines were installed
11  and they had been put in their spot, bolted down
12  and the shaft had been coupled up to them.
13  Other than that they weren't, there was no fuel
14  lines hooked up to them. They were just
15  basically in the boat.
16       Q. Was the exhaust system hooked up?
17       A. The exhaust system was hooked up.
18  All of the underwater welding and everything had
19  already taken place. The idea was to take it
20  back into the water because we had to go into a
21  spray shed so they could finish doing the paint
22  job.
23       Q. Were the propellers on the vessel
24  at that time?
25       A. Yes. There were no batteries on

Page 20

1  board the vessel at all, though, so, we couldn't
2  start or run anything if we wanted to.
3       Q. When the vessel was put back in the
4  water how was it moved around in the yard?
5       A. They towed it.
6       Q. Did it get moved more than once or
7  pretty much stay where it was?
8       A. No, they would have gone straight
9  from the launch facility at Bradford around
10  through the New River and back into one of the
11  spray sheds. I believe it was spray shed four,
12  three or four.
13       Q. Do you recall who the project
14  manager was on that particular job?
15       A. On that particular job it was
16  Torch.
17       Q. And what kind of interaction did
18  you have with Torch during this three month
19  period?
20       A. Almost daily. We would go over all
21  we needed to get done. He'd come to me with the
22  excuses why they couldn't get it done that day
23  and basically, basic project manager stuff.
24       Q. Okay, I see. What kind of dealings
25  would you have with Tony Watson?

Page 21

1    A. Tony Watson was the foreman of the
2  welding department and I had pretty much a daily
3  rapport with him also.
4    Q. When you first went up to Bradford
5  to have this refit done or the vessel went up
6  there, did you or Mr. Smith request that Henry
7  Naranjo be one of the welders working on the
8  vessel?
9    A. Not at first, but after a while
10  Henry was, he was always there everyday.  Did
11  very excellent work and so I asked Tony if it
12  was at all possible if I had a choice of any
13  welders I would prefer to have Henry work on the
14  boat.
15    Q. Were you on the vessel everyday?
16    A. Pretty much, yes.  I was living on
17  board the vessel after, once it went back in the
18  water.  I was living on board, so I was --
19      While it was out of the water I did
20  not live on the vessel.
21    Q. But once it went back in?
22    A. I was living on board.
23    Q. Were you living on board when the
24  explosion took place?
25    A. Well, I was working on board.

Page 22

1    Q. Working, but it was during that
2  time period?
3    A. Yes, it was, it was back in the
4  water.
5    Q. At the time of the explosion were
6  you on the vessel?
7    A. Yes, I was.
8    Q. And where were you?
9    A. I was in the engine room.
10    Q. And what did you observe when all
11  of this happened?
12    A. Well, I was down with the mechanic
13  and the electrician in the engine room and I
14  heard this massive explosion because there was,
15  you know, the air boxes were still fairly open
16  to the outside and we were inside of a tent, so
17  it echoed very nicely and you could feel the
18  whole boat shake.
19    Q. Just prior to the explosion taking
20  place and by just prior I mean, you know.  The
21  two or three days before, what kind of work was
22  being done in the lazarette?
23    A. That I couldn't tell you because I
24  was on vacation the week before and I had just
25  returned the day before it happened.

Page 23

1    Q. Was there a project going on down
2  there that was putting a new hydraulic steering
3  system on?
4    A. Yes.
5    Q. What was your involvement in that
6  project, that part of the project?
7    A. That part of the project?  Well, it
8  was decided amongst the hydraulic people that we
9  had a, we used to have a steering pump that was
10  in the engine room and we were running hydraulic
11  lines from the engine room all the way aft to
12  the steering and we decided that we needed to do
13  away with all of that hydraulic hose running
14  through the boat in case something broke.  So
15  they decided to put the steering pumps in the
16  lazarette in the cockpit which were right on the
17  other side of the, basically the old transom of
18  the boat where the running gear was, underneath
19  the owner's stateroom bed.
20    Q. Who designed that project, do you
21  know?
22      MR. KALLEN:  Which.
23  BY MR. FAMULARI:
24    Q. The project of putting the new
25  steering, hydraulic steering units in?

Page 24

1      MR. KALLEN:  Let me object to the
2  form of the question when you say designed.
3  BY MR. FAMULARI:
4    Q. I mean who -- Let me ask you this.
5  Who came up with the idea to move the pumps back
6  there and decided how they were going to be put
7  in and how to run the piping and the hoses on
8  that?
9    A. That mainly would have been done by
10  Bruce Adkinson who was the head of the
11  subcontractor for the hydraulics, Kewanee
12  (phonetic) or something like that, had a little
13  mermaid on the side of his truck.  Other than
14  that his name is Bruce Adkinson.  I can find out
15  exactly how you spell it, but that is who did
16  the work.
17    Q. When you came back from vacation
18  were they already working back in the lazarette?
19    A. Yes.  I came on a Sunday, so Monday
20  -- I believe this was a Monday when this took
21  place, the 7th would have been a Monday.
22    Q. Did you go into the lazarette that
23  morning or at anytime before the explosion took
24  place after you got back from vacation?
25    A. I would say yes, I did go down in

Page 25

1  there.
2      Q. Do you recall any observations,
3  anything that you saw or any discussions that
4  you might have had with anybody?
5      A. The discussions were that they were
6  going to drill and tap the new pumps into the
7  plate. The guy Brian Mink (phonetic) that was
8  working for Bruce Adkinson, he was working in
9  there and he drilled holes and he is the one
10 that discovered that the plate was too thin to
11 tap into and that is when this new plan of
12 tapping a quarter inch or, I mean, a half inch
13 aluminum plate and then welding it to the deck
14 came about.
15     Q. What was his name, the gentleman
16 that was drilling the holes?
17     A. Brian Mink.
18     Q. And who did he work for?
19     A. He worked for Bruce Adkinson.
20     MR. WEBER: Escuse me, was that
21 Brian Mink, M-I-N-K?
22     THE WITNESS: I believe so.
23 BY MR. FAMULARI:
24     Q. Did either Bruce Adkinson or Brian
25 Mink report to you during their work on this

Page 26

1  project?
2      A. Well, they would have said that
3  they tried to drill and there wasn't enough meat
4  to tap into and that is when they would have
5  said we need to do something different.
6      Q. And again whose idea was it to put
7  the doubler plates on there that they were going
8  to tap into?
9      MR. KALLEN: Whoa, whoa, let's back
10 up.
11     MR. FAMULARI: Okay.
12     MR. KALLEN: Let me object to the
13 form.
14     MR. FAMULARI: Okay.
15     MR. KALLEN: I think you skipped
16 something there. I am not sure that there
17 was any testimony yet as far as tapping into
18 doubler plates or a decision to put doubler
19 plates.
20     MR. FAMULARI: Yes, I think before
21 he did say that --
22     MR. KALLEN: Okay.
23     MR. FAMULARI: -- That Brian Mink
24 had, or somebody from Adkinson discussed
25 they couldn't tap into the deck because it

Page 27

1  was too thin so they were going to put some
2  doublers in and tap into, I think you said a
3  piece of half inch aluminum plate.
4      THE WITNESS: Yes.
5  BY MR. FAMULARI:
6      Q. Do you know where that idea came
7  from?
8      A. I think that was the only logical
9  explanation to handle at the time.
10     Q. Do you know who thought of it and
11 if you don't, that is fine?
12     A. No, I would say I don't.
13     Q. Do you recall being involved in any
14 of the discussions on how to, how they were
15 going to mount those pumps?
16     A. They said we could just put the
17 pumps right on this plate and weld the plate to
18 the deck and we would be basically a half inch
19 higher than we were going to be in the first
20 place.
21        It was the only place available in
22 the cockpit to put the pumps and we already had
23 everything laid out for that location.
24     Q. Do you recall if Tony Watson was
25 there during any of those discussions?

Page 28

1      A. Tony Watson, I'm sure he would have
2  had to have been there for at least part of the
3  discussion because he would be the one to tell
4  Henry that that is what had to be done.
5      Q. Do you recall Henry being there
6  during any of the discussions?
7      A. Usually when we were discussing a
8  job Henry was there and usually Tony was there
9  at the same time. I can't remember exactly if
10 they were there or not when this all took place,
11 but --
12     Q. Do you recall if prior to the
13 explosion and prior to that day when they were
14 discussing putting the hydraulic pumps in
15 whether there was any other hot work done in the
16 lazarette?
17     A. At that time I would say probably
18 not.
19     Q. When you took delivery of the boat
20 from, after the boat show, do you recall going
21 in the lazarette or inspecting the space back
22 there at all?
23     A. I had been in the lazarette many
24 times after the boat show, yes.
25     Q. But before the major refit started?

Page 29

1    A. Yes. We used it for storage so, I
2  mean, fenders were down there. Power cords were
3  down there. Every time that we pulled into a
4  dock I had to get down in the hold and dig
5  something out.
6    Q. Okay, and that is what I was going
7  to ask you, what you did, did you use it for
8  storage?
9    A. Yes.
10    Q. What did you use it for? Anything
11  else that you put in there?
12    A. No, it was mainly -- there was an
13  anchor back there, a spare anchor line for that,
14  about 200 feet of one inch line. We had, you
15  know, blow up fenders back there.
16    I believe we kept a boarding ladder
17  back underneath there. And other than that I
18  would -- It got wet, so you couldn't put
19  anything down there that couldn't take salt
20  water.
21    Q. Did the vessel carry -- did the
22  main yacht carry a tender?
23    A. Yes, it did.
24    Q. What was the power for the tender?
25    A. It was a fifty horse Yamaha four

Page 30

1  stroke.
2    Q. Where was the fuel for that
3  carried?
4    A. That was kept on the boat deck
5  right by the tender. And there wouldn't have
6  been -- nothing was on the boat at the time
7  because we were in -- the tender was wrapped up,
8  shrink-wrapped in the front of the yard and
9  nothing was on the top deck because it was under
10  construction at the time also.
11    Q. Do you know if at anytime after Mr.
12  Smith took delivery of the boat whether there
13  were any flammable liquids stored down in the
14  lazarette?
15    A. We never stored flammable liquids
16  down there, no.
17    Q. You mentioned earlier that it would
18  get wet down there. Were the hatches on that,
19  the top deck on that lazarette area watertight?
20    A. No.
21    Q. Was that an area that while you
22  were at sea was low enough to be awash in any
23  kind of a sea?
24    A. It would take spray. There would
25  be water back there occasionally, depending on

Page 31

1  the sea conditions.
2    Q. What kind of pumping system was
3  back in the lazarette?
4    A. It had two 24 volt power pumps that
5  had pick-ups down in the bilge area. And when
6  the float went on to turn on the bilge pumps a
7  light would come off either in the pilothouse or
8  the fly bridge letting you know that you had a
9  bilge pump running.
10    Q. And what was the -- Do you know
11  what the diameter of the intake was on those
12  pumps?
13    A. Not exactly. A guess, three
14  quarter, an inch.
15    Q. And you said they were 24 volt DC?
16    A. Yes.
17    Q. Were the pickups on those pumps
18  located right at the back, the last transom?
19    A. Yes.
20    Q. And if I recall the pictures that I
21  have seen of this in the lazarette there was,
22  the deck didn't quite go all the way back, there
23  was a space between where it stopped?
24    A. And the actual transom.
25    Q. And the transom where it went down

Page 32

1  three or four inches?
2    A. Yes, in that location, yes.
3    Q. And is that where the water would
4  build up?
5    A. Yes.
6    Q. Do you recall if there were ever
7  any times during the short period that you ran
8  this boat prior to the refit, whether there was
9  ever water in there that got up on to the, you
10  know, the main part of the deck in the
11  lazarette?
12    A. Well, any water that would go in
13  there would drain into that area. That is how
14  it was arranged.
15    Q. Were the pumps set up in such a way
16  that the floats that were there could never
17  really be a lot of water --
18    A. Correct.
19    Q. -- Get in there unless there was
20  some type of a catastrophe?
21    A. Correct, right. There was a high
22  water alarm in there also and that had never
23  gone off.
24    Q. Where was the high water alarm
25  located?

Case 0:00-cv-06022-JAL    Document 108    Entered on FLSD Docket 08/08/2001    Page 9 of 55

NARANJO vs. STEPHEN B. SMITH          CondenseIt™          FEB. 7TH, 2001

Page 33

1    A. Just above the regular float
2  switch, in that same area.
3        MR. FAMULARI: John, I have got
4  some pictures that we took recently and I
5  know that they are probably a little bit
6  different, but it may show what it looked
7  like back then just so we know we are
8  looking at the same thing.
9        MR. KALLEN: Whoa, whoa, whoa. For
10 the record, these are photographs taken of
11 the vessel in her present condition?
12       MR. FAMULARI: They were taken
13 about two weeks ago by Mr. Valdes.
14       MR. KALLEN: Okay, so you want --
15       MR. FAMULARI: You know, I just
16 want to confirm that the area back there
17 where the last transom was was basically
18 like that.
19       THE WITNESS: The bilge pumps are
20 in the exact, they are in the same location
21 as they were when it happened and everything
22 that you see on there other than these posts
23 that were put in there, that is to hold the
24 spare props. Everything else looks exactly
25 the same as it did prior to the explosion.

Page 34

1  Other than these deck hatches were added
2  when we did the, when we fixed from the
3  explosion.
4  BY MR. FAMULARI:
5    Q. Okay.
6    A. We went from having five hatches
7  back here to the two big hatches to allow easier
8  storage. And these hatches were watertight when
9  we put these back in.
10   Q. In this lazarette area, some people
11 call it the cockpit extension. Were there any
12 fuel lines running back there at all?
13   A. No.
14   Q. Were there any -- And this is prior
15 to the refit. Were there any hydraulic lines
16 running back there?
17   A. No.
18   Q. What about electric, any kind of
19 electrical lines, conduit?
20   A. There would -- This whole cockpit
21 was set up for fishing, so there were wires back
22 there to -- pumps and a lot of PVC pipe around
23 down there that used to go to the live bait
24 well, that sort of thing.
25       The cockpit was its own entity

Page 35

1  added on to the boat. I mean, no -- nothing
2  went through to the other side of the boat other
3  than a sump tank discharge and that water system
4  back there only ran in the cockpit. It went
5  nowhere else on the boat at the time.
6    Q. The wires that came in, did they
7  run through conduit?
8    A. I would -- Yes, I would say that
9  they would have to.
10   Q. Do you recall where on the bulkhead
11 on the forward end of the lazarette they ran
12 through, you know, the top, the middle, the
13 bottom?
14   A. No, but there is pictures that you
15 would be able to see them. It would be on the
16 forward bulkhead.
17       MR. KALLEN: Whose pictures are
18 those?
19       MR. FAMULARI: I don't know, these
20 are the ones that --
21       THE WITNESS: Those would have been
22 the ones that Torch took on the digital
23 camera and printed them out.
24       MR. FAMULARI: Have we already put
25 these into evidence at some time or

Page 36

1  another?
2        MR. KALLEN: No, I don't think so.
3        (Discussion off the record.)
4        MR. FAMULARI: Back on the record.
5  Why don't we look at this one. The top of
6  it says SCS & Associates.
7        MR. KALLEN: That would be
8  Bradford's, the surveyor.
9        MR. FAMULARI: I think we got these
10 from Bradford. You should have a copy of
11 these.
12       MR. KALLEN: I think I have a copy
13 of the big ones, not these little ones.
14       MR. VALDES: We can get them copied
15 for you.
16       MR. KALLEN: What exhibit number
17 are we up to, David, do you know?
18       MR. WEBER: I don't.
19       MR. FAMULARI: We were expecting
20 you to keep track of us because we are all a
21 bunch of disorganized people down here.
22       MR. KALLEN: You know, I think I
23 know. If you give me a second I'll check.
24       MR. FAMULARI: Why don't you,
25 because we are doing the exhibits

**NARANJO vs. STEPHEN B. SMITH**    CondenseIt™    **FEB. 7TH, 2001**

Page 37

1    sequentially.
2        MR. KALLEN: So you don't want to
3    mark these other three that you showed him?
4        MR. VALDES: Yes.
5        MR. FAMULARI: Okay, why don't we
6    -- we'll mark these.
7        MR. KALLEN: All right, give me a
8    second.
9        MR. FAMULARI: David, we are not
10    really looking at anything that we haven't
11    already looked at.
12        (Discussion off the record.)
13        MR. FAMULARI: Back on the record.
14        MR. KALLEN: Last one I show is
15    Exhibit 20 from the deposition of Marlene
16    Ramirez. She was the last deponent, wasn't
17    she? So I suppose the last exhibit was 20,
18    so we are up to 21. 21 will be three photos
19    of new boat, so to speak?
20        MR. FAMULARI: Yes, or you could
21    say pictures taken in --
22        MR. KALLEN: January.
23        MR. FAMULARI: January of 2001.
24        MR. KALLEN: Okay. And you want
25    him to look at Exhibit 22.

Page 38

1        (Thereupon, the above-mentioned
2    photograph was marked as Exhibit No. 21 for
3    identification this date.)
4    BY MR. FAMULARI:
5        Q. Could you look at that picture
6    which was taken --
7        A. Right after.
8        Q. Yes, right after the explosion and
9    is that your recollection of what it looked like
10    back then?
11        A. What we are looking at here, these
12    are the float switches that turn on the bilge
13    pump and the next one up here is the high water
14    alarm.
15        MR. VALDES: Just for clarity, you
16    are talking about the top picture on Exhibit
17    22?
18        THE WITNESS: Correct.
19        (Thereupon, the above-mentioned
20    photograph was marked as Plaintiff's Exhibit No.
21    22 for identification this date.)
22    BY MR. FAMULARI:
23        Q. When Mr. Smith was thinking of
24    buying the boat at the Miami Boat Show were you
25    with him?

Page 39

1        A. Yes.
2        Q. Did you go through the boat with
3    him?
4        A. Yes.
5        Q. Did he have the boat surveyed prior
6    to --
7        A. Yes.
8        Q. Do you remember who the surveyor
9    was on that?
10        A. Patton I believe did it.
11        Q. Dave Patton?
12        A. Well, Patton.
13        Q. One of the Patton people?
14        A. I can't think of the guy's name.
15        MR. KALLEN: You have the survey
16    report. We provided that.
17    BY MR. FAMULARI:
18        Q. Yes. Did you review the survey
19    report at that time?
20        A. Yes.
21        Q. Was there a sea trail done on the
22    vessel at that time?
23        A. Yes.
24        Q. Did you go?
25        A. Yes.

Page 40

1        Q. Prior to the explosion in July of
2    1997 had you ever seen a set of the drawings of
3    the vessel?
4        A. Yes.
5        Q. Was there a set that was kept on
6    the vessel --
7        A. Yes.
8        Q. -- Itself?
9        A. Yes.
10        Q. Were they, were the drawings there
11    on the day of the explosion?
12        A. They would have been on board, yes.
13        Q. Do you recall if at anytime just
14    prior to or during the refit Bradford asking for
15    the plans or looking at any of the plans in
16    order to do some of the work?
17        A. No, I can't remember exactly, no,
18    if they looked. They were available if they
19    wanted. They were there.
20        Q. What about Bruce Adkinson, do you
21    recall if he looked at the plans or asked to see
22    the plans at anytime?
23        A. No, probably not, no. By this
24    point the boat had been totally ripped apart and
25    everybody pretty much seen how it was put

Case 0:00-cv-06022-JAL    Document 108    Entered on FLSD Docket 08/08/2001    Page 11 of 55

NARANJO vs. STEPHEN B. SMITH            Condenselt™            FEB. 7TH, 2001

Page 41

1 together.
2 Q. Were there many sets of drawings on
3 the vessel or just --
4 A. No, many.
5 Q. Many sets?
6 A. Yes. Most of them were original.
7 That is a copy, obviously.
8 MR. KALLEN: Let's go off the
9 record.
10 (Discussion off the record.)
11 MR. KALLEN: We are back on the
12 record.
13 MR. VALDES: Yes, let's go back on
14 the record.
15 BY MR. FAMULARI:
16 Q. Prior to the explosion, Captain
17 Bredbeck, what was your understanding as to what
18 was underneath that aluminum deck on the floor
19 of the lazarette?
20 A. All I have known, all I knew at the
21 time is what they told me in the survey and the
22 guy that Mr. Smith bought the boat from that
23 that, that Palmer Johnson when they added the
24 extension of the cockpit poured cement into the
25 bilge to counteract the displacement.

Page 42

1 Q. Did you know, you know, how high
2 the cement came in there?
3 A. No, I did not.
4 Q. Was there a void space or anything
5 like that?
6 A. No, I did not.
7 Q. Prior to the explosion on this
8 particular day did you have any conversations
9 with Henry Naranjo about welding on the back, in
10 the lazarette compartment?
11 A. I didn't understand you.
12 Q. Prior to the explosion, that
13 morning, that Monday morning, if it was indeed a
14 Monday, prior to the hot work being done down
15 there do you recall having any conversations
16 with Henry about what was underneath that
17 decking in the lazarette?
18 A. Not per se. I know I would have
19 told him that there was cement down there and he
20 asked about the two tanks back there and I said
21 those are water tanks and that was pretty much
22 the extent of it, as I recall.
23 Q. On the date of the accident was
24 Henry working in any other projects on the
25 vessel that you know of?

Page 43

1 A. That I can't recall. There was lot
2 of projects going on. It is hard to keep track
3 of them.
4 Q. One of the things that we are
5 having a little bit of a problem with here is
6 Bradford is, you know, has work orders and work
7 numbers for everything and we have some earlier
8 work orders that have already been put into
9 evidence with some of the Bradford people that
10 talks about Henry welding some things on the
11 mast and maybe something else, but there is --
12 there was no work order time sheet that deals
13 with his work in the lazarette that day, I
14 believe.
15 MR. KALLEN: Let me object to the
16 form.
17 MR. FAMULARI: Okay.
18 MR. KALLEN: To the extent that you
19 are representing what is in those invoices
20 and work orders.
21 BY MR. FAMULARI:
22 Q. And I just want to -- I am just
23 asking you if that day as far as you know Henry
24 was doing some work in the lazarette?
25 A. He would have been doing this

Page 44

1 plate.
2 Q. Would that be something that you
3 would have asked him to do?
4 A. I would have said to -- we would
5 have had to get Tony Watson there to approve his
6 job and we would have said this is what we need
7 done.
8 Now, in the whole realm of things
9 until this thing blew up it was supposed to be a
10 ten minute job and nobody thought much about it
11 until this thing happened.
12 Q. Do you recall when you came on the
13 vessel that, the morning of the explosion
14 whether the hatches were off the top deck of
15 that lazarette?
16 A. They would have been off, yes.
17 Q. Do you recall whether anybody from
18 Bradford had put down a ventilator or a blower
19 back there prior to the work being done?
20 A. Henry had a blower that is also
21 visible in one of these pictures. I believe it
22 was black with a squirrel cage type.
23 And they had a fire watch posted in
24 the master's stateroom which would have been on
25 the other side of the bulkhead.

Case 0:00-cv-06022-JAL   Document 108   Entered on FLSD Docket 08/08/2001   Page 12 of 55

NARANJO vs. STEPHEN B. SMITH        CondenseIt™                    FEB. 7TH, 2001

Page 45

1   Q. Do you happen to recall who the
2   fire watch was?
3   A. No, I do not.
4   Q. Do you know for a fact that they did
5   have a fire watch in there?
6   A. Actually, I can't even say it for a
7   fact, but they were very careful about having
8   fire watches on the other side of any bulkhead
9   when they were doing welding.
10   Q. Was that your experience in dealing
11   with Bradford, that they were careful about
12   that?
13   A. Yes.
14   Q. Okay, why don't we just take a look
15   at these two. John, those are some more of the
16   Bradford pictures, just to show the blower that
17   was in the lazarette.
18   MR. KALLEN: Okay.
19   BY MR. FAMULARI:
20   Q. Does that look like the blower
21   that --
22   A. That is the blower, right, yes.
23   (Thereupon, the above-mentioned
24   photos were marked as Plaintiff's Exhibit Nos.
25   23 and 24 for identification this date.)

Page 46

1   BY MR. FAMULARI:
2   Q. You mentioned you were in the
3   engine room when the explosion took place. What
4   did you do after the explosion?
5   A. Well, after the explosion and we
6   said what the hell happened, we went running to
7   the back of the boat at which time everybody was
8   kind of congregating around the cockpit and one
9   of my guys that worked for me on the boat, my
10   mate was, he was also a paramedic, jumped out on
11   the cockpit and was helping Henry crawl out of
12   the hole.
13   Q. What was his name?
14   A. Doug Pierce.
15   Q. Does he still work with you?
16   A. No. No, he is going back to school
17   to get a full fledge paramedic and some other
18   kind of rating in Texas.
19   Q. Is he local?
20   A. He is in Texas.
21   Q. Do you know how to get hold of him?
22   A. I do know how to get hold of him if
23   necessary, yes. I believe I gave you his
24   number; didn't I?
25   MR. KALLEN: No.

Page 47

1   THE WITNESS: I can get that.
2   MR. KALLEN: If you did, I won't
3   tell you.
4   (Discussion off the record.)
5   MR. KALLEN: I will get it for you.
6   BY MR. FAMULARI:
7   Q. Who did you talk to after the
8   incident, anybody from the yard?
9   A. After the incident, after the
10   explosion?
11   Q. That day?
12   A. We talked to lots of people after
13   that happened and they had the fire department
14   was there, the police were there.
15   Bradford had their insurance
16   investigator on the spot within the hour and
17   then my boss' insurance company. What is this
18   guy's name, Bob Heakon (phonetic) showed up the
19   next day.
20   The whole area was taped off. No
21   one was allowed to go in and out until they did
22   their investigation, about two weeks worth.
23   They had metallurgist there, the whole
24   enchilada.
25   Q. Did you give any statements to

Page 48

1   anybody?
2   A. Did I give any statements to
3   anybody?
4   Q. In other words, did anybody ask you
5   for a statement that they either wrote down or
6   recorded?
7   A. A fire chief or a fire investigator
8   on the scene was the one that was asking me the
9   questions.
10   Q. Do you recall if he was a Broward
11   County person or a State of Florida?
12   A. I believe he would have been
13   Broward County. They came from Davie, the fire
14   department did.
15   Q. What about anybody else, if you
16   recall?
17   A. Bradford's insurance guy showed up
18   and he started asking questions. Not anyone
19   else that I can think of at this time.
20   Q. Did you speak with Mark Tortora
21   after?
22   A. Yes, Torch would have been there.
23   Q. Do you recall what you and Mr.
24   Tortora discussed?
25   A. No, I do not.

Page 49

1    Q. What about, do you know Peter
2 Rimmel?
3    A. Name sound familiar, but I --
4    Q. He is the marine chemist?
5    A. Oh, okay, that was the guy that
6 came, yes.
7    Q. Do you recall talking to him after
8 the explosion took place?
9    A. I think he was there like a day or
10 two afterwards, if I remember correctly.
11    Q. Do you recall having any
12 conversations with him?
13    A. Just explaining, you know, what
14 happened, telling him what happened. What I
15 kept down there, same scenario.
16    Q. There was some speculation in some
17 of the other depositions about a can of acetone
18 being on the deck the day before or several days
19 before that may have been spilled.
20       Is that anything that you are
21 familiar with?
22    A. There were cans of acetone and
23 reducer in the cockpit at the time of the
24 explosion. I mean, you can see in some of those
25 pictures there is cans of it sitting back

Page 50

1 there.
2       I believe there were reducers in a
3 green can, an All Grip product. Very
4 flammable. Acetone, they had acetone around all
5 the time because that is what they had to use to
6 clean up with to get the fill off them.
7    Q. When you say in the cockpit, you
8 are talking that extension that was put on the
9 boat?
10    A. Yes.
11    Q. Are you talking about --
12    A. It would have been on the wood,
13 wooden part of the deck here up on this area
14 which was all covered at the time, naturally,
15 with that blue, with this stuff that would be
16 over everything.
17       MR. KALLEN: Referring to above the
18 lazarette.
19       THE WITNESS: Above the lazarette,
20 yes.
21       MR. VALDES: Not below.
22       THE WITNESS: To the best of my
23 knowledge there was no acetone or anything
24 down in the lazarette area.
25       The paint, fairing crew was the one

Page 51

1    that uses the acetone and reducer.
2 BY MR. FAMULARI:
3    Q. Do you recall after the explosion
4 took place if you observed any cans of reducer
5 or aceton that you saw in the lazarette?
6    A. Yes, they were still present. I
7 took pictures of them, I believe. You might
8 have these.
9    Q. As far as you know were all of the
10 cans still intact?
11    A. As far as I can tell, yes.
12    Q. Was there any evidence that you saw
13 or, either before the explosion or after the
14 explosion that any of those cans had been
15 spilled?
16    A. They were both on their side after
17 the explosion. Whether they tipped before or
18 after, I cannot say.
19    Q. Do you know, was there still liquid
20 in them after the explosion?
21    A. Yes.
22    Q. Do you know if anybody checked to
23 see how much was in them or --
24    A. No.
25    Q. Do you have photos that you took

Page 52

1 after the explosion?
2    A. Yes.
3    Q. Does Mr. Kallen have them?
4       MR. KALLEN: I have them.
5       THE WITNESS: I do not have them.
6 He has them.
7 BY MR. FAMULARI:
8    Q. Okay, thank you.
9       MR. VALDES: Can we see them.
10       MR. KALLEN: Yes.
11       MR. VALDES: Now?
12       MR. KALLEN: Sure.
13 BY MR. FAMULARI:
14    Q. Were you involved in any of the --
15       MR. KALLEN: Nothing that you
16 haven't seen before, Manny.
17       THE WITNESS: It looks a lot like
18 these.
19       MR. VALDES: I would like to see
20 them, though.
21 BY MR. FAMULARI:
22    Q. Were you involved in the plans to
23 rebuild that deck in the lazarette for use of,
24 lack of a better word?
25       MR. KALLEN: Let me object to the

NARANJO vs. STEPHEN B. SMITH          CondenseIt™                    FEB. 7TH, 2001

Page 53

1  form. That --
2          MR. FAMULARI: That is not a good
3  word to use.
4          MR. KALLEN: Not a good question.
5  BY MR. FAMULARI:
6      Q. Were you involved in -- Let me ask
7  you this.
8          Do you know who made the plans or
9  the decisions on how to put the deck back in the
10  lazarette after the explosion?
11     A. After the explosion?
12     Q. Yes?
13     A. Yes, I did.
14     Q. You were involved in that?
15     A. Yes, I was.
16     Q. Who else did you discuss that with?
17     A. I would discuss it with Bradford,
18  whoever was doing the work. However they needed
19  to do it to get to it what I needed.
20     Q. Okay, and what was it that you
21  needed?
22     A. Well, the plan was obviusly when
23  we put it back together to put all of new
24  framing in there above the cement and then I was
25  the one that requested them to use thicker

Page 54

1  aluminum that is screwed in, removable like what
2  you see now.
3      Q. Was there any discussion out at that
4  time about taking the cement out of the vessel?
5      A. We consulted Tom Fexas Yacht
6  Design, the designer of the yacht, and they
7  suggested, no, that is the reason that it was
8  there in the first place, the boat needed it
9  because of adding additional displacement by
10  putting the cockpit on the back there.
11     Q. Was there any other ballast at all
12  on the vessel besides in the cockpit extension?
13     A. No.
14     Q. Have you ever worked on any other
15  aluminum vessels that had cement for ballast, if
16  you know?
17     A. No.
18     Q. Okay.
19     A. No, not to my knowledge, at least.
20     Q. Have you ever worked on any other
21  aluminum vessels that had ballast in them, to
22  your knowledge, other than fuel or water?
23     A. No.
24     Q. Have you ever worked on any other
25  vessels that had a compartment like what was

Page 55

1  underneath the deck of the lazarette here that
2  was completely sealed up?
3          MR. KALLEN: Let me object to the
4  form. I am not sure that I understand that
5  question. I need to understand it.
6  BY MR. FAMULARI:
7      Q. Okay, have you ever --
8          MR. VALDES: Just for the record,
9  when he objects, unless he instructs you not
10  to answer, you have to answer the question.
11         MR. KALLEN: Yes. Well, I'm
12  instructing him not to answer that question
13  because unless I understand it.
14         MR. VALDES: You don't have a basis
15  to instruct this witness not answer a
16  question.
17         MR. KALLEN: Do you understand that
18  question?
19         THE WITNESS: I believe I do.
20         MR. KALLEN: You believe or do you
21  know?
22         THE WITNESS: I don't know, but --
23         MR. KALLEN: Okay.
24         THE WITNESS: I do't know, but if
25  you try again --

Page 56

1  BY MR. FAMULARI:
2      Q. I want to get the information
3  straight so we don't have any confusion.
4          Have you ever been on any other
5  vessels that have had a compartment like was in
6  the lazarette of this where we had a deck and a
7  space underneath and it was completely sealed
8  with no vents, no --
9      A. No, I have never worked on a boat
10  that had a cockpit extension before.
11     Q. But the cockpit extension -- Okay,
12  but that wasn't the question.
13         Is it your understanding that the
14  floor of that lazarette area where it was welded
15  down was at least watertight from -- Strike
16  that.
17         Was it your understanding that the
18  -- was it your understanding that the area
19  below the lazarette deck here was watertight?
20     A. No. I would say -- You can look at
21  it and tell that it wasn't watertight.
22     Q. Why do you say that?
23     A. You could see, you can see in the
24  pictures that this, it's tack welded around the
25  edge and there was like a little crack running

**NARANJO vs. STEPHEN B. SMITH**          CondenseIt™          **FEB. 7TH, 2001**

Page 57

1  around.
2      Q. This was before or after the
3  explosion?
4      A. Before.
5      Q. Okay, so is it your testimony that
6  the, that deck was not solid welded all along
7  the --
8      A. That is correct. You can see
9  where --
10     Q. Can you see --
11     A. You see, that was a weld that
12  ripped lose there and that was a weld that
13  ripped lose there.
14         I mean, any of these things here.
15  This, you know, this was all -- this is how this
16  looked along here. This is after it blew up.
17     Q. After it blew up?
18     A. There was tack welds right along
19  the frame. You could obviously see. When you
20  stood on it you could tell that it wasn't made
21  to be anything structural, it was just adding a
22  subfloor to the cockpit basically there.
23     Q. Well, if it is -- Let's say
24  hypothetically that it was not solid welded
25  along those edges along the forward and aft

Page 58

1  bulkhead and the port and starboard bulkheads.
2         Do you know if any water ever got
3  in underneath there?
4      A. I wouldn't know.
5      Q. During the time that you had the
6  boat did you ever see any evidence that there
7  was water getting under there?
8      A. Not under there. No, I wouldn't be
9  able to tell that.
10     Q. After the explosion when that deck
11  was taken up did you see any evidence that there
12  was water getting in there?
13     A. Well, there was two feet of water
14  in the back of there when we blew out the
15  through hull and we were sinking at the time
16  that this was going on also.
17     Q. That answers that question.
18     A. I am the one that jumped down and
19  found the through hull and pounded a wooden plug
20  into the hole.
21         We had to bring a gasoline pump in
22  from Bradford to suck the water out because we
23  had no batteries on board to run our own bilge
24  pumps.
25     Q. This is prior to the explosion,

Page 59

1  when you would walk around in that, on that
2  lazarette floor would the aluminum --
3      A. Basically like crinkled.
4      Q. Crinkled?
5      A. Yes, it was like walking around on
6  like a pop can or something like that. You
7  could tell it was very thin and you could tell
8  it wasn't solid and it echoed when you jumped on
9  it.
10     Q. Prior to the explosion based upon
11  what you have, what you just said about the echo
12  and the, it would crinkle when you would walk,
13  did you have any opinion on whether there was a
14  void space under there at all prior to the
15  explosion?
16     A. I had no opinion other than you
17  could tell that it wasn't solid when you stepped
18  on it. So there was --
19     Q. Since the explosion in July of 1997
20  do you have any knowledge or opinions on what
21  exploded under there?
22     A. No.
23     Q. From your observations of what the
24  deck looked like after the explosion was it your
25  opinion that the explosion took place under that

Page 60

1  plate?
2      A. Oh, yes, you blew the whole -- you
3  can see in all of the pictures where it blew
4  up. The whole thing came up towards the cockpit
5  floor and you can see in some of these pictures,
6  if these pumps, this pump right here was sitting
7  underneath the main support beam for the aft
8  deck, that is what kept the whole floor from
9  coming up and -- That is it.
10         These things, that right there. It
11  bent a four inch I-beam, you can see where it
12  cracked it loose from here. This is the main
13  support beam for the aft deck and it shoved it
14  up about four inches.
15     MR. KALLEN: Referring to a
16  photograph which is now marked as Exhibit
17  25.
18     MR. VALDES: 25.
19     (Thereupon, the above-mentioned
20  photograph was marked as Plaintiff's Exhibit No.
21  25 for identification this date.)
22     MR. VALDES: Can we take a break a
23  second and you can get me those pictures?
24     MR. FAMULARI: Yes, I may not have
25  too much more to ask. If you want to take a

Page 61

1    look at those pictures and see if there is
2    anything else that we want to ask.
3        (Thereupon, a short recess was
4    taken.)
5    BY MR. FAMULARI:
6        Q. Back on the record. Captain
7    Bredbeck, your attorney handed me a stack of
8    photographs. Could you tell me if you recognize
9    those?
10       A. Yes, I do.
11       Q. And did you take those photographs?
12       A. Yes, I did.
13       Q. And when did you take them?
14       A. They would have been taken right
15   after the explosion.
16       Q. And what are they photographs of?
17       A. This is the destruction that took
18   place during the explosion.
19       Q. I believe there were 23 photographs
20   there?
21       MR. KALLEN: And just so we are
22   clear, I grabbed them off my desk so I'll
23   double-check my desk to make sure that there
24   is not one or two others laying loose,
25   but --

Page 62

1        MR. FAMULARI: You took the ones
2    that with the dynamite that was on the edge.
3        MR. KALLEN: Yes, yes.
4    BY MR. FAMULARI:
5        Q. We would like to attach these as --
6    do you want to do them as a composite?
7        MR. KALLEN: Yes, composite Exhibit
8    26, yes.
9        MR. FAMULARI: Yes, composite of
10   Captain Bredbeck's photos, okay.
11       (Thereupon, the above-mentioned
12   photographs were marked as Plaintifff's
13   Composite Exhibit No. 26 for identification this
14   date.)
15       MR. FAMULARI: Off the record for a
16   second.
17       (Discussion off the record.)
18   BY MR. FAMULARI:
19       Q. Captain Bredbeck, I am going to
20   show you a drawing of what purports to be the
21   vessel that I think that your attorney sent us.
22   I am sorry, Mr. Smith's attorney sent us.
23       MR. KALLEN: Oh, okay.
24   BY MR. FAMULARI:
25       Q. Yes. Do you know if this

Page 63

1    particular drawing was on the vessel prior to
2    the explosion?
3        A. I couldn't say. They were supposed
4    to have the full package of blueprints to the
5    vessel and most of them were there.
6        CONTINUED DIRECT EXAMINATION
7    BY MR. VALDES:
8        Q. Did you ever see this plan before
9    the explosion?
10       A. I can't say that, if I looked at
11   it, this particular plan, no.
12       Q. Had you looked at all of the other
13   plans?
14       A. Not all of them, no.
15       Q. Where were they kept?
16       A. They were kept in the main salon
17   and like a, what you would call one of those
18   legal folders.
19       Q. How many were in there?
20       A. Oh, fifty to one hundred, I would
21   imagine. These are the construction drawings
22   for the whole entire boat.
23       Q. And those were on board, right?
24       A. Yes.
25       Q. So you would assume that this one

Page 64

1    was in there, too?
2        A. I would assume, yes.
3        Q. But you had never seen this one
4    before?
5        A. I can't say if I did or didn't.
6        Q. You don't remember?
7        A. Four years ago, I don't remember
8    looking at --
9        Q. And these plans were available when
10   they were doing work on the boat?
11       A. Yes, everything was always
12   available if they wanted to look at it. Most of
13   the time, like I said, nobody did because, like
14   I said, these would have been fifteen years old
15   at the time and boats get changed all the time.
16   And when you do a change you don't necessarily
17   do a drawing.
18       Q. Do you know how to read these
19   plans?
20       A. More or less. This is weld and
21   stuff. I don't understand this. This is
22   construction drawings.
23       I know more about this stuff now
24   because I am in the process of building a brand
25   new boat and I am more involved in the plans

**NARANJO vs. STEPHEN B. SMITH**    CondenseIt™    **FEB. 7TH, 2001**

Page 65

1  everyday.
2      At this time I wasn't.  I would say
3  here you go, here is your drawing, if you want
4  to look at it, go ahead.
5      Q. If you look at this plan, and I
6  guess we'll mark it as Exhibit 27 so we know
7  what we are talking about --
8      (Thereupon, the above-mentioned
9  drawing was marked as Exhibit No. 27 for
10  identification this date.)
11  BY MR. VALDES:
12      Q. If you look at the lower left-hand
13  corner it shows a side view of the cockpit
14  extension?
15      A. Yes.
16      Q. Is that correct?
17      A. Yes.
18      Q. You can understand what you're
19  looking at there, right?
20      A. Yes.
21      Q. In fact, it has even got ballast?
22      A. Yes, the ballast.
23      Q. The deck?
24      A. I would assume that was cement,
25  correct.

Page 66

1      Q. And the deck above it?
2      A. Correct.
3      Q. Do you see the deck?
4      A. I do.  This would be the deck, so
5  this would be a void area there.  It looks like.
6      Q. Okay.
7      A. You can look at it over here also.
8      Q. That is on the right-hand side of
9  this drawing that is marked as Exhibit No. 27?
10      A. That is looking forward.
11      Q. And that would be, looks like a
12  side cut of the rear portion of the transom?
13      A. Yes, it would be -- looks like
14  looking forward.
15      Q. And it shows the ballast and the
16  decking?
17      A. Yes.
18      Q. Okay, do you remember telling Mr.
19  Naranjo that the cement and the deck were flush?
20      A. No, I do not.
21      MR. KALLEN: Object to the form.
22  BY MR. VALDES:
23      Q. You don't remember telling him
24  that?
25      A. No.  I doubt if I would have said

Page 67

1  that because, like I said, when you stepped on
2  to this deck you could tell that it was not
3  solid.  You could tell that -- How big the gap
4  was I couldn't tell you, but you could tell that
5  it definitely was not stepping down on to
6  cement.
7      Q. Did you physically help in the
8  removal of the deck after the explosion, the
9  work that Tony Watson did?
10      A. I wouldn't be involved in the work
11  of it, no.
12      Q. So you didn't have anything to do
13  with the ripping out of the floor that buckled
14  upward?
15      A. No, no.
16      Q. Okay, and that would have been
17  something that Tony Watson did?
18      A. That would have been handled by
19  Bradford.  They did the total reconstruction of
20  the deck also.
21      Q. And if he testified, Tony Watson
22  testified that this deck was seam welded
23  completely around, is he correct?
24      A. I would say no.  You could see in
25  these pictures that it wasn't.

Page 68

1      Q. Those pictures were taken after the
2  explosion and the deck was blown upward,
3  correct?
4      A. Correct.
5      Q. Okay, what I am asking you is --
6      A. You see, you can see where the tack
7  welds were done, only in three inch sections all
8  the way around and you can see that running
9  around the edge.
10      Q. Well, the tech welds that you are
11  showing me on this photograph that you took are
12  in the middle of the picture, but they're not
13  around the edge of the picture or around the
14  perimeter of the aluminum deck which is what we
15  are talking about.
16      A. There is one right there.  You can
17  see it in a few other ones, these too.  Here,
18  this one shows you very well.  Boom, boom,
19  boom.  You can see right where that is, where
20  that was welded down.
21      If it was one continuous thing you
22  would be able to see the bead all the way
23  across.  Same thing in this picture.
24      Q. So if there is a picture that shows
25  a complete bead or line, that would be

Case 0:00-cv-06022-JAL    Document 108    Entered on FLSD Docket 08/08/2001    Page 18 of 55

NARANJO vs. STEPHEN B. SMITH            Condenseit™            FEB. 7TH, 2001

Page 69

1  indicative that that is a seam weld, correct?
2      MR. KALLEN: Object to the form.
3  BY MR. VALDES:
4      Q. Captain?
5      A. A seam weld?
6      Q. You do know what a seam weld is,
7  correct?
8      A. No, I do not.
9      Q. If there are photos showing that
10  the deck, the aluminum deck which blew up had
11  been welded completely around, would you agree
12  that that is what the photos purport to show?
13      A. If someone could say that that is
14  how it looked, I wouldn't know what a blown up
15  seam would look like.
16      To me it looks like this thing was
17  tack welded because I can see where there was --
18      Q. You think that it was tack welded?
19      A. To my knowledge I would say that it
20  was tack welded.
21      Q. But if there are photographs that
22  show that it was seam welded, then you would
23  retract your statement that it wasn't seam
24  welded?
25      MR. KALLEN: Object to the form.

Page 70

1  BY MR. VALDES:
2      Q. You have to answer the question?
3      A. I would stand corrected, yes.
4      Q. Was it you that instructed Henry to
5  weld the plate down in the lazarette, the
6  doubler plate so they could put in the pump, the
7  hydraulic pump?
8      A. I would have talked to Tony Watson
9  and we would have said this is what we need to
10  have done because like anything else at Bradford
11  it has to have a work order associated with it.
12      Q. Okay, was there anytime while you
13  were at Bradford that they were going to do
14  something that you didn't want them to do in a
15  certain way and you told them don't do it that
16  way?
17      A. No.
18      Q. You could never overrule any of the
19  people at Bradford, is that what you're saying?
20      A. Not for how they, how they wanted
21  to do things, no.
22      Q. Or what you wanted done?
23      A. I would ask for what I wanted done
24  and what I needed to have done and they would do
25  it the way that they wanted to do it. As long

Page 71

1  as I got the final --
2      Q. Did you request any work to be done
3  on any work orders?
4      A. What do you mean by that?
5      Q. Did you ever come in and say I want
6  this done this way and it would be reflected in
7  a work order as per the captain's instructions?
8      A. As per the captain's instructions I
9  would say, yes, I need this welded here or that
10  welded there.
11      Mainly it was somebody else needing
12  that done. I am the one that had to tell the
13  yard to do it because I was a representative for
14  the boat.
15      Q. Okay, and when this explosion took
16  place you were employed by Stephen Byrons Smith,
17  is that correct?
18      A. Yes.
19      Q. And you were his captain on board
20  the vessel?
21      A. Yes.
22      Q. Okay, did you have any other crew
23  living on board the vessel?
24      A. No.
25      Q. Pierce was not living with you?

Page 72

1      A. No.
2      Q. Was there any other crew on board,
3  any other crew member?
4      A. No.
5      Q. There was only the captain and a
6  mate --
7      A. Yes.
8      Q. -- At the time of the explosion?
9      A. Yes. And like I said, normally I
10  didn't even employ Mr. Pierce as a full-time
11  mate. It was just for during the refit.
12  Because he lived in Fort Lauderdale full time
13  and we traveled with the boat.
14      Q. Okay, did it concern you any that
15  the lazarette aluminum deck, we are talking
16  about the lower portion, couldn't be vented?
17      A. It didn't concern me. I have no
18  reason to be concerned about it.
19      Q. Okay, but as a captain on board a
20  vessel and you do know, you hold a license for a
21  two hundred ton craft, correct?
22      A. Correct.
23      Q. You are familiar that boats need to
24  be vented so that gases don't build up in void
25  spaces, is that correct?

**NARANJO vs. STEPHEN B. SMITH**     Condenselt™     **FEB. 7TH, 2001**

Page 73

1     MR. KALLEN: Object to the form.
2     You can answer.
3     THE WITNESS: Normally, yes, you
4     vent areas so you don't --
5  BY MR. VALDES:
6     Q. Right, and the reason that you vent
7  them is because you don't want gases to build up
8  and if you turn on an engine or turn over the
9  engine it can cause a spark and cause an
10  explosion, correct?
11     A. Well, that is in a gasoline boat.
12  This is a diesel.
13     Q. Same principle?
14     A. You don't have that explosive
15  factor.
16     Q. But the reason that you would want
17  to vent a void space is so that you don't have
18  the build up of gases, correct?
19     MR. KALLEN: Object to the form.
20  BY MR. VALDES:
21     Q. You can answer. You have to
22  answer?
23     A. Well, yes.
24     Q. And you know that, correct, as a
25  captain?

Page 74

1     A. Yes.
2     Q. You have to answer out loud?
3     A. Yes.
4     Q. And you knew before the explosion,
5  correct?
6     A. Yes.
7     Q. And you know that as you are
8  sitting here today?
9     A. Yes.
10     Q. Because in your experience as a
11  seagoing seaman, right, or captain?
12     A. Whatever, yes.
13     Q. Sailor?
14     A. Yes.
15     Q. You were in the Navy. How long
16  were you in the Navy?
17     A. Three and a half years.
18     Q. What did they teach you in the
19  Navy, what specialty did they train you for?
20     A. I was a bosun's mate.
21     Q. Okay. How long were you --
22     A. We loaded -- I was on a submarine
23  tender taking care of nuclear submarines.
24     Q. Did you ever serve on board a
25  submarine?

Page 75

1     A. No, thank God.
2     Q. When you served in the Navy the
3  void spaces on board those vessels had means to
4  vent them, did they not?
5     A. I am sure. I couldn't say whether,
6  if I was familiar with any void areas on ships.
7  I was on deck crew.
8     Q. Okay, when Mr. Smith purchased the,
9  this yacht and it's called the SOUVENIR,
10  correct?
11     A. When he owned it, yes.
12     Q. That is a million dollar yacht; is
13  that correct?
14     A. They are all worth whatever someone
15  will pay for them.
16     Q. Mr. Smith paid --
17     A. Paid I believe 1.3 million dollars
18  to buy this boat used.
19     Q. And then he put another three or
20  four hundred thousand in repairs, correct?
21     A. A little more than that, actually.
22     Q. So we are talking over a million
23  and a half dollar yacht?
24     A. I would imagine, yes.
25     Q. And when he was going to purchase

Page 76

1  this boat you and he and the former owner and
2  his captain met the surveyor and that is Patton
3  Marine?
4     A. Yes, correct.
5     Q. And you were aboard for two days
6  conducting see trials?
7     A. Yes.
8     Q. Is that correct?
9     A. Correct.
10     Q. And you inspected the boat?
11     A. Correct.
12     Q. And you had every opportunity to
13  look the boat over, up and down in all the nooks
14  and crannies and look at all of the problems?
15     A. Correct.
16     Q. And he issued, Mr. Patton issued a
17  report, is that correct?
18     A. Yes.
19     Q. Or Patton Marine issued a report?
20     A. Yes.
21     Q. And did you read that report before
22  they took delivery of the vessel?
23     A. Yes, we did.
24     Q. And are you familiar with it?
25     A. Well, it is, you know, four years

Case 0:00-cv-06022-JAL    Document 108    Entered on FLSD Docket 08/08/2001    Page 20 of 55

NARANJO vs. STEPHEN B. SMITH          CondenseIt™          FEB. 7TH, 2001

Page 77

1   ago, but --
2       Q. I am going to hand you a copy of
3   the Patton Marine surveyor's report and ask you
4   if you have ever seen that document before and
5   we'll mark it as composite Exhibit 28.
6       A. Yes, I have seen this before. This
7   was on board the vessel the whole time also.
8       (Thereupon, the above-mentioned
9   document was marked as Composite Exhibit No. 28
10  for identification this date.)
11  BY MR. VALDES:
12      Q. The surveyor's report that we have
13  marked as Exhibit 28 was on board the vessel?
14      A. Yes, it was.
15      Q. And you knew that it was on board
16  the vessel?
17      A. Yes.
18      Q. And where was it kept?
19      A. It was kept in the file cabinet in
20  the pilothouse.
21      Q. With the blueprints or near the
22  blueprints?
23      A. Near the blueprints, yes.
24      Q. You have been captain of how many
25  yachts before this explosion? Can you count

Page 78

1   them up?
2       A. Well, that I worked on board or
3   captained?
4       Q. Yes?
5       A. Which would you like?
6       Q. Both?
7       A. Worked on board many. I was
8   captain of three boats.
9       Q. Prior to the explosion?
10      A. Yes.
11      Q. And in all of that time how many
12  years would you say?
13      A. Ten years.
14      Q. In all of that time did you ever
15  have, did you ever serve on board a vessel or
16  captain a vessel that had an area with a void
17  space that could not be vented?
18      A. I already answered that, no. Not
19  that I am aware of, no.
20      Q. You said that you are helping your
21  boss now construct another yacht?
22      A. Correct.
23      Q. Are you overseeing that work?
24      A. Yes, I am.
25      Q. Is that up in Vancouver?

Page 79

1       A. Yes.
2       Q. What type of yacht is that?
3       A. That is an 87 foot motor yacht,
4   fiberglass construction, fiberglass core
5   construction.
6       Q. Does it have any ballast?
7       A. Just fuel and water.
8       Q. No cement, no lead?
9       A. No, no cement, no lead.
10      Q. Do you know if this vessel had been
11  gas freed prior to the explosion?
12      A. The whole vessel was gas freed.
13  There was no fuel on board. There were
14  certificates on file for all of those -- Henry
15  had, as a matter of fact, had welded almost all
16  of the fuel tanks on the boat where the leaky
17  fuel was and he had fixed those.
18      Q. This looks like a very poor quality
19  copy, but I am going to hand it to you and ask
20  you. I will hand it to your attorney.
21      MR. FAMULARI: That has already
22  been marked.
23  BY MR. VALDES:
24      Q. I will ask him. Take a look at
25  that, sir, and we'll mark that as Exhibit 29.

Page 80

1   Have you ever seen that document before?
2       MR. FAMULARI: That has already
3   been marked.
4       THE WITNESS: Exhibit A.
5       MR. FAMULARI: Is that the gas
6   free?
7       MR. VALDES: No.
8       MR. FAMULARI: I am sorry.
9       THE WITNESS: That is a standard
10  Bradford Marine document.
11      (Thereupon, the above-mentioned
12  document was marked as Exhibit No. 29 for
13  identification this date.)
14  BY MR. VALDES:
15      Q. Is that your signature at the
16  bottom?
17      A. Yes.
18      Q. As an authorized representative of
19  vessel and/or owner?
20      A. Yes.
21      Q. And it's dated 4-7-97?
22      A. Yes, that would have been when we
23  pulled into Bradford. You have to fill one of
24  those -- every boat that pulls into Bradford has
25  to fill out one of those upon arrival.

Page 81

1  Q. And did you fill this out? Is this
2 in your handwriting up top?
3  A. Yes, it is.
4  Q. And is all of the writing, the
5 handwriting and the signature your writing on
6 this document, Exhibit 29?
7  A. Well, other than 2847 on the top
8 and Exhibit A on the bottom I would say yes, it
9 is. It's my handwriting.
10  Q. Before this explosion did you have
11 the opportunity to observe Henry Naranjo
12 working?
13  A. Yes.
14  Q. How would you characterize the
15 quality of his work?
16  A. Well, I stated that earlier, that I
17 asked for him to work on my vessel if at all
18 possible because he did fine work and he was
19 always there. You know, some of them didn't
20 always show up everyday, and Henry was there
21 ever day and he was always cheerful and always
22 liked to do his job and when it was done he
23 asked for another one.
24  Q. Did you ever have any problems with
25 Henry before the explosion?

Page 82

1  A. I never had any problems with Henry
2 before the explosion.
3  Q. Did he always do what you asked him
4 to do?
5  A. He would always do what Tony
6 instructed him to do above and beyond what I
7 expected out of him, yes.
8  Q. Did you have any trouble
9 communicating with him?
10  A. No.
11  Q. You understood him and he
12 understood you?
13  A. As far as I know I could understand
14 him and I believe that he understood me.
15  Q. Okay, do you speak any Spanish?
16  A. I do not, no.
17  Q. Do you remember what was the extent
18 of your conversation with him the day of the
19 explosion?
20  A. Not word for word, no. I would
21 imagine it was something to do with these guys
22 need that plate down there, make it happen.
23  Q. Do you remember what he asked you?
24  A. All he ever asked me about were the
25 two tanks on each side and I said they were

Page 83

1 water tanks.
2  Q. Did he ask you what was underneath
3 the deck?
4  A. Well, I told him there was cement
5 underneath there because I knew that they had
6 poured cement in there. I didn't know how big a
7 gap there was in there.
8  Q. Okay, and the responses that you
9 are giving me to my questions, these are
10 generalizations? You don't remember the exact
11 context, the exact words that were used?
12  A. Four years ago almost now.
13  Q. Correct?
14  A. Correct. No, I don't. I just --
15  Q. You are just giving me the gist of
16 what was said; is that correct?
17  A. Correct.
18  MR. VALDES: That is all that I
19 have.
20  MR. FAMULARI: Mr. Weber might have
21 some questions.
22  MR. VALDES: Do you have any
23 questions?
24  MR. WEBER: Yes, I do.
25  MR. VALDES: Go ahead.

Page 84

1  CROSS-EXAMINATION
2 BY MR. WEBER:
3  Q. Captain, my name is David Weber and
4 I represent Palmer Johnson. Do you understand
5 that?
6  A. Well, I understand. I don't
7 understand why you have to be here, but --
8  Q. Okay, the record will reflect that
9 I am up here in Wisconsin and you are down there
10 in Florida and we are conducting -- at least I
11 am asking these questions over the telephone and
12 if you don't understand any questions that I ask
13 of you or for some reason my questions don't
14 come over the phone properly, please let me
15 know; all right?
16  A. Okay.
17  Q. Do I understand, sir, that you were
18 on vacation for several days prior to the
19 explosion occurring?
20  A. Yes, I was.
21  Q. And that you returned the day
22 before the explosion?
23  A. Yes.
24  Q. And you believe the explosion
25 occurred on a Monday; is that correct?

Case 0:00-cv-06022-JAL    Document 108    Entered on FLSD Docket 08/08/2001    Page 22 of 55

NARANJO vs. STEPHEN B. SMITH          CondenseIt™          FEB. 7TH, 2001

Page 85

1    A. I would believe so. I can't
2  remember. I believe my vacation was from
3  Saturday to Sunday. So I believe I was, it was
4  a Sunday. July -- I returned on July the 6th
5  whatever, day that was. And the next day was a
6  workday.
7    Q. And where would you stay while this
8  boat was being worked on at Bradford Marine?
9    A. Well, I was staying at Marina Bay
10  which is a place just down the road from
11  Bradford while it was out of the water and when
12  I returned from my vacation the boat was back in
13  the water and I planned to stay in the crew's
14  quarters on board the vessel because it was in
15  the water and we had no battery power for bilge
16  pumps, so I was the only person on board to keep
17  us afloat, so to speak.
18    Q. Did you stay on board the vessel
19  the night of July the 6th?
20    A. Yes, I did.
21    Q. And the next day, July the 7th, do
22  you know what time you got up in the morning?
23    A. I would have been up six-thirty
24  seven o'clock, just like always. Boat yard
25  starts at seven, seven-thirty.

Page 86

1    Q. And you anticipated my next
2  question. Do you remember when work began on
3  July the 7th?
4    A. I believe work at Bradford starts
5  at seven-thirty in the morning and quits at four
6  in the afternoon.
7    Q. And was it your plan to stay aboard
8  the vessel the entire day?
9    A. Well, I am there during work hours
10  everyday, yes.
11    Q. I am specifically speaking about
12  July the 7th of 1997 now.
13      Did you in fact stay on the vessel
14  until the time of the explosion?
15    A. I was on board at the time of the
16  explosion. I can't tell you if I was there the
17  entire day prior to that because I did have to
18  run errands just back in town, get things set up
19  for the rest of the week.
20    Q. All right, so you do remember
21  running some errands on July the 7th of 1997?
22    A. Yes, I do.
23    Q. Do you remember the first people
24  that you talked to on July the 7th of 1997?
25    A. The first people that I talked

Page 87

1  to? No.
2    Q. I am talking about the first people
3  that you talked to during that day?
4    A. I can't remember exactly who it
5  would have been.
6    Q. I am trying to get some gist of, as
7  the how that day proceeded. Do you know what
8  were you attending to on July the 7th of 1997?
9    A. I was attending to a total refit of
10  an 82 foot Palmer Johnson.
11    Q. I understand that, but what jobs
12  were you --
13    A. We had just replaced the engine and
14  generators. We did the whole top deck,
15  hydraulic arch, replaced all of the windows and
16  we were in the middle of a full paint job from
17  top to bottom.
18      I can't exactly tell you which
19  crisis I was dealing with at that moment, no.
20    Q. All right, so you have no
21  recollection any more as to what was foremost on
22  your mind on the morning of July the 7th of
23  1997?
24    A. Getting out of Florida while I
25  still could was pretty much what I wanted to

Page 88

1  do. It was hot, very hot.
2    Q. Do I understand that this Bruce
3  Adkinson worked for another company?
4    A. I believe he was the owner of the
5  company that he worked for.
6    Q. Tell me again what the name of that
7  company was?
8    A. I can't exactly. It was a weird --
9  It was like Kewanee or something like that.
10    Q. And they were in the business of
11  what?
12    A. He is a hydraulics -- he does a lot
13  of hydraulics or he did a lot of hydraulic work
14  in Bradford during that time.
15    Q. And do I understand that Mr.
16  Adkinson was on board the vessel on July the 7th
17  of 1997?
18    A. I am not sure if he was there, but
19  I know his personnel was working for him, Brian
20  Mink was on board that day.
21    Q. Do you know what Brian's job was at
22  this particular company?
23    A. He was doing installation work of
24  hydraulic systems.
25    Q. Were there any other employees of

Case 0:00-cv-06022-JAL    Document 108    Entered on FLSD Docket 08/08/2001    Page 23 of 55

NARANJO vs. STEPHEN B. SMITH    Condenseit™    FEB. 7TH, 2001

Page 89

1 this particular company on board, to your
2 knowledge?
3     A. No.
4     Q. And had Mr. Smith hired this
5 company, that is Bruce Adkinson's company?
6     A. Well, he is a subcontractor. He
7 would have gone through Bradford Marine, I
8 believe.
9     Q. Okay. So you believe that Bruce
10 Adkinson's company, whatever its name is,
11 Kewance something or other --
12     A. Correct.
13     Q. Were a subcontractor of Bradford
14 Marine?
15     A. Yes.
16     Q. And do you know who at Bradford
17 Marine hired this particular company?
18     A. Well, now, that I don't know that
19 one. Most of the time you could hire your
20 subcontractors and then Bradford would tack on
21 their percentage to the bill.
22         So I would say that I hired Bruce
23 Adkinson myself and then they have, Bradford has
24 their own setup of how they deal with outside
25 contractors.

Page 90

1     Q. All right, so it is your best
2 recollection sitting here today that you
3 probably hired Bruce Adkinson?
4     A. Correct.
5     Q. Why was it necessary for you to
6 hire Bruce Adkinson?
7     A. Well, he came highly recommended as
8 a hydraulics man.
9     Q. I know, but forgive me, I am just
10 trying to understand this process. You have a
11 total refit, a major refit going on with this
12 particular boat.
13         At some point in time did it become
14 apparent to you or did somebody tell you from
15 Bradford that they wouldn't be able to handle
16 that themselves? By that I mean the hydraulic,
17 installing the hydraulic pump?
18     A. At the time in 1997 Bradford did
19 not have hydraulics people that seemed to be
20 doing what we needed done.
21     Q. All right, do you remember the
22 discussions leading up to the decision to hire
23 somebody from the outside, as it were?
24     A. Not particularly. I can't remember
25 the, any discussions. All I know is that it

Page 91

1 was suggested that he was in the yard, did a lot
2 of work in Bradford at that time and he came
3 over and looked at the job and I believe that
4 they had Bradford's guys look at the job and
5 there was also a time factor involved in --
6 Bradford is a little bit slower than most
7 outside contractors and we decided to go with
8 Mr. Adkinson.
9     Q. All right, and --
10     A. Or Adkins.
11     Q. And you hired -- is this Adkinson
12 or Adkins?
13     A. I believe it's Adkins.
14     Q. So you decided to hire Bruce
15 Adkins; is that correct?
16     A. Correct.
17     Q. And that was your decision?
18     A. Yes.
19     Q. And do I understand that you had to
20 give some sort of consideration or compensation
21 to Bradford to do that?
22     A. On -- I can't remember on this
23 particular job, but in most of their -- You have
24 a guard at the gate and to get in through the
25 gate you have to talk to George at the front

Page 92

1 gate and you have to have insurance papers on
2 file with them stating that you are capable, a
3 capable bonded and all of that other stuff in
4 South Florida to perform the work and then at
5 which time that is on file with Bradford and
6 then they generally ask for your bill and then
7 they tack your fifteen or twenty percent on to
8 the bill.
9         That is standard operating
10 procedure. I can't tell you if it happened in
11 this particular incident or not.
12     Q. What was your understanding as to
13 how long Bruce Adkins or his company would take
14 to complete the job that they had to do?
15     A. I would say -- I can't remember him
16 telling me exactly. All I know is these pumps
17 were back ordered for quite a while before they
18 got there.
19     Q. And they were there on the day of
20 the accident, correct?
21     A. They were there. They were the
22 only thing that probably saved Henry. If you
23 have seen these pictures you can see what
24 happened. I don't know if you have seen these
25 pictures or not.

Case 0:00-cv-06022-JAL    Document 108    Entered on FLSD Docket 08/08/2001    Page 24 of 55

NARANJO vs. STEPHEN B. SMITH    Condenselt™    FEB. 7TH, 2001

Page 93

1    Q. Yes, I have seen them.
2    A. Well, the pumps were right
3 underneath the main support beam for the aft
4 deck and that is what kept the whole floor from
5 lifting up.
6    Q. I understand that. How long had
7 the pumps been there before the day of the
8 accident?
9    A. They got there that day.
10    Q. Do you know what time?
11    A. They would have came at probably
12 eight o'clock in the morning. Brian brought
13 them with him. They arrived.
14        I received information that they
15 had finally showed up and Brian was on his way
16 over with them.
17    Q. And I take it that somebody brought
18 them down into the lazarette area?
19    A. Yeah, somebody had to. I don't
20 know who carried the pumps in. I would imagine
21 Brian or one of those guys, Bruce.
22    Q. Well, do you know if Bruce was
23 there on the day of the accident?
24    A. Like I said, I did not know if he
25 was there or not.

Page 94

1    Q. All right. Now, do you remember
2 having discussions with Brian Mink on the day of
3 the accident prior to the accident?
4    A. Yes.
5    Q. Tell me about those discussions.
6 What discussions did you have?
7        MR. KALLEN: Just answer the
8    question.
9        THE WITNESS: He is the one that
10    drilled the holes into the plate and said
11    that there wasn't enough meat in the plate
12    to tap into, for tapping into the plate. So
13    that is --
14 BY MR. WEBER:
15    Q. Where were you when that discussion
16 took place?
17    A. Probably we were back there looking
18 in the cockpit.
19    Q. Had you been down in the lazarette
20 area yourself on that, on the day of the
21 accident?
22    A. I am sure that I went in and looked
23 at it when they drilled the holes and they told
24 me it wasn't thick enough, so I probably went
25 and looked at it and said, yeah, you're right,

Page 95

1 what are we going to do now.
2    Q. How many holes had they drilled?
3    A. I am guessing about four in the
4 same pattern as the holes would have been for
5 the pump.
6    Q. And how big were those holes in
7 diameter?
8    A. I did not drill the holes. I don't
9 know what size he used for a starter bit. I
10 doubt if -- I don't know the exact size of the
11 hole.
12    Q. All right, but can you tell me,
13 sir, whether you observed four holes in the
14 aluminum deck?
15    A. To the best of my recollection I
16 would say I saw holes there, yes.
17    Q. And that, you saw four holes there?
18    A. I saw holes that they had started
19 to drill into the floor.
20    Q. All right. When you say that they
21 had started to drill into the floor, did they
22 penetrate the aluminum deck?
23    A. Yes. That is how they figured out
24 it was too thin to tap. That is when they had
25 to make the plate.

Page 96

1    Q. I understand that. But my question
2 to you, sir, did you observe the holes yourself?
3    A. I believe -- Yes.
4    Q. And you observed the holes
5 penetrate or go through the aluminum deck; is
6 that correct?
7    A. Yes.
8    Q. In other words, they entered the
9 void space between the bottom of the aluminum
10 and the top of the cement?
11    A. Yes.
12    Q. But I understand that you can't
13 tell me today how big in diameter those holes
14 were?
15    A. That is correct.
16    Q. And do you have any basis to tell
17 me as to who drilled those holes?
18    A. Brian Mink drilled the holes.
19    Q. Now, can you tell me what time of
20 the day it was when you had this discussion with
21 Brian Mink about the, about not having enough
22 meat to hold the pumps?
23    A. That would have been obviously
24 probably sometime mid-morning because they had
25 enough time to fabricate the plate and it was

NARANJO vs. STEPHEN B. SMITH        CondenseIt™        FEB. 7TH, 2001

Page 97

1  being welded down at three o'clock in the
2  afternoon when the accident took place.
3      Q. Right. Let me back up that
4  conversation, though. Was anybody else privy to
5  that conversation? In other words, did anybody
6  else take part in that conversation?
7      A. Well, I am sure that we had Tony
8  Watson there because he would have had to decide
9  that we could go ahead and do what we were
10  talking about doing.
11      Whether or not Henry was there at
12  the time of the discussion I do not know.
13      Q. Okay, so you think that Tony Watson
14  was there as well?
15      A. He would had to have been present
16  for part of it because he is the one that had to
17  authorize the job.
18      Q. Well, I don't want you to assume
19  anything. What I really want to know is did
20  you and Brian Mink have a conversation about
21  this and then did you approach Tony Watson
22  yourself or was Tony Watson there when Brian
23  Mink was telling you about this?
24      MR. VALDES: Object to the form.
25  BY MR. VALDES:

Page 98

1      Q. Do you understand my question?
2      A. I understand -- Not really.
3  Everybody would have been there on this to
4  figure out how they were going to do it
5  together.
6      Q. Okay. Is it safe for me to assume,
7  though, at some point you had a discussion with
8  Tony Watson about fabricating two metal plates?
9      A. That was one metal plate and, yes,
10  we would have had that discussion.
11      Q. There was only one metal plate?
12      A. Yes, two pumps went on one metal
13  plate.
14      Q. All right, and tell me when did
15  that discussion take place?
16      A. That would have taken place in the
17  morning after Brian had come there with the
18  pumps and tried to drill the holes and found out
19  that he couldn't tap it.
20      Q. What did you say to Tony Watson?
21  What did you talk about?
22      A. I said, Tony, hey, we need to do
23  something here. I don't know. Tony was a very,
24  was a very take care of business. You just tell
25  him what needed to be done and he would say this

Page 99

1  is what we need to do and he would make it
2  happen. That is how we did things.
3      Q. And is it -- to the extent that you
4  know did Tony communicate that to Henry or did
5  you communicate it to Henry? How did that
6  happen?
7      MR. VALDES: Objection, hearsay.
8  BY MR. WEBER:
9      Q. You can answer, sir?
10      A. I can't tell you exactly how it
11  went, but everybody had to be told one way or
12  the other, like I told you before.
13      Q. Let me ask you a general question,
14  okay. Were there times, Captain, where you
15  approached a welder or a painter or another
16  worker, a laborer at the yard at Bradford and
17  requested that they do something?
18      MR. VALDES: Object to the form.
19      THE WITNESS: I would have to -- I
20  would have said, hey, we need to get this
21  done and they would always have to go and
22  get their foreman and bring him back and
23  say, can we do this because they had a work
24  order for every job. And that is how they
25  would charge money for it.

Page 100

1  BY MR. WEBER:
2      Q. So there were times when you would
3  approach a laborer and ask him to do a
4  particular task, is that true?
5      A. I would request that he gets the
6  authorization to do it, yes. It was a lot
7  easier for me to talk to a guy on the boat and
8  let him go talk to his boss than me go run
9  around and try to track down his boss because I
10  was dealing with twenty people at a time.
11      Q. Okay, so it is a simple question.
12  There were times when you would approach
13  laborers about doing specific tasks, is that
14  true?
15      A. Yes.
16      Q. And then they would go and get
17  their foreman, is that true?
18      A. Yes.
19      Q. And to your knowledge did that
20  always happen, did they always go get their
21  foreman?
22      A. I would say yes.
23      Q. Okay. And in this case do you know
24  if you approached Henry Naranjo and he went and
25  got Tony Watson?

Case 0:00-cv-06022-JAL    Document 108    Entered on FLSD Docket 08/08/2001    Page 26 of 55

NARANJO vs. STEPHEN B. SMITH    CondenseIt™    FEB. 7TH, 2001

Page 101

1      MR. KALLEN: What is the question,
2  do you know if he did?
3      MR. VALDES: I object to the form
4  of the question.
5      MR. KALLEN: I didn't hear you
6  correctly.
7  BY MR. WEBER:
8      Q. Let me try it again. In this case
9  when you wanted this metal plate fabricated did
10 you approach Henry Naranjo and then did Henry
11 Naranjo go get Tony Watson?
12     A. That is usually how it happened,
13 yes. This particular incident I can't say yes
14 or no to.
15     Q. All right. You do recall having a
16 discussion with Henry Naranjo, however?
17     A. Yes.
18     Q. All right, and can you tell me how
19 long that discussion lasted?
20     A. No, I can't. They were usually
21 very short.
22     Q. Can you tell me when during the day
23 it took place?
24     A. Like I said, it probably was
25 mid-morning just prior to lunch because they had

Page 102

1  enough time to fabricate this new plate, drill
2  it all out, tap it and he was getting ready to
3  weld it down at three something in the afternoon
4  when the incident took place.
5      Q. Can you tell me where you were when
6  you had the conversation?
7      A. No, I cannot.
8      Q. Did Henry Naranjo ever ask you to
9  see any plans of the boat?
10     A. No.
11     Q. He did ask you about a couple of
12 fuel tanks?
13     A. They were water tanks. He did ask
14 about tanks and I said they were water tanks.
15     Q. You knew that there was a void
16 space between the bottom of the aluminum deck in
17 the lazarette and the top of the cement,
18 correct?
19     A. I could only guess that there was
20 because when you jumped down on top of the
21 aluminum deck it echoed and you could tell it
22 was not a solid floor.
23     Q. And you knew that as of July the
24 7th of 1997?
25     A. Yes.

Page 103

1      Q. It was obvious to you, wasn't it?
2      A. I think it would have been obvious
3  to anybody that jumped down on there.
4      Q. Can you tell me, sir, had Henry
5  Naranjo by your observation, had he been in the
6  lazarette area prior to July the 7th of 1997?
7      A. Prior to? I couldn't say. He had
8  been all over the entire boat, top to bottom.
9      Q. Well, and that is my question. Do
10 you know, did you observe him in the lazarette
11 area prior to July the 7th of 1997?
12     MR. VALDES: Objection, asked and
13 answered.
14     MR. KALLEN: Go ahead.
15     THE WITNESS: No, I can't say
16 whether he was in there or in the lazarette
17 itself.
18     I know that he was in the cockpit
19 many a days before that because he put all
20 of my hawse eyes in the cockpit.
21 BY MR. WEBER:
22     Q. When you said that this was
23 supposed to be a ten minute job, what did you
24 mean by that?
25     A. I meant in the scope of what was

Page 104

1  going on board this vessel, welding this little
2  plate down seemed like it was no big job for
3  anybody, just wan-bam, get it in there so the
4  hydraulics guys could catch up to what we were
5  with the rest of the project.
6      Q. Are you referring to the actual
7  welding of the plate to the deck or actual
8  fabrication of the plate itself or both?
9      A. The whole thing. I mean, it took a
10 half inch piece of aluminum, cut it to fit the
11 size of the bottom of the pumps and they made a
12 template, they drilled the holes, they tapped it
13 and he was in the process of welding it down
14 when all of this happened.
15     And no one could ever have foreseen
16 what this had become at that time.
17     Q. Well, I think the testimony from
18 Mr. Naranjo is that it took him at least several
19 hours to fabricate this plate.
20     Do you have an opinion as to why it
21 took him that long?
22     MR. KALLEN: Object to the form.
23 Do you know why?
24     MR. VALDES: Join.
25     THE WITNESS: I don't know why, but

Page 105

1  like I said, he still had to fabricate it.
2  He still had to cut it. He had to round the
3  edges, he had to drill the holes to the
4  proper location to fit the pumps. He had
5  to, he had to tap the holes out and fit it
6  into the space where that needed to go.
7  BY MR. WEBER:
8      Q. Let me talk about the space where
9  it needed to go. Are you with me?
10     A. I am with you.
11     Q. Where was that in relationship to
12  the holes that existed in the aluminum deck?
13     A. We were putting it right in the
14  exact location.
15     Q. Explain that to me?
16     A. Where they laid the pumps out there
17  earlier in the morning, circled the little spots
18  on the deck where they wanted to bolt the pumps
19  to.
20         They drilled those, the pilot
21  holes. They moved the pump out of the way so
22  they could drill bigger holes. That is what
23  they were going to do so they could tap the
24  plate that was on the floor and when that
25  couldn't happen that is when we went onward.

Page 106

1      Q. Were there four holes in the base
2  of the pumps for --
3      A. Yes.
4      Q. -- For bolts?
5      A. Yes, there was a bolt in every
6  corner of the pump, so there would be have been
7  eight holes altogether.
8      Q. Eight holes altogether?
9      A. In the plate. I don't know how
10  many were drilled on the floor. I don't think
11  that they were totally finished drilling because
12  they realized that it wasn't going to work, so
13  they went to plan B.
14     Q. You did not observe this explosion
15  occur, is that correct?
16     A. I did not observe it. I felt it.
17  I heard it.
18     Q. Earlier you said that there
19  probably was water in that void space between
20  the cement and the aluminum deck?
21     A. I never said that.
22     Q. Okay. I thought that I heard you
23  say that. Do you have, do you know one way or
24  the other if there was ever water in there?
25     A. I have no idea. There was no way

Page 107

1  to tell. It was welded down.
2      Q. Mr. Valdes asked you some questions
3  about your conversation with Henry Naranjo and
4  he asked you if you remember only the, member
5  only the gist of the conversation. Do you
6  recall that?
7      A. Yes.
8      Q. Okay, I want to ask you directly,
9  did you tell Mr. Naranjo that this, that the
10  cement went flush to the top of the aluminum
11  deck?
12     A. I would have never told him it went
13  flush to it. I told him that there was cement
14  down under the floor. I didn't know how much,
15  how far it was from the bottom of the floor.
16         But when you jumped down into the
17  hole you could hear it echo, so you knew it
18  wasn't solid.
19     Q. And you did observe holes in that
20  deck, is that correct?
21     A. To the best of my knowledge I did
22  see holes when they came and told me that it
23  wasn't enough meat to tap into.
24     Q. Those were observable without any
25  type of magnification?

Page 108

1      A. That would be correct.
2      Q. So if you knelt down in that area,
3  as an example, you could see the holes?
4      A. Pardon me?
5      Q. If you knelt down --
6      A. Oh, yes.
7      Q. -- In the area --
8      A. Yes.
9      Q. -- You could see the holes?
10     A. Yes.
11     Q. If you stood in the lazarette you
12  could see the holes?
13         MR. VALDES: You can't stand in the
14  lazarette.
15         THE WITNESS: You can't stand.
16  There it's only about two and a half feet
17  high back there.
18  BY MR. WEBER:
19     Q. Okay, I guess I meant -- I meant,
20  you couldn't even be crouched down and be in
21  there?
22     A. That is how you had to get in
23  there, on your hands and knees. You had to
24  crawl back into this location.
25     Q. All right, but if you did that you

**NARANJO vs. STEPHEN B. SMITH**                CondenseIt™                **FEB. 7TH, 2001**

---

Page 109

1   certainly would be able to see these holes; is
2   that correct?
3       A. Yes.
4       Q. You said earlier that you wanted
5   thicker aluminum when you went to replace the
6   aluminum deck?
7       A. Yes.
8       Q. How come?
9       A. Well, for one thing, I made it in
10  plates, in sections. So there was like I
11  believe six pieces so it could all be, it was
12  all drilled and tapped and removable so in the
13  future you could get underneath there to the
14  cement if you ever needed to.
15      MR. KALLEN: Wait, are we talking
16   about --
17      THE WITNESS: We are talking post
18   explosion when I put it back together after
19   it was blown to bits. I had no reason to
20   mess with this aluminum plate prior to it
21   exploding.
22  BY MR. WEBER:
23      Q. And that is what I am asking about,
24  I am talking about after the explosion when the
25  aluminum deck was replaced?

---

Page 110

1       A. Yes.
2       Q. I understand that you wanted plates
3   rather than one uniform sheet. But you also
4   stated that you wanted a thicker aluminum there?
5       A. Correct.
6       Q. How come?
7       A. So it wasn't like walking on a pop
8   can when you were down there. I mean, we stored
9   a two hundred pound anchor down there, one
10  hundred amp power cords which weigh around one
11  hundred pounds and it just gave you support.
12      Q. You felt that there was somewhat or
13  that support was somewhat lacking before this
14  explosion?
15      A. Yes.
16      Q. In other words, the floor would
17  crinkle, as you stated earlier?
18      A. Correct.
19      Q. You didn't want that to occur?
20      A. Correct.
21      Q. Did Henry Naranjo ask you if there
22  was any void space underneath this aluminum
23  deck?
24      A. I don't know if he stated it as a
25  direct question to me. I would have told him,

---

Page 111

1   though, that there was cement there and you
2   could tell that there was a void area in there
3   as I have covered before, that it wasn't a solid
4   sound when you got down in there. And they
5   would have known that there was a void there
6   after they drilled the holes there anyway
7   because when they went through the aluminum it
8   didn't go into the cement.
9       Q. That is all that I have. Thank you
10  very much.
11      MR. VALDES: I've got some quick
12   follow-ups.
13      REDIRECT EXAMINATION
14  BY MR. VALDES:
15      Q. Captain, you don't know if Henry
16  drilled into the aluminum prior to the
17  explosion, correct?
18      A. Brian Mink would have been the one
19  that drilled the holes.
20      Q. Sitting here today you don't know
21  one way or the other if Henry drilled into the
22  aluminum?
23      A. No, I do not.
24      Q. How tall are you, sir?
25      A. I am six-four.

---

Page 112

1       Q. How much do you weigh?
2       A. 220.
3       Q. Did you weigh 220 back then when
4   the explosion?
5       A. I have relatively been the same for
6   many years.
7       Q. And you indicated that when you
8   jumped down into the lazarette that you could
9   feel that the floor would reverberate?
10      A. Yes.
11      Q. But you would have to jump down
12  into it, correct?
13      A. When you walked on it, when you
14  were down in those hatches. Anytime that you
15  went down in, whether you were crawling on it or
16  walking on it you could feel it give a little.
17      Q. That would be you, you could
18  actually feel it?
19      A. I could, yes.
20      Q. Prior to this explosion occurring
21  did you ever offer Henry Naranjo or Tony Watson
22  the blueprints?
23      A. They were well aware that they were
24  on the boat the whole time.
25      Q. That is not my question.

---

NARANJO vs. STEPHEN B. SMITH          CondenseIt™                    FEB. 7TH, 2001

Page 113

1    MR. KALLEN: Let him finish his
2  answer and then you can follow up.
3  BY MR. VALDES:
4    Q. Yes, I move to strike.
5    MR. KALLEN: Okay, objection.
6    THE WITNESS: Where do I go now?
7    MR. KALLEN: Just finish your
8  answer.
9    THE WITNESS: Yes, they were
10  available on the boat all the time. They
11  knew it, that they were there.
12  BY MR. VALDES:
13    Q. I would move to strike. My
14  question to you is prior to the explosion did
15  you offer Henry or Tony Watson the plans or the
16  survey that we have talked about?
17    A. They had all of this. We were
18  working off of this thing, off the
19  recommendations on the back. We were trying to
20  knock out as many as possible.
21    So, yes, they had seen those.
22  Torch would have had a copy of this the whole
23  time.
24    Q. I would move to strike again as
25  non-responsive. Sir, my question to you is,

Page 114

1  did you offer Tony Watson or Henry Naranjo the
2  blueprint that we have marked as Exhibit 27?
3    A. Okay, I got you now.
4    Q. Or the survey report, Exhibit 28?
5  Did you offer those two documents to them prior
6  to the explosion?
7    MR. KALLEN: Object to the form.
8    THE WITNESS: I did not offer and
9  they did not ask.
10  BY MR. VALDES:
11    Q. Okay.
12    A. If they would have asked, they
13  would have been there.
14    Q. But you didn't volunteer the
15  information either?
16    A. No.
17    Q. Didn't occur to you, did it?
18    A. No.
19    Q. Getting back to the conversation
20  that you had with Mink, you don't know for sure
21  if Watson was present when Mink came to you and
22  told you this, listen, I have drilled the holes,
23  the skin is too thin, we need some doublers?
24    A. I am almost positive that Tony
25  Watson and Brian Mink and myself would have been

Page 115

1  present during this conversation.
2    Q. But I am asking are you sure?
3    A. I am not sure.
4    Q. Do you have any experience welding?
5    A. No.
6    Q. Did you learn welding in the Navy?
7    A. No.
8    Q. When you testified earlier that you
9  would talk to Henry, did you ever like have to
10  indicate with your hands something that you
11  wanted done with Henry?
12    A. No. I always felt that he
13  understood what we were talking about.
14    Q. You never had to point anything out
15  or point with your hands, I want this done this
16  way, anything like that?
17    A. Not to the best of my recollection.
18    Q. You don't recall right now?
19    A. No.
20    Q. There could have been an instance
21  where you used your hands to convey an idea to
22  Henry that you wanted done?
23    A. I suppose it's possible, yes.
24    Q. Or conveying an idea as to what
25  something is? Same answer?

Page 116

1    A. Yes. It is possible. As you see,
2  I am not in the habit of talking with my hands.
3    Q. Well, if somebody said that you did
4  it that way you wouldn't contradict them, right?
5    MR. KALLEN: Objection to the form.
6    MR. KALLEN: Right.
7  BY MR. VALDES:
8    Q. Do you have a cell phone number?
9    A. Yes, I do.
10    Q. What is it?
11    A. 604-786-5807.
12    Q. And do you have a local phone
13  number?
14    A. No, I live in Vancouver.
15    Q. When are we set for trial?
16    MR. WEBER: November.
17  BY MR. VALDES:
18    Q. Where are you going to be in
19  November this year?
20    A. Hopefully I should be back here by
21  November.
22    Q. Is there a number where we can
23  reach you at when you are outside of Florida?
24    MR. KALLEN: You can't reach him,
25  but I can.

**NARANJO vs. STEPHEN B. SMITH**    CondenseIt™    **FEB. 7TH, 2001**

---

Page 117

BY MR. VALDES:

1 Q. Well, opposing counsel?

2 A. Yes, he knows all of my numbers,

3 E-mail, the whole deal.

4 Q. You have E-mail?

5 A. Yes.

6 MR. FAMULARI: John doesn't have

7 E-mail yet. He doesn't have a computer yet.

8 MR. KALLEN: I still use

9 walkie-talkie.

10 MR. VALDES: No more questions.

11 RECROSS-EXAMINATION

12 BY MR. KALLEN:

13 Q. Just a few follow-up real quick?

14 A. Okay.

15 Q. You said that you don't have any

16 welding experience?

17 A. Correct.

18 Q. Would you know, putting yourself

19 back in July of 1997, whether or not a

20 particular job is safe to begin welding on?

21 A. It wasn't my decision to make.

22 Q. As far as any welding work that

23 would have been done and was done on the boat

24 would you defer to the welders and the welding

---

Page 118

1 people at Bradford?

2 A. Absolutely.

3 Q. Would there be any reason that you

4 can think of that you would have actually told

5 Henry Naranjo that it was "safe" to weld?

6 A. No.

7 Q. You would have no reason to know

8 that, would you?

9 A. No.

10 Q. Did you ever have any reason to

11 know or suspect that there was or could have

12 been any type of ignitable or flammable gas or

13 fumes or liquid underneath that aluminum

14 subflooring in the lazarette?

15 A. No.

16 Q. As far as what type of work either

17 the owner or you wanted done on the boat, you

18 would express those desires or wants to the

19 people at Bradford, I take it?

20 A. Correct.

21 Q. As far as how the work would

22 actually be done and in what manner and whether

23 it was done safely, would you at anytime dictate

24 that to Bradford people?

25 A. No.

---

Page 119

1 Q. Or any of their workers?

2 A. No.

3 Q. As far as you were concerned that

4 was the workers or Bradford Marine's

5 responsibility?

6 A. That is why I am in the boat yard

7 for.

8 Q. Just a point of clarification. We

9 know that there were some holes drilled on this

10 subfloor initially with the idea of that is

11 where the pumps would be bolted down into?

12 A. Correct.

13 Q. Is it your understanding that the

14 doubler plates that were fabricated after that

15 were going to be placed in that same exact

16 position on the aluminum floor in the lazarette?

17 A. Yes, they were.

18 Q. So for someone that was placing

19 those plates or one plate or two plates down

20 there they would have, would have had to have

21 seen the holes in the deck?

22 A. Yes.

23 MR. VALDES: Objection,

24 speculation.

25 MR. KALLEN: I have nothing else.

---

Page 120

1 MR. VALDES: Mr. Weber?

2 MR. WEBER: No, thank you

3 REDIRECT EXAMINATION

4 BY MR. VALDES:

5 Q. I've got one last question for you,

6 Captain, and we can all go home.

7 Captain, isn't a captain ultimately

8 responsible for what happens on board his

9 vessel?

10 MR. KALLEN: Object to the form.

11 While it's in the shipyard undergoing a

12 refit?

13 MR. VALDES: Listen, I am asking

14 him. If you want we can swear you in, too.

15 MR. KALLEN: You can do it. I'll

16 object to the form.

17 BY MR. VALDES:

18 Q. Captain?

19 A. One more time.

20 Q. Isn't it true that a captain is

21 ultimately responsible for what happens on board

22 his vessel?

23 A. I would say not anymore in this day

24 and age, no.

25 Q. Why?

---

**NARANJO vs. STEPHEN B. SMITH**  CondenseIt™  **FEB. 7TH, 2001**

Page 121

1  MR. WEBER: That is two questions,
2  Manny.
3  MR. VALDES: Quiet, Mr. Weber.
4  MR. WEBER: Just kidding.
5  BY MR. VALDES:
6  Q. Why do you say that, Captain?
7  A. Well, you know, you got your thing,
8  your old day captain that they are responsible
9  and go down with the ship and as you know it's
10  not like that any more. That is why I go to a
11  boat yard, so I can take it to people that know
12  what they are doing and have it done by them.
13  I don't know anything about welding
14  or installing the engines. I know how to hire
15  people that know how to do that. That is my
16  job, to make sure that it gets done, not to do
17  it.
18  MR. VALDES: That is it.
19  MR. KALLEN: Not waived.
20  (Thereupon, the taking of the deposition
21  was concluded at 5:00 p.m. and reading and
22  signing were not waived.)
23
24
25

Page 122

1
2
3  JURAT PAGE
4
5  STATE OF FLORIDA  ) SS.
6  COUNTY OF DADE  )
7
8
9
10  I, John Bredbeck, hereby certify that
11  I have read the foregoing transcript pages 1 to
12  and including 122 and find the same to be true
13  and accurate. Any corrections made by me are
14  set forth on the errata page attached hereto.
15
16
17  John Bredbeck
18
19  Sworn to and subscribed before me on this,
20  the  day of  , 2001.
21
22  Notary Public in and for the
   State of Florida at Large.
23  My Commission expires: June 29th, 2002
24
25

Page 123

1
2  ERRATA SHEET
3
4  I, John Bredbeck, do hereby acknowledge
5  that I have read this transcript and find it to
6  be accurate except for the corrections noted below.
7
8  PAGE  LINE  /
9  PAGE  LINE  /
10  PAGE  LINE  /
11  PAGE  LINE  /
12  PAGE  LINE  /
13  PAGE  LINE  /
14  PAGE  LINE  /
15  LINE  LINE  /
16  PAGE  LINE  /
17  PAGE  LINE  /
18
19
20
21  John Bredbeck
22
23  Signed and dated this  day of  2001.
24
25

Page 124

1
2  CERTIFICATE OF OATH
3
4  STATE OF FLORIDA
5  COUNTY OF DADE
6
7
8  I, the undersigned authority,
9  certify that John Bredbeck personally appeared
10  before me and was duly sworn.
11  WITNESS my hand and official seal
12  this 17th day of March, 2001.
13
14
15
16  JULIO A. MOCEGA
17  Notary Public- State of Florida
18  My Commission Expires: 6-29-2002
19
20
21
22
23
24
25

**NARANJO vs. STEPHEN B. SMITH**   CondenseIt™                      **FEB. 7TH, 2001**

Page 125

```
 1
 2              CERTIFICATE OF REPORTER
 3    STATE OF FLORIDA
 4    COUNTY OF DADE
 5         I, JULIO A. MOCEGA, Registered
 6    Professional Reporter, certify that I was
 7    authorized to and did stenographically report
 8    the foregoing proceedings; and that the
 9    transcript is a true and accurate record.
10         I further certify that I am not an
11    attorney or counsel of any of the parties, nor a
12    relative or employee of any attorney or counsel
13    connected with the action, nor financially
14    interested in the action.
15         Dated this 17th day of March, 2001.
16
17              JULIO A. MOCEGA, R.P.R.
18    State of Florida
19    County of Dade
20
21         The foregoing certificate was acknowledged
      before me this  day of    2001.
22    by Julio A. Mocega, who is personally known to me.
23
24
25
```

Page 126

```
 1          JULIO A. MOCEGA & ASSOC, INC
 2        25 Southeast 2nd Avenue, Suite 543
                  Miami, Florida 33131
 3            Telephone (305) 374-0181
 4
 5    TO: John Bredbeck
         C/O Badiak, Will & Kallen
 6       17071 West Dixie Highway
         North Miami Beach, Fla.
 7
 8    March 17th, 2001
 9
         IN RE: NARANJO vs. STEPHEN B. SMITH
10       CASE NO. 00-6022 CIV-LENARD
11
      Dear Mr. Bredbeck,
12
      With reference to the examination of YOURSELF,
13    deponent in the above-styled cause, taken on
      Feb. 7th, 2000 under oath, please be advised
14    that the transcript of the Deposition has been
      transcribed and is awaiting your signature.
15
      Please arrange to conclude this matter at your
16    earliest convenience. We would suggest that you
      telephone this office and arrange an appointment
17    suitable for all concerned.
18    However, if this has not been taken care of by
      April 17th, 2001 we shall conclude the reading
19    and signing of said deposition has been waived,
      and shall then proceed to file the original of
20    the said transcript with the party who took the
      deposition, without further notice to any
21    parties.
22          Very Truly yours,
23
            JULIO A. MOCEGA, R.P.R.
24
      cc All Attorneys of Record.
25
```

Case 0:00-cv-06022-JAL   Document 108   Entered on FLSD Docket 08/08/2001   Page 33 of 55

NARANJO vs. STEPHEN B. SMITH          CondenseIt™                    '87 - a

'87 [3]      7:10    7:10
10:23
'92 [2]      8:25    11:17
'93 [1]      11:17
'94 [2]      9:1     14:10
'97 [4]      14:10   14:15
14:18        15:10
/ [10]       123:8   123:9
123:10       123:11  123:12
123:13       123:14  123:15
123:16       123:17
00 [1]       121:21
00-6022 [2]          1:4
126:10
1 [1]        122:11
1-10-64 [1]          5:19
1.3 [1]      75:17
110 [1]      6:2
1126 [1]     6:2
117 [1]      3:7
120 [2]      3:9     10:12
122 [1]      122:12
123 [1]      3:20
125 [1]      6:15
17071 [3]            1:14
2:18         126:6
17th [4]     124:12  125:15
126:8        126:18
1982 [1]     6:7
1986 [1]     6:8
1987 [2]     7:12    8:1
1988 [1]     6:14
1991 [4]     6:18    6:21
6:22         9:9
1994 [2]     12:16   12:16
1997 [15]            8:16
14:12        40:2    59:19
86:12        86:21   86:24
87:8         87:23   88:17
90:18        102:24  103:6
103:11       117:20
2 [1]        1:15
20 [1]       1:15    37:15
37:17
200 [1]      29:14
2000 [1]     126:13
2001 [9]     1:15    37:23
122:20       123:23  124:12
125:15       125:22  126:8
126:18
2002 [1]     122:23
21 [4]       3:14    37:18
37:18        38:2
22 [4]       3:14    37:25
38:17        38:21
220 [2]      112:2   112:3
23 [3]       3:15    45:25
61:19
24 [4]       3:15    31:4
31:15        45:25
25 [5]       3:16    60:17
60:18        60:21   126:2
26 [3]       3:16    62:8
62:13

27 [5]       3:17    65:6
65:9         66:9    114:2
28 [5]       3:17    77:5
77:9         77:13   114:4
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 [1]
5:21
2847 [1]     81:7
29 [4]       3:18    79:25
80:12        81:6
29th [1]     122:23
2nd [1]      126:2
305 [1]      126:3
33130 [1]            2:9
33131 [1]            126:2
33160 [1]            2:18
33316 [1]            6:3
374-0181 [1]         126:3
38 [2]       3:14    3:14
4 [1]        3:6
4-7-97 [1]           80:21
45 [2]       3:15    3:15
454 [1]      2:13
5 [1]        121:21
53 [1]       9:8
54235 [1]            2:14
543 [1]      126:2
5730 [1]     2:4
6-29-2002 [1]        124:18
60 [1]       3:16
600 [1]      2:9
604-786-5807 [1]
116:11
62 [1]       3:16
63 [1]       3:9
65 [1]       3:17
66 [5]       2:8     12:17
12:21        12:22   13:1
6th [2]      85:4    85:19
74th [1]     2:4
77 [1]       3:17
7th [14]     1:15    24:21
85:21        86:3    86:12
86:21        86:24   87:8
87:22        88:16   102:24
103:6        103:11  126:13
80 [1]       3:18
82 [1]       87:10
84 [1]       3:8
87 [1]       79:3
89 [1]       2:14
97 [1]       3:9
a [748]      1:21    4:2
5:4          5:12    5:16
5:19         5:21    5:23
5:24         6:1     6:4
6:6          6:10    6:13
6:14         6:14    6:17
6:22         6:25    7:3
7:9          7:14    7:14
7:17         7:17    7:22
7:22         7:24    7:25
8:2          8:3     8:5
8:7          8:8     8:20
8:22         8:24    9:3

9:5          9:8     9:13
9:14         9:20    10:4
10:10        10:11   10:12
10:15        10:19   10:22
11:13        11:17   11:21
11:25        12:3    12:7
12:10        12:13   12:16
12:17        12:21   12:23
13:1         13:3    13:3
13:7         13:12   13:16
13:16        13:21   13:25
14:6         14:6    14:10
14:13        14:19   14:21
14:22        15:1    15:4
15:6         15:11   15:18
15:20        15:22   15:25
16:2         16:5    16:12
16:13        16:17   17:4
17:5         17:12   17:15
17:16        17:21   17:24
18:1         18:4    18:9
18:10        18:10   18:20
18:21        19:10   19:17
19:20        19:25   20:5
20:8         20:15   20:20
21:1         21:2    21:9
21:9         21:12   21:16
21:22        21:25   22:3
22:7         22:9    22:12
22:16        22:23   23:1
23:2         23:4    23:7
23:9         23:9    24:9
24:12        24:19   24:19
24:20        24:21   24:25
25:5         25:12   25:12
25:17        25:19   26:2
26:18        27:2    27:8
27:12        27:16   27:18
28:1         28:7    28:7
28:17        28:23   29:1
29:3         29:9    29:12
29:13        29:16   29:22
29:23        29:25   29:25
30:4         30:15   30:20
30:23        30:24   31:4
31:6         31:8    31:13
31:13        31:16   31:19
31:23        31:24   32:2
32:5         32:12   32:15
32:17        32:18   32:20
32:21        32:21   33:1
33:5         34:6    34:13
34:17        34:20   34:22
35:3         35:8    35:14
36:10        36:12   36:20
36:23        37:7    38:7
38:11        39:1    39:4
39:7         39:10   39:12
39:14        39:20   39:21
39:23        39:25   40:2
40:4         40:5    40:7
40:9         40:12   40:17
40:23        41:4    41:6
41:7         41:20   42:3
42:4         42:6    42:11
42:13        42:18   43:1
43:5         43:5    43:25
44:4         44:9    44:16
44:18        44:18   44:20
44:20        44:22   44:23
45:3         45:4    45:5
45:6         45:6    45:13
45:14        45:22   46:5
46:10        46:14   46:16

46:17        46:20   46:22
47:9         47:12   48:2
48:5         48:7    48:7
48:7         48:10   48:11
48:12        48:17   48:22
48:25        49:3    49:5
49:9         49:9    49:13
49:17        49:22   50:2
50:10        50:12   51:6
51:11        51:16   51:21
51:24        52:2    52:17
52:24        53:2    53:4
53:11        53:13   53:15
53:17        53:22   54:5
54:13        54:17   54:19
54:23        54:25   55:14
55:15        56:5    56:6
56:6         56:9    56:9
56:10        56:20   56:23
56:25        57:4    57:8
57:11        57:11   57:12
57:18        57:21   58:4
58:8         58:13   58:18
58:19        58:21   59:3
59:5         59:6    59:13
59:16        59:22   60:2
60:11        60:15   60:22
60:22        60:25   61:3
61:7         61:10   61:12
61:14        61:17   62:6
62:15        62:20   63:3
63:10        63:14   63:16
63:17        63:20   63:24
64:2         64:5    64:7
64:11        64:16   64:17
64:20        64:24   65:13
65:15        65:17   65:20
65:22        65:24   66:2
66:6         66:5    66:7
66:10        66:11   66:13
66:17        66:20   66:25
67:10        67:15   67:18
67:24        68:4    68:6
68:16        68:17   68:24
68:25        69:1    69:5
69:5         69:6    69:8
69:13        69:14   69:19
70:3         70:8    70:11
70:14        70:17   70:20
70:23        71:4    71:7
71:8         71:13   71:18
71:21        71:24   72:1
72:4         72:5    72:7
72:9         72:10   72:17
72:19        72:19   72:20
72:20        72:22   73:9
73:11        73:11   73:12
73:14        73:17   73:23
73:24        74:1    74:3
74:6         74:9    74:10
74:12        74:14   74:17
74:17        74:20   74:20
74:22        74:22   74:24
75:1         75:5    75:11
75:12        75:14   75:17
75:21        75:21   75:22
75:23        75:24   76:4
76:7         76:9    76:11
76:15        76:16   76:18
76:19        76:20   76:23
76:25        77:2    77:6
77:17        77:19   77:24
77:23        78:2    78:5
78:7         78:10   78:13

78:15        78:16   78:16
78:18        78:22   78:24
79:1         79:3    79:7
79:9         79:12   79:15
79:18        79:24   80:4
80:9         80:17   80:20
80:22        81:3    81:7
81:8         81:13   81:16
82:1         82:5    82:10
82:13        82:16   82:20
82:24        83:4    83:6
83:12        83:14   83:17
84:6         84:16   84:20
84:23        84:25   85:1
85:4         85:5    85:9
85:10        85:20   85:23
86:4         86:9    86:15
86:22        86:25   87:4
87:9         87:9    87:13
87:16        87:24   88:4
88:8         88:8    88:12
88:12        88:12   88:13
88:18        88:23   89:3
89:6         89:6    89:12
89:13        89:15   89:18
90:4         90:7    90:8
90:10        90:11   90:18
90:24        91:1    91:5
91:6         91:10   91:13
91:16        91:18   91:22
91:24        92:2    92:15
92:17        92:21   93:2
93:9         93:11   93:19
93:24        94:4    94:17
94:22        95:3    95:8
95:9         95:15   95:18
95:23        96:3    96:7
96:11        96:15   96:18
96:23        97:7    97:15
97:20        98:2    98:7
98:9         98:12   98:16
98:22        98:23   98:24
99:10        99:13   99:15
99:16        99:23   100:3
100:3        100:5   100:6
100:7        100:10  100:11
100:15       100:18  100:22
101:12       101:15  101:17
101:20       101:24  102:7
102:10       102:11  102:13
102:15       102:19  102:22
102:25       103:2   103:7
103:19       103:23  103:25
104:9        104:9   104:11
105:10       105:13  105:16
106:3        106:5   106:5
106:9        106:16  106:21
106:25       107:7   107:12
107:21       108:1   108:4
108:6        108:8   108:10
108:16       108:22  109:3
109:7        109:9   110:1
110:4        110:5   110:7
110:7        110:9   110:15
110:18       110:20  110:24
110:24       111:2   111:3
111:5        111:18  111:23
111:25       112:2   112:5
112:10       112:13  112:16
112:19       112:23  113:17
113:22       114:3   114:12
114:16       114:18  114:24
115:3        115:5   115:7
115:12       115:17  115:19

NARANJO vs. STEPHEN B. SMITH    Condenselt™    A-R-A-R-A - and

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 115:23 | 116:1 | 116:8 | 75:21 | 112:18 | 118:4 | 50:14 | 51:9 | 53:23 | 12:1 | 13:8 | 29:12 |
| 116:9 | 116:11 | 116:12 | 118:22 | | | 54:11 | 57:6 | 57:15 | 30:21 | 31:14 | 50:3 |
| 116:14 | 116:20 | 116:22 | **added** [4] | | 13:8 | 59:14 | 60:3 | 63:12 | 73:8 | 73:9 | 78:16 |
| 117:3 | 117:6 | 117:8 | 34:1 | 35:1 | 41:23 | 63:14 | 64:15 | 68:7 | 79:3 | 80:18 | 87:10 |
| 117:14 | 117:15 | 117:18 | **adding** [2] | | 54:9 | 68:22 | 75:14 | 76:13 | 99:15 | 104:20 | 108:3 |
| 117:20 | 117:22 | 118:2 | 57:21 | | | 76:14 | 78:11 | 78:14 | 115:20 | 115:21 | 115:24 |
| 118:6 | 118:9 | 118:15 | **additional** [1] | | 54:9 | 79:14 | 79:15 | 81:4 | 125:10 | 126:16 | |
| 118:20 | 118:25 | 119:2 | **address** [2] | | 5:24 | 81:17 | 82:24 | 83:18 | **anchor** [3] | | 29:13 |
| 119:6 | 119:8 | 119:12 | 6:1 | | | 84:15 | 86:20 | 87:15 | 29:13 | 110:9 | |
| 119:17 | 119:22 | 120:7 | **Adkins** [5] | | 91:10 | 87:20 | 90:1 | 90:21 | **and** [412] | 1:6 | 1:9 |
| 120:11 | 120:19 | 120:20 | 91:12 | 91:13 | 91:15 | 90:25 | 91:9 | 92:3 | 1:21 | 1:22 | 4:4 |
| 120:23 | 121:7 | 121:10 | 92:13 | | | 92:16 | 94:1 | 95:12 | 4:18 | 4:22 | 5:5 |
| 124:16 | 125:5 | 125:9 | **Adkinson** [14] | | 24:10 | 95:20 | 98:14 | 101:15 | 5:6 | 5:10 | 5:16 |
| 125:11 | 125:17 | 125:22 | 24:14 | 25:8 | 25:19 | 101:18 | 102:2 | 103:8 | 5:20 | 6:14 | 6:14 |
| 126:1 | 126:23 | | 25:24 | 26:24 | 40:20 | 103:19 | 104:14 | 108:25 | 6:18 | 6:19 | 7:1 |
| **A-R-A-R-A** [1] | | 6:17 | 88:3 | 88:16 | 89:23 | 109:11 | 109:12 | 111:9 | 7:7 | 7:12 | 7:16 |
| **able** [5] | 35:15 | 58:9 | 90:3 | 90:6 | 91:8 | 113:10 | 113:17 | 117:3 | 7:18 | 7:25 | 8:9 |
| 68:22 | 90:15 | 109:1 | 91:11 | | | 120:6 | 126:17 | 126:24 | 8:12 | 8:13 | 8:15 |
| **aboard** [2] | | 76:5 | **Adkinson's** [2] | | 89:5 | **allow** [1] | | 34:7 | 9:11 | 9:11 | 9:18 |
| 86:7 | | | 89:10 | | | **allowed** [1] | | 47:21 | 9:24 | 10:1 | 10:2 |
| **about** [55] | | 5:12 | **advised** [2] | | 4:18 | **almost** [4] | | 20:20 | 10:3 | 10:3 | 10:4 |
| 8:3 | 12:7 | 14:22 | 126:13 | | | 79:15 | 83:12 | 114:24 | 10:4 | 10:7 | 11:5 |
| 15:18 | 25:14 | 29:14 | **afloat** [1] | | 85:17 | **along** [6] | 13:17 | 57:6 | 11:19 | 11:23 | 11:24 |
| 33:13 | 34:18 | 38:16 | **aft** [5] | 23:11 | 57:25 | 57:16 | 57:18 | 57:25 | 12:1 | 12:17 | 13:4 |
| 40:20 | 42:9 | 42:16 | 60:7 | 60:13 | 93:3 | 57:25 | | | 13:6 | 13:13 | 13:17 |
| 42:20 | 43:10 | 44:10 | **after** [42] | 7:17 | 9:18 | **already** [9] | | 19:19 | 14:11 | 14:14 | 14:14 |
| 45:7 | 45:11 | 47:22 | 12:14 | 14:22 | 14:24 | 24:18 | 27:22 | 35:24 | 15:8 | 15:8 | 15:12 |
| 48:15 | 49:1 | 49:17 | 21:9 | 21:17 | 24:24 | 37:11 | 43:8 | 78:18 | 15:17 | 15:18 | 16:6 |
| 50:11 | 54:4 | 59:11 | 28:20 | 28:24 | 30:11 | 79:21 | 80:2 | | 16:13 | 16:19 | 16:19 |
| 60:14 | 64:23 | 65:7 | 38:7 | 38:8 | 46:4 | **also** [13] | 4:21 | 8:15 | 16:19 | 16:21 | 16:24 |
| 68:15 | 72:16 | 72:18 | 46:5 | 47:7 | 47:9 | 21:3 | 30:10 | 32:22 | 16:25 | 17:2 | 17:4 |
| 82:24 | 86:11 | 87:2 | 47:9 | 47:12 | 48:21 | 44:20 | 46:10 | 58:16 | 17:5 | 17:7 | 17:10 |
| 94:5 | 95:3 | 96:21 | 49:7 | 51:3 | 51:13 | 66:7 | 67:20 | 77:7 | 17:16 | 17:17 | 17:18 |
| 96:21 | 97:10 | 97:20 | 51:16 | 51:18 | 51:20 | 91:5 | 110:3 | | 17:22 | 17:25 | 18:4 |
| 97:23 | 98:8 | 98:21 | 52:1 | 53:10 | 53:11 | **altogether** [2] | | 106:7 | 18:10 | 18:13 | 18:13 |
| 100:13 | 102:11 | 102:14 | 57:2 | 57:16 | 57:17 | 106:8 | | | 18:16 | 18:17 | 18:17 |
| 105:8 | 107:3 | 108:16 | 58:10 | 59:24 | 61:15 | **aluminum** [32] | | 12:13 | 18:22 | 19:1 | 19:2 |
| 109:16 | 109:23 | 109:24 | 67:8 | 68:1 | 98:17 | 25:13 | 27:3 | 41:18 | 19:6 | 19:11 | 19:12 |
| 113:16 | 115:13 | 121:13 | 109:18 | 109:24 | 111:6 | 54:1 | 54:15 | 54:21 | 19:18 | 20:10 | 20:17 |
| **above** [7] | | 1:24 | 119:14 | | | 59:2 | 68:14 | 69:10 | 20:23 | 21:2 | 21:11 |
| 33:1 | 50:17 | 50:19 | **afternoon** [4] | | 8:12 | 72:15 | 95:14 | 95:22 | 22:8 | 22:10 | 22:13 |
| 53:24 | 66:1 | 82:6 | 86:6 | 97:2 | 102:3 | 96:5 | 96:9 | 102:16 | 22:13 | 22:16 | 22:17 |
| **above-mentioned** [1] | | | **afterwards** [1] | | 90:16 | 102:21 | 104:10 | 105:12 | 22:20 | 22:24 | 23:10 |
| 38:1 | 38:19 | 45:23 | **Aga** [2] | 10:12 | 11:15 | 106:20 | 107:10 | 109:5 | 23:12 | 24:6 | 24:7 |
| 60:19 | 62:11 | 65:8 | **again** [6] | 13:14 | 26:6 | 109:6 | 109:20 | 109:25 | 24:7 | 25:6 | 25:9 |
| 77:8 | 80:11 | | 55:25 | 88:6 | 101:8 | 110:4 | 110:22 | 111:7 | 25:9 | 25:11 | 25:13 |
| **above-styled** [1] | | | 113:24 | | | 111:16 | 111:22 | 118:13 | 25:18 | 26:3 | 26:4 |
| 126:13 | | | **age** [1] | 120:24 | | 119:16 | | | 26:6 | 27:2 | 27:10 |
| **Absolutely** [1] | | 118:2 | **ago** [4] | 33:13 | 64:7 | **always** [13] | | 21:10 | 27:17 | 27:18 | 27:22 |
| **accident** [9] | | 18:6 | 77:1 | 83:12 | | 64:11 | 81:19 | 81:20 | 28:8 | 28:13 | 29:4 |
| 42:23 | 92:20 | 93:8 | **agree** [2] | 4:24 | 69:11 | 81:21 | 81:21 | 82:3 | 29:6 | 29:17 | 30:5 |
| 93:23 | 94:3 | 94:3 | **ahead** [4] | | 65:4 | 82:5 | 85:24 | 99:21 | 30:8 | 31:5 | 31:10 |
| 94:21 | 97:2 | | 83:25 | 97:9 | 103:14 | 100:20 | 100:20 | 115:12 | 31:15 | 31:20 | 31:24 |
| **accurate** [3] | | 122:13 | **air** [1] | 22:15 | | **am** [42] | 5:10 | 11:2 | 31:25 | 32:3 | 32:22 |
| 123:6 | 125:9 | | **alarm** [3] | | 32:22 | 14:21 | 17:25 | 26:16 | 33:4 | 33:21 | 34:8 |
| **aceton** [1] | 51:5 | | 32:24 | 38:14 | | 43:22 | 55:4 | 58:18 | 34:14 | 34:22 | 35:3 |
| **acetone** [6] | | 49:17 | **Alexander** [2] | | 12:17 | 62:19 | 62:22 | 64:24 | 35:23 | 37:24 | 38:8 |
| 49:22 | 50:4 | 50:4 | 14:14 | | | 64:25 | 68:5 | 71:12 | 38:13 | 40:24 | 41:21 |
| 50:23 | 51:1 | | **all** [83] | 4:25 | 7:15 | 75:5 | 77:2 | 78:19 | 43:6 | 43:7 | 43:11 |
| **acknowledge** [1] | | | 10:3 | 13:4 | 13:5 | 78:24 | 79:19 | 80:8 | 43:20 | 43:22 | 44:6 |
| 123:4 | | | 14:5 | 16:4 | 16:19 | 84:9 | 84:11 | 86:9 | 44:10 | 44:23 | 45:25 |
| **acknowledged** [1] | | | 18:14 | 18:19 | 19:1 | 86:11 | 87:2 | 87:6 | 46:5 | 46:8 | 46:11 |
| 125:21 | | | 19:4 | 19:18 | 20:1 | 88:18 | 90:9 | 94:22 | 46:17 | 47:13 | 47:16 |
| **across** [1] | | 68:23 | 20:20 | 21:12 | 22:10 | 95:3 | 97:7 | 105:10 | 47:21 | 48:18 | 48:23 |
| **action** [2] | | 125:13 | 23:11 | 23:13 | 28:10 | 109:23 | 109:24 | 111:25 | 49:22 | 51:1 | 53:20 |
| 125:14 | | | 28:22 | 31:22 | 34:12 | 114:24 | 115:3 | 115:3 | 53:24 | 54:6 | 56:6 |
| **actual** [3] | | 31:24 | 36:20 | 37:7 | 41:20 | 116:2 | 119:6 | 120:13 | 56:7 | 56:21 | 56:25 |
| 104:6 | 104:7 | | 41:20 | 50:3 | 50:4 | 125:10 | | | 57:12 | 57:25 | 58:1 |
| **actually** [5] | | 45:6 | | | | **amongst** [1] | | 23:8 | 58:1 | 58:15 | 58:18 |
| | | | | | | **amp** [1] | 110:10 | | 58:19 | 59:7 | 59:8 |
| | | | | | | **an** [22] | 8:14 | 8:24 | 59:12 | 60:5 | 60:9 |
| | | | | | | | | | 60:13 | 60:23 | 61:1 |

| | | |
|---|---|---|
| 61:11 | 61:13 | 61:16 |
| 61:21 | 63:5 | 63:17 |
| 63:23 | 64:9 | 64:15 |
| 64:16 | 64:20 | 64:25 |
| 65:5 | 66:1 | 66:11 |
| 66:15 | 66:15 | 66:19 |
| 67:16 | 67:21 | 68:2 |
| 68:8 | 70:9 | 70:15 |
| 70:24 | 70:24 | 71:5 |
| 71:6 | 71:15 | 71:19 |
| 72:5 | 72:9 | 72:13 |
| 72:20 | 73:6 | 73:8 |
| 73:9 | 73:24 | 74:4 |
| 74:7 | 74:17 | 75:9 |
| 75:19 | 75:23 | 75:25 |
| 76:1 | 76:1 | 76:1 |
| 76:2 | 76:5 | 76:10 |
| 76:12 | 76:13 | 76:14 |
| 76:14 | 76:16 | 76:21 |
| 76:24 | 77:3 | 77:4 |
| 77:15 | 77:18 | 78:11 |
| 79:7 | 79:17 | 79:19 |
| 79:25 | 80:21 | 81:1 |
| 81:4 | 81:5 | 81:8 |
| 81:18 | 81:20 | 81:21 |
| 81:21 | 81:22 | 82:6 |
| 82:11 | 82:14 | 82:25 |
| 83:8 | 84:3 | 84:9 |
| 84:10 | 84:11 | 84:21 |
| 84:24 | 85:5 | 85:7 |
| 85:11 | 85:13 | 85:15 |
| 85:21 | 86:1 | 86:5 |
| 86:7 | 87:13 | 87:15 |
| 88:10 | 88:15 | 89:4 |
| 89:16 | 89:20 | 89:23 |
| 91:2 | 91:3 | 91:3 |
| 91:4 | 91:7 | 91:9 |
| 91:11 | 91:17 | 91:19 |
| 91:24 | 92:1 | 92:3 |
| 92:4 | 92:5 | 92:6 |
| 92:19 | 93:4 | 93:15 |
| 93:17 | 94:10 | 94:22 |
| 94:23 | 94:25 | 94:25 |
| 95:6 | 95:17 | 96:4 |
| 96:10 | 96:16 | 96:25 |
| 97:9 | 97:20 | 97:21 |
| 98:9 | 98:14 | 98:18 |
| 98:18 | 98:25 | 99:1 |
| 99:3 | 99:16 | 99:21 |
| 99:21 | 99:22 | 99:22 |
| 99:24 | 100:3 | 100:7 |
| 100:9 | 100:16 | 100:16 |
| 100:19 | 100:23 | 100:24 |
| 100:24 | 101:10 | 101:18 |
| 102:2 | 102:14 | 102:17 |
| 102:21 | 102:23 | 103:9 |
| 103:12 | 104:11 | 104:13 |
| 104:15 | 105:5 | 105:24 |
| 106:20 | 107:3 | 107:19 |
| 107:22 | 108:16 | 108:20 |
| 108:23 | 109:12 | 109:12 |
| 109:23 | 110:11 | 111:1 |
| 111:4 | 112:7 | 113:2 |
| 114:8 | 114:21 | 114:25 |
| 114:25 | 116:12 | 117:24 |
| 117:25 | 118:12 | 118:22 |
| 120:6 | 120:24 | 121:9 |
| 121:9 | 121:12 | 121:21 |
| 121:21 | 122:12 | 122:12 |
| 122:13 | 122:19 | 122:22 |
| 123:5 | 123:23 | 124:10 |
| 124:11 | 125:7 | 125:8 |
| 125:9 | 126:14 | 126:16 |
| 126:19 | 126:19 | |

NARANJO vs. STEPHEN B. SMITH                CondenseIt™                and/or - been

**and/or** [1] 80:19

**another** [6] 36:1
75:19 78:21 81:23
88:3 99:15

**answer** [14] 55:10
55:10 55:12 55:15
70:2 73:2 73:21
73:22 74:2 94:7
99:9 113:2 113:8
115:25

**answered** [2] 78:18
103:13

**answers** [1] 58:17

**anticipated** [1] 86:1

**any** [83] 4:23 8:17
12:8 12:24 13:19
13:22 13:24 17:13
21:12 25:2 25:3
26:17 27:13 27:25
28:6 28:15 30:13
30:22 32:7 32:12
34:11 34:14 34:15
34:18 40:15 42:8
42:15 42:24 45:8
47:25 48:2 49:11
51:4 51:12 51:14
52:14 54:3 54:11
54:14 54:20 54:24
56:3 56:4 57:14
58:2 58:6 58:11
59:13 59:20 70:18
71:2 71:3 71:22
72:2 72:3 72:14
75:6 79:6 81:24
82:1 82:8 82:15
83:22 84:12 87:21
88:25 90:25 96:16
102:9 107:24 110:22
115:4 117:16 117:23
118:3 118:10 118:12
119:1 121:10 122:13
125:11 125:12 126:20

**anybody** [12] 25:4
44:17 47:8 48:1
48:3 48:4 48:15
51:22 97:4 97:5
103:3 104:3

**anymore** [1] 120:23

**anyone** [2] 4:8
48:18

**anything** [17] 8:19
20:2 25:3 29:10
29:19 37:10 42:4
49:20 50:23 57:21
61:2 67:12 70:10
97:19 115:14 115:16
121:13

**anytime** [7] 24:23
30:11 40:13 40:22
70:12 112:14 118:23

**anyway** [1] 111:6

**apart** [1] 40:24

**Apartment** [1] 6:2

**apparent** [1] 90:14

**APPEARANCE** [1]
2:12

**APPEARANCES** [1]
2:2

**appeared** [1] 124:9

**appearing** [1] 4:4

**appointment** [1] 126:16

**approach** [4] 97:21
100:3 100:12 101:10

**approached** [2] 99:15
100:24

**approve** [1] 44:5

**Approximately** [1]
14:20

**April** [3] 9:9 17:25
126:18

**ARARA** [2] 6:17
7:17

**arch** [2] 17:7 87:15

**arc** [65] 4:15 11:4
11:5 16:21 16:23
17:15 33:5 33:7
33:10 33:19 33:20
35:17 35:20 36:17
36:20 36:25 37:9
37:18 38:11 38:12
38:16 41:11 42:21
43:4 43:19 45:15
49:20 50:8 50:11
61:16 61:21 63:21
65:7 68:10 68:11
68:15 69:9 69:21
72:15 72:23 74:7
75:14 75:22 76:24
78:20 78:23 83:9
83:9 83:15 84:9
84:10 92:2 95:1
104:6 105:9 109:15
109:17 111:24 115:2
116:15 116:18 116:23
121:8 121:12 122:13

**area** [22] 17:4 30:19
30:21 31:5 32:13
33:2 33:16 34:10
47:20 50:13 50:24
56:14 56:18 66:5
78:16 93:18 94:20
103:6 103:11 108:2
108:7 111:2

**areas** [2] 73:4 75:6

**around** [20] 8:13
10:2 14:2 20:4
20:9 34:22 46:8
50:4 56:24 57:1
59:1 59:5 67:23
68:8 68:9 68:13
68:13 69:11 100:9
110:10

**arrange** [2] 126:15
126:16

**arranged** [1] 32:14

**arrival** [1] 80:25

**arrived** [1] 93:13

**as** [83] 4:5 5:4
5:6 6:13 6:20
8:14 8:18 9:14
13:13 13:13 13:17
19:4 19:4 26:17
26:17 33:21 33:25
38:2 38:20 41:17
42:22 43:23 43:23
45:24 51:9 51:9
51:11 51:11 60:16
60:20 62:5 62:6
62:12 65:6 65:9

66:9 70:25 71:1
71:7 71:8 72:10
72:19 73:24 74:7
74:10 77:5 77:9
77:13 79:19 79:25
80:12 80:18 82:13
82:13 87:6 87:21
90:7 90:23 92:12
95:4 96:17 97:14
102:23 104:20 108:3
110:17 110:24 111:3
113:20 113:20 113:24
114:2 115:24 116:1
117:23 117:23 118:16
118:16 118:21 118:21
119:3 119:3 121:9

**ask** [22] 5:11 24:4
29:7 48:4 53:6
60:25 61:2 70:23
77:3 79:19 79:24
83:2 84:12 92:6
99:13 100:3 102:8
102:11 102:13 107:8
110:21 114:9

**asked** [13] 21:11
40:21 42:20 44:3
81:17 81:23 82:3
82:23 82:24 103:12
107:2 107:4 114:12

**asking** [9] 40:14
43:23 44:8 48:18
68:5 84:11 109:23
115:2 120:13

**assist** [1] 11:22

**ASSOC** [1] 126:1

**associated** [2] 9:7
70:11

**Associates** [3] 8:24
9:4 36:6

**assume** [5] 63:25
64:2 65:24 97:18
98:6

**at** [114] 1:22 6:8
6:23 9:21 13:19
13:23 14:5 16:9
17:3 19:24 20:1
20:9 21:9 21:12
22:5 24:23 27:9
28:2 28:9 28:17
28:22 30:6 30:10
30:11 30:22 31:18
33:8 34:12 35:5
35:25 36:5 37:10
37:11 37:25 38:5
38:11 38:24 39:19
39:22 40:13 40:15
40:21 40:22 41:20
45:15 46:7 48:19
49:23 50:14 54:3
54:11 54:19 56:15
56:20 58:15 59:14
61:1 63:10 63:12
64:8 64:12 64:15
65:2 65:4 65:5
65:12 65:19 66:7
70:10 70:13 70:19
72:8 76:14 79:24
80:15 81:17 84:10
85:8 85:9 85:25
86:4 86:5 86:5
86:15 87:19 88:21
89:6 90:13 90:18

91:2 91:3 91:4
91:24 91:25 92:4
93:11 94:23 94:25
97:1 97:11 98:7
99:16 99:16 100:10
102:3 104:16 104:18
116:23 118:11 118:19
118:23 121:21 122:22
126:15

**ATI** [1] 9:3

**attach** [1] 62:5

**attached** [1] 122:14

**attending** [5] 4:9
4:17 4:20 87:8
87:9

**attorney** [6] 61:7
62:21 62:22 79:20
125:11 125:12

**attorneys** [2] 5:10
126:24

**Atty** [4] 2:4 2:8
2:13 2:17

**authority** [1] 124:8

**authorization** [1]
100:6

**authorize** [1] 97:17

**authorized** [3] 4:21
80:18 125:7

**available** [5] 27:21
40:18 64:9 64:12
113:10

**Avenue** [1] 126:2

**awaiting** [1] 126:14

**aware** [1] 78:19
112:23

**awash** [1] 30:22

**away** [1] 23:13

**B** [2] 106:13 126:9

**back** [66] 10:3 11:22
14:1 15:8 16:23
18:5 18:18 19:6
19:7 19:20 20:3
20:10 21:17 21:21
22:3 24:5 24:17
24:18 24:24 26:9
28:21 29:13 29:15
29:17 30:25 31:3
31:18 31:22 33:7
33:16 34:7 34:9
34:12 34:16 34:21
35:4 36:14 37:13
38:10 41:11 41:13
42:9 42:20 44:19
46:7 46:16 49:25
53:9 53:23 54:10
58:14 61:6 85:12
86:18 92:17 94:17
97:3 99:22 108:17
108:24 109:18 112:3
113:19 114:19 116:20
117:20

**background** [3] 6:5
6:6 11:10

**Badiak** [3] 1:14
2:17 126:5

**bait** [1] 34:23

**ballast** [7] 54:11
54:15 54:21 65:21

65:22 66:15 79:6

**bare** [1] 18:16

**base** [1] 106:1

**based** [1] 59:10

**basic** [3] 7:3 11:10
20:23

**basically** [12] 7:5
9:13 9:14 11:21
18:15 19:15 20:23
23:17 27:18 33:17
57:22 59:13

**basis** [2] 55:14 96:16

**batteries** [2] 19:25
58:23

**battery** [1] 85:15

**Bay** [2] 2:14 85:9

**be** [61] 4:4 4:20
4:22 11:23 14:8
15:23 16:4 21:7
24:6 27:18 27:19
28:3 28:4 30:22
30:25 32:17 35:15
35:15 36:7 37:18
44:2 44:9 50:15
57:21 58:8 62:20
66:4 66:5 66:11
66:13 67:10 68:22
68:25 71:2 71:6
72:16 72:18 72:24
78:17 84:7 90:15
90:19 98:25 99:11
103:23 106:6 108:1
108:20 108:20 109:1
109:11 112:17 116:18
116:20 118:3 118:22
119:11 119:15 122:12
123:6 126:13

**Beach** [3] 1:15
2:18 126:6

**bead** [2] 68:22 68:25

**beam** [3] 60:7 60:13
93:3

**became** [1] 9:6

**because** [42] 7:15
7:18 18:14 18:21
18:25 19:5 19:20
22:14 22:23 26:25
28:3 30:7 30:9
36:20 36:25 50:5
54:9 55:13 58:22
64:13 64:24 67:1
69:17 70:10 71:13
72:12 73:7 74:10
81:18 83:5 85:14
86:17 96:24 97:8
97:16 99:23 100:9
101:25 102:20 103:19
106:11 111:7

**become** [2] 90:13
104:16

**bed** [1] 23:19

**been** [60] 5:5 6:19
7:9 10:22 11:7
11:17 12:18 15:10
19:11 19:12 24:9
24:21 28:2 28:23
30:6 35:21 40:12
40:24 43:8 43:25
44:16 44:24 48:12

JULIO A. MOCEGA & ASSOC. (305) 374-0181

NARANJO vs. STEPHEN B. SMITH                CondenseIt™                before - carry

**48:22  49:19  50:12**
**51:14  56:4  61:14**
**64:14  67:16  67:18**
**69:11  77:24  79:10**
**79:22  80:3  80:22**
**85:23  87:5  93:7**
**94:19  95:4  96:23**
**97:15  98:3  103:2**
**103:5  103:8  106:6**
**111:18  112:5  114:13**
**114:25  115:20  117:24**
**118:12  126:14  126:18**
**126:19**
**before [39]**  1:21
14:25  15:9  18:5
22:21  22:24  22:25
24:23  26:20  28:25
49:18  49:19  51:13
51:17  52:16  56:10
57:2  57:4  63:8
64:4  74:4  76:21
77:4  77:6  77:25
80:1  81:10  81:25
82:2  84:22  92:17
93:7  99:12  103:19
110:13  111:3  122:19
124:10  125:22
**began [1]**  86:2
**begin [1]** 117:21
**behalf [4]**  2:5
2:10  2:15  2:19
**being [8]** 22:22  27:13
28:5  42:14  44:19
49:18  85:8  97:1
**believe [29]**  12:16
20:11  14:20  25:22
29:16  39:10  43:14
44:21  46:23  48:12
50:2  51:7  55:19
55:20  61:19  75:17
82:14  84:24  85:1
85:2  85:3  86:4
88:4  89:8  89:9
91:3  91:13  96:3
109:11
**belonged [1]**  8:8
**below [3]**  50:21
56:19  123:6
**benefit [1]**  6:4
**bent [1]**  60:11
**Berger [1]**  6:15
**besides [1]**  5:25
54:12
**best [5]**  50:22  90:1
95:15  107:21  115:17
**better [1]**  52:24
**between [4]**  31:23
96:9  102:16  106:19
**beyond [1]**  82:6
**big [7]**  34:7  36:13
67:3  83:6  95:6
96:13  104:2
**bigger [2]**  17:3
105:22
**bilge [8]** 31:5  31:6
31:9  33:19  38:12
41:25  58:23  85:15
**bill [3]**  89:21  92:6
92:8

**birth [1]**  5:18
**bit [5]**  8:3  33:5
43:5  91:6  95:9
**bits [1]** 109:19
**black [1]** 44:22
**BLANK [1]**  2:3
**blew [9]** 15:18  16:13
44:9  57:16  57:17
58:14  60:2  60:3
69:10
**blow [1]** 29:15
**blower [5]**  44:18
44:20  45:16  45:20
45:22
**blown [3]**  68:2
69:14  109:19
**blue [1]** 50:15
**blueprint [1]** 114:2
**blueprints [1]**  63:4
77:21  77:22  77:23
112:22
**board [35]**  6:15
7:17  15:12  20:1
21:17  21:18  21:22
21:23  21:25  40:12
58:23  63:23  71:19
71:23  72:2  72:19
74:24  75:3  77:7
77:13  77:15  78:2
78:7  78:15  79:13
85:14  85:16  85:18
86:15  88:16  88:20
89:1  104:1  120:8
120:21
**boarding [1]**  29:16
**boat [91]** 5:25  6:19
7:5  9:9  9:12
9:15  9:17  9:20
10:5  10:12  11:11
11:15  12:2  12:19
12:20  12:25  13:4
13:14  13:18  14:7
14:8  14:11  14:16
14:18  14:22  15:2
15:6  15:14  15:17
16:10  16:19  17:5
17:5  17:18  18:12
18:12  18:24  19:5
19:15  21:14  22:18
23:14  23:18  28:19
28:20  28:24  30:4
30:6  30:12  32:8
35:1  35:2  35:5
37:19  38:24  38:24
39:2  39:5  40:24
41:22  46:7  46:9
50:9  54:8  56:9
58:6  63:22  64:10
64:25  71:14  72:13
73:11  75:18  76:1
76:10  76:13  79:16
80:24  85:8  85:12
85:24  90:12  100:7
102:9  103:8  112:24
113:10  117:24  118:17
119:6  121:11
**boats [3]** 64:15  72:23
78:8
**Bob [1]**  47:18
**bolt [2]**  105:18  106:5

**bolted [2]**              19:11
119:11
**bolts [1]** 106:4
**bonded [1]**              92:3
**boom [3]** 68:18  68:18
68:19
**bore [1]**  16:19
**born [1]**  5:22
**boss [6]**  13:8    13:14
17:2  78:21  100:8
100:9
**boss' [1]** 47:17
**bosun's [1]**      74:20
**both [3]**  51:16  78:6
104:8
**bottom [1]**          18:23
35:13  80:16  81:8
87:17  96:9  102:16
103:8  104:11  107:15
**bought [5]**          12:17
14:13  14:14  16:24
41:22
**Box [1]**  2:14
**boxes [1]**           22:15
**Bradford [46]**      10:19
10:20  10:22  13:20
13:23  14:25  17:20
20:9  21:4  36:10
40:14  43:6  43:9
44:18  45:11  45:16
47:15  53:17  58:22
67:19  70:10  70:13
70:19  80:10  80:23
80:24  85:8  85:11
86:4  88:14  89:7
89:13  89:16  89:20
89:23  90:15  90:18
91:2  91:6  91:21
92:5  99:16  118:1
118:19  118:24  119:4
**Bradford's [3]**     36:8
48:17  91:4
**brand [1]**          16:24
64:24
**break [1]** 60:22
**Bredbeck [15]**      1:19
3:5  5:4  5:9
5:16  41:17  61:7
62:19  122:10  122:17
123:4  123:21  124:9
126:5  126:11
**Bredbeck's [1]** 62:10
**Brian [17]**          25:7
25:17  25:21  25:24
26:23  88:19  93:12
93:15  93:21  94:2
96:18  96:21  97:20
97:22  98:17  111:18
114:25
**Brian's [1]**        88:21
**bridge [3]**         17:7
17:10  31:8
**brief [1]**  6:5
**bring [3]** 10:5  58:21
99:22
**broke [1]**          23:14
**brought [2]**        93:12

**93:17**
**Broward [2]**        48:10
48:13
**Bruce [16]**          24:10
24:14  25:8  25:19
25:24  40:20  88:2
89:5  89:9  89:22
90:3  90:6  91:14
92:13  93:21  93:22
**buckled [1]**         67:13
**build [4]** 32:4  72:24
73:7  73:18
**building [1]**        64:24
**bulkhead [5]**        35:10
35:16  44:25  45:8
58:1
**bulkheads [1]**       58:1
**bunch [1]**           36:21
**business [2]**        88:10
98:24
**but [44]**  9:21  12:3
13:5  21:9  21:21
22:1  24:15  28:11
28:25  33:6  35:14
43:11  45:7  49:3
55:22  55:24  56:11
56:12  61:25  64:3
67:4  68:12  69:21
72:19  73:16  77:1
79:19  84:7  87:11
88:18  90:9  91:23
95:12  96:1  96:12
99:11  104:25  107:16
108:25  110:3  112:11
114:14  115:2  116:25
**buy [1]**  75:18
**buying [1]**          38:24
**by [82]**  2:4  2:8
2:13  2:17  4:17
5:8  5:16  11:14
15:7  16:2  22:20
23:23  24:3  24:9
25:23  27:5  30:5
33:13  34:4  38:4
38:22  39:17  40:23
41:15  43:21  45:19
46:1  47:6  51:2
52:7  52:13  52:21
53:5  54:9  55:6
56:1  61:5  62:4
62:18  62:24  63:7
65:11  66:22  67:18
69:3  70:1  71:4
71:16  73:5  73:20
77:11  79:23  80:14
84:2  90:16  94:14
97:25  99:8  100:1
101:7  103:5  103:21
103:24  105:7  108:18
109:22  111:14  113:3
113:12  114:10  116:3
116:17  116:20  117:1
117:13  120:4  120:17
121:5  121:12  122:13
122:22  126:18

**Bye [1]**  4:14
**Byron [2]**           2:19
9:7
**Byrons [2]**          1:9
71:16

**C/O [1]**  126:5
**cabinet [1]**         77:19
**cage [1]**  44:22
**call [4]**  4:2  9:24
34:11  63:17
**called [3]**          5:4
10:12  75:9
**calling [1]**         4:23
**came [18]**           6:12
17:24  24:5  24:17
24:19  25:14  27:6
35:6  42:2  44:12
48:13  49:6  60:4
90:7  91:2  93:11
107:22  114:21
**camera [1]**          35:23
**can [52]**  11:5  13:14
17:23  18:1  24:14
36:14  47:1  48:19
49:17  49:24  50:3
51:11  52:9  56:20
56:23  57:8  57:10
59:6  60:3  60:5
60:11  60:22  60:23
65:18  66:7  68:6
68:8  68:16  68:19
69:17  73:2  73:9
73:21  77:25  92:23
95:12  96:19  99:9
99:23  101:18  101:22
102:5  103:4  110:8
113:2  116:22  116:25
118:4  120:6  120:14
120:15  121:11
**can't [25]**          14:3
28:9  39:14  40:17
43:1  45:6  63:10
64:5  85:1  86:16
87:4  87:18  88:8
90:24  91:22  92:10
92:15  96:12  99:10
101:13  101:20  103:15
108:13  108:15  116:24
**cannot [2]**          51:18
102:7
**cans [5]**  49:22  49:25
51:4  51:14  51:14
**capable [2]**         92:2
92:3
**captain [28]**        5:9
6:20  9:14  12:18
41:16  61:6  62:10
62:19  69:4  71:19
72:5  72:19  73:25
74:11  76:2  77:24
78:8  78:16  84:3
99:14  111:15  120:6
120:7  120:7  120:18
120:20  121:6  121:8
**captain's [3]**       6:12
71:7  71:8
**captained [1]**       78:3
**care [3]**  74:23  98:24
126:18
**careful [2]**         45:7
45:11
**carried [2]**         30:3
93:20
**carry [2]** 29:21  29:22

Case 0:00-cv-06022-JAL    Document 108    Entered on FLSD Docket 08/08/2001    Page 37 of 55

NARANJO vs. STEPHEN B. SMITH    CondenseIt™    case - design

case [6]    1:4    1:24
23:14    100:23    101:8
126:10
catalyst [1]    15:20
catastrophe [1]    32:20
catch [1] 104:4
cause [3] 73:9    73:9
126:13
cc [1]    126:24
cell [1]    116:8
cement [21]    41:24
42:2    42:19    53:24
54:4    54:15    65:24
66:19    67:6    79:8
79:9    83:4    83:6
96:10    102:17    106:20
107:10    107:13    109:14
111:1    111:8
certain [1]    70:15
certainly [1]    109:1
certificate [3]    124:2
125:2    125:21
certificates [1]    79:14
certify [4]    122:10
124:9    125:6    125:10
change [2]    18:20
64:16
changed [1]    64:15
changes [1]    17:10
Chapman [2]    6:9
6:24
characterize [1] 81:14
charge [2]    14:1
99:25
check [1]    36:23
checked [1]    51:22
cheerful [1]    81:21
chemist [1]    49:4
Chicago [4]    9:10
9:25    10:3    17:8
chief [1] 48:7
choice [1]    21:12
circled [1]    105:17
CIV-LENARD [2]
1:4    126:10
clarification [1] 119:8
clarity [1]    38:15
class [1] 8:14
clean [1] 50:6
clear [1] 61:22
closed [2]    14:22
14:24
club [2]    6:14    8:8
Co-Counsel [3] 2:5
2:10    2:15
Coast [3]    7:6
7:7    7:23
coastal [1]    7:23
cockpit [22]    19:2
23:16    27:22    34:11
34:20    34:25    35:4
41:24    46:8    46:11
49:23    50:7    54:10
54:12    56:10    56:11

come [7] 20:21    31:7
57:22    60:4    65:13
94:18    103:18    103:20
71:5    84:14    98:17
109:8    110:6
coming [1]    60:9
Commission [2] 122:23
124:18
communicate [2]
99:4    99:5
communicating [1]
82:9
company [12]    6:18
47:17    88:3    88:5
88:7    88:22    89:1
89:5    89:5    89:10
89:17    92:13
compartment [3]
42:10    54:25    56:5
compensation [1]
91:20
complete [3]    13:3
68:25    92:14
completely [4]    55:2
56:7    67:23    69:11
completion [1]    19:8
composite [6]    62:6
62:7    62:9    62:13
77:5    77:9
computer [1]    117:8
concern [2]    72:14
72:17
concerned [3]    72:18
119:3    126:17
conclude [2]    126:15
126:18
concluded [1]    121:21
condition [1]    33:11
conditions [1]    31:1
conducting [2]    76:6
84:10
conduit [2]    34:19
35:7
confirm [1]    33:16
confusion [1]    56:3
congregating [1]
46:8
connected [1]    125:13
consideration [1]
91:20
construct [1]    78:21
construction [5] 30:10
63:21    64:22    79:4
79:5
consulted [1]    54:5
context [1]    83:11
CONTINUED [1]
63:6
continuous [1]    68:21
continuously [1]
7:25
contractors [2]    89:25
91:7
contradict [1]    116:4
convenience [1] 126:16

conversatino [1]
4:5
conversation [10]
82:18    97:4    97:5
97:6    97:20    102:6
107:3    107:5    114:19
115:1
conversations [4]
5:1    42:8    42:15
49:12
convey [1]    115:21
conveying [1]    115:24
copied [1]    36:14
copy [6] 36:10    36:12
41:7    77:2    79:19
113:22
cords [2] 29:2    110:10
core [1]    79:4
corner [1]    65:13
106:6
correct [55]    32:18
32:21    38:18    57:8
65:16    65:25    66:2
67:23    68:3    68:4
69:1    69:7    71:17
72:21    72:22    72:25
73:10    73:18    73:24
74:5    75:10    75:13
75:20    76:4    76:8
76:9    76:11    76:15
76:17    78:22    83:13
83:14    83:16    83:17
84:25    89:12    90:4
91:15    91:16    92:20
96:6    96:15    102:18
106:15    107:20    108:1
109:2    110:5    110:18
110:20    111:17    112:12
117:18    118:20    119:12
corrected [1]    70:3
corrections [2]    122:13
123:6
correctly [2]    49:10
101:6
could [47]    6:4
16:7    17:8    19:21
22:17    27:16    32:16
37:20    38:5    56:23
57:19    57:20    59:7
59:7    59:11    61:8
67:2    67:3    67:4
67:24    69:13    70:6
70:18    78:17    82:13
87:25    89:19    97:9
102:19    102:21    104:4
104:15    105:22    105:23
107:17    108:3    108:9
108:12    109:11    109:13
111:2    112:8    112:16
112:17    112:19    115:20
118:11
couldn't [15]    11:23
20:1    22:20    22:23
26:25    29:18    29:19
63:3    67:4    72:16
75:5    98:19    103:7
105:25    108:20
counsel [4]    4:16
117:2    125:11    125:12
counsel' [1]    4:19

count [1]    77:25
counteract [1]    41:25
County [6]    48:11
48:13    122:6    124:5
125:4    125:19
couple [1]    102:11
coupled [1]    19:12
COURT [1]    1:2
covered [2]    50:14
111:3
crack [1] 56:25
cracked [1]    60:12
craft [1] 72:21
Craig [2] 4:3    4:19
crannies [1]    76:14
crawl [1]    46:11
108:24
crawling [1]    112:15
crew [7]    15:14    15:15
50:25    71:22    72:2
72:3    75:7
crew's [1]    85:13
crinkle [2]    59:12
110:17
crinkled [1]    59:3
59:4
crisis [1] 87:19
CROSS-EXAMINATION
[1]    84:1
crouched [1]    108:20
cruise [2]    10:2
15:12
cut [4]    18:10    66:12
104:10    105:2
D [2]    2:17    3:3
Dade [4] 122:6    124:5
125:4    125:19
daily [2] 20:20    21:2
date [11]    5:18    15:10
38:3    38:21    42:23
45:25    62:1    62:14
65:10    77:10    80:13
dated [3] 80:21    123:23
125:15
Dave [3] 5:9    11:7
39:11
David [9]    2:4
2:13    4:16    4:21
11:1    11:6    36:17
37:9    84:3
Davie [1]    48:13
day [38]    14:3    20:22
22:25    28:13    40:11
42:8    43:13    43:23
47:11    47:19    49:9
49:18    81:21    82:18
84:21    85:5    85:5
85:21    86:8    86:17
87:3    87:7    88:20
92:19    93:7    93:9
93:23    94:2    94:20
96:20    101:22    120:23
121:8    122:20    123:23
124:12    125:15    125:22
day-care [1]    8:10
day-to-day [1]    13:10

days [7]    14:1    18:5
22:21    49:18    76:5
84:18    103:19
DC [1]    31:15
deal [3]    14:22    89:24
117:4
dealing [3]    45:10
87:19    100:10
dealings [1]    20:24
deals [1] 43:12
Dear [1] 126:11
decide [1]    97:8
decided [8]    15:23
16:17    23:8    23:12
23:15    24:6    91:7
91:14
decision [4]    26:18
90:22    91:17    117:22
decisions [3]    16:3
17:14    53:9
deck [61] 8:15    17:1
17:5    17:6    19:3
25:13    26:25    27:18
30:4    30:9    30:19
31:22    32:10    34:1
41:18    44:14    49:18
50:13    52:23    53:9
55:1    56:6    56:19
57:6    58:10    59:24
60:8    60:13    65:23
66:1    66:3    66:4
66:19    67:6    67:8
67:20    67:22    68:2
68:14    69:10    69:10
72:15    75:7    83:3
87:14    93:4    95:14
95:22    96:5    102:16
102:21    104:7    105:12
105:18    106:20    107:11
107:20    109:6    109:25
110:23    119:21
decking [2]    42:17
66:16
Defendants [1]    1:11
defer [1] 117:25
definitely [1]    67:5
Degree [2]    8:25
9:4
delay [1] 11:12
deliver [1]    9:15
deliveries [1]    10:10
delivery [6]    9:14
14:17    15:6    28:19
30:12    76:22
Delta [1] 13:6
department [3]    21:2
47:13    48:14
depending [1]    30:25
deponent [2]    37:16
126:13
deposition [12]    1:19
1:23    4:4    4:10
4:17    4:22    10:25
37:15    121:20    126:14
126:19    126:20
depositions [1]    49:17
design [2]    17:9

Case 0:00-cv-06022-JAL    Document 108    Entered on FLSD Docket 08/08/2001    Page 38 of 55

NARANJO vs. STEPHEN B. SMITH          CondenseIt™                    designed - errands

54:6
designed [2]     23:20
24:2
designer [1]     54:6
desires [1]      118:18
desk [2] 61:22   61:23
destruction [1]  61:17
determine [1]    4:3
Detroit [1]      16:13
Detroits [1]     16:23
diameter [3]     31:11
95:7  96:13
dictate [1]      118:23
did [148] 7:1    7:7
7:12    9:2      9:18
9:18    10:10    10:11
10:15   13:3     13:5
13:19   14:4     14:21
15:2    15:5     16:9
17:9    17:11    20:6
20:17   21:6     21:10
21:19   22:10    24:15
24:22   24:25    25:18
25:24   26:21    29:7
29:7    29:10    29:21
29:21   29:23    33:25
34:2    35:6     39:2
39:5    39:10    39:18
39:24   42:1     42:3
42:6    42:8     45:4
46:4    47:2     47:7
47:21   47:25    48:2
48:4    48:14    48:20
53:13   53:16    58:6
58:11   59:13    61:11
61:12   61:13    63:8
64:25   64:25    67:7
67:9    67:17    67:19
71:2    71:5     71:22
72:14   74:18    74:19
74:24   75:4     76:21
76:23   78:14    78:15
81:1    81:10    81:18
81:24   82:3     82:8
83:2    85:18    85:20
86:13   86:17    87:14
88:13   90:13    90:14
90:18   91:1     93:24
94:6    95:8     95:21
96:2    97:5     97:19
98:21   99:2     99:4
99:4    99:5     100:19
100:20  101:2    101:9
101:10  102:8    102:11
102:13  103:10   103:23
106:14  106:16   107:9
107:19  107:21   108:25
110:21  112:3    112:21
113:14  114:1    114:5
114:8   114:9    114:17
115:6   115:9    116:3
118:10  125:7
didn't [17]      9:20
31:22   42:11    46:24
64:5    67:12    70:14
72:10   72:17    81:19
83:6    101:5    107:14
110:19  111:8    114:14
114:17
diesel [1]       73:12

different [3]    13:18
26:5    33:6
dig [1]  29:4
digital [1]      35:22
dinner [1]       10:4
dip [1]  16:19
diploma [1]      6:10
direct [3]       5:7
63:6    110:25
directly [1]     107:8
discharge [1]    35:3
discharged [1]   6:8
discovered [1]   25:10
discuss [2]      53:16
53:17
discussed [2]    26:24
48:24
discussing [2]   28:7
28:14
discussion [16]  11:3
28:3    36:3     37:12
41:10   47:4     54:3
62:17   94:15    96:20
97:12   98:7     98:10
98:15   101:16   101:19
discussions [10] 25:3
25:5    27:14    27:25
28:6    90:22    90:25
94:2    94:5     94:6
disorganized [1]
36:21
displacement [2]
41:25   54:9
DISTRICT [2]  1:2
1:2
Dixie [3]        1:14
2:18    126:6
do [151] 5:24    7:20
9:19    10:4     13:22
14:17   15:20    16:2
16:17   16:17    16:22
20:13   23:12    23:20
25:2    26:5     27:6
27:10   27:13    27:24
28:5    28:12    28:20
30:11   31:10    32:6
35:10   36:17    39:8
40:13   40:16    40:20
42:15   44:3     44:12
44:17   45:1     45:3
45:4    46:4     46:21
46:22   48:10    48:23
48:25   49:1     49:7
49:11   51:3     51:19
51:22   51:25    52:5
53:8    53:19    55:17
55:19   55:20    56:22
58:2    59:20    61:10
62:6    62:6     62:25
64:16   64:17    64:18
66:3    66:4     66:18
66:20   67:12    69:6
69:8    70:13    70:14
70:15   70:21    70:24
70:25   71:4     71:13
72:20   79:10    81:22
82:3    82:4     82:5
82:6    82:15    82:16
82:17   82:21    82:23

83:22   83:24    84:4
84:17   85:21    86:2
86:20   86:22    86:23
87:7    88:1     88:2
88:15   88:21    89:16
90:21   91:19    91:21
92:14   93:10    93:22
94:1    95:1     96:16
97:9    97:12    98:1
98:4    98:22    99:1
99:17   99:23    100:3
100:6   100:23   101:2
101:15  103:9    104:20
104:23  105:23   106:23
106:23  107:5    111:23
112:1   113:6    115:4
120:15  121:6    121:15
121:16  123:4
do't [1]  55:24
dock [2] 6:13    29:4
document [6]     77:4
77:9    80:1     80:10
80:12   81:6
documents [2]    18:2
114:5
docs [6]  10:20   45:20
46:15   52:3     79:6
88:12
doesn't [2]      117:7
117:8
doing [17]       10:9
10:15   11:25    12:2
12:3    19:21    36:25
43:24   43:25    45:9
53:18   64:10    88:23
90:20   97:10    100:13
121:12
dollar [2]       75:12
75:23
dollars [1]      75:17
don't [47]       10:20
27:11   27:12    35:19
36:2    36:5     36:18
36:24   37:2     37:5
45:14   55:14    55:22
56:3    64:6     64:7
64:16   64:21    66:23
70:15   72:24    73:4
73:7    73:14    73:17
83:10   83:14    84:6
84:12   84:13    89:18
92:24   93:19    95:8
95:10   97:18    98:23
104:25  106:9    106:10
110:24  111:15   111:20
114:20  115:18   117:16
121:13
done [43] 8:24   10:18
12:24   13:13    13:15
14:8    15:24    16:4
16:10   18:7     20:21
20:22   21:5     22:22
24:9    28:4     28:15
39:21   42:14    44:7
44:19   68:7     70:10
70:22   70:23    70:24
71:2    71:6     71:12
81:22   90:20    98:25
99:21   115:11   115:15
115:22  117:24   117:24

118:17  118:22   118:23
121:12  121:16
double-check [1]
61:23
doubler [5]      26:7
26:18   26:18    70:6
119:14
doublers [2]     27:2
114:23
doubt [2]        66:25
95:10
Doug [1] 46:14
down [58]        10:5
11:23   18:16    19:11
22:12   23:1     24:25
29:2    29:3     29:4
29:19   30:13    30:16
30:18   31:5     31:25
34:23   36:21    42:14
42:19   44:18    48:5
49:15   50:24    56:15
58:18   67:5     68:20
70:5    76:13    82:22
84:9    85:10    93:18
94:19   97:1     100:9
102:3   102:20   103:3
104:2   104:13   107:1
107:14  107:16   108:2
108:5   108:20   110:8
110:9   111:4    112:8
112:11  112:14   112:15
119:11  119:19   121:9
drain [1] 32:13
drawing [6]      62:20
63:1    64:17    65:3
65:9    66:9
drawings [5]     40:2
40:10   41:2     63:21
64:22
drill [9]  25:6   26:3
95:8    95:19    95:21
98:18   102:1    105:3
105:22
drilled [16]     25:9
94:10   94:23    95:2
96:17   96:18    104:12
105:20  106:10   109:12
111:6   111:16   111:19
111:21  114:22   119:9
drilling [2]     25:16
106:11
dryers [1]       13:6
duly [2]  5:5    124:10
during [19]      10:7
10:16   15:2     18:19
20:18   22:1     25:25
27:25   28:6     32:7
40:14   58:5     61:18
72:11   86:9     87:3
88:14   101:22   115:1
duties [2]       9:11
9:13
dynamite [1]     62:2
E [1]    3:3
E-mail [2]       117:4
117:5   117:8
each [1]  82:25
earlier [8]      30:17
43:7    81:16    105:17

106:18  109:4    110:17
115:8
earliest [1]     126:16
ears [1]  11:24
easier [2]       34:7
100:7
Easter [1]       15:9
echo [2]  59:11   107:17
echoed [3]       22:17
59:8    102:21
edge [4]  56:25   62:2
68:9    68:13
edges [2] 57:25   105:3
educational [2]  6:5
6:6
eight [4] 8:7    93:12
106:7   106:8
either [6]       25:24
31:7    48:5     51:13
114:15  118:16
electric [2]     9:4
34:18
electrical [1]   34:19
electrician [2]  22:13
electronic [3]   8:25
10:17   13:8
electronics [2]  9:5
13:8
else [14] 4:9    29:11
33:24   35:5     43:11
48:15   48:19    53:16
61:2    70:10    71:11
97:4    97:6     119:25
employ [1]       72:10
employed [2]     6:15
71:16
employee [1]     125:12
employees [1]    88:25
enchilada [1]    47:24
end [1]  35:11
endorsement [1] 7:24
engine [16]      11:23
12:1    12:4     13:7
15:19   16:13    18:15
19:9    22:9     22:13
23:10   23:11    46:3
73:8    73:9     87:13
engineer [2]     11:22
11:22
engineering [4]  8:18
8:25    9:5      10:17
engines [9]      11:25
13:4    16:16    16:22
18:13   18:17    18:22
19:10   121:14
enough [8]       26:3
30:22   94:11    94:24
96:21   96:25    102:1
107:23
entered [1]      96:8
entire [4]       63:22
86:8    86:17    103:8
entity [1]       34:25
Erie [1]  7:16
errands [2]      86:18

Case 0:00-cv-06022-JAL   Document 108   Entered on FLSD Docket 08/08/2001   Page 39 of 55

NARANJO vs. STEPHEN B. SMITH   CondenseIt™   errata - fuel

86:21

errata [3]                    3:19
122:14   123:2

Escuse [1]              25:20

even [5]   11:11    45:6
65:21   72:10   108:20

ever [30]   6:20         8:17
12:18   32:6    32:9
40:2    54:14   54:20
54:24   55:7    56:4
58:2    58:6    63:8
71:5    74:24   77:4
78:14   78:15   80:1
81:21   81:24   82:24
102:8   104:15  106:24
109:14  112:21  115:9
118:10

every [5] 29:3      76:12
80:24   99:24   106:5

everybody [5]      15:17
40:25   46:7    98:3
99:11

everyday [5]        21:10
21:15   65:1    81:20
86:10

everything [9]        7:3
10:20   19:18   27:23
33:21   33:24   43:7
50:16   64:11

evidence [5]        35:25
43:9    51:12   58:6
58:11

evolved [1]         13:17

exact [6] 33:20    83:10
83:11   95:10   105:14
119:15

exactly [10]        24:15
28:9    31:13   33:24
40:17   87:4    87:18
88:8    92:16   99:10

exam [2] 7:6         7:8

examination [6] 3:4
5:7     63:6    111:13
120:3   126:12

examined [1]        5:5

example [1]        108:3

excellent [1]      21:11

except [1]         123:6

excuses [1]        20:22

exhaust [3]        18:20
19:16   19:17

exhibit [34]        3:14
3:14    3:15
3:16    3:17
3:17    3:18    36:16
37:15   37:17   37:25
38:2    38:16   38:20
45:24   60:16   60:20
62:7    62:13   65:6
65:9    66:9    77:5
77:9    77:13   79:25
80:4    80:12   81:6
81:8    114:2   114:4

exhibits [2]        3:12
36:25

existed [1]        105:12

expected [1]       82:7

expecting [1]      36:19

experience [6]     8:4
8:5     45:10   74:10
115:4   117:17

expires [2]        122:23
124:18

Explain [1]        105:15

explaining [1]     49:13

explanation [1]    27:9

exploded [1]       59:21

exploding [1]      109:21

explosion [68]     21:24
22:5    22:14   22:19
24:23   28:13   33:25
34:3    38:8    40:1
40:11   41:16   42:7
42:12   44:13   46:3
46:4    46:5    47:10
49:8    49:24   51:3
51:13   51:14   51:17
51:20   52:1    53:10
53:11   57:3    58:10
58:25   59:10   59:15
59:19   59:24   59:25
61:15   61:18   63:2
63:9    67:8    68:2
71:15   72:8    73:10
74:4    77:25   78:9
79:11   81:10   81:25
82:2    82:19   84:19
84:22   84:24   86:14
86:16   106:14  109:18
109:24  110:14  111:17
112:4   112:20  113:14
114:6

explosive [1]      73:14

express [1]        118:18

extension [7]      34:11
41:24   50:8    54:12
56:10   56:11   65:14

extent [4]         42:22
43:18   82:17   99:3

eyes [3]   11:24    19:2
103:20

F [1]      2:4

fabricate [4]      96:25
102:1   104:19  105:1

fabricated [2]     101:9
119:14

fabricating [1]    98:8

fabrication [1]    104:8

facility [1]       20:9

fact [5]   45:4     45:7
65:21   79:15   86:13

factor [2]         73:15
91:5

fairing [1]        50:25

fairly [1]         22:15

familiar [5]       49:3
49:21   72:23   75:6
76:24

Famulari [63]      2:4
3:6     5:8     5:10
11:1    11:6    11:7
11:9    11:14   23:23
24:3    25:23   26:11
26:14   26:20   26:23
27:5    33:3    33:12
33:15   34:4    35:19

35:24   36:4    36:9
36:19   36:24   37:5
37:9    37:13   37:20
37:23   38:4    38:22
39:17   41:15   43:17
47:6    52:2    52:7
52:13   52:21   53:2
53:5    55:6    56:1
60:24   61:5    62:1
62:4    62:9    62:15
62:18   62:24   79:21
80:2    80:5    80:8
83:20   117:7

far [10]   26:17    43:23
51:9    51:11   82:13
107:15  117:23  118:16
118:21  119:3

fast [1]   15:17

Feb [2]    1:15     126:13

February [2]       14:15
14:18

Federal [1]        6:2

feel [4]   22:17    112:9
112:16  112:18

feet [3]   29:14    58:13
108:16

felt [3]   106:16  110:12
115:12

fenders [2]        29:2
29:15

few [2]    68:17   117:14

Fexas [1]          54:5

fiberglass [4]     12:19
14:7    79:4    79:4

fifteen [3]        8:13
64:14   92:7

fifty [3]  7:14    29:25
63:20

figure [1]         98:4

figured [1]        95:23

file [5]   77:19   79:14
92:2    92:5    126:19

filed [1]  1:23

fill [4]   50:6    80:23
80:25   81:1

final [1]  71:1

finally [1]        93:15

financially [1]    125:13

find [3]   24:14   122:12
123:5

fine [2]   27:11   81:18

finish [3]         19:21
113:1   113:7

finished [2]       12:14
106:11

fire [8]   44:23   45:2
45:5    45:8    47:13
48:7    48:7    48:13

FIRM [1]           2:12

first [17] 5:5     6:18
6:18    7:10    8:1
9:6     9:9     9:12
14:3    17:19   21:4
21:9    27:19   54:8
86:23   86:25   87:2

fishing [1]        34:21

fit [3]    104:10  105:4
105:5

five [3]   7:24    18:10
34:6

fixed [2] 34:2     79:17

Fla [3]    1:15     2:18
126:6

Flagler [1]        2:8

flammable [4]      30:13
30:15   50:4    118:12

fledge [1]         46:17

float [3] 31:6     33:1
38:12

floats [1]         32:16

floor [17]         41:18
56:14   59:2    60:5
60:8    67:13   93:4
95:19   95:21   102:22
105:24  106:10  107:14
107:15  110:16  112:9
119:16

Florida [5]        1:2
1:22    2:5     2:9
6:3     6:10    48:11
84:10   87:24   92:4
116:23  122:5   122:22
124:4   124:17  125:3
125:18  126:2

flush [3] 66:19    107:10
107:13

fly [5]    9:24     9:24
17:6    17:10   31:8

folders [1]        63:18

follow [1]         113:2

follow-up [1]      117:14

follow-ups [1]     111:12

follows [2]        4:6
5:6

foot [7]   6:15     9:8
10:12   12:17   18:10
79:3    87:10

footer [1]         13:1

for [103]  1:22     3:13
4:4     4:16    5:14
6:14    6:19    6:19
9:10    9:12    9:19
10:4    10:5    10:11
10:16   11:12   13:7
17:6    17:16   24:11
25:8    25:18   25:19
27:23   28:2    29:1
29:7    29:10   29:13
29:24   30:2    33:9
34:21   36:15   38:2
38:15   38:21   40:14
43:7    45:4    45:6
45:25   46:9    47:5
48:5    52:23   54:15
55:8    60:7    60:13
60:21   62:13   62:15
63:22   65:9    70:20
70:23   71:13   72:11
72:20   74:19   75:15
76:5    77:10   79:14
80:12   81:17   81:23
84:23   84:24   84:18
85:15   86:19   88:3
88:5    88:19   90:5

92:6    92:17   93:3
94:12   95:4    95:9
97:16   98:6    99:24
99:25   100:7   104:2
106:2   106:4   109:9
112:5   114:20  116:15
119:7   119:18  120:5
120:8   120:21  122:22
123:6   126:17

fore [1]   8:15

foregoing [3]      122:11
125:8   125:21

foreman [4]        21:1
99:22   100:17  100:21

foremost [1]       87:21

foreseen [1]       104:15

forgive [1]        90:9

form [18]          24:2
26:13   43:16   53:1
55:4    66:21   69:2
69:25   73:1    73:19
97:24   99:18   101:3
104:22  114:7   116:5
120:10  120:16

Formal [1]         8:21
8:22

former [1]         76:1

Fort [5]   6:2     9:3
9:15    15:7    72:12

forth [1]  122:14

forward [3]        35:11
35:16   57:25   66:10
66:14

found [2]          58:19
98:18

four [18] 6:25     18:5
18:23   20:11   20:12
29:25   32:1    60:11
60:14   64:7    75:20
76:25   83:12   86:5
95:3    95:13   95:17
106:1

frame [1]          57:19

framing [1]        53:24

Frank [2]          4:5
4:7

free [1]   80:6

freed [2] 79:11    79:12

from [41]          4:9
4:18    6:10    8:25
9:15    10:1    14:10
15:8    17:1    17:18
18:1    18:20   20:9
23:11   24:17   24:24
26:24   27:7    28:20
34:2    34:6    36:10
37:15   41:22   44:17
47:8    48:13   56:15
58:22   59:23   60:8
60:12   85:2    85:10
85:12   87:16   90:14
90:23   93:4    104:17
107:15

front [2] 30:8     91:25

fuel [9]   19:13   30:2
34:12   54:22   79:7
79:13   79:16   79:17
102:12

Case 0:00-cv-06022-JAL    Document 108    Entered on FLSD Docket 08/08/2001    Page 40 of 55

NARANJO vs. STEPHEN B. SMITH    Condenselt™    full - Highway

**full** [5] 5:14 46:17 63:4 72:12 87:16
**full-time** [3] 9:21 12:18 72:10
**fumes** [1] 118:13
**further** [2] 125:10 126:20
**future** [1]
**gap** [2] 67:3 83:7
**gas** [4] 79:11 79:12 80:5 118:12
**gases** [3] 72:24 73:7 73:18
**gasoline** [2] 58:21 73:18
**gate** [3] 91:24 91:25 92:1
**gave** [2] 46:23 110:11
**gear** [1] 23:18
**geared** [1] 7:5
**general** [1] 99:13
**generalizations** [1] 83:10
**generally** [2] 11:19 92:6
**generator** [1] 18:14
**generators** [1] 16:25 18:17 87:14
**gentleman** [1] 25:15
**George** [1] 91:25
**get** [31] 13:13 18:1 20:6 20:21 20:22 29:4 30:18 32:19 36:14 44:5 46:17 46:21 46:22 47:1 47:5 50:6 53:19 56:2 60:23 64:15 86:18 87:6 91:24 99:20 99:22 100:16 100:20 101:11 104:3 108:22 109:13
**gets** [3] 13:13 100:5 121:16
**getting** [6] 7:5 58:7 58:12 87:24 102:2 114:19
**gist** [3] 83:15 87:6 107:5
**give** [10] 5:14 6:4 7:2 7:13 36:23 37:7 47:25 48:2 91:20 112:16
**giving** [2] 83:9 83:15
**glass** [1] 19:6
**go** [37] 5:16 9:2 15:5 15:17 17:18 19:20 20:20 24:22 24:25 31:22 32:12 34:23 39:2 39:24 41:8 41:13 47:21 65:3 65:4 83:25 91:7 96:5 97:9 99:21 100:8 100:8 100:16 100:20 101:11 103:14 105:6 105:9 111:8 113:6 120:6

121:9 121:10
**God** [1] 75:1
**going** [38] 10:16 10:22 11:7 11:9 12:8 15:23 16:4 16:14 16:18 16:21 16:23 17:15 19:1 23:1 24:6 25:6 26:7 27:1 27:15 27:19 28:20 29:6 43:2 46:16 58:16 62:19 70:13 75:25 77:2 79:19 90:11 95:1 98:4 104:1 105:23 106:12 116:18 119:15
**gone** [4] 18:4 20:8 32:23 89:7
**good** [2] 53:2 53:4
**goodbye** [1] 4:13
**got** [19] 6:12 8:1 24:24 29:18 32:9 33:3 36:9 58:2 65:21 71:1 85:22 92:18 93:9 100:25 111:4 111:11 114:3 120:5 121:7
**gotten** [1] 11:11
**grabbed** [1] 61:22
**graudated** [1] 6:7
**Great** [2] 8:4 8:5
**green** [1] 50:3
**grew** [1] 7:16
**Grip** [1] 50:3
**guard** [4] 7:6 7:8 7:23 91:24
**guess** [4] 31:13 65:6 102:19 108:19
**guessing** [1] 95:3
**gutted** [1] 18:15
**guy** [5] 25:7 41:22 48:17 49:5 100:7
**guy's** [2] 39:14 47:18
**guys** [6] 11:24 46:9 82:21 91:4 93:21 104:4
**habit** [1] 116:2
**had** [115] 7:18 7:25 8:17 8:17 8:24 8:24 16:5 17:4 17:7 18:4 18:19 18:23 18:24 19:11 19:12 19:14 19:20 21:2 21:12 22:24 23:9 24:12 25:4 26:24 27:22 28:2 28:4 28:23 29:4 29:14 31:4 31:5 31:8 32:22 40:2 40:24 44:5 44:18 44:20 44:23 47:13 47:15 47:23 50:4 50:5 51:14 54:15 54:21 54:25 56:5 56:6 56:10 58:5 58:21 58:23 59:16 63:12 64:3 69:10 71:12 75:3 76:12

78:16 79:10 79:15
79:15 79:17 82:1
83:5 85:15 87:13
89:4 91:4 91:19
92:14 93:6 93:15
93:19 94:19 95:2
95:18 95:21 95:24
96:20 96:24 97:7
97:8 97:15 97:16
98:7 98:10 98:17
99:11 99:23 101:25
102:6 103:4 103:5
103:7 104:16 105:1
105:2 105:2 105:3
105:4 105:5 108:22
108:23 109:19 113:17
113:21 113:22 114:20
115:14 119:20
**half** [10] 6:14 15:18 18:10 25:12 27:3 27:18 74:17 75:23 104:10 108:16
**hand** [4] 77:2 79:19 79:20 124:11
**handed** [1] 61:7
**handle** [2] 27:9 90:15
**handled** [1] 67:18
**hands** [5] 108:23 115:10 115:15 115:21 116:2
**handwriting** [3] 81:2 81:5 81:9
**happen** [8] 16:7 16:8 45:1 82:22 99:2 99:6 100:20 105:25
**happened** [13] 14:11 22:11 22:25 33:21 44:11 46:6 47:13 49:14 49:14 92:10 92:24 101:12 104:14
**happens** [2] 120:8 120:21
**hard** [1] 43:2
**has** [11] 43:6 52:6 65:21 70:11 79:21 80:2 80:24 89:23 126:14 126:18 126:19
**hatches** [7] 30:18 34:1 34:6 34:7 34:8 44:14 112:14
**haul** [1] 18:1
**have** [181] 5:24 6:19 7:9 7:22 7:25 8:2 9:22 10:22 11:6 11:17 12:18 13:14 15:10 16:18 16:22 20:8 20:18 20:25 21:5 21:13 23:9 24:9 24:21 25:4 26:2 26:4 28:1 28:2 30:5 31:21 33:3 35:9 35:21 35:24 36:10 36:12 39:5 39:15 40:12 41:20 42:8 42:18 43:7 43:8 43:25 44:3 44:4 44:5 44:6

44:16 44:24 45:5
48:12 48:22 49:19
50:12 51:8 51:25
52:3 52:4 52:5
54:14 54:20 54:24
55:7 55:10 55:14
56:3 56:4 56:5
56:9 59:11 59:13
59:20 60:24 61:14
63:4 64:14 66:25
67:12 67:16 67:18
70:2 70:8 70:9
70:10 70:11 70:24
71:22 72:17 73:14
73:17 73:21 74:2
77:4 77:6 77:12
77:24 78:15 79:6
80:1 80:22 80:23
81:10 81:24 82:8
83:19 83:20 83:22
84:7 85:23 86:17
87:5 87:20 89:7
89:23 90:10 90:19
91:23 91:25 92:1
92:1 92:23 92:24
93:1 93:11 94:6
95:4 96:16 96:23
97:8 97:15 97:20
98:3 98:10 98:16
99:19 99:20 99:21
103:2 104:15 104:20
106:6 106:23 106:25
107:12 110:25 111:3
111:5 111:9 111:18
112:5 112:11 113:16
113:22 114:2 114:12
114:13 114:22 114:25
115:4 115:9 115:20
116:8 116:12 117:5
117:7 117:8 117:16
117:24 118:4 118:7
118:10 118:11 119:20
119:20 119:20 119:25
121:12 122:11 123:5
**haven't** [3] 11:10 37:10 52:16
**having** [9] 5:5 34:6 42:15 43:5 45:7 49:11 94:2 96:21 101:15
**hawse** [2] 19:2 103:20
**he** [111] 4:18 4:22 9:8 9:16 9:21 9:22 9:22 9:23 9:24 11:22 11:23 12:17 14:13 14:14 14:17 14:21 15:13 15:16 16:6 16:9 17:5 21:10 25:8 25:9 25:9 25:18 25:19 26:21 28:1 28:3 39:5 40:21 42:19 43:25 46:10 46:15 46:16 46:19 46:20 48:10 48:12 48:18 49:4 49:9 52:6 55:9 55:9 67:21 67:23 72:12 75:11 75:19 75:25 76:1 76:16 79:17 81:18 81:18 81:21 81:22 82:3 82:5

82:11 82:14 82:23
82:24 83:2 88:4
88:5 88:12 88:12
88:13 88:18 88:23
89:6 89:6 90:7
91:1 91:2 93:24
94:9 95:9 97:8
97:15 97:16 98:19
98:25 99:1 100:5
100:24 101:2 102:2
102:11 102:13 103:5
103:7 103:16 103:18
103:19 104:13 105:1
105:2 105:2 105:3
105:4 105:5 107:4
110:24 115:12 117:3
117:8
**He'd** [1] 10:21
**head** [1] 24:10
**Heakon** [1] 47:18
**hear** [3] 11:5 101:5 107:17
**heard** [3] 22:14 106:17 106:22
**hearsay** [1] 99:7
**hell** [1] 46:6
**helmsman** [1] 8:15
**help** [1] 67:7
**helped** [1] 16:3
**helping** [1] 11:21 46:11 78:20
**Henry** [43] 1:6 5:11 14:4 21:6 21:10 21:13 28:4 28:5 28:8 42:9 42:16 42:24 43:10 43:23 44:20 46:11 70:4 79:24 81:11 81:20 81:25 82:1 92:22 97:11 99:4 99:5 100:24 101:11 101:10 101:16 102:8 103:4 107:3 110:21 111:15 111:21 112:21 113:15 114:1 115:9 115:11 115:22 118:5
**her** [1] 33:11
**here** [27] 11:2 16:23 17:16 34:7 36:21 38:11 38:13 43:5 50:13 55:1 56:19 57:14 57:16 60:6 60:12 65:3 65:3 66:7 68:17 71:9 74:8 84:7 84:9 90:2 98:23 111:20 116:20
**hereby** [2] 122:10 123:4
**hereto** [1] 122:14
**hey** [2] 98:22 99:20
**high** [6] 6:7 32:21 32:24 38:13 42:1 108:17
**higher** [1] 27:19
**highly** [1] 90:7
**Highway** [4] 1:14 2:18 6:2 126:6

**NARANJO vs. STEPHEN B. SMITH**    CondenseIt™    him - in

**him** [44] 9:10 10:1
10:6 14:2 21:3
37:3 37:25 38:25
39:3 42:19 44:3
46:21 46:22 49:7
49:12 49:14 55:12
66:23 79:24 81:17
82:3 82:6 82:7
82:9 82:11 82:14
82:18 83:4 88:19
92:15 93:13 98:25
99:22 100:3 100:8
103:10 104:18 104:21
107:12 107:13 110:25
113:1 116:24 120:14

**hire** [5] 89:19 90:6
90:22 91:14 121:14

**hired** [8] 9:8 9:14
10:11 89:4 89:17
89:22 90:3 91:11

**his** [31] 6:20 9:8
9:9 9:22 10:1
11:22 11:24 12:18
13:14 15:13 15:17
16:5 24:13 24:14
25:15 43:13 44:5
46:13 46:23 71:19
76:2 81:15 81:22
88:19 92:13 93:15
100:8 100:9 113:1
120:8 120:22

**history** [1] 6:5

**hold** [7] 7:21 29:4
33:23 46:21 46:22
72:20 96:22

**hole** [7] 18:11 18:21
18:21 46:12 58:20
95:11 107:17

**holes** [38] 25:9
25:16 94:10 94:23
95:2 95:4 95:6
95:8 95:13 95:16
95:17 95:18 96:2
96:4 96:13 96:17
96:18 98:18 104:12
105:3 105:5 105:12
105:21 105:22 106:1
106:7 106:8 107:19
107:22 108:3 108:9
108:12 109:1 111:6
111:19 114:22 119:9
119:21

**home** [1] 120:6

**Honorably** [1] 6:8

**hooked** [3] 19:14
19:16 19:17

**Hopefully** [1] 116:20

**horse** [1] 29:25

**horsepower** [2] 18:22
19:1

**hose** [1] 23:13

**hoses** [1] 24:7

**hot** [4] 28:15 42:14
88:1 88:1

**hour** [1] 47:16

**hours** [2] 86:9 104:19

**how** [59] 6:24 12:5
12:20 14:24 15:17
17:14 17:22 20:4

24:6 24:7 24:15
27:14 27:14 32:13
40:25 42:1 46:21
46:22 51:23 53:9
57:15 63:19 64:18
67:3 69:14 70:20
70:20 74:15 74:21
77:24 78:11 81:14
83:6 87:7 89:24
92:13 93:6 95:2
95:6 95:23 96:13
98:4 99:2 99:5
99:10 99:24 101:12
101:18 106:9 107:14
107:15 108:22 109:8
110:6 111:24 112:1
118:21 121:14 121:15

**however** [4] 16:7
53:18 101:16 126:18

**hull** [3] 12:11 58:15
58:19

**hundred** [9] 7:18
7:22 7:24 63:20
72:21 75:20 110:9
110:10 110:11

**hurt** [1] 11:22

**hydraulic** [15] 17:7
17:18 23:2 23:8
23:10 23:13 23:25
28:14 34:15 70:7
87:15 88:13 88:24
90:16 90:17

**hydraulics** [7] 8:18
24:11 88:12 88:13
90:8 90:19 104:4

**hypothetically** [1]
57:24

**I** [456] 3:3 4:7
4:16 4:24 4:24
5:10 5:16 6:10
6:7 6:9 6:10
6:17 6:19 7:10
7:14 7:16 7:17
7:18 7:22 8:2
8:7 8:7 8:11
8:13 8:13 8:24
8:24 9:1 9:13
9:20 9:24 10:1
10:5 10:10 10:10
10:11 10:15 10:15
10:16 10:22 11:2
11:6 11:9 11:21
11:23 12:16 12:17
14:3 14:6 14:21
14:21 17:24 17:25
20:11 20:24 21:2
21:11 21:12 21:13
21:16 21:18 21:18
21:19 21:21 21:25
22:7 22:9 22:12
22:13 22:20 22:23
22:23 22:24 24:4
24:14 24:19 24:20
24:25 24:25 25:12
25:22 26:15 26:16
26:20 27:2 27:8
27:12 27:12 28:9
28:17 28:23 29:1
29:4 29:6 29:16
29:17 31:20 31:20
33:3 33:4 33:15
35:1 35:8 35:8

35:19 36:2 36:9
36:12 36:12 36:18
36:22 36:22 37:14
37:17 39:10 39:14
40:17 41:20 41:20
42:3 42:6 42:11
42:18 42:18 42:20
42:22 43:1 43:13
43:22 43:22 44:4
44:21 45:3 45:6
46:22 46:23 46:23
46:24 47:1 47:2
47:5 48:2 48:12
48:19 48:25 49:3
49:9 49:10 49:14
49:24 50:2 51:6
51:7 51:11 51:18
52:4 52:5 52:19
53:13 53:15 53:17
53:19 53:24 55:4
55:4 55:5 55:13
55:19 55:19 55:22
55:24 56:2 56:9
56:20 57:14 58:4
58:8 58:18 59:16
60:24 61:10 61:12
61:19 61:22 62:19
62:21 62:22 63:3
63:10 63:10 63:20
64:2 64:5 64:5
64:7 64:13 64:14
64:21 64:23 64:24
64:25 65:2 65:2
65:5 65:24 66:4
66:20 66:25 66:25
67:1 67:4 67:10
67:24 68:5 69:8
69:14 69:17 69:19
70:3 70:8 70:23
70:23 70:24 71:1
71:5 71:8 71:9
71:12 71:13 72:9
72:9 72:17 72:17
74:20 74:22 75:5
75:5 75:6 75:7
75:17 75:24 77:2
77:6 78:2 78:7
78:18 78:19 78:24
79:19 79:20 79:24
80:8 81:8 81:16
81:16 82:1 82:6
82:13 82:13 82:14
82:16 82:20 82:25
83:4 83:5 83:6
83:14 83:14 83:18
83:24 84:4 84:6
84:6 84:9 84:10
84:12 84:17 84:20
85:1 85:1 85:2
85:3 85:3 85:4
85:9 85:12 85:13
85:16 85:20 85:23
86:4 86:9 86:11
86:15 86:16 86:16
86:17 86:22 86:25
87:2 87:4 87:6
87:9 87:11 87:18
87:19 87:24 87:25
88:2 88:4 88:8
88:15 88:18 88:19
89:7 89:18 89:22
90:2 90:9 90:9
90:16 90:24 90:25
91:3 91:13 91:19

91:22 92:10 92:15
92:15 92:16 92:24
93:1 93:6 93:14
93:17 93:19 93:20
93:24 93:24 94:22
94:22 94:24 95:3
95:8 95:8 95:9
95:10 95:15 95:16
95:18 96:1 96:3
96:12 97:7 97:12
97:18 97:19 98:2
98:22 98:23 99:10
99:12 99:19 99:19
100:5 100:9 100:22
101:3 101:5 101:13
101:20 101:24 102:7
102:14 102:19 103:2
103:7 103:15 103:18
103:25 104:9 104:17
104:25 105:1 105:10
106:9 106:10 106:16
106:16 106:17 106:21
106:22 106:22 106:25
107:8 107:12 107:13
107:14 107:21 108:19
108:19 108:25 109:14
109:10 109:18 109:19
109:23 109:24 110:2
110:8 110:24 110:25
111:3 111:9 111:23
111:25 112:5 112:19
113:4 113:6 113:13
113:24 114:3 114:8
114:22 114:24 115:2
115:3 115:12 115:15
115:23 116:2 116:9
116:14 116:20 116:25
117:9 118:19 119:6
119:25 120:13 120:23
121:10 121:11 121:13
121:14 122:10 122:11
123:4 123:5 124:8
125:5 125:6 125:10

**I'd** [1] 7:9

**I'll** [3] 36:23 61:22
120:15

**I'm** [2] 28:1 55:11

**I've** [2] 111:11 120:5

**I-beam** [1] 60:11

**idea** [8] 19:19 24:5
26:6 27:6 106:25
115:21 115:24 119:10

**identification** [9]
3:13 38:3 38:21
45:25 60:21 62:13
65:10 77:10 80:13

**if** [83] 11:5 14:5
14:17 16:21 17:23
20:2 21:11 21:12
27:11 27:24 28:9
28:12 30:11 31:20
32:6 36:23 40:13
40:18 40:18 40:21
42:13 43:23 46:22
47:2 48:10 48:15
49:10 51:4 51:22
54:15 55:24 57:23
58:2 60:6 60:25
61:1 61:8 62:25
63:10 64:5 64:12
65:3 65:5 65:12

66:25 67:21 68:21
68:24 69:9 69:13
69:21 73:8 75:6
77:4 79:10 81:17
84:12 86:16 88:18
92:10 92:22 92:24
93:22 93:24 95:10
100:24 101:2 106:24
107:4 108:2 108:5
108:11 108:25 109:14
110:21 110:24 111:15
111:21 114:12 114:21
116:3 120:14 126:18

**ignitable** [1] 118:12

**III** [2] 6:17 6:17

**imagine** [4] 63:21
75:24 82:21 93:20

**in** [285] 1:22 1:23
4:23 4:25 6:7
6:8 6:10 6:13
6:18 7:9 7:12
7:16 7:16 8:1
8:11 8:12 8:25
9:3 9:4 9:9
9:17 9:21 9:23
10:19 11:18 11:20
11:23 12:4 12:5
12:9 13:11 13:18
13:25 14:1 14:9
14:11 14:15 14:18
15:6 15:9 15:13
16:1 16:23 17:8
17:10 17:13 18:5
18:11 19:2 19:6
19:7 19:11 19:15
20:3 20:4 21:17
21:21 22:3 22:9
22:13 22:22 23:5
23:10 23:14 23:15
23:16 23:25 24:7
24:18 24:25 25:8
27:2 27:13 27:19
27:21 28:14 28:15
28:21 28:23 29:4
29:11 30:7 30:8
30:13 30:22 31:3
31:5 31:7 31:21
32:2 32:9 32:10
32:12 32:15 32:19
32:22 33:2 33:11
33:20 33:20 33:23
34:9 34:10 35:4
35:6 37:21 40:1
40:15 41:21 42:2
42:9 42:17 42:24
43:13 43:19 43:24
44:8 44:21 44:23
45:5 45:10 45:17
46:2 46:18 46:20
47:21 48:4 49:16
49:23 49:24 50:2
50:7 50:24 51:5
51:20 51:23 52:14
52:22 52:23 53:6
53:9 53:14 53:24
54:1 54:8 54:12
54:21 56:5 56:23
58:3 58:12 58:14
58:21 59:1 59:19
60:3 60:5 63:16
63:19 64:1 64:24
64:25 65:21 67:7
67:10 67:24 68:7

**NARANJO vs. STEPHEN B. SMITH**   CondenseIt™   **INC - Kallen**

| | | |
|---|---|---|
| 68:12 | 68:17 | 68:23 |
| 70:5 | 70:6 | 70:14 |
| 71:5 | 71:6 | 72:12 |
| 72:24 | 73:11 | 74:10 |
| 74:15 | 74:16 | 74:18 |
| 75:2 | 75:20 | 76:13 |
| 77:19 | 77:19 | 78:11 |
| 78:14 | 78:25 | 81:2 |
| 83:6 | 83:7 | 84:9 |
| 84:10 | 85:12 | 85:13 |
| 85:14 | 85:22 | 86:5 |
| 86:6 | 86:13 | 86:18 |
| 87:16 | 88:10 | 88:14 |
| 90:13 | 90:18 | 91:1 |
| 91:2 | 91:5 | 91:23 |
| 91:24 | 92:3 | 92:10 |
| 93:12 | 93:20 | 94:11 |
| 94:18 | 94:19 | 94:22 |
| 95:3 | 95:6 | 95:13 |
| 96:8 | 96:13 | 97:1 |
| 97:5 | 97:6 | 98:16 |
| 100:23 | 101:8 | 102:3 |
| 102:16 | 103:5 | 103:10 |
| 103:16 | 103:16 | 103:18 |
| 103:20 | 103:25 | 104:3 |
| 104:13 | 105:11 | 105:13 |
| 105:13 | 105:17 | 106:1 |
| 106:5 | 106:9 | 106:19 |
| 106:24 | 107:19 | 108:2 |
| 108:7 | 108:11 | 108:13 |
| 108:20 | 108:22 | 109:9 |
| 109:10 | 109:12 | 110:16 |
| 111:2 | 111:4 | 112:4 |
| 112:15 | 115:6 | 116:2 |
| 116:14 | 116:18 | 117:20 |
| 118:14 | 118:22 | 119:6 |
| 119:15 | 119:16 | 119:21 |
| 120:11 | 120:14 | 120:23 |
| 122:22 | 125:14 | 126:9 |
| | 126:13 | |

**INC** [2]  1:10   126:1
**inch** [11]  18:20   18:21
25:12   25:12   27:3
27:18   29:14   31:14
60:11   68:7   104:10
**inches** [2]   32:1
60:14
**incident** [6]   8:16
47:8   47:9   92:11
101:13   104:4
**including** [1]   122:12
**increase** [1]   18:24
**increased** [1]   18:25
**indeed** [1]   42:13
**indicate** [1]   115:10
**indicated** [1]   112:7
**indicative** [1]   69:1
**information** [3]  56:2
93:14   114:15
**initially** [2]   16:10
119:10
**inland** [1]   7:14
**inside** [2]   16:16
22:16
**inspected** [1]   76:10
**inspecting** [1]   28:21
**installation** [2]   19:9
88:23
**installed** [1]   19:10

**installing** [2]   90:17
121:14
**instance** [1]   115:20
**instruct** [1]   55:15
**instructed** [2]   70:4
82:6
**instructing** [1]   55:12
**instructions** [2]  71:7
71:8
**instructs** [1]   55:9
**insurance** [4]   47:15
47:17   48:17   92:1
**intact** [1]   51:10
**intake** [1]   31:11
**interaction** [1]   20:17
**interested** [1]   125:14
**into** [36]  14:25   19:20
19:20   20:10   24:22
25:6   25:11   26:4
26:8   26:17   26:25
27:2   29:3   32:13
35:25   41:24   43:8
58:20   80:23   80:24
93:18   94:10   94:12
94:12   95:19   95:21
105:6   107:16   107:23
108:24   111:8   111:16
111:21   112:8   112:12
119:11
**investigation** [1]
47:22
**investigator** [2]  47:16
48:7
**invoices** [1]   43:19
**involved** [12]   12:5
12:9   16:1   17:13
27:13   52:14   52:22
53:6   53:14   64:25
67:10   91:5
**involvement** [5] 11:20
12:4   12:15   13:11
23:5
**is** [176]   4:9   4:11
4:17   4:19   5:2
5:9   5:18   6:1
6:21   7:3   7:5
9:16   11:7   12:20
13:8   14:13   15:11
24:14   24:15   25:9
25:11   26:4   27:11
28:4   29:6   32:3
32:13   33:23   34:14
35:14   37:14   38:9
38:13   41:7   41:21
43:2   43:5   43:6
43:11   43:19   44:6
44:20   45:22   46:16
46:19   46:20   47:17
49:4   49:20   49:25
50:5   53:2   54:1
54:7   56:13   57:5
57:8   57:15   57:16
57:23   58:25   60:8
60:9   60:12   60:16
61:1   61:17   61:24
64:20   64:21   65:3
65:16   66:8   66:9
66:10   67:23   68:5
68:14   68:16   68:19

| | | |
|---|---|---|
| 68:24 | 69:1 | 69:6 |
| 69:12 | 69:13 | 70:9 |
| 70:19 | 71:17 | 72:25 |
| 73:7 | 73:11 | 73:12 |
| 73:17 | 75:12 | 75:12 |
| 76:2 | 76:8 | 76:17 |
| 76:25 | 78:25 | 79:2 |
| 79:3 | 80:5 | 80:9 |
| 80:15 | 81:1 | 81:3 |
| 81:4 | 81:9 | 83:16 |
| 83:18 | 84:3 | 84:25 |
| 85:10 | 88:12 | 89:5 |
| 89:6 | 89:10 | 90:1 |
| 90:25 | 91:6 | 91:11 |
| 91:15 | 92:5 | 92:9 |
| 92:16 | 93:4 | 94:9 |
| 94:13 | 95:23 | 95:24 |
| 96:5 | 96:15 | 97:16 |
| 97:19 | 98:6 | 99:1 |
| 99:2 | 99:3 | 99:24 |
| 100:4 | 100:11 | 100:13 |
| 100:17 | 101:1 | 101:12 |
| 103:9 | 104:18 | 105:23 |
| 105:25 | 106:15 | 107:20 |
| 108:22 | 109:1 | 109:23 |
| 111:9 | 112:25 | 113:14 |
| 113:25 | 114:23 | 115:25 |
| 116:1 | 116:10 | 116:22 |
| 117:21 | 119:6 | 119:10 |
| 119:13 | 120:20 | 121:1 |
| 121:10 | 121:15 | 121:18 |
| 125:9 | 125:22 | 126:14 |

**isn't** [2]   120:7   120:20
**isolation** [1]   18:14
**issued** [3]   76:16
76:16   76:19
**it** [295]   7:3   7:5
7:9   8:9   9:6
12:13   12:16   12:25
13:12   13:17   13:17
13:17   13:19   13:25
14:1   14:24   14:24
14:25   15:7   15:14
15:22   16:1   16:6
16:7   16:8   16:13
16:14   16:15   16:16
16:17   17:4   17:8
17:20   17:21   17:22
17:24   18:8   18:9
19:19   20:4   20:5
20:6   20:7   20:11
20:15   20:22   21:11
21:17   21:19   21:21
22:1   22:3   22:3
22:17   22:25   23:7
24:15   25:13   26:6
26:25   27:10   27:21
29:1   29:7   29:10
29:12   29:18   29:23
29:25   30:9   30:17
30:24   31:4   31:23
31:25   32:14   33:6
33:6   33:21   33:25
34:11   35:4   35:15
36:6   38:9   39:10
40:25   42:13   42:22
43:2   44:9   44:10
44:21   45:6   47:5
49:25   50:12   52:17
53:17   53:19   53:19
53:20   53:23   54:7
54:8   55:5   55:13
56:7   56:13   56:14

| | | |
|---|---|---|
| 56:17 | 56:18 | 56:21 |
| 56:21 | 57:5 | 57:16 |
| 57:17 | 57:20 | 57:20 |
| 57:21 | 57:23 | 57:24 |
| 59:5 | 59:7 | 59:8 |
| 59:8 | 59:9 | 59:12 |
| 59:17 | 59:18 | 59:24 |
| 60:3 | 60:9 | 60:10 |
| 60:11 | 60:12 | 60:13 |
| 60:13 | 63:11 | 64:12 |
| 65:4 | 65:6 | 65:13 |
| 65:21 | 66:1 | 66:5 |
| 66:7 | 66:13 | 66:15 |
| 67:2 | 67:5 | 67:11 |
| 67:25 | 68:17 | 68:21 |
| 69:14 | 69:16 | 69:18 |
| 69:19 | 69:22 | 69:23 |
| 70:4 | 70:11 | 70:11 |
| 70:15 | 70:25 | 70:25 |
| 71:6 | 71:11 | 71:13 |
| 72:11 | 72:14 | 72:17 |
| 72:18 | 73:9 | 75:11 |
| 76:24 | 76:25 | 77:5 |
| 77:14 | 77:15 | 77:18 |
| 77:19 | 79:6 | 79:19 |
| 79:20 | 81:3 | 81:8 |
| 81:22 | 82:21 | 82:22 |
| 85:3 | 85:11 | 85:14 |
| 86:7 | 87:4 | 88:1 |
| 88:8 | 88:9 | 90:1 |
| 90:5 | 90:13 | 90:23 |
| 90:25 | 92:10 | 93:17 |
| 94:23 | 94:24 | 94:25 |
| 95:24 | 96:20 | 96:25 |
| 97:16 | 98:4 | 98:6 |
| 98:19 | 99:1 | 99:3 |
| 99:5 | 99:10 | 99:25 |
| 100:6 | 100:6 | 100:11 |
| 101:8 | 101:12 | 101:23 |
| 101:24 | 102:2 | 102:2 |
| 102:3 | 102:21 | 102:21 |
| 103:1 | 103:1 | 103:2 |
| 104:2 | 104:3 | 104:9 |
| 104:12 | 104:12 | 104:13 |
| 104:18 | 104:20 | 105:1 |
| 105:2 | 105:5 | 105:9 |
| 105:13 | 106:12 | 106:16 |
| 106:16 | 106:17 | 106:1 |
| 107:12 | 107:13 | 107:15 |
| 107:17 | 107:17 | 107:22 |
| 109:9 | 109:11 | 109:11 |
| 109:18 | 109:19 | 109:20 |
| 110:7 | 110:11 | 110:24 |
| 111:3 | 111:7 | 112:12 |
| 112:13 | 112:15 | 112:16 |
| 112:16 | 112:18 | 113:11 |
| 114:17 | 116:1 | 116:4 |
| 116:10 | 117:22 | 118:5 |
| 118:19 | 118:23 | 119:13 |
| 120:15 | 120:20 | 121:11 |
| 121:12 | 121:16 | 121:17 |
| 121:18 | 123:5 | |

**it's** [9]   56:24   75:9
80:21   81:9   91:13
108:16   115:23   120:11
121:9
**its** [2]   34:25   89:10
**itself** [3]  40:8   103:17
104:8
**J** [1]   4:5
**Jack** [1]   5:17
**January** [3]   7:10

| | | |
|---|---|---|
| 37:22 | 37:23 | |

**job** [20]  14:4   19:22
20:14   20:15   28:8
44:6   44:10   81:22
87:16   88:21   91:3
91:4   91:23   92:14
97:17   99:24   103:23
104:2   117:21   121:16
**jobs** [1]   87:11
**Joe** [1]   13:25
**John** [13] 1:19   2:17
5:4   5:16   33:3
45:15   117:7   122:10
122:17   123:4   123:21
124:9   126:5
**Johnson** [8]   1:10
2:15   4:17   14:14
14:15   41:23   84:4
87:10
**Join** [1]   104:24
**joined** [2]   6:7
10:24
**Julio** [7] 1:21   124:16
125:5   125:17   125:22
126:1   126:23
**July** [17] 40:1   59:19
85:4   85:4   85:19
85:21   86:3   86:12
86:21   86:24   87:8
87:22   88:16   102:23
103:6   103:11   117:20
**jump** [1] 112:11
**jumped** [7]   46:10
58:18   59:8   102:20
103:3   107:16   112:8
**June** [1] 122:23
**JURAT** [3]   122:3
**just** [43] 11:6   11:9
12:1   18:4   18:16
19:14   22:19   22:20
22:24   27:16   33:1
33:7   33:15   38:15
40:13   41:3   43:22
43:22   45:14   45:16
49:13   55:8   57:21
59:11   61:21   72:11
79:7   83:14   83:15
85:10   85:24   86:18
87:13   90:9   94:7
98:24   101:25   104:3
110:11   113:7   117:14
119:8   121:4
**KALAMOON** [1]
10:13
**KALEN** [1]   2:17
**Kallen** [78]   1:14
2:17   3:7   4:7
4:13   4:15   11:4
23:22   24:1   26:9
26:12   26:15   26:22
33:9   33:14   35:17
36:2   36:7   36:12
36:16   36:22   37:2
37:7   37:14   37:22
37:24   39:15   41:8
41:11   43:15   43:18
45:18   46:25   47:2
47:5   50:17   52:3
52:4   52:10   52:12
52:15   52:25   53:4

**NARANJO vs. STEPHEN B. SMITH** CondenseIt™ keep - member

| | | |
|---|---|---|
| 55:3 | 55:11 | 55:17 |
| 55:20 | 55:23 | 60:15 |
| 61:21 | 62:3 | 62:7 |
| 62:23 | 66:21 | 69:2 |
| 69:25 | 73:1 | 73:19 |
| 94:7 | 101:1 | 101:5 |
| 103:14 | 104:22 | 109:15 |
| 113:1 | 113:5 | 113:7 |
| 114:7 | 116:5 | 116:6 |
| 116:24 | 117:9 | 117:13 |
| 119:25 | 120:10 | 120:15 |
| 121:19 | 126:5 | |

**keep** [4] 9:17 36:20
43:2 85:16

**Kenneth** [1] 5:16

**Kentucky** [1] 2:13

**kept** [10] 29:16 30:14
40:5 49:15 60:8
63:15 63:16 77:18
77:19 93:4

**Kewanee** [3] 24:11
88:9 89:11

**Key** [2] 15:7 15:8

**Khan's** [2] 10:12
11:15

**kidding** [1] 121:4

**kind** [12] 7:1 7:20
13:17 16:9 20:17
20:24 22:21 30:23
31:2 34:18 46:8
46:18

**knees** [1] 108:23

**knelt** [2] 108:2 108:5

**knew** [8] 41:20 74:4
77:15 83:5 102:15
102:23 107:17 113:11

**knock** [1] 113:20

**know** [101] 7:4
14:3 15:16 22:15
22:20 23:21 27:6
27:10 29:15 30:11
31:8 31:10 32:10
33:5 33:7 33:15
35:12 35:19 36:17
36:22 36:23 42:1
42:1 42:18 42:25
43:6 43:23 45:4
46:21 46:22 49:1
49:13 51:9 51:19
51:22 53:8 54:16
55:21 55:22 55:24
57:15 58:2 58:4
62:25 64:18 64:23
65:6 69:6 69:14
72:20 73:24 74:7
76:25 79:10 81:19
82:13 83:6 84:15
85:22 87:7 88:19
88:21 89:16 89:18
90:9 90:25 92:16
92:24 93:10 93:20
93:22 93:24 95:9
95:10 97:12 97:19
98:23 99:4 100:23
101:2 103:10 103:18
104:23 104:25 106:9
106:23 107:14 110:24
111:15 111:20 116:4
117:19 118:7 118:11
119:9 121:7 121:9

| | | |
|---|---|---|
| 121:11 | 121:13 | 121:14 |
| 121:15 | | |

**knowledge** [8] 50:23
54:19 54:22 59:20
69:19 89:2 100:19
107:21

**known** [3] 41:20
111:5 125:22

**knows** [1] 117:3

**L** [1] 2:13

**laborer** [2] 99:16
100:3

**laborers** [1] 100:13

**lack** [1] 52:24

**lacking** [1] 110:13

**ladder** [1] 29:16

**laid** [2] 27:23 105:16

**Lake** [2] 7:16 10:2

**Lakes** [2] 8:4
8:5

**Large** [2] 1:22
122:22

**Larry** [1] 4:8

**last** [6] 31:18 33:17
37:14 37:16 37:17
120:5

**lasted** [2] 15:18
101:19

**Lauderdale** [6] 6:3
6:13 9:3 9:15
15:7 72:12

**launch** [1] 20:9

**LAW** [1] 2:12

**laying** [1] 61:24

**lazarette** [45] 22:2
23:16 24:18 24:22
28:16 28:21 28:23
30:14 30:19 31:3
31:21 32:11 34:10
35:11 41:19 42:10
42:17 43:13 43:24
44:15 45:17 50:18
50:19 50:24 51:5
52:23 53:10 55:1
56:6 56:14 56:19
59:2 70:5 72:15
93:18 94:19 102:17
103:6 103:10 103:16
108:11 108:14 112:8
118:14 119:16

**lead** [2] 79:8 79:9

**leading** [1] 90:22

**leaky** [1] 79:16

**learn** [1] 115:6

**least** [6] 16:10 28:2
54:19 56:15 84:10
104:18

**leave** [1] 10:1

**left-hand** [1] 65:12

**legal** [1] 63:18

**less** [1] 64:20

**lessons** [2] 8:11
8:12

**let** [14] 24:1 24:4
26:12 43:15 52:25
53:6 55:3 84:14

| | | |
|---|---|---|
| 97:3 | 99:13 | 100:18 |
| 101:8 | 105:8 | 113:1 |

**let's** [4] 26:9 41:8
41:13 57:23

**letting** [1] 31:8

**license** [1] 6:13
7:12 7:15 7:20
7:23 8:1 72:20

**lifting** [1] 93:5

**light** [1] 31:7

**Lights** [1] 16:25

**like** [50] 8:9 8:19
14:6 16:21 19:6
24:12 33:7 33:18
38:9 42:5 45:20
49:9 52:17 52:19
54:1 54:25 56:5
56:25 59:3 59:5
59:6 59:6 59:24
62:5 63:17 64:13
64:13 66:5 66:11
66:13 67:1 69:15
69:16 70:10 72:9
78:5 79:18 85:24
88:9 88:9 93:24
99:1 101:24 104:2
105:1 109:10 110:7
115:9 115:16 121:10

**liked** [1] 81:22

**line** [15] 11:4 29:13
29:14 68:25 123:8
123:9 123:10 123:11
123:12 123:13 123:14
123:15 123:15 123:16
123:17

**lines** [5] 19:14 23:11
34:12 34:15 34:19

**liquid** [2] 51:19
118:13

**liquids** [2] 30:13
30:15

**listen** [2] 114:22
120:13

**little** [12] 8:3
10:1 24:12 33:5
36:13 43:5 56:25
75:21 91:6 104:1
105:17 112:16

**live** [3] 21:20 34:23
116:14

**lived** [1] 72:12

**living** [6] 21:16
21:18 21:22 21:23
71:23 71:25

**LLP** [1] 2:12

**loaded** [1] 74:22

**local** [3] 4:19 46:19
116:12

**located** [2] 31:18
32:25

**location** [6] 27:23
32:2 33:20 105:4
105:14 108:24

**logical** [1] 27:8

**long** [12] 6:24 12:5
12:20 14:24 17:22
70:25 74:15 74:21
92:13 93:6 101:19

| | | |
|---|---|---|
| 104:21 | | |

**look** [17] 36:5 37:25
38:5 45:14 45:20
56:20 61:1 64:12
65:4 65:5 65:12
66:7 69:15 76:13
76:14 79:24 91:4

**looked** [13] 33:6
37:11 38:9 40:18
40:21 57:16 59:24
63:10 63:12 69:14
91:3 94:22 94:25

**looking** [9] 33:8
37:10 38:11 40:15
64:8 65:19 66:10
66:14 94:17

**looks** [7] 33:24 52:17
66:5 66:11 66:13
69:16 79:18

**loose** [2] 60:12 61:24

**lose** [2] 57:12 57:13

**lot** [10] 11:13 13:7
32:17 34:22 43:1
52:17 88:12 88:13
91:1 100:6

**lots** [2] 12:3 47:12

**loud** [1] 74:2

**low** [1] 30:22

**lower** [2] 65:12
72:16

**lunch** [1] 101:25

**M-I-N-K** [1] 25:21

**made** [6] 12:12 53:8
57:20 104:11 109:9
122:13

**magnification** [1]
107:25

**mailing** [1] 6:1

**main** [9] 12:4 17:2
18:17 29:22 32:10
60:7 60:12 63:16
93:3

**mainly** [3] 24:9
29:12 71:11

**major** [1] 12:24
28:25 90:11

**make** [14] 4:7
16:3 16:7 16:8
17:3 17:7 17:8
17:17 61:23 82:22
95:25 99:1 117:22
121:16

**making** [1] 13:12

**man** [1] 90:8

**manager** [3] 13:24
20:14 20:23

**manner** [1] 118:22

**Manny** [2] 52:16
121:2

**Mans** [1] 116:24

**Manuel** [1] 2:8

**many** [13] 28:23
41:2 41:4 41:5
63:19 77:24 78:7
78:11 95:2 103:19
106:10 112:6 113:20

**maps** [1] 7:4

| | | |
|---|---|---|
| **Marathon** [1] | | 15:8 |

**March** [4] 12:16
124:12 125:15 126:8

**Marina** [1] 85:9

**marine** [9] 49:4
76:3 76:19 77:3
80:10 85:8 89:7
89:14 89:17

**Marine's** [1] 119:4

**mark** [7] 14:2 37:3
37:6 48:20 65:6
77:5 79:25

**marked** [14] 38:2
38:20 45:24 60:16
60:20 62:12 65:9
66:9 77:9 77:13
79:22 80:3 80:12
114:2

**Marlene** [2] 1:6
37:15

**massive** [1] 22:14

**mast** [2] 17:17 43:11

**master** [2] 6:13
7:23

**master's** [1] 44:24

**mate** [6] 6:18 7:24
46:10 72:6 72:11
74:20

**matter** [2] 79:15
126:15

**may** [3] 33:6 49:19
60:24

**maybe** [1] 43:11

**me** [63] 4:18 8:3
9:8 9:24 9:24
10:11 16:7 20:21
24:1 24:4 25:20
26:12 36:23 37:7
41:21 43:15 46:9
48:8 52:25 53:6
55:3 60:23 61:7
61:8 68:11 69:16
72:17 82:14 82:24
83:9 83:15 84:14
88:6 90:9 92:16
94:5 94:24 95:12
96:13 96:17 96:19
97:3 98:6 98:14
99:13 100:7 100:8
101:8 101:18 101:22
102:5 103:4 105:8
105:9 105:15 107:22
108:4 110:25 122:13
122:19 124:10 125:22
125:22

**mean** [13] 16:2
22:20 24:4 25:12
29:2 35:1 49:24
57:14 71:4 90:16
103:24 104:9 110:8

**means** [1] 75:3

**meant** [3] 103:25
108:19 108:19

**meat** [4] 26:3 94:11
96:22 107:23

**mechanic** [1] 22:12

**member** [2] 72:3
107:4

**mentioned** [2]   30:17
46:2

**mermaid** [1]   24:13

**mess** [1] 109:20

**met** [1]   76:2

**metal** [5] 98:8   98:9
98:11   98:12   101:9

**metallurgist** [1] 47:23

**Miami** [9]   2:5
2:9   2:18   6:12
14:16   14:22   38:24
126:2   126:6

**Michigan** [2]   9:16
10:2

**mid-morning** [2]
96:24   101:25

**middle** [4]   15:13
35:12   68:12   87:16

**might** [3]   25:4
51:7   83:20

**million** [3]   75:12
75:17   75:22

**mind** [1] 87:22

**Mink** [15]   25:7
25:17   25:21   25:25
26:23   88:20   94:2
96:18   96:21   97:20
97:23   111:18   114:20
114:21   114:25

**minus** [1]   13:4

**minute** [4]   4:23
15:18   44:10   103:23

**Mocega** [7]   1:21
124:16   125:5   125:17
125:22   126:1   126:23

**moment** [1]   87:19

**Monday** [6]   24:19
24:20   24:21   42:13
42:14   84:25

**money** [1]   99:25

**month** [1]   20:18

**months** [3]   6:25
12:7   15:1

**more** [14]   8:14
17:5   17:6   20:6
45:15   60:25   64:20
64:23   64:25   75:21
87:21   117:11   120:19
121:10

**morning** [11]   8:12
24:23   42:13   42:13
44:13   85:22   86:5
87:22   93:12   98:17
105:17

**most** [6] 41:6   61:5
64:12   89:19   91:6
91:23

**motor** [2]   5:13
79:3

**mount** [1]   27:15

**move** [5] 17:17   24:5
113:4   113:13   113:24

**moved** [2]   20:4
20:6   105:21

**Mr** [239] 3:5   3:6
3:7   3:8   3:9
4:7   4:11   4:13

4:14   4:15   4:24
5:8   9:19   10:8
10:24   11:1   11:2
11:4   11:6   11:8
11:9   11:12   11:14
12:15   15:25   16:5
21:6   23:22   23:23
24:1   24:3   25:20
25:23   26:9   26:11
26:12   26:14   26:15
26:20   26:22   26:23
27:5   30:11   33:3
33:9   33:12   33:13
33:14   33:15   34:4
35:17   35:19   35:24
36:2   36:4   36:7
36:9   36:12   36:14
36:16   36:18   36:19
36:22   36:24   37:2
37:4   37:5   37:7
37:9   37:13   37:14
37:20   37:22   37:23
37:24   38:4   38:15
38:22   38:23   39:15
39:17   41:8   41:11
41:13   41:15   41:22
43:15   43:17   43:18
43:21   45:18   45:19
46:1   46:25   47:2
47:5   47:6   48:23
50:17   50:21   51:2
52:3   52:4   52:7
52:9   52:10   52:11
52:12   52:13   52:15
52:19   52:21   52:25
53:2   53:4   53:5
55:3   55:6   55:8
55:11   55:14   55:17
55:20   55:23   56:1
60:15   60:18   60:22
60:24   61:5   61:21
62:1   62:3   62:4
62:7   62:9   62:15
62:18   62:22   62:23
62:24   63:7   65:11
66:18   66:21   66:22
69:2   69:3   69:25
70:1   72:10   73:1
73:5   73:19   73:20
75:8   75:16   76:16
77:11   79:21   79:23
80:2   80:5   80:7
80:8   80:14   83:18
83:20   83:20   83:22
83:24   83:25   84:2
88:15   89:4   91:8
94:7   94:14   97:24
97:25   99:7   99:8
99:18   100:1   101:1
101:3   101:5   101:7
103:12   103:14   103:21
104:18   104:22   104:24
105:7   107:2   107:9
108:13   108:18   109:15
109:22   111:11   111:14
113:1   113:6   113:9
113:7   113:12   114:7
116:7   116:16   116:17
116:24   117:1   117:7
117:9   117:11   117:13
119:23   119:25   120:1
120:1   120:2   120:4
120:10   120:13   120:15

120:17   121:1   121:3
121:3   121:4   121:5
121:18   121:19   126:11

**MTU** [1] 11:24

**much** [17]   8:9
14:7   16:7   16:25
17:12   20:7   21:2
21:16   40:25   42:21
44:10   51:23   60:25
87:25   107:14   110:10
112:1

**my** [45]   4:11   5:9
6:1   6:12   7:15
8:5   8:8   9:13
10:17   12:4   13:8
17:2   46:9   46:9
47:17   50:22   54:19
61:22   61:23   69:19
81:9   81:17   83:9
84:3   84:13   85:2
85:12   86:1   95:15
96:1   98:1   103:9
103:20   107:21   112:25
113:13   113:25   115:17
116:2   117:3   117:22
121:15   122:23   124:11
124:18

**myself** [2]   89:23
114:25

**N** [1]   3:3

**N.M** [1]   1:15

**name** [12]   5:9
5:14   6:16   24:14
25:15   39:14   46:13
47:18   49:3   84:3
88:6   89:10

**Naples** [3]   10:5
15:8   15:9

**Naranjo** [21]   1:6
5:11   14:4   21:7
42:9   66:19   81:11
100:24   101:10   101:11
101:16   102:8   103:5
104:18   107:3   107:9
110:21   112:21   114:1
118:5   126:9

**naturally** [1]   50:14

**Navy** [6] 6:8   74:15
74:16   74:19   75:2
115:6

**near** [3]   7:22   77:21
77:23

**necessarily** [1] 64:16

**necessary** [2]   46:23
90:5

**need** [13] 17:15   17:16
26:5   44:6   55:5
70:9   71:9   72:23
82:22   98:22   99:1
99:20   114:23

**needed** [12]   20:21
23:12   53:18   53:19
53:21   54:8   70:24
90:20   98:25   105:6
105:9   109:14

**needing** [1]   71:11

**neither** [1]   4:8

**never** [10]   30:15
32:16   32:22   56:9

64:3   70:18   82:1
106:21   107:12   115:14

**new** [17] 13:6   13:6
15:13   16:24   18:17
18:17   18:25   19:2
20:10   23:2   23:24
25:6   25:11   37:19
53:23   64:25   102:1

**next** [7]   9:19   12:15
38:13   47:19   85:5
85:21   86:1

**nicely** [1]   22:17

**night** [1] 85:19

**no** [127]   1:4   3:14
3:14   3:15   3:15
3:16   3:16   3:17
3:17   3:18   4:18
8:22   8:22   12:10
14:6   17:5   19:13
19:25   20:8   27:12
29:12   30:16   30:20
34:13   34:17   35:1
35:14   36:2   38:2
38:20   40:17   40:17
40:23   40:23   41:4
42:3   42:6   43:12
45:3   46:16   46:16
46:25   47:20   48:25
50:23   51:24   54:7
54:13   54:17   54:19
54:23   56:8   56:8
56:9   56:20   58:8
58:23   59:16   59:22
60:20   62:13   63:11
63:14   65:9   66:9
66:20   66:25   67:11
67:15   67:15   67:24
69:8   70:17   70:21
71:24   72:1   72:4
72:17   75:1   77:9
78:18   78:19   79:8
79:8   79:9   79:9
79:9   79:13   80:7
80:12   82:10   82:16
82:20   83:14   85:15
87:1   87:19   87:20
89:3   101:14   101:20
102:7   102:10   103:15
104:2   104:15   106:25
106:25   109:19   111:23
114:16   114:18   115:5
115:7   115:12   115:19
116:14   117:11   118:6
118:7   118:9   118:15
118:25   119:2   120:2
120:24   126:10

**nobody** [1]   44:10
64:13

**non-responsive** [1]
113:25

**nooks** [1]   76:13

**nor** [4]   4:8   4:8
125:11   125:13

**normally** [2]   72:9
73:3

**North** [2]   2:18
126:6

**Northern** [1]   16:24

**Nos** [1]   45:24

**not** [75]   8:20   13:4

16:23   21:9   21:20
26:16   28:10   28:18
31:13   36:13   37:9
40:23   42:3   42:6
42:18   45:3   48:18
48:25   50:21   52:5
53:2   53:4   54:19
55:4   55:9   55:12
55:15   57:6   57:24
58:8   60:24   61:24
63:14   66:20   67:2
67:5   68:12   69:8
70:20   71:25   75:4
78:17   78:18   82:16
82:20   88:18   90:19
90:24   92:11   92:25
93:24   93:25   95:8
96:21   97:11   97:12
98:2   102:22   106:14
106:16   111:23   112:25
114:8   114:9   115:3
115:17   116:2   117:20
120:23   121:10   121:16
121:19   121:22   125:10
126:18

**Notary** [3]   1:21
122:22   124:17

**noted** [1] 123:6

**nothing** [5]   30:6
30:9   35:1   52:15
119:25

**notice** [2]   1:23
126:20

**November** [3]   116:16
116:19   116:21

**now** [15] 44:8   52:11
54:2   60:16   64:23
78:21   83:12   86:12
89:18   94:1   95:1
96:19   113:6   114:3
115:18

**nowhere** [1]   35:5

**nuclear** [1]   74:23

**number** [4]   5:20
36:16   46:24   116:8
116:13   116:22

**numbers** [2]   43:7
117:3

**nut** [1]   13:9

**o'clock** [2]   85:24
93:12   97:1

**oath** [2] 124:2   126:13

**object** [17]   24:1
26:12   43:15   52:25
55:3   66:21   69:2
69:25   73:1   73:19
97:24   99:18   101:3
104:22   114:7   120:10
120:16

**objection** [5]   99:7
103:12   113:5   116:5
119:23

**objects** [1]   55:9

**observable** [1] 107:24

**observation** [1] 103:5

**observations** [2]
25:2   59:23

**observe** [7]   22:10
81:11   96:2   103:10

NARANJO vs. STEPHEN B. SMITH        ConddenseIt™        observed - out

106:14 106:16 107:19
**observed [3]** 51:4
95:13 96:4
**obviulsy [1]** 53:22
**obvious [2]** 103:1
103:2
**obviously [3]** 41:7
57:19 96:23
**occasionally [1]** 30:25
**occur [3]** 106:15 110:19
114:17
**occurred [1]** 84:25
**occurring [2]** 84:19
112:20
**Ocean [1]** 12:17
**of [356]** 1:2 1:19
1:22 1:23 2:5
2:10 2:15 2:19
4:25 5:10 5:12
5:18 6:4 6:5
6:16 7:1 7:10
7:15 7:19 7:20
9:9 10:3 12:3
12:11 12:12 12:16
13:4 13:5 13:7
13:13 13:17 13:19
13:22 13:24 14:1
14:15 15:6 15:8
14:18 15:6 15:8
15:9 15:13 16:4
16:6 16:9 16:16
16:18 16:19 17:5
17:13 17:20 17:22
17:24 17:25 18:1
18:8 18:9 18:11
18:11 18:12 18:14
18:19 18:22 18:23
18:24 18:25 19:1
19:4 19:5 19:8
19:8 19:18 20:10
20:17 20:24 21:1
21:7 21:12 21:19
22:5 22:11 22:16
22:21 23:6 23:7
23:13 23:17 24:10
23:24 24:2 24:10
24:13 25:11 27:3
27:10 27:14 27:25
28:2 28:6 28:19
29:14 30:8 30:12
30:23 31:2 31:11
31:21 32:10 32:17
32:20 33:10 34:18
34:22 34:24 35:2
35:11 36:5 36:10
36:13 36:20 36:21
37:15 37:19 37:23
38:9 38:23 39:13
39:14 40:1 40:2
40:2 40:11 40:15
40:16 41:2 41:6
41:19 41:24 42:22
42:23 42:25 43:2
43:3 43:4 43:5
43:9 44:8 44:13
44:14 44:21 44:25
45:8 45:15 46:7
46:8 46:9 46:11
46:18 46:21 46:22
47:12 48:11 48:19
49:17 49:17 49:22

49:23 49:24 49:25
50:13 50:22 51:4
51:7 51:9 51:14
52:14 52:23 52:24
53:23 54:4 54:6
54:9 55:1 56:6
56:14 57:14 58:13
58:14 59:19 59:23
60:3 60:5 61:7
61:16 62:9 62:20
63:4 63:5 63:12
63:14 63:17 64:12
64:24 65:13 66:8
66:12 66:12 67:8
67:11 67:12 67:19
68:12 68:13 68:14
70:18 72:8 73:18
74:23 76:14 76:22
77:2 77:24 78:8
78:11 78:14 78:19
79:2 79:14 79:15
79:16 80:18 80:23
80:25 81:4 81:15
81:19 82:7 82:18
82:18 83:15 84:13
85:11 85:19 86:12
86:14 86:15 86:19
86:21 86:24 87:6
87:8 87:9 87:15
87:16 87:22 87:22
87:24 88:4 88:6
88:10 88:13 88:13
88:17 88:23 88:25
89:13 89:19 89:24
91:2 91:10 91:23
92:3 92:19 93:7
93:21 93:23 94:2
94:20 95:10 95:15
96:9 96:10 96:19
97:12 97:16 98:24
101:4 102:9 102:11
102:16 102:17 102:20
102:23 102:24 103:6
103:11 103:20 103:25
104:5 104:7 104:8
104:10 104:11 104:11
104:13 104:14 105:21
106:2 106:6 107:5
107:10 107:15 107:21
107:25 113:17 113:18
113:22 115:17 116:2
116:23 117:3 117:20
118:4 118:12 118:16
119:1 119:8 119:10
121:20 122:5 122:6
122:20 122:22 123:23
124:2 124:4 124:5
124:12 124:17 125:2
125:3 125:4 125:11
125:11 125:12 125:15
125:18 125:19 125:22
126:12 126:14 126:18
126:19 126:19 126:24
**off [19]** 9:23 11:3
15:14 31:7 32:23
36:3 37:12 41:8
41:10 44:14 44:16
47:4 47:20 50:6
61:22 62:15 62:17
113:18 113:18
**offer [5]** 112:21 113:15
114:1 114:5 114:8
**office [3]** 4:9

4:19 126:16
**official [1]** 124:11
**Oh [5]** 49:5 60:2
62:23 63:20 108:6
**Ohio [2]** 5:23 7:16
**okay [57]** 4:13
7:20 8:23 11:2
11:8 12:14 16:9
20:24 26:11 26:14
26:22 29:6 33:14
34:5 37:5 37:24
43:17 45:14 45:18
49:5 52:8 53:20
54:18 55:7 55:23
56:11 57:5 62:10
62:23 66:6 66:18
67:16 68:5 70:12
71:15 71:22 72:14
72:19 74:21 75:8
82:15 83:8 84:8
84:16 89:9 97:13
98:6 99:14 100:11
100:23 106:22 107:8
108:19 113:5 114:3
114:11 117:15
**old [4]** 8:8 23:17
64:14 121:8
**on [224]** 2:5 2:10
2:15 2:19 4:15
5:1 5:12 6:15
7:17 7:19 8:4
8:5 9:20 10:1
10:11 10:14 11:4
11:15 11:25 12:2
12:8 12:9 12:24
12:25 13:3 13:23
14:4 14:8 15:12
15:21 15:24 16:3
16:10 16:25 17:6
17:10 17:14 18:7
18:23 19:1 19:23
19:25 20:14 20:15
21:7 21:13 21:15
21:16 21:18 21:20
21:22 21:23 21:25
22:6 22:24 23:1
23:3 23:16 24:7
24:13 24:19 25:25
26:7 27:14 27:17
30:4 30:6 30:9
30:18 30:19 30:25
31:6 31:16 31:11
31:17 32:9 33:22
35:1 35:5 35:10
35:11 35:15 35:22
36:4 37:13 38:12
38:16 39:9 39:21
40:5 40:11 40:12
41:2 41:11 41:13
41:18 42:7 42:9
42:23 42:24 43:2
43:10 44:12 44:24
45:8 46:9 46:10
47:16 48:8 49:18
50:8 50:12 50:13
51:16 53:9 54:10
54:12 54:14 54:20
54:24 56:4 56:9
57:20 58:16 58:23
59:1 59:5 59:8
59:13 59:18 59:20
61:6 62:2 63:1

63:23 64:10 66:8
67:1 67:5 68:11
71:3 71:19 71:23
72:2 72:19 73:8
74:22 74:24 75:3
75:6 75:7 77:7
77:13 77:15 78:2
78:7 78:15 79:13
79:14 79:16 81:5
81:7 81:8 81:17
82:25 84:18 84:25
85:4 85:8 85:14
85:16 85:18 86:2
86:13 86:15 86:21
86:24 87:8 87:21
87:22 88:16 88:16
88:20 89:1 89:20
90:11 91:22 91:22
92:1 92:5 92:7
92:19 93:15 93:23
94:2 94:20 94:20
98:3 98:12 100:7
102:20 103:3 104:1
105:18 105:24 106:10
108:23 110:7 112:13
112:15 112:16 112:24
113:10 113:19 117:21
117:24 118:17 119:9
119:16 120:8 120:21
122:14 122:19 126:13
**once [4]** 16:12 20:6
21:17 21:21
**one [55]** 4:18 5:10
8:1 9:9 13:16
13:6 18:1 20:10
21:7 25:9 28:3
29:14 36:5 37:14
38:13 39:13 43:4
44:21 46:8 47:21
48:8 50:25 53:25
58:18 61:24 63:17
63:20 63:25 64:3
68:16 68:18 68:21
71:12 80:23 80:25
81:23 89:19 93:21
94:9 97:16 98:9
98:11 98:12 99:11
104:15 106:23 109:9
110:3 110:9 110:10
111:18 111:21 119:19
120:5 120:19
**ones [6]** 35:20 35:22
36:13 36:13 62:1
68:17
**only [13]** 9:22 27:8
27:21 35:4 68:7
72:5 85:16 92:22
98:11 102:19 107:4
107:5 108:16
**onward [1]** 105:25
**open [2]** 22:15
**operate [1]** 15:2
**operating [1]** 92:9
**operators' [1]** 7:15
**opinion [4]** 59:13
59:16 59:25 104:20
**opinions [1]** 59:20
**opportunity [2]** 76:12
81:11
**opposing [1]** 117:2

**or [117]** 8:13 9:23
9:25 12:2 13:24
15:12 15:14 17:11
18:5 20:2 20:6
20:12 21:5 21:6
22:21 24:12 24:23
25:3 25:12 25:24
26:18 26:24 28:10
28:21 31:7 32:1
35:25 37:20 40:14
40:15 40:21 41:3
42:4 44:18 48:5
48:7 48:11 49:9
49:18 50:23 51:5
51:13 51:13 51:17
51:23 53:8 54:22
55:20 57:2 59:6
59:20 61:24 64:5
64:20 68:13 68:25
70:22 71:9 73:8
74:11 75:19 76:19
77:21 78:2 78:15
84:13 88:9 88:13
89:11 90:14 91:10
91:12 91:20 92:7
92:11 92:13 92:25
93:21 93:25 96:5
97:11 97:22 99:4
99:11 99:15 99:15
101:4 103:16 104:7
104:8 106:23 110:12
111:21 112:15 112:21
113:15 113:15 114:1
114:4 115:15 115:24
117:20 118:11 118:11
118:12 118:12 118:13
118:17 118:18 119:1
119:4 119:19 119:19
121:14 125:11 125:12
125:12
**order [5]** 40:16 43:12
70:11 71:7 99:24
**ordered [1]** 92:17
**orders [4]** 43:6
43:8 43:20 71:3
**original [2]** 41:6
126:19
**other [40]** 12:2
16:20 19:13 23:17
24:13 28:15 29:17
33:22 34:1 35:2
35:2 37:3 42:24
44:25 45:8 46:17
48:4 49:17 54:11
54:14 54:20 54:22
54:24 56:4 59:16
63:12 68:17 71:22
72:2 72:3 81:7
88:25 89:11 92:3
96:8 97:5 99:12
106:24 110:16 111:21
**others [1]** 61:24
**our [1]** 58:23
**out [40]** 11:21 13:13
16:16 16:18 16:22
16:24 17:20 17:22
17:24 18:1 18:8
18:9 19:5 21:19
24:14 27:23 29:5
35:23 46:10 46:11
47:21 54:4 58:14
58:22 67:13 74:2

Case 0:00-cv-06022-JAL    Document 108    Entered on FLSD Docket 08/08/2001    Page 46 of 55

NARANJO vs. STEPHEN B. SMITH    CondenseIt™    outside - Q

| | | |
|---|---|---|
| 80:25 81:1 82:7 | PEDRAZA [1] 2:7 | 18:6 19:19 21:24 |
| 85:11 87:24 95:23 | penetrate [2] 95:22 | 22:20 24:21 24:24 |
| 98:4 98:18 102:2 | 96:5 | 27:20 27:21 28:10 |
| 105:5 105:16 105:21 | people [19] 13:22 | 46:3 49:8 51:4 |
| 113:20 115:14 | 15:12 23:8 34:10 | 54:8 59:25 61:18 |
| outside [5] 22:16 | 36:21 39:13 43:9 | 71:16 85:10 94:16 |
| 89:24 90:23 91:7 | 47:12 70:19 86:23 | 97:2 98:15 98:16 |
| 116:23 | 86:25 87:2 90:19 | 101:23 102:4 |
| over [13] 5:1 11:10 | 100:10 118:1 118:19 | placed [2] 4:3 |
| 20:20 50:16 66:7 | 118:24 121:11 121:15 | 119:15 |
| 73:8 75:22 76:13 | per [3] 42:18 71:7 | places [1] 15:5 |
| 84:11 84:14 91:3 | 71:8 | placing [1] 119:18 |
| 93:16 103:8 | percent [1] 92:7 | Plaintiff's [4] 3:13 |
| overrule [1] 70:18 | percentage [1] 89:21 | 38:20 45:24 60:20 |
| overseeing [2] 13:12 | perform [1] 92:4 | Plaintifff's [1] 62:12 |
| 78:23 | perimeter [1] 68:14 | Plaintiffs [1] 1:7 |
| own [3] 34:25 58:23 | period [5] 10:7 | 2:5 2:10 |
| 89:24 | 15:3 20:19 22:2 | plan [7] 25:11 53:22 |
| owned [1] 75:11 | 32:7 | 63:8 63:11 65:5 |
| owner [4] 76:1 | permanent [2] 5:24 | 86:7 106:13 |
| 80:19 88:4 118:17 | 6:1 | planned [2] 9:16 |
| owner's [1] 23:19 | PERRY [1] 2:3 | 85:13 |
| P.A [2] 2:3 2:7 | person [2] 48:11 | plans [13] 16:5 |
| p.m [2] 1:15 121:21 | 85:16 | 40:15 40:15 40:21 |
| P.O [1] 2:14 | personally [2] 124:9 | 40:22 52:22 53:8 |
| package [1] 63:4 | 125:22 | 63:13 64:9 64:19 |
| page [12] 3:20 122:3 | personnel [1] 88:19 | 64:25 102:9 113:15 |
| 122:14 123:8 123:9 | Peter [1] 49:1 | plate [29] 25:7 |
| 123:10 123:11 123:12 | phone [4] 5:1 | 25:10 25:13 27:3 |
| 123:13 123:14 123:16 | 84:14 116:8 116:12 | 27:17 27:17 44:1 |
| 123:17 | phonetic [1] 10:13 | 60:1 70:5 70:6 |
| pages [1] 122:11 | 24:12 25:7 47:18 | 82:22 94:10 94:11 |
| paid [2] 75:16 75:17 | photograph [5] 38:2 | 94:12 95:25 96:25 |
| paint [3] 19:21 50:25 | 38:20 60:16 60:20 | 98:9 98:11 98:13 |
| 87:16 | 68:11 | 101:9 102:1 104:2 |
| painter [1] 99:15 | photographs [7] 33:10 | 104:7 104:8 104:19 |
| palmer [8] 1:10 | 61:8 61:11 61:16 | 105:24 106:9 109:20 |
| 2:15 4:16 14:13 | 61:19 62:12 69:21 | 119:19 |
| 14:15 41:23 84:4 | photos [6] 37:18 | plates [9] 26:7 |
| 87:10 | 45:24 51:25 62:10 | 26:18 26:19 98:8 |
| papers [1] 92:1 | 69:9 69:12 | 109:10 110:2 119:14 |
| paramedic [2] 46:10 | physically [1] 67:7 | 119:19 119:19 |
| 46:17 | pick-ups [1] 31:5 | please [1] 84:14 |
| Pardon [1] 108:4 | pickups [1] 31:17 | 126:13 126:15 |
| parents [1] 8:8 | picture [6] 38:5 | plug [1] 58:19 |
| part [7] 23:6 23:7 | 38:16 68:12 68:13 | point [6] 40:24 90:13 |
| 28:2 32:10 50:13 | 68:23 68:24 | 98:7 115:14 115:15 |
| 97:6 97:16 | pictures [18] 31:20 | 119:8 |
| particular [15] 14:8 | 33:4 35:14 35:17 | police [1] 47:14 |
| 20:14 20:15 42:8 | 37:21 44:21 45:16 | poor [1] 79:18 |
| 63:1 63:11 88:22 | 49:25 51:7 56:24 | pop [2] 59:6 110:7 |
| 89:1 89:17 90:12 | 60:3 60:5 60:23 | port [3] 18:13 18:13 |
| 91:23 92:11 100:4 | 61:1 67:25 68:1 | 58:1 |
| 101:13 117:21 | 92:23 92:25 | portion [2] 66:12 |
| particularly [1] 90:24 | piece [2] 27:3 104:10 | 72:16 |
| parties [1] 10:4 | pieces [1] 109:11 | position [1] 119:16 |
| 125:11 126:21 | Pierce [3] 46:14 | positive [1] 114:24 |
| party [1] 126:20 | 71:25 72:10 | possible [6] 13:14 |
| passed [1] 7:11 | pilot [1] 105:20 | 21:12 81:18 113:20 |
| past [1] 15:14 | pilothouse [2] 31:7 | 115:23 116:1 |
| pattern [1] 95:4 | 77:20 | post [1] 109:17 |
| Patton [3] 39:10 | PINKERT [1] 2:12 | posted [1] 44:23 |
| 39:11 39:12 39:13 | pipe [1] 34:22 | posts [1] 33:22 |
| 76:2 76:16 76:19 | piping [1] 24:7 | pound [1] 110:9 |
| 77:3 | place [27] 5:1 | pounded [1] 58:19 |
| pay [1] 75:15 | 8:17 13:18 13:19 | pounds [1] 110:11 |
| | | poured [1] 41:24 |
| 83:6 | pump [11] 23:9 |
| power [5] 29:2 | 31:9 38:13 58:21 |
| 29:24 31:4 85:15 | 60:6 70:6 70:7 |
| 110:10 | 90:17 95:5 105:21 |
| prefer [1] 21:13 | 106:6 |
| present [6] 4:25 | pumping [1] 31:2 |
| 33:11 51:6 97:15 | pumps [30] 23:15 |
| 114:21 115:1 | 24:5 25:6 27:15 |
| pretty [10] 8:9 | 27:17 27:22 28:14 |
| 16:6 16:25 17:12 | 31:4 31:6 31:12 |
| 20:7 21:2 21:16 | 31:17 32:15 33:19 |
| 40:25 42:21 87:25 | 34:22 58:24 60:6 |
| principle [1] 73:13 | 85:16 92:16 93:2 |
| printed [1] 35:23 | 93:7 93:20 96:22 |
| prior [34] 8:16 | 98:12 98:18 104:11 |
| 22:19 22:20 28:12 | 105:4 105:16 105:18 |
| 28:13 32:8 33:25 | 106:2 119:11 |
| 34:14 39:5 40:1 | purchase [1] 75:25 |
| 40:14 41:16 42:7 | purchased [1] 75:8 |
| 42:12 42:14 44:19 | purport [1] 69:12 |
| 58:25 59:10 59:14 | purports [1] 62:20 |
| 63:1 78:9 79:11 | pursuant [1] 1:23 |
| 84:18 86:17 94:3 | put [30] 6:18 16:23 |
| 101:25 103:6 103:7 | 17:14 19:6 19:7 |
| 103:11 109:20 111:16 | 19:11 20:3 23:15 |
| 112:20 113:14 114:5 | 24:6 26:6 26:18 |
| private [1] 6:20 | 27:1 27:16 27:22 |
| privy [1] 97:4 | 29:11 29:18 33:23 |
| probably [12] 7:10 | 34:9 35:24 40:25 |
| 28:17 33:5 40:23 | 43:8 44:18 50:8 |
| 90:3 92:22 93:11 | 53:9 53:23 53:23 |
| 94:17 94:24 96:24 | 70:6 75:19 103:19 |
| 101:24 106:19 | 109:18 |
| problem [1] 43:5 | putting [8] 17:6 |
| problems [3] 76:14 | 19:2 23:2 23:24 |
| 81:24 82:1 | 28:14 54:10 105:13 |
| procedure [1] 92:10 | 117:19 |
| proceed [2] 4:22 | PVC [1] 34:22 |
| 126:19 | Q [519] 5:9 5:18 |
| proceeded [1] 87:7 | 5:20 5:22 5:24 |
| proceeding [1] 11:5 | 6:4 6:16 6:21 |
| proceedings [1] 125:8 | 6:23 7:1 7:7 |
| process [1] 64:24 | 7:12 7:20 7:25 |
| 90:10 104:13 | 8:3 8:6 8:16 |
| product [1] 50:3 | 8:21 8:23 9:2 |
| Professional [1] 125:6 | 9:4 9:6 9:11 |
| project [12] 12:6 | 9:18 10:7 10:14 |
| 13:24 20:13 20:23 | 10:18 10:20 11:15 |
| 23:1 23:6 23:6 | 11:19 12:1 12:5 |
| 23:7 23:20 23:24 | 12:8 12:11 12:14 |
| 26:1 104:5 | 12:20 12:22 12:24 |
| projects [2] 42:24 | 13:2 13:10 13:15 |
| 43:2 | 13:19 13:22 14:4 |
| propeller [1] 18:25 | 14:9 14:11 14:17 |
| propellers [1] 19:23 | 14:20 14:24 15:2 |
| proper [1] 105:4 | 15:5 15:20 15:23 |
| properly [2] 16:17 | 16:1 16:3 16:9 |
| 84:14 | 17:9 17:13 17:19 |
| props [1] 33:24 | 17:22 18:3 18:7 |
| provided [1] 39:16 | 19:7 19:16 19:23 |
| Public [3] 1:22 | 20:3 20:6 20:13 |
| 122:22 124:17 | 20:17 20:24 21:4 |
| pulled [2] 29:3 | 21:15 21:21 21:23 |
| 80:23 | 22:1 22:5 22:8 |
| pulling [1] 19:4 | 22:10 22:19 23:1 |
| pulls [1] 80:24 | 23:5 23:20 23:24 |
| | 24:4 24:17 24:22 |
| | 25:2 25:15 25:18 |
| | 25:24 26:6 27:6 |
| | 27:10 27:13 27:24 |
| | 28:5 28:12 28:19 |

**NARANJO vs. STEPHEN B. SMITH**          CondenseIt™          quality - said

| | | | | | | |
|---|---|---|---|---|---|---|
| 28:25 | 29:6 | 29:10 | 78:23 | 78:25 | 79:2 | 53:4 55:5 55:10 |
| 29:21 | 29:24 | 30:2 | 79:6 | 79:8 | 79:10 | 55:12 55:16 55:18 |
| 30:11 | 30:17 | 30:21 | 79:18 | 79:24 | 80:15 | 56:12 58:17 70:2 |
| 31:2 | 31:10 | 31:15 | 80:18 | 80:21 | 81:1 | 86:2 94:8 96:1 |
| 31:17 | 31:20 | 31:25 | 81:4 | 81:10 | 81:14 | 98:1 99:13 100:11 |
| 32:3 | 32:6 | 32:15 | 81:24 | 82:3 | 82:8 | 101:1 101:4 103:9 |
| 32:19 | 32:24 | 34:5 | 82:11 | 82:15 | 82:17 | 110:25 112:25 113:14 |
| 34:10 | 34:14 | 34:18 | 82:23 | 83:2 | 83:8 | 113:25 120:5 |
| 35:6 | 35:10 | 38:5 | 83:13 | 83:15 | 84:3 | |
| 38:8 | 38:23 | 39:2 | 84:8 | 84:17 | 84:21 | |
| 39:5 | 39:8 | 39:11 | 84:24 | 85:7 | 85:18 | |
| 39:13 | 39:18 | 39:21 | 85:21 | 86:1 | 86:7 | |
| 39:24 | 40:1 | 40:5 | 86:11 | 86:20 | 86:23 | |
| 40:8 | 40:10 | 40:13 | 87:2 | 87:6 | 87:11 | |
| 40:20 | 41:2 | 41:5 | 87:20 | 88:2 | 88:6 | |
| 41:16 | 42:1 | 42:4 | 88:10 | 88:15 | 88:21 | |
| 42:7 | 42:12 | 42:23 | 88:25 | 89:4 | 89:9 | |
| 43:4 | 43:22 | 44:2 | 89:13 | 89:16 | 90:1 | |
| 44:12 | 44:17 | 45:1 | 90:5 | 90:9 | 90:21 | |
| 45:4 | 45:10 | 45:14 | 91:9 | 91:11 | 91:14 | |
| 45:20 | 46:2 | 46:13 | 91:17 | 91:19 | 92:12 | |
| 46:15 | 46:19 | 46:21 | 92:19 | 93:1 | 93:6 | |
| 47:7 | 47:11 | 47:25 | 93:10 | 93:17 | 93:22 | |
| 48:4 | 48:10 | 48:15 | 94:1 | 94:5 | 94:15 | |
| 48:20 | 48:23 | 49:1 | 94:19 | 95:2 | 95:6 | |
| 49:4 | 49:7 | 49:11 | 95:12 | 95:17 | 95:20 | |
| 49:16 | 50:7 | 50:11 | 96:1 | 96:4 | 96:8 | |
| 51:3 | 51:9 | 51:12 | 96:12 | 96:16 | 96:19 | |
| 51:19 | 51:22 | 51:25 | 97:3 | 97:13 | 97:18 | |
| 52:3 | 52:8 | 52:14 | 98:1 | 98:6 | 98:11 | |
| 52:22 | 53:6 | 53:12 | 98:14 | 98:20 | 99:3 | |
| 53:14 | 53:16 | 53:20 | 99:9 | 99:13 | 100:2 | |
| 54:3 | 54:11 | 54:14 | 100:11 | 100:16 | 100:19 | |
| 54:18 | 54:20 | 54:24 | 100:23 | 101:8 | 101:15 | |
| 55:7 | 56:2 | 56:11 | 101:18 | 101:22 | 102:5 | |
| 56:22 | 57:2 | 57:5 | 102:8 | 102:11 | 102:15 | |
| 57:10 | 57:17 | 57:23 | 102:23 | 103:1 | 103:4 | |
| 58:5 | 58:10 | 58:17 | 103:9 | 103:22 | 104:6 | |
| 58:25 | 59:4 | 59:10 | 104:17 | 105:8 | 105:11 | |
| 59:19 | 59:23 | 61:6 | 105:15 | 106:1 | 106:4 | |
| 61:11 | 61:13 | 61:16 | 106:8 | 106:14 | 106:18 | |
| 61:19 | 62:5 | 62:19 | 106:22 | 107:2 | 107:8 | |
| 62:25 | 63:8 | 63:12 | 107:19 | 107:24 | 108:2 | |
| 63:15 | 63:19 | 63:23 | 108:5 | 108:7 | 108:9 | |
| 63:25 | 64:3 | 64:6 | 108:11 | 108:19 | 108:25 | |
| 64:9 | 64:18 | 65:5 | 109:4 | 109:8 | 109:23 | |
| 65:12 | 65:16 | 65:18 | 110:2 | 110:6 | 110:12 | |
| 65:21 | 65:23 | 66:1 | 110:16 | 110:19 | 110:21 | |
| 66:3 | 66:6 | 66:8 | 111:9 | 111:15 | 111:20 | |
| 66:11 | 66:15 | 66:18 | 111:24 | 112:1 | 112:3 | |
| 66:23 | 67:7 | 67:12 | 112:7 | 112:11 | 112:17 | |
| 67:16 | 67:21 | 68:1 | 112:20 | 112:25 | 113:4 | |
| 68:5 | 68:10 | 68:24 | 113:13 | 113:24 | 114:4 | |
| 69:4 | 69:6 | 69:9 | 114:11 | 114:14 | 114:17 | |
| 69:18 | 69:21 | 70:2 | 114:19 | 115:2 | 115:4 | |
| 70:4 | 70:12 | 70:18 | 115:6 | 115:8 | 115:14 | |
| 70:22 | 71:2 | 71:5 | 115:18 | 115:20 | 115:24 | |
| 71:15 | 71:19 | 71:22 | 116:3 | 116:8 | 116:10 | |
| 71:25 | 72:2 | 72:5 | 116:12 | 116:15 | 116:18 | |
| 72:8 | 72:14 | 72:19 | 116:22 | 117:2 | 117:5 | |
| 72:23 | 73:6 | 73:13 | 117:14 | 117:16 | 117:19 | |
| 73:16 | 73:21 | 73:24 | 117:23 | 118:3 | 118:7 | |
| 74:2 | 74:4 | 74:7 | 118:10 | 118:16 | 118:21 | |
| 74:10 | 74:13 | 74:15 | 119:1 | 119:3 | 119:8 | |
| 74:18 | 74:21 | 74:24 | 119:13 | 119:18 | 120:5 | |
| 75:2 | 75:8 | 75:12 | 120:18 | 120:20 | 120:25 | |
| 75:16 | 75:19 | 75:22 | 121:6 | | | |
| 75:25 | 76:5 | 76:8 | **quality** [2] 79:18 | | | |
| 76:10 | 76:12 | 76:16 | 81:15 | | | |
| 76:19 | 76:21 | 76:24 | **quarter** [2] 25:12 | | | |
| 77:2 | 77:12 | 77:15 | 31:14 | | | |
| 77:18 | 77:21 | 77:24 | **quarters** [1] 85:14 | | | |
| 78:4 | 78:6 | 78:9 | **question** [24] 24:2 | | | |
| 78:11 | 78:14 | 78:20 | | | | |

**questions** [12]    5:12
    48:9    48:18    83:9
    83:21    83:23    84:11
    84:12    84:13    107:2
    117:11    121:1

**quick** [2]    111:11
    117:14

**Quiet** [1]    121:3

**Quinn** [1]    13:25

**quite** [2] 31:22    92:17

**quits** [1] 86:5

**R.P.R.** [3]    1:21
    125:17    126:23

**racing** [1]    8:14

**Ramirez** [2]    1:6
    37:16

**ran** [3]    32:7    35:4
    35:11

**rapport** [1]    21:3

**rather** [1]    110:3

**rating** [1]    46:18

**RE** [1]    126:9

**reach** [2] 116:23    116:24

**read** [4]    64:18    76:21
    122:11    123:5

**reading** [3]    7:4
    121:21    126:18

**ready** [1] 102:2

**real** [1]    117:14

**realized** [1]    106:12

**really** [5]    17:4
    32:17    37:10    97:19
    98:2

**realm** [1]    44:8

**rear** [1]    66:12

**reason** [9]    54:7
    72:18    73:6    73:16
    84:13    109:19    118:3
    118:7    118:10

**rebuild** [3]    16:14
    16:15    52:23

**recall** [28]    13:22
    20:13    25:2    27:13
    27:24    28:5    28:12
    28:20    31:20    32:6
    35:10    40:13    40:21
    42:15    42:22    43:1
    44:12    44:17    45:1
    48:10    48:16    48:23
    49:7    49:11    51:3
    101:15    107:6    115:18

**received** [2]    6:10
    93:14

**recently** [1]    33:4

**recess** [1]    61:3

**recognize** [1]    61:8

**recollection** [5] 38:9
    87:21    90:2    95:15

**115**:17

**recommendations** [1]
    113:19

**recommended** [1]
    90:7

**reconstruction** [2]
    19:3    67:19

**record** [20]    4:15
    5:15    11:3    33:10
    36:3    36:4    37:12
    37:13    41:9    41:10
    41:12    41:14    47:4
    55:8    61:9    62:15
    62:17    84:8    125:9
    126:24

**recorded** [1]    48:6

**RECROSS-EXAMINATION**
    [1]    117:12

**REDIRECT** [2] 111:13
    120:3

**redo** [1]    18:23

**reducer** [3]    49:23
    51:1    51:4

**reducers** [1]    50:2

**reference** [1]    126:12

**referring** [1]    50:17
    60:15    104:6

**refit** [20]    10:11    10:14
    10:18    11:15    12:4
    13:3    13:11    15:20
    15:24    16:11    21:5
    28:25    32:8    34:15
    40:14    72:11    87:9
    90:11    90:11    120:12

**reflect** [1]    84:8

**reflected** [1]    71:6

**Registered** [1] 125:5

**regular** [1]    33:1

**reinstalled** [1]    18:16

**relationship** [1] 105:11

**relative** [1]    125:12

**relatively** [1]    112:5

**remember** [26]    14:3
    14:5    14:17    17:23
    28:9    39:8    40:17
    49:10    64:6    64:7
    66:18    66:23    82:17
    82:23    83:10    85:2
    86:2    86:20    86:23
    87:4    90:21    90:24
    91:22    92:15    94:1
    107:4

**removable** [2]    54:1
    109:12

**removal** [1]    67:8

**removed** [1]    18:12

**repairs** [1]    75:20

**replace** [1]    109:5

**replaced** [4]    13:5
    87:13    87:15    109:25

**report** [10]    25:25
    39:16    39:19    76:17
    76:19    76:21    77:3
    77:12    114:4    125:7

**Reporter** [2]    125:2
    125:6

**repower** [1]    12:1

**represent** [1]    84:4

**representative** [2]
    71:13    80:18

**representing** [2] 5:11
    43:19

**request** [3]    21:6
    71:2    100:5

**requested** [2]    53:25
    99:17

**responses** [1]    83:8

**responsibilities** [1]
    9:12

**responsibility** [1]
    119:5

**responsible** [3]    120:8
    120:21    121:8

**rest** [3]    16:6    86:19
    104:5

**retract** [1]    69:23

**returned** [3]    22:25
    84:21    85:4    85:12

**reverberate** [1] 112:9

**review** [1]    39:18

**ride** [1]    15:11

**right** [39] 23:16    27:17
    30:5    31:18    32:21
    37:7    38:7    38:8
    45:22    57:18    60:6
    60:10    61:14    63:23
    65:19    68:16    68:19
    73:6    74:11    84:15
    86:20    87:20    90:1
    90:21    91:9    93:2
    94:1    94:25    95:12
    95:20    97:3    98:14
    101:15    101:18    105:13
    108:25    115:18    116:4
    116:6

**right-hand** [1]    66:8

**Rimmel** [1]    49:2

**ripped** [3]    40:24
    57:12    57:13

**ripping** [1]    67:13

**River** [1] 20:10

**RIVKIND** [1]    2:7

**road** [1] 85:10

**room** [9] 4:25    11:23
    13:7    18:5    22:9
    22:13    23:10    23:11
    46:3

**round** [1]    105:2

**run** [6]    20:2    24:7
    35:7    58:23    86:18
    100:8

**running** [7]    7:4
    23:10    23:13    23:18
    31:9    34:12    34:16
    46:6    56:25    68:8
    86:21

**rusted** [1]    16:16

**S.W** [1]    2:4

**safe** [3]    98:6    117:21
    118:5

**safely** [1]    118:23

**said** [36]    14:6    26:2

Case 0:00-cv-06022-JAL    Document 108    Entered on FLSD Docket 08/08/2001    Page 48 of 55

NARANJO vs. STEPHEN B. SMITH    CondenseIt™    sailboats - Stephen

26:5          27:2        27:16
31:15         42:20       44:4
44:6          46:6        59:11
64:13         64:14       66:25
67:1          70:9        72:9
78:20         82:25       83:16
93:24         94:10       94:25
98:22         99:20       101:24
102:14        103:22      105:1
106:18        106:21      109:4
116:3         117:16      126:19
126:20
**sailboats** [1]           8:14
**sailing** [2]             8:7
8:12
**Sailor** [1]              74:13
:
**sale** [1]   6:19
**salon** [1] 63:16
**salt** [1]   29:19
**same** [13]               28:9
33:2          33:8        33:20
33:25         49:15       68:23
73:13         95:4        112:5
115:25        119:15      122:12
**sand** [1]   19:6
**Saturday** [2]           15:9
85:3
**Saugatuck** [3]   9:16
9:25          10:3
**saved** [1]               92:22
**saw** [6]    25:3        51:5
51:12         95:16       95:17
95:18
**say** [43]   7:9         13:23
17:15         17:25       24:2
24:25         26:21       27:12
28:17         35:8        37:21
45:6          50:7        51:18
56:20         56:22       57:23
63:3          63:10       64:5
65:2          67:24       69:13
69:19         71:5        71:9
75:5          78:12       81:8
89:22         92:15       95:16
95:20         98:20       98:25
99:23         100:22      101:13
103:7         103:15      106:23
120:23        121:6
**saying** [1]             70:19
**says** [1] 36:6
**scenario** [1]           49:15
**scene** [1] 148:8
**schedule** [1]           18:1
**school** [7]             6:7
6:9           6:24        9:1
9:2           10:16       46:16
**scope** [1]              103:25
**screwed** [1]            54:1
**SCS** [1] 36:6
**se** [1]    42:18
**sea** [6]    7:15       8:14
30:22         30:23       31:1
39:21
**Seadoo** [1]             17:16
**seagoing** [1]           74:11
**seal** [1]  124:11
**sealed** [2]             55:2

56:7
:
**seam** [7] 67:22         69:1
69:5          69:6        69:15
69:22         69:23
**seaman** [1]             74:11
**seamanship** [2]  6:9
7:3
**seating** [1]            17:4
**seats** [1] 17:17
**second** [4]             36:23
37:8          60:23       62:16
**sections** [1]           68:7
109:10
**Security**               5:20
**see** [40]   20:24       33:22
35:15         40:21       49:24
51:23         52:9        52:19
54:2          56:23       56:23
57:8          57:10       57:11
57:19         58:6        58:11
60:3          60:5        60:11
61:1          63:8        66:3
67:24         68:6        68:6
68:8          68:17       68:19
68:22         69:17       76:6
92:23         102:9       107:22
108:3         108:9       108:12
109:1         116:1
**seemed** [2]             90:19
104:2
**seen** [13] 31:21        40:2
40:25         52:16       64:3
77:4          77:6        80:1
92:23         92:24       93:1
113:21        119:21
**sent** [2]   62:21       62:22
**sequentially** [1] 37:1
**series**                 5:12
**serve** [2] 74:24        78:15
**served** [1]             75:2
**service**                7:19
**set** [7]    32:15       34:21
40:2          40:5        86:18
116:15        122:14
**sets** [2]  41:2         41:5
**setup** [1] 89:24
**seven** [3]              12:7
85:24         85:25
**seven-thirty** [2] 85:25
86:5
**several** [4]            13:18
49:18         84:18       104:18
**shaft** [1] 19:12
**shafts** [1]             18:25
**shake** [1]              22:18
**shall** [2] 126:18       126:19
**she** [2]   37:16        37:17
**shed** [2] 19:21         20:11
**sheds** [1] 120:11
**sheet** [4] 3:19         43:12
110:3         123:2
**ship** [1] 121:9
**ships** [1] 75:6
**shipyard** [1]           120:11
**short** [3] 32:7         61:3

101:21
**should** [2]             36:10
116:20
**shoved** [1]             60:13
**show** [13]              14:16
14:23         15:16       28:20
28:24         33:6        37:14
38:24         45:16       62:20
69:12         69:22       81:20
**showed** [4]             37:3
47:18         48:17       93:15
**showing** [3]            15:13
68:11         69:9
**shows** [4]              65:13
66:15         66:18       68:24
**shrink-wrapped** [1]
30:8
**side** [14] 18:11        18:11
18:12         18:18       23:17
24:13         35:2        44:25
45:8          46:16       65:13
66:8          66:12       82:25
**signature** [2]          80:15
81:5          126:14
**Signed**                 123:23
**signing** [2]            121:22
126:19
**simple** [1]             100:11
**since** [6] 6:20         6:21
8:1           10:23       12:18
59:19
**sinking** [1]            58:15
**Sioli** [3] 4:5          4:11
4:14
**sir** [8]    79:25       84:17
95:13         96:2        99:9
103:4         111:24      113:25
**sitting** [5]            49:25
60:6          74:8        90:2
111:20
**six** [1]   109:11
**six-four** [1]           111:25
**six-thirty** [1]         85:23
**sixteen** [1]            8:13
**size** [5]  7:19         18:24
95:9          95:10       104:11
**skin** [1] 114:23
**skipped** [1]            26:15
**slower** [1]             91:6
**small** [1] 17:4
**Smith** [17]             1:9
2:19          6:20        9:7
9:19          10:8        12:15
16:5          21:6        30:12
38:23         41:22       71:16
75:8          75:16       89:4
126:9
**Smith's** [1]            62:22
**so** [71]   4:23         9:4
13:14         14:7        14:23
16:16         16:23       17:8
19:21         20:1        21:11
21:18         22:16       23:14
24:19         25:22       27:1
29:1          29:18       33:7
33:14         34:21       36:2
37:2          37:17       37:18

37:19         56:3        57:5
59:18         61:21       61:22
63:25         65:6        66:4
67:12         68:24       70:6
72:24         73:4        73:17
75:22         85:1        85:3
85:16         85:17       86:20
87:20         89:9        89:22
90:1          91:14       94:12
94:24         97:13       100:2
100:11        104:3       105:21
105:23        106:6       106:12
107:17        108:2       109:10
109:11        109:12      110:7
113:21        119:18      121:11
**Social**                 5:20
**sold** [1]  14:14
**solid** [8] 57:6         57:24
59:8          59:17       67:3
102:22        107:18      111:3
**some** [28]              27:1
32:20         33:4        34:10
35:25         40:16       43:7
43:9          43:10       43:24
45:15         46:17       49:16
49:16         49:24       60:5
81:19         83:21       84:13
86:21         87:6        90:13
91:20         98:7        107:2
111:11        114:23      119:9
**somebody** [8]           17:9
26:24         71:11       90:14
90:23         93:17       93:19
116:3
**someone** [3]            69:13
75:14         119:18
**something** [19]         17:11
23:14         24:12       26:5
26:16         29:5        43:11
44:2          59:6        67:17
70:14         82:21       88:9
89:11         98:23       99:17
102:3         115:10      115:25
**sometime** [1]           96:24
**somewhat** [2]           110:12
110:13
**somewhere** [1]          11:18
**soon** [1] 13:13
**sorry** [3] 11:12        62:22
80:8
**sort** [2]  34:24        91:20
**sound** [2]              49:3
111:4
**South** [3]              2:5
6:2           92:4
**Southeast** [1]          126:2
**SOUTHERN** [1]
1:2
**SOUVENIR** [2] 5:13
75:9
**space** [14]             17:16
28:21         31:23       42:4
56:7          59:14       73:17
78:17         96:9        102:16
105:6         105:8       106:19
110:22
**spaces** [2]             72:25
75:3
**Spanish** [1]            82:15

**spare** [2] 29:13        33:24
**spark** [1] 73:9
**speak** [4]              37:19
48:20         82:15       85:17
**speakerphone** [2]
5:2           10:25
**speaking** [1]           86:11
**specialty** [1]          74:19
**specific** [1]           100:13
**specifically** [1] 86:11
**speculation** [2] 49:16
119:24
**speed** [2]              15:14
15:15
**spell** [1] 24:15
**spilled** [2]            49:19
51:15
**spoke** [2]              4:16
14:2
**spot** [2]  19:11        47:16
**spots** [1] 105:17
**spray** [4] 19:21        20:11
20:11         30:24
**square** [1]             18:10
**squirrel** [1]           44:22
**SS** [1]    122:5
**stack** [1] 61:7
**stand** [3] 70:3         108:13
108:15
**standard** [2]           80:9
92:9
**starboard** [6]          15:19
18:11         18:12       18:13
18:14         58:1
**start** [1] 20:2
**started** [7]            7:14
8:7           8:14        28:25
48:18         95:18       95:21
**starter** [1]            95:9
**starts** [2] 85:25       86:4
**state** [9] 1:22         19:8
48:11         122:5       122:22
124:4         124:17      125:3
125:18
**stated** [4]             81:16
110:4         110:17      110:24
**statement** [2]          48:5
69:23
**statements** [2]         47:25
48:2
**stateroom** [2]          23:19
44:24
**STATES** [1]             1:2
**stating** [1]            92:2
**stay** [7]  9:20         20:7
85:7          85:13       85:18
86:7          86:13
**staying** [1]            85:9
**steering** [6]           23:2
23:9          23:12       23:15
23:25         23:25
**stenographically** [1]
125:7
**Stephen** [6]            1:9

Case 0:00-cv-06022-JAL    Document 108    Entered on FLSD Docket 08/08/2001    Page 49 of 55

NARANJO vs. STEPHEN B. SMITH        CondenseIt™                    stepped - that

| | | |
|---|---|---|
| 2:19 | 6:20 | 9:7 |
| 71:16 | 126:9 | |
| **stepped** [2] | | 59:17 |
| 67:1 | | |
| **stepping** [1] | | 67:5 |
| **still** [11] 7:22 | | 9:22 |
| 22:15 | 46:15 | 51:6 |
| 51:10 | 51:19 | 87:25 |
| 105:1 | 105:2 | 117:9 |
| **stood** [2] 57:20 | | 108:11 |
| **stopped** [1] | | 31:23 |
| **storage** [3] | | 29:1 |
| 29:8 | 34:8 | |
| **stored** [3] | | 30:13 |
| 30:15 | 110:8 | |
| **straight** [2] | | 20:8 |
| 56:3 | | |
| **Street** [3] | | 2:4 |
| 2:8 | 2:13 | |
| **strike** [4] | | 56:15 |
| 113:4 | 113:13 | 113:24 |
| **stroke** [1] | | 30:1 |
| **structural** [1] | | 57:21 |
| **struts** [1] | | 18:23 |
| **Stuart** [1] | | 6:10 |
| **stuff** [6] 11:10 | | 20:23 |
| 50:15 | 64:21 | 64:23 |
| 92:3 | | |
| **Sturgeon** [1] | | 2:14 |
| **subcontractor** [3] | | |
| 24:11 | 89:6 | 89:13 |
| **subcontractors** [1] | | |
| 89:20 | | |
| **subfloor** [2] | | 57:22 |
| 119:17 | | |
| **subflooring** [1] 118:14 | | |
| **submarine** [2] | | 74:22 |
| 74:25 | | |
| **submarines** [1] 74:23 | | |
| **subscribed** [1] | | 122:19 |
| **such** [2] 8:18 | | 32:15 |
| **suck** [1] 58:22 | | |
| **suggest** [1] | | 126:16 |
| **suggested** [2] | | 54:7 |
| 91:1 | | |
| **suitable** [1] | | 126:17 |
| **Suite** [2] 2:9 | | 126:2 |
| **summer** [3] | | 8:9 |
| 9:17 | 9:21 | 9:23 |
| 17:8 | | |
| **sump** [1] 35:3 | | |
| **Sunday** [3] | | 24:19 |
| 85:3 | 85:4 | |
| **support** [5] | | 60:7 |
| 60:13 | 93:3 | 110:11 |
| 110:13 | | |
| **suppose** [2] | | 37:17 |
| 115:23 | | |
| **supposed** [3] | | 44:9 |
| 63:3 | 103:23 | |
| **sure** [17] 4:8 | | 13:12 |
| 14:21 | 17:25 | 26:16 |
| 28:1 | 52:12 | 55:4 |
| 61:23 | 75:5 | 88:18 |
| 94:22 | 97:7 | 114:20 |

| | | |
|---|---|---|
| 115:2 | 115:3 | 121:16 |
| **survey** [5] | | 39:15 |
| 39:18 | 41:21 | 113:16 |
| 114:4 | | |
| **surveyed** [1] | | 39:5 |
| **surveyor** [3] | | 36:8 |
| 39:8 | 76:2 | |
| **surveyor's** [2] | | 77:3 |
| 77:12 | | |
| **suspect** [1] | | 118:11 |
| **swear** [1] | | 120:14 |
| **swimming** [1] | | 8:11 |
| **switch** [1] | | 33:2 |
| **switches** [1] | | 38:12 |
| **sworn** [3] | | 5:5 |
| 122:19 | 124:10 | |
| **system** [6] | | 13:7 |
| 19:16 | 19:17 | 23:3 |
| 31:2 | 35:3 | |
| **systems** [1] | | 88:24 |
| **T** [1] | | 13:6 |
| **tack** [8] 56:24 | | 57:18 |
| 68:6 | 69:17 | 69:18 |
| 69:20 | 89:20 | 92:7 |
| **take** [23] 7:6 | | 7:7 |
| 9:8 | 10:1 | 13:19 |
| 16:18 | 16:22 | 19:19 |
| 29:19 | 30:24 | 45:14 |
| 60:22 | 60:25 | 61:11 |
| 61:13 | 79:24 | 92:13 |
| 93:17 | 97:6 | 98:15 |
| 98:24 | 118:19 | 121:11 |
| **taken** [14] | | 1:21 |
| 17:20 | 19:19 | 33:10 |
| 33:12 | 37:21 | 38:6 |
| 58:11 | 61:4 | 61:14 |
| 68:1 | 98:16 | 126:13 |
| 126:18 | | |
| **taking** [5] | | 1:23 |
| 22:19 | 54:4 | 74:23 |
| 121:20 | | |
| **talk** [7] 47:7 | | 91:25 |
| 98:21 | 100:7 | 100:8 |
| 105:8 | 115:9 | |
| **talked** [6] | | 47:12 |
| 70:8 | 86:24 | 86:25 |
| 87:3 | 113:16 | |
| **talking** [15] | | 38:16 |
| 49:7 | 50:8 | 51:11 |
| 65:7 | 68:15 | 72:15 |
| 75:22 | 87:2 | 97:10 |
| 109:15 | 109:17 | 109:24 |
| 115:13 | 116:2 | |
| **talks** [1] 43:10 | | |
| **tall** [1] 111:24 | | |
| **tank** [1] 35:3 | | |
| **tanks** [9] 42:20 | | 42:21 |
| 79:16 | 82:25 | 83:1 |
| 102:12 | 102:13 | 102:14 |
| 102:14 | | |
| **tap** [13] 25:6 | | 25:11 |
| 26:4 | 26:8 | 26:25 |
| 27:2 | 94:12 | 95:24 |
| 98:19 | 102:2 | 105:5 |
| 105:23 | 107:23 | |
| **taped** [1] 47:20 | | |
| **tapped** [2] | | 104:12 |

| | | |
|---|---|---|
| 109:12 | | |
| **tapping** [3] | | 25:12 |
| 26:17 | 94:12 | |
| **task** [1] 100:4 | | |
| **tasks** [1] 100:13 | | |
| **teach** [1] 74:18 | | |
| **tech** [1] 68:10 | | |
| **technical** [1] | | 8:17 |
| **telephone** [3] | | 2:12 |
| 4:2 | 4:18 | 84:11 |
| 126:3 | 126:16 | |
| **tell** [38] 8:3 | | 22:23 |
| 28:3 | 47:3 | 51:11 |
| 56:21 | 57:20 | 58:9 |
| 59:7 | 59:7 | 59:17 |
| 61:8 | 67:2 | 67:3 |
| 67:4 | 67:4 | 71:12 |
| 86:16 | 87:18 | 88:6 |
| 90:14 | 92:10 | 94:5 |
| 95:12 | 96:13 | 96:16 |
| 96:19 | 98:14 | 98:24 |
| 99:10 | 101:18 | 101:22 |
| 102:5 | 102:21 | 103:4 |
| 107:1 | 107:9 | 111:2 |
| **telling** [5] | | 49:14 |
| 66:18 | 66:23 | 92:16 |
| 97:23 | | |
| **template** [1] | | 104:12 |
| **ten** [4] 18:20 | | 44:10 |
| 78:13 | 103:23 | |
| **tender** [5] | | 29:22 |
| 29:24 | 30:5 | 30:7 |
| 74:23 | | |
| **tent** [1] 22:16 | | |
| **test** [1] 7:11 | | |
| **testified** [4] | | 5:6 |
| 67:21 | 67:22 | 115:8 |
| **testimony** [3] | | 26:17 |
| 57:5 | 104:17 | |
| **Texas** [2] | | 46:18 |
| 46:20 | | |
| **than** [15] 19:13 | | 20:6 |
| 24:13 | 27:19 | 29:17 |
| 33:22 | 34:1 | 35:3 |
| 54:22 | 59:16 | 75:21 |
| 81:7 | 91:6 | 100:8 |
| 110:3 | | |
| **thank** [4] | | 52:8 |
| 75:1 | 111:9 | 120:2 |
| **Thanks** [1] | | 11:13 |
| **that** [595] 4:8 | | 4:11 |
| 4:18 | 4:19 | 4:23 |
| 4:24 | 5:2 | 6:16 |
| 6:19 | 6:21 | 6:23 |
| 7:19 | 8:19 | 9:6 |
| 9:12 | 9:13 | 9:18 |
| 9:20 | 10:3 | 10:7 |
| 10:15 | 10:15 | 10:15 |
| 10:16 | 10:18 | 11:16 |
| 11:17 | 11:18 | 11:20 |
| 12:1 | 12:5 | 12:8 |
| 12:9 | 12:11 | 12:14 |
| 12:19 | 12:20 | 12:21 |
| 12:25 | 13:4 | 13:5 |
| 13:11 | 13:12 | 13:15 |
| 13:16 | 13:23 | 13:23 |
| 14:4 | 14:6 | 14:8 |
| 14:9 | 14:13 | 14:15 |
| 14:21 | 15:3 | 15:10 |

| | | |
|---|---|---|
| 15:11 | 15:17 | 15:20 |
| 16:2 | 16:4 | 16:22 |
| 16:25 | 17:9 | 17:11 |
| 17:11 | 17:14 | 17:25 |
| 19:13 | 19:24 | 20:14 |
| 20:15 | 20:22 | 21:6 |
| 22:1 | 22:23 | 23:2 |
| 23:5 | 23:6 | 23:7 |
| 23:8 | 23:9 | 23:12 |
| 23:13 | 23:20 | 24:8 |
| 24:9 | 24:12 | 24:14 |
| 24:15 | 24:22 | 25:3 |
| 25:3 | 25:5 | 25:7 |
| 25:10 | 25:10 | 25:11 |
| 25:16 | 25:20 | 26:2 |
| 26:4 | 26:7 | 26:16 |
| 26:21 | 26:23 | 27:6 |
| 27:8 | 27:11 | 27:23 |
| 28:4 | 28:4 | 28:13 |
| 28:17 | 29:3 | 29:6 |
| 29:11 | 29:13 | 29:17 |
| 29:19 | 30:2 | 30:4 |
| 30:17 | 30:18 | 30:19 |
| 30:21 | 30:21 | 31:4 |
| 31:8 | 31:20 | 32:2 |
| 32:3 | 32:7 | 32:9 |
| 32:12 | 32:13 | 32:13 |
| 32:16 | 32:16 | 32:22 |
| 33:2 | 33:4 | 33:5 |
| 33:16 | 33:18 | 33:22 |
| 33:23 | 33:24 | 34:23 |
| 34:24 | 35:3 | 35:6 |
| 35:8 | 35:14 | 35:20 |
| 35:22 | 36:7 | 37:3 |
| 37:10 | 38:5 | 38:9 |
| 38:12 | 39:9 | 39:16 |
| 39:19 | 39:22 | 40:5 |
| 41:7 | 41:18 | 41:22 |
| 41:22 | 41:23 | 41:23 |
| 42:5 | 42:12 | 42:13 |
| 42:16 | 42:19 | 42:21 |
| 42:25 | 43:1 | 43:4 |
| 43:8 | 43:9 | 43:12 |
| 43:13 | 43:18 | 43:23 |
| 44:2 | 44:2 | 44:13 |
| 44:15 | 44:20 | 45:4 |
| 45:10 | 45:11 | 45:12 |
| 45:16 | 45:20 | 45:21 |
| 45:22 | 46:9 | 47:1 |
| 47:11 | 47:13 | 48:5 |
| 48:8 | 48:19 | 49:5 |
| 49:5 | 49:19 | 49:20 |
| 49:20 | 50:5 | 50:8 |
| 50:8 | 50:15 | 50:15 |
| 51:1 | 51:5 | 51:12 |
| 51:14 | 51:25 | 52:15 |
| 52:23 | 53:1 | 53:2 |
| 53:14 | 53:16 | 53:20 |
| 53:25 | 54:1 | 54:3 |
| 54:7 | 54:7 | 54:15 |
| 54:21 | 54:25 | 55:1 |
| 55:4 | 55:4 | 55:12 |
| 55:17 | 56:5 | 56:10 |
| 56:12 | 56:13 | 56:14 |
| 56:16 | 56:17 | 56:18 |
| 56:21 | 56:22 | 56:24 |
| 57:5 | 57:6 | 57:8 |
| 57:11 | 57:11 | 57:12 |
| 57:12 | 57:20 | 57:24 |
| 58:5 | 58:6 | 58:9 |
| 58:10 | 58:11 | 58:16 |
| 58:17 | 58:17 | 58:18 |
| 59:1 | 59:1 | 59:6 |
| 59:17 | 59:25 | 59:25 |

| | | |
|---|---|---|
| 60:8 | 60:9 | 60:10 |
| 61:2 | 61:17 | 61:23 |
| 62:2 | 62:2 | 62:21 |
| 62:21 | 63:10 | 63:25 |
| 65:16 | 65:24 | 66:8 |
| 66:9 | 66:10 | 66:11 |
| 66:19 | 66:24 | 67:1 |
| 67:2 | 67:3 | 67:4 |
| 67:9 | 67:13 | 67:16 |
| 67:17 | 67:18 | 67:22 |
| 67:25 | 68:8 | 68:10 |
| 68:11 | 68:19 | 68:20 |
| 68:24 | 68:25 | 69:1 |
| 69:1 | 69:9 | 69:12 |
| 69:12 | 69:13 | 69:13 |
| 69:18 | 69:19 | 69:21 |
| 69:22 | 69:23 | 70:4 |
| 70:13 | 70:14 | 70:15 |
| 70:19 | 70:25 | 71:4 |
| 71:9 | 71:12 | 71:12 |
| 71:17 | 72:14 | 72:23 |
| 72:24 | 72:25 | 73:6 |
| 73:11 | 73:14 | 73:16 |
| 73:17 | 73:24 | 74:7 |
| 75:12 | 75:13 | 75:21 |
| 76:2 | 76:8 | 76:17 |
| 76:21 | 77:4 | 77:12 |
| 77:15 | 78:2 | 78:17 |
| 78:14 | 78:16 | 78:17 |
| 78:18 | 78:19 | 78:20 |
| 78:23 | 78:25 | 79:2 |
| 79:3 | 79:21 | 79:25 |
| 79:25 | 80:1 | 80:2 |
| 80:5 | 80:9 | 80:15 |
| 80:22 | 80:24 | 81:16 |
| 81:16 | 82:14 | 82:22 |
| 83:5 | 83:8 | 83:11 |
| 83:16 | 83:18 | 83:18 |
| 84:5 | 84:8 | 84:12 |
| 84:17 | 84:21 | 84:25 |
| 85:5 | 86:17 | 86:24 |
| 86:25 | 87:3 | 87:3 |
| 87:7 | 87:11 | 87:19 |
| 88:2 | 88:5 | 88:6 |
| 88:9 | 88:14 | 88:15 |
| 88:20 | 89:5 | 89:9 |
| 89:18 | 89:18 | 89:22 |
| 90:2 | 90:15 | 90:16 |
| 90:16 | 90:19 | 90:25 |
| 91:1 | 91:2 | 91:3 |
| 91:15 | 91:17 | 91:19 |
| 91:21 | 92:2 | 92:3 |
| 92:5 | 92:9 | 92:14 |
| 92:22 | 93:4 | 93:6 |
| 93:9 | 93:14 | 93:17 |
| 94:9 | 94:11 | 94:13 |
| 94:15 | 94:20 | 94:22 |
| 95:17 | 95:18 | 95:20 |
| 95:23 | 95:24 | 96:1 |
| 96:6 | 96:12 | 96:15 |
| 96:23 | 97:3 | 97:5 |
| 97:6 | 97:7 | 97:9 |
| 97:13 | 97:16 | 98:9 |
| 98:10 | 98:15 | 98:16 |
| 98:19 | 99:2 | 99:3 |
| 99:4 | 99:5 | 99:17 |
| 99:24 | 100:4 | 100:5 |
| 100:13 | 100:17 | 100:19 |
| 101:12 | 101:19 | 102:3 |
| 102:19 | 102:23 | 103:3 |
| 103:9 | 103:18 | 103:19 |
| 103:22 | 103:24 | 104:16 |
| 104:18 | 104:21 | 105:6 |
| 105:11 | 105:12 | 105:15 |

NARANJO vs. STEPHEN B. SMITH          Condenselt™                                              the - the

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 105:22 | 105:24 | 105:24 | 18:22 | 18:23 | 18:23 | 36:8 | 36:13 | 36:25 | 59:14 | 59:19 | 59:23 | 88:4 | 88:4 | 88:6 |
| 105:25 | 106:11 | 106:12 | 18:24 | 18:24 | 18:25 | 37:12 | 37:13 | 37:15 | 59:24 | 59:25 | 60:2 | 88:10 | 88:16 | 88:16 |
| 106:15 | 106:16 | 106:16 | 19:2 | 19:3 | 19:4 | 37:16 | 38:1 | 38:1 | 60:3 | 60:4 | 60:4 | 89:19 | 89:21 | 90:16 |
| 106:21 | 106:22 | 106:23 | 19:5 | 19:7 | 19:7 | 38:8 | 38:12 | 38:12 | 60:7 | 60:7 | 60:8 | 90:17 | 90:18 | 90:21 |
| 107:6 | 107:9 | 107:20 | 19:8 | 19:8 | 19:12 | 38:13 | 38:16 | 38:16 | 60:12 | 60:13 | 60:19 | 90:22 | 90:23 | 90:25 |
| 107:13 | 107:19 | 107:20 | 19:15 | 19:17 | 19:17 | 38:18 | 38:19 | 38:24 | 61:6 | 61:15 | 61:17 | 91:1 | 91:3 | 91:4 |
| 107:22 | 108:1 | 108:2 | 19:18 | 19:19 | 19:20 | 38:24 | 39:2 | 39:5 | 61:18 | 62:1 | 62:2 | 91:24 | 91:24 | 91:25 |
| 108:22 | 108:25 | 109:2 | 19:21 | 19:23 | 19:23 | 39:8 | 39:13 | 39:14 | 62:2 | 62:11 | 62:15 | 92:4 | 92:8 | 92:14 |
| 109:4 | 109:23 | 110:2 | 20:1 | 20:3 | 20:3 | 39:15 | 39:18 | 39:21 | 62:17 | 62:20 | 63:1 | 92:19 | 92:20 | 92:21 |
| 110:4 | 110:12 | 110:13 | 20:4 | 20:9 | 20:10 | 40:1 | 40:2 | 40:3 | 63:2 | 63:4 | 63:4 | 93:2 | 93:3 | 93:3 |
| 110:19 | 111:1 | 111:2 | 20:10 | 20:13 | 20:21 | 40:6 | 40:10 | 40:11 | 63:9 | 63:12 | 63:16 | 93:4 | 93:7 | 93:7 |
| 111:3 | 111:5 | 111:9 | 21:1 | 21:1 | 21:5 | 40:11 | 40:14 | 40:15 | 63:21 | 63:22 | 64:10 | 93:7 | 93:12 | 93:18 |
| 111:9 | 111:19 | 112:7 | 21:7 | 21:7 | 21:13 | 40:15 | 40:16 | 40:21 | 64:13 | 64:15 | 64:15 | 93:20 | 93:23 | 93:23 |
| 112:8 | 112:9 | 112:14 | 21:15 | 21:17 | 21:17 | 40:22 | 40:24 | 41:3 | 64:24 | 64:25 | 65:8 | 94:2 | 94:3 | 94:3 |
| 112:17 | 112:23 | 112:25 | 21:19 | 21:20 | 21:23 | 41:8 | 41:10 | 41:11 | 65:12 | 65:13 | 65:22 | 94:7 | 94:9 | 94:9 |
| 113:11 | 113:16 | 114:2 | 22:3 | 22:5 | 22:5 | 41:14 | 41:16 | 41:18 | 65:23 | 66:1 | 66:3 | 94:10 | 94:10 | 94:11 |
| 114:20 | 113:24 | 115:8 | 22:6 | 22:9 | 22:12 | 41:19 | 41:20 | 41:21 | 66:4 | 66:8 | 66:12 | 94:12 | 94:18 | 94:19 |
| 115:10 | 115:12 | 115:23 | 22:12 | 22:13 | 22:15 | 41:24 | 41:22 | 41:25 | 66:12 | 66:15 | 66:15 | 94:20 | 94:20 | 94:23 |
| 115:22 | 116:3 | 116:4 | 22:16 | 22:17 | 22:19 | 41:24 | 41:24 | 41:25 | 66:19 | 66:19 | 66:21 | 95:3 | 95:4 | 95:5 |
| 117:16 | 117:23 | 118:3 | 22:20 | 22:22 | 22:24 | 42:2 | 42:4 | 42:9 | 67:3 | 67:7 | 67:8 | 95:8 | 95:10 | 95:10 |
| 118:4 | 118:5 | 118:8 | 22:25 | 23:6 | 23:7 | 42:10 | 42:12 | 42:14 | 67:8 | 67:8 | 67:10 | 95:13 | 95:15 | 95:19 |
| 118:11 | 118:13 | 118:24 | 23:8 | 23:10 | 23:11 | 42:17 | 42:20 | 42:22 | 67:13 | 67:13 | 67:19 | 95:21 | 95:22 | 95:25 |
| 119:3 | 119:6 | 119:9 | 23:11 | 23:12 | 23:14 | 42:23 | 42:23 | 42:24 | 67:20 | 68:1 | 68:2 | 96:2 | 96:4 | 96:5 |
| 119:10 | 119:13 | 119:14 | 23:15 | 23:15 | 23:16 | 43:4 | 43:9 | 43:10 | 68:6 | 68:8 | 68:9 | 96:8 | 96:9 | 96:9 |
| 119:14 | 119:15 | 119:18 | 23:17 | 23:17 | 23:17 | 43:13 | 43:15 | 43:18 | 68:10 | 68:12 | 68:12 | 96:10 | 96:16 | 96:18 |
| 120:20 | 121:1 | 121:6 | 23:18 | 23:18 | 23:19 | 43:24 | 44:8 | 44:12 | 68:13 | 68:13 | 68:13 | 96:20 | 96:21 | 96:22 |
| 121:8 | 121:10 | 121:6 | 23:24 | 23:24 | 24:1 | 44:13 | 44:13 | 44:14 | 68:14 | 68:18 | 68:22 | 96:25 | 97:1 | 97:2 |
| 121:11 | 121:15 | 121:15 | 24:2 | 24:5 | 24:5 | 44:14 | 44:19 | 44:24 | 69:2 | 69:10 | 69:10 | 97:12 | 97:12 | 97:16 |
| 121:15 | 121:18 | 121:21 | 24:7 | 24:7 | 24:10 | 44:25 | 44:25 | 45:1 | 69:12 | 69:25 | 70:2 | 97:17 | 97:17 | 98:16 |
| 122:10 | 123:5 | 124:9 | 24:10 | 24:11 | 24:13 | 45:8 | 45:15 | 45:16 | 70:5 | 70:5 | 70:5 | 98:17 | 98:18 | 99:3 |
| 125:6 | 125:8 | 125:10 | 24:16 | 24:18 | 24:21 | 45:17 | 45:20 | 45:22 | 70:6 | 70:6 | 70:18 | 99:12 | 99:14 | 99:18 |
| 126:14 | 126:16 | | 24:22 | 24:23 | 25:5 | 45:23 | 46:2 | 46:3 | 70:25 | 71:1 | 71:7 | 99:19 | 100:5 | 100:7 |
| thc [1067] 1:22 | 1:22 | | 25:6 | 25:6 | 25:7 | 46:4 | 46:5 | 46:6 | 71:8 | 71:11 | 71:12 | 101:1 | 101:3 | 101:4 |
| 4:5 | 4:9 | 4:15 | 25:9 | 25:13 | 25:13 | 46:7 | 46:7 | 46:8 | 71:14 | 71:20 | 71:23 | 101:22 | 102:3 | 102:4 |
| 4:22 | 4:25 | 5:1 | 25:15 | 25:16 | 25:22 | 46:9 | 46:11 | 46:12 | 72:5 | 72:8 | 72:8 | 102:6 | 102:9 | 102:16 |
| 5:10 | 5:13 | 5:14 | 26:7 | 26:12 | 26:25 | 47:1 | 47:4 | 47:7 | 72:11 | 72:13 | 72:15 | 102:16 | 102:17 | 102:17 |
| 5:25 | 6:4 | 6:7 | 27:4 | 27:8 | 27:9 | 47:8 | 47:9 | 47:9 | 72:16 | 73:1 | 73:3 | 102:17 | 102:20 | 102:23 |
| 6:16 | 6:18 | 6:23 | 27:14 | 27:16 | 27:17 | 47:13 | 47:14 | 47:16 | 73:6 | 73:8 | 73:16 | 103:5 | 103:6 | 103:8 |
| 7:5 | 7:6 | 7:7 | 27:18 | 27:19 | 27:21 | 47:16 | 47:18 | 47:20 | 73:18 | 73:19 | 74:4 | 103:10 | 103:11 | 103:15 |
| 7:10 | 7:11 | 7:17 | 27:22 | 27:22 | 28:2 | 47:23 | 48:8 | 48:8 | 74:15 | 74:16 | 74:18 | 103:16 | 103:18 | 103:20 |
| 7:18 | 7:19 | 7:23 | 28:3 | 28:6 | 28:9 | 48:8 | 48:13 | 49:4 | 75:2 | 75:2 | 75:8 | 103:25 | 104:3 | 104:5 |
| 8:1 | 8:4 | 8:5 | 28:12 | 28:14 | 28:15 | 49:5 | 49:8 | 49:17 | 75:9 | 76:1 | 76:2 | 104:5 | 104:6 | 104:7 |
| 8:11 | 8:12 | 9:15 | 28:19 | 28:20 | 28:21 | 49:18 | 49:18 | 49:18 | 76:10 | 76:13 | 76:13 | 104:7 | 104:8 | 104:9 |
| 9:17 | 9:17 | 9:21 | 28:21 | 28:23 | 28:24 | 49:23 | 49:23 | 49:23 | 76:14 | 76:22 | 77:3 | 104:10 | 104:11 | 104:17 |
| 9:21 | 9:23 | 10:5 | 28:25 | 29:4 | 29:21 | 50:6 | 50:7 | 50:8 | 77:7 | 77:7 | 77:8 | 104:12 | 104:17 | 104:17 |
| 10:12 | 10:12 | 10:14 | 29:21 | 29:24 | 29:21 | 50:12 | 50:13 | 50:14 | 77:12 | 77:13 | 77:16 | 104:22 | 104:25 | 105:2 |
| 10:16 | 10:24 | 10:25 | 30:2 | 30:4 | 30:5 | 50:17 | 50:19 | 50:19 | 77:19 | 77:20 | 77:21 | 105:3 | 105:3 | 105:4 |
| 11:3 | 11:4 | 11:11 | 30:6 | 30:6 | 30:7 | 50:22 | 50:22 | 50:24 | 77:21 | 77:23 | 78:8 | 105:5 | 105:6 | 105:8 |
| 11:12 | 11:15 | 11:15 | 30:8 | 30:8 | 30:9 | 50:25 | 50:25 | 51:1 | 79:11 | 79:12 | 79:16 | 105:12 | 105:12 | 105:13 |
| 11:21 | 11:22 | 11:23 | 30:10 | 30:12 | 30:13 | 51:3 | 51:5 | 51:9 | 79:16 | 79:16 | 80:4 | 105:16 | 105:17 | 105:17 |
| 11:24 | 12:2 | 12:4 | 30:18 | 30:19 | 31:1 | 51:13 | 51:13 | 51:17 | 80:5 | 80:9 | 80:11 | 105:18 | 105:18 | 105:20 |
| 12:11 | 13:1 | 13:4 | 31:3 | 31:5 | 31:6 | 51:20 | 52:1 | 52:5 | 80:15 | 81:4 | 81:4 | 105:21 | 105:21 | 105:23 |
| 13:5 | 13:7 | 13:14 | 31:6 | 31:7 | 31:8 | 52:14 | 52:17 | 52:22 | 81:5 | 81:7 | 81:8 | 105:24 | 106:1 | 106:2 |
| 13:22 | 13:24 | 14:11 | 31:10 | 31:11 | 31:11 | 52:23 | 52:25 | 53:8 | 81:11 | 81:14 | 81:25 | 106:6 | 106:9 | 106:10 |
| 14:13 | 14:14 | 14:14 | 31:17 | 31:18 | 31:18 | 53:9 | 53:9 | 53:8 | 82:2 | 82:17 | 82:18 | 106:20 | 106:20 | 106:24 |
| 14:18 | 14:21 | 14:22 | 31:20 | 31:21 | 31:22 | 53:10 | 53:11 | 53:18 | 82:18 | 82:24 | 83:3 | 107:4 | 107:5 | 107:5 |
| 15:2 | 15:6 | 15:9 | 31:22 | 31:24 | 31:25 | 53:22 | 53:24 | 53:25 | 83:8 | 83:10 | 83:11 | 107:9 | 107:10 | 107:10 |
| 15:12 | 15:13 | 15:18 | 32:3 | 32:7 | 32:8 | 54:4 | 54:4 | 54:6 | 83:15 | 84:8 | 84:11 | 107:14 | 107:15 | 107:15 |
| 15:20 | 15:21 | 15:24 | 32:9 | 32:10 | 32:10 | 54:7 | 54:7 | 54:8 | 84:14 | 84:21 | 84:21 | 107:16 | 107:16 | 108:3 |
| 16:3 | 16:4 | 16:6 | 32:10 | 32:15 | 32:16 | 54:8 | 54:10 | 54:10 | 84:22 | 84:24 | 85:4 | 108:7 | 108:9 | 108:11 |
| 16:10 | 16:10 | 16:12 | 32:24 | 33:1 | 33:8 | 54:12 | 54:12 | 55:1 | 85:5 | 85:10 | 85:10 | 108:12 | 108:13 | 108:15 |
| 16:15 | 16:18 | 16:18 | 33:10 | 33:11 | 33:16 | 55:1 | 55:3 | 55:8 | 85:12 | 85:13 | 85:13 | 109:5 | 109:12 | 109:13 |
| 17:2 | 17:3 | 17:3 | 33:17 | 33:19 | 33:19 | 55:10 | 55:15 | 55:19 | 85:14 | 85:15 | 85:19 | 109:17 | 109:24 | 109:24 |
| 17:6 | 17:7 | 17:8 | 33:20 | 33:23 | 33:23 | 55:24 | 56:2 | 56:6 | 85:18 | 85:19 | 85:19 | 110:16 | 111:6 | 111:7 |
| 17:9 | 17:10 | 17:10 | 33:25 | 33:25 | 34:2 | 56:11 | 56:12 | 56:13 | 85:21 | 85:21 | 85:22 | 111:8 | 111:16 | 111:16 |
| 17:10 | 17:12 | 17:12 | 34:2 | 34:7 | 34:11 | 56:17 | 56:16 | 56:19 | 86:3 | 86:5 | 86:6 | 111:18 | 111:19 | 111:21 |
| 17:17 | 17:17 | 17:19 | 34:15 | 34:23 | 34:25 | 56:23 | 56:24 | 57:2 | 86:8 | 86:8 | 86:12 | 111:21 | 112:4 | 112:5 |
| 17:20 | 17:22 | 17:24 | 35:1 | 35:2 | 35:2 | 57:6 | 56:8 | 57:19 | 86:13 | 86:14 | 86:14 | 112:8 | 112:9 | 112:22 |
| 18:5 | 18:5 | 18:7 | 35:4 | 35:5 | 35:5 | 57:22 | 57:25 | 58:1 | 86:15 | 86:15 | 86:16 | 112:24 | 112:24 | 113:6 |
| 18:8 | 18:9 | 18:11 | 35:6 | 35:10 | 35:11 | 58:5 | 58:5 | 58:5 | 86:19 | 86:19 | 86:19 | 113:9 | 113:10 | 113:10 |
| 18:11 | 18:11 | 18:12 | 35:11 | 35:12 | 35:12 | 58:14 | 58:14 | 58:15 | 86:23 | 86:24 | 86:25 | 113:14 | 113:15 | 113:15 |
| 18:12 | 18:13 | 18:14 | 35:15 | 35:15 | 35:20 | 58:18 | 58:19 | 58:20 | 87:7 | 87:7 | 87:8 | 113:18 | 113:19 | 113:19 |
| 18:15 | 18:17 | 18:17 | 35:21 | 35:22 | 35:22 | 58:22 | 58:25 | 59:2 | 87:13 | 87:14 | 87:15 | 114:1 | 114:4 | 114:6 |
| 18:18 | 18:20 | 18:22 | 36:3 | 36:4 | 36:5 | 59:10 | 59:11 | 59:12 | 87:16 | 87:22 | 87:22 | 114:7 | 114:8 | 114:14 |

NARANJO vs. STEPHEN B. SMITH          Condenselt™                                    their - to

114:19  114:22  114:23
115:6   115:17  116:2
116:5   117:4   117:24
117:25  117:25  118:14
118:17  118:17  118:18
118:21  119:4   119:6
119:10  119:11  119:21
119:16  119:16  119:21
119:21  120:10  120:11
120:16  121:9   121:14
121:20  121:20  122:11
122:12  122:14  122:20
122:22  123:6   124:8
125:8   125:8   125:11
125:13  125:14  125:21
126:12  126:13  126:14
126:14  126:18  126:19
126:20  126:20  126:20

**their** [13] 11:25      19:11
25:25   47:15   47:22
51:16   89:21   89:24
91:23   99:22   100:17
100:20  119:1

**them** [41]              16:19
16:19   19:12   16:12
35:15   35:23   36:14
41:6    43:3    50:6
51:7    51:20   51:23
52:3    52:4    52:5
52:6    52:9    52:20
53:25   54:21   61:13
61:22   62:6    63:5
63:14   70:14   70:15
73:7    75:4    75:15
78:1    81:19   92:2
93:1    93:13   93:16
93:18   114:5   116:4
121:12

**themselves** [1]         90:16
**then** [23] 8:13         10:5
16:6    17:5    18:16
25:13   33:7    38:10
47:17   53:24   69:22
75:19   89:20   89:23
92:4    92:6    92:6
97:21   100:16  101:10
112:3   113:2   126:19

**there** [222]            6:11
6:24    8:9     12:8
12:24   13:13   14:7
15:10   17:1    17:18
19:13   19:25   21:6
21:10   22:14   23:1
23:2    24:6    25:1
25:9    26:3    26:7
26:16   26:16   27:25
28:2    28:5    28:8
28:8    28:10   28:15
28:22   29:2    29:3
29:11   29:12   29:13
29:15   29:17   29:19
30:5    30:12   30:16
30:18   30:24   30:25
31:21   31:22   32:6
32:8    32:9    32:13
32:16   32:19   32:19
32:21   32:22   33:16
33:22   33:23   34:11
34:12   34:14   34:15
34:16   34:20   34:21
34:22   34:23   35:4
35:14   39:21   40:5
40:10   40:19   41:2

42:2    42:4    42:15
42:19   42:19   42:20
43:1    43:11   43:12
44:5    44:19   45:5
47:14   47:14   47:23
48:22   49:9    49:15
49:16   49:22   49:25
50:1    50:2    50:23
51:12   51:19   53:24
54:3    54:8    54:10
54:11   56:25   57:12
57:13   57:18   57:22
58:3    58:6    58:7
58:8    58:11   58:12
58:13   58:14   59:13
59:14   59:18   59:21
60:10   61:1    61:19
61:20   61:23   63:5
63:19   64:1    65:19
66:5    68:16   68:16
68:24   69:9    69:17
69:21   70:12   71:10
72:2    72:5    79:13
79:13   81:19   81:20
82:22   83:4    83:5
83:6    83:7    83:7
84:9    86:9    86:16
88:18   88:25   91:5
92:18   92:19   92:21
93:7    93:9    93:23
93:25   94:11   94:17
95:16   95:17   97:8
97:11   97:14   97:22
98:3    98:11   98:17
99:14   100:2   100:12
102:15  102:19  103:3
103:16  104:3   105:16
106:1   106:5   106:6
106:18  106:24  106:24
106:25  107:13  108:16
108:17  108:21  108:23
109:10  109:13  110:4
110:8   110:9   110:12
110:21  111:1   111:1
111:2   111:2   111:4
111:5   111:5   111:6
113:11  114:13  115:20
116:22  118:3   118:11
119:9   119:20

**Thereupon** [13]        4:2
5:3     10:24   38:1
38:19   45:23   60:19
61:3    62:11   65:8
77:8    80:11   121:20

**these** [38]            16:19
16:22   18:1    33:10
33:22   34:1    34:8
34:9    35:19   35:25
36:9    36:11   36:13
37:3    37:6    38:11
44:21   45:15   51:8
52:18   57:14   60:5
60:6    60:10   62:5
63:21   64:9    64:14
64:18   67:25   68:17
82:21   83:9    84:11
92:16   92:23   92:24
109:1

**they** [159]            4:4
7:1     7:12    9:25
10:21   12:3    16:12
16:13   16:15   16:16
16:17   18:10   18:18

19:5    19:10   19:11
19:13   19:14   19:21
20:5    20:8    20:22
23:15   24:6    24:18
25:5    26:2    26:3
26:4    26:7    26:25
27:1    27:14   27:16
28:10   28:13   31:15
33:5    33:12   33:20
33:21   35:6    35:9
35:11   40:10   40:12
40:18   40:18   40:18
40:19   41:21   41:23
44:16   44:23   45:4
45:7    45:9    45:11
47:13   47:21   47:23
48:5    48:13   50:4
50:5    51:6    51:16
51:17   53:18   54:6
61:14   61:16   61:3
63:15   63:16   64:10
64:12   67:19   70:6
70:13   70:20   70:20
70:24   70:25   74:18
74:19   75:4    75:14
76:22   82:25   83:5
88:10   89:23   89:24
90:15   91:4    92:6
92:7    92:14   92:17
92:19   92:21   92:21
93:9    93:11   93:13
93:14   94:23   94:23
95:2    95:18   95:20
95:21   95:23   95:24
96:8    96:24   98:4
99:17   99:21   99:23
99:24   100:16  100:20
101:20  101:25  102:13
102:14  104:11  104:12
104:12  105:16  105:18
105:20  105:21  105:22
105:23  105:23  106:11
106:12  106:13  107:22
111:4   111:6   111:7
113:10  113:11  113:17
113:21  114:9   114:12
114:12  119:17  119:20
121:8   121:12

**they're** [1]           68:12
**thick** [1] 94:24
**thicker** [3]           53:25
109:5   110:4
**thin** [5]  25:10       27:1
59:7    95:24   114:23
**thing** [14]            17:2
33:8    34:24   44:9
44:11   60:4    68:21
68:23   69:16   92:22
104:9   109:9   113:18
121:7
**things** [12]           12:2
12:3    16:9    16:20
43:4    43:10   44:8
57:14   60:10   70:21
86:18   99:2
**think** [19]            14:21
26:15   26:20   27:2
27:8    36:2    36:9
36:12   36:22   39:14
48:19   49:9    62:21
69:18   97:13   103:2

104:17  106:10  118:4
**thinking** [1]          38:23
**third** [1]  17:25
**this** [150] 4:4        4:17
8:16    11:7    17:16
18:19   19:1    20:18
21:5    22:11   22:14
24:4    24:20   24:20
25:11   25:25   27:17
28:10   31:21   32:8
34:10   34:14   34:20
36:5    38:3    38:21
40:23   42:7    43:25
44:6    44:9    44:11
45:25   47:17   48:19
50:13   50:15   53:7
55:15   56:6    56:24
57:2    57:15   57:15
57:15   57:15   57:16
58:16   58:25   60:6
60:12   60:21   61:17
62:13   62:25   63:8
63:11   63:25   64:3
64:20   64:21   64:21
64:23   65:2    65:5
65:10   66:4    66:5
66:9    67:2    67:22
68:11   68:18   68:23
69:16   70:9    71:6
71:6    71:9    71:15
73:12   75:9    75:18
76:1    77:6    77:6
77:10   77:25   79:10
79:18   80:13   81:1
81:1    81:6    81:10
85:7    88:2    88:22
89:1    89:4    89:17
90:10   90:11   91:11
91:22   92:11   96:20
97:21   97:23   98:3
98:25   99:20   99:23
100:23  101:8   101:9
101:13  102:1   103:22
104:1   104:1   104:14
104:16  104:19  106:14
107:9   108:24  109:20
110:13  110:22  112:20
113:17  113:18  113:22
114:22  115:1   115:15
115:15  116:19  119:9
120:23  122:19  123:5
123:23  124:12  125:15
125:22  126:15  126:16
126:18
**those** [38]            4:25
14:1    27:15   27:25
31:11   31:17   35:18
35:21   42:21   43:19
45:15   49:24   51:14
57:25   60:23   61:1
61:9    61:11   63:17
63:23   68:1    75:3
79:14   79:20   80:24
80:25   93:21   94:5
95:6    96:13   96:17
105:20  107:24  112:14
113:21  114:5   118:18
119:19
**though** [5]            20:1
52:20   97:4    98:7
111:1
**thought** [3]           27:10

44:10   106:22

**thousand** [1]          75:20
**three** [16]            9:23
10:2    18:5    20:12
20:18   22:21   31:13
32:1    37:3    37:18
68:7    74:17   75:19
78:8    97:1    102:3
**through** [13]          10:25
20:10   23:14   35:2
35:7    35:12   39:2
58:15   58:19   89:7
91:24   96:5    111:7
**till** [1]  8:13
**time** [65] 5:12        6:9
6:23    7:10    7:15
7:18    9:22    10:7
10:16   15:3    17:3
18:19   19:24   22:2
22:5    27:9    28:9
28:17   29:3    30:6
30:10   35:5    35:25
39:19   39:22   41:21
43:12   46:7    48:19
49:23   50:5    50:14
54:4    58:5    58:15
64:13   64:15   64:15
65:2    72:8    72:12
77:7    78:11   78:14
85:22   86:14   86:15
88:14   89:19   90:13
90:18   91:2    91:5
92:5    93:10   96:19
96:25   97:12   100:10
102:1   104:16  112:24
113:10  113:23  120:19
**times** [5] 28:24       32:7
99:14   100:2   100:12
**tipped** [1]            51:17
**to** [458]  1:23        4:3
4:3     4:7     4:21
5:11    6:9     6:12
7:6     7:17    8:8
8:11    8:16    8:25
9:1     9:2     9:8
9:9     9:14    9:15
9:16    9:25    9:25
10:3    10:5    10:16
10:22   11:11   14:7
14:10   14:11   15:5
15:7    15:8    15:14
15:16   15:20   15:23
16:4    16:7    16:7
16:10   16:14   16:15
16:17   16:17   16:18
16:18   16:22   16:23
17:3    17:7    17:8
17:14   17:15   17:16
17:17   17:19   18:16
18:19   18:21   18:23
18:24   19:12   19:14
19:19   19:20   20:2
20:21   20:21   21:4
21:5    21:13   22:16
22:19   23:9    23:11
23:12   23:15   24:1
24:5    24:6    24:7
25:6    25:10   25:13
25:25   26:3    26:4
26:5    26:6    26:8
26:12   26:18   27:1
27:9    27:14   27:15

NARANJO vs. STEPHEN B. SMITH     CondenseIt™     today - vessel

| 27:17 | 27:19 | 27:22 |
| 28:2 | 28:3 | 28:4 |
| 28:12 | 28:13 | 29:4 |
| 29:7 | 30:22 | 31:6 |
| 32:8 | 32:9 | 33:16 |
| 33:23 | 33:25 | 34:7 |
| 34:7 | 34:15 | 34:22 |
| 34:23 | 34:23 | 35:1 |
| 35:2 | 35:9 | 35:15 |
| 36:17 | 36:20 | 37:2 |
| 37:18 | 37:19 | 37:25 |
| 39:6 | 40:1 | 40:14 |
| 40:16 | 40:21 | 41:16 |
| 41:17 | 41:25 | 42:7 |
| 42:12 | 42:14 | 43:2 |
| 43:15 | 43:18 | 43:22 |
| 44:3 | 44:4 | 44:5 |
| 44:5 | 44:9 | 44:19 |
| 45:1 | 45:16 | 46:6 |
| 46:16 | 46:17 | 46:21 |
| 46:22 | 47:7 | 47:12 |
| 47:21 | 47:25 | 48:2 |
| 49:7 | 50:5 | 50:5 |
| 50:6 | 50:17 | 50:22 |
| 51:22 | 52:19 | 52:22 |
| 52:25 | 53:3 | 53:9 |
| 53:19 | 53:19 | 53:19 |
| 53:23 | 53:25 | 54:19 |
| 54:21 | 55:3 | 55:5 |
| 55:10 | 55:10 | 55:12 |
| 55:15 | 56:2 | 57:21 |
| 57:22 | 58:9 | 58:21 |
| 58:22 | 58:23 | 58:25 |
| 59:10 | 59:14 | 60:15 |
| 60:25 | 60:25 | 61:2 |
| 61:23 | 62:5 | 62:6 |
| 62:19 | 62:20 | 63:1 |
| 63:4 | 63:4 | 63:20 |
| 64:12 | 64:18 | 65:4 |
| 66:21 | 67:2 | 67:5 |
| 67:12 | 68:22 | 69:2 |
| 69:12 | 69:16 | 69:19 |
| 69:25 | 70:2 | 70:4 |
| 70:8 | 70:9 | 70:11 |
| 70:13 | 70:14 | 70:21 |
| 70:24 | 70:25 | 71:2 |
| 71:12 | 71:13 | 72:18 |
| 72:23 | 73:1 | 73:7 |
| 73:17 | 73:19 | 73:21 |
| 74:2 | 75:3 | 75:18 |
| 75:25 | 76:12 | 77:2 |
| 78:9 | 79:11 | 79:19 |
| 79:19 | 79:20 | 80:23 |
| 80:25 | 81:11 | 81:17 |
| 81:22 | 82:4 | 82:6 |
| 82:21 | 83:9 | 84:7 |
| 84:18 | 85:3 | 85:13 |
| 85:16 | 85:17 | 86:7 |
| 86:17 | 86:17 | 86:24 |
| 87:1 | 87:3 | 87:6 |
| 87:8 | 87:9 | 87:17 |
| 87:21 | 87:25 | 89:1 |
| 89:21 | 90:5 | 90:10 |
| 90:14 | 90:15 | 90:19 |
| 90:22 | 90:22 | 91:7 |
| 91:14 | 91:19 | 91:21 |
| 91:21 | 91:24 | 91:25 |
| 91:25 | 92:1 | 92:4 |
| 92:7 | 92:12 | 92:14 |
| 92:14 | 93:19 | 94:3 |
| 94:12 | 95:1 | 95:15 |
| 95:19 | 95:21 | 95:24 |
| 95:25 | 96:2 | 96:16 |
| 96:17 | 96:22 | 96:25 |

| 97:4 | 97:8 | 97:15 |
| 97:16 | 97:18 | 97:19 |
| 97:24 | 98:3 | 98:4 |
| 98:6 | 98:18 | 98:20 |
| 98:22 | 98:25 | 99:1 |
| 99:3 | 99:4 | 99:5 |
| 99:11 | 99:18 | 99:19 |
| 99:20 | 99:21 | 100:3 |
| 100:6 | 100:7 | 100:7 |
| 100:8 | 100:9 | 100:19 |
| 101:3 | 101:14 | 101:25 |
| 102:1 | 102:2 | 102:8 |
| 103:1 | 103:3 | 103:6 |
| 103:7 | 103:8 | 103:11 |
| 103:23 | 103:4 | 104:6 |
| 104:7 | 104:10 | 104:19 |
| 104:20 | 104:22 | 105:1 |
| 105:2 | 105:2 | 105:3 |
| 105:3 | 105:4 | 105:5 |
| 105:5 | 105:6 | 105:9 |
| 105:11 | 105:15 | 105:18 |
| 105:19 | 105:23 | 106:12 |
| 106:13 | 107:1 | 107:8 |
| 107:10 | 107:13 | 107:21 |
| 107:23 | 108:22 | 108:23 |
| 109:1 | 109:5 | 109:13 |
| 109:14 | 109:19 | 109:19 |
| 109:20 | 110:19 | 110:25 |
| 111:16 | 112:11 | 112:20 |
| 113:4 | 113:13 | 113:14 |
| 113:14 | 113:19 | 113:24 |
| 113:25 | 114:5 | 114:6 |
| 114:7 | 114:17 | 114:19 |
| 114:21 | 115:9 | 115:9 |
| 115:14 | 115:17 | 115:21 |
| 115:21 | 115:24 | 116:5 |
| 116:18 | 117:21 | 117:22 |
| 117:25 | 118:5 | 118:7 |
| 118:10 | 118:18 | 118:24 |
| 119:15 | 119:20 | 120:10 |
| 120:16 | 121:10 | 121:11 |
| 121:14 | 121:15 | 121:16 |
| 121:16 | 122:11 | 122:12 |
| 122:19 | 123:5 | 125:7 |
| 125:22 | 126:5 | 126:12 |
| 126:15 | 126:19 | 126:20 |

**today** [6]   5:12
7:20  74:8  90:2
96:13 111:20

**together** [5]   17:14
4:1  53:23  98:5
109:18

**told** [13] 41:21  42:19
70:15  83:4  94:23
99:11 99:12 107:12
107:13 107:22 110:25
114:22 118:4

**Toledo** [1]   5:23

**Tom** [1]  54:5

**ton** [5]   7:14   7:18
7:22   7:24   72:21

**Tony** [27]   20:25
21:1  21:11  27:24
28:1  28:8  44:5
67:9  67:17  67:21
70:8  82:5  97:7
97:13 97:21 97:22
98:8  98:20  98:22
98:23 99:4 100:25
101:11 112:21 113:15
114:1 114:24

**too** [9]  19:5   25:10

| 27:1 | 60:25 | 64:1 |
| 68:17 | 95:24 | 114:23 |
| 120:14 | | |

**took** [36] 5:1        8:17
13:17   14:17   15:6
15:7   15:11   15:14
18:6   21:24   24:20
24:23   28:10   28:19
30:12   33:4    35:22
46:3   49:8    51:4
51:7   51:25   59:25
61:17  62:1    68:11
71:15  76:22   94:16
97:2   101:23  102:4
104:9  104:18  104:21
126:20

**top** [16]  17:3        30:9
30:19   35:12   36:5
38:16   44:14   81:2
81:7   87:14   87:17
96:10  102:17  102:20
103:8   107:10

**Torch** [6]              14:1
20:16   20:18   35:22
48:22  113:22

**Tortola** [3]            14:2
48:20  48:24

**total** [4] 13:16   67:19
87:9   90:11

**totally** [2]            40:24
106:11

**towards** [1]            60:4

**towed** [1]              20:5

**town** [1] 86:18

**toys** [1]  17:6

**track** [3] 36:20   43:2
100:9

**trail** [1]  39:21

**train** [1] 71:14

**training** [2]           7:1
8:18

**transcribed** [1]  126:14

**transcript** [5]   122:11
123:5 125:9  126:14
126:20

**transformers** [1]
18:15

**transom** [6]          23:17
31:18  31:24  31:25
33:17  66:12

**traveled** [1]         72:13

**trial** [1]  116:15

**trials** [1] 76:6

**tried** [2] 26:3    98:18

**trouble** [1]          82:8

**truck** [1] 24:13

**true** [6]  100:4   100:14
100:17 120:20 122:12
125:9

**Truly** [1]            126:22

**try** [3]   55:25   100:9
101:8

**trying** [3]           87:6
90:10 113:19

**turn** [4]  31:6    38:12
73:8  73:8

**twclve** [1]            18:21

**twenty** [2]           92:7
100:10

**two** [24]  7:18     7:22
9:23   15:1    22:21
31:4   33:13   34:7
42:20  45:15   47:22
49:10  58:13   61:24
72:21  76:5    82:25
98:8   98:12   108:16
110:9  114:5   119:19
121:1

**type** [6]  32:20   44:22
79:2   107:25  118:12
118:16

**U.S** [2]   6:8      7:23

**Uh-huh** [1]          18:3

**ultimately** [2]   120:7
120:21

**under** [8]            30:9
58:7   58:8    59:14
59:21  59:25   107:14
126:13

**undergoing** [1]  120:11

**underneath** [14] 23:18
29:17  41:18   42:16
55:1   56:7    58:3
60:7   83:2    83:5
93:3   109:13  110:22
118:13

**undersigned** [1] 124:8

**understand** [24] 42:11
55:4   55:5    55:13
55:17  64:21   65:18
82:13  84:4    84:6
84:7   84:12   84:17
87:11  88:2    88:15
90:10  91:19   93:6
96:1   96:12   98:1
98:2   110:2

**understanding** [7]
4:12   41:17   56:13
56:17  56:18   92:12
119:13

**understood** [4]   82:11
82:12 82:14  115:23

**underwater** [2]  18:20
19:18

**uniform** [1]          110:3

**UNITED** [1]          1:2

**units** [3] 123:25

**unless** [3]           32:19
55:9   55:13

**until** [5] 6:14    44:9
44:11  47:21   86:14

**up** [60]   7:5      7:16
8:9   9:24   9:24
15:14  16:7    17:6
17:17  18:18   19:12
19:14  19:16   19:17
21:4   21:5    24:5
26:10  29:15   30:7
32:4   32:9    32:15
34:21  36:17   37:18
38:13  44:9    47:18
48:17  50:6    50:13
55:2   57:16   57:17
58:11  60:4    60:4
60:9   60:14   69:10

| 69:14 | 72:24 | 73:7 |
| 73:18 | 76:13 | 78:1 |
| 78:25 | 81:2 | 81:20 |
| 84:9 | 85:22 | 85:23 |
| 86:18 | 90:22 | 93:5 |
| 93:15 | 97:3 | 104:4 |
| 113:2 | | |

**upgraded** [1]        7:17

**upgrading** [1]       18:22

**upon** [2] 59:10    80:25

**upper** [1]            19:3

**upward** [2]           67:14
68:2

**us** [8]    4:21     5:14
6:4   11:5   36:20
62:21  62:22   85:17

**use** [7]   29:7     29:10
50:5   52:23   53:3
53:25  117:9

**used** [7]  23:9     29:1
34:23  75:18   83:11
95:9   115:21

**uses** [1]  51:1

**usually** [5]          13:25
28:7   28:8    101:12
101:20

**vacation** [6]         22:24
24:17  24:24   84:18
85:2   85:12

**Valdes** [56]          2:8
3:9   4:24   33:13
36:14  37:4    38:15
41:13  50:21   52:9
52:11  52:19   55:8
55:14  60:18   60:22
63:7   65:11   66:22
69:3   70:1    73:5
73:20  77:11   79:23
80:7   80:14   83:18
83:22  83:25   97:24
97:25  99:7    99:18
101:3  103:12  104:24
107:2  108:13  111:11
111:14 113:3   113:12
114:10 116:7   116:17
117:1  117:11  119:23
120:1  120:4   120:13
120:17 121:3   121:5
121:18

**Valle** [2] 4:3      4:19

**Vancouver** [2]    78:25
116:14

**vent** [4]  73:4     73:6
73:17  75:4

**vented** [3]           72:16
72:24  78:17

**ventilation** [1]   13:6

**ventilator** [1]    44:18

**vents** [1] 56:8

**very** [13] 21:11   22:17
45:7   50:3    59:7
68:18  79:18   88:1
98:23  98:24   101:21
111:10 126:22

**vessel** [49]          7:19
12:9   12:11   15:21
18:7   19:7    19:23
20:1   20:3    21:5
21:8   21:15   21:17

NARANJO vs. STEPHEN B. SMITH          CondenseIt™          vessels - were

| | | | |
|---|---|---|---|
| 21:20 22:6 29:21 | 13:25 14:1 14:6 | 77:7 77:9 77:13 | 97:13 97:21 97:22 |
| 33:11 39:22 40:3 | 14:9 14:24 15:13 | 77:14 77:15 77:18 | 98:8 98:20 100:25 |
| 40:6 41:3 42:25 | 15:20 15:22 15:23 | 77:19 78:7 79:12 | 101:11 112:21 113:15 |
| 44:13 54:4 54:12 | 16:1 16:4 16:6 | 79:13 79:17 80:12 | 114:1 114:21 114:25 |
| 62:21 63:1 63:5 | 16:13 16:16 17:3 | 81:18 81:20 81:21 | **way** [18] 15:7 23:11 |
| 71:20 71:23 72:20 | 17:10 17:20 17:21 | 81:22 82:17 82:21 | 31:22 32:15 68:8 |
| 76:22 77:7 77:13 | 17:22 18:7 18:8 | 83:2 83:4 83:7 | 68:22 70:15 70:16 |
| 77:16 78:15 78:16 | 18:9 19:1 19:7 | 83:16 84:20 85:2 | 70:25 71:6 93:15 |
| 79:10 79:12 80:19 | 19:8 19:13 19:16 | 85:3 85:3 85:5 | 99:11 105:21 106:23 |
| 81:17 85:14 85:18 | 19:17 19:19 20:3 | 85:5 85:8 85:9 | 106:25 111:21 115:16 |
| 86:8 86:13 88:16 | 20:4 20:7 20:11 | 85:11 85:12 85:14 | 116:4 |
| 104:1 120:9 120:22 | 20:14 20:15 21:1 | 85:16 86:7 86:15 | **weigh** [3] |
| **vessels** [5] 54:15 | 21:10 21:10 21:12 | 86:16 87:9 87:19 | 112:1 112:3 110:10 |
| 54:21 54:25 56:5 | 21:16 21:18 21:18 | 87:21 87:25 88:1 | **weird** [1] 88:8 |
| 75:3 | 21:19 21:22 21:25 | 88:4 88:7 88:8 | **weld** [10] 27:17 |
| **view** [1] 65:13 | 22:1 22:3 22:3 | 88:9 88:16 88:18 | 57:11 57:12 64:20 |
| **visible** [1] 44:21 | 22:7 22:9 22:12 | 88:19 88:20 88:21 | 69:1 69:5 69:6 |
| **void** [14] 42:4 59:14 | 22:14 22:21 22:24 | 88:23 90:5 91:1 | 70:5 102:3 118:5 |
| 66:5 72:24 73:17 | 23:1 23:2 23:5 | 91:1 91:5 91:17 | **welded** [18] 18:18 |
| 75:3 75:6 78:16 | 23:8 23:9 23:18 | 92:12 93:15 93:22 | 56:14 56:24 57:6 |
| 96:9 102:15 106:19 | 24:10 24:20 25:7 | 93:25 95:24 96:20 | 57:24 67:22 68:20 |
| 110:22 111:2 111:5 | 25:8 25:10 25:15 | 96:25 97:4 97:11 | 69:11 69:17 69:18 |
| **volt** [2] 31:4 31:15 | 25:16 25:20 26:6 | 97:14 97:22 97:23 | 69:20 69:22 69:24 |
| **volunteer** [1] 114:14 | 26:17 27:1 27:8 | 98:9 98:11 98:23 | 71:9 71:10 79:15 |
| **vs** [2] 1:8 126:9 | 27:21 27:24 28:8 | 98:24 100:6 100:10 | 97:1 107:1 |
| **W** [1] 1:14 | 28:8 28:15 29:6 | 101:24 102:2 102:15 | **welder** [1] 99:15 |
| **W6** [1] 11:25 | 29:12 29:21 29:24 | 102:19 102:22 103:1 | **welders** [3] 21:7 |
| **Wait** [1] 109:15 | 29:25 30:2 30:4 | 103:16 103:18 103:22 | 21:13 117:25 |
| **waived** [3] 121:19 | 30:6 30:7 30:9 | 103:25 104:2 104:13 | **welding** [18] 12:8 |
| 121:22 126:19 | 30:9 30:21 30:22 | 105:11 105:24 106:5 | 14:7 19:18 21:2 |
| **walk** [2] 59:1 59:12 | 31:2 31:10 31:11 | 106:19 106:24 106:25 | 25:13 42:9 43:10 |
| **walked** [1] 112:13 | 31:21 31:23 32:8 | 107:1 107:13 107:15 | 45:9 104:1 104:7 |
| **walkie-talkie** [1] | 32:14 32:19 32:21 | 109:10 109:11 109:19 | 104:13 115:4 115:6 |
| 117:10 | 32:24 33:17 33:17 | 109:25 110:12 110:13 | 117:17 117:21 117:23 |
| **walking** [3] 59:5 | 34:21 34:25 37:16 | 110:22 111:1 111:2 | 117:25 121:13 |
| 110:7 112:16 | 37:17 38:2 38:6 | 111:5 114:21 117:24 | **welds** [3] 57:18 |
| **walls** [1] 18:16 | 38:20 38:23 39:9 | 118:5 118:11 118:23 | 68:7 68:10 |
| **wan-bam** [1] 104:3 | 39:21 40:5 40:5 | 119:4 119:18 121:21 | **well** [47] 13:16 15:25 |
| **want** [24] 4:7 | 40:25 41:17 41:18 | 124:10 125:6 125:21 | 16:2 16:5 16:12 |
| 5:11 16:10 17:2 | 42:4 42:13 42:16 | **washers** [1] 13:6 | 17:15 18:10 19:4 |
| 33:14 33:16 37:2 | 42:19 42:21 42:23 | **wasn't** [21] 13:16 | 21:25 22:12 23:7 |
| 37:24 43:22 56:2 | 43:1 43:12 43:24 | 14:7 26:3 37:16 | 26:2 32:12 34:24 |
| 60:25 61:2 62:6 | 44:9 44:22 45:2 | 56:12 56:21 57:20 | 39:12 46:5 53:22 |
| 65:3 70:14 71:5 | 45:10 45:17 46:7 | 59:8 59:17 65:2 | 55:11 57:23 58:13 |
| 73:7 73:16 97:18 | 46:10 46:10 46:11 | 67:25 69:23 94:11 | 68:10 68:18 73:11 |
| 97:19 107:8 110:19 | 46:13 47:14 47:20 | 94:24 103:1 106:12 | 73:23 76:25 78:2 |
| 115:15 120:14 | 47:21 48:8 48:8 | 107:18 107:23 110:7 | 81:7 81:16 83:4 |
| **wanted** [21] 9:25 | 48:10 49:5 49:9 | 111:3 117:22 | 84:6 85:9 86:9 |
| 15:16 16:6 17:2 | 49:16 50:8 50:14 | **watch** [3] 44:23 | 89:6 89:18 90:7 |
| 17:5 20:2 40:19 | 50:23 50:25 51:4 | 45:2 45:5 | 93:2 93:22 97:7 |
| 64:12 70:20 70:22 | 51:19 51:23 53:15 | **watches** [1] 45:8 | 97:14 97:18 103:9 |
| 70:23 70:25 87:25 | 53:18 53:20 53:22 | **water** [38] 17:20 | 104:17 109:9 112:23 |
| 101:9 105:18 109:4 | 53:24 54:3 54:7 | 17:23 17:24 18:5 | 116:3 117:2 121:7 |
| 110:2 110:4 115:11 | 54:11 54:25 55:2 | 18:8 18:9 19:8 | **went** [31] 6:9 |
| 115:22 118:17 | 56:5 56:7 56:14 | 19:20 20:4 21:18 | 8:11 9:1 13:17 |
| **wants** [1] 118:18 | 56:15 56:17 56:18 | 21:19 22:4 29:20 | 14:25 16:15 16:24 |
| **was** [377] 4:2 4:5 | 56:19 56:25 57:2 | 30:25 32:3 32:9 | 16:25 17:19 21:4 |
| 4:25 5:4 5:5 | 57:6 57:11 57:12 | 32:12 32:17 32:22 | 21:5 21:17 21:21 |
| 6:15 6:16 6:17 | 57:15 57:18 57:21 | 32:24 35:3 38:13 | 31:6 31:25 34:6 |
| 7:16 8:7 8:9 | 57:24 58:7 58:11 | 42:21 54:22 58:2 | 35:2 35:4 46:6 |
| 8:13 9:6 9:9 | 58:12 58:13 58:16 | 58:7 58:12 58:13 | 94:22 94:24 98:12 |
| 9:13 9:14 9:22 | 59:5 59:7 59:13 | 58:22 79:7 83:1 | 99:11 100:24 105:25 |
| 10:15 10:16 10:18 | 59:18 59:24 60:6 | 85:11 85:13 85:15 | 106:13 107:10 107:12 |
| 11:9 11:16 11:19 | 60:20 61:3 62:2 | 102:13 102:14 106:19 | 109:5 111:7 112:15 |
| 11:21 11:24 12:1 | 63:1 64:1 64:11 | 106:24 | **were** [162] 5:22 |
| 12:4 12:8 12:11 | 65:9 65:24 67:2 | **watertight** [5] 30:19 | 6:23 6:24 9:11 |
| 12:13 12:15 12:17 | 67:4 67:5 67:22 | 34:8 56:15 56:19 | 10:8 11:25 12:2 |
| 12:19 12:21 12:24 | 68:2 68:20 68:21 | 56:21 | 12:3 12:5 12:9 |
| 13:10 13:15 13:25 | 69:16 69:17 69:18 | **Watson** [22] 20:25 | 15:9 16:13 16:17 |
| | 69:20 69:22 70:4 | 21:1 27:24 28:1 | 16:21 17:13 18:4 |
| | 70:12 71:11 71:13 | 44:5 67:9 67:17 | 18:21 19:2 19:5 |
| | 71:25 72:2 72:5 | 67:21 70:8 97:8 | 19:10 19:10 19:14 |
| | 72:11 74:20 74:22 | | |
| | 75:6 75:7 75:25 | | |

**NARANJO vs. STEPHEN B. SMITH**    CondenseIt™    weren't - yacht

19:23 19:25 21:15
21:23 22:5 22:8
22:15 22:16 23:10
23:16 24:6 24:18
25:5 25:5 26:7
27:1 27:14 27:19
28:7 28:10 28:13
29:2 29:2 30:7
30:13 30:18 30:22
31:15 31:17 32:6
32:15 32:16 33:12
33:21 33:23 34:1
34:8 34:11 34:14
34:15 34:21 36:19
38:24 40:10 40:10
40:18 40:19 41:2
41:6 44:14 45:7
45:9 45:11 45:24
46:2 47:14 49:22
50:2 51:6 51:9
51:16 52:14 52:22
53:6 53:14 58:15
61:19 62:12 63:3
63:5 63:15 63:16
63:19 63:23 64:9
64:10 66:19 68:1
68:7 70:13 70:13
71:16 71:19 74:15
74:16 74:21 76:5
79:13 82:24 82:25
83:11 84:17 87:8
87:12 87:16 88:10
88:25 89:13 90:23
92:17 92:19 92:21
92:21 93:2 94:15
94:17 95:6 96:14
97:9 98:4 99:14
100:2 100:12 101:20
102:5 102:13 102:14
104:4 105:13 105:23
106:1 106:10 106:11
107:24 110:8 112:14
112:15 112:23 112:23
113:9 113:11 113:17
113:19 115:13 119:3
119:9 119:14 119:15
119:17 121:22

**weren't [2]**          10:8
19:13

**West [5]** 2:8          2:18
15:7 15:8 126:6

**wet [2]** 29:18 30:18

**what [132]**            5:18
6:16 7:1 7:12
7:20 9:11 9:18
10:8 11:16 11:19
12:11 12:15 13:10
14:9 14:11 15:5
15:23 16:2 16:5
16:9 18:7 19:8
20:17 20:24 22:10
22:21 23:5 25:15
28:4 29:6 29:7
29:10 29:24 31:2
31:10 31:11 33:6
34:18 36:16 38:9
38:11 40:20 41:17
41:17 41:21 42:16
43:19 44:6 46:3
46:6 46:13 47:17
48:15 48:23 49:13
49:13 49:14 49:14
50:5 53:19 53:20

54:1 54:25 59:11
59:11 59:20 59:23
60:8 61:16 62:20
63:17 65:7 65:18
68:5 68:14 69:6
69:12 69:14 70:9
70:19 70:22 70:23
70:24 71:4 74:18
74:19 79:2 82:3
82:5 82:6 82:17
82:23 83:2 83:16
85:22 87:7 87:11
87:21 87:25 88:6
88:11 88:21 90:20
92:12 92:23 93:4
93:10 94:6 95:1
95:9 96:19 97:9
97:19 98:20 98:21
98:25 99:1 101:1
103:23 103:25 104:4
104:16 105:22 109:23
115:13 115:24 118:10
118:16 118:22 120:8
120:21 121:12

**whatever [6]**          15:10
15:12 74:12 75:14
85:5 89:10

**when [94]**             4:25
7:7 8:7 8:16
9:6 9:21 10:7
14:13 15:11 16:12
16:15 17:19 19:7
20:3 21:4 21:23
22:10 24:2 24:17
24:20 25:11 26:4
28:7 28:10 28:13
28:19 31:5 33:21
34:2 34:2 34:8
38:23 41:23 44:12
45:9 46:3 50:7
53:22 55:9 57:19
58:10 58:14 59:1
59:8 59:12 59:17
61:13 64:9 64:16
67:1 71:15 75:2
75:8 75:11 75:25
80:22 81:22 85:11
86:2 94:15 94:23
95:20 95:24 96:20
97:2 97:22 98:14
100:2 100:12 101:9
101:22 102:4 102:5
102:20 103:22 104:14
105:24 105:25 107:16
107:22 109:5 109:18
109:24 110:8 111:4
111:7 112:3 112:7
112:13 112:13 114:21
115:8 116:15 116:23

**where [43]**            5:22
7:16 9:2 9:16
10:18 13:15 20:7
22:8 23:18 27:6
30:2 31:23 31:25
32:3 32:24 33:17
35:10 56:6 56:14
57:9 60:3 60:11
63:15 68:6 68:19
68:19 69:17 77:18
79:16 85:7 94:15
99:14 102:5 105:6
105:8 105:11 105:16
105:18 113:6 115:21

116:18 116:22 119:11
**wherever [1]**          9:25
**whether [15]**          4:3
28:15 30:12 32:8
44:14 44:17 51:17
59:13 75:5 95:13
97:11 103:16 112:15
117:20 118:22

**which [17]**            6:9
9:9 9:16 23:16
23:22 38:6 44:24
46:7 50:14 60:16
68:14 69:10 78:5
85:10 87:18 92:5
110:10

**while [15]**            10:4
12:25 15:13 18:8
18:9 19:1 21:9
21:19 30:21 70:12
85:7 85:11 87:24
92:17 120:11

**who [23]** 4:17         15:23
16:1 16:3 20:13
23:20 24:4 24:5
24:10 24:15 25:18
27:10 39:8 45:1
47:7 53:8 53:16
87:4 89:16 93:20
96:17 125:22 126:20

**whoa [5]** 26:9         26:9
33:9 33:9 33:9

**whoever [2]**           10:11
53:18

**whole [19]**            16:16
19:3 22:18 34:20
44:8 47:20 47:23
60:2 60:4 60:8
63:22 77:7 79:12
87:14 93:4 104:9
112:24 113:22 117:4

**whose [2]**             26:6
35:17

**why [15]** 20:22        36:5
36:24 37:5 45:14
56:22 84:7 90:5
104:20 104:23 104:25
119:6 120:25 121:6
121:10

**will [11]** 1:14        2:17
4:20 4:22 37:18
47:5 75:15 79:20
79:24 84:8 126:5

**windows [3]**           13:5
19:5 87:15

**wires [2]** 34:21       35:6
**Wisconsin [2]**         2:14
84:9

**with [86]** 4:5         4:16
4:22 4:23 4:24
7:14 7:23 7:24
9:7 10:8 11:24
12:14 12:15 13:23
14:2 15:11 20:18
20:21 20:25 21:3
22:12 23:13 24:5
25:4 38:25 39:2
42:9 42:16 43:5
43:9 43:13 44:22
45:11 46:15 48:20
49:12 49:21 50:6

50:15 50:15 53:16
53:17 56:8 62:2
67:13 70:11 71:25
72:13 75:6 76:24
77:21 78:16 81:24
82:1 82:9 82:18
82:21 87:19 89:24
90:11 91:7 92:2
92:5 93:13 93:16
94:2 96:20 98:7
98:17 100:10 101:16
104:5 105:9 105:10
107:3 109:20 114:20
115:10 115:11 115:15
116:2 119:10 121:9
125:13 126:12 126:20

**within [1]**            47:16
**without [2]**           107:24
126:20

**witness [29]**          3:4
5:4 25:22 27:4
33:19 35:21 38:18
47:1 50:19 50:22
52:5 52:17 55:15
55:19 55:22 55:24
73:3 80:4 80:9
94:9 99:19 103:15
104:25 108:15 109:17
113:6 113:9 114:8
124:11

**won't [1]**             47:2
**wood [1]** 50:12
**wooden [2]**            50:13
58:19
**word [4]** 52:24        53:3
82:20 82:20
**words [5]**             48:4
83:11 96:8 97:5
110:16

**work [47]**             12:24
14:4 16:4 17:9
18:7 21:11 21:13
22:21 24:16 25:18
25:25 28:15 40:16
42:14 43:6 43:6
43:8 43:12 43:13
43:20 43:24 44:19
46:15 53:18 64:10
67:9 67:10 70:11
71:2 71:3 71:7
78:23 81:15 81:17
81:18 86:2 86:4
86:9 88:13 88:23
91:2 92:4 99:23
106:12 117:23 118:16
118:21

**workday [1]**           85:6
**worked [5]**            6:13
10:10 10:11 12:25
13:23 25:19 46:9
54:14 54:20 54:24
56:9 78:2 78:7
85:8 88:3 88:5

**worker [1]**            99:16
**workers [2]**           119:1
119:4

**working [13]**          6:19
9:22 10:8 21:7
21:25 22:1 24:18
25:8 25:8 42:24

81:12 88:19 113:18
**worth [2]**             47:22
75:14
**would [167]**           4:4
7:9 9:22 9:23
9:24 9:24 10:1
10:4 10:5 11:17
15:10 15:17 17:24
20:8 20:20 20:25
21:13 24:9 24:21
24:25 26:2 26:4
27:12 27:18 28:1
28:3 28:17 29:18
30:17 30:24 30:24
31:7 32:3 32:12
32:13 34:20 35:8
35:8 35:9 35:15
35:15 35:21 36:7
40:12 42:18 43:25
44:2 44:3 44:4
44:4 44:6 44:16
44:24 48:12 48:22
50:12 50:15 52:19
53:17 56:20 59:1
59:2 59:12 59:12
61:14 62:5 63:17
63:20 63:25 64:2
64:14 65:2 65:24
66:4 66:5 66:11
66:13 66:25 67:16
67:18 67:24 68:22
68:25 69:11 69:15
69:19 69:22 70:3
70:8 70:9 70:23
70:24 71:6 71:9
73:16 75:24 78:5
78:12 80:22 81:8
81:14 82:5 82:20
85:1 85:7 85:23
87:5 89:7 89:20
89:22 92:13 92:15
93:11 93:20 95:4
95:16 96:23 97:8
97:15 98:3 98:10
98:16 98:25 99:1
99:19 99:20 99:21
99:25 100:2 100:5
100:12 100:16 100:22
103:2 106:6 107:12
108:1 109:1 110:16
110:25 111:5 111:18
112:9 112:11 112:17
113:13 113:22 113:24
114:12 114:13 114:25
115:9 117:19 117:24
117:25 118:3 118:4
118:7 118:8 118:18
118:21 118:23 119:11
119:20 119:20 120:23
126:16

**wouldn't [7]**          30:5
58:4 58:8 67:10
69:14 90:15 116:4

**wrapped [1]**           30:7
**writing [2]**           81:4
81:5
**wrote [1]**             48:5
**X [1]** 3:3             3:3
**yacht [13]**            5:13
6:14 8:8 10:10
29:22 54:5 54:6
75:9 75:12 75:23

NARANJO vs. STEPHEN B. SMITH          CondenseIt™                              yachts - zone

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 78:21 | 79:2 | 79:3 | **yct [4]** | 11:11 | 26:17 | 59:6 | 59:7 | 59:8 | 99:5 | 99:9 | 99:10 |
| **yachts [1]** | | 77:25 | 117:8 | 117:8 | | 59:11 | 59:11 | 59:12 | 99:12 | 99:13 | 99:14 |
| **Yamaha [1]** | | 29:25 | **you [593]** 4:8 | | 5:11 | 59:13 | 59:16 | 59:17 | 100:2 | 100:12 | 100:23 |
| **yard [11]** 17:11 | | 17:12 | 5:22 | 5:24 | 6:4 | 59:20 | 60:2 | 60:2 | 100:24 | 101:2 | 101:5 |
| 20:4 | 30:8 | 47:8 | 6:23 | 6:24 | 7:2 | 60:5 | 60:11 | 60:23 | 101:9 | 101:10 | 101:15 |
| 71:13 | 85:24 | 91:1 | 7:4 | 7:5 | 7:7 | 60:25 | 61:8 | 61:8 | 101:18 | 101:22 | 102:5 |
| 99:16 | 119:6 | 121:11 | 7:13 | 7:21 | 7:25 | 61:11 | 61:13 | 62:1 | 102:5 | 102:6 | 102:8 |
| **yards [1]** 13:18 | | | 8:1 | 8:17 | 9:2 | 62:6 | 62:20 | 62:25 | 102:11 | 102:15 | 102:20 |
| **yeah [2]** 93:19 | | 94:25 | 9:6 | 9:18 | 9:18 | 63:8 | 63:13 | 63:17 | 102:21 | 102:23 | 103:1 |
| **year [6]** 6:14 | | 7:17 | 10:8 | 10:8 | 11:4 | 63:25 | 64:3 | 64:6 | 103:4 | 103:10 | 103:10 |
| 11:16 | 14:9 | 14:15 | 11:5 | 12:2 | 12:5 | 64:16 | 64:16 | 64:18 | 103:22 | 103:23 | 104:6 |
| 116:19 | | | 12:9 | 12:14 | 12:25 | 65:3 | 65:3 | 65:5 | 104:20 | 104:23 | 105:9 |
| **years [9]** 8:8 | | 64:7 | 13:22 | 13:23 | 14:3 | 65:12 | 65:18 | 66:3 | 105:10 | 106:14 | 106:18 |
| 64:14 | 74:17 | 76:25 | 14:5 | 14:17 | 15:2 | 66:7 | 66:18 | 66:23 | 106:22 | 106:23 | 106:23 |
| 78:12 | 78:13 | 83:12 | 15:5 | 15:16 | 16:2 | 67:1 | 67:2 | 67:3 | 107:2 | 107:4 | 107:4 |
| 112:6 | | | 17:13 | 17:18 | 17:23 | 67:4 | 67:4 | 67:7 | 107:5 | 107:8 | 107:9 |
| **yes [167]** 8:2 | | 8:6 | 17:25 | 20:13 | 20:18 | 67:12 | 67:24 | 68:5 | 107:16 | 107:17 | 107:17 |
| 10:22 | 12:23 | 13:2 | 20:25 | 21:4 | 21:6 | 68:6 | 68:6 | 68:8 | 107:19 | 108:2 | 108:3 |
| 13:3 | 13:21 | 14:19 | 21:15 | 21:23 | 22:6 | 68:10 | 68:11 | 68:16 | 108:5 | 108:9 | 108:11 |
| 15:4 | 15:22 | 17:12 | 22:8 | 22:10 | 22:15 | 68:18 | 68:19 | 68:21 | 108:11 | 108:13 | 108:15 |
| 17:21 | 19:25 | 21:16 | 22:17 | 22:20 | 22:23 | 69:6 | 69:11 | 69:18 | 108:20 | 108:22 | 108:23 |
| 22:3 | 22:7 | 23:4 | 23:20 | 24:2 | 24:4 | 69:22 | 70:2 | 70:4 | 108:25 | 108:25 | 109:4 |
| 24:19 | 24:25 | 26:20 | 24:15 | 24:17 | 24:22 | 70:12 | 70:14 | 70:15 | 109:4 | 109:5 | 109:13 |
| 27:4 | 28:24 | 29:1 | 24:24 | 25:2 | 25:3 | 70:18 | 70:22 | 71:2 | 109:14 | 110:2 | 110:3 |
| 29:9 | 29:23 | 31:16 | 25:4 | 25:25 | 26:17 | 71:4 | 71:5 | 71:16 | 110:4 | 110:8 | 110:11 |
| 31:19 | 32:2 | 32:2 | 27:2 | 27:6 | 27:10 | 71:19 | 71:22 | 71:25 | 110:12 | 110:17 | 110:19 |
| 32:5 | 35:8 | 37:4 | 27:11 | 27:13 | 27:24 | 72:14 | 72:20 | 72:20 | 110:21 | 111:1 | 111:4 |
| 37:20 | 38:8 | 39:1 | 28:5 | 28:12 | 28:19 | 72:23 | 73:2 | 73:3 | 111:9 | 111:15 | 111:20 |
| 39:4 | 39:7 | 39:18 | 28:20 | 29:7 | 29:7 | 73:4 | 73:6 | 73:7 | 111:24 | 112:1 | 112:3 |
| 39:20 | 39:23 | 39:25 | 29:7 | 29:10 | 29:11 | 73:8 | 73:14 | 73:16 | 112:7 | 112:7 | 112:8 |
| 40:4 | 40:7 | 40:9 | 29:14 | 29:18 | 30:11 | 73:17 | 73:21 | 73:21 | 112:11 | 112:13 | 112:13 |
| 40:12 | 41:6 | 41:13 | 30:17 | 30:21 | 31:8 | 73:24 | 74:2 | 74:4 | 112:14 | 112:15 | 112:16 |
| 44:16 | 45:13 | 45:22 | 31:8 | 31:10 | 31:15 | 74:7 | 74:7 | 74:15 | 112:17 | 112:17 | 112:21 |
| 46:23 | 48:22 | 49:6 | 32:6 | 32:7 | 32:9 | 74:16 | 74:18 | 74:19 | 113:2 | 113:14 | 113:15 |
| 50:10 | 50:20 | 51:6 | 33:14 | 33:15 | 33:22 | 74:21 | 74:24 | 75:2 | 113:25 | 114:1 | 114:3 |
| 51:11 | 51:21 | 52:2 | 35:10 | 35:12 | 35:14 | 76:1 | 76:5 | 76:10 | 114:5 | 114:14 | 114:17 |
| 52:10 | 53:12 | 53:13 | 36:10 | 36:15 | 36:17 | 76:12 | 76:21 | 76:24 | 114:20 | 114:20 | 114:21 |
| 53:15 | 55:11 | 59:5 | 36:20 | 36:22 | 36:23 | 76:25 | 77:2 | 77:3 | 114:22 | 115:2 | 115:4 |
| 60:2 | 60:24 | 61:10 | 36:24 | 37:2 | 37:3 | 77:4 | 77:15 | 77:24 | 115:6 | 115:8 | 115:8 |
| 61:12 | 62:3 | 62:3 | 37:20 | 37:24 | 38:5 | 77:25 | 78:5 | 78:12 | 115:9 | 115:10 | 115:14 |
| 62:7 | 62:8 | 62:9 | 38:15 | 38:24 | 39:2 | 78:14 | 78:18 | 78:20 | 115:18 | 115:21 | 115:22 |
| 62:25 | 63:24 | 64:2 | 39:8 | 39:9 | 39:18 | 78:20 | 78:23 | 79:10 | 116:1 | 116:3 | 116:4 |
| 64:11 | 65:15 | 65:17 | 39:24 | 40:2 | 40:13 | 79:19 | 79:20 | 80:1 | 116:8 | 116:12 | 116:18 |
| 65:20 | 65:22 | 66:13 | 40:20 | 42:1 | 42:11 | 80:23 | 81:1 | 81:10 | 116:23 | 116:23 | 116:24 |
| 66:17 | 70:3 | 71:9 | 42:8 | 42:11 | 42:15 | 81:14 | 81:19 | 81:24 | 117:5 | 117:16 | 117:16 |
| 71:18 | 71:21 | 72:7 | 42:25 | 43:6 | 43:18 | 82:3 | 82:8 | 82:11 | 117:19 | 117:25 | 118:3 |
| 72:9 | 73:3 | 73:23 | 43:23 | 43:23 | 44:2 | 82:12 | 82:15 | 82:17 | 118:4 | 118:7 | 118:8 |
| 74:1 | 74:3 | 74:6 | 44:12 | 44:12 | 44:17 | 82:23 | 82:23 | 83:2 | 118:10 | 118:17 | 118:17 |
| 74:9 | 74:12 | 74:14 | 45:1 | 45:4 | 46:2 | 83:8 | 83:10 | 83:15 | 118:23 | 119:3 | 120:2 |
| 75:11 | 75:24 | 76:4 | 46:2 | 46:4 | 46:15 | 83:22 | 84:4 | 84:7 | 120:5 | 120:14 | 120:14 |
| 76:7 | 76:18 | 76:20 | 46:21 | 46:23 | 47:2 | 84:9 | 84:12 | 84:13 | 120:15 | 121:6 | 121:7 |
| 76:23 | 77:6 | 77:14 | 47:3 | 47:5 | 47:7 | 84:17 | 84:21 | 84:24 | 121:7 | 121:9 | 126:16 |
| 77:17 | 77:23 | 78:4 | 47:25 | 48:4 | 48:10 | 85:7 | 85:18 | 85:22 | **you're [3]** | | 65:18 |
| 78:10 | 78:24 | 79:1 | 48:15 | 48:20 | 48:23 | 85:22 | 86:1 | 86:2 | 70:19 | 94:25 | |
| 80:17 | 80:20 | 80:22 | 48:23 | 49:1 | 49:7 | 86:13 | 86:16 | 86:20 | **your [55]** 4:9 | | 5:12 |
| 81:3 | 81:8 | 81:13 | 49:11 | 49:13 | 49:20 | 86:23 | 86:24 | 87:3 | 5:14 | 5:18 | 6:5 |
| 82:7 | 83:24 | 84:20 | 49:24 | 50:7 | 50:7 | 87:7 | 87:8 | 87:12 | 6:23 | 8:3 | 9:11 |
| 84:23 | 85:20 | 86:10 | 50:11 | 51:3 | 51:4 | 87:18 | 87:20 | 88:21 | 11:19 | 12:15 | 13:10 |
| 86:22 | 89:15 | 91:18 | 51:5 | 51:7 | 51:9 | 89:9 | 89:16 | 89:19 | 23:5 | 38:9 | 41:17 |
| 93:1 | 94:4 | 95:16 | 51:12 | 51:19 | 51:22 | 90:2 | 90:5 | 90:10 | 45:10 | 54:22 | 56:13 |
| 95:23 | 96:3 | 96:7 | 51:25 | 51:25 | 52:8 | 90:14 | 90:14 | 90:21 | 56:17 | 56:18 | 57:5 |
| 96:11 | 98:9 | 98:12 | 52:14 | 52:15 | 52:22 | 91:11 | 91:14 | 91:19 | 59:23 | 59:24 | 61:7 |
| 100:6 | 100:15 | 100:18 | 53:6 | 53:7 | 53:8 | 91:23 | 91:25 | 92:1 | 62:21 | 65:3 | 69:23 |
| 100:22 | 101:13 | 101:13 | 53:14 | 53:16 | 53:20 | 92:2 | 92:10 | 92:22 | 74:10 | 78:20 | 79:20 |
| 101:17 | 102:25 | 106:3 | 54:2 | 54:14 | 54:16 | 92:23 | 92:24 | 93:10 | 80:15 | 81:2 | 81:5 |
| 106:5 | 107:7 | 108:6 | 54:24 | 54:24 | 55:7 | 93:22 | 94:1 | 94:6 | 82:18 | 86:7 | 87:22 |
| 108:8 | 108:10 | 109:3 | 55:9 | 55:10 | 55:14 | 94:15 | 94:19 | 95:12 | 89:1 | 89:19 | 90:1 |
| 109:7 | 110:1 | 110:15 | 55:17 | 55:20 | 55:20 | 95:13 | 95:17 | 95:20 | 91:17 | 92:6 | 92:7 |
| 112:10 | 112:19 | 113:4 | 55:25 | 56:4 | 56:20 | 96:2 | 96:2 | 96:4 | 92:12 | 100:19 | 103:5 |
| 113:9 | 113:21 | 115:23 | 56:22 | 56:23 | 56:23 | 96:16 | 96:16 | 96:19 | 107:3 | 108:23 | 113:7 |
| 116:1 | 116:9 | 117:3 | 57:8 | 57:10 | 57:11 | 96:20 | 97:13 | 97:18 | 115:10 | 115:15 | 115:21 |
| 117:6 | 119:17 | 119:22 | 57:17 | 57:19 | 57:19 | 97:20 | 97:21 | 97:23 | 119:13 | 121:7 | 121:8 |
| | | | 57:20 | 58:2 | 58:5 | 98:1 | 98:7 | 98:20 | 126:14 | 126:15 | |
| | | | 58:6 | 58:11 | 59:1 | 98:21 | 98:24 | 99:3 | | | |

**yours [1]** 126:22

**yourself [5]** 94:20
96:2    97:22    117:19
126:12

**zone [1]** 11:18