UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6022 CIV-LENARD

HENRY NARANJO and
MARLENE RAMIREZ,

Plaintiffs,

vs.

STEPHEN BYRONS SMITH and
PALMER JOHNSON, INC.

Defendants.

Rivkind & Pedraza, P.A.
66 West Flagler Street
Suite 600
Miami, Fla.
1-15-2001 2:35 p.m.

DEPOSITION OF TONY ALLEN WATSON

taken before JULIO A. MOCEGA, R.P.R. and Notary Public in and for the State of Florida at Large, pursuant to Notice of Taking Deposition filed in the above case.

APPEARANCES:

BLANCK & PERRY, P.A.
BY: F. David Famulari, Atty.
5730 S.W. 74th Street
South Miami, Florida
Co-Counsel on behalf of Plaintiffs

RIVKIND & PEDRAZA, P.A.
BY: Manuel Valdes, Atty.
66 West Flagler Street
Suite 600
Miami, Florida 33130
Co-Counsel on behalf of Plaintiffs

PINKERT LAW FIRM, LLP
BY: David L. Weber, Atty.
454 Kentucky Street
P.O. Box 89
Sturgeon Bay, Wisconsin 54235
Co-Counsel on behalf of Palmer Johnson

VALLE & CRAIG, P.A.
BY: Frank J. Sioli, Atty.
80 S.W. 8th Street
Suite 2550
Miami, Florida 33130
Co-Counsel on behalf of Palmer Johnson

BADIAK, WILL & KALLEN
BY: John D. Kallen, Atty.
17071 West Dixie Highway
North Miami Beach, Fla. 33160
On behalf of Stephen Byron Smith

* * * * *

INDEX

| WITNESS | EXAMINATION |
| --- | --- |
| Mr Watson | |
| Mr. Famulari | 4, 86 |
| Mr. Kallen | 44, 90 |
| Mr. Weber | 72, 95 |
| Mr. Valdes | 98 |

EXHIBITS
NONE

01 AUG -7 PM 1:29
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

THEREUPON:

Tony Allen Watson, was called as a witness and, having been first duly sworn, was examined and testified as follows:

DIRECT EXAMINATION:

BY MR. FAMULARI:

Q. Please state your name and address for the record.

A. Tony Watson, 1610 Northwest North River Street, Miami.

Q. And your date of birth?

A. 4-12-52.

Q. And your Social Security number?

A. 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.

Q. Could you give us a brief summary of your educational background?

A. High school, couple of trade courses and that is basically it.

Q. Okay, what about your vocational background?

A. Nothing but a few trade schools, sheet metal.

Q. Are you presently employed?

A. Yes.

Page 5

Q. And where is that?
A. Merrill Stevens Dry-dock Company.
Q. And what is your position at Merrill Stevens?
A. South yard superintendent.
Q. And how long have you been there?
A. About eleven months.
Q. And what are your duties as the yard superintendent?
A. Supervise the yard, all of the work, scheduling the boats to be hauled. And that is basically it, running the yard.
Q. How many years have you worked in boatyards, been involved in boat repairs?
A. Oh, total probably about ten or eleven.
Q. Before you got involved working in boatyards what did you do?
A. I was a maintenance supervisor in a chemical plant.
Q. Where that was?
A. Up in Atlanta.
Q. And what did you do at the chemical plant?
A. We did all of the maintenance on

Page 6

all of the equipment, all of the piping and electronics and electrical aspects of the plant.
Q. And after you left the chemical plant in Atlanta where did you go?
A. I went to Bradford Marine.
Q. So that was sometime around 1990?
A. '93, I think.
Q. When you first went to Bradford what was your job there?
A. I was a welding foreman.
Q. Where did you get your training as welder?
A. My father was a welder. I started out working for him when I was in school.
Q. Have you had, ever had any formal training as a welder, vocational courses or anything like that?
A. No, nothing but training in the trades.
Q. About how many years have you been welding?
A. Since I was twelve years old.
Q. So that is 36 years. We are the same age. So you went to work at Bradford in 1992 as a welder supervisor?

Page 7

A. '93.
Q. '93?
A. Yes.
Q. Was that your first job as a welder or did you weld at the chemical plant also?
A. Oh, yes, I welded for years and years. Pipe fitting and plate welding.
I had worked at Merrill Stevens in the early eighties working on boats, too, same type of work.
Q. So you worked at Merrill Stevens in the 1980?
A. Yes, '81 to '85, somewhere about there.
Q. Were you a welding supervisor at Merrill Stevens?
A. No, just a welder fabricator.
Q. When you went to work at Bradford in 1993 did they give you any further training as a welder?
A. No.
Q. Did you have to take any kind of a welding test or anything like that?
A. Sometimes you do, but usually it is required through the company, but I didn't have

Page 8

to take one.
Q. When you went to work at Bradford in 1993 were you ABS certified?
A. No, I had people that worked for me that were ABS certified.
Q. During the time that you worked at Bradford did you ever become ABS certified?
A. No.
Q. As a welding supervisor at Bradford what were your general duties?
A. Run the shop, scheduled the work, inspect the work and just general supervision of employees.
Q. Did you have any involvement of helping to bid jobs when a project came in?
A. Yes.
Q. And how would you become involved in that? I would bid each -- each shop at Bradford would bid their particular skill. Like the welding jobs, fabrication, I would look at the jobs and then bid them.
Q. And then your bid would go into the project manager?
A. Yes, sometimes. We didn't have a project manager in the beginning. They would go

to the yard superintendent and he would review them.

Q. During the time that you worked at Bradford say let's start in 1993, how many welders did you have working in your shop?

A. '93 I had five.

Q. What about in 1997?

A. '97 we probably had, I'd say around fourteen or fifteen.

Q. How would you come to assign welders to a particular job or jobs?

A. Sometimes I would assign them because of their expertise, you know, their different -- Some of them were good tig welders, good stick welders, some could fabricate. You would assign them -- you get to know what they were good at.

Q. Were there any kind of general instructions that you would give your welders, you know, not on a daily basis but say when they came to work for you? Did you have any kind of standard operating procedure, anything that they were supposed to follow that you wanted them to do?

A. I don't, I don't understand.

Q. Well, let me --

A. Company rules or --

Q. Well, yes, rules that I had as a welding foreman that, how you wanted them to do their work?

A. Yeah, I mean we had basic procedures about, you know, you come in and I'd assign the work to them and they had to keep their work areas clean as they were doing their work and, you know, quality control and make sure that the work was nice, you know, decent work, up to standards.

Q. Did you have any involvement in hiring welders?

A. Yes.

Q. Okay.

A. I hired them all.

Q. If a welder wanted a job they would have to come and see you and you would interview them?

A. Yes.

Q. Did you give them any kind of welding test?

A. A lot of times I did.

Q. Okay, we are here today to talk

about the explosion in July of 1997 when Henry Naranjo was injured. You are familiar with Henry Naranjo?

A. Yes.

Q. And how long did you know Henry before this incident took place?

A. He was working for Bradford when I came there.

Q. Was there any kind of particular job that you would assign Henry to?

You said earlier that certain people had different expertise. Did Henry have anything like that?

A. Yes, he was -- He was specialized in aluminum repairs and custom fabrication.

Q. We know the explosion took place on the yacht SOUVENIR. Did you have any involvement in bidding the refit that was, the SOUVENIR was going to undergo at that time?

A. I don't think that we bid a lot of work. It was mostly time and material, most of the work that we did it, did on it. I don't recall. There my have been a few items that we bid.

Q. Do you remember if there were any

major welding jobs on, that were going to be done on that vessel?

A. There was the main engine exhaust changed out. They had a leak in the fuel tank that we had to repair that. We put in some demister system for air intake into the engine room, which is a major modification to the boat.

Q. Did you have any other welders beside Henry working on the vessel?

A. Probably, but I can't recall. I can't recall any work on it. There was a lot of work going on, so it had to be more than one person.

Q. Do you recall whether Captain Bredbeck requested Henry to work on the vessel?

A. Yes.

Q. Do you know why Captain Bredbeck would want anybody in particular?

A. He, he wanted a good guy. Henry was in demand. He was often requested.

Q. Do you know if Henry had welded on projects that Captain Bredbeck had been involved in before? You know, how would he know Henry from somebody else?

A. Just being in the yard and seeing

who was good. I might have assigned him to him in the beginning and then he realized that he was good.

Q. Okay.

A. That was Henry's expertise, that type of work.

Q. How would the welders keep track of what they did everyday?

A. Time tickets. They did time sheets.

Q. And how would that work?

A. They turned them in. Each job had a different item number on it or a count and then each job had an item so if they worked on it they would do a small description of what they did and put an item number and they would turn them in.

Q. And was that something that you as the day went on, or at the end the day --

A. At the end of the day.

Q. What they would do if they were working on one particular task and halfway through the day they finished and they went to start another?

Would there be any kind of

paperwork or inspection that needed to be done or anything like that?

A. They would pick up another number and keep going on it.

Q. How closely did you as the welding foreman keep track of what the welders were doing?

A. I had to keep up with everyday hourly almost. You know, to stay on top of things. Checking on jobs, go inspect them.

Q. Now, in the case of the SOUVENIR sounds like there was a substantial amount of welding work being done.

Was that, was it a situation where you would be there several times a day, everyday, once a week?

A. Oh, several times a day on that particular boat. We were -- when you are doing a refit you have to do a lot of layout work and I was involved in the layout work and, you know, the general installation and the fit up of most of the things that we were doing on the boat.

Q. Did you have contact with Captain Bredbeck on a daily basis?

A. Yes, everyday.

Q. What kind of relationship did Henry have with Captain Bredbeck? Did they work together fairly closely?

A. Yes, Jack liked him. He liked his work and liked the way that he worked.

Q. Now, we know that when the explosion took place Henry was down in the lazarette welding and it had to do with the installation of some hydraulic steering pumps.

Did you have anything to do with the people that were putting the hydraulic steering pumps in?

A. No.

Q. There was an issue over whether that deck was, the deck in the lazarette was thick enough to mount those pumps to.

Were you ever consulted at all about that.

MR. KALLEN: Object to the form.

THE WITNESS: Pardon?

MR. KALLEN: No, go ahead.

BY MR. FAMULARI:

Q. You can go ahead and answer.

A. Henry was doing several projects. When the captain -- when he got to that one, he

let me know that they were going to do, to put doublers back in there for the pumps.

Q. Who let you know that?

A. Henry.

Q. Do you know whose decision it was to put doublers back there?

MR. KALLEN: Object to the form.

THE WITNESS: He had talked to Jack and they decided that is what they were going to do, to install them.

BY MR. FAMULARI:

Q. Do you know if -- Do you know if Bruce Adkinson had anything to do with putting the doublers in?

A. Bruce?

Q. Bruce Adkinson was the gentleman who was installing the hydraulics, if you are familiar with any of that?

A. No, no, I think they just wanted the bases put down. They were going to mount them.

Q. As welding foreman do you have any kind of a policy or give instructions to the welders in using air extractors before they started welding in an area?

Page 17

A. Yes.
Q. And what would you tell them to do?
A. We were very cautious about it. We wanted to make sure that any kind of space like that was ventilated.
They all had for the most part, had their own fans. If we need to put a big extractor, pneumatic extractor, we would do that.
Q. Do you know what was done in this particular case?
A. I think we used the pneumatic. I am not -- I am not positive, but I know that we did use some type of air extractor or a blower.
Q. What is the difference between the air extractor and the pneumatic?
A. The pneumatic is a, it is a -- It does an interior effect where you hook an air line to it and it is not electrical and it will blow either direction, if you need to put a sock on it, if the blower is in to take vapors out of the boat.
Q. Prior to the explosion in the lazarette did you ever have the occasion to go down in the lazarette to see what was down there

Page 18

or the work that was, look at the work?
A. Yes, I went in there and looked at it.
Q. And this was prior to the explosion?
A. Yes, within like a day or so.
Q. Any particular reason why you would be going down there?
A. Might have been to look at the pumps and just the position where they were going to put them.
Q. What kind of hatches were on the upper deck or on top of the lazarette?
A. They were teak covered. They were -- I don't think that they hinged down. I think they locked in. I think there was maybe three.
I know there was a live bait well or something that it was taken out so there was like three big holes in the deck itself.
Q. During the time period that Bradford was doing this refit were those hatch covers on the lazarette or were they put away someplace?
A. They were on up until the point

Page 19

that we started working there, so they were off for several days after we got into the project.
And I don't recall if they were maybe working on the teak or at the same time. I know we had them out.
Q. Do you know what a shipyard competent person is?
A. Yes.
Q. Could you tell us what that is?
A. If you go to a course, a seminar to learn about the gases and the, they teach you how to use the meters, oxygen meters and stuff.
Q. And are you a shipyard competent person?
A. Yes.
Q. And what is the job of a shipyard competent person?
A. You are supposed to inspect after the chemist does his inspection for -- you know, clears you for hot work. You are supposed to go in everyday and, you know, theoretically and inspect and I think as time goes on and actually you sign off on certain items, but it's not required, I wouldn't think. It may be now.
Q. Okay.

Page 20

A. Inspect the general area and make sure that nothing is changed. No oil has dripped into the bilge after, you know, after the chemist is, has issued the certificate on it.
Q. To your knowledge was a marine chemist called down to the SOUVENIR before the refit started?
A. We had called the chemist on some hot work in the tanks.
Q. And did he come down and inspect the vessel?
A. Yes.
Q. And when the marine chemist comes do you know what does he do?
A. He checks. We have the tanks cleaned and then he inspects them and makes sure that, like the vapor level is low enough to weld in the tanks.
Q. Now, what about the work that was done in the engine room, was that certified by the marine chemist?
A. That might have been part. I can't recall, but if the engine, the engine room was gutted completely.

Q. Were the engines taken out of the vessel?

A. Completely out. Yes, cut a hole in the side of the boat.

Q. When your welders were working on a vessel in general were there any particular circumstances that -- Strike that.

Were there, was there anytime that you expected them to come to discuss certain situations with you?

A. Yes, as a general rule. Yes, certain -- When they would run into a problem. They want to show me what is happening.

When I go to the boat and see what is happening on the boat and check it, check on the progress.

Q. What about in the, any of the years that you worked with Henry, would Henry come and discuss things with you?

A. Oh, yeah, he kept me up all the time on what was happening.

Q. As a shipyard competent person did you have some kind of a definition or something that you used to determine whether something was a confined space?

A. I think we went by the OSHA rules as far as confined spaces. I think that the marine chemists go by that.

They are, and they may be a little tougher on, you know, their rules of it.

Q. Would you consider the lazarette in the SOUVENIR a confined space?

A. With the three hatches that were opened in the back I wouldn't have considered it a confined space because it was basically half open.

Q. In this particular instance you understand that Henry was going to weld some doublers down there for the pumps?

A. Right.

Q. Did he discuss with you how he was going to fabricate these and how they were going to mount the pumps?

A. He basically did. He told me that he had to make the doublers. I'd seen the pumps already and he showed me where he wanted to put them and he more or less did all of the drilling and tapping and got them ready in the shop.

Q. And how were the pumps going to be attached to the doublers?

A. They drill and tapped them and they were going to just bolt them to the doubler.

Q. Do you know if at anytime anybody drilled any holes in the actual deck that was in the lazarette?

A. I don't know.

Q. After the explosion did you have the opportunity to inspect the, what had happened in the lazarette?

A. Yes.

Q. Did you see any evidence of anybody having drilled any holes in it?

A. Not after it was -- After the explosion, no.

Q. There has been a question that we have. Prior to this we have taken the deposition of Henry Naranjo and Mark Tortora who seem to be the people most knowledgeable of about what went on here.

Do you recall when you inspected, looked at the lazarette afterwards whether there were any holes blown in that deck that could have been caused by Henry welding.

MR. WEBER: Excuse me, could I have, could I have the question read back, please.

(Thereupon, the above-mentioned question was read by the reporter as above recorded.)

MR. KALLEN: Object to the form.

MR. WEBER: I will join.

MR. VALDES: Brilliant.

MR. WEBER: Go ahead, you can answer.

THE WITNESS: I didn't, I didn't see any holes that were blown in the deck.

BY MR. FAMULARI:

Q. What causes a welder to a blow a hole in a deck or any kind of metal plate?

A. The heat, the metal is thin and the type of application of welding that you are doing is too hot. Aluminum is real, it heats up real quick, so you have to move with it and the thinner it is the easier it is to blow, blow through.

Q. Is it a problem when you are welding two pieces of aluminum where one is much thicker than the other?

A. You have to weld just a little bit different. You stay about the thicker piece and

Page 25

you just have to -- if you know the process you have to move faster and kind of stay to the thicker piece as you -- You kind of get what I am saying? You move quicker just to not do that.

Q. Was that the kind of thing that Henry was good at?

A. Yes, he was real good at it.

Q. Do you remember what the thickness of that deck was in the lazarette?

MR. KALLEN: Object to the form, lack of predicate.

BY MR. FAMULARI:

Q. You can answer.

A. Probably three sixteenths of an inch.

Q. If you are welding on three sixteenths aluminum what kind of amperage should the welder be set at?

MR. KALLEN: Object to the form.

BY MR. FAMULARI:

Q. You can answer, if you can?

A. Maybe around 130, 130 amps. That is misleading because a welding machine, you know, it shows the amperage on it, but it is, it

Page 26

is -- all machines vary, so you just are assuming that it is 130. You go by feel mostly.

Q. Did certain welders try to use the same machines all the time?

A. More or less. Our machines, we had the same type of machines. We had more than one, so it didn't really matter which machine you picked up.

Q. On this SOUVENIR for the job that was being done, did you just leave a welder on the boat all the time?

A. It was --

MR. KALLEN: Object to the form.

THE WITNESS: It was probably on the dock, the machine itself.

BY MR. FAMULARI:

Q. And would that get put away every night?

A. Probably just rolled up and put, you know, pushed out of the way on the dock.

Q. Would there have been more than one welder being used on the vessel?

A. Yes at times, yes.

Q. Prior to Henry welding the doubler plate down there did you have any discussions

Page 27

with anybody about what was under that deck in the lazarette?

A. I did with Henry and he had spoken with Jack and said there was nothing there. In my understanding it was concrete, completely filled up with concrete.

Q. And when did you have this discussion with Henry?

A. Oh, earlier that afternoon of, maybe in the morning that day.

Q. Did you discuss anything else with Henry in that conversation that you can remember?

A. No, I can't recall.

Q. Would that be the kind of thing that Henry would come and discuss with you while he was doing a welding job?

A. Yes, you know, just to see where we are headed with it.

Q. Now, we know that when Henry went to weld that there was an explosion and we are still not quite sure why.

Is there something else that Henry should have done to, you know, that would have kept this from happening.

Page 28

MR. KALLEN: Object to the form.

THE WITNESS: I don't know what else he could have done. I mean, given the information that we had.

BY MR. FAMULARI:

Q. Do you know if anybody had any plans or drawings of the vessel at Bradford?

A. No.

Q. Do you know if there were any on the vessel?

A. There could have been. It's possible that they were on the vessel.

Q. Do you ever recall seeing anything?

A. No.

Q. We have taken a look at some of the invoices that Bradford generated for the work done in, on this vessel and we do not see any job numbers, item numbers that describe the work that Henry was doing in the lazarette.

Can you think of any reason why would, that would be the case?

A. Sometimes when we run like several small jobs, little projects. They would turn the time tickets in and I would do the time, the work orders and finish up like in the morning.

late that afternoon or the next day after the guys have left.

Q. Was Henry doing a lot of little jobs on the vessel?

A. Had several.

Q. Do you recall some of the other stuff that he was doing?

A. Mostly brackets. Hanging brackets.

Q. And at whose request would Henry do these different jobs?

A. Through Jack, the captain.

Q. So this wasn't something where you would say as Henry's supervisor, Henry, I want you to weld this bracket here and this bracket there? Did it work that way?

A. Sometimes when you get a job like that and you were finishing up all of the little small items he would work directly through Jack and Jack would, you know, show him what he wanted to make and it might be brackets or little plates or doublers.

So it was -- most of them were so small he could just work through the captain, which I have done several times where they would hand him a list of little small projects that

they wanted to do.

Q. Do you know if Captain Jack had any kind of a list in this particular case?

A. I don't recall him having a list.

Q. Is it unusual for a captain to get that involved in a little, in the little details of when there is work being done on the boat?

MR. KALLEN: Object to the form.

THE WITNESS: No.

BY MR. FAMULARI:

Q. And I know we have covered this a little bit before, but I am still a little confused.

As far as the doubler plates were concerned, putting them down there, do you know at whose request those were fabricated and put down there?

A. Best of my knowledge, Jack.

MR. VALDES: So the record is clear, when you say Jack you are talking about Captain Bredbeck?

THE WITNESS: The captain.

BY MR. FAMULARI:

Q. Captain Jack?

A. Yes.

Q. At the time of the explosions were the engines in the vessel?

A. Yes.

Q. Had they been hooked back up to the shaft and tested or anything like that, to your knowledge?

A. They hadn't been sea-trialed, but I think they ran the engines.

Q. And during most of this refit was the vessel kept in the water?

A. About half and half.

Q. Were the generator sets still functional during the refit?

A. I don't know.

Q. Was the navigational equipment kept on board the vessel during the refit?

A. I don't recall.

Q. Now, in your work on the SOUVENIR prior to the explosion and you said that you were down in the lazarette a couple of times, did you ever see any kind of vents or anything that would have come from below that deck between there and the skin of the boat?

A. No.

Q. In your experience in the marine

industry is that unusual?

A. It would be if it was considered a tank. If it was a tank it would have some type of vents.

Q. What if it was not going to be used as a tank, it was just going to be a void space that was welded up, would you expect to see any kind of vents?

A. I would think there would be some type of vent in there.

Q. Why would you put venting in a space like that?

A. Just for vapors.

Q. The deck that was in the lazarette prior to the explosion, how was that welded down, if you remember?

A. It was full seal welded and it had plug welds on the framing.

Q. What do you mean by plug welds?

A. They cut a slot where the frames go through the boat and they plug weld it. They fill it up and weld the plate to the frame.

Q. In your opinion as a welder and somebody involved in shipyard work if the welding was done well, properly done in the

lazarette would that make it watertight?
A. Yes, that is the way that it was welded up.
Q. To your knowledge prior to the explosion were there any, any pumps that went into that void space or any way to pump out that space?
A. No.
Q. Do you recall if there were any hydraulic lines or electric lines that ran through, ran into that void space?
A. No, there were none.
Q. Were you involved in the repairs that were done afterwards?
A. Yes.
Q. And how was the lazarette put back together?
A. It was put in sections of plate and bolted down through the whole, the whole area that was blown up, everything was put back in, bolted back with screws.
Q. Was it, when it was put back in was it watertight then?
A. No.
Q. Was there any kind of pumping

system put in there?
A. I didn't put any pumping system in there. But I did the plate work and the metal work?
A. Access holes, like two inch access holes. I think they were two inch.
Q. Do you recall after the explosion what the condition of the equipment that was in the lazarette, what did that look like?
A. The two new pumps were under the I beam for the cockpit. They were blown up and they were crushed. They happened to be sitting under the beam with the deck and it crushed those.
Q. Was there an air extractor down in the lazarette, if you remember?
A. I think so.
Q. Do you remember what the condition of that was afterwards?
A. I think it was okay. Nothing was really damaged other than the two big new hydraulic pumps as far as equipment that was in there. Maybe some piping.
Q. Where were you when the explosion took place?

A. I was in the, in my office.
Q. Did you hear the explosion?
A. Oh, yes.
Q. And what did you do when you heard the explosion?
A. Took off to the boat.
Q. How long did it take you to get there?
A. Ten seconds maybe.
Q. And what did you see when you got there?
A. Henry had gotten out of the hole laying on his back. He managed to crawl out.
Q. After the explosion was the floor in the lazarette buckled up?
A. Completely blown loose, all of the plug welds and all of the seal welds around the fresh water tank, it had rolled up.
MR. KALLEN: Are you looking at thirteen.
MR. FAMULARI: I want to look at the one that has, that might show where the plug welds were blown out.
MR. KALLEN: Here.
MR. VALDES: Don't mix them up.

MR. KALLEN: Yes, don't mix them up.
BY MR. FAMULARI:
Q. Okay, Mr. Watson, I am going to show you what previously was marked as 13-A and if you would look at the top picture there. There is what seems to be a hole in that deck. Do you have any idea what caused that hole?
A. This one here?
Q. Yeah?
A. That is a plug weld that is pulled out, pulled up.
Q. So when the explosion took place underneath and pushed the floor up, it actually ripped a hole in the --
A. Yes, the weld stayed and the plug came up. There is one here that looks like it, too.
Q. Also looking at here at 13-E there is another one. That is the same kind of --
A. Same thing.
MR. VALDES: Which photo, the top.
MR. FAMULARI: The bottom on 13-E.
THE WITNESS: That is where the plug weld pulled up.

BY MR. FAMULARI:
Q. After Henry was taken away did you go down in the lazarette, you know, that afternoon?
A. Yes.
Q. And what did you see?
A. It was just completely destroyed. I mean, the plate was blown completely up, just buckled.
Q. Were there any burn marks any place?
A. No, no.
Q. Any soot marks?
A. No, no.
Q. Did you see any indication that there was any kind of high heat in there?
A. No.
Q. I want to show you what is 13-J. Yes, 13-J, the bottom picture. Can you tell us what that is a picture of?
A. That is the pump.
Q. And what about the decking that is there?
A. That is the deck in the cockpit. This was the fish, live bait fish well. These

were the three hatches here that were open.
MR. KALLEN: Point to the live bait well again.
THE WITNESS: Yes.
MR. KALLEN: That is the circular one in the middle.
THE WITNESS: Yes, I think that was the live bait well.
BY MR. FAMULARI:
Q. And this would have been the access, these would have been the access to the inside of the lazarette?
A. Yes, yes, the three holes here. This is the aft, the transom, towards the right.
Q. And this 13-L, the bottom picture, that is one of the hydraulic pumps?
A. That is one of the pumps, the new ones.
Q. And is that, looks like it is in a horizontal position. Is that how it would have been installed?
A. That is -- Yes, it's vertical.
Q. Vertical, excuse me?
A. Yes.
Q. And I am assuming this is after the

accident, the damage on the top of that?
A. That is where it hit the cross, the beam on the upper deck.
Q. Now, is it your understanding that these pumps were in the lazarette when the explosion took place?
A. Yes, they were in there.
Q. Was there any indication that the floor came up higher in certain areas than others?
A. Definitely.
Q. And any particular reason?
A. The pumps --
MR. KALLEN: Object to the form.
BY MR. FAMULARI:
Q. Go ahead.
A. The pumps were under the beam, moved towards amidships and they kept the plate in that area from actually coming up.
Q. And if you know, where was Henry in relation to where the pumps were?
A. Henry was laying next to the pumps.
Q. Is it safe to say that the pumps somewhat protected Henry from --
A. Yes.

Q. From going --
A. Definitely.
Q. Mr. Watson, some of the speculation that has been ongoing since this explosion trying to find out what happened, one of the questions that has come up has been concerning some acetone that may or may not have been spilled on the deck.
Do you recall anything about an incident like that?
A. Nothing.
Q. When you put the new deck in the lazarette and you installed it with bolts and holes why did you do it like that?
A. So it could be removable and they could have access to it.
Q. And whose decision was it to put it in like that?
A. The yard. We didn't want to weld it back in.
Q. Did Captain Bredbeck have any involvement in that?
A. He agreed with the way that we wanted to do it.
Q. And you say we wanted to do it. As

Page 41

a welding supervisor is that something that you were directly involved in?
A. Yes.
Q. Do you have any idea whether Henry had used a fire blanket at all when he was down there welding in the lazarette?
A. I don't recall.
Q. Now, we know that afterwards, after this took place Mark Tortora did an investigation as safety director. Were you involved at all in his investigation?
A. No.
Q. Did he discuss it with you, ask you any questions?
A. Not really.
Q. Do you know if Mark Tortora ever came up with any conclusions about the explosion?
A. I can't recall.
Q. Were the hatches off in this lazarette area where Henry was working, was that a well lit area?
A. I think it was, yes.
Q. Do you know if Henry had any lights down there or anything when he was working?

Page 42

A. He might have had a drop light, but I don't recall.
Q. Do you recall the few times that you were down there whether you ever brought a light with you or used a light when you went down there to do whatever you needed to do?
A. No, no, that was, it was pretty well lighted.
Q. Just in general --
MR. KALLEN: Object to the form.
BY MR. FAMULARI:
Q. Was Captain Bredbeck directly involved with the various welding projects that Henry was doing on the vessel?
MR. KALLEN: Object to the form.
THE WITNESS: Yes.
BY MR. FAMULARI:
Q. After the explosion and the work continued did Captain Bredbeck remain involved with whatever welder took over for Henry?
MR. KALLEN: Object to the form.
THE WITNESS: Yes.
BY MR. FAMULARI:
Q. As a welder, Mr. Watson, is it important to know whether there is a void space

Page 43

where you are going to do some welding?
A. Yes.
Q. And is it safe to say that the welder himself needs to be involved in finding out what the area is like where he is welding?
A. Absolutely.
Q. In this particular case Henry had been working on the vessel for a period of time, is that correct?
A. Yes.
Q. And I assume Captain Bredbeck had been working on the vessel or been on the vessel during the several months of refit, is that also correct?
A. Yes.
Q. You know if Henry was to ask Captain Bredbeck about what was underneath that deck in the lazarette, you know, as a welder, as a shipyard competent person would you consider that to be an adequate precaution taken by Henry?
A. Yes.
MR. KALLEN: Object to the form.
BY MR. FAMULARI:
Q. Do you know if Captain Bredbeck was

Page 44

there on the day of the explosion?
A. Yes.
Q. Yes, he was there or yes you know?
A. I am pretty sure, pretty sure that he was there.
Q. That is all for now.
MR. KALLEN: Mr. Watson, when this accident happened.
THE WITNESS: Can I take a break?
MR. KALLEN: Sure.
CROSS-EXAMINATION
BY MR. KALLEN:
Q. Mr. Watson, when this accident occurred in July of 1997 were you a shipyard competent person?
A. Yes.
Q. Have you ever been ABS certified as a welder?
A. No.
Q. In the trade courses that you referred to earlier were any of those trade courses in welding?
A. No.
Q. Do you remember your Bradford employee I.D. Number?

Page 45

A. No.
Q. Why not?
A. Didn't know that we had one.
Q. Okay. Were you the welding foreman when this job was occurring, was taking place?
A. Yes.
Q. You were?
A. Yes.
Q. Who was your assistant?
A. Didn't have one.
Q. Why not?
A. I was basically leaving the company at that point.
Q. Why?
A. To start my own business. I was just interim till they hired a few foreman.
Q. For how long had you been welding foreman as of July of 1997?
A. Four years.
Q. When did you leave Bradford?
A. I didn't leave until last year. I went to the Bahamas to work. I stayed two years, more years.
Q. What happened to the company that you were starting?

Page 46

A. They made me an offer that I couldn't refuse.
Q. When did you go to the Bahamas?
A. November 17th, seems like it is '97.
Q. Was that the offer that you couldn't refuse to go to the Bahamas?
A. That and the money too.
Q. Who took your place as welding foreman?
A. Jerry -- I can't remember his last name.
Q. As of the date of this accident in July of 1997 had you received any training at Bradford with respect to OSHA regulations dealing with welding?
A. No.
Q. Prior to going to work at Bradfod had you ever received any training concerning OSHA regulations for welding?
A. Yes.
Q. Where?
A. Hickson Corporation.
Q. Give me the approximate year?
A. '91, I think,'91 or '92.

Page 47

Q. Where is that, Hicks?
A. Hickson is in Atlanta.
Q. Is that a marine facility?
A. No, it was a chemical plant.
Q. Had you ever received any training on OSHA regulations dealing with welding on board vessels prior to this incident?
A. Not training other than reading some of the regulations.
Q. In your spare time?
A. Uh-huh.
Q. Yes?
A. Yes.
Q. As of the date of this accident were you familiar with the NFPA provisions regarding welding on board vessels?
A. Vaguely.
Q. Do you know what NFPA is?
A. National Fire Prevention -- I don't know.
Q. When you say vaguely, what do you mean by that?
A. Tank entry.
Q. Okay, that is about it?
A. Yes, hot work as far as in tanks.

Page 48

Q. As the welding foreman were you not responsible for making sure that whatever welding job was to be done was in accordance with OSHA regulations before it was actually done?
A. We worked more with the chemist.
Q. Okay, so you would rely on the marine chemist?
A. Right.
Q. How would you know whether or not to call in a marine chemist before starting a welding job?
A. Any kind of tank work, engine room confinement. You know, where there is a lot of grease and stuff.
Q. Sitting here today do you know for a fact that before starting this particular welding job in the lazarette it did not require the intervention of a marine chemist? Do you know one way or the other?
MR. FAMULARI: Object to the form.
THE WITNESS: I don't recall.
BY MR. KALLEN:
Q. Now, as I understand it before this work that Henry was doing at the time of the

Page 49

explosion actually occurred, before he even lit the torch that day you knew the work that he was going to do down there; is that correct?
A. Yes, during the course of the day, yes.
Q. Okay, now, did this particular job, the fabrication of the doublers and the welding of the doublers on to the deck, was that something that was, that came up that morning or that, or had that been something that had been discussed days before?
A. Seem to recall sometime in the morning.
Q. Okay. In order to complete that task as I understand it Henry had to actually fabricate the two aluminum plates?
A. Yes.
Q. Now, when you refer to doublers is that what we are talking about?
A. Yes.
Q. So he had to go back to the welding shop and fabricate these two plates?
A. Yes.
Q. And you knew that is what he was doing?

Page 50

A. Yes.
Q. And you approved that?
A. Yes.
Q. And then ultimately he was going to weld these plates down on to the deck?
A. Yes.
Q. Is this a job that you would consider what you referred to earlier as a little job that did not require your approval, authorization or inspection before it was being performed?
A. Yes.
Q. But nevertheless you still were aware of it?
A. Yes.
Q. And you still took the time to look at the lazarette before Henry lit the torch?
A. Yes.
Q. Okay, and you wanted to make sure that or satisfy yourself that it was safe to weld before Henry started?
A. That and look at the position of the, wherever they were putting the pumps.
Q. And if you felt that it was in any way unsafe what Henry was going to do you as the

Page 51

foreman had every right and authority and prerogative to say we are not doing it that way, correct?
A. Correct.
Q. So the ultimate decision to do that welding work that day was really yours?
MR. FAMULARI: Object to the form.
BY MR. KALLEN:
Q. Because if you didn't feel it was safe, it wasn't being done until proper precautions were taken, correct?
MR. FAMULARI: Object to the form.
BY MR. KALLEN:
Q. You can answer?
A. Yes.
Q. It wasn't the captain's decision to tell Henry how to do a job, a particular weld, was it?
A. No.
Q. That is the welder's job?
A. Right.
Q. You wanted to make sure that the plates were going to be positioned properly in there?
A. Right.

Page 52

Q. That was your decision or Henry's decision?
A. Yes, that was our decision. He wanted to show me where they were putting them.
Q. So what we are talking about as far as the captain's involvement here, if you will, is nothing more than his desire, his request, his want, if you will --
A. Right.
Q. -- To have these things done?
A. Right.
Q. But as far as how to do it properly, how to actually set the amperage on the machine, where to put the welds, that is not the captain's job or decision, is it?
A. No, no.
Q. Do you know why the plates were fabricated?
A. The plates, there was really nothing to bolt the plates, the pumps to. They were not thick enough.
Q. What wasn't thick enough?
A. The plates in the lazarette.
Q. You mean the actual deck in the lazarette?

A. The deck, yes.
Q. Or the subfloor as it has been referred to?
A. Right.
Q. Why did it matter if the deck wasn't thick enough?
A. The pumps were heavy. They weighed a few pounds.
Q. So?
A. And a rolling, in a rolling sea the screws, the fasteners would come loose and pull through the deck and the pumps were heavy.
Q. Oh, so you needed some more support for the pumps?
A. Yes.
Q. Is that it?
A. That is it.
Q. Because of the thinness or lack of thickness, if you will, of the deck?
A. Yes.
Q. Well, why would that matter if the deck was resting flush on concrete?
A. You got a half inch bolt or so that holds the pump down. You don't have any metal to tap to it.

If you tap the deck, you try to screw it in the deck he didn't have enough meat. The bolt was bigger than what you had as far as the thickness of the plate there.
Q. Wouldn't the concrete serve as the meat?
A. No.
Q. Why not?
A. There is just nothing to grab to on there.
Q. Do you know if an effort was made first to see if the pumps would adequately be supported by the deck on the concrete before the decision was made to have plates installed?
A. We knew that the deck wasn't thick enough to support them.
Q. How do you know that?
A. Just the thickness of the metal.
Q. How do you know that?
A. Experience, I knew -- The way they build those boats there is no way that it could have been half inch plate back there.
You can tell by the oil can on the deck when you stepped on it.
Q. So you could tell just from being

on that boat plus your years of experience beforehand that that aluminum deck in the lazarette where the subfloor is wasn't thick enough to hold these pumps?
A. Yes.
Q. So you made that or could have made that decision independently of what anyone else told you?
A. Yes.
Q. You knew that?
A. Yes, it just wouldn't work.
Q. Okay, so you had no problem with the idea of, if this guy wants pumps installed, aluminum plates to be or doublers to put on there, that is a good way to go?
A. Yes, that was a common practice, installing pumps like that.
Q. Did you as the welding foreman ever ask the captain to see the ship's plans or blueprints?
A. No.
Q. Were you aware that they were on board?
A. Most boats carry them.
Q. Yes, so if you had a question about

the location of certain lines or spaces or something that may be on the other side of a wall that you are welding, you knew that the plans were likely available to inspect to satisfy any questions that you had?
A. Yeah.
Q. Are you positive that this particular job as far as the fabrication of the plates and the welding of the plates came up that morning or could have been the day or two before?
A. May have been the day before, but I don't remember some discussions that morning.
Q. How did it come to your attention that this job was requested?
A. Talked to Henry about it. Henry came to me and I talked to him.
Q. So before any, any of the job even started you were called to intervene?
A. Well, he came back to the shop and told me what he was doing.
Q. Okay. Were these aluminum sheets pulled out of the material shop or did you have them planted around the, laying around the welding shop?

Page 57

A. We had a plate rack. I don't recall if he cut them out of the big full sheets.
Q. To your recollection was this the first welding job performed in the lazarette?
A. I can't recall.
Q. Were you on the boat that morning or day prior to the explosion?
A. Several times.
Q. For what purpose?
A. Just looking at the job, see how the jobs were going.
Q. Welding jobs?
A. Yes.
Q. So there were other welding jobs being done on the boat that day prior to the explosion?
A. Just some small stuff that Henry was working on. I think we were through with the bigger projects.
Q. Did you have the opportunity to speak with the marine chemist after this incident?
A. Yes.
Q. Do you know what his opinions or

Page 58

thoughts were about what had happened?
A. He wasn't sure. He had a theory about maybe some methane gas had built up in there or sea water, as I recall.
Q. I am sorry, I didn't mean to cut you off.
Do you recall him having a criticism about no one calling him out ahead of time?
A. No.
Q. The welding machine, what is the make or manufacturer?
A. It is a Regency 250.
Q. Regency 250?
A. Yes.
Q. Is that a tig machine?
A. It is a mig.
Q. And just for our purposes, since we are not really familiar with that, a mig is what?
A. A wire feed, one pound spool aluminum.
Q. Do those machines have to be tested or inspected or calibrated every so often to make sure that the amperage reading is

Page 59

consistent with what the actual heat is, is that --
A. No.
Q. No?
A. No.
Q. So in your experience at Bradford this particular machine had never been inspected or tested?
A. No.
Q. Is that correct?
A. That is correct.
Q. Do you know how long this particular machine had been in use at the time of the accident?
A. Maybe a year or two.
Q. Did Bradford employ a tag out policy or, you know what I am referring to? When you utilize a machine you put a tag on it?
A. Not for wedding machines. On electrical panels, yes.
Q. Was this electrically generated or fuel generated?
A. Electrical.
Q. Was it marine grade?
A. The wire or the machine?

Page 60

Q. The machine?
A. Yeah, I would think so.
Q. Do you know for sure?
A. It is, you know, it is a standard in the industry.
Q. Do you know for sure?
A. I couldn't say.
Q. Why did you ultimately leave the employ of Bradford, I guess the Bahamian yard? That was your last stop at Bradford right?
A. Yes, I got island fever. I couldn't stay over there any more after two years.
Q. And then from there you went to Merrill Stevens?
A. I took a couple of months off and then went, came to work here.
Q. Did you join Merrill Stevens as a yard superintendent for the south yard?
A. Yes.
Q. Where is the south yard?
A. It is on the south side of the river.
Q. Is there a north yard?
A. Yes, that is the big yard.

Q. What kind of work is done at the south yard?
A. The same thing Bradford does, bottom paint, fiberglass.
Q. Any refits like this type of project that we are talking about?
A. Yes, they do but on a smaller scale.
Q. And when you say smaller scale, you mean in timewise or smaller ships?
A. Smaller boats, yes.
Q. What is the maximum boat, size boat that you handle at the south yard?
A. I can take 85 foot, 70 tons.
Q. When you did the repairs in the lazarette after this explosion did you leave the void space in, underneath?
A. Voids underneath and air holes cut in it, yes.
Q. So the modification, if you will, that you made afterwards that was not there before was what?
A. It has, it has got air holes in it, places where it can vent out.
Q. And the purpose for that is what?

A. Just to avoid any gases getting trapped in there.
Q. Isn't there a way of determining whether or not there is a void space on either a, behind either a wall or a deck that you are about to weld on?
A. Not without physically taking -- after you thought there was a false back head you would have to do measurements. Without any access that is normally -- You would have to somehow measure it.
Q. Or look at the plans?
A. Yeah.
Q. As a welder don't you want to insure yourself what is on the other side of a wall, bulkhead or a deck before you weld?
A. Yes, we do that.
Q. Okay, and you are saying just by simply asking the captain that is enough insurance?
A. That is hard for me to answer.
Q. Okay. Now, when you say, and I am not sure if I heard you correctly, maybe it is your accent, that the deck and I guess you were referring to the lazarette deck, the deck was

full, seal welded?
A. Yes.
Q. And plug welded?
A. Yes, plug welded on the frames.
Q. Can you first of all tell me what you mean by full seal welded? I don't know what that means?
A. It had a complete weld all the way around the bulkhead, engine room. Not engine room, but it's sealed completely around, all of the seams were welded completely up.
Q. Was the seem of this deck simply around the circumference of the deck or were there seams throughout the deck itself?
A. I don't recall any seams or splits that the plate itself, but there could have, they could have been put in in one piece or two pieces.
Q. When you say full seal welded you are referring to the outer edges of the deck being sealed into the bulkhead in some fashion?
A. Yes, uh-huh.
Q. Or the bulkheads around it?
A. Yes.
Q. And when you say plug welded what

does that mean?
A. It is a weld where they like on the frames for the plate lies on top of it and you cut a groove in it over the top of the frame and you, you plug weld the plate to the frame.
Q. So the deck itself is a, is plated?
A. Yes.
Q. And each plate is welded into the frame below?
A. Right.
Q. And typically these frames or members are wood or no, I don't know?
A. Aluminum.
Q. Aluminum?
A. Yes.
Q. And typically are the frames solid, athwartships port to starboard or are there spaces in between the frames?
A. The frames go athwartships.
Q. Okay, and typically is it one solid frame from one side to the other or are there spaces in between the frames?
A. It is according to the application. These went all the way across and there was longitudinals put in, if I recall.

Q. Do you understand what I'm saying?
A. Right.
Q. I am not sure if I am asking the question correctly. But, you know, is it one solid frame? If you are looking at it one solid frame sheet of aluminum under the deck from the port side across to the starboard side?
A. Right.
Q. Or are these frames individual frames connected with spaces in-between?
A. Yes, the frames like you say go athwartships. It is angle iron.
Q. Okay.
A. And the angle is shaped in the bottom of the hull. So they go athwartships.
Q. I understand. And I am going to have to apologize, I assume you're answering my question, but in all candor maybe I don't understand your answer.
A. Right.
Q. Again just for my own understanding, there are spaces in between the frames as they go athwartship or is it one solid frame from one side to the other?
MR. VALDES: Are you talking about

the deck plate on top?
BY MR. KALLEN:
Q. No underneath?
A. Underneath they go completely across.
Q. Are there spaces in between the frames under the deck?
A. Between fore and aft there are.
Q. Yes?
A. Yes.
Q. Okay, and the deck is welded down on to that?
A. On top. You are saying athwartships, that is across. That is the best that I can remember.
Q. Well, fore and aft?
A. Fore and aft as you got frame numbers and they build all boats with a, what they call them frame numbers.
Q. And the aluminum deck sits --
A. Right on top.
Q. And it's welded or plug welded on to these frames?
A. That is correct.
Q. But there are spaces in between the

frames?
A. Correct.
Q. So -- Go ahead.
A. In this case I can't remember with this extension if they ran them fore and aft, though.
Q. Either way?
A. I can't recall.
Q. Whether it was fore and aft or side to side, there are spaces in between the frames?
A. Yes.
Q. That the deck is plug welded on to?
A. Yes, yes.
Q. So there are void spaces in between the frames?
A. Yes.
Q. And you knew that before any welding is done on this deck, correct?
A. Yes.
Q. Let me have the pictures, Manny?
MR. VALDES: I object.
MR. FAMULARI: I want the pictures back.
MR. VALDES: I'll object to that last question.

MR. KALLEN: Your objection is noted.
MR. VALDES: It is misleading, as was your direct examination.
BY MR. KALLEN:
Q. Prior to this deposition today, Mr. Watson, did you have the opportunity to meet Mr. Famulari and Mr. Valdes?
A. Months ago.
Q. Months ago. And where was that?
A. At my house.
Q. And where is that? Is that the same address that you gave us before?
A. No, no, this was in Fort Lauderdale.
Q. Okay, did you give them any type of written statement?
A. No.
Q. When you met with them were they taking notes of what you were telling them?
A. I don't recall.
Q. How long was the meeting?
A. Maybe an hour.
Q. Have you since spoken with either one of them about your testimony today?

A. Only as far as when we were going to do the deposition.
Q. Can you tell from looking at photograph 13-C on the top how thick this doubler plate is?
A. Looks like half inch.
Q. How long would it take to fabricate two of those, and in this case if you know how long did it take?
A. Probably a couple of hours a piece. By the time that you drill and tap them.
Q. You are looking basically four hours of work just to fabricate two of these?
A. By the time that you clean them up, yes.
Q. Was some type of work slip or work order filled out prior to Henry starting this work?
A. I don't think so.
Q. Wasn't that proper procedure at Bradford?
A. Sometimes we run fast and I wind up taking care of that in the afternoon when the guys have left.
They would submit the description

and I would get the work order out.
Q. Was there some type of rush going on with this project at the time?
A. No, not that I can recall.
Q. Did Mr. Naranjo have a fire watch at the time that he was welding on this job?
A. I don't think so.
Q. Do you know one way or the other whether it was required?
A. I can't recall. It was in a very open area.
Q. When you say a very open area, we are talking about an area that was below deck, was it not?
A. Yes.
Q. And, yes, there were a couple of hatches that were removed from the deck above, but it was still an area below deck, was it not?
A. Yes.
Q. Prior to this particular incident can you recall there being any type of safety meetings, whether they were just welding department safety meetings or general yard safety meetings where OSHA requirements were discussed?

A. Yes, we had safety meetings, just general yard meetings.
Q. And was the welding department provided any type of safety manual that contained OSHA regulations?
A. Not that I recall. I can't recall.
Q. Did the welding department ever hold safety meetings, just the welding department?
A. I can't recall.
Q. Would there have been a number, a job number assigned to the job that Henry was doing in the lazarette?
A. Yes.
Q. Do you remember after the fact at the end of the day or the next day setting up a job number for this work?
A. I can't recall.
Q. Now, how would you know what job number to assign to it?
A. I would take the next number.
Q. How would you know what the next number was?
A. We carry the filing at the foreman's office and we go out and pick out the

next number.
Q. And it goes in consecutive order?
A. Yes.
MR. KALLEN: I have nothing else

RECROSS-EXAMINATION

BY MR. WEBER:
Q. Just a couple. You are not a marine architect, are you?
A. No.
Q. A naval architect?
A. No.
Q. You don't have any particular expertise in the design of boats?
A. No.
Q. My statement is correct?
A. Correct.
Q. Let me make sure that I understand about the work Bradford did after this explosion.
Essentially you fastened this aluminum deck back down, is that correct?
A. Correct.
Q. And the only difference is I think you said that you bolted it down?
A. Correct.

Q. At least in some places, is that right?
A. Yes, completely around the perimeter.
Q. Okay, so when you talked about it being welded around the perimeter, that is the way that it was initially?
A. Initially it was welded around.
Q. All right, you didn't do that when you put it back in after the explosion?
A. No, all bolted.
Q. I see. And did you plug weld?
A. No, no.
Q. So the only way that this aluminum decking was put back in or fastened was through the bolting?
A. Correct.
Q. And then the other thing I think you said is that you put some air holes in?
A. Yes, and I think there is an opening in the front where there is access towards the forward bulkhead where you can get in there.
Q. Did you make that opening?
A. Yes.

Q. How big is that opening?
A. I can't recall.
Q. Give me some idea, is it the size of a dime, the size of a half dollar, what is it?
A. I would think, I think I remember putting some two inch holes in there plus there is a -- I can't remember the size of it.
Q. How many two inch holes did you put in?
A. I can't recall.
Q. Where did you put the holes, on top of the aluminum decking?
A. Up forward. Where the water lays, lays in the, towards the forward bulkhead.
Q. How many holes did you put in there?
A. I don't remember.
Q. Was it more than five?
A. No.
Q. Fewer than five?
A. I can't recall.
Q. Do I understand from your testimony that after you replaced at aluminum decking that it was no longer watertight?

A. After I replaced it?
Q. Right?
A. Yes, I mean, it wouldn't be watertight.
Q. All right, and it was watertight before the explosion?
A. Yes.
Q. Meaning this gap between the aluminum decking and the top of the cement was watertight?
A. Yes.
Q. Now, you talked a little bit about Henry's experience or expertise, I should say.
And you mentioned something about him being an expert in welding aluminum?
A. Aluminum.
Q. Is there any special designation that welders can get that designates them as an expert in welding aluminum?
A. Only certification -- different positions and stuff. You can be certified tig or mig.
Q. Do you know if he had any such certification?
A. I think Henry was ABS.

Q. But ABS doesn't have anything to do with being an expert in welding aluminum, does it?
A. He is certified 6-G in aluminum.
Q. What does that mean?
A. It is the American Society of Welding, one of their tests. You can certify 6-G in carbon steel, stainless steel, aluminum. It is just a test, a position test.
Q. And what does 6-G mean?
A. I couldn't tell you, it's just a position where you weld a piece of pipe and you do the pipe test. If you pass you are covered for all of your plate work.
Q. Do you know when he got that certification?
A. Before I got to Bradford.
Q. You have actually seen his certification?
A. I have seen it in the office. I have had to present it to Lloyds people and ABS people.
Q. Is that something that you have to periodically renew?
A. I don't think so.

Page 77

Q. In other words, if you don't do something whether it be take a test or --
A. Normally what happens if you go to another company or go to another project they recertify you.
Q. Does that certification lapse after a certain amount of time, if you know?
A. I don't think it does.
Q. Do you know?
A. I don't know for a hundred percent.
Q. Are you 6-G certified in aluminum?
A. No.
Q. Are you certified 6-G in anything?
A. Years ago, but -- you know, that was just going to particular jobs and projects, they certify you for the project.
Q. They certified you for a project?
A. Yes, a lot. When they are building, industrial plants do that.
Q. Well, doesn't that -- You are certified then forever?
A. Most companies, they keep your certification because they pay for it. Like with Henry, Bradford paid for his. So if he left you would have to recertify again.

Page 78

Q. You mentioned that one of the major things that the owner or the captain wanted done on this boat was to repair a fuel leak?
A. That was a leak in a fuel tank that was a small weep.
Q. Where was the fuel tank located?
A. Amidships. And -- Around the, one of the aft staterooms in there. Or one of the staterooms. I remember in the hallway where the leak was.
Q. Do you know how long it took to repair that?
A. Maybe a few hours.
Q. You mentioned that OSHA regulations were discussed at safety meetings with welders, is that true?
A. Not -- With welders, but in the, in the company itself, the company meetings.
Q. And welders were at those meetings?
A. OSHA regulations were discussed. I can't recall if welding specifically or --
Q. For instance, do you know the OSHA regulations on welding in confined spaces, as an example?
A. I can't recall.

Page 79

Q. Do you know if Bradford Marine had a, had a multi gas tester back in July of 1997?
A. I don't recall.
Q. Do you know what a multi gas tester is?
A. Yes.
Q. What is it?
A. To check for explosive gases. And we had, I think, I think we had an oxygen meter. I can't say specifically that date.
Q. Is that something that as a shipyard competent person you have used in the past?
A. I have trained on it.
Q. Okay.
A. According to my training you didn't actually do that other than to check it after the chemist had been there.
Q. All right, so you have a situation where the chemist would come out, certify a particular what, a particular space?
A. Space or tank, yeah.
Q. As being free of gas?
A. Right.
Q. But it would be incumbent upon you

Page 80

to periodically check that in succeeding days?
A. Yes, check it.
Q. And if something were to change, if it boat were to be moved or something like that?
A. You would have to call the chemist back.
Q. You would have to call the chemist back?
A. Yes.
Q. All right. Now, my question is, did you ever have occasion to use the multi gas tester?
A. I didn't.
Q. How come?
A. I don't recall.
Q. There has been testimony in this case that welders at Bradford were trained to either go to their foreman which would be you back in 1997 or somebody like Mr. Tortora if they observed a particular or potential danger in a confined space for welding. Would you agree with that?
A. I'd agree with that.
Q. That was the welder's responsibility, correct?

Page 81

A. Yes.
Q. Seems pretty clear that an explosion occurred back in July of 1997. Do you have any idea what exploded?
A. Only a theory of just methane gas, some type of gas that had built up in that space.
Q. Do you know for sure that that is what happened?
A. Absolutely not.
Q. You would be speculating as to what did in fact explode?
A. I would be speculating.
Q. I may have missed this and I think attorney Kallen asked you. I know that you left the Fort Lauderdale Bradford yard to go to the Bahamas for a couple of years.
A. Right.
Q. But when you -- Why did you leave the Bahamas?
A. Just, you get tired of it. Couldn't make enough money over there. The cost of living over there plus the work that, the work ethic over there and you just get island fever. I just had enough.

Page 82

Q. I am from Wisconsin. I could use a little island fever right about now.
(Discussion off the record.)
BY MR. WEBER:
Q. Forgive me, but why didn't you just come back to the Fort Lauderdale yard of Bradford then?
A. I didn't want to work for Bradford anymore. It is just -- Either moving on and working for myself. I didn't even know that I wanted to work in boats for a long time.
Q. Did you leave Bradford on good terms?
A. Think so. Most of the people, we get along good.
Q. Aren't you basically in the same industry now?
A. Yes, just competitors.
Q. Yard competitors?
A. There was a period I didn't know if I wanted to work on boats. A lot of things going on.
You know, I might want to do commercial work, industrial again.
Q. Can you think of any other way that

Page 83

an explosion would have occurred other than the fact that this aluminum deck was penetrated by the welder?
A. Not -- I just don't know.
Q. Do you know one way or the other if this aluminum deck was in fact penetrated by the welder?
A. I don't know that either.
Q. Do you know what I mean by penetrated?
A. Blew a hole in it.
Q. Yes, blew a hole and somehow got to, to this alleged gas that was beneath the aluminum surface and to the cement deck?
A. Yes, but the problem is that, the heat from the weld would have done the same thing. So --
Q. Pardon me, I didn't catch that.
A. The heat from the weld would have almost done the same thing as far as the temperature, whether it blew through or whether the temperature would have had to have ignited it.
So I can't speculate whether it blew through or not.

Page 84

Q. It would be speculation for you to say one way or the other?
A. Yes.
Q. Do you know how thick the aluminum deck was?
A. I think it was three sixteenths of an inch.
Q. Is that also speculation?
A. I am pretty positive about that.
Q. You talked a little bit about a conversation that Henry Naranjo had with the captain?
A. Right.
Q. And Henry relayed that conversation to you, is that correct?
A. That is correct.
Q. You weren't privy, in other words, you weren't there when that conversation took place?
A. No, no.
Q. So you don't really know what was discussed between the captain and Henry other than what Henry told you?
A. Yes, he showed me what he wanted and I think that I was around Jack enough that

had it not been what he wanted he would have, we would have had some conversation about it.

Q. And it's my understanding that Henry had asked him, at least this is the testimony so far, that Henry had asked the captain if there were any fuel lines?

A. Yes, that is my understanding.

Q. Do you know if he asked him anything else?

A. What was in there.

Q. And what was the captain's response?

A. According to Henry there was nothing in there.

Q. Do you know if Henry specifically asked the captain if the cement went all the way up to the aluminum deck?

A. I can't recall.

Q. How would you say Henry's English is?

A. It's pretty good.

Q. Does the captain speak Spanish, to your knowledge?

A. I don't remember.

Q. That is all that I have for right now.

REDIRECT EXAMINATION

BY MR. FAMULARI:

Q. I've got a couple of follow-ups, Mr. Watson. After the explosion took place and you took the deck out of there to put the new plates in, did you come to find out how much of a void space there actually was?

A. I remember between two to three inches.

MR. KALLEN: Say that again.

THE WITNESS: Two to three inches.

MR. VALDES: Between the cement and the top plate?

THE WITNESS: Yes.

MR. VALDES: That would be the entire lazarette in the back.

THE WITNESS: That is correct.

BY MR. FAMULARI:

Q. When you went down in the lazarette prior to the explosion did you pick up any indications that there was a void space under the, under that decking to the lazarette?

A. No.

Q. In your experience in working on vessels all these years have you ever run across a situation where there was such a void space that was, seam welded like that that wasn't going to be used as a tank?

A. No, never.

Q. To your knowledge did the captain approve of the plate work of Henry taking those plates down before the explosion?

MR. KALLEN: Object to the form.

BY MR. FAMULARI:

Q. If you know?

A. Yes, if he had had any objections he would have, the captain would have talked to me.

Q. Did the captain have the authority to stop Henry from working on the vessel if he didn't approve of what Henry was doing?

A. Yes.

Q. Or any worker in particular?

A. Yes, yes.

Q. Do you think it was, under the circumstances as you know them that happened here, forgetting that there was an explosion that took place because that is hindsight, do you think it was proper for Henry to rely upon the captain's knowledge about what was under there?

MR. KALLEN: Object to the form.

BY MR. FAMULARI:

Q. You can answer?

A. I think in that application, yes.

Q. You had testified earlier when John Kallen was asking you about how the ribbing was set up and the lazarette, in the lazarette. Did you have any of that knowledge before the explosion took place?

A. No.

Q. That was something that you found out after the deck blew up and you had to take it out and replace it; is that correct?

A. Right.

Q. The welding machine that Henry was using, John asked about periodic inspections on the machines.

Was it Bradford's procedure to have the machines inspected periodically?

A. No.

Q. In the years that you have worked, worked at Bradford did you ever have any problems with any of the welding machines?

A. Just general maintenance.
Q. And how would you know when a machine needed any maintenance?
A. The power cord may be frayed or the plug was bad and you just have to change them and keep an eye on them.
Q. And how would this be called to your attention that the machine needed some work?
A. Either one of the guys or I would see it myself.
Q. Do you recall if after the explosion the machine that Henry was using had any repairs or any work done to it?
A. I don't recall.
Q. One of the other witnesses that has testified in the last couple of days suggested that Henry should have gotten a hole saw and cut a hole in that deck in the lazarette before he did teh welding job. Is that a practical thing to do in a situation where you have a very high dollar yacht?
MR. KALLEN: Object to the form.
THE WITNESS: Not normally done, no.

MR. FAMULARI: I don't have anything else right now.
RECROSS-EXAMINATION
BY MR. KALLEN:
Q. When you were in the lazarette before the welding did you tap the deck?
A. No, I didn't.
Q. Is that -- do you know what I mean by tap?
A. Yes.
Q. Why is that done?
A. Tapping the deck is something done when you are looking for wasted plating.
Q. Okay.
A. And it's normally done on the outside of the hull or if you are trying to find a frame, but normally you are looking for a week plate or stuff.
Q. It can also tell you what is on the other side?
A. Yes, the only thing you could tell is where a frame was.
Q. And where a frame isn't?
A. Yes.
Q. And where the frame isn't you know

there is nothing behind where you are tapping?
MR. FAMULARI: Object to the form.
BY MR. KALLEN:
Q. Correct?
A. That is correct.
Q. Who makes the decision whether or not to call out the marine chemist, the welding department who is doing the welding or the captain who is not doing the welding?
A. Usually the yard.
Q. Okay, and that is your, in your experience both Bradford and Merrill Stevens?
A. Right.
Q. The decision as to whether or not it's necessary was the yard's call, correct?
A. Yes, that is correct.
Q. So the information that Henry was traveling under before he welded as far as you know was that there were no fuel tanks underneath that deck?
A. That is correct.
Q. But, of course, you all knew that anyway from the prior fuel tank work being done?
A. That is correct.
Q. And there were no fuel lines and as

far as you know in fact there were no fuel lines?
A. Correct.
Q. Did you ever prepare a written report as to the circumstances of this accident?
A. I didn't. Torch did.
Q. Did you ever sign a report that might have been prepared based on what you told torch?
A. I don't recall.
Q. Were you on board and in the lazarette after the explosion to make a determination as to what caused it?
A. I didn't go into it as far as determinng.
Q. Were you on board just to look around basically and to satisfy your curiosity?
A. I was in there when he was in the hold, when Henry was down.
Q. So you were in there to help Henry out?
A. Yes.
Q. But you did --
A. I spent several times going in looking at it and --

Page 93

Q. Trying to figure things?
A. Yes. Figure things and determine the repair because we did repair the boat.
Q. Did you ever tell anybody after the fact that, my God, there was a void space here, someone should have told us?
A. Did I tell anybody?
Q. Yes?
A. No.
Q. Did you tell Torch that? Say, Torch there was a void space here?
A. I don't recall.
MR. VALDES: Objection, hearsay. I object to the prior question also as hearsay.
MR. KALLEN: Of what he told somebody?
MR. VALDES: It would be hearsay.
BY MR. KALLEN:
Q. This is what is called a perfunctory question and don't ask me what that means, but I have heard that term used before.
But have you ever gone under a different name?
A. No.

Page 94

Q. And these are questions asked of most of the witnesses, so don't feel singled out.
A. I am straight up with the man.
MR. VALDES: Have you ever been a woman before?
THE WITNESS: No.
BY MR. KALLEN:
Q. That was my next question. Have you ever been convicted of a felony?
A. Not a felony.
Q. Misdemeanor?
A. Public brawlsing and mayhem.
MR. VALDES: Objection, relevance, move to strike.
BY MR. KALLEN:
Q. That is okay. And when was that, sir?
A. Actually, no, they didn't -- they dropped the charges.
Q. so you have been arrested before?
A. Yes.
Q. But not convicted of any offense that --
A. No.

Page 95

Q. -- That carried with it a imprisonment of one year or more?
A. No, no.
Q. Okay.
MR. VALDES: Objection, move to strike that line of questioning and answers. Not relevant, improper.
MR. KALLEN: I have nothing else.
RECROSS-EXAMINATION
BY MR. WEBER:
Q. Just a couple and I'll be done. Mr. Rimmel issued a report the day after this accident, am I right?
A. I can't recall.
Q. Well, let me just tell you.
A. I know he was there.
Q. Let me just tell you that he did.
A. Okay.
Q. Have you ever read his report?
A. No, no.
Q. Let me just read a section of it and then I'll ask you some questions. From page 2, the second full paragraph.
MR. VALDES: Hearsay objection.
BY MR. WEBER:

Page 96

Q. Third full paragraph, it says, "Upon finding the deck plate too thin to hold the fasteners" -- let me start higher. Strike that.
MR. VALDES: Same objection.
BY MR. WEBER:
Q. The crew -- are you done?
MR. VALDES: Yes.
BY MR. WEBER:
Q. "The crew who initially started to install the pump stated that they had drilled the, a couple of holes in the area in order to bolt down the pumps. Upon finding the deck plate too thin to hold the fasteners they then had the yard make up the plate which was being welded to the deck at the time of the explosion. The crew who had drilled the holes stated that they did not smell any solvent or gasoline smells when they drilled the holes. The small holes that they drilled may not have allowed any solvent vapors trapped below to exit to the extent that they would have smelled them, so this was inconclusive."
The question, first of all, did you observe any holes in this location that had been

Page 97

drilled?
A. I don't remember any.
Q. All right, and if somebody had drilled holes there who would that have been, if you know?
A. I don't know who would have drilled them because we didn't -- My shop had no involvement in actually installing the pumps itself, other than the bases.
Q. Well, there was a department at Bradford Marine who would have installed these pumps?
A. Who would have done it?
Q. Yes, who would have done it?
A. Probably the machine shop.
Q. Do you recall seeing anybody from the machine shop out there that day?
A. No.
Q. When it says here that the deck plate was too thin to hold the fasteners, what does that many to you?
MR. VALDES: Objection, hearsay.
THE WITNESS: You don't have enough metal for the size of the bolt that is going to hold them down. You have to have a

Page 98

certain thickness of metal for a certain amount of threads on a bolt.
General rule being, half inch bolt you need a half inch plate.
BY MR. WEBER:
Q. So is it your understanding that the initial idea, and I am just asking what your understanding is, that there was actually going to be a nut outside of the bolt?
A. No, the thread would tap it.
Q. And apparently at least what was told to Mr. Rimmel, and again I am just asking you what your understanding is, when they drilled that hole in what happened?
A. I don't know.
Q. Well, you don't have any understanding?
A. Apparently it was too thin. My understanding, it was an outside contractor putting the pumps in, so I don't -- I mean, I don't know.
Q. Okay, thank you.
REDIRECT EXAMINATION
BY MR. VALDES:
Q. Who would have hired the outside

Page 99

contractor to put in those pumps?
MR. KALLEN: Object to the form.
THE WITNESS: Jack, probably.
BY MR. VALDES:
Q. The captain?
A. Yes, the captain.
MR. VALDES: That is all. Take a copy.
MR. KALLEN: No questions.
MR. FAMULARI: I have nothing else.
MR. VALDES: Read or waive?
THE WITNESS: Waive.
(Thereupon, the deposition was concluded at 4:35 p.m. and the formalities of reading and signing were waived.)

Page 100

CERTIFICATE OF OATH

STATE OF FLORIDA
COUNTY OF DADE

I, the undersigned authority, certify that Tony Allen Watson personally appeared before me and was duly sworn.
WITNESS my hand and official seal this 7th day of March, 2001.

JULIO A. MOCEGA
Notary Public- State of Florida
My Commission Expires: 6-29-2002

CERTIFICATE OF REPORTER

STATE OF FLORIDA

COUNTY OF DADE

I, JULIO A. MOCEGA, Registered Professional Reporter, certify that I was authorized to and did stenographically report the foregoing proceedings; and that the transcript is a true and accurate record.

I further certify that I am not an attorney or counsel of any of the parties, nor a relative or employee of any attorney or counsel connected with the action, nor financially interested in the action.

Dated this 7th day of March, 2001.

JULIO A. MOCEGA, R.P.R.

State of Florida

County of Dade

The foregoing certificate was acknowledged before me this day of , 2001, by Julio A. Mocega, who is personally known to me.

**'81** [1] 7:13
**'85** [1] 7:13
**'91** [2] 46:25 46:25
**'92** [1] 46:25
**'93** [4] 6:7 7:1 7:2 9:6
**'97** [2] 9:8 46:5
**00-6022** [1] 1:4
**1-15-2001** [1] 1:16
**13-A** [1] 36:5
**13-C** [1] 69:4
**13-E** [2] 36:19 36:23
**13-J** [2] 37:18 37:19
**13-L** [1] 38:15
**130** [3] 25:23 25:23 26:2
**1610** [1] 4:10
**17071** [1] 2:22
**17th** [1] 46:4
**1980** [1] 7:12
**1990** [1] 6:6
**1992** [1] 6:25
**1993** [3] 7:19 8:3 9:4
**1997** [8] 9:7 11:1 44:14 45:18 46:14 79:2 80:19 81:3
**2** [2] 1:16 95:23
**2001** [3] 100:12 101:15 101:22
**250** [2] 58:13 58:14
**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** [1] 4:15
**2550** [1] 2:18
**33130** [2] 2:9 2:18
**33160** [1] 2:22
**35** [2] 1:16 99:15
**36** [1] 6:23
**4** [2] 3:13 99:15
**4-12-52** [1] 4:13
**44** [1] 3:15
**454** [1] 2:13
**54235** [1] 2:14
**5730** [1] 2:4
**6-29-2002** [1] 100:18
**6-G** [5] 76:4 76:8 76:10 77:11 77:13
**600** [2] 1:15 2:9
**66** [2] 1:14 2:8
**70** [1] 61:14
**72** [1] 3:17
**74th** [1] 2:4
**7th** [2] 100:12 101:15
**80** [1] 2:17
**85** [1] 61:14
**86** [1] 3:13
**89** [1] 2:13
**8th** [1] 2:17
**90** [1] 3:15
**95** [1] 3:17
**98** [1] 3:19
**a** [764] 1:21 4:3
4:10 4:13 4:15 4:16 4:18 4:22 4:22 4:25 5:2 5:5 5:7 5:10 5:15 5:19 5:19 5:19 5:22 5:25 6:5 6:7 6:10 6:10 6:13 6:13 6:16 6:18 6:22 6:25 7:1 7:3 7:4 7:6 7:13 7:15 7:17 7:17 7:20 7:21 7:22 7:24 8:4 8:8 8:9 8:11 8:15 8:16 8:24 8:24 9:6 9:8 9:11 9:12 9:20 9:25 10:2 10:3 10:6 10:15 10:17 10:18 10:18 10:21 10:24 10:24 11:4 11:7 11:14 11:20 11:20 11:23 12:3 12:4 12:7 12:10 12:11 12:16 12:19 12:19 12:25 13:5 13:9 13:12 13:13 13:13 13:15 13:20 14:3 14:8 14:12 14:14 14:15 14:16 14:17 14:17 14:19 14:19 14:24 14:25 15:4 15:13 15:24 16:4 16:15 16:19 16:23 17:1 17:3 17:7 17:12 17:14 17:17 17:17 17:17 17:20 18:2 18:6 18:6 18:9 18:14 18:18 18:25 19:6 19:8 19:10 19:10 19:10 19:13 19:15 19:16 19:18 20:1 20:6 20:9 20:13 20:16 20:23 21:3 21:3 21:5 21:11 21:11 21:12 21:20 21:22 21:23 21:25 22:1 22:4 22:7 22:8 22:10 22:15 22:19 23:1 23:6 23:10 23:13 23:15 24:13 24:13 24:13 24:14 24:15 24:21 24:24 24:24 25:8 25:15 25:23 25:24 26:5 26:10 26:12 26:19 26:23 27:3 27:9 27:14 27:17 27:18 28:8 28:11 28:14 28:15 28:22 29:3 29:5 29:8 29:11 29:16 29:16 29:25 30:3 30:4 30:4 30:5 30:6 30:11 30:12 30:18 30:25 31:3 31:7 31:11 31:14 31:17 31:20 31:24 32:2 32:2 32:3 32:6 32:6 32:9 32:11 32:13
32:17 32:20 32:20 32:23 33:2 33:8 33:12 33:15 33:18 33:24 34:2 34:5 34:10 34:17 34:20 35:1 35:3 35:6 35:9 35:12 35:16 36:7 36:9 36:11 36:11 36:15 36:16 36:21 37:5 37:7 37:12 37:14 37:17 37:20 37:21 37:24 38:13 38:17 38:19 38:22 38:24 39:2 39:7 39:11 39:13 39:17 39:22 39:25 40:2 40:11 40:15 40:19 40:23 41:1 41:3 41:5 41:7 41:12 41:15 41:19 41:22 41:23 42:1 42:1 42:4 42:5 42:7 42:24 42:25 43:2 43:6 43:8 43:10 43:15 43:18 43:19 43:22 44:2 44:4 44:9 44:14 44:16 44:18 44:19 44:23 45:1 45:3 45:6 45:8 45:10 45:12 45:15 45:16 45:19 45:21 46:1 46:4 46:8 46:11 46:17 46:21 46:23 46:25 47:2 47:3 47:4 47:4 47:8 47:11 47:13 47:17 47:19 47:23 47:25 48:6 48:9 48:11 48:11 48:13 48:14 48:17 48:19 49:4 49:12 49:17 49:20 49:23 50:1 50:3 50:6 50:7 50:8 50:12 50:15 50:18 50:22 51:4 51:15 51:17 51:17 51:19 51:21 51:25 52:3 52:9 52:11 52:16 52:19 52:23 53:1 53:4 53:7 53:8 53:10 53:10 53:10 53:15 53:17 53:20 53:23 53:23 54:7 54:9 54:15 54:18 54:20 55:5 55:9 55:11 55:15 55:16 55:16 55:21 55:24 55:25 56:2 56:6 56:12 56:16 56:20 57:1 57:1 57:6 57:9 57:11 57:14 57:18 57:24 58:2 58:2 58:7 58:10 58:13 58:13 58:15 58:16 58:17 58:17 58:19 58:21 58:21 59:3 59:5 59:9 59:11 59:15 59:15 59:16 59:18 59:18 59:19 59:23 59:25 60:2 60:4 60:4 60:7 60:11 60:16 60:16 60:18 60:20
60:22 60:24 60:25 61:3 61:7 61:7 61:11 61:14 61:18 61:23 62:1 62:3 62:4 62:5 62:5 62:5 62:7 62:8 62:13 62:14 62:15 62:16 62:17 62:21 63:2 63:4 63:8 63:8 63:15 63:22 63:24 64:2 64:2 64:4 64:6 64:7 64:10 64:13 64:15 64:19 64:23 65:2 65:8 65:11 65:14 65:20 66:4 66:8 66:10 66:13 66:17 66:18 66:21 66:24 67:2 67:4 67:8 67:11 67:13 67:16 67:19 68:9 68:11 68:14 68:18 68:21 68:23 69:1 69:6 69:10 69:10 69:10 69:14 69:19 69:22 70:4 70:5 70:7 70:10 70:10 70:12 70:15 70:16 70:19 71:1 71:6 71:10 71:11 71:11 71:14 71:16 71:18 71:21 71:24 72:3 72:7 72:7 72:9 72:10 72:11 72:14 72:16 72:22 72:25 73:3 73:8 73:11 73:13 73:17 73:20 73:25 74:2 74:4 74:4 74:6 74:8 74:11 74:14 74:18 74:20 74:22 75:1 75:3 75:7 75:11 75:12 75:16 75:20 75:25 76:4 76:6 76:9 76:9 76:11 76:11 76:12 76:17 76:20 76:25 77:2 77:3 77:7 77:8 77:10 77:10 77:12 77:14 77:17 77:18 77:18 77:22 78:3 78:4 78:4 78:4 78:5 78:7 78:13 78:13 78:17 78:20 78:25 79:2 79:2 79:3 79:4 79:6 79:8 79:11 79:14 79:16 79:19 79:20 79:21 79:22 79:24 80:2 80:5 80:9 80:13 80:15 80:20 80:21 80:23 81:1 81:5 81:5 81:10 81:13 81:17 81:18 81:21 82:1 82:8 82:11 82:14 82:18 82:20 82:20 82:21 83:4 83:8 83:11 83:11 83:12 83:15 83:19 84:3 84:6 84:9 84:10 84:10 84:13 84:16 84:20 84:24 85:7 85:10 85:13 85:18 85:21 85:24
86:4 86:8 86:9 86:22 86:24 87:2 87:2 87:4 87:5 87:12 87:18 87:20 88:6 88:12 88:16 88:22 89:1 89:2 89:4 89:10 89:15 89:18 89:19 89:20 89:21 89:21 90:7 90:10 90:12 90:15 90:17 90:17 90:21 90:22 90:23 90:24 91:5 91:10 91:13 91:16 91:21 91:24 92:3 92:4 92:6 92:7 92:10 92:12 92:14 92:18 92:22 92:24 93:2 93:5 93:7 93:9 93:11 93:12 93:20 93:23 93:25 94:4 94:5 94:10 94:11 94:11 94:13 94:19 94:22 94:25 95:1 95:3 95:11 95:12 95:14 95:16 95:18 95:20 95:21 96:12 97:2 97:6 97:10 97:13 97:15 97:18 97:25 98:1 98:2 98:4 98:9 98:10 98:15 98:18 99:6 99:7 100:16 101:5 101:9 101:11 101:17 101:22
**about** [46] 4:20 5:7 5:15 6:20 7:13 9:7 10:7 11:1 15:18 17:3 19:11 20:20 21:17 23:19 24:25 27:1 30:21 31:11 37:22 40:9 41:17 43:17 47:24 49:19 52:5 55:25 56:16 58:1 58:3 58:8 61:6 62:6 65:25 68:25 70:13 72:18 73:5 75:12 75:14 82:2 84:9 84:10 85:2 88:1 88:8 88:18
**above** [3] 1:24 24:3 70:17
**above-mentioned** [1] 24:2
**ABS** [7] 8:3 8:5 8:7 44:17 75:25 76:1 76:21
**Absolutely** [2] 43:6 81:10
**accent** [1] 62:24
**access** [7] 34:5 34:5 38:11 38:11 40:16 62:10 73:21
**accident** [8] 39:1 44:8 44:13 46:13 47:14 59:14 92:5 95:13
**accordance** [1] 48:3
**according** [3] 64:23 79:16 85:13
**accurate** [1] 101:9

**acetone** [1] 40:7
**acknowledged** [1] 101:21
**across** [5] 64:24 65:7 66:5 66:14 87:1
**action** [2] 101:13 101:14
**actual** [3] 23:4 52:24 59:1
**actually** [13] 19:22 36:14 39:19 48:4 49:1 49:15 52:13 76:18 79:17 86:8 94:19 97:8 98:8
**address** [2] 4:8 68:13
**adequate** [1] 43:20
**adequately** [1] 54:12
**Adkinson** [2] 16:13 16:16
**aft** [7] 38:14 66:8 66:16 66:17 67:5 67:9 78:8
**after** [32] 6:3 19:2 19:18 20:3 20:3 23:7 23:13 23:13 29:1 34:7 35:14 37:2 38:25 41:8 42:18 57:22 60:12 61:16 62:8 71:15 72:18 73:10 74:24 75:1 77:6 79:17 86:5 88:14 89:12 92:12 93:4 95:12
**afternoon** [4] 27:9 29:1 37:4 69:23
**afterwards** [5] 23:21 33:14 34:19 41:8 61:21
**again** [6] 38:3 65:21 77:25 82:24 86:11 98:12
**age** [1] 6:24
**ago** [3] 68:9 68:10 77:14
**agree** [2] 80:22 80:23
**agreed** [1] 40:23
**ahead** [6] 15:21 15:23 24:8 39:16 58:8 67:3
**air** [9] 12:6 16:24 17:14 17:16 17:18 34:15 61:18 61:23 73:19
**all** [37] 5:10 5:25 6:1 6:1 10:17 15:17 17:6 21:20 22:22 26:1 26:4 26:11 29:17 35:16 35:17 41:5 41:11 44:6 63:5 63:8 63:10 64:24 65:18 66:18 73:9 73:11 75:5 76:14 79:19 80:10 85:16 85:25 87:1 91:22 96:24 97:3 99:7
**alleged** [1] 83:13
**Allen** [3] 1:19 4:3 100:9
**allowed** [1] 96:21
**almost** [2] 14:9 83:20
**along** [1] 82:15
**already** [1] 22:21
**also** [6] 7:5 36:19 43:13 84:8 90:19 93:14
**aluminum** [30] 11:15 24:17 24:22 25:18 49:16 55:2 55:14 56:22 58:22 64:13 64:14 65:6 66:20 72:21 73:14 74:13 74:24 75:9 75:15 75:16 75:19 76:2 76:4 76:8 77:11 83:2 83:6 83:14 84:4 85:17
**am** [20] 17:13 17:13 25:4 30:12 36:4 38:25 44:4 58:5 59:17 62:22 65:3 65:3 65:16 82:1 84:9 94:4 95:13 98:7 98:12 101:10
**American** [1] 76:6
**amidships** [2] 39:18 78:7
**amount** [3] 14:12 77:7 98:2
**amperage** [4] 25:18 25:25 52:13 58:25
**amps** [1] 25:23
**an** [30] 13:14 13:16 15:14 16:25 17:18 17:18 25:15 27:21 34:15 40:9 41:9 43:20 46:1 54:11 68:23 70:13 70:18 73:20 75:15 75:18 76:2 78:23 79:9 81:2 83:1 84:7 87:23 89:6 98:19 101:10
**and** [271] 1:6 1:9 1:21 1:22 4:4 4:5 4:8 4:12 4:14 4:19 5:1 5:3 5:6 5:8 5:11 5:23 6:1 6:2 6:3 7:6 7:7 8:12 8:17 8:21 8:22 9:1 10:7 10:8 10:10 10:10 10:19 10:19 11:5 11:15 11:21 12:25 13:2 13:11 13:13 13:16 13:16 13:18 13:22 13:23 14:4 14:19 14:20 14:21 15:5 15:8 15:23 16:9 17:2 17:16 17:19 17:19 18:2 18:4 18:10 19:3 19:11 19:12 19:13 19:16 19:21 19:21 19:22 19:22 20:1 20:11 20:11 20:14 20:17 20:17 21:14 21:15 21:18 22:4 22:17 22:21 22:22 22:23 22:23 22:24 23:1 23:1 23:17 24:15 24:18 24:25 25:2 26:17 26:19 27:3 27:4 27:7 27:16 27:21 28:17 28:24 28:25 29:9 29:14 29:17 29:19 29:20 30:11 30:16 31:5 31:9 31:11 31:19 31:23 32:17 32:21 32:22 32:23 33:16 33:18 34:3 34:11 34:13 35:4 35:10 35:17 36:5 36:14 36:16 37:6 37:22 38:10 38:15 38:19 38:25 39:12 39:18 39:20 40:13 40:13 40:15 40:17 40:25 42:18 43:3 43:11 46:8 48:15 49:7 49:22 49:24 50:2 50:4 50:16 50:19 50:22 50:24 51:1 51:1 53:10 53:11 53:12 56:9 56:17 56:20 58:18 60:14 60:16 61:9 61:18 61:25 62:18 62:22 62:24 63:3 63:25 64:3 64:4 64:8 64:11 64:16 64:20 64:24 65:14 65:16 66:8 66:11 66:16 66:17 66:18 66:20 66:22 67:5 67:9 67:17 68:8 68:10 68:12 69:8 69:11 69:22 70:1 70:16 71:3 71:25 71:25 72:2 72:23 73:12 73:18 73:20 75:5 75:9 75:14 75:21 76:10 76:12 76:21 77:15 78:7 78:19 79:8 80:3 81:14 81:24 82:9 83:12 83:14 84:14 84:22 84:25 85:3 85:11 86:5 86:13 88:9 88:14 88:15 89:2 89:5 89:6 89:7 89:18 90:15 90:23 90:25 91:11 91:12 91:25 91:25 92:11 92:17 92:25 93:2 93:21 94:1 94:13 94:17 95:6 95:11 95:22 97:3 98:7 98:11 98:12 99:15 99:16 100:10 100:11 101:7 101:8 101:9
**angle** [2] 65:12 65:14
**another** [5] 13:24 14:3 36:20 77:4 77:4
**answer** [8] 15:23 24:9 25:14 25:22 51:14 62:21 65:19 88:5
**answering** [1] 65:17
**answers** [1] 95:7
**any** [95] 6:15 7:19 7:22 8:14 9:18 9:21 10:13 10:22 11:9 11:17 11:25 12:8 12:11 13:25 16:18 16:22 17:4 18:7 21:6 21:17 23:4 23:11 23:12 23:22 24:11 24:14 26:25 28:6 28:9 28:17 28:20 30:2 31:21 32:7 33:5 33:5 33:6 33:9 33:25 34:2 36:8 37:10 37:10 37:13 37:15 37:16 39:8 39:12 40:21 41:4 41:14 41:17 41:24 44:21 46:14 46:19 47:5 48:13 50:24 53:24 56:5 56:18 56:18 60:12 61:5 62:1 62:9 63:15 67:17 68:16 70:21 71:4 72:12 75:17 75:23 81:4 82:25 85:6 86:21 87:12 87:19 88:10 88:24 88:25 89:3 89:14 89:14 94:23 96:18 96:21 96:25 97:2 98:16 101:11 101:12
**anybody** [8] 12:18 23:3 23:11 27:1 28:6 93:4 93:7 97:16
**anymore** [1] 82:9
**anyone** [1] 55:7
**anything** [17] 6:17 7:23 9:22 11:13 14:2 15:10 16:13 27:11 28:13 31:5 31:21 40:9 41:25 76:1 77:13 85:9 90:2
**anytime** [2] 21:8 23:3
**anyway** [1] 91:23
**apologize** [1] 65:17
**apparently** [2] 98:11 98:18
**APPEARANCES** [1] 2:2
**appeared** [1] 100:10
**application** [3] 24:16 64:24 88:6
**approval** [1] 50:9
**approve** [2] 87:7 87:17
**approved** [1] 50:2
**approximate** [1] 46:24
**architect** [2] 72:8 72:10
**are** [59] 4:24 5:8 6:23 10:25 11:2 14:18 16:17 19:13 19:18 19:20 22:4 24:16 24:21 25:17 26:1 27:19 27:21 30:20 35:19 43:1 49:19 51:2 52:5 56:3 56:7 58:19 61:6 62:5 62:18 63:20 64:12 64:16 64:17 64:21 65:5 65:9 65:22 65:25 66:6 66:8 66:13 66:25 67:10 67:14 69:12 70:13 72:7 72:8 76:13 77:11 77:13 77:18 77:20 90:13 90:16 90:17 91:1 94:1 96:7
**area** [12] 16:25 20:1 33:19 39:19 41:21 41:22 43:5 70:11 70:12 70:13 70:18 96:12
**areas** [2] 10:9 39:9
**Aren't** [1] 82:16
**around** [16] 6:6 9:8 25:23 35:17 56:24 56:24 63:9 63:10 63:13 63:23 73:3 73:6 73:8 78:7 84:25 92:17
**arrested** [1] 94:21
**as** [84] 4:3 4:5 5:8 6:11 6:16 6:25 7:4 7:20 8:9 10:3 10:9 13:18 14:5 16:22 19:22 21:11 21:22 22:2 22:2 24:3 25:3 29:13 30:14 30:14 32:6 32:23 34:22 34:22 36:5 40:25 41:10 42:24 43:18 43:18 44:17 45:18 46:9 46:13 47:14 47:25 47:25 48:1 48:24 49:15 50:8 50:25 52:5 52:6 52:12 52:12 53:2 54:3 54:4 54:5 55:18 56:8 56:8 58:4 60:18 62:14 65:23 66:17 68:3 69:1 69:1 75:18 78:23 79:11 79:23 81:11 83:20 83:20 87:4 87:22 91:14 91:18 91:18 91:25 92:1 92:5 92:13 92:14 92:14 93:14
**ask** [5] 41:13 43:16 55:19 93:21 95:22
**asked** [7] 81:15 85:4 85:5 85:8 85:16 88:18 94:1
**asking** [5] 62:19 65:3 88:8 98:7 98:12

**aspects** [1] 6:2
**assign** [6] 9:10 9:12 9:16 10:8 11:10 71:20
**assigned** [2] 13:1 71:12
**assistant** [1] 45:9
**assume** [2] 43:11 65:17
**assuming** [2] 26:2 38:25
**at** [75] 1:22 5:3 5:23 6:24 7:5 7:8 7:11 7:15 7:18 8:2 8:6 8:9 8:18 8:20 9:3 9:17 11:19 13:19 13:20 15:17 18:1 18:2 18:9 19:4 23:3 23:21 25:7 25:8 25:19 26:23 28:7 28:15 29:9 30:16 31:1 35:19 35:21 36:6 36:19 36:19 41:5 41:11 45:13 46:14 46:18 48:25 50:17 50:22 57:11 59:6 59:13 60:10 61:1 61:13 62:12 65:5 68:11 69:3 69:20 70:3 70:6 71:15 71:24 73:1 74:24 78:15 78:19 80:17 85:4 88:24 92:25 96:16 97:10 98:11 99:15
**athwartship** [1] 65:23
**athwartships** [5] 64:17 64:19 65:12 65:15 66:14
**Atlanta** [3] 5:22 6:4 47:2
**attached** [1] 22:25
**attention** [2] 56:14 89:8
**attorney** [3] 81:15 101:11 101:12
**Atty** [5] 2:4 2:8 2:12 2:17 2:21
**authority** [3] 51:1 87:15 100:8
**authorization** [1] 50:10
**authorized** [1] 101:7
**available** [1] 56:4
**avoid** [1] 62:1
**aware** [2] 50:14 55:22
**away** [3] 18:23 26:17 37:2
**back** [26] 16:2 16:6 22:9 23:25 31:4 33:16 33:20 33:21 33:22 35:13 40:20 49:21 54:22 56:20 62:8 67:23 72:21 73:10 73:15 79:2 80:6 80:8 80:19 81:3 82:6 86:17
**background** [2] 4:17 4:21
**bad** [1] 89:5
**BADIAK** [1] 2:21
**Bahamas** [5] 45:22 46:3 46:7 81:17 81:20
**Bahamian** [1] 60:9
**bait** [4] 18:18 37:25 38:2 38:8
**based** [1] 92:8
**bases** [2] 16:20 97:9
**basic** [1] 10:6
**basically** [8] 4:19 5:12 22:10 22:19 45:12 69:12 82:16 92:17
**basis** [2] 9:20 14:24
**Bay** [1] 2:14
**be** [46] 5:11 12:1 12:12 13:25 14:1 14:15 18:8 19:24 22:4 22:24 23:18 25:19 27:15 28:21 29:20 32:2 32:5 32:6 32:9 34:12 36:7 40:15 43:4 43:20 48:3 51:23 54:12 55:14 56:2 58:23 75:3 75:21 77:2 79:25 80:4 80:18 81:11 81:13 84:1 86:16 87:4 89:4 89:7 93:18 95:11 98:9
**Beach** [1] 2:22
**beam** [4] 34:11 34:13 39:3 39:17
**because** [9] 9:13 22:10 25:24 51:9 53:18 77:23 87:24 93:3 97:7
**become** [2] 8:7 8:17
**been** [44] 4:4 5:6 5:14 6:20 11:23 12:22 18:9 20:23 23:15 23:23 26:21 28:11 31:4 31:7 38:10 38:11 38:21 40:4 40:6 40:7 43:8 43:12 43:12 44:17 45:17 49:10 49:10 53:2 54:22 56:10 56:12 59:7 59:13 63:17 71:11 79:18 80:16 85:1 92:8 94:5 94:10 94:21 96:25 97:4
**before** [36] 1:21 5:17 11:6 12:23 16:24 20:7 30:12 48:4 48:11 48:17 48:24 49:1 49:11 50:10 50:17 50:21 54:13 56:11 56:12 56:18 61:22 62:16 67:17 68:13 75:6 76:17 87:8 88:10 89:19 90:6 91:18 93:22 94:6 94:21 100:10 101:22
**beforehand** [1] 55:2
**beginning** [2] 8:25 13:2
**behalf** [5] 2:5 2:10 2:14 2:19 2:23
**behind** [2] 62:5 91:1
**being** [18] 12:25 14:13 26:10 26:22 30:7 50:10 51:10 54:25 57:16 63:21 70:21 73:6 75:15 76:2 79:23 91:23 96:15 98:3
**below** [5] 31:22 64:9 70:13 70:18 96:21
**beneath** [1] 83:13
**beside** [1] 12:9
**best** [2] 30:18 66:14
**between** [14] 17:15 31:23 64:18 64:22 65:22 66:6 66:8 66:25 67:10 67:14 75:8 84:22 86:9 86:13
**bid** [7] 8:15 8:18 8:19 8:21 8:22 11:20 11:24
**bidding** [1] 11:18
**big** [6] 17:7 18:20 34:21 57:2 60:25 74:1
**bigger** [2] 54:3 57:20
**bilge** [1] 20:3
**birth** [1] 4:12
**bit** [4] 24:24 30:12 75:12 84:10
**BLANCK** [1] 2:3
**blanket** [1] 41:5
**blew** [5] 83:11 83:12 83:21 83:25 88:14
**blow** [4] 17:20 24:13 24:19 24:19
**blower** [2] 17:14 17:21
**blown** [7] 23:22 24:11 33:20 34:11 35:16 35:23 37:8
**blueprints** [1] 55:20
**board** [6] 31:16 47:7 47:16 55:23 92:11 92:16
**boat** [21] 5:14 12:7 14:18 14:22 17:22 21:4 21:14 21:15 26:11 30:7 31:23 32:21 35:6 55:1 57:7 57:16 61:12 61:12 78:3 80:4 93:3
**boats** [9] 5:11 7:9 54:21 55:24 61:11 66:18 72:13 82:11 82:21
**boatyards** [2] 5:14 5:18
**bolt** [9] 23:2 52:20 53:23 54:3 96:13 97:24 98:2 98:3 98:9
**bolted** [4] 33:19 33:21 72:24 73:11
**bolting** [1] 73:16
**bolts** [1] 40:13
**both** [1] 91:12
**bottom** [5] 36:23 37:19 38:15 61:4 65:15
**Box** [1] 2:13
**bracket** [2] 29:14 29:14
**brackets** [3] 29:8 29:8 29:20
**Bradfod** [1] 46:18
**Bradford** [34] 6:5 6:8 6:24 7:18 8:2 8:7 8:9 8:19 9:4 11:7 18:22 28:7 28:16 44:24 45:20 46:15 59:6 59:16 60:9 60:10 61:3 69:21 72:18 76:17 77:24 79:1 80:17 81:16 82:7 82:8 82:12 88:24 91:12 97:11
**Bradford's** [1] 88:20
**brawlsing** [1] 94:13
**break** [1] 44:9
**Bredbeck** [12] 12:15 12:17 12:22 14:24 15:2 30:21 40:21 42:12 42:19 43:11 43:17 43:25
**brief** [1] 4:16
**Brilliant** [1] 24:7
**brought** [1] 42:4
**Bruce** [3] 16:13 16:15 16:16
**buckled** [2] 35:15 37:9
**build** [2] 54:21 66:18
**building** [1] 77:19
**built** [2] 58:3 81:6
**bulkhead** [5] 62:16 63:9 63:21 73:22 74:15
**bulkheads** [1] 63:23
**burn** [1] 37:10
**business** [1] 45:15
**but** [37] 4:22 6:18 7:24 7:25 9:20 12:10 17:13 19:23 20:24 25:25 30:12 31:7 34:3 42:1 50:13 52:12 56:12 61:7 63:10 63:16 65:4 65:18 66:25 70:18 76:1 77:14 78:17 79:25 81:19 82:5 83:15 90:17 91:22 92:23 93:22 93:23 94:23
**by** [67] 2:4 2:8 2:12 2:17 2:21 4:7 15:22 16:11 20:21 22:1 22:3 23:23 24:3 24:12 25:13 25:21 26:2 26:16 28:5 30:10 30:23 32:19 36:3 37:1 38:9 39:15 42:11 42:17 42:23 43:20 43:24 44:12 47:22 48:23 51:8 51:13 54:13 54:23 62:18 63:6 66:2 68:5 69:11 69:14 72:6 82:4 83:2 83:6 83:9 86:3 86:19 87:10 88:4 90:4 90:9 91:3 93:19 94:8 94:16 95:10 95:25 96:6 96:9 98:5 98:24 99:4 101:22
**Byron** [1] 2:23
**BYRONS** [1] 1:9
**calibrated** [1] 58:24
**call** [6] 48:11 66:19 80:5 80:7 91:7 91:15
**called** [6] 4:3 20:7 20:9 56:19 89:7 93:20
**calling** [1] 58:8
**came** [11] 8:15 9:21 11:8 36:17 39:9 41:17 49:9 56:9 56:17 56:20 60:17
**can** [26] 15:23 24:8 25:14 25:22 25:22 27:12 28:20 37:19 44:9 51:14 54:23 54:23 61:14 61:24 63:5 66:15 69:3 70:4 70:21 73:22 75:18 75:21 76:7 82:25 88:5 90:19
**can't** [23] 12:10 12:11 20:23 27:14 41:19 46:11 57:6 67:4 67:8 70:10 71:6 71:10 71:18 74:2 74:8 74:11 74:22 78:21 78:25 79:10 83:24 85:18 95:14
**candor** [1] 65:18
**captain** [33] 12:14 12:17 12:22 14:23 15:2 15:25 29:11 29:23 30:2 30:5 30:21 30:22 30:24 40:21 42:12 42:19 43:11 43:17 43:25 55:19 62:19 78:2

84:12 84:22 85:6 85:16 85:22 87:6 87:13 87:15 91:9 99:5 99:6
**captain's** [5] 51:16 52:6 52:15 85:11 88:1
**carbon** [1] 76:8
**care** [1] 69:23
**carried** [1] 95:1
**carry** [2] 55:24 71:24
**case** [10] 1:4 1:24 14:11 17:11 28:21 30:3 43:7 67:4 69:8 80:17
**catch** [1] 83:18
**caused** [3] 23:23 36:8 92:13
**causes** [1] 24:13
**cautious** [1] 17:3
**cement** [4] 75:9 83:14 85:16 86:13
**certain** [10] 11:11 19:23 21:9 21:12 26:3 39:9 56:1 77:7 98:1 98:1
**certificate** [4] 20:4 100:2 101:2 101:21
**certification** [6] 75:20 75:24 76:16 76:19 77:6 77:23
**certified** [11] 8:3 8:5 8:7 20:21 44:17 75:21 76:4 77:11 77:13 77:17 77:21
**certify** [6] 76:7 77:16 79:20 100:9 101:6 101:10
**change** [2] 80:3 89:5
**changed** [2] 12:4 20:2
**charges** [1] 94:20
**check** [6] 21:15 21:15 79:8 79:17 80:1 80:2
**Checking** [1] 14:10
**checks** [1] 20:16
**chemical** [5] 5:20 5:23 6:3 7:5 47:4
**chemist** [16] 19:19 20:4 20:7 20:9 20:14 20:22 48:6 48:8 48:11 48:19 57:22 79:18 79:20 80:5 80:7 91:7
**chemists** [1] 22:3
**circular** [1] 38:5
**circumference** [1] 63:13
**circumstances** [3] 21:7 87:22 92:5
**CIV-LENARD** [1] 1:4
**clean** [2] 10:9 69:14
**cleaned** [1] 20:17
**clear** [2] 30:20 81:2
**clears** [1] 19:20
**closely** [2] 14:5 15:3
**Co-Counsel** [4] 2:5 2:10 2:14 2:19
**cockpit** [2] 34:11 37:24
**come** [15] 9:10 10:7 10:19 20:11 21:9 21:18 27:16 31:22 40:6 53:11 56:14 79:20 80:14 82:6 86:7
**comes** [1] 20:14
**coming** [1] 39:19
**commercial** [1] 82:24
**Commission** [1] 100:18
**common** [1] 55:16
**companies** [1] 77:22
**company** [8] 5:2 7:25 10:2 45:12 45:24 77:4 78:18 78:18
**competent** [7] 19:7 19:13 19:17 21:22 43:19 44:15 79:12
**competitors** [2] 82:18 82:19
**complete** [2] 49:14 63:8
**completely** [10] 20:25 21:3 27:5 35:16 37:7 37:8 63:10 63:11 66:4 73:3
**concerned** [1] 30:15
**concerning** [2] 40:6 46:19
**concluded** [1] 99:15
**conclusions** [1] 41:17
**concrete** [5] 27:5 27:6 53:22 54:5 54:13
**condition** [2] 34:8 34:18
**confined** [6] 21:25 22:2 22:7 22:10 78:23 80:21
**confinement** [1] 48:14
**confused** [1] 30:13
**connected** [2] 65:10 101:13
**consecutive** [1] 72:2
**consider** [3] 22:6 43:19 50:8
**considered** [2] 22:9 32:2
**consistent** [1] 59:1
**consulted** [1] 15:17
**contact** [1] 14:23
**contained** [1] 71:5
**continued** [1] 42:19
**contractor** [2] 98:19 99:1
**control** [1] 10:10
**conversation** [5] 27:12 84:11 84:14 84:18 85:2
**convicted** [2] 94:10 94:23
**copy** [1] 99:8
**cord** [1] 89:4
**Corporation** [1] 46:23
**correct** [29] 43:9 43:14 49:3 51:3 51:4 51:11 59:10 59:11 66:24 67:2 67:18 72:15 72:16 72:21 72:22 72:25 73:17 80:25 84:15 84:16 86:18 88:15 91:4 91:5 91:15 91:16 91:21 91:24 92:3
**correctly** [2] 62:23 65:4
**cost** [1] 81:22
**could** [19] 4:16 9:15 19:9 23:22 23:24 23:25 28:3 28:11 29:23 40:15 40:16 54:21 54:25 55:6 56:10 63:16 63:17 82:1 90:21
**couldn't** [6] 46:2 46:7 60:7 60:12 76:11 81:22
**counsel** [2] 101:11 101:12
**count** [1] 13:13
**County** [3] 100:5 101:4 101:19
**couple** [11] 4:18 31:20 60:16 69:10 70:16 72:7 81:17 86:4 89:17 95:11 96:12
**course** [3] 19:10 49:4 91:22
**courses** [4] 4:19 6:16 44:20 44:22
**COURT** [1] 1:2
**covered** [3] 18:14 30:11 76:13
**covers** [1] 18:23
**CRAIG** [1] 2:16
**crawl** [1] 35:13
**crew** [3] 96:7 96:10 96:17
**criticism** [1] 58:8
**cross** [1] 39:2
**CROSS-EXAMINATION** [1] 44:11
**crushed** [2] 34:12 34:13
**curiosity** [1] 92:17
**custom** [1] 11:15
**cut** [7] 21:3 32:20 57:2 58:5 61:18 64:4 89:18
**D** [2] 2:21 3:6
**Dade** [3] 100:5 101:4 101:19
**daily** [2] 9:20 14:24
**damage** [1] 39:1
**damaged** [1] 34:21
**danger** [1] 80:20
**date** [4] 4:12 46:13 47:14 79:10
**Dated** [1] 101:15
**David** [2] 2:4 2:12
**day** [24] 13:19 13:19 13:20 13:23 14:15 14:17 18:6 27:10 29:1 44:1 49:2 49:4 51:6 56:10 56:12 57:8 57:16 71:16 71:16 95:12 97:17 100:12 101:15 101:22
**days** [4] 19:2 49:11 80:1 89:17
**dealing** [2] 46:16 47:6
**decent** [1] 10:11
**decided** [1] 16:9
**decision** [12] 16:5 40:17 51:5 51:16 52:1 52:2 52:3 52:15 54:14 55:7 91:6 91:14
**deck** [69] 15:15 15:15 18:13 18:20 23:4 23:22 24:11 24:14 25:10 27:1 31:22 32:14 34:13 36:7 37:24 39:3 40:8 40:12 43:18 49:8 50:5 52:24 53:1 53:5 53:12 53:19 53:22 54:1 54:2 54:13 54:15 54:24 55:2 62:5 62:16 62:24 62:25 62:25 63:12 63:13 63:14 63:20 64:6 65:6 66:1 66:7 66:11 66:20 67:12 67:18 70:13 70:17 70:18 72:21 83:2 83:6 83:14 84:5 85:17 86:6 88:14 89:19 90:6 90:12 91:20 96:2 96:13 96:16 97:19
**decking** [6] 37:22 73:15 74:13 74:24 75:9 86:23
**Defendants** [1] 1:11
**Definitely** [2] 39:11 40:2
**definition** [1] 21:23
**demand** [1] 12:20
**demister** [1] 12:6
**department** [6] 70:23 71:3 71:7 71:9 91:8 97:10
**deposition** [6] 1:19 1:23 23:17 68:6 69:2 99:14
**describe** [1] 28:18
**description** [2] 13:15 69:25
**design** [1] 72:13
**designates** [1] 75:18
**designation** [1] 75:17
**desire** [1] 52:7
**destroyed** [1] 37:7
**details** [1] 30:6
**determination** [1] 92:13
**determine** [2] 21:24 93:2
**determining** [1] 62:3
**determinng** [1] 92:15
**did** [110] 5:18 5:23 5:25 6:4 6:11 7:5 7:19 7:22 8:7 8:14 9:5 9:21 10:13 10:22 10:24 11:5 11:12 11:17 11:22 11:22 12:8 13:8 13:9 13:16 14:5 14:23 15:1 15:2 15:10 17:14 17:24 20:11 21:22 22:16 22:19 22:22 23:7 23:11 26:3 26:10 26:25 27:3 27:7 27:11 29:15 31:21 34:3 34:9 35:2 35:4 35:7 35:10 37:2 37:6 37:15 40:14 40:21 41:9 41:13 42:19 45:20 46:3 48:18 49:6 50:9 53:5 55:18 56:14 56:23 57:21 59:16 60:8 60:18 61:15 61:16 68:7 68:16 69:9 70:5 71:7 72:18 73:12 73:24 74:9 74:12 74:16 80:11 81:12 81:19 82:12 86:7 86:21 87:6 87:15 88:9 88:24 89:20 90:6 92:4 92:6 92:7 92:23 93:3 93:4 93:7 93:10 95:17 96:18 96:24 101:7
**didn't** [27] 7:25 8:24 24:10 24:10 26:7 34:2 40:19 45:3 45:10 45:21 51:9 54:2 58:5 73:9 79:16 80:13 82:5 82:8 82:10 82:20 83:18 87:17 90:7 92:6 92:14 94:19 97:7
**difference** [2] 17:15 72:23
**different** [7] 9:14 11:12 13:13 24:25

29:10 75:20 93:24
dime [1] 74:4
direct [2] 4:6 68:4
direction [1] 17:20
directly [3] 29:18 41:2 42:12
director [1] 41:10
discuss [6] 21:9 21:19 22:16 27:11 27:16 41:13
discussed [5] 49:11 70:25 78:15 78:20 84:22
discussion [2] 27:8 82:3
discussions [2] 26:25 56:13
DISTRICT [2] 1:2 1:2
Dixie [1] 2:22
do [114] 5:18 5:23 7:24 9:24 10:4 11:25 12:14 12:17 12:21 13:15 13:21 14:19 15:8 15:10 16:1 16:5 16:10 16:12 16:12 16:13 16:22 17:2 17:8 17:10 19:6 20:15 20:15 23:3 23:20 25:4 25:9 28:6 28:9 28:13 28:17 28:24 29:6 29:9 30:1 30:2 30:15 32:19 33:9 34:7 34:18 35:4 36:8 40:9 40:14 40:24 40:25 41:4 41:16 41:24 42:3 42:6 42:6 43:1 43:25 44:24 47:18 47:21 48:16 48:19 49:3 50:25 51:5 51:17 52:12 52:17 54:11 54:17 54:19 57:25 58:7 58:23 59:12 60:3 60:6 61:7 62:9 62:17 65:1 69:2 70:8 71:15 73:9 74:23 75:23 76:1 76:13 76:15 77:1 77:9 77:19 78:11 78:22 79:1 79:4 79:17 81:3 81:8 82:23 83:5 83:9 84:4 85:8 85:15 87:21 87:24 89:12 89:21 90:8 97:16
dock [2] 26:15 26:20
does [12] 17:18 19:19 20:15 61:3 64:1 76:2 76:5 76:10 77:6 77:8 85:22 97:21
doesn't [2] 76:1 77:20
doing [20] 10:9 14:7 14:18 14:22 15:24 18:22 24:17 27:17 28:19 29:3 29:7 42:14 48:25 49:25 51:2 56:21 71:13 87:17 91:8 91:9
dollar [2] 74:4 89:22
don't [53] 9:25 9:25 11:20 11:22 18:15 19:3 23:6 28:2 30:4 31:14 31:17 35:25 36:1 41:7 42:2 47:19 48:22 53:24 56:13 57:1 62:14 63:6 63:15 64:12 65:18 68:21 69:19 70:7 72:12 74:18 76:25 77:1 77:8 77:10 79:3 80:15 83:4 83:8 84:21 85:24 89:15 90:1 92:10 93:12 93:21 94:2 97:2 97:6 97:23 98:15 98:16 98:20 98:21
done [34] 12:2 14:1 14:13 17:10 20:21 26:10 27:24 28:3 28:17 29:24 30:7 32:25 32:25 33:14 48:3 48:5 51:10 52:10 57:16 61:1 67:18 78:2 83:16 83:20 89:14 89:24 90:11 90:12 90:15 91:23 95:11 96:7 97:13 97:14
doubler [4] 23:2 26:24 30:14 69:5
doublers [11] 16:2 16:6 16:14 22:14 22:20 22:25 29:21 49:7 49:8 49:18 55:14
down [32] 15:7 16:20 17:25 17:25 18:8 18:15 20:7 20:11 22:14 26:25 30:15 30:17 31:20 32:16 33:19 34:15 37:3 41:5 41:25 42:4 42:6 49:3 50:5 53:24 66:11 72:21 72:24 86:20 87:8 92:19 96:13 97:25
drawings [1] 28:7
drill [2] 23:1 69:11
drilled [10] 23:4 23:12 96:11 96:17 96:19 96:20 97:1 97:4 97:6 98:14
drilling [1] 22:22
dripped [1] 20:3
drop [1] 42:1
dropped [1] 94:20
Dry-dock [1] 5:2
duly [2] 4:4 100:10
during [8] 8:6 9:3 18:21 31:9 31:13 31:16 43:13 49:4
duties [2] 5:8 8:10
E [1] 3:6
each [5] 8:18 8:18 13:12 13:14 64:8
earlier [5] 11:11 27:9 44:21 50:8 88:7
early [1] 7:9
easier [1] 24:19
edges [1] 63:20
educational [1] 4:17
effect [1] 17:18
effort [1] 54:11
eighties [1] 7:9
either [9] 17:20 62:4 62:5 67:7 68:24 80:18 82:9 83:8 89:10
electric [1] 33:10
electrical [4] 6:2 17:19 59:20 59:23
electrically [1] 59:21
electronics [1] 6:2
eleven [2] 5:7 5:16
else [10] 12:24 27:11 27:23 28:3 55:7 72:4 85:9 90:2 95:8 99:11
employ [2] 59:16 60:9
employed [1] 4:24
employee [2] 44:25 101:12
employees [1] 8:13
end [3] 13:19 13:20 71:16
engine [8] 12:3 12:6 20:21 20:24 20:24 48:13 63:9 63:9
engines [3] 21:1 31:2 31:8
English [1] 85:19
enough [13] 15:16 20:18 52:21 52:22 53:6 54:2 54:16 55:4 62:19 81:22 81:25 84:25 97:23
entire [1] 86:17
entry [1] 47:23
equipment [4] 6:1 31:15 34:8 34:22
Essentially [1] 72:20
ethic [1] 81:24
even [3] 49:1 56:18 82:10
ever [23] 6:15 8:7 15:17 17:24 28:13 31:21 41:16 42:4 44:17 46:19 47:5 55:18 71:7 80:11 87:1 88:24 92:4 92:7 93:4 93:23 94:5 94:10 95:19
every [3] 26:17 51:1 58:24
everyday [5] 13:8 14:8 14:16 14:25 19:21
everything [1] 33:20
evidence [1] 23:11
examination [5] 3:9 4:6 68:4 86:2 98:23
examined [1] 4:5
example [1] 78:24
excuse [2] 23:24 38:23
exhaust [1] 12:3
EXHIBITS [1] 3:21
exit [1] 96:21
expect [1] 32:7
expected [1] 21:9
experience [7] 31:25 54:20 55:1 59:6 75:13 86:25 91:12
expert [3] 75:15 75:19 76:2
expertise [5] 9:13 11:12 13:5 72:13 75:13
Expires [1] 100:18
explode [1] 81:12
exploded [1] 81:4
explosion [39] 11:1 11:16 15:7 17:23 18:5 23:7 23:14 27:21 31:19 32:15 33:5 34:7 34:24 35:2 35:5 35:14 36:13 39:6 40:4 41:18 42:18 44:1 49:1 57:8 57:17 61:16 72:19 73:10 75:6 81:3 83:1 86:5 86:21 87:8 87:23 88:11 89:13 92:12 96:17
explosions [1] 31:1
explosive [1] 79:8
extension [1] 67:5
extent [1] 96:22
extractor [5] 17:8 17:8 17:14 17:16 34:15
extractors [1] 16:24
eye [1] 89:6
F [1] 2:4
fabricate [6] 9:15 22:17 49:16 49:22 69:7 69:13
fabricated [2] 30:16 52:18
fabrication [4] 8:20 11:15 49:7 56:8
fabricator [1] 7:17
facility [1] 47:3
fact [7] 48:17 71:15 81:12 83:2 83:6 92:1 93:5
fairly [1] 15:3
false [1] 62:8
familiar [4] 11:2 16:18 47:15 58:19
Famulari [34] 2:4 3:13 4:7 15:22 16:11 24:12 25:13 25:21 26:16 28:5 30:10 30:23 35:21 36:3 36:23 37:1 38:9 39:15 42:11 42:17 42:23 43:24 48:21 51:7 51:12 67:22 68:8 86:3 86:19 87:10 88:4 90:1 91:2 99:10
fans [1] 17:7
far [14] 22:2 30:14 34:22 47:25 52:5 52:12 54:4 56:8 69:1 83:20 85:5 91:18 92:1 92:14
fashion [1] 63:21
fast [1] 69:22
fastened [2] 72:20 73:15
fasteners [4] 53:11 96:3 96:14 97:20
faster [1] 25:2
father [1] 6:13
feed [1] 58:21
feel [3] 26:2 51:9 94:2
felony [2] 94:10 94:11
felt [1] 50:24
fever [3] 60:11 81:25 82:2
few [6] 4:22 11:23 42:3 45:16 53:8 78:13
Fewer [1] 74:21
fiberglass [1] 61:4
fifteen [1] 9:9
figure [2] 93:1 93:2
filed [1] 1:23
filing [1] 71:24
fill [1] 32:22
filled [2] 27:6 69:17
financially [1] 101:13
find [3] 40:5 86:7 90:16
finding [3] 43:4 96:2 96:13
finish [1] 28:25
finished [1] 13:23
finishing [1] 29:17
fire [3] 41:5 47:19 70:5

FIRM [1] 2:12
first [7] 4:4 6:8 7:4 54:12 57:5 63:5 96:24
fish [2] 37:25 37:25
fit [1] 14:21
fitting [1] 7:7
five [3] 9:6 74:19 74:21
Fla [2] 1:15 2:22
Flagler [2] 1:14 2:8
floor [3] 35:14 36:14 39:9
Florida [9] 1:2 1:22 2:5 2:9 2:18 100:4 100:17 101:3 101:18
flush [1] 53:22
follow [1] 9:23
follow-ups [1] 86:4
follows [1] 4:5
foot [1] 61:14
for [59] 1:22 4:9 6:14 7:6 8:4 9:21 11:7 12:6 16:2 17:6 19:2 19:19 19:20 22:14 26:9 28:16 30:5 32:13 34:11 42:20 43:8 44:6 45:17 46:20 48:2 48:16 53:14 57:10 58:18 59:19 60:3 60:6 60:19 61:25 62:21 64:3 65:21 71:17 76:14 77:10 77:16 77:17 77:23 77:24 78:22 79:8 80:21 81:8 81:17 82:8 82:10 82:11 84:1 85:25 87:25 90:13 90:17 97:24 98:1
fore [5] 66:8 66:16 66:17 67:5 67:9
foregoing [2] 101:8 101:21
foreman [12] 6:10 10:4 14:6 16:22 45:4 45:16 45:18 46:10 48:1 51:1 55:18 80:18
foreman's [1] 71:25
forever [1] 77:21
forgetting [1] 87:23
Forgive [1] 82:5
form [21] 15:19 16:7 24:5 25:11 25:20 26:13 28:1 30:8 39:14 42:10 42:15 42:21 43:23 48:21 51:7 51:12 87:9 88:3 89:23 91:2 99:2
formal [1] 6:15
formalities [1] 99:15
Fort [3] 68:14 81:16 82:6
forward [3] 73:22 74:14 74:15
found [1] 88:13
four [2] 45:19 69:12
fourteen [1] 9:9
frame [14] 32:22 64:4 64:5 64:9 64:21 65:5 65:6 65:24 66:17 66:19 90:17 90:22 90:23 90:25
frames [17] 32:20 63:4 64:3 64:11 64:16 64:18 64:19 64:22 65:9 65:10 65:11 65:23 66:7 66:23 67:1 67:10 67:15
framing [1] 32:18
Frank [1] 2:17
frayed [1] 89:4
free [1] 79:23
fresh [1] 35:18
from [21] 12:24 27:25 31:22 39:19 39:24 40:1 54:25 60:14 64:21 65:6 65:24 69:3 70:17 74:23 82:1 83:16 83:19 87:16 91:23 95:22 97:16
front [1] 73:21
fuel [10] 12:4 59:22 78:3 78:4 78:6 85:6 91:19 91:23 91:25 92:1
full [7] 32:17 57:2 63:1 63:6 63:19 95:23 96:1
functional [1] 31:13
further [2] 7:19 101:10
gap [1] 75:8
gas [8] 58:3 79:2 79:4 79:23 80:11 81:5 81:6 83:13
gases [3] 19:11 62:1 79:8
gasoline [1] 96:19
gave [1] 68:13
general [12] 8:10 8:12 9:18 14:21 20:1 21:6 21:11 42:9 70:23 71:2 89:1 98:3
generated [3] 28:16 59:21 59:22
generator [1] 31:12
gentleman [1] 16:16
get [13] 6:11 9:16 25:3 26:17 29:16 30:5 35:7 70:1 73:22 75:18 81:21 81:24 82:15
getting [1] 62:1
give [8] 4:16 7:19 9:19 10:22 16:23 46:24 68:16 74:3
given [1] 28:3
go [32] 6:4 8:22 8:25 14:10 15:21 15:23 17:24 19:10 19:20 21:14 22:3 24:8 26:2 32:20 37:3 39:16 46:3 46:7 49:21 55:15 64:19 65:11 65:15 65:23 66:4 67:3 71:25 77:3 77:4 80:18 81:16 92:14
God [1] 93:5
goes [2] 19:22 72:2
going [34] 11:19 12:1 12:12 14:4 16:1 16:10 16:20 18:8 18:11 22:13 22:17 22:17 22:24 23:2 32:5 32:6 36:4 40:1 43:1 46:18 49:3 50:4 50:25 51:23 57:12 65:16 69:1 70:2 77:15 82:22 87:4 92:24 97:24 98:8
gone [1] 93:23
good [12] 9:14 9:15 9:17 12:19 13:1 13:3 25:7 25:8 55:15 82:12 82:15 85:21
got [13] 5:17 15:25 19:2 22:23 35:10 53:23 60:11 61:23 66:17 76:15 76:17 83:12 86:4
gotten [2] 35:12 89:18
grab [1] 54:9
grade [1] 59:24
grease [1] 48:15
groove [1] 64:4
guess [2] 60:9 62:24
gutted [1] 20:25
guy [2] 12:19 55:13
guys [3] 29:2 69:24 89:10
had [91] 6:15 6:15 7:8 8:4 9:6 9:8 10:3 10:6 10:8 11:12 12:4 12:5 12:12 12:21 12:22 13:12 13:14 14:8 15:8 16:8 16:13 17:6 17:6 19:5 20:9 22:20 23:8 26:5 26:6 27:3 28:4 28:6 29:5 30:2 31:4 32:17 35:12 35:18 41:5 41:24 42:1 43:7 43:11 45:3 45:17 46:14 46:19 47:5 49:10 49:10 49:15 49:21 51:1 54:3 55:12 55:25 56:5 57:1 58:1 58:2 58:3 59:7 59:13 63:8 71:1 75:23 76:21 79:1 79:2 79:9 79:9 79:18 81:6 81:25 83:22 84:11 85:1 85:2 85:4 85:5 87:12 87:12 88:7 88:14 89:13 96:11 96:15 96:17 96:25 97:3 97:7
hadn't [1] 31:7
half [9] 22:10 31:11 31:11 53:23 54:22 69:6 74:4 98:3 98:4
halfway [1] 13:22
hallway [1] 78:9
hand [2] 29:25 100:11
handle [1] 61:13
Hanging [1] 29:8
happened [9] 23:9 34:12 40:5 44:8 45:24 58:1 81:9 87:22 98:14
happening [4] 21:13 21:15 21:21 27:25
happens [1] 77:3
hard [1] 62:21
has [12] 20:2 20:4 23:15 35:22 40:4 40:6 40:6 53:2 61:23 61:23 80:16 89:16
hatch [1] 18:22
hatches [5] 18:12 22:8 38:1 41:20 70:17
hauled [1] 5:11
have [142] 5:6 5:13 6:15 6:20 7:22 7:25 8:14 8:24 9:5 9:21 10:13 10:19 11:12 11:17 11:23 12:8 13:1 14:19 14:23 15:2 15:10 16:22 17:24 18:9 20:16 20:23 21:23 22:9 23:7 23:16 23:16 23:23 23:25 23:25 24:18 24:24 25:1 25:2 26:21 26:25 27:7 27:24 27:24 28:3 28:11 28:15 29:2 29:24 30:11 31:22 32:3 36:8 38:10 38:11 38:20 40:7 40:16 40:21 41:4 42:1 44:17 45:10 52:10 53:24 54:2 54:14 54:22 55:6 56:10 56:12 56:23 57:21 58:23 62:9 62:10 63:16 63:17 65:17 67:20 68:7 68:24 69:24 70:5 71:11 72:4 72:12 76:1 76:18 76:20 76:21 76:23 77:25 79:12 79:14 79:19 80:5 80:7 80:11 81:4 81:14 83:1 83:16 83:19 83:22 83:22 85:1 85:2 85:25 87:1 87:13 87:13 87:15 88:10 88:20 88:23 88:24 89:5 89:18 89:21 90:1 92:8 93:6 93:22 93:23 94:5 94:9 94:21 95:8 95:19 96:20 96:22 97:4 97:6 97:11 97:13 97:14 97:23 97:25 97:25 98:16 98:25 99:10
having [4] 4:4 23:12 30:4 58:7
he [76] 9:1 11:7 11:14 11:14 12:19 12:19 12:20 12:23 13:2 13:2 15:4 15:5 15:25 15:25 16:8 20:11 20:15 20:16 20:17 21:20 22:16 22:16 22:19 22:19 22:20 22:21 22:21 22:22 25:8 27:3 27:17 28:3 29:7 29:18 29:19 29:23 35:13 40:23 41:5 41:13 41:25 42:1 43:5 44:3 44:5 49:1 49:2 49:21 49:24 50:4 52:3 54:2 56:20 56:21 57:2 58:2 58:2 70:6 75:23 76:4 76:15 77:24 84:24 84:24 85:1 85:1 85:8 87:12 87:13 87:16 89:19 91:18 92:18 93:16 95:16 95:17
head [1] 62:8
headed [1] 27:19
hear [1] 35:2
heard [3] 35:4 62:23 93:22
hearsay [5] 93:13 93:15 93:18 95:24 97:22
heat [5] 24:15 37:16 59:1 83:16 83:19
heats [1] 24:17
heavy [2] 53:7 53:12
help [1] 92:20
helping [1] 8:15
Henry [76] 1:6 11:1 11:3 11:5 11:10 11:12 12:9 12:15 12:19 12:21 12:23 15:1 15:7 15:24 16:4 21:18 21:18 22:13 23:17 23:23 25:7 26:24 27:3 27:8 27:12 27:16 27:20 27:23

28:19 29:3 29:9 29:13 35:12 37:2 39:20 39:22 39:24 41:4 41:21 41:24 42:14 42:20 43:7 43:16 43:21 48:25 49:15 50:17 50:21 50:25 51:17 56:16 56:16 57:18 69:17 71:12 75:25 77:24 84:11 84:14 84:22 84:23 85:4 85:5 85:13 85:15 87:7 87:16 87:17 87:25 88:17 89:13 89:18 91:17 92:19 92:20

**Henry's** [5] 13:5 29:13 52:1 75:13 85:19

**here** [16] 10:25 23:19 29:14 35:24 36:9 36:17 36:19 38:1 38:13 48:16 52:6 60:17 87:23 93:5 93:11 97:19

**Hicks** [1] 47:1

**Hickson** [2] 46:23 47:2

**high** [3] 4:18 37:16 89:21

**higher** [2] 39:9 96:3

**Highway** [1] 2:22

**him** [13] 6:14 13:1 13:1 15:4 29:19 29:25 30:4 56:17 58:7 58:8 75:15 85:4 85:8

**himself** [1] 43:4

**hindsight** [1] 87:24

**hinged** [1] 18:15

**hired** [3] 10:17 45:16 98:25

**hiring** [1] 10:14

**his** [12] 15:4 19:19 35:13 41:11 46:11 52:7 52:7 52:8 57:25 76:18 77:24 95:19

**hit** [1] 39:2

**hold** [7] 55:4 71:8 92:19 96:2 96:14 97:20 97:25

**holds** [1] 53:24

**hole** [11] 21:3 24:14 35:12 36:7 36:8 36:15 83:11 83:12 89:18 89:19 98:14

**holes** [22] 18:20 23:4 23:12 23:22 24:11 34:5 34:6 38:13 40:14 61:18 61:23 73:19 74:7 74:9 74:12 74:16 96:12 96:17 96:19 96:20 96:25 97:4

**hook** [1] 17:18

**hooked** [1] 31:4

**horizontal** [1] 38:20

**hot** [4] 19:20 20:10 24:17 47:25

**hour** [1] 68:23

**hourly** [1] 14:9

**hours** [3] 69:10 69:13 78:13

**house** [1] 68:11

**how** [47] 5:6 5:13 6:20 8:17 9:4 9:10 10:4 11:5 12:23 13:7 13:11 14:5 19:12 22:16 22:17 22:24 32:15 33:16 35:7 38:20 45:17 48:10 51:17 52:12 52:13 54:17 54:19 56:14 57:11 59:12 68:22 69:4 69:7 69:8 71:19 71:22 74:1 74:9 74:16 78:11 80:14 84:4 85:19 86:7 88:8 89:2 89:7

**hull** [2] 65:15 90:16

**hundred** [1] 77:10

**hydraulic** [5] 15:9 15:11 33:10 34:22 38:16

**hydraulics** [1] 16:17

**I** [245] 3:6 5:19 6:5 6:7 6:10 6:13 6:14 6:22 7:6 7:8 7:25 8:4 8:18 8:20 9:6 9:12 9:25 9:25 10:3 10:6 10:17 10:24 11:7 11:20 11:22 12:10 12:10 13:1 14:8 14:20 16:19 17:12 17:12 17:13 17:13 18:2 18:15 18:15 18:16 18:18 19:3 19:5 19:22 19:24 20:23 21:14 22:1 22:2 22:9 23:6 23:24 23:25 24:6 24:10 24:10 25:3 27:3 27:14 28:2 28:3 28:24 29:13 29:24 30:4 30:11 30:12 31:7 31:14 31:17 32:9 34:2 34:3 34:6 34:10 34:17 34:20 35:1 35:21 36:4 37:8 37:18 38:7 38:25 41:7 41:19 41:23 42:2 43:11 44:4 44:9 45:12 45:15 45:21 45:21 45:22 46:1 46:11 46:25 47:19 48:22 48:24 49:15 54:20 56:12 56:17 57:1 57:6 57:19 58:4 58:5 58:5 59:17 60:2 60:7 60:9 60:11 60:11 60:16 61:14 62:22 62:23 62:24 63:6 63:15 64:12 64:25 65:3 65:3 65:16 65:16 65:17 65:18 66:15 67:4 67:8 67:21 67:22 68:21 69:19 69:22 70:1 70:4 70:7 70:10 71:6 71:6 71:10 71:18 71:21 72:4 72:17 72:23 73:12 73:18 73:20 74:2 74:6 74:6 74:6 74:8 74:11 74:18 74:22 74:23 75:1 75:3 75:13 75:25 76:11 76:17 76:20 76:20 76:25 77:8 77:10 78:9 78:20 78:25 79:3 79:9 79:9 79:10 79:14 80:13 80:15 81:13 81:14 81:14 81:15 81:25 82:1 82:1 82:8 82:10 82:10 82:20 82:21 82:23 83:4 83:8 83:9 83:18 83:24 84:6 84:9 84:25 84:25 85:18 85:24 85:25 86:9 88:6 89:10 89:15 90:1 90:7 90:8 92:6 92:10 92:14 92:18 92:24 93:7 93:12 93:13 93:22 94:4 95:8 95:13 95:14 95:16 97:2 97:6 98:7 98:12 98:15 98:20 98:20 98:20 99:10 100:8 101:5 101:6 101:10 101:10

**I'd** [4] 9:8 10:7 22:20 80:23

**I'll** [3] 67:24 95:11 95:22

**I'm** [1] 65:1

**I've** [1] 86:4

**I.D** [1] 44:25

**idea** [6] 36:8 41:4 55:13 74:3 81:4 98:7

**if** [78] 10:18 11:25 12:21 13:14 13:21 16:12 16:12 16:17 17:7 17:20 17:21 19:3 19:10 20:24 23:3 25:1 25:17 25:22 28:6 28:9 30:2 32:2 32:3 32:5 32:16 32:24 33:9 34:16 36:6 39:20 41:16 41:24 43:16 43:25 50:24 51:9 52:6 52:8 53:5 53:19 53:21 54:1 54:11 54:12 55:13 55:25 57:2 61:20 62:23 64:25 65:3 65:5 67:5 69:8 75:23 76:13 77:1 77:3 77:7 77:24 78:21 79:1 80:3 80:3 80:19 82:20 83:5 85:6 85:8 85:15 85:16 87:11 87:12 87:16 89:12 90:16 97:3 97:4

**ignited** [1] 83:22

**important** [1] 42:25

**imprisonment** [1] 95:2

**improper** [1] 95:7

**in** [251] 1:22 1:23 5:13 5:14 5:17 5:19 5:22 6:4 6:14 6:18 6:24 7:8 7:11 7:19 8:3 8:15 8:18 8:25 9:4 9:5 9:7 10:7 10:13 11:1 11:15 11:18 12:4 12:5 12:18 12:20 12:23 12:25 13:2 13:12 13:17 14:11 14:20 15:7 15:12 15:15 16:2 16:14 16:24 16:25 17:10 17:21 17:23 17:25 18:2 18:16 18:20 19:21 20:10 20:19 20:21 21:3 21:6 21:17 22:6 22:9 22:12 22:23 23:4 23:4 23:9 23:12 23:22 24:11 24:14 25:10 27:1 27:4 27:10 27:12 28:17 28:19 28:24 28:25 30:3 30:6 30:6 31:2 31:10 31:18 31:20 31:25 31:25 32:10 32:11 32:14 32:23 32:24 32:25 33:13 33:18 33:20 33:22 34:1 34:2 34:8 34:15 34:22 35:1 35:1 35:15 36:7 36:15 37:3 37:16 37:24 38:6 38:19 39:5 39:7 39:9 39:19 39:20 40:12 40:18 40:20 40:22 41:2 41:6 41:11 41:20 42:9 43:4 43:7 43:18 44:14 44:20 44:22 46:13 47:2 47:10 47:25 48:3 48:11 48:18 49:12 49:14 50:24 51:23 52:23 52:24 53:10 54:2 55:2 57:5 58:3 59:6 59:13 60:5 61:10 61:15 61:17 61:19 61:23 62:2 63:17 63:17 63:21 64:4 64:18 64:22 64:25 65:14 65:18 65:22 66:6 66:25 67:4 67:10 67:14 68:14 69:8 69:23 70:10 71:13 72:2 72:13 73:1 73:10 73:15 73:19 73:21 73:23 74:7 74:10 74:15 74:16 75:15 75:19 76:2 76:4 76:8 76:20 77:1 77:11 77:13 78:4 78:8 78:9 78:17 78:17 78:23 79:2 79:12 80:1 80:16 80:19 80:21 81:3 81:6 81:12 82:11 82:16 83:6 83:11 84:17 85:10 85:14 86:7 86:17 86:20 86:25 86:25 87:19 88:6 88:9 88:23 89:17 89:19 89:19 89:21 90:5 91:11 92:1 92:11 92:18 92:18 92:20 92:24 96:12 96:12 96:25 97:8 98:14 98:20 99:1 101:14

**in-between** [1] 65:10

**INC** [1] 1:10

**inch** [11] 25:16 34:5 34:6 53:23 54:22 69:6 74:7 74:9 84:7 98:3 98:4

**inches** [2] 86:10 86:12

**incident** [5] 11:6 40:10 47:7 57:23 70:20

**inconclusive** [1] 96:23

**incumbent** [1] 79:25

**independently** [1] 55:7

**indication** [2] 37:15 39:8

**indications** [1] 86:22

**individual** [1] 65:9

**industrial** [2] 77:19 82:24

**industry** [3] 32:1 60:5 82:17

**information** [2] 28:4 91:17

**initial** [1] 98:7

**initially** [3] 73:7 73:8 96:10

**injured** [1] 11:2

**inside** [1] 38:12

**inspect** [8] 8:12 14:10 19:18 19:22 20:1 20:11 23:8 56:4

**inspected** [4] 23:20 58:24 59:7 88:21

**inspection** [3] 14:1 19:19 50:10

**inspections** [1] 88:18

**inspects** [1] 20:17

**install** [2] 16:10 96:11

**installation** [2] 14:21 15:9

**installed** [5] 38:21 40:13 54:14 55:13 97:11

**installing** [3] 16:17 55:17 97:8

**instance** [2] 22:12 78:22

**instructions** [2] 9:19 16:23

**insurance** [1] 62:20

**insure** [1] 62:15

**intake** [1] 12:6

**interested** [1] 101:14

**interim** [1] 45:16

**interior** [1] 17:18

**intervene** [1] 56:19

**intervention** [1] 48:19

**interview** [1] 10:19

**into** [10] 8:22 12:6 19:2 20:3 21:12 33:6 33:11 63:21 64:8 92:14

**investigation** [2] 41:10 41:11

**invoices** [1] 28:16

**involved** [13] 5:14 5:17 8:17 12:22 14:20 30:6 32:24 33:13 41:2 41:11 42:13 42:19 43:4

**involvement** [6] 8:14 10:13 11:18 40:22 52:6 97:8

**iron** [1] 65:12

**is** [197] 4:19 5:1 5:3 5:12 6:23 7:24 12:7 16:9 17:15 17:17 17:17 17:19 17:21 19:7 19:9 19:16 20:2 20:4 20:18 21:13 21:15 24:15 24:17 24:17 24:19 24:19 24:21 24:22 25:24 25:25 26:1 26:2 27:23 30:5 30:7 30:19 32:1 33:2 36:7 36:11 36:11 36:17 36:20 36:20 36:24 37:18 37:20 37:21 37:22 37:24 38:5 38:14 38:16 38:17 38:19 38:19 38:20 38:22 38:25 39:2 39:4 39:23 41:1 42:24 42:25 43:3 43:5 43:5 43:9 43:13 44:6 46:4 47:1 47:2 47:3 47:18 47:24 48:14 49:3 49:18 49:24 50:7 51:20 52:7 52:14 52:15 53:16 53:17 54:9 54:21 55:3 55:15 58:11 58:13 58:16 58:17 58:19 58:25 59:1 59:1 59:10 59:11 60:4 60:4 60:21 60:22 60:24 60:25 61:1 61:12 61:25 62:4 62:10 62:15 62:19 62:21 62:23 64:2 64:6 64:6 64:8 64:20 64:23 65:4 65:12 65:14 65:23 66:11 66:14 66:14 66:24 67:12 67:18 68:1 68:3 68:12 68:12 69:5 72:15 72:21 72:23 73:1 73:6 73:19 73:20 73:21 74:1 74:3 74:4 74:8 75:17 76:4 76:6 76:9 76:23 78:16 79:5 79:7 79:11 80:10 81:8 82:9 83:15 84:8 84:15 84:16 85:4 85:7 85:20 85:25 86:18 87:24 88:15 89:20 90:8 90:11 90:12 90:19 90:22 91:1 91:5 91:8 91:9 91:11 91:16 91:21 91:24 93:20 93:20 94:17 97:24 98:6 98:8 98:13 99:7 101:9 101:22

**island** [3] 60:11 81:24 82:2

**isn't** [3] 62:3 90:23 90:25

**issue** [1] 15:14

**issued** [2] 20:4 95:12

**it** [218] 4:19 5:12 7:24 11:21 11:22 11:22 12:11 12:12 13:13 13:15 14:4 14:14 15:8 16:5 17:3 17:17 17:17 17:19 17:19 17:19 17:21 18:3 18:19 19:24 20:5 21:15 22:5 22:9 22:10 23:12 23:13 24:17 24:18 24:19 24:19 24:21 25:8 25:25 25:25 25:25 25:25 26:2 26:7 26:12 26:14 27:5 27:19 29:15 29:20 29:22 30:5 32:2 32:2 32:3 32:3 32:5 32:6 32:17 32:17 32:21 32:22 33:1 33:2 33:18 33:22 33:22 33:23 34:13 34:20 35:7 35:18 36:14 36:17 37:7 38:19 38:20 39:2 39:4 39:23 40:13 40:14 40:15 40:16 40:17 40:17 40:20 40:24 40:25 41:13 41:23 42:7 42:24 43:3 46:4 47:4 47:24 48:4 48:18 48:24 49:15 50:10 50:14 50:20 50:24 51:2 51:9 51:10 51:16 51:18 52:12 52:15 53:2 53:5 53:16 53:17 53:25 54:2 54:21 54:24 55:11 56:14 56:16 58:13 58:17 59:18 59:24 60:4 60:4 60:22 61:19 61:23 61:23 61:23 61:24 62:11 62:23 63:8 63:23 64:2 64:3 64:4 64:20 64:23 65:4 65:5 65:12 65:23 67:9 68:3 69:7 69:9 70:9 70:10 70:14 70:18 70:18 71:20 72:2 72:24 73:5 73:7 73:8 73:10 74:3 74:5 74:8 74:19 74:25 75:1 75:3 75:5 76:3 76:6 76:9 76:20 76:21 77:2 77:8 77:23 78:11 79:7 79:14 79:17 79:25 80:2 80:4 81:21 82:9 83:11 83:21 83:23 83:24 84:1 84:6 85:1 85:2 87:21 87:25 88:15 88:15 88:20 89:11 89:14 90:19 92:13 92:14 92:25 93:18 95:1 95:21 96:1 97:13 97:14 97:19 98:6 98:10 98:18 98:19

**it's** [10] 19:23 28:11 38:22 63:10 66:22 76:11 85:3 85:21 90:15 91:15

**item** [4] 13:13 13:14 13:16 28:18

**items** [3] 11:23 19:23 29:18

**itself** [7] 18:20 26:15 63:14 63:16 64:6 78:18 97:9

**J** [1] 2:17

**Jack** [12] 15:4 16:8 27:4 29:11 29:18 29:19 30:2 30:18 30:20 30:24 84:25 99:3

**Jerry** [1] 46:11

**job** [33] 6:9 7:4 9:11 10:18 11:10 13:12 13:14 19:16 26:9 27:17 28:18 29:16 45:5 48:3 48:12 48:18 49:6 50:7 50:9 51:17 51:20 52:15 56:8 56:15 56:18 57:5 57:11 70:6 71:12 71:12 71:17 71:19 89:20

**jobs** [13] 8:15 8:20 8:21 9:11 12:1 14:10 28:23 29:4 29:10 57:12 57:13 57:15 77:15

**John** [3] 2:21 88:7 88:18

**Johnson** [3] 1:10 2:14 2:19

**join** [2] 24:6 60:18

**Julio** [5] 1:21 100:16 101:5 101:17 101:22

**July** [6] 11:1 44:14 45:18 46:14 79:2 81:3

**just** [55] 7:17 8:12 12:25 16:19 18:10 23:2 24:24 25:1 25:4 26:1 26:10 26:19 27:18 29:23 32:6 32:13 37:7 37:8 42:9 45:16 54:9 54:18 54:25 55:11 57:11 57:18 58:18 62:1 62:18 65:21 69:13 70:22 71:1 71:8 72:7 76:9 76:11 77:15 81:5 81:21 81:24 81:25 82:5 82:9 82:18 83:4 89:1 89:5 92:16 95:11 95:15 95:17 95:21 98:7 98:12

**Kallen** [47] 2:21 2:21 3:15 15:19 15:21 16:7 24:5 25:11 25:20 26:13 28:1 30:8 35:19 35:24 36:1 38:2 38:5 39:14 42:10 42:15 42:21 43:23 44:7 44:10 44:12 48:23 51:8 51:13 66:2 68:1 68:5 72:4 81:15 86:11 87:9 88:3 88:8 89:23 90:4 91:3 93:16 93:19 94:8 94:16 95:8 99:2 99:9

**keep** [7] 10:8 13:7 14:4 14:6 14:8 77:22 89:6

**Kentucky** [1] 2:13

**kept** [5] 21:20 27:25 31:10 31:15 39:18

**kind** [25] 7:22 9:18 9:21 10:22 11:9 13:25 15:1 16:23 17:4 18:12 21:23 24:14 25:2 25:3 25:6 25:18 27:15 30:3 31:21 32:8 33:25 36:20 37:16 48:13 61:1

**knew** [8] 49:2 49:24 54:15 54:20 55:10 56:3 67:17 91:22

**know** [115] 9:13 9:16 9:20 10:7 10:10 10:11 11:5 11:16 12:17 12:21 12:23 12:23 14:9 14:20 15:6 16:1 16:3 16:5 16:12 16:12 17:10 17:13 18:18 19:5 19:6 19:19 19:21 20:3 20:15 22:5 23:3 23:6 25:1 25:25 26:20 27:18 27:20 27:24 28:2 28:6 28:9 29:19 30:2 30:11 30:15 31:14 37:3 39:20 41:8 41:16 41:24 42:25 43:16 43:18 43:25 44:3 45:3 47:18 47:20 48:10 48:14 48:16 48:20 52:17 54:11 54:17 54:19 57:25 59:12 59:17 60:3 60:4 60:6 63:6 64:12 65:4 69:8 70:8 71:19 71:22 75:23 76:15 77:7 77:9 77:10 77:14 78:11 78:22 79:1 79:4 81:8 81:15 82:10 82:20 82:23 83:4 83:5 83:8 83:9 84:4 84:21 85:8 85:15 87:11 87:22 89:2 90:8 90:25 91:19 92:1 95:16 97:5 97:6 98:15 98:21

**knowledge** [8] 20:6 30:18 31:6 33:4 85:23 87:6 88:1 88:10

**knowledgeable** [1] 23:18

**known** [1] 101:22

**L** [1] 2:12

**lack** [2] 25:12 53:18

**lapse** [1] 77:6

**Large** [1] 1:22

**last** [5] 45:21 46:11 60:10 67:25 89:17

**late** [1] 29:1

**Lauderdale** [3] 68:15 81:16 82:6

**LAW** [1] 2:12

**laying** [3] 35:13 39:22 56:24

**layout** [2] 14:19 14:20

**lays** [2] 74:14 74:15

**lazarette** [44] 15:8 15:15 17:24 17:25 18:13 18:23 22:6 23:5 23:9 23:21 25:10 27:2 28:19 31:20 32:14 33:1 33:16 34:9 34:16 35:15 37:3 38:12 39:5 40:13 41:6 41:21 43:18 48:18 50:17 52:23 52:25 55:3 57:5 61:16 62:25 71:13 86:17 86:20 86:23 88:9 88:9 89:19 90:5

92:12
**leak** [4] 12:4 78:3 78:4 78:10
**learn** [1] 19:11
**least** [3] 73:1 85:4 98:11
**leave** [7] 26:10 45:20 45:21 60:8 61:16 81:19 82:12
**leaving** [1] 45:12
**left** [5] 6:3 29:2 69:24 77:25 81:15
**less** [2] 22:22 26:5
**let** [9] 10:1 16:1 16:3 67:20 72:17 95:15 95:17 95:21 96:3
**let's** [1] 9:4
**level** [1] 20:18
**lies** [1] 64:3
**light** [3] 42:1 42:5 42:5
**lighted** [1] 42:8
**lights** [1] 41:24
**like** [33] 6:17 7:23 8:19 11:13 14:2 14:12 17:4 18:6 18:20 20:18 28:22 28:25 29:16 31:5 32:12 34:5 34:9 36:17 38:19 40:10 40:14 40:18 43:5 46:4 55:17 61:5 64:2 65:11 69:6 77:23 80:4 80:19 87:3
**liked** [3] 15:4 15:4 15:5
**likely** [1] 56:4
**line** [2] 17:19 95:6
**lines** [6] 33:10 33:10 56:1 85:6 91:25 92:2
**list** [3] 29:25 30:3 30:4
**lit** [3] 41:22 49:1 50:17
**little** [15] 22:4 24:24 28:23 29:3 29:17 29:21 29:25 30:6 30:6 30:12 30:12 50:9 75:12 82:2 84:10
**live** [4] 18:18 37:25 38:2 38:8
**living** [1] 81:23
**Lloyds** [1] 76:21
**LLP** [1] 2:12
**located** [1] 78:6
**location** [2] 56:1 96:25
**locked** [1] 18:16
**long** [10] 5:6 11:5 35:7 45:17 59:12 68:22 69:7 69:9 78:11 82:11
**longer** [1] 74:25
**longitudinals** [1] 64:25
**look** [11] 8:20 18:1 18:9 28:15 34:9 35:21 36:6 50:16 50:22 62:12 92:16
**looked** [2] 18:2 23:21
**looking** [9] 35:19 36:19 57:11 65:5 69:3 69:12 90:13 90:17 92:25
**looks** [3] 36:17 38:19 69:6
**loose** [2] 35:16 53:11
**lot** [8] 10:24 11:20 12:11 14:19 29:3 48:14 77:18 82:21
**low** [1] 20:18
**machine** [17] 25:24 26:7 26:15 52:14 58:11 58:16 59:7 59:13 59:18 59:25 60:1 88:17 89:3 89:8 89:13 97:15 97:17
**machines** [9] 26:1 26:4 26:5 26:6 58:23 59:19 88:19 88:21 88:25
**made** [6] 46:1 54:11 54:14 55:6 55:6 61:21
**main** [1] 12:3
**maintenance** [4] 5:19 5:25 89:1 89:3
**major** [3] 12:1 12:7 78:1
**make** [15] 10:10 17:4 20:1 22:20 29:20 33:1 50:19 51:22 58:12 58:25 72:17 73:24 81:22 92:12 96:15
**makes** [2] 20:17 91:6
**making** [1] 48:2
**man** [1] 94:4
**managed** [1] 35:13
**manager** [2] 8:23 8:25
**Manny** [1] 67:20
**manual** [1] 71:4
**Manuel** [1] 2:8
**manufacturer** [1] 58:12
**many** [6] 5:13 6:20 9:4 74:9 74:16 97:21
**March** [2] 100:12 101:15
**marine** [16] 6:5 20:6 20:14 20:22 22:3 31:25 47:3 48:8 48:11 48:19 57:22 59:24 72:8 79:1 91:7 97:11
**Mark** [3] 23:17 41:9 41:16
**marked** [1] 36:5
**marks** [2] 37:10 37:13
**MARLENE** [1] 1:6
**material** [2] 11:21 56:23
**matter** [3] 26:7 53:5 53:21
**maximum** [1] 61:12
**may** [9] 19:24 22:4 40:7 40:7 56:2 56:12 81:14 89:4 96:20
**maybe** [12] 18:16 19:4 25:23 27:10 34:23 35:9 58:3 59:15 62:23 65:18 68:23 78:13
**mayhem** [1] 94:13
**me** [31] 8:4 10:1 16:1 21:13 21:20 22:19 22:21 23:24 38:23 46:1 46:24 52:4 56:17 56:21 62:21 63:5 67:20 72:17 74:3 82:5 83:18 84:24 87:14 93:21 95:15 95:17 95:21 96:3 100:10 101:22 101:22
**mean** [16] 10:6 28:3 32:19 37:8 47:22 52:24 58:5 61:10 63:6 64:1 75:3 76:5 76:10 83:9 90:8 98:20
**Meaning** [1] 75:8
**means** [2] 63:7 93:22
**measure** [1] 62:11
**measurements** [1] 62:9
**meat** [2] 54:3 54:6
**meet** [1] 68:7
**meeting** [1] 68:22
**meetings** [9] 70:22 70:23 70:24 71:1 71:2 71:8 78:15 78:18 78:19
**members** [1] 64:12
**mentioned** [3] 75:14 78:1 78:14
**Merrill** [8] 5:2 5:4 7:8 7:11 7:16 60:15 60:18 91:12
**met** [1] 68:19
**metal** [8] 4:23 24:14 24:15 34:3 53:24 54:18 97:24 98:1
**meter** [1] 79:10
**meters** [2] 19:12 19:12
**methane** [2] 58:3 81:5
**Miami** [6] 1:15 2:5 2:9 2:18 2:22 4:11
**middle** [1] 38:6
**mig** [3] 58:17 58:19 75:22
**might** [8] 13:1 18:9 20:23 29:20 35:22 42:1 82:23 92:8
**Misdemeanor** [1] 94:12
**misleading** [2] 25:24 68:3
**missed** [1] 81:14
**mix** [2] 35:25 36:1
**Mocega** [5] 1:21 100:16 101:5 101:17 101:22
**modification** [2] 12:7 61:20
**money** [2] 46:8 81:22
**months** [5] 5:7 43:13 60:16 68:9 68:10
**more** [12] 12:12 22:22 26:5 26:6 26:21 45:23 48:6 52:7 53:13 60:12 74:19 95:2
**morning** [7] 27:10 28:25 49:9 49:13 56:10 56:13 57:7
**most** [10] 11:21 14:21 17:6 23:18 29:22 31:9 55:24 77:22 82:14 94:2
**mostly** [3] 11:21 26:2 29:8
**mount** [3] 15:16 16:20 22:18
**move** [5] 24:18 25:2 25:4 94:15 95:5
**moved** [2] 39:18 80:4
**moving** [1] 82:9
**Mr** [124] 3:11 3:13 3:15 3:17 3:19 4:7 15:19 15:21 15:22 16:7 16:11 23:24 24:5 24:6 24:7 24:8 24:12 25:11 25:13 25:20 25:21 26:13 26:16 28:1 28:5 30:8 30:10 30:19 30:23 35:19 35:21 35:24 35:25 36:1 36:3 36:4 36:22 36:23 37:1 38:2 38:5 38:9 39:14 39:15 40:3 42:10 42:11 42:15 42:17 42:21 42:23 42:24 43:23 43:24 44:7 44:7 44:10 44:12 44:13 48:21 48:23 51:7 51:8 51:12 51:13 65:25 66:2 67:21 67:22 67:24 68:1 68:3 68:5 68:6 68:7 68:8 70:5 72:4 72:6 80:19 82:4 86:3 86:5 86:11 86:13 86:16 86:19 87:9 87:10 88:3 88:4 89:23 90:1 90:4 91:2 91:3 93:13 93:16 93:18 93:19 94:5 94:8 94:14 94:16 95:5 95:8 95:10 95:12 95:24 95:25 96:5 96:6 96:8 96:9 97:22 98:5 98:12 98:24 99:2 99:4 99:7 99:9 99:10 99:12
**much** [2] 24:22 86:7
**multi** [3] 79:2 79:4 80:11
**my** [20] 6:13 11:23 27:5 30:18 35:1 45:15 65:17 65:21 68:11 72:15 79:16 80:10 85:3 85:7 93:5 94:9 97:7 98:18 100:11 100:18
**myself** [2] 82:10 89:11
**N** [1] 3:6
**name** [3] 4:8 46:12 93:24
**Naranjo** [6] 1:6 11:2 11:3 23:17 70:5 84:11
**National** [1] 47:19
**naval** [1] 72:10
**navigational** [1] 31:15
**necessary** [1] 91:15
**need** [3] 17:7 17:20 98:4
**needed** [5] 14:1 42:6 53:13 89:3 89:8
**needs** [1] 43:4
**never** [2] 59:7 87:5
**nevertheless** [1] 50:13
**new** [5] 34:10 34:21 38:17 40:12 86:6
**next** [7] 29:1 39:22 71:16 71:21 71:22 72:1 94:9
**NFPA** [2] 47:15 47:18
**nice** [1] 10:11
**night** [1] 26:18
**no** [85] 1:4 6:18 7:17 7:21 8:4 8:8 15:13 15:21 16:19 16:19 20:2 23:14 27:14 28:8 28:14 30:9 31:24 33:8 33:12 33:24 37:12 37:12 37:14

37:14 37:17 41:12 42:7 42:7 44:19 44:23 45:1 46:17 47:4 51:19 52:16 52:16 54:7 54:21 55:12 55:21 58:8 58:10 59:3 59:4 59:5 59:9 64:12 66:3 68:14 68:14 68:18 70:4 72:9 72:11 72:14 73:11 73:13 73:13 74:20 74:25 77:12 84:20 84:20 86:24 87:5 88:12 88:22 89:25 90:7 91:19 91:25 92:1 93:9 93:25 94:7 94:19 94:25 95:3 95:3 95:20 95:20 97:7 97:18 98:10 99:9

**none** [2] 3:22 33:12

**nor** [2] 101:11 101:13

**normally** [5] 62:10 77:3 89:24 90:15 90:17

**north** [3] 2:22 4:10 60:24

**Northwest** [1] 4:10

**not** [51] 9:20 17:13 17:13 17:19 19:23 23:13 25:4 27:22 28:17 32:5 40:7 41:15 45:2 45:11 47:8 48:1 48:10 48:18 50:9 51:2 52:14 52:21 54:8 58:19 59:19 61:21 62:4 62:7 62:23 63:9 65:3 70:4 70:14 70:18 71:6 72:7 78:17 81:10 83:4 83:25 85:1 89:24 91:7 91:9 91:14 94:11 94:23 95:7 96:18 96:20 101:10

**Notary** [2] 1:21 100:17

**noted** [1] 68:2

**notes** [1] 68:20

**nothing** [14] 4:22 6:18 20:2 27:4 34:20 40:11 52:7 52:20 54:9 72:4 85:14 91:1 95:8 99:10

**Notice** [1] 1:23

**November** [1] 46:4

**now** [20] 14:11 15:6 19:24 20:20 27:20 31:18 39:4 41:8 44:6 48:24 49:6 49:18 62:22 71:19 75:12 80:10 82:2 82:17 86:1 90:2

**number** [12] 4:14 13:13 13:16 14:3 44:25 71:11 71:12 71:17 71:20 71:21 71:23 72:1

**numbers** [4] 28:18 28:18 66:18 66:19

**nut** [1] 98:9

**OATH** [1] 100:2

**object** [24] 15:19 16:7 24:5 25:11 25:20 26:13 28:1 30:8 39:14 42:10 42:15 42:21 43:23 48:21 51:7 51:12 67:21 67:24 87:9 88:3 89:23 91:2 93:14 99:2

**objection** [7] 68:1 93:13 94:14 95:5 95:24 96:5 97:22

**objections** [1] 87:12

**observe** [1] 96:25

**observed** [1] 80:20

**occasion** [2] 17:24 80:11

**occurred** [4] 44:14 49:1 81:3 83:1

**occurring** [1] 45:5

**of** [254] 1:2 1:19 1:22 1:23 2:5 2:10 2:14 2:19 2:23 4:12 4:17 4:18 5:10 5:25 6:1 6:1 6:2 7:10 7:22 8:12 8:14 9:13 9:14 9:18 9:21 10:22 10:24 11:1 11:9 11:20 11:21 12:11 13:6 13:7 13:15 13:20 13:25 14:6 14:9 14:11 14:12 14:19 14:21 14:22 15:1 15:9 16:18 16:23 17:4 17:14 17:21 18:12 18:13 19:16 21:1 21:4 21:17 21:23 22:5 22:22 23:11 23:17 23:18 24:14 24:16 24:16 24:22 25:2 25:3 25:6 25:10 25:12 25:15 25:18 26:6 26:20 27:9 27:15 28:7 28:15 28:20 29:3 29:6 29:17 29:22 29:25 30:3 30:7 30:18 31:1 31:9 31:20 31:21 31:23 32:4 32:8 32:10 33:18 33:25 34:8 34:19 35:12 35:16 35:17 36:20 37:16 37:20 38:12 38:16 38:17 39:1 40:3 40:5 43:8 43:13 44:1 44:14 44:21 45:18 45:18 46:13 46:13 46:14 47:9 47:14 47:14 48:13 48:14 48:19 48:25 49:4 49:7 49:8 50:14 50:22 53:18 53:18 53:19 54:4 54:18 55:1 55:7 55:13 56:1 56:2 56:8 56:9 56:18 56:23 57:2 58:8 59:14 60:9 60:16 60:22 61:1 61:5 62:3 62:15 63:5 63:10 63:12 63:13 63:20 64:3 64:4 65:6 65:15 68:16 68:20 68:25 69:8 69:10 69:13 69:13 69:16 69:23 70:2 70:16 70:21 71:4 71:16 72:13 74:4 74:4 74:8 74:13 75:9 76:6 76:7 76:12 76:14 77:7 78:1 78:8 78:8 79:2 79:23 81:3 81:5 81:6 81:17 81:21 81:23 82:6 82:14 82:21 82:25 84:6 86:4 86:6 86:7 87:7 87:7 87:17 88:10 88:25 89:10 89:16 89:17 90:16 91:22 92:5 93:16 94:1 94:2 94:10 94:23 95:2 95:6 95:21 96:12 96:16 96:24 97:24 98:1 98:2 98:9 99:16 100:2 100:4 100:5 100:12 100:17 101:2 101:3 101:4 101:11 101:11 101:12 101:15 101:18 101:19 101:22

**off** [7] 19:1 19:23 35:6 41:20 58:6 60:16 82:3

**offense** [1] 94:23

**offer** [2] 46:1 46:6

**office** [3] 35:1 71:25 76:20

**official** [1] 100:11

**often** [2] 12:20 58:24

**Oh** [7] 5:15 7:6 14:17 21:20 27:9 35:3 53:13

**oil** [2] 20:2 54:23

**okay** [29] 4:20 10:16 10:25 13:4 19:25 34:20 36:4 45:4 47:24 48:7 49:6 49:14 50:19 55:12 56:22 62:18 62:22 64:20 65:13 66:11 68:16 73:5 79:15 90:14 91:11 94:17 95:4 95:18 98:22

**old** [1] 6:22

**on** [125] 2:5 2:10 2:14 2:19 2:23 5:25 7:9 9:20 11:16 11:22 12:1 12:2 12:9 12:11 12:12 12:15 12:21 13:13 13:14 13:19 13:22 14:4 14:9 14:10 14:17 14:22 14:24 17:21 18:12 18:13 18:23 18:25 19:4 19:22 19:23 20:4 20:9 21:5 21:15 21:15 21:21 22:5 23:19 25:17 25:25 26:9 26:10 26:14 26:20 26:22 28:9 28:12 28:17 29:4 30:7 31:16 31:18 32:18 35:13 36:23 39:1 39:3 40:8 42:14 43:8 43:12 43:12 44:1 47:6 47:6 47:16 48:7 49:8 50:5 52:13 53:22 54:9 54:13 54:23 54:24 55:1 55:14 55:22 56:2 57:7 57:16 57:19 59:18 59:19 60:22 61:7 62:4 62:6 62:15 63:4 64:2 64:3 66:1 66:12 66:13 66:21 66:22 67:12 67:18 69:4 70:3 70:6 74:12 78:3 78:23 79:14 82:9 82:12 82:21 82:22 86:25 87:16 88:18 89:6 90:15 90:19 92:8 92:11 92:16 98:2

**once** [1] 14:16

**one** [38] 8:1 12:12 13:22 15:25 24:22 26:6 26:21 35:22 36:9 36:17 36:20 38:6 38:16 38:17 40:5 45:3 45:10 48:20 58:8 58:21 63:17 64:20 64:21 65:4 65:5 65:23 65:24 68:25 70:8 76:7 78:1 78:7 78:8 83:5 84:2 89:10 89:16 95:2

**ones** [1] 38:18

**ongoing** [1] 40:4

**only** [6] 69:1 72:23 73:14 75:20 81:5 90:21

**open** [4] 22:11 38:1 70:11 70:12

**opened** [1] 22:9

**opening** [3] 73:21 73:24 74:1

**operating** [1] 9:22

**opinion** [1] 32:23

**opinions** [1] 57:25

**opportunity** [3] 23:8 57:21 68:7

**or** [119] 5:15 6:16 7:5 7:23 9:9 9:11 10:2 13:13 13:19 14:1 14:2 16:23 17:14 18:1 18:6 18:13 18:19 18:23 19:4 21:23 22:22 24:14 26:5 28:7 29:1 29:20 29:21 31:5 31:21 33:6 33:10 40:7 41:25 42:5 43:12 44:3 46:25 48:10 48:20 49:9 49:10 50:10 50:20 52:1 52:15 53:2 53:18 53:23 55:6 55:14 55:19 56:1 56:1 56:10 56:10 56:23 57:8 57:25 58:4 58:12 58:24 58:24 59:8 59:15 59:17 59:21 59:25 61:10 62:4 62:5 62:12 62:16 63:13 63:15 63:17 63:23 64:11 64:12 64:17 64:21 65:9 65:23 66:22 67:9 69:16 70:8 70:23 71:16 73:15 75:13 75:22 77:2 77:4 78:2 78:8 78:21 79:22 80:4 80:19 80:20 83:5 83:21 83:25 84:2 87:19 89:4 89:10 89:14 90:16 90:18 91:6 91:8 91:14 95:2 96:18 99:12 101:11 101:12 101:12

**order** [5] 49:14 69:17 70:1 72:2 96:12

**orders** [1] 28:25

**OSHA** [10] 22:1 46:15 46:20 47:6 48:4 70:24 71:5 78:14 78:20 78:22

**other** [24] 12:8 24:23 29:6 34:21 47:8 48:20 56:2 57:15 62:15 64:21 65:24 70:8 73:18 77:1 79:17 82:25 83:1 83:5 84:2 84:17 84:22 89:16 90:20 97:9

**others** [1] 39:10

**our** [3] 26:5 52:3 58:18

**out** [33] 6:14 12:4 17:21 18:19 19:5 21:1 21:3 26:20 33:6 35:12 35:13 35:23 36:12 40:5 43:5 56:23 57:2 58:8 59:16 61:24 69:17 70:1 71:25 71:25 79:20 86:6 86:7 88:14 88:15 91:7 92:21 94:3 97:17

**outer** [1] 63:20

**outside** [4] 90:16 98:9 98:19 98:25

**over** [7] 15:14 42:20 60:12 64:4 81:22 81:23 81:24

**own** [3] 17:7 45:15

65:21
**owner** [1] 78:2
**oxygen** [2] 19:12 79:9
**P.A** [4] 1:14 2:3 2:7 2:16
**p.m** [2] 1:16 99:15
**P.O** [1] 2:13
**page** [1] 95:22
**paid** [1] 77:24
**paint** [1] 61:4
**Palmer** [3] 1:10 2:14 2:19
**panels** [1] 59:20
**paperwork** [1] 14:1
**paragraph** [2] 95:23 96:1
**Pardon** [2] 15:20 83:18
**part** [2] 17:6 20:23
**particular** [26] 8:19 9:11 11:9 12:18 13:22 14:18 17:11 18:7 21:6 22:12 30:3 39:12 43:7 48:17 49:6 51:17 56:8 59:7 59:13 70:20 72:12 77:15 79:21 79:21 80:20 87:19
**parties** [1] 101:11
**pass** [1] 76:13
**past** [1] 79:13
**pay** [1] 77:23
**Pedraza** [2] 1:14 2:7
**penetrated** [3] 83:2 83:6 83:10
**people** [7] 8:4 11:12 15:11 23:18 76:21 76:22 82:14
**percent** [1] 77:10
**performed** [2] 50:11 57:5
**perfunctory** [1] 93:21
**perimeter** [2] 73:4 73:6
**period** [3] 18:21 43:8 82:20
**periodic** [1] 88:18
**periodically** [3] 76:24 80:1 88:21
**PERRY** [1] 2:3
**person** [8] 12:13 19:7 19:14 19:17 21:22 43:19 44:15 79:12
**personally** [2] 100:9 101:22
**photo** [1] 36:22
**photograph** [1] 69:4
**physically** [1] 62:7
**pick** [3] 14:3 71:25 86:21
**picked** [1] 26:8
**picture** [4] 36:6 37:19 37:20 38:15
**pictures** [2] 67:20 67:22
**piece** [5] 24:25 25:3 63:17 69:11 76:12
**pieces** [2] 24:22 63:18
**PINKERT** [1] 2:12
**pipe** [3] 7:7 76:12 76:13
**piping** [2] 6:1 34:23
**place** [14] 11:6 11:16 15:7 34:25 36:13 37:11 39:6 41:9 45:5 46:9 84:19 86:5 87:24 88:11
**places** [2] 61:24 73:1
**Plaintiffs** [3] 1:7 2:5 2:10
**plans** [4] 28:7 55:19 56:4 62:12
**plant** [6] 5:20 5:24 6:2 6:4 7:5 47:4
**planted** [1] 56:24
**plants** [1] 77:19
**plate** [26] 7:7 24:14 26:25 32:22 33:18 34:3 37:8 39:18 54:4 54:22 57:1 63:16 64:3 64:5 64:8 66:1 69:5 76:14 86:14 87:7 90:18 96:2 96:14 96:15 97:20 98:4
**plated** [1] 64:6
**plates** [16] 29:21 30:14 49:16 49:22 50:5 51:23 52:17 52:19 52:20 52:23 54:14 55:14 56:9 56:9 86:7 87:8
**plating** [1] 90:13
**please** [2] 4:8 24:1
**plug** [16] 32:18 32:19 32:21 35:17 35:23 36:11 36:16 36:25 63:3 63:4 63:25 64:5 66:22 67:12 73:12 89:5
**plus** [3] 55:1 74:7 81:23
**pneumatic** [4] 17:8 17:12 17:16 17:17
**point** [3] 18:25 38:2 45:13
**policy** [2] 16:23 59:17
**port** [2] 64:17 65:7
**position** [6] 5:3 18:10 38:20 50:22 76:9 76:12
**positioned** [1] 51:23
**positions** [1] 75:21
**positive** [3] 17:13 56:7 84:9
**possible** [1] 28:12
**potential** [1] 80:20
**pound** [1] 58:21
**pounds** [1] 53:8
**power** [1] 89:4
**practical** [1] 89:20
**practice** [1] 55:16
**precaution** [1] 43:20
**precautions** [1] 51:11
**predicate** [1] 25:12
**prepare** [1] 92:4
**prepared** [1] 92:8
**prerogative** [1] 51:2
**present** [1] 76:21
**presently** [1] 4:24
**pretty** [6] 42:7 44:4 44:4 81:2 84:9 85:21
**Prevention** [1] 47:19
**previously** [1] 36:5
**prior** [17] 17:23 18:4 23:16 26:24 31:19 32:15 33:4 46:18 47:7 57:8 57:16 68:6 69:17 70:20 86:21 91:23 93:14
**privy** [1] 84:17
**probably** [9] 5:15 9:8 12:10 25:15 26:14 26:19 69:10 97:15 99:3
**problem** [4] 21:12 24:21 55:12 83:15
**problems** [1] 88:25
**procedure** [3] 9:22 69:20 88:20
**procedures** [1] 10:7
**proceedings** [1] 101:8
**process** [1] 25:1
**Professional** [1] 101:6
**progress** [1] 21:16
**project** [9] 8:15 8:23 8:25 19:2 61:6 70:3 77:4 77:16 77:17
**projects** [7] 12:22 15:24 28:23 29:25 42:13 57:20 77:15
**proper** [3] 51:10 69:20 87:25
**properly** [3] 32:25 51:23 52:13
**protected** [1] 39:24
**provided** [1] 71:4
**provisions** [1] 47:15
**Public** [3] 1:22 94:13 100:17
**pull** [1] 53:11
**pulled** [4] 36:11 36:12 36:25 56:23
**pump** [4] 33:6 37:21 53:24 96:11
**pumping** [2] 33:25 34:2
**pumps** [34] 15:9 15:12 15:16 16:2 18:10 22:14 22:18 22:20 22:24 33:5 34:10 34:22 38:16 38:17 39:5 39:13 39:17 39:21 39:22 39:23 50:23 52:20 53:7 53:12 53:14 54:12 55:4 55:13 55:17 96:13 97:8 97:12 98:20 99:1
**purpose** [2] 57:10 61:25
**purposes** [1] 58:18
**pursuant** [1] 1:23
**pushed** [2] 26:20 36:14
**put** [35] 12:5 13:16 16:1 16:6 16:20 17:7 17:20 18:11 18:23 22:21 26:17 26:19 30:16 32:11 33:16 33:18 33:20 33:22 34:1 34:2 40:12 40:17 52:14 55:14 59:18 63:17 64:25 73:10 73:15 73:19 74:9 74:12 74:16 86:6 99:1
**putting** [7] 15:11 16:13 30:15 50:23 52:4 74:7 98:20
**Q** [537] 4:8 4:12 4:14 4:16 4:20 4:24 5:1 5:3 5:6 5:8 5:13 5:17 5:21 5:23 6:3 6:6 6:8 6:11 6:15 6:20 6:23 7:2 7:4 7:11 7:15 7:18 7:22 8:2 8:6 8:9 8:14 8:17 8:22 9:3 9:7 9:10 9:18 10:1 10:3 10:13 10:16 10:18 10:22 10:25 11:5 11:9 11:16 11:25 12:8 12:14 12:17 12:21 13:4 13:7 13:11 13:18 13:21 14:5 14:11 14:23 15:1 15:6 15:14 15:23 16:3 16:5 16:12 16:16 16:22 17:2 17:10 17:15 17:23 18:4 18:7 18:12 18:21 19:6 19:9 19:13 19:16 19:25 20:6 20:11 20:14 20:20 21:1 21:5 21:17 21:22 22:6 22:12 22:16 22:24 23:3 23:7 23:11 23:15 24:13 24:21 25:6 25:9 25:14 25:17 25:22 26:3 26:9 26:17 26:21 26:24 27:7 27:11 27:15 27:20 28:6 28:9 28:13 28:15 29:3 29:6 29:9 29:12 30:2 30:5 30:11 30:24 31:1 31:4 31:9 31:12 31:15 31:18 31:25 32:5 32:11 32:14 32:19 32:23 33:4 33:9 33:13 33:16 33:22 33:25 34:7 34:15 34:18 34:24 35:2 35:4 35:7 35:10 35:14 36:4 36:10 36:13 36:19 37:2 37:6 37:10 37:13 37:15 37:18 37:22 38:10 38:15 38:19 38:23 38:25 39:4 39:8 39:12 39:16 39:20 39:23 40:1 40:3 40:12 40:17 40:21 40:25 41:4 41:8 41:13 41:16 41:20 41:24 42:3 42:9 42:12 42:18 42:24 43:3 43:7 43:11 43:16 43:25 44:3 44:6 44:13 44:17 44:20 44:24 45:2 45:4 45:7 45:9 45:11 45:14 45:17 45:20 45:24 46:3 46:6 46:9 46:13 46:18 46:22 46:24 47:1 47:3 47:5 47:10 47:12 47:14 47:18 47:21 47:24 48:1 48:7 48:10 48:16 48:24 49:6 49:14 49:18 49:21 49:24 50:2 50:4 50:7 50:13 50:16 50:19 50:24 51:5 51:9 51:14 51:16 51:20 51:22 52:1 52:5 52:10 52:12 52:17 52:22 52:24 53:2 53:5 53:9 53:13 53:16 53:18 53:21 54:5 54:8 54:11 54:17 54:19 54:25 55:6 55:10 55:12 55:18 55:22 55:25 56:7 56:14 56:18 56:22 57:4 57:7 57:10 57:13 57:15 57:21 57:25 58:5 58:11 58:14 58:16 58:18 58:23 59:4 59:6 59:10 59:12 59:16 59:21 59:24 60:1 60:3 60:6 60:8 60:14 60:18 60:21 60:24 61:1 61:5 61:9 61:12 61:15 61:20 61:25 62:3 62:12 62:14 62:18

62:22 63:3 63:5 63:12 63:19 63:23 63:25 64:6 64:8 64:11 64:14 64:16 64:20 65:1 65:3 65:9 65:13 65:16 65:21 66:3 66:6 66:9 66:11 66:16 66:20 66:22 66:25 67:3 67:7 67:9 67:12 67:14 67:17 67:20 68:6 68:10 68:12 68:16 68:19 68:22 68:24 69:3 69:7 69:12 69:16 69:20 70:2 70:5 70:8 70:12 70:16 70:20 71:3 71:7 71:11 71:15 71:19 71:22 72:2 72:7 72:10 72:12 72:15 72:17 72:23 73:1 73:5 73:9 73:12 73:14 73:18 73:24 74:1 74:3 74:9 74:12 74:16 74:19 74:21 74:23 75:2 75:5 75:8 75:12 75:17 75:23 76:1 76:5 76:10 76:15 76:18 76:23 77:1 77:6 77:9 77:11 77:13 77:17 77:20 78:1 78:6 78:11 78:14 78:19 78:22 79:1 79:4 79:7 79:11 79:15 79:19 79:23 79:25 80:3 80:7 80:10 80:14 80:16 80:24 81:2 81:8 81:11 81:14 81:19 82:1 82:5 82:12 82:16 82:19 82:25 83:5 83:9 83:12 83:18 84:1 84:4 84:8 84:10 84:14 84:17 84:21 85:3 85:8 85:11 85:15 85:19 85:22 85:25 86:4 86:20 86:25 87:6 87:11 87:15 87:19 87:21 88:5 88:7 88:13 88:17 88:23 89:2 89:7 89:12 89:16 90:5 90:8 90:11 90:14 90:19 90:23 90:25 91:4 91:6 91:11 91:14 91:17 91:22 91:25 92:4 92:7 92:11 92:16 92:20 92:23 93:1 93:4 93:8 93:10 93:20 94:1 94:9 94:12 94:17 94:21 94:23 95:1 95:4 95:11 95:15 95:17 95:19 95:21 96:1 96:7 96:10 97:3 97:10 97:14 97:16 97:19 98:6 98:11 98:16 98:22 98:25 99:5

**quality** [1] 10:10

**question** [12] 23:15 23:25 24:3 55:25 65:4 65:18 67:25 80:10 93:14 93:21 94:9 96:24

**questioning** [1] 95:6

**questions** [6] 40:6 41:14 56:5 94:1 95:22 99:9

**quick** [1] 24:18

**quicker** [1] 25:4

**quite** [1] 27:22

**R.P.R** [2] 1:21 101:17

**rack** [1] 57:1

**RAMIREZ** [1] 1:6

**ran** [4] 31:8 33:10 33:11 67:5

**read** [5] 23:25 24:3 95:19 95:21 99:12

**reading** [3] 47:8 58:25 99:16

**ready** [1] 22:23

**real** [3] 24:17 24:18 25:8

**realized** [1] 13:2

**really** [7] 26:7 34:21 41:15 51:6 52:19 58:19 84:21

**reason** [3] 18:7 28:20 39:12

**recall** [50] 11:23 12:10 12:11 12:14 19:3 20:24 23:20 27:14 28:13 29:6 30:4 31:17 33:9 34:7 40:9 41:7 41:19 42:2 42:3 48:22 49:12 57:2 57:6 58:4 58:7 63:15 64:25 67:8 68:21 70:4 70:10 70:21 71:6 71:6 71:10 71:18 74:2 74:11 74:22 78:21 78:25 79:3 80:15 85:18 89:12 89:15 92:10 93:12 95:14 97:16

**received** [3] 46:14 46:19 47:5

**recertify** [2] 77:5 77:25

**recollection** [1] 57:4

**record** [4] 4:9 30:19 82:3 101:9

**recorded** [1] 24:4

**RECROSS-EXAMINATION** [3] 72:5 90:3 95:9

**REDIRECT** [2] 86:2 98:23

**refer** [1] 49:18

**referred** [3] 44:21 50:8 53:3

**referring** [3] 59:17 62:25 63:20

**refit** [8] 11:18 14:19 18:22 20:8 31:9 31:13 31:16 43:13

**refits** [1] 61:5

**refuse** [2] 46:2 46:7

**regarding** [1] 47:16

**Regency** [2] 58:13 58:14

**Registered** [1] 101:5

**regulations** [9] 46:15 46:20 47:6 47:9 48:4 71:5 78:14 78:20 78:23

**relation** [1] 39:21

**relationship** [1] 15:1

**relative** [1] 101:12

**relayed** [1] 84:14

**relevance** [1] 94:14

**relevant** [1] 95:7

**rely** [2] 48:7 87:25

**remain** [1] 42:19

**remember** [19] 11:25 25:9 27:13 32:16 34:16 34:18 44:24 46:11 56:13 66:15 67:4 71:15 74:6 74:8 74:18 78:9 85:24 86:9 97:2

**removable** [1] 40:15

**removed** [1] 70:17

**renew** [1] 76:24

**repair** [5] 12:5 78:3 78:12 93:3 93:3

**repairs** [5] 5:14 11:15 33:13 61:15 89:14

**replace** [1] 88:15

**replaced** [2] 74:24 75:1

**report** [5] 92:5 92:7 95:12 95:19 101:7

**reporter** [3] 24:3 101:2 101:6

**request** [3] 29:9 30:16 52:7

**requested** [3] 12:15 12:20 56:15

**require** [2] 48:18 50:9

**required** [3] 7:25 19:24 70:9

**requirements** [1] 70:24

**respect** [1] 46:15

**response** [1] 85:12

**responsibility** [1] 80:25

**responsible** [1] 48:2

**resting** [1] 53:22

**review** [1] 9:1

**ribbing** [1] 88:8

**right** [31] 22:15 38:14 48:9 51:1 51:21 51:25 52:9 52:11 53:4 60:10 64:10 65:2 65:8 65:20 66:21 73:2 73:9 75:2 75:5 79:19 79:24 80:10 81:18 82:2 84:13 85:25 88:16 90:2 91:13 95:13 97:3

**Rimmel** [2] 95:12 98:12

**ripped** [1] 36:15

**river** [2] 4:11 60:23

**Rivkind** [2] 1:14 2:7

**rolled** [2] 26:19 35:18

**rolling** [2] 53:10 53:10

**room** [6] 12:7 20:21 20:24 48:13 63:9 63:10

**rule** [2] 21:11 98:3

**rules** [4] 10:2 10:3 22:1 22:5

**run** [5] 8:11 21:12 28:22 69:22 87:1

**running** [1] 5:12

**rush** [1] 70:2

**S.W** [2] 2:4 2:17

**safe** [4] 39:23 43:3 50:20 51:10

**safety** [8] 41:10 70:21 70:23 70:24 71:1 71:4 71:8 78:15

**said** [5] 11:11 27:4 31:19 72:24 73:19

**same** [13] 6:24 7:9 19:4 26:4 26:6 36:20 36:21 61:3 68:13 82:16 83:16 83:20 96:5

**satisfy** [3] 50:20 56:5 92:17

**saw** [1] 89:18

**say** [23] 9:4 9:8 9:20 29:13 30:20 39:23 40:25 43:3 47:21 51:2 60:7 61:9 62:22 63:19 63:25 65:11 70:12 75:13 79:10 84:2 85:19 86:11 93:10

**saying** [4] 25:4 62:18 65:1 66:13

**says** [2] 96:1 97:19

**scale** [2] 61:8 61:9

**scheduled** [1] 8:11

**scheduling** [1] 5:11

**school** [2] 4:18 6:14

**schools** [1] 4:22

**screw** [1] 54:2

**screws** [2] 33:21 53:11

**sea** [2] 53:10 58:4

**sea-trialed** [1] 31:7

**seal** [6] 32:17 35:17 63:1 63:6 63:19 100:11

**sealed** [2] 63:10 63:21

**seam** [1] 87:3

**seams** [3] 63:11 63:14 63:15

**second** [1] 95:23

**seconds** [1] 35:9

**section** [1] 95:21

**sections** [1] 33:18

**Security** [1] 4:14

**see** [17] 10:19 17:25 21:14 23:11 24:11 27:18 28:17 31:21 32:7 35:10 37:6 37:15 54:12 55:19 57:11 73:12 89:11

**seeing** [3] 12:25 28:13 97:16

**seem** [3] 23:18 49:12 63:12

**seems** [3] 36:7 46:4 81:2

**seen** [3] 22:20 76:18 76:20

**seminar** [1] 19:10

**serve** [1] 54:5

**set** [3] 25:19 52:13 88:9

**sets** [1] 31:12

**setting** [1] 71:16

**several** [10] 14:15 14:17 15:24 19:2 28:22 29:5 29:24 43:13 57:9 92:24

**shaft** [1] 31:5

**shaped** [1] 65:14

**sheet** [2] 4:23 65:6

**sheets** [3] 13:10 56:22 57:3

**ship's** [1] 55:19

**ships** [1] 61:10

**shipyard** [8] 19:6 19:13 19:16 21:22 32:24 43:19 44:14 79:12

**shop** [11] 8:11 8:18 9:5 22:23 49:22 56:20 56:23 56:25 97:7 97:15 97:17

**should** [5] 25:18 27:24 75:13 89:18 93:6

**show** [6] 21:13 29:19 35:22 36:5 37:18 52:4

**showed** [2] 22:21 84:24

**shows** [1] 25:25

**side** [11] 21:4 56:2 60:22 62:15 64:21

65:7 65:7 65:24 67:9 67:10 90:20
**sign** [2] 19:23 92:7
**signing** [1] 99:16
**simply** [2] 62:19 63:12
**since** [4] 6:22 40:4 58:18 68:24
**singled** [1] 94:2
**Sioli** [1] 2:17
**sir** [1] 94:18
**sits** [1] 66:20
**sitting** [2] 34:12 48:16
**situation** [4] 14:14 79:19 87:2 89:21
**situations** [1] 21:10
**sixteeenths** [1] 84:6
**sixteenths** [2] 25:15 25:18
**size** [5] 61:12 74:3 74:4 74.8 97:24
**skill** [1] 8:19
**skin** [1] 31:23
**slip** [1] 69:16
**slot** [1] 32:20
**small** [8] 13:15 28:23 29:18 29:23 29:25 57:18 78:5 96:20
**smaller** [4] 61:7 61:9 61:10 61:11
**smell** [1] 96:18
**smelled** [1] 96:22
**smells** [1] 96:19
**Smith** [2] 1:9 2:23
**so** [59] 6:6 6:23 6:24 7:11 12:12 13:14 18:6 18:19 19:1 24:18 26:1 26:7 29:12 29:22 29:22 30:19 34:17 36:13 40:15 48:7 49:21 51:5 52:5 53:9 53:13 53:23 54:25 55:6 55:12 55:25 56:18 57:15 58:24 59:6 60:2 61:20 64:6 65:15 67:3 67:14 69:19 70:7 73:5 73:14 76:25 77:24 79:19 82:14 83:17 83:24 84:21 85:5 91:17 92:20 94:2 94:21 96:23 98:6 98:20
**Social** [1] 4:14
**Society** [1] 76:6
**sock** [1] 17:20
**solid** [5] 64:16 64:20 65:5 65:5 65:23
**solvent** [2] 96:18 96:21
**some** [32] 9:14 9:15 12:5 15:9 17:14 20:9 21:23 22:13 28:15 29:6 32:3 32:9 34:23 40:3 40:7 43:1 47:9 53:13 56:13 57:18 58:3 63:21 69:16 70:2 73:1 73:19 74:3 74:7 81:6 85:2 89:8 95:22
**somebody** [5] 12:24 32:24 80:19 93:17 97:3
**somehow** [2] 62:11 83:12
**someone** [1] 93:6
**someplace** [1] 18:24
**something** [18] 13:18 18:19 21:23 21:24 27:23 29:12 41:1 49:9 49:10 56:2 75:14 76:23 77:2 79:11 80:3 80:4 88:13 90:12
**sometime** [2] 6:6 49:12
**sometimes** [6] 7:24 8:24 9:12 28:22 29:16 69:22
**somewhat** [1] 39:24
**somewhere** [1] 7:13
**soot** [1] 37:13
**sorry** [1] 58:5
**sounds** [1] 14:12
**south** [7] 2:5 5:5 60:19 60:21 60:22 61:2 61:13
**SOUTHERN** [1] 1:2
**SOUVENIR** [7] 11:17 11:19 14:11 20:7 22:7 26:9 31:18
**space** [21] 17:4 21:25 22:7 22:10 32:6 32:12 33:6 33:7 33:11 42:25 61:17 62:4 79:21 79:22 80:21 81:7 86:8 86:22 87:2 93:5 93:11
**spaces** [11] 22:2 56:1 64:18 64:22 65:10 65:22 66:6 66:25 67:10 67:14 78:23
**Spanish** [1] 85:22
**spare** [1] 47:10
**speak** [2] 57:22 85:22
**special** [1] 75:17
**specialized** [1] 11:14
**specifically** [3] 78:21 79:10 85:15
**speculate** [1] 83:24
**speculating** [2] 81:11 81:13
**speculation** [3] 40:3 84:1 84:8
**spent** [1] 92:24
**spilled** [1] 40:8
**splits** [1] 63:15
**spoken** [2] 27:3 68:24
**spool** [1] 58:21
**stainless** [1] 76:8
**standard** [2] 9:22 60:4
**standards** [1] 10:12
**starboard** [2] 64:17 65:7
**start** [4] 9:4 13:24 45:15 96:3
**started** [7] 6:13 16:25 19:1 20:8 50:21 56:19 96:10
**starting** [4] 45:25 48:11 48:17 69:17
**state** [6] 1:22 4:8 100:4 100:17 101:3 101:18
**stated** [2] 96:11 96:18
**statement** [2] 68:17 72:15
**staterooms** [2] 78:8 78:9
**STATES** [1] 1:2
**stay** [4] 14:9 24:25 25:2 60:12
**stayed** [2] 36:16 45:22
**steel** [2] 76:8 76:8
**steering** [2] 15:9 15:12
**stenographically** [1] 101:7
**Stephen** [2] 1:9 2:23
**stepped** [1] 54:24
**Stevens** [8] 5:2 5:4 7:8 7:11 7:16 60:15 60:18 91:12
**stick** [1] 9:15
**still** [6] 27:22 30:12 31:12 50:13 50:16 70:18
**stop** [2] 60:10 87:16
**straight** [1] 94:4
**Street** [6] 1:14 2:4 2:8 2:13 2:17 4:11
**strike** [4] 21:7 94:15 95:6 96:3
**stuff** [6] 19:12 29:7 48:15 57:18 75:21 90:18
**Sturgeon** [1] 2:14
**subfloor** [2] 53:2 55:3
**submit** [1] 69:25
**substantial** [1] 14:12
**succeeding** [1] 80:1
**such** [2] 75:23 87:2
**suggested** [1] 89:17
**Suite** [3] 1:15 2:9 2:18
**summary** [1] 4:16
**superintendent** [4] 5:5 5:9 9:1 60:19
**Supervise** [1] 5:10
**supervision** [1] 8:12
**supervisor** [6] 5:19 6:25 7:15 8:9 29:13 41:1
**support** [2] 53:13 54:16
**supported** [1] 54:13
**supposed** [3] 9:23 19:18 19:20
**sure** [19] 10:11 17:4 20:2 20:17 27:22 44:4 44:4 44:10 48:2 50:19 51:22 58:2 58:25 60:3 60:6 62:23 65:3 72:17 81:8
**surface** [1] 83:14
**sworn** [2] 4:4 100:10
**system** [3] 12:6 34:1 34:2
**tag** [2] 59:16 59:18
**take** [12] 7:22 8:1 17:21 35:7 44:9 61:14 69:7 69:9 71:21 77:2 88:14 99:7
**taken** [8] 1:21 18:19 21:1 23:16 28:15 37:2 43:20 51:11
**taking** [6] 1:23 45:5 62:7 68:20 69:23 87:7
**talk** [1] 10:25
**talked** [7] 16:8 56:16 56:17 73:5 75:12 84:10 87:13
**talking** [6] 30:20 49:19 52:5 61:6 65:25 70:13
**tank** [12] 12:4 32:3 32:3 32:6 35:18 47:23 48:13 78:4 78:6 79:22 87:4 91:23
**tanks** [5] 20:10 20:16 20:19 47:25 91:19
**tap** [6] 53:25 54:1 69:11 90:6 90:9 98:10
**tapped** [1] 23:1
**tapping** [3] 22:23 90:12 91:1
**task** [2] 13:22 49:15
**teach** [1] 19:11
**teak** [2] 18:14 19:4
**teh** [1] 89:20
**tell** [16] 17:2 19:9 37:19 51:17 54:23 54:25 63:5 69:3 76:11 90:19 90:21 93:4 93:7 93:10 95:15 95:17
**telling** [1] 68:20
**temperature** [2] 83:21 83:22
**ten** [2] 5:15 35:9
**term** [1] 93:22
**terms** [1] 82:13
**test** [6] 7:23 10:23 76:9 76:9 76:13 77:2
**tested** [3] 31:5 58:23 59:8
**tester** [3] 79:2 79:4 80:12
**testified** [3] 4:5 88:7 89:17
**testimony** [4] 68:25 74:23 80:16 85:5
**tests** [1] 76:7
**than** [15] 12:12 24:23 26:6 26:21 34:21 39:9 47:8 52:7 54:3 74:19 74:21 79:17 83:1 84:23 97:9
**thank** [1] 98:22
**that** [442] 4:19 5:1 5:12 5:21 6:6 6:17 6:23 7:4 7:23 8:4 8:5 8:6 8:18 9:3 9:19 9:22 9:23 10:3 10:4 10:11 11:10 11:11 11:13 11:18 11:19 11:20 11:22 11:23 12:1 12:2 12:5 12:5 12:22 13:2 13:5 13:5 13:11 13:18 13:18 14:1 14:2 14:14 14:17 14:22 15:5 15:6 15:11 15:15 15:18 15:25 16:1 16:3 16:9 16:18 17:4 17:5 17:9 17:13 18:1 18:15 18:19 18:21 19:1 19:9 20:2 20:18 20:20 20:21 20:23 21:7 21:7 21:8 21:18 21:24 22:2 22:3 22:8 22:13 22:19 23:4 23:15 23:22 23:22 24:11 24:16 25:5 25:6 25:6 25:10 25:23 26:2 26:9 26:17 27:1 27:9 27:10 27:12 27:12 27:15 27:16 27:20 27:21 27:23 27:24 28:4 28:12 28:16 28:18 28:19 28:21 29:1 29:7 29:15 29:17 29:25 30:6

NARANJO vs. STEPHEN B. SMITH CondenseIt™ the - t

31:5 31:22 32:12 33:1 33:5 33:10 33:20 34:19 35:22 36:11 36:20 37:15 37:22 38:5 38:17 38:22 39:4 39:23 40:7 40:18 41:1 41:21 42:13 43:13 44:4 45:3 46:1 46:8 47:22 48:17 49:2 49:9 49:10 49:14 50:2 50:20 50:24 51:6 52:1 53:16 53:23 54:19 55:2 55:7 55:16 56:2 56:5 56:13 57:16 58:19 59:10 60:25 61:21 62:5 62:19 63:7 66:12 66:15 67:17 68:12 69:11 69:23 70:13 71:6 72:21 73:6 73:14 74:1 75:18 76:15 77:6 77:20 78:4 78:14

31:19 32:1 32:14 33:2 33:6 33:11 34:8 34:22 36:7 36:11 36:24 37:20 37:24 38:7 38:19 39:1 39:8 40:4 40:10 40:22 41:1 42:3 43:3 43:17 44:6 45:13 46:6 47:1 47:24 48:25 49:3 49:9 49:10 49:19 50:7 50:20 51:2 51:20 52:3 53:17 54:15 54:21 55:2 55:10 55:17 56:3 56:7 56:15 57:18 58:25 59:11 61:6 61:21 62:10 62:21 63:16 66:14 66:24 67:24 68:12 69:14 70:4 70:17 71:12 72:24 73:7 73:19 74:24 75:18 76:23 77:14 78:1 78:4 78:16

31:22 32:7 32:15 33:2 33:6 33:14 34:9 35:22 36:8 36:17 37:3 37:21 38:1 38:16 38:20 39:2 39:19 40:6 40:14 40:23 41:8 42:7 43:9 43:20 44:20 45:24 46:6 47:3 48:2 49:2 49:8 49:9 49:10 49:24 50:9 50:22 51:5 51:22 52:14 53:21 54:17 55:1 55:6 55:15 55:22 56:3 56:10 57:7 58:16 59:2 60:10 61:13 61:25 62:17 62:24 64:1 66:14 67:12 68:10 68:13 69:20 70:6 71:4 72:17 73:1 73:9 73:24 74:24 76:5 76:23 77:19 78:2 78:12 79:10

79:11 80:1 80:22 81:2 81:8 81:23 83:2 83:15 84:9 84:15 84:25 85:5 85:25 86:18 87:3 87:22 87:24 88:13 88:17 89:13 89:19 90:11 91:16 91:20 91:24 93:10 94:9 94:24 95:17 96:18 96:25 97:19 98:6 99:7 101:8

79:11 80:4 80:23 81:6 81:8 82:10 83:8 83:18 84:11 84:16 84:25 85:7 86:11 86:22 87:3 87:23 88:6 88:13 88:23 89:16 89:20 91:5 91:17 91:21 92:7 93:21 94:17 95:1 96:4 96:20 97:4 97:21 98:8 100:9 101:10

79:17 80:17 80:24 81:6 81:15 82:25 83:13 84:8 84:14 84:18 85:3 85:25 86:16 86:23 87:3 87:24 88:10 88:15 89:8 89:18 90:8 91:11 91:19 91:22 93:5 93:22 94:17 95:6 96:11 96:22 97:17 97:24 98:14 101:6

**the** [834] 1:22 1:24 4:9 5:10 5:23 6:1 6:18 7:9 8:6 8:12 8:22 9:3 11:1 11:18 12:3 12:7 12:25 13:19 13:20 14:5 14:11 14:21 15:5 15:8 15:15 15:20 16:7 16:16 16:23 17:15 17:17 17:23 17:25 18:4 18:12 18:21 19:2 19:11 19:16 20:3

5:8 5:11 5:25 6:2 6:23 7:12 8:11 8:20 8:25 10:8 11:16 11:18 12:4 12:9 13:2 13:19 13:20 14:6 14:20 14:22 15:6 15:11 15:15 15:25 16:8 16:17 17:6 17:15 17:21 17:23 18:1 18:9 18:13 18:23 19:4 19:11 19:19 20:4

5:10 5:12 6:1 6:3 7:5 7:25 8:11 8:21 9:1 10:11 11:17 11:22 12:6 12:15 13:7 13:19 13:23 14:11 14:21 14:22 15:7 15:11 15:19 16:2 16:14 16:20 17:12 17:16 17:22 17:24 18:1 18:10 18:20 18:25 19:4 19:12 20:1 20:4

20:7 20:10 20:16 20:20 20:24 21:1 21:14 21:17 22:1 22:7 22:14 22:20 22:24 23:4 23:8 23:13 23:21 24:3 24:11 24:15 24:23 25:2 25:10 25:20 26:4 26:11 26:14 26:20 26:24 27:15 28:3 28:12 28:18 28:24 28:25 29:4 29:17 30:7 30:14 30:22 31:2 31:8 31:12 31:16 31:19 31:23 32:14 32:20 32:22 33:2 33:16 34:3 34:8 34:10 34:13 34:18 35:1 35:6 35:14 35:17 35:22 36:14 36:16 36:23 37:3 37:21 37:24 38:2 38:6 38:10 38:12 38:14 38:16 38:25

20:7 20:12 20:18 20:21 20:24 21:4 21:15 21:17 22:2 22:8 22:18 22:22 22:25 23:5 23:8 23:16 23:25 24:5 24:15 24:18 24:25 25:6 25:11 25:25 26:6 26:11 26:15 26:20 27:2 28:1 28:7 28:15 28:19 28:24 29:1 29:6 29:23 30:8 30:19 31:1 31:2 31:10 31:13 31:16 31:20 31:25 32:15 32:21 32:24 33:4 33:19 34:3 34:8 34:10 34:13 34:21 35:2 35:12 35:15 35:17 36:6 36:15 36:20 36:24 37:8 37:22 37:25 38:4 38:7 38:11 38:13 38:14 38:17 39:1

20:9 20:14 20:19 20:22 21:1 21:4 21:16 21:20 22:6 22:9 22:20 22:23 23:2 23:7 23:9 23:18 24:2 24:10 24:15 24:19 25:1 25:9 25:19 26:3 26:9 26:13 26:15 26:22 27:10 28:2 28:10 28:16 28:21 28:24 29:1 29:11 30:6 30:9 30:22 31:1 31:4 31:10 31:15 31:18 31:23 32:14 32:18 32:22 32:25 33:13 33:19 34:7 34:9 34:11 34:16 34:24 35:5 35:14 35:16 35:22 36:13 36:16 36:22 36:24 37:19 37:24 38:1 38:5 38:8 38:11 38:14 38:15 38:17 39:1

39:2 39:5 39:13 39:17 39:22 40:5 40:12 41:6 42:3 42:14 42:18 42:22 43:8 43:13 44:1 44:20 45:22 46:6 46:13 47:14 48:6 48:19 48:22 49:2 49:4 49:7 49:12 50:5 50:17 50:23 51:7 51:20 52:13 52:15 52:20 52:23 53:1 53:7 53:12 53:18 53:24 54:3 54:5 54:13 54:15 54:20 55:2 55:18 56:1 56:8 56:9 56:18 56:24 57:4 57:8 57:16 57:21 58:11 59:13 59:25 60:8 60:21 60:25 61:12 61:15 61:25 62:19 62:25 63:9 63:13 63:16 63:21 64:3 64:5

39:2 39:5 39:14 39:18 39:23 40:8 40:19 41:17 42:10 42:15 42:18 43:3 43:12 43:18 44:1 45:4 45:24 46:7 46:24 47:15 48:7 48:20 48:25 49:2 49:7 49:8 49:16 50:16 50:22 50:25 51:12 51:22 52:14 52:17 52:20 52:24 53:2 53:10 53:12 53:19 54:1 54:4 54:5 54:13 54:18 54:23 55:3 55:19 56:2 56:8 56:10 56:20 56:24 57:5 57:11 57:16 57:22 58:25 59:14 60:1 60:9 60:22 61:1 61:13 61:16 62:12 62:24 63:4 63:11 63:13 63:20 63:23 64:4 64:5

39:3 39:8 39:17 39:21 40:3 40:12 40:23 41:20 42:13 42:16 42:21 43:5 43:12 43:23 44:9 45:12 46:3 46:8 47:9 48:1 48:18 48:21 48:25 49:4 49:7 49:8 49:21 50:17 50:23 51:5 51:16 52:6 52:14 52:19 52:23 52:24 53:5 53:11 53:14 53:21 54:2 54:4 54:12 54:13 54:18 54:23 55:13 55:19 56:3 56:9 56:12 56:23 57:2 57:7 57:12 57:20 58:11 59:1 59:25 60:5 60:19 60:22 61:3 61:15 61:20 62:15 62:25 63:8 63:12 63:14 63:20 64:2 64:4 64:6

64:8 64:19 64:23 65:6 65:11 65:15 66:1 66:11 66:25 67:15 68:7 69:2 69:14 69:25 70:6 71:3 71:12 71:16 71:21 71:24 72:18 73:6 73:14 73:21 74:4 74:13 74:15 75:9 76:13 78:1 78:6 78:8 78:17 78:22 79:20 80:11 81:16 81:23 82:6 83:1 83:6 83:15 83:16 83:20 84:2 84:22 85:11 85:16 86:5 86:12 86:15 86:18 86:23 87:7 87:13 87:16 88:3 88:9 88:17 88:23 89:4 89:12 89:17 89:24 90:6 90:16 90:25 91:7 91:8 91:14 91:23 92:12 93:3 94:2

64:16 64:21 64:24 65:6 65:14 65:22 66:6 66:14 67:10 67:20 68:12 69:4 69:23 70:1 70:8 71:7 71:13 71:16 71:22 71:25 72:23 73:6 73:16 73:22 74:8 74:14 75:6 75:9 76:20 78:2 78:7 78:9 78:18 79:12 80:5 80:24 81:20 81:23 82:14 83:3 83:13 83:15 83:19 83:20 84:4 85:4 85:16 85:17 86:6 86:13 86:16 86:20 86:23 87:8 87:15 87:21 88:8 88:10 88:19 88:25 89:8 89:13 89:19 90:5 90:12 90:19 91:2 91:7 91:9 91:15 92:5 92:18 93:4 94:4

64:18 64:22 65:3 65:7 65:14 65:24 66:7 66:20 67:12 67:22 68:22 69:11 69:23 70:3 70:17 71:8 71:15 71:16 71:24 72:13 73:3 73:10 73:18 74:3 74:12 74:15 75:8 76:6 77:16 78:2 78:8 78:9 78:18 79:18 80:7 81:16 81:22 82:3 82:16 83:5 83:14 83:16 83:19 83:22 84:11 85:5 85:16 85:22 86:6 86:14 86:17 86:21 87:6 87:9 87:15 88:1 88:9 88:14 88:21 89:4 89:10 89:16 89:23 90:6 90:15 90:21 91:6 91:8 91:10 91:17 92:11 93:3 93:14 94:7

JULIO A. MOCEGA & ASSOC. (305) 374-0181

NARANJO vs. STEPHEN B. SMITH CondenseIt™ their - to

94:20 95:12 95:23 96:2 96:3 96:7 96:10 96:11 96:12 96:12 96:13 96:13 96:14 96:15 96:15 96:16 96:16 96:16 96:17 96:17 96:19 96:20 96:22 96:24 97:8 97:9 97:15 97:17 97:19 97:20 97:23 97:24 97:24 98:7 98:9 98:10 98:20 98:25 99:2 99:3 99:5 99:6 99:13 99:14 99:15 100:8 101:8 101:8 101:11 101:13 101:14 101:21

**their** [10] 8:19 9:13 9:13 10:5 10:9 10:9 17:7 22:5 76:7 80:18

**them** [49] 8:21 9:2 9:12 9:14 9:16 9:23 10:4 10:8 10:17 10:20 10:22 13:12 13:17 14:10 16:10 16:21 17:2 18:11 19:5 20:17 21:9 22:22 22:23 23:1 23:2 29:22 30:15 35:25 36:1 52:4 54:16 55:24 56:24 57:2 66:19 67:5 68:16 68:19 68:20 68:25 69:11 69:14 75:18 87:22 89:5 89:6 96:22 97:7 97:25

**then** [14] 8:21 8:22 13:2 13:14 20:17 33:23 50:4 60:14 60:17 73:18 77:21 82:7 95:22 96:14

**theoretically** [1] 19:21

**theory** [2] 58:2 81:5

**there** [145] 5:6 6:9 7:14 9:18 11:8 11:9 11:23 11:25 12:3 12:11 13:25 14:12 14:15 15:14 16:2 16:6 17:25 18:2 18:8 18:16 18:18 18:19 19:1 21:6 21:8 21:8 22:14 23:15 23:21 26:21 26:25 27:4 27:4 27:21 27:23 28:9 28:11 29:15 30:7 30:15 30:17 31:23 32:9 32:10 33:5 33:9 33:12 33:25 34:1 34:3 34:15 34:23 35:8 35:11 36:6 36:7 36:17 36:19 37:10 37:16 37:16 37:23 39:7 39:8 41:6 41:25 42:4 42:6 42:25 44:1 44:3 44:5 48:14 49:3 51:24 52:19 54:4 54:9 54:10 54:21 54:22 55:15 57:15 58:4 60:12 60:14 60:24 61:21 62:2 62:3 62:4 62:8 63:14 63:16 64:17 64:21 64:25 65:22 66:6 66:8 66:25 67:10 67:14 70:2 70:16 70:21 71:11 73:20 73:21 73:23 74:7 74:7 74:17 75:17 78:8 79:18 80:16 81:22 81:23 81:24 82:20 84:18 85:6 85:10 85:13 85:14 86:6 86:8 86:22 87:2 87:23 88:2 91:1 91:19 91:25 92:1 92:18 92:20 93:5 93:11 95:16 97:4 97:10 97:17 98:8

**Thereupon** [3] 4:2 24:2 99:14

**these** [18] 22:17 29:10 37:25 38:11 39:5 49:22 50:5 52:10 55:4 56:22 64:11 64:24 65:9 66:23 69:13 87:1 94:1 97:11

**they** [99] 7:19 8:25 9:16 9:20 9:22 10:8 10:9 10:18 12:4 13:8 13:9 13:12 13:14 13:15 13:16 13:16 13:21 13:21 13:23 13:23 14:3 15:2 16:1 16:9 16:9 16:19 16:20 16:24 17:6 18:10 18:14 18:14 18:15 18:16 18:23 18:25 19:1 19:3 19:11 21:12 21:13 22:4 22:4 22:17 23:1 23:1 28:12 28:23 29:24 30:1 31:4 31:7 31:8 32:20 32:21 32:21 34:6 34:11 34:12 34:12 39:7 39:18 40:15 45:16 46:1 50:23 52:4 52:20 53:7 54:20 55:22 61:7 63:17 64:2 65:15 65:23 66:4 66:18 66:19 67:5 68:19 69:25 70:22 77:4 77:16 77:17 77:18 77:22 77:23 80:20 94:19 94:19 96:11 96:14 96:18 96:19 96:20 96:22 98:13

**thick** [8] 15:16 52:21 52:22 53:6 54:15 55:3 69:4 84:4

**thicker** [3] 24:23 24:25 25:3

**thickness** [5] 25:9 53:19 54:4 54:18 98:1

**thin** [5] 24:15 96:2 96:14 97:20 98:18

**thing** [9] 25:6 27:15 36:21 61:3 73:18 83:17 83:20 89:20 90:21

**things** [8] 14:10 14:22 21:19 52:10 78:2 82:21 93:1 93:2

**think** [42] 6:7 11:20 16:19 17:12 18:15 18:16 18:16 19:22 19:24 22:1 22:2 28:20 31:8 32:9 34:6 34:17 34:20 38:7 41:23 46:25 57:19 60:2 69:19 70:7 72:23 73:18 73:20 74:6 74:6 75:25 76:25 77:8 79:9 79:9 81:14 82:14 82:25 84:6 84:25 87:21 87:25 88:6

**thinner** [1] 24:19

**thinness** [1] 53:18

**Third** [1] 96:1

**thirteen** [1] 35:20

**this** [79] 11:6 17:10 18:4 18:22 22:12 23:16 26:9 27:7 27:25 28:17 29:12 29:14 29:14 30:3 30:11 31:9 36:9 37:25 38:10 38:14 38:15 38:25 40:4 41:9 41:20 43:7 44:7 44:13 45:5 46:13 47:7 47:14 48:17 48:24 49:6 50:7 55:13 56:7 56:15 57:4 57:22 59:7 59:12 59:21 61:5 61:16 63:12 67:4 67:5 67:18 68:6 68:14 69:4 69:8 69:17 70:3 70:6 70:20 71:17 72:18 72:20 73:14 75:8 78:3 80:16 81:14 83:2 83:6 83:13 85:4 89:7 92:5 93:20 95:12 96:23 96:25 100:12 101:15 101:22

**those** [11] 15:16 18:22 30:16 34:14 44:21 54:21 58:23 69:8 78:19 87:7 99:1

**though** [1] 67:6

**thought** [1] 62:8

**thoughts** [1] 58:1

**thread** [1] 98:10

**threads** [1] 98:2

**three** [10] 18:17 18:20 22:8 25:15 25:17 38:1 38:13 84:6 86:9 86:12

**through** [14] 7:25 13:23 24:20 29:11 29:18 29:23 32:21 33:11 33:19 53:12 57:19 73:15 83:21 83:25

**throughout** [1] 63:14

**tickets** [2] 13:9 28:24

**tig** [3] 9:14 58:16 75:21

**till** [1] 45:16

**time** [28] 8:6 9:3 11:19 11:21 13:9 13:9 18:21 19:4 19:22 21:21 26:4 26:11 28:24 28:24 31:1 43:8 47:10 48:25 50:16 58:9 59:13 69:11 69:14 70:3 70:6 77:7 82:11 96:16

**times** [9] 10:24 14:15 14:17 26:23 29:24 31:20 42:3 57:9 92:24

**timewise** [1] 61:10

**tired** [1] 81:21

**to** [354] 1:23 5:11 6:5 6:8 6:24 7:13 7:18 7:22 8:1 8:2 8:15 9:1 9:10 9:11 9:16 9:21 9:23 9:23 10:4 10:8 10:8 10:12 10:19 10:25 11:10 11:19 12:1 12:5 12:7 12:12 12:15 13:1 13:23 14:1 14:8 14:9 14:19 15:8 15:10 15:16 15:16 15:19 15:25 16:1 16:1 16:6 16:7 16:8 16:10 16:10 16:13 16:20 16:23 17:2 17:4 17:7 17:19 17:20 17:21 17:23 17:24 17:25 18:4 18:9 18:11 19:10 19:10 19:12 19:18 19:20 20:6 20:7 20:18 21:9 21:9 21:13 21:14 21:24 22:13 22:17 22:18 22:20 22:21 22:24 22:25 23:2 23:2 23:8 23:16 23:18 24:5 24:13 24:18 24:19 24:24 25:1 25:2 25:2 25:4 25:11 25:20 26:3 26:13 26:24 27:18 27:21 27:24 28:1 29:14 29:20 30:1 30:5 30:8 31:4 31:5 31:19 32:5 32:6 32:7 32:15 32:22 33:4 33:4 33:6 34:12 35:6 35:7 35:13 35:21 36:4 36:7 37:18 38:2 38:11 39:14 39:21 39:22 39:23 40:5 40:16 40:17 40:19 40:24 40:25 42:6 42:6 42:10 42:15 42:21 42:25 43:1 43:3 43:4 43:16 43:20 43:23 44:21 45:15 45:22 45:22 45:24 46:3 46:7 46:7 46:15 46:18 46:18 47:7 48:3 48:11 48:21 49:3 49:8 49:12 49:14 49:15 49:18 49:21 49:21 50:4 50:5 50:8 50:16 50:19 50:20 50:25 51:2 51:5 51:7 51:12 51:16 51:17 51:22 51:23 52:4 52:10 52:12 52:13 52:14 52:20 52:20 53:3 53:25 53:25 54:1 54:9 54:9 54:12 54:14 54:16 55:4 55:14 55:14 55:15 55:19 56:4 56:4 56:14 56:16 56:17 56:17 56:19 56:20 57:4 57:8 57:16 57:21 58:5 58:23 58:24 59:17 60:14 60:17 62:1 62:6 62:9 62:10 62:14 62:21 62:25 63:20 64:5 64:17 64:21 64:23 65:7 65:16 65:17 65:24 66:12 66:23 67:10 67:12 67:24 68:6 68:7 69:2 69:7 69:13 69:17 70:20 71:12 71:20 71:20 76:1 76:17 76:21 76:21 76:23 77:3 77:4 77:15 77:25 78:3 78:11 79:8 79:16 79:17 80:1 80:3 80:4 80:5 80:7 80:11 80:17 80:18 81:11 81:16 81:16 82:6 82:8 82:11 82:21 82:23 83:13 83:13 83:14 83:22 84:1 84:15 85:13 85:17 85:22 86:6 86:7 86:9 86:12 86:21 86:23 87:4 87:6 87:9 87:13 87:16 87:25 88:3 88:14 88:20 89:5 89:7 89:14 89:21 89:23 90:16 91:2 91:7 91:14 92:5 92:12 92:13 92:16 92:17 92:20 93:1 93:14 94:15 95:5 96:2 96:10 96:12 96:14

JULIO A. MOCEGA & ASSOC. (305) 374-0181 Index Page 15

96:16 96:21 96:22
97:20 97:21 97:25
97:25 98:9 98:12
99:1 99:2 101:7
101:22
**today** [4] 10:25
48:16 68:6 68:25
**together** [2] 15:3
33:17
**told** [8] 22:19 55:8
56:21 84:23 92:8
93:6 93:16 98:12
**tons** [1] 61:14
**Tony** [4] 1:19 4:3
4:10 100:9
**too** [8] 7:9 24:17
36:18 46:8 96:2
96:14 97:20 98:18
**took** [18] 11:6 11:16
15:7 34:25 35:6
36:13 39:6 41:9
42:20 46:9 50:16
60:16 78:11 84:18
86:5 86:6 87:24
88:11
**top** [14] 14:9 18:13
36:6 36:22 39:1
64:3 64:4 66:1
66:13 66:21 69:4
74:12 75:9 86:14
**torch** [6] 49:2 50:17
92:6 92:9 93:10
93:11
**Tortora** [4] 23:17
41:9 41:16 80:19
**total** [1] 5:15
**tougher** [1] 22:5
**towards** [4] 38:14
39:18 73:22 74:15
**track** [2] 13:7 14:6
**trade** [4] 4:18 4:22
44:20 44:21
**trades** [1] 6:19
**trained** [2] 79:14
80:17
**training** [9] 6:11
6:16 6:18 7:19
46:14 46:19 47:5
47:8 79:16
**transcript** [1] 101:9
**transom** [1] 38:14
**trapped** [2] 62:2
96:21
**traveling** [1] 91:18
**true** [2] 78:16 101:9
**try** [2] 26:3 54:1
**trying** [3] 40:5
90:16 93:1
**turn** [2] 13:17 28:23
**turned** [1] 13:12
**twelve** [1] 6:22
**two** [18] 24:22 34:5
34:6 34:10 34:21
45:22 49:16 49:22
56:10 59:15 60:12
63:17 69:8 69:13
74:7 74:9 86:9

86:12
**type** [14] 7:10 13:6
17:14 24:16 26:6
32:3 32:10 61:5
68:16 69:16 70:2
70:21 71:4 81:6
**typically** [3] 64:11
64:16 64:20
**uh-huh** [2] 47:11
63:22
**ultimate** [1] 51:5
**ultimately** [2] 50:4
60:8
**under** [12] 27:1
34:10 34:13 39:17
65:6 66:7 86:22
86:23 87:21 88:1
91:18 93:23
**undergo** [1] 11:19
**underneath** [7] 36:14
43:17 61:17 61:18
66:3 66:4 91:20
**undersigned** [1] 100:8
**understand** [9] 9:25
22:13 48:24 49:15
65:1 65:16 65:19
72:17 74:23
**understanding** [10]
27:5 39:4 65:22
85:3 85:7 98:6
98:8 98:13 98:17
98:19
**UNITED** [1] 1:2
**unsafe** [1] 50:25
**until** [3] 18:25 45:21
51:10
**unusual** [2] 30:5
32:1
**up** [47] 5:22 10:12
14:3 14:8 14:21
18:25 21:20 24:17
26:8 26:19 27:6
28:25 29:17 31:4
32:7 32:22 33:3
33:20 34:11 35:15
35:18 35:25 36:2
36:12 36:14 36:17
36:25 37:8 39:9
39:19 40:6 41:17
49:9 56:9 58:3
63:11 69:14 69:22
71:16 74:14 81:6
85:17 86:21 88:9
88:14 94:4 96:15
**upon** [4] 79:25 87:25
96:2 96:13
**upper** [2] 18:13
39:3
**us** [5] 4:16 19:9
37:19 68:13 93:6
**use** [6] 17:14 19:12
26:3 59:13 80:11
82:1
**used** [9] 17:12 21:24
26:22 32:5 41:5
42:5 79:12 87:4
93:22
**using** [3] 16:24 88:18

89:13
**usually** [2] 7:24
91:10
**utilize** [1] 59:18
**vaguely** [2] 47:17
47:21
**Valdes** [26] 2:8
3:19 24:7 30:19
35:25 36:22 65:25
67:21 67:24 68:3
68:8 86:13 86:16
93:13 93:18 94:5
94:14 95:5 95:24
96:5 96:8 97:22
98:24 99:4 99:7
99:12
**VALLE** [1] 2:16
**vapor** [1] 20:18
**vapors** [3] 17:21
32:13 96:21
**various** [1] 42:13
**vary** [1] 26:1
**vent** [2] 32:10 61:24
**ventilated** [1] 17:5
**venting** [1] 32:11
**vents** [3] 31:21 32:4
32:8
**vertical** [2] 38:22
38:23
**very** [4] 17:3 70:10
70:12 89:21
**vessel** [20] 12:2
12:9 12:15 20:12
21:2 21:6 26:22
28:7 28:10 28:12
28:17 29:4 31:2
31:10 31:16 42:14
43:8 43:12 43:12
87:16
**vessels** [3] 47:7
47:16 87:1
**vocational** [2] 4:20
6:16
**void** [12] 32:6 33:6
33:11 42:25 61:17
62:4 67:14 86:8
86:22 87:2 93:5
93:11
**Voids** [1] 61:18
**vs** [1] 1:8
**waive** [2] 99:12
99:13
**waived** [1] 99:16
**wall** [3] 56:3 62:5
62:16
**want** [11] 12:18
21:13 29:13 35:21
37:18 40:19 52:8
62:14 67:22 82:8
82:23
**wanted** [19] 9:23
10:4 10:18 12:19
16:19 17:4 22:21
29:20 30:1 40:24
40:25 50:19 51:22
52:4 78:2 82:11
82:21 84:24 85:1

**wants** [1] 55:13
**was** [260] 4:3 4:4
5:19 5:21 6:6
6:9 6:10 6:13
6:14 6:22 7:4
10:11 11:2 11:7
11:9 11:14 11:14
11:18 11:19 11:21
12:3 12:11 12:20
12:20 13:1 13:3
13:5 13:18 14:12
14:14 14:14 14:20
15:7 15:14 15:15
15:15 15:24 16:5
16:16 16:17 17:5
17:10 17:25 18:1
18:4 18:16 18:18
18:19 18:19 18:22
20:6 20:20 20:21
20:24 21:8 21:21
21:24 22:10 22:13
22:16 23:4 23:13
24:3 25:6 25:7
25:8 25:10 26:10
26:12 26:14 27:1
27:4 27:5 27:17
27:21 28:19 29:3
29:7 29:22 31:9
31:15 32:2 32:3
32:5 32:6 32:7
32:14 32:15 32:17
32:25 33:2 33:16
33:18 33:20 33:20
33:22 33:22 33:22
33:25 34:8 34:15
34:19 34:20 34:20
34:22 35:1 35:14
36:5 37:2 37:7
37:8 37:16 37:25
38:7 39:8 39:20
39:22 40:17 41:5
41:21 41:21 41:23
41:25 42:7 42:7
42:12 42:14 43:16
43:17 43:25 44:3
44:5 45:5 45:5
45:9 45:12 45:15
46:6 47:4 48:3
48:3 48:4 48:25
49:2 49:8 49:9
49:24 50:4 50:10
50:20 50:24 50:25
51:6 51:9 51:18
52:1 52:3 52:19
53:22 54:3 54:11
54:14 55:16 56:15
56:21 57:4 57:19
59:21 59:24 60:10
61:21 61:22 62:8
62:25 63:12 64:25
67:9 68:4 68:10
68:14 68:22 69:16
70:2 70:6 70:9
70:10 70:13 70:14
70:18 70:18 71:3
71:12 71:23 73:7
73:8 73:15 73:15
74:19 74:25 75:5
75:9 75:25 77:15
78:3 78:4 78:5
78:6 78:10 80:24
82:20 83:2 83:6
83:13 84:5 84:6
84:21 84:25 85:10

85:11 85:13 86:8
86:22 87:2 87:3
87:17 87:21 87:23
87:25 88:1 88:8
88:8 88:13 88:17
88:20 89:5 89:13
90:22 91:15 91:17
91:19 92:18 92:18
92:19 93:5 93:11
94:9 94:17 95:16
96:15 96:23 97:10
97:20 98:8 98:11
98:18 98:19 99:14
100:10 101:6 101:21
**wasn't** [10] 29:12
51:10 51:16 52:22
53:6 54:15 55:3
58:2 69:20 87:3
**wasted** [1] 90:13
**watch** [1] 70:5
**water** [4] 31:10 35:18
58:4 74:14
**watertight** [6] 33:1
33:23 74:25 75:4
75:5 75:10
**Watson** [12] 1:19
3:11 4:3 4:10
36:4 40:3 42:24
44:7 44:13 68:7
86:5 100:9
**way** [23] 15:5 26:20
29:15 33:2 33:6
40:23 48:20 50:25
51:2 54:20 54:21
55:15 62:3 63:8
64:24 67:7 70:8
73:7 73:14 82:25
83:5 84:2 85:16
**we** [66] 5:25 6:23
8:24 9:8 10:6
10:25 11:16 11:20
11:22 11:23 12:5
12:5 14:18 14:22
15:6 17:3 17:3
17:7 17:8 17:12
17:13 19:1 19:2
19:5 20:9 20:16
22:1 23:15 23:16
26:5 26:6 27:18
27:20 27:21 28:4
28:15 28:17 28:22
30:11 40:19 40:23
40:25 41:8 45:3
48:6 49:19 51:2
52:5 54:15 57:1
57:19 58:18 61:6
62:17 69:1 69:22
70:12 71:1 71:24
71:25 79:9 79:9
82:14 85:1 93:3
97:7
**Weber** [12] 2:12
3:17 23:24 24:6
24:8 72:6 82:4
95:10 95:25 96:6
96:9 98:5
**wedding** [1] 59:19
**week** [2] 14:16 90:17
**weep** [1] 78:5
**weighed** [1] 53:7

**weld** [24] 7:5 20:18 22:13 24:24 27:21 29:14 32:21 32:22 36:11 36:16 36:25 40:19 50:5 50:21 51:17 62:6 62:16 63:8 64:2 64:5 73:12 76:12 83:16 83:19
**welded** [23] 7:6 12:21 32:7 32:15 32:17 33:3 63:1 63:3 63:4 63:6 63:11 63:19 63:25 64:8 66:11 66:22 66:22 67:12 73:6 73:8 87:3 91:18 96:16
**welder** [21] 6:12 6:13 6:16 6:25 7:4 7:17 7:20 10:18 24:13 25:19 26:10 26:22 32:23 42:20 42:24 43:4 43:18 44:18 62:14 83:3 83:7
**welder's** [2] 51:20 80:24
**welders** [17] 9:5 9:11 9:14 9:15 9:19 10:14 12:8 13:7 14:6 16:24 21:5 26:3 75:18 78:15 78:17 78:19 80:17
**welding** [71] 6:10 6:21 7:7 7:15 7:23 8:9 8:20 10:4 10:23 12:1 14:5 14:13 15:8 16:22 16:25 23:23 24:16 24:22 25:17 25:24 26:24 27:17 32:25 41:1 41:6 42:13 43:1 43:5 44:22 45:4 45:17 46:9 46:16 46:20 47:6 47:16 48:1 48:3 48:12 48:18 49:7 49:21 51:6 55:18 56:3 56:9 56:25 57:5 57:13 57:15 58:11 67:18 70:6 70:22 71:3 71:7 71:8 75:15 75:19 76:2 76:7 78:21 78:23 80:21 88:17 88:25 89:20 90:6 91:7 91:8 91:9
**welds** [6] 32:18 32:19 35:17 35:17 35:23 52:14
**well** [16] 10:1 10:3 18:18 32:25 37:25 38:3 38:8 41:22 42:8 53:21 56:20 66:16 77:20 95:15 97:10 98:16
**went** [19] 6:5 6:8 6:24 7:18 8:2 13:19 13:23 18:2 22:1 23:19 27:20 33:5 42:5 45:22 60:14 60:17 64:24 85:16 86:20
**were** [122] 7:15 8:3 8:5 8:10 9:14 9:17 9:18 9:23 10:9 11:25 12:1 13:21 14:6 14:18 14:22 15:11 15:17 16:1 16:9 16:20 17:3 18:10 18:12 18:14 18:14 18:22 18:23 18:25 19:1 19:3 21:1 21:5 21:6 21:8 22:8 22:17 22:24 23:2 23:22 24:11 28:9 28:12 29:17 29:22 30:14 30:16 31:1 31:12 31:20 33:5 33:9 33:12 33:13 33:14 34:6 34:10 34:11 34:12 34:24 35:23 37:10 38:1 38:1 39:5 39:7 39:17 39:21 41:2 41:10 41:20 42:4 44:14 44:21 45:4 45:7 45:25 47:15 48:1 50:13 50:23 51:11 51:23 52:4 52:17 52:21 53:7 53:12 55:22 55:22 56:4 56:19 56:22 57:7 57:12 57:15 57:19 58:1 62:24 63:11 63:13 68:19 68:20 69:1 70:16 70:17 70:22 70:24 78:15 78:19 78:20 80:3 80:4 80:17 85:6 90:5 91:19 91:25 92:1 92:11 92:16 92:20 99:16
**weren't** [2] 84:17 84:18
**West** [3] 1:14 2:8 2:22
**what** [118] 4:20 5:3 5:8 5:18 5:23 6:9 8:10 9:7 9:16 13:8 13:15 13:21 14:6 15:1 16:9 17:2 17:10 17:15 17:25 18:12 19:6 19:9 19:16 20:15 20:20 21:13 21:14 21:17 21:21 23:8 23:19 24:13 25:3 25:9 25:18 27:1 28:2 29:19 32:5 32:19 34:8 34:9 34:18 35:4 35:10 36:5 36:7 36:8 37:6 37:18 37:20 37:22 40:5 43:5 43:17 45:24 47:18 47:21 49:19 49:24 50:8 50:25 52:5 52:22 54:3 55:7 56:21 57:10 57:25 58:1 58:11 58:20 59:1 59:17 61:1 61:12 61:22 61:25 62:15 63:5 63:6 63:25 65:1 66:18 68:20 71:19 71:22 74:4 76:5 76:10 77:3 79:4 79:7 79:21 81:4 81:9 81:11 83:9 84:21 84:23 84:24 85:1 85:10 85:11 87:17 88:1 90:8 90:19 92:8 92:13 93:16 93:20 93:21 97:20 98:7 98:11 98:13 98:14
**whatever** [3] 42:6 42:20 48:2
**when** [69] 6:8 6:14 7:18 8:2 8:15 9:20 11:1 11:7 14:18 15:6 15:25 15:25 20:14 21:5 21:12 21:14 23:20 24:21 27:7 27:20 28:22 29:16 30:7 30:20 33:22 34:24 35:4 35:10 36:13 39:5 40:12 41:5 41:25 42:5 44:7 44:13 45:5 45:20 46:3 47:21 49:18 54:24 59:18 61:9 61:15 62:22 63:19 63:25 68:19 69:1 69:23 70:12 73:5 73:9 76:15 77:18 81:19 84:18 86:20 88:7 89:2 90:5 90:13 92:18 92:19 94:17 96:19 97:19 98:13
**where** [48] 5:1 5:21 6:4 6:11 14:14 17:18 18:10 22:21 24:22 27:18 29:12 29:24 32:20 34:24 35:22 36:24 39:2 39:20 39:21 41:21 43:1 43:5 46:22 47:1 48:14 52:4 52:14 55:3 60:21 61:24 64:2 68:10 68:12 70:24 73:21 73:22 74:12 74:14 76:12 78:6 78:9 79:20 87:2 89:21 90:22 90:23 90:25 91:1
**wherever** [1] 50:23
**whether** [18] 12:14 15:14 21:24 23:21 41:4 42:4 42:25 48:10 62:4 67:9 70:9 70:22 77:2 83:21 83:21 83:24 91:6 91:14
**which** [6] 12:7 26:7 29:24 36:22 80:18 96:15
**while** [1] 27:16
**who** [18] 13:1 16:3 16:17 23:17 45:9 46:9 91:6 91:8 91:9 96:10 96:17 97:4 97:6 97:11 97:13 97:14 98:25 101:22
**whole** [2] 33:19 33:19
**whose** [4] 16:5 29:9 30:16 40:17
**why** [17] 12:17 18:7 27:22 28:20 32:11 40:14 45:2 45:11 45:14 52:17 53:5 53:21 54:8 60:8 81:19 82:5 90:11
**will** [7] 2:21 17:19 24:6 52:6 52:8 53:19 61:20
**wind** [1] 69:22
**wire** [2] 58:21 59:25
**Wisconsin** [2] 2:14 82:1
**with** [59] 11:2 14:8 14:23 15:2 15:8 15:10 16:13 16:18 21:10 21:18 21:19 22:8 22:16 24:18 27:1 27:3 27:4 27:6 27:8 27:11 27:16 27:19 33:21 34:13 40:13 40:23 41:13 41:17 42:5 42:13 42:20 46:15 46:16 47:6 47:15 48:4 48:6 55:12 57:19 57:22 58:19 59:1 65:10 66:18 67:4 68:19 68:24 70:3 76:2 77:24 78:15 78:17 80:22 80:23 84:11 88:25 94:4 95:1 101:13
**within** [1] 18:6
**without** [2] 62:7 62:9
**witness** [25] 3:9 4:4 15:20 16:8 24:10 26:14 28:2 30:9 30:22 36:24 38:4 38:7 42:16 42:22 44:9 48:22 86:12 86:15 86:18 89:24 94:7 97:23 99:3 99:13 100:11
**witnesses** [2] 89:16 94:2
**woman** [1] 94:6
**wood** [1] 64:12
**words** [2] 77:1 84:17
**work** [71] 5:11 6:24 7:10 7:18 8:2 8:11 8:12 9:21 10:5 10:8 10:9 10:10 10:11 10:12 11:21 11:22 12:11 12:12 12:15 13:6 13:11 14:13 14:19 14:20 15:2 15:5 18:1 18:1 19:20 20:10 20:20 28:16 28:18 28:25 29:15 29:18 29:23 30:7 31:18 32:24 34:3 34:4 42:18 45:22 46:18 47:25 48:13 48:25 49:2 51:6 55:11 60:17 61:1 69:13 69:16 69:16 69:18 70:1 71:17 72:18 76:14 81:23 81:24 82:8 82:11 82:21 82:24 87:7 89:9 89:14 91:23
**worked** [12] 5:13 7:8 7:11 8:4 8:6 9:3 13:14 15:5 21:18 48:6 88:23 88:24
**worker** [1] 87:19
**working** [18] 5:17 6:14 7:9 9:5 11:7 12:9 13:22 19:1 19:4 21:5 41:21 41:25 43:8 43:12 57:19 82:10 86:25 87:16
**would** [106] 8:17 8:18 8:19 8:20 8:22 8:25 9:1 9:10 9:12 9:16 9:19 10:18 10:19 11:10 12:18 12:23 13:7 13:11 13:15 13:16 13:21 13:25 14:3 14:15 17:2 17:8 18:7 21:12 21:18 22:6 26:17 26:21 27:15 27:16 27:24 28:21 28:21 28:23 28:24 29:9 29:13 29:18 29:19 29:24 31:22 32:2 32:3 32:7 32:9 32:9 32:11 33:1 36:6 38:10 38:11 38:20 43:19 48:7 48:10 50:7 53:11 53:21 54:12 60:2 62:9 62:10 69:7 69:25 70:1 71:11 71:19 71:21 71:22 74:6 77:25 79:20 79:25 80:5 80:7 80:18 80:21 81:11 81:13 83:1 83:16 83:19 83:22 84:1 85:1 85:2 85:19 86:16 87:13 87:13 89:2 89:7 89:10 93:18 96:22 97:4 97:6 97:11 97:13 97:14 98:10 98:25
**wouldn't** [5] 19:24 22:9 54:5 55:11 75:3
**written** [2] 68:17 92:4
**X** [1] 3:6

**yacht** [2] 11:17 89:22
**yard** [22] 5:5 5:9 5:10 5:12 9:1 12:25 40:19 60:9 60:19 60:19 60:21 60:24 60:25 61:2 61:13 70:23 71:2 81:16 82:6 82:19 91:10 96:15
**yard's** [1] 91:15
**yeah** [7] 10:6 21:20 36:10 56:6 60:2 62:13 79:22
**year** [4] 45:21 46:24 59:15 95:2
**years** [16] 5:13 6:20 6:22 6:23 7:6 7:7 21:17 45:19 45:23 45:23 55:1 60:13 77:14 81:17 87:1 88:23
**yes** [150] 4:25 7:3 7:6 7:13 8:16 8:24 10:3 10:15 10:21 11:4 11:14 12:16 14:25 15:4 17:1 18:2 18:6 19:8 19:15 20:13 21:3 21:11 21:11 23:10 25:8 26:23 26:23 27:18 30:25 31:3 33:2 33:15 35:3 36:1 36:16 37:5 37:19 38:4 38:7 38:13 38:13 38:22 38:24 39:7 39:25 41:3 41:23 42:16 42:22 43:2 43:10 43:15 43:22 44:2 44:3 44:3 44:16 45:6 45:8 46:21 47:12 47:13 47:25 49:4 49:5 49:17 49:20 49:23 50:1 50:3 50:6 50:12 50:15 50:18 51:15 52:3 53:1 53:15 53:20 55:5 55:9 55:11 55:16 55:25 57:14 57:24 58:15 59:20 60:11 60:20 60:25 61:7 61:11 61:19 62:17 63:2 63:4 63:22 63:24 64:7 64:15 65:11 66:9 66:10 67:11 67:13 67:13 67:16 67:19 69:15 70:15 70:16 70:19 71:1 71:14 72:3 73:3 73:20 73:25 75:3 75:7 75:11 77:18 79:6 80:2 80:9 81:1 82:18 83:12 83:15 84:3 84:24 85:7 86:15 87:12 87:18 87:20 87:20 88:6 90:10 90:21 90:24 91:16 92:22 93:2 93:8 94:22 96:8 97:14 99:6
**you** [487] 4:16 4:24 5:6 5:13 5:17 5:18 5:23 6:3 6:4 6:8 6:11 6:15 6:20 6:24 7:5 7:11 7:15 7:18 7:19 7:22 7:24 8:2 8:3 8:6 8:7 8:14 8:17 9:3 9:5 9:10 9:13 9:15 9:16 9:19 9:20 9:21 9:21 9:23 10:4 10:7 10:7 10:10 10:11 10:13 10:19 10:19 10:22 11:2 11:5 11:10 11:11 11:17 11:25 12:8 12:14 12:17 12:21 12:23 13:18 14:5 14:9 14:15 14:18 14:19 14:20 14:23 15:10 15:17 15:23 16:3 16:5 16:12 16:12 16:17 16:22 17:2 17:10 17:18 17:20 17:24 18:7 19:6 19:9 19:10 19:11 19:13 19:18 19:19 19:20 19:20 19:21 19:23 20:3 20:15 21:9 21:10 21:18 21:19 21:23 21:24 22:5 22:6 22:12 22:16 23:3 23:7 23:11 23:20 23:20 24:8 24:16 24:18 24:21 24:24 24:25 25:1 25:1 25:1 25:3 25:3 25:4 25:9 25:14 25:17 25:22 25:22 25:24 26:1 26:2 26:7 26:10 26:20 26:25 27:7 27:11 27:12 27:16 27:18 27:24 28:6 28:9 28:13 28:20 29:6 29:12 29:14 29:16 29:17 29:19 30:2 30:15 30:20 30:20 31:19 31:19 31:21 32:7 32:11 32:16 32:19 33:9 33:13 34:7 34:16 34:18 34:24 35:2 35:4 35:4 35:7 35:10 35:10 35:19 36:5 36:6 36:8 37:2 37:3 37:6 37:15 37:18 37:19 39:20 40:9 40:12 40:13 40:14 40:25 41:1 41:4 41:10 41:13 41:13 41:16 41:24 42:3 42:4 42:4 42:5 42:5 42:6 43:1 43:16 43:18 43:19 43:25 44:3 44:14 44:17 44:20 44:24 45:4 45:7 45:17 45:20 45:25 46:3 46:6 46:14 46:19 47:5 47:15 47:18 47:21 47:21 48:1 48:7 48:10 48:14 48:16 48:19 49:2 49:18 49:24 50:2 50:7 50:8 50:13 50:16 50:19 50:24 50:25 51:9 51:14 51:22 52:6 52:8 52:17 52:24 53:13 53:19 53:23 53:24 54:1 54:1 54:3 54:11 54:17 54:19 54:23 54:24 54:25 55:6 55:8 55:10 55:12 55:18 55:22 55:25 56:3 56:3 56:5 56:7 56:19 56:23 57:7 57:21 57:25 58:6 58:7 59:12 59:17 59:18 59:18 60:3 60:4 60:6 60:8 60:14 60:18 61:9 61:9 61:13 61:15 61:16 61:20 61:21 62:5 62:8 62:9 62:10 62:14 62:16 62:18 62:22 62:23 62:24 63:5 63:6 63:19 63:19 63:25 64:3 64:5 64:5 65:1 65:4 65:5 65:11 65:25 66:13 66:17 67:17 68:7 68:13 68:16 68:19 68:20 68:24 69:3 69:8 69:11 69:12 69:14 70:8 70:12 70:21 71:15 71:19 71:22 72:7 72:8 72:12 72:20 72:24 72:24 73:5 73:9 73:10 73:12 73:19 73:19 73:22 73:24 74:9 74:12 74:16 74:24 75:12 75:14 75:21 75:23 76:7 76:11 76:12 76:12 76:13 76:13 76:15 76:18 76:23 77:1 77:3 77:5 77:7 77:9 77:11 77:13 77:14 77:16 77:17 77:20 77:25 78:1 78:11 78:14 78:22 79:1 79:4 79:12 79:16 79:19 79:25 80:5 80:7 80:11 80:18 80:21 81:3 81:8 81:11 81:15 81:15 81:19 81:19 81:21 81:24 82:5 82:12 82:16 82:23 82:25 83:5 83:9 84:1 84:4 84:10 84:15 84:17 84:18 84:21 84:23 85:8 85:15 85:19 86:6 86:7 86:20 86:21 87:1 87:11 87:21 87:22 87:25 88:5 88:7 88:8 88:10 88:13 88:14 88:23 88:24 89:2 89:5 89:12 89:21 90:5 90:6 90:8 90:13 90:16 90:17 90:19 90:21 90:25 91:1 91:18 91:22 92:1 92:4 92:7 92:8 92:11 92:16 92:20 92:23 93:4 93:10 93:23 94:5 94:10 94:21 95:15 95:17 95:19 95:22 96:7 96:24 97:5 97:16 97:21 97:23 97:25 98:4 98:13 98:16 98:22
**you're** [1] 65:17
**your** [51] 4:8 4:12 4:14 4:17 4:20 5:3 5:8 6:9 6:11 7:4 8:10 8:22 9:5 9:19 20:6 21:5 31:5 31:18 31:25 32:23 33:4 39:4 44:24 45:9 46:9 47:10 50:9 52:1 55:1 56:14 57:4 59:6 60:10 62:24 65:19 68:1 68:4 68:25 74:23 76:14 77:22 85:23 86:25 87:6 89:8 91:11 91:11 92:17 98:6 98:7 98:13
**yours** [1] 51:6
**yourself** [2] 50:20 62:15