UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HENRY NARANJO and
MARLENE RAMIREZ,

CASE NO. 00-6022-CIV-LENARD

       Plaintiffs,

vs.

**NOTICE OF FILING**

STEPHEN BYRON SMITH,

       Defendant/

_____/

Defendant STEPHEN BYRON SMITH, by and through his undersigned counsel, herewith gives notice of filing copies of Volumes I and II of the deposition transcripts of Henry Naranjo taken on January 11, 2001 and January 16, 2001, and the deposition transcript of John Bredbeck taken on February 7, 2001.

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing has been mailed to all counsel of record listed on the attached service list,. this _1_ day of August, 2001.

                    BADIAK, WILL & KALLEN
                    Attorneys for Smith
                    17071 West Dixie Highway
                    No. Miami Beach, Florida 33160
                    Tel: 305-945-1851
                    Fax: 305-944-8780

                    By: _____
                       John D. Kallen
                       Florida Bar No. 277428

C:\WP\00\108\NFILING.wpd

<u>SERVICE LIST</u>

CASE NO. 00-6022-CIV-LENARD/TURNOFF

F. David Famulari, Esq.
Blanck & Perry, P.A.
Counsel for Plaintiffs
5730 SW 74th Street
Suite 700
Miami, FL 33143
Tel: 305-663-0177
Fax: 305-663-0146

Manuel Valdes, Esq.
Counsel for Plaintiffs
28 West Flagler Street
Suite 202
Miami, FL 33130
Tel: 305-377-3700
Fax: 305-529-5428

Laurence F. Valle, Esq.
Valle & Craig, P.A
Counsel for Palmer Johnson
9155 South Dadeland Boulevard
Suite 1000
Miami, FL 33156.
Tel: 305-373-2888
Fax: 305-373-2889

David L. Weber, Esq.
Pinkert Law Firm LLP
Co-counsel for Palmer Johnson
454 Kentucky Street
P.O. Box 89
Sturgeon Bay, WI 54235
Tel: 920-743-6505
Fax: 920-743-2041

Brent E.. Baris, Esq.
Mannikko & Baris
Counsel for Tom Fexas Yacht Design
870 SW Martin Downs Blvd., Suite 1
Palm City, FL 34990
Tel: 561-283-0084

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 00-6022 CIV-LENARD/TURNOFF

HENRY NARANJO and
MARLENE RAMIREZ,

    Plaintiffs,

vs.

STEPHEN BYRON SMITH, PALMER
JOHNSON EXPORT SALES, INC.,
PALMER JOHNSON DISTRIBUTORS,
INC., and PALMER JOHNSON, INC.,

    Defendants,

-----------------------------X



LOCATION:  LAW OFFICE
                80 SW 8TH STREET
                SUITE 2520
                MIAMI, FLORIDA  33160

DATE:      JANUARY 11, 2001 - THURSDAY

TIME:      10:30 P.M. - 4:45 P.M.

- - - - - - - -

DEPOSITION

OF

HENRY NARANJO

- - - - - - - -

*Hi-Tech Court Reporting, Inc.*

PROFESSIONAL REPORTERS

707 SOUTHEAST THIRD AVENUE • SUITE 202 • FORT LAUDERDALE, FL 33316
(954) 523-0915 / FAX (954) 523-0916

```
1                  - - - - - - - -

2    APPEARANCES:

3

4    BLANCK & PERRY, P.A.
     5730 SW 74th Street
5    Suite 700
     Miami, Florida 33143
6    BY:  F. DAVID FAMULARI, Esquire
     BY:  JOSE A. DAPENA, Esquire
7    Appearing on behalf of the Plaintiffs.

8

9    VALLE & CRAIG, P.A.
     80 Southwest 8th Street
10   Miami, Florida  33130
     BY: LAURENCE VALLE, Esquire
11   Appearing on behalf of the Defendant, Palmer Johnson, Inc.

12

13   PINKERT LAW FIRM LLP
     P.O. Box 89
14   Sturgeon Bay, WI 54325-0089
     BY:  DAVID L. WEBER, Esquire
15   Appearing on behalf of Defendant, Palmer Johnson, co-counsel.

16

17   BADIAK, WILL & KALLEN
     17071 West Dixie Highway
18   North Miami Beach, Florida 33160
     BY:  JOHN D. KALLEN, Esquire
19   Appearing on behalf of Defendant, Stephen Byron Smith.

20

21   ALSO PRESENT:  DEBORAH SPECTER, INTERPRETER
                    MARLENE RAMIREZ
22
     REPORTED BY:  KATHERINE TRAINER
23                 COURT REPORTER

24

25
```

```
 1
 2                          I-N-D-E-X
 3
 4   WITNESS                                      PAGE
 5   HENRY NARANJO
 6
 7   (DIRECT EXAMINATION BY MR. VALLE)             4
 8   (CROSS-EXAMINATION BY MR. KALLEN)            96
 9
10
11                     - - - - - - - -
12
13
14                      E-X-H-I-B-I-T-S
15                  (Marked for Identification)
16
17   DEFENDANT'S                 ITEM                 PAGE
18   Exhibit No. 1  Broward General Medical Center Report   24
19   Exhibit No. 2  Hand Drawn Picture of Ship        76
20   Exhibit No. 3  Copies of Photographs of Plaintiff   102
21
22
23
24
25
```

1          The deposition of the witness, HENRY NARANJO, taken

2    in the above styled cause, before KATHERINE TRAINER,

3    Shorthand Reporter and Notary Public, in and for the State of

4    Florida, pursuant to the Notice heretofore filed

5                           - - - - - - -

6          (Thereupon, the interpreter was duly sworn.)

7    THEREUPON:

8                         HENRY NARANJO

9    and Marlene Ramirez, witnesses of lawful age, having been

10   called by the Defendant, and being by the undersigned Notary

11   Public first duly sworn through the interpreter, was examined

12   and testified under oath as follows:

13                      DIRECT EXAMINATION

14   BY MR. VALLE:

15      Q.  Would you please state your full name for the record

16   and your present resident address for me?

17      A.  My name is Henry Naranjo.  I live at 8881 Northwest

18   8th Street, Pembroke Pines, Florida, 33024.

19      Q.  Do you have a telephone at that address?

20      A.  Yes, sir.  954-433951.

21      Q.  Mr. Naranjo, my name is Larry Valle.  I'd like to

22   say a few things at the beginning of the deposition, both for

23   you and your wife to hear.

24      A.  (Witness nods head).

25      Q.  Have you had your deposition taken before?

1      A.   No.

2      Q.   Let me explain a few things about a deposition to

3  you and that will be for your wife as well.  A deposition is

4  no more or no less than just a question and answer period.

5           Generally, in normal life people have a decision or

6  choice to make as to who they are going to talk to, but when

7  you file a lawsuit you lose that decision to the extent that

8  you have to talk to me.

9           In conversation and in a deposition are different

10  than normal conversations.  For example, generally, when

11  you're talking about a subject matter that you are familiar

12  with the other person could get halfway through a question

13  and you know what he is going to ask.

14           Again, you answer by shaking your head or going

15  uh-huh or nu-huh.  Depositions are a little different.  The

16  reason is that this lady, to your left, has to take down

17  everything that we say - word-for-word; and everything that I

18  say word-for-word.

19           You have to really wait until I finish asking my

20  entire question before you answer it.  Even if you think that

21  you know what I'm going to ask.  The other issue is when you

22  answer a question, you can't answer by shaking your head or

23  saying nu-huh or huh-huh because she can't shake the machine

24  upside down, you know.

25      A.   Uh-huh.

1    Q.   She can only record verbal answers?

2    A.   (Witness nods head).

3    Q.   Also if you know the answer to a question that I ask

4    you or if you can give me a reasonably accurate answer then

5    please do that.  Answers to a question are not simply telling

6    me the truth but telling me the entire truth.

7         The reason that we caution you against guessing - I

8    don't think anybody in the room wants you to guess at an

9    answer - is because if you guess at the answer and it's

10   wrong, you may have to live with that answer later on when I

11   read that answer back to you at trial; and it's going to be

12   embarrassing.

13        So when you answer my questions be sure number one,

14   that you know the answer to the question; and number two,

15   that you answer it fully and completely.  Any questions about

16   the procedure?

17   A.   No.

18   Q.   I'm going to ask you questions; and then the

19   gentleman to the left, Mr. Kallen will ask you questions; and

20   then your attorney will probably do a scathing

21   cross-examination, but I doubt if he will.

22        That's the way it is going to go.  Let me tell you

23   in advance the way that I take depositions so that you know

24   what to expect as we go along.  Generally, from the beginning

25   of your life until today I'll ask you questions in

1    chronological order.

2          Let's start off with you telling me a little

3    something about yourself.  Where were you born and raised?

4       A.  I was born Cali, Columbia on February 24, 1958.  I

5    lived in Columbia until I was 22, which is when I decided to

6    come here to this country.

7       Q.  How much education did you have when you were in

8    Columbia?

9       A.  I was in school for 11 years; elementary and

10   secondary school.

11      Q.  Can you read and write?

12          THE INTERPRETER:  English or Spanish?

13      Q.  In Espanola?

14      A.  Yes, sir.

15      Q.  Can you speak in any other language other than

16   Spanish?

17      A.  A little English.

18      Q.  I noticed that you smiled and your wife smiled when

19   we were talking earlier.

20          How functional are you in English?

21      A.  I understand more than I can speak.

22      Q.  During the deposition you might be tempted to answer

23   in English or respond before the interpreter has a chance to

24   interpret the question.  Please wait until she finishes so

25   that we can do the whole thing entirely in Spanish.

A. That's right.

Q. What type of work did you do in Columbia before you left Columbia and came to the United States?

A. I worked in the warehouse, clothing company. I did dispatch of merchandize and inspection. Delivering - sending merchandize to different cities in Columbia and at the time inspected the merchandize.

Q. Was that, basically, a desk job like dispatching; and then, eventually, from time to time inspecting the product?

A. It was both at the desk and inspecting merchandize.

Q. Do you feel that your experience in working in that clothing company made you competent and qualified to act as a dispatcher or a clothing inspector?

A. Well, if I say it was a very simple job. It is easy, and I did it well.

Q. You came to the United States at age 22; that would have been 1990 - I guess - I'm sorry 1980?

A. '80 or '81, something like that.

Q. Where did you first reside after you came to the United States?

A. When I first got here I went to the home of friends in Hialeah, and then I moved to an efficiency. I don't remember exactly the address.

Q. Let me ask you this: Since arriving in the United

```
 1   States have you always lived in Dade County or Broward
 2   County?
 3        A.   I lived in Dade County until '97.
 4        Q.   In 1997, is that when you moved to Pembroke Pines?
 5        A.   Yes, sir.
 6        Q.   You have given us a couple of addresses in the
 7   answers to interrogatories.  I want to make sure that there
 8   were no numbers transposed, so tell me if they are correct.
 9        A.   Yes.  (Witness nod heads).
10        Q.   The first address that we have for you starts in
11   1992, and that address is 1745 Sansucci Boulevard?
12        A.   Yes, sir.
13        Q.   Did you live in an apartment on that boulevard?
14        A.   Yes.
15        Q.   What was the apartment number?
16        A.   It's on the third floor.  32.
17             Can I ask my wife?
18        Q.   Sure.  That is why I have her sworn in.
19             MARLENE RAMIREZ:  302.
20        Q.   Then after that you gave us an address of 20275
21   Northeast Second Avenue?  Apartment "L-2"; is that correct?
22        A.   Yes.
23        Q.   You lived there until 1997, and then you moved to
24   Pembroke Pines; is that correct?
25        A.   Yes, that's correct.
```

1    Q.  I'm going to ask you a number of questions that you

2    may think are somewhat ridiculous or perhaps insulting, but

3    please understand that these are standard questions that we

4    ask everyone.

5        Have you ever been arrested?

6    A.  Yes.

7    Q.  If you could tell me when that was and where that

8    was?

9    A.  It was here in Dade County because I had a suspended

10   license.

11   Q.  Is that the only arrest that you ever experienced?

12   A.  Yes, the only one.

13   Q.  Have you ever been convicted of a criminal offence?

14   A.  No.

15   Q.  What is your social security number, please?

16   A.  595-68-501.

17   Q.  Do you have a valid Florida driver's license at this

18   point?

19   A.  Yes.

20   Q.  Can I trouble you to take it out and read me the

21   number of it, please?

22   A.  Yes.  N-652380580640.

23   Q.  You provided us with an address earlier in the

24   deposition.  Can you tell me who that you live there with, if

25   anyone?

```
 1        A.   I live with my wife and two children.

 2        Q.   Can you give me your wife's full name, please?

 3        A.   Marlene Ramirez.

 4        Q.   Your two children, what are their names?

 5        A.   The youngest is 10-years old, his named is Jonathan

 6   Naranjo; and the 18-year old is Jeffery Naranjo.

 7        Q.   Is Mrs. - I'm sorry - Ms. Ramirez travels under her

 8   own last name or are you formally married or living together?

 9        A.   She uses her maiden name.

10        Q.   Where and when were you married to Ms. Ramirez?

11        A.   In Columbia, on December 26.

12        Q.   This is the most important question in the

13   deposition; and you better get this one right?

14        A.   I know.  '81.  1981.

15        Q.   Was Ms. Ramirez your first and only wife or have you

16   been married to others?

17        A.   My only wife.

18        Q.   Do you know whether or not you are Ms. Ramirez's

19   only husband?

20        A.   Yes.

21        Q.   Since arriving in the United States back in 1990 -

22             MR. FAMULARI:  '80.

23        Q.   I'm sorry.  I want to say 1990.

24             What type of work have you done in general?

25        A.   I have done welding in general.
```

1          Q.   Where did you receive your training in welding?

2          A.   I learned in the company - Miami Metal.  That's also

3     the same company as Pompeii Furniture.

4          Q.   Where are they located?

5          A.   I don't know the exact address.  It is in Miami.  It

6     is 22nd Street and Northwest 2nd Avenue.

7               MR. FAMULARI:  I've got a question.  For Henry, the

8          social security file, that should have all that in

9          there.  When I get it, I'll pass it on to you.

10              MR. VALLE:  Do you want him to answer the question

11         or are you going to send it to us?

12              MR. FAMULARI:  I'll send the file to you.

13              MR. VALLE:  Thank you.  That will clear up a lot of

14         things.

15    BY MR. VALLE:

16         Q.   How long did you work for Miami Metals?

17         A.   From 1982 to 1992.

18         Q.   Who was your immediate supervisor or the boss that

19    you reported to every day?

20         A.   I don't remember.

21         Q.   Why did you leave that job?

22         A.   I went to another company that was paying more.

23         Q.   What company was that?

24         A.   Jorge, J-O-R-G-E, Welding.

25         Q.   Where is that located?

1      A.   In Hialeah Gardens.   I know it is on Okeechobee but

2    I don't know the exact address.

3      Q.   You don't have to tell me the exact address just as

4    long you know generally, we know where it is.

5           How long did you work for Jorge Welding?

6      A.   From January to August of 1992.

7      Q.   Why did you leave that job?

8      A.   I had put in an application at a company that I then

9    went to work for and when they called me I went to Bradford

10   Marine.

11     Q.   Before working for Bradford Marine did you have any

12   experience at all in welding aboard a ship?

13     A.   No.

14     Q.   When you went to work for Bradford Marine, I guess

15   it was 1992, was there any training program that you had to

16   go through?

17     A.   They give me a welding certificate there, "ABS"

18   certificate.

19     Q.   I'm concerned with what type of training that you

20   received, okay; and when you received it?

21     A.   I didn't receive any training.   It was repair work,

22   and I knew how to do it.   It was easy.

23     Q.   Do you know what "ABS" means?

24     A.   No, but I understand it is a certificate to work on

25   ships.

1        Q.   When were you provided with the ABS certificate?

2        A.   In October, I don't remember the exact address.  It

3   was more or less in October of the same year.

4        Q.   So around October of 1992 Bradford Marine certifies

5   you as an ABS welder?

6        A.   Yes, sir.

7        Q.   Do you have to take any type of a test or

8   examination in order to earn the certificate?

9            (WHEREUPON, the testimony requested was read back by

10           the reporter as recorded.)

11       A.   Yes, sir.

12       Q.   What kind of test was it?

13       A.   Welding two sheets of aluminum and a pipe.

14       Q.   Was there any written examination?

15       A.   I believe so because the company has a certificate

16   saying that I passed.

17           MR. DAPENA:   I don't think he understands.

18       Q.   I understand that you passed and got a certificate.

19           As part of the process of getting the certificate

20   did you have to take a written test?

21       A.   No, sir.

22       Q.   Did anyone at Bradford Marine give you any

23   instruction on what to do when welding in a confined space

24   aboard a ship?

25       A.   Yes.

1    Q.   Who was that, that gave you instruction and what was

2  that, please?

3    A.   My boss.

4    Q.   You know who that is, I don't.

5    A.   Tony Watson.

6    Q.   When was that?

7    A.   Well, before them there were other bosses for the

8  welding.

9    Q.   Correct, but I'm interested in whether or not there

10  was someone that actually said, Mr. Naranjo, this is the way

11  that you proceed to weld aboard a ship; and gave you

12  instructions on how to do that?

13    A.   Yes.  He gave me instructions.

14        Do you need to know when?

15    Q.   Yes, roughly.  When was it that he instructed you?

16    A.   Whenever there was a job to be done on the ship he

17  went with me and told me what to do.

18    Q.   In this particular case, when you were working on

19  the ship that did eventually explode, did Mr. Watson or

20  anybody else come aboard the ship with you and give you

21  instructions on how to proceed?

22    A.   The captain of the yacht that exploded he was the

23  one that told me what I had to do.

24    Q.   What exactly, to the best of your recollection, did

25  he instruct you prior to the time of your accident?

1      A.  He took me through the place where I was going to do

       the work, and he told me that I needed some aluminium, black

3      kit or plates, to install them there to be welded.

4          MR. FAMULARI:  Just so that we don't mislead anybody

5          by what is going on, we had the day that the yacht

6          exploded; but I believe that Henry was working on the

7          boat for five or six weeks with the captain, so this

8          went on for a long period of time in case you didn't

9          know that.

10         MR. VALLE:  I didn't.  I don't know if it is a sail

11         or a power boat.

12         MR. FAMULARI:  It is a beautiful sport fisher.

13         MR. VALLE:  I didn't know that they made a sport

14         fisher with concrete and all.

15         (WHEREUPON, a brief off-the-record discussion was

16         had.)

17   BY MR. VALLE:

18     Q.  Let me back up a step.  My original question was:

19   Did anybody from Bradford come aboard the ship at the time

20   that the accident happened and instruct you as to how to go

21   about welding the place that you were supposed to weld?

22     A.  No.

23     Q.  You were working for Bradford Marine for, roughly,

24   five years before this accident happened and during the

25   course of that employment had you welded aboard other ships?

1    A.  Yes.

2    Q.  Were you familiar with the type of equipment they

3  had at Bradford Marine by the time this accident occurred?

4    A.  Yes.

5    Q.  Do you know whether or not that they had any type of

6  devices that are commonly called "sniffers" which are used to

7  test the presence of gas in enclosed spaces before the

8  welding procedure?

9    A.  No, but they have a person there.  They have someone

10  that certifies that the area is gas free.

11        MR. DAPENA:  To what would be hired?

12        MR. FAMULARI:  No one was hired to do that.

13        MR. VALLE:  Could you read that answer back.

14        (WHEREUPON, the testimony requested was read back by

15        the reporter as recorded.)

16  BY MR. VALLE:

17    Q.  My understanding from your answer, to your

18  knowledge, they didn't have any type of equipment or a

19  machine that would test the presence of gas; is that correct?

20    A.  That's correct.

21    Q.  Who was the person at Bradford Marine, at the time

22  of this particular accident, that certified whether or not an

23  area was gas free?

24    A.  His name is Peter Raymond.

25        MR. DAPENA:  Rimmell, R-I-M-M-E-L-L.

```
 1       Q.  Did Mr. Rimmell, to your knowledge, certify that
 2  this particular area was gas free before you began welding on
 3  the day that this accident happened?
 4       A.  I suppose so because if the ship was certified as
 5  gas free it meant that work would we done.
 6       Q.  You are saying that, "I suppose so"; you're going to
 7  get in trouble.  If you know you can say yes; if you don't
 8  know, say that you don't know?
 9       A.  The boat was certified gas free and the job could be
10  done.
11       Q.  Mr. Rimmel did that?
12       A.  He did.
13       Q.  Did you see him on the job site?
14       A.  No, I did not see him on the job site.
15       Q.  How do you know that he certified the vessel gas
16  free or are you assuming that he did?
17       A.  I don't know how to answer that.
18       Q.  Okay.  Do you have personal knowledge that Mr.
19  Rimmel came aboard that boat and declared that boat gas free
20  before you did the welding?
21       A.  No, I do not have knowledge.
22       Q.  Did Bradford Marine post any sign or give any
23  indication that the area has been inspected and found to be
24  gas free on the vessel where you have done your work?
25       A.  Yes.
```

1    Q.   What type of sign or what type of indication is

2    there to you when you go aboard a vessel that it has been

3    inspected and found to be gas free at Bradford Marine?

4    A.   They post a sheet of paper that has his signature on

5    it that certifies that the area is gas free.

6    Q.   Was there such a paper posted on this particular

7    ship before you performed your welding?

8    A.   Yes.

9    Q.   Before you began your welding did you ventilate or

10   air out the area that you were going to be welding in before

11   you began?

12   A.   Yes, I used air extractors; and the area was free

13   for several hours before I started working there.

14   Q.   What do you mean "Air extractors"?

15   A.   An air extractor is always used with a hose to

16   remove smoke or gas or fuel odors.  It's to prevent anything

17   from accumulating in the work area.

18   Q.   If this vessel was certified as gas free already,

19   why did you do that?

20   A.   Because the captain told me to do the job.

21   Q.   But if the vessel was certified as gas free and you

22   had been working aboard the vessel for a month, why did you

23   find it necessary to use air extractors in the area where you

24   welded on the day that the accident happened?

25        Do you want her to read it back?

```
 1          THE INTERPRETER:  Yes.

 2          (WHEREUPON, the testimony requested was read back by

 3      the reporter as recorded.)

 4      A.  As a precaution, it's always done.

 5      Q.  Did you ever receive any training on what you should

 6  do before you, in your welding, before you cut into the area

 7  that may be confined or an enclosed area?

 8      A.  Did you say cut?

 9      Q.  Yes, before you weld or cut into an area where there

10  may be a space or a structural void, before you do that, were

11  you ever trained with regard to safety precautions?

12      A.  No, but the boss instructs us.  The boss instructs

13  us that we have to do that for our health to protect our

14  health and for safety reasons.

15      Q.  Let's assume that we're going to cut into the box or

16  tank.  Before you cut into that box or tank are you trained

17  to do anything to be sure that there are no gases enclosed in

18  that tank or in that box?

19      A.  No.

20      Q.  Before you began welding on the deck on the day this

21  accident happened, did you tap the deck or in any way

22  determine whether or not there was a hollow space under the

23  area where you were welding?

24      A.  No.

25      Q.  Is that a common procedure that you follow whenever
```

```
 1   you weld on the deck to determine whether or not there might
 2   be a hollow space underneath it?
 3              THE INTERPRETER:  I don't understand the question.
 4              MR. VALLE:  Neither do I.
 5       Q.  Have you been trained to determine whether or not
 6   there is a hollow space underneath decks or between bulkheads
 7   where you were asked to weld aboard the ship?
 8       A.  No.
 9              (WHEREUPON, a brief off-the-record discussion was
10       had.)
11   BY MR. VALLE:
12       Q.  Mr. Naranjo, we got off track in the chronology of
13   the event.  We got into talking about how the incident
14   occurred a little earlier than I wanted to.  Let's back up a
15   little in time.
16              Between 1992 and 1997 other than the welding test
17   that you took were you given any other type of instruction or
18   did you receive any other type of training in welding and,
19   specifically, in welding aboard a ship?
20       A.  No.
21       Q.  Other than this particular accident have you ever
22   injured yourself by way of an accident before in your
23   lifetime and let me tell you what I mean by that.  All of us
24   have bumps and bruises as we grow up and minor cuts and
25   scratches as we grow up.  Things like that, I'm not concerned
```

```
1   with those types of accidents, those types of injuries.

2          I would like to know if you ever injured yourself in

3   an accident, other than this case, where the injury

4   was significant enough that you had to seek medical care?

5       A.   No.

6       Q.   In your answer to interrogatories you indicate that

7   you may have had a foot injury while you worked at Bradford

8   Marine.  Do you recall anything about that?

9       A.   Yes, I injured my foot.  I had an accident where I

10  injured my foot.

11      Q.   That's the type of thing that I was asking you

12  about?

13      A.   Oh.

14      Q.   Have you ever injured your back or your neck prior

15  to the time that you were involved in this accident?

16      A.   Not before the accident, no.

17      Q.   Can you tell me, again, what year it was that you

18  came to the United States?

19      A.   In December of '81.

20      Q.   There seems to be an indication from North Broward

21  Hospital records that you had a prior neck x-ray in '1977.

22          Would that, perhaps, be another Henry Naranjo or was

23  this you?

24      A.   It was me.

25      Q.   How did you have x-ray in 1977 at Broward General
```

1    Hospital when you had not come to the United States?

2        A.   No, in '97 - excuse me.

3        Q.   I meant the Broward General records that indicate

4    you had a prior x-ray of your neck in 1977?

5        A.   No.

6        Q.   That was a different Henry?

7        A.   Yes.

8        Q.   Your diagnostic tests in this particular case have

9    suggested that you had a prior or old injury in your low

10   back.  Can you recall having injured your low back at any

11   time prior to this particular case?

12       A.   Before the accident, I never hurt my back.

13       THE INTERPRETER:  I'm sorry:  I said I never hit my

14   back.

15       MR. VALLE:  I hate to do this.

16       MR. FAMULARI:  Are those North Broward medical

17   records?

18       MR. VALLE:  Yes.  The Broward General Medical

19   Center.

20       MR. FAMULARI:  You know what is here this is the

21   1977 - look what date was signed, you know.

22       MR. VALLE:  But it said that "Did you have previous

23   x-rays."

24       (WHEREUPON, the above referenced document was

25   marked as Defendant's Exhibit No. 1 for

1        Identification.)

2   BY MR. VALLE:

3        Q.  Mr. Naranjo, looking at the document that has been

4   marked Defendant's Exhibit No. 1 and tell me if that is your

5   signature in the lower left-hand corner?

6        A.  Yes.

7        Q.  Now, if you look up - If you look up to Item 3 there

8   is a question as to whether or not you had prior x-rays taken

9   at that hospital; and the answer there seems to be, Yes; and

10  you had x-rays taken in 1977.

11       My question is:  Did you provide that information to

12  the hospital as it is reflected on the form?

13       A.  No.

14       Q.  When you signed that form did it have the answer on

15  it.

16       A.  I - when I signed the form it was not written there.

17  I don't know why the date is there.

18       Q.  So it is your testimony that you have never injured

19  your back or your neck prior to the time that this particular

20  accident occurred; is that correct?

21       A.  That's correct, not before.

22       Q.  Did you ever have any problems with your back before

23  this accident happened, pain?

24       A.  No.

25       Q.  Spasms or any type of limitations with lifting or

1  twisting?

2      A.  No.

3      Q.  Did you ever have any pain or numbness in either one

4  of your legs prior to the time this accident happened?

5      A.  Not before the accident, no.

6      Q.  Here is one of those silly questions, okay.  Have

7  you every been examined or treated for any type of substance

8  use or abuse prior to the time that this accident occurred?

9      A.  No.

10     Q.  Do you know what I mean by that?

11     A.  Yes, sir.

12     Q.  Let me just mention to you anyway, when I say,

13  "Substance use or abuse," I mean alcohol or any type of drugs

14  whether the drugs were prescribed or not.  With that in mind,

15  and with that definition or explanation in that context is

16  your answer still the same, that you had never been examined

17  or treated for any kind of substance abuse or use?

18     A.  I was never tested but when the accident happened, I

19  was tested.

20     Q.  I mean in your lifetime prior to this accident?

21     A.  No.

22     Q.  I'm not asking if you ever had a beer.  I mean did

23  you come under the care of a doctor or any type of medical

24  person because of what they considered to be an abuse of

25  alcohol or drugs?

1          A.   No.

2          Q.   On the day that the incident occurred, prior to the

3    incident, did you consume any alcohol?

4          A.   No.

5          Q.   Were you taking any type of medication?

6          A.   No, sir.

7          Q.   At the time that this accident happened did you have

8    a doctor that you referred to as your family doctor?

9          A.   Yes.

10         Q.   Who was that doctor?

11         A.   Louisa Stern.

12              MR. KALLEN:   Spell that one.

13              MARLENE RAMIREZ:   S-T-E-R-N.

14         Q.   Louisa Stern.

15              Where is Louisa Stern located?

16         A.   In North Miami, I'll give the address to my

17    attorney.

18         Q.   Is this the doctor that you and your family went to

19    for colds and the flu and other things that came up?

20         A.   Yes, sir.

21         Q.   When you were working for Bradford Marine did they

22    have a health plan?

23         A.   Yes.

24         Q.   Were you cover by their health insurance while you

25    worked there?

```
 1        A.   Yes.

 2        Q.   What was the name of the company, do you recall?

 3        A.   AvMed.

 4        Q.   Were you part of the program, part of the AvMed

 5   program?

 6        A.   Yes.

 7        Q.   Did they give you a little card with your number on

 8   it and your group number on it?

 9        A.   Yes, sir.

10        Q.   Do you happen to still have that card?

11        A.   Yes, but not here.

12             MR. FAMULARI:  I'll get it for you.

13        Q.   Who was in charge of health claims at Bradford

14   Marine?

15        A.   Repeat the question.

16        Q.   If you had a problem, if you had to go to a doctor,

17   and you had to fill out the paperwork was there anybody at

18   Bradford Marine in charge of that type of paperwork?

19        A.   No, I would make an appointment with my doctor; and

20   I would let my boss know and that's all.

21        Q.   There was a woman who did most of the administration

22   at Bradford Marine.  Do you recall her name?

23        A.   I think her name was Thelma.  She knows all about

24   the insurance.

25        Q.   Other than this particular lawsuit have you ever
```

1    made a claim against any person or company for damage as a

2    result of a personal injury to either yourself or any member

3    of your family?

4        A.  No.

5        Q.  have you ever been involved in any litigation or any

6    lawsuit like this?

7        A.  No, sir.

8        Q.  I bet that you wish that you were not involved in

9    this one.

10           Do your children attend school?

11       A.  Yes, sir.

12       Q.  Where do they go to school?

13       A.  The older one is in high school called McArthur.

14   The other one Height's boulevard.  Heights Boulevard

15   Elementary.

16       Q.  To your knowledge have either your wife or your

17   children had to seek any type of counseling for any reason

18   whatsoever since your accident?

19       A.  No.

20       Q.  Have you either worked or looked for employment at

21   any time since this accident happened on July 7, 1997?

22       A.  I worked at the company until January of 1999.

23       Q.  When did you start working for the company?

24       A.  After the accident the doctor ordered me to do

25   light-duty work in about five months after the accident.  It

```
1    is the same company, Bradford.

2         Q.  How long did you work for them at that time?

3         A.  I would like to explain.  When I felt really bad I

4    went to the doctor; and the doctor would tell me not to go to

5    work, and sent me he the get more therapy.  After several

6    months he was - the doctor would sent me back to work.  I

7    don't know what period of time.

8         Q.  Give me your best estimate as to how long that you

9    worked for Bradford Marine after you began your light-duty?

10        A.  I can't estimate the time.

11        Q.  Was it weeks or months?

12        A.  Months.

13        Q.  What caused you to stop working?

14        A.  Because they thought that I could not do the work

15   and they told me that they don't have me there in this

16   company under those circumstances.

17             MR. FAMULARI:  Who exactly told you?

18   BY MR. VALLE:

19        Q.  Who exactly told you that?

20        A.  In a letter that I got that was signed by my boss at

21   the time and by the president of the company.

22        Q.  Do you still have a copy of that letter?

23        A.  I have a copy, yes.

24             MR. FAMULARI:  I'll get it.

25        Q.  What kind of work did they have you doing when you
```

1  returned to work at light-duty at Bradford Marine?

2      A.  I really couldn't do anything because of the pain.

3  First of all I couldn't walk well.  I couldn't move around,

4  and welding work always requires strength, et cetera; and

5  they saw that I could not do the work.

6      Q.  My question was:  When you returned to work at

7  Bradford Marine what type of light-duty work did they have

8  for you?

9      A.  They gave me easy jobs.  Like, really, they never

10  gave me anything hard to do.

11      Q.  What sort of thing did they ask you to do as part of

12  your job as light-duty?

13      A.  I was in - What do you call this department?  Is,

14  well - I was packing.  Pack rags in boxes.  That was,

15  basically, all that I had to do.

16      Q.  Pack rags into bags?

17      A.  Yes, take them out of the box and put them in a bag.

18      Q.  Were you doing any welding work for them?

19      A.  No.

20      Q.  Who was the supervisor on the light-duty job?

21      A.  I don't remember the name.

22      Q.  What is the name of the gentleman that you worked

23  directly for at Bradford Marine at the time that this

24  accident happened?

25      A.  Tony watson.

31

```
1        Q.   What is his position at Bradford?

2        A.   He is the boss of the welders, chief, head.

3            MR. FAMULARI:   Chief welder.  He is no longer with

4        Bradford.

5        Q.   Chief welder.  Okay.

6            Have you ever been examined or treated by a

7   psychologist or psychiatrist for any reason?

8        A.   Yes.

9        Q.   When was that?

10       A.   After the accident.

11       Q.   How about before the accident?

12       A.   No.

13       Q.   We'll get to that as well.

14           Let's now turn to the vessel that this accident

15  happened on.

16           MR. KALLEN:   Let me object to the form of the

17       question.

18       Q.   Let's now turn to the vessel on which this accident

19  happened.

20           MR. KALLEN:   Same objection.  Why don't we call it a

21       structure.  That's fine.  Call it what you will.

22           MR. VALLE:   I'll call it a boat.

23           MR. KALLEN:   I just wanted to say something.

24  BY MR. VALLE:

25       Q.   Let me rephrase the question.  Prior to this
```

```
 1   accident how long had you been working on the vessel on which
 2   the accident occurred?
 3        A.  Several months.
 4        Q.  Can you describe the vessel for us, please?  What
 5   type of boat was she?
 6        A.  No, I can't.
 7        Q.  You can't describe it?
 8        A.  I know it is 80 feet long.
 9        Q.  Motor boat or sail boat?
10        A.  Motor boat.
11        Q.  Your attorney has described it as a sports
12   fisherman.
13            That's a big boat with a couple of chairs in the
14   back; and used, generally, for fishing; is that the kind of
15   boat that it is?
16        A.  Yes, that is the type of boat.
17        Q.  How many engines does it have?
18        A.  Two.
19        Q.  What type of work did you do aboard that particular
20   vessel before this accident happened in the month that you
21   worked on it, several months?
22        A.  Repairs.
23        Q.  What kind of repairs?
24        A.  I removed a seal from a door and put another one to
25   make the instrument console.  I worked in the engine room
```

```
 1    also, and putting on sprockets.  Simple things but usually
 2    repairs.
 3        Q.  When you worked in the engine room did anyone
 4    certify the engine room as gas free before you began working
 5    there?
 6        A.  It was certified.
 7        Q.  How do you know that?
 8        A.  Because there is always a paper posted.
 9        Q.  When you were given a job to do on this particular
10    vessel would there be any paperwork that would describe what
11    you were supposed to do that you either filled out or worked
12    with?
13        A.  No, I always had to see the captain; and he told me
14    what I had to do; and he instructed me.
15        Q.  Did you fill out the work order?
16        A.  After the job I filled out a work order.
17        Q.  Did you kept track of your time that way, correct?
18        A.  Yes, my time.
19        Q.  Did you describe the job that you had performed on
20    the work order?
21        A.  Yes.
22        Q.  In other words if I go to Bradford Marine and say,
23    Give me the document that shows me what Mr. Naranjo did on
24    that particular vessel before this accident; then she should
25    have a record of the work that you did, correct?
```

```
 1        A.  Yes.

 2        Q.  What do they call those documents at Bradford

 3   Marine?  Do they call them work orders or do they call them

 4   invoice or vouchers or what do that they call them?

 5        A.  It's like a work order.

 6        MR. FAMULARI:  Larry, do you have those.  We got a

 7   package last week from somebody.

 8        MR. VALLE:  I got a whole - I don't know if it is

 9   posted or free - I don't know if it is after the

10   explosion or before, but I got a thing that thick with

11   all kinds of invoices and descriptions of work done to

12   the vessel.  But, very frankly, I have not looked

13   through them as far as the dates go.

14        MR. FAMULARI:  I think it was before and after.

15        MR. KALLEN:  That was something that you just got

16   in?

17        MR. VALLE:  I got it in response to a request for

18   production.

19        MR. FAMULARI:  They didn't send it to you, John?

20        MR. VALLE:  It's about that high, descriptions and

21   invoices.

22        MR. KALLEN:  Send me a copy somebody.

23        MR. VALLE:  Sure.

24        (WHEREUPON, a brief off-the-record discussion was

25   had.)
```

```
 1              (WHEREUPON, the testimony requested was read back
 2         by the reporter as recorded.)
 3    BY MR. VALLE:
 4         Q.  What information would you put on the work order
 5    that you completed?
 6         A.  What I did and how long it took.
 7         Q.  If you did an air evacuation of the area - Strike
 8    that.
 9              Other than on that particular day, in all of the
10    jobs that you did aboard the vessel before this accident
11    occurred, did you ever find it necessary to perform an air
12    evacuation of any other area where you had welded aboard that
13    ship?
14         A.  Yes.
15         Q.  On how many occasions did you do that?
16         A.  Always.
17         Q.  What type of equipment do you have available to you
18    for that air evacuation that we're here talking about?
19         A.  A blower with a hose.  You extract gases or smoke.
20         Q.  How many hoses and what size?
21         A.  Two and they're about 8 inches.
22         Q.  8 inches in diameter?
23         A.  Yes.
24         Q.  What type of blower?
25         A.  I don't know the brand name.
```

1      Q.  Was it electric or a gasoline?

2      A.  Gasoline.

3      Q.  Was the blower located on board the vessel; or did

4  you have to bring it on board the vessel; or was the blower

5  located off the vessel and you just bring on the lines?

6      A.  We had to bring it and install.  We installed all

7  the equipment for that.

8      Q.  Who was it that determined how long this area had to

9  be evacuated before you could begin welding?

10     A.  Nobody decided it.  It was just known that it had to

11  be, well, the time it was about a couple of hours.

12     Q.  How did you learn to do that?

13     A.  One learned there in the company.

14         MR. KALLEN:  Say that again.

15         MR. VALLE:  One learned there in the company.

16     Q.  Did anyone give you a specific instruction as to

17  when and how to use the air evacuation system?

18     A.  Yes.

19     Q.  Who instructed you as to what to do?

20     A.  Tony Watson.

21     Q.  And when was that?

22     A.  Whenever there is a job to be done he requires that

23  it be done for your safety.

24     Q.  I use the word "instructed."  I probably should have

25  used a different word.

```
 1            Who showed you how to use the equipment when you

 2   first used it back at the beginning of your employment with

 3   Bradford?

 4        A.   My boss at the time.

 5        Q.   Who was that?

 6        A.   The first one that was there, I don't remember the

 7   name.

 8        Q.   How do you determine how long that you should use

 9   the equipment before beginning welding?

10        A.   I don't understand the question.

11        Q.   Okay.  How do you know like - Strike that.

12            In this particular instance, before you began

13   welding on the day that this accident happened, how long did

14   you use the air evacuation equipment before you began

15   welding?

16        A.   I installed it in the morning on the day of work in

17   the afternoon.  So it would have been on some five or six

18   hours.

19        Q.   How did you know to put it on for five or six hours

20   as opposed to an hour or opposed to 10 hours?

21        A.   Whenever one is going to do a job one installs all

22   the safety equipment before starting a job; and take several

23   hours and leave it installed there.

24        Q.   But how did you know for how many hours to leave the

25   equipment operating before beginning your welding?
```

```
1              MR. DAPENA:  But you want to ask in Spanish.
2        Q.  Go ahead?
3        A.  There is no way to determine for a location.  First
4   one always ventilates the area well for a precaution for a
5   period of more than an hour or several hours.
6        Q.  Let's assume that you are going to be welding in a
7   small area, in closet or something?
8        A.  (Uh-huh).
9        Q.  How would that - Strike that.
10             How would you use the smoke or air evacuation system
11  in that small area as opposed to in a larger area such as the
12  lazarette?
13       A.  Could you repeat the question?
14       Q.  Let me rephrase it.  I take it on this vessel, as on
15  any other vessel you worked in, there were areas that were
16  smaller and areas that were larger?
17       A.  Yes.
18       Q.  How would you know how much time to use the air
19  evacuation equipment in small areas and in larger areas?
20       A.  I don't know how to answer that.
21       Q.  Well, I mean how do you know how long to use the air
22  evacuation equipment on a given area that you would be
23  welding in?
24       A.  I don't still - don't know how - I know that I
25  install it.  At the time that one decides to use the
```

1   equipment, one doesn't know.

2       Q.  Okay.  That's sort of where I was going with the

3   next question.

4       When you finish using the air evacuation equipment

5   how do you know that the area is safe at that time?

6       A.  In this particular case where I worked, I was sure

7   of what I was doing because of the order that I got from the

8   captain that was a safe area.  There was nothing there.  But

9   in any case I take my precautions without him telling me to

10  install the equipment.

11      Q.  At the end of the period of time that you think the

12  evacuation equipment was necessary did you perform any test

13  or do you have any other way of determining whether or not

14  you need to use the system for a longer period of time?

15      A.  No, I didn't have to know anything.  That was not my

16  job.

17      Q.  You didn't light a match or anything like that?

18      A.  No.

19      MR. FAMULARI:  I think what might be confusing him

20      a little bit is - I might be wrong about this - is that

21      the air extraction equipment - I don't think that they

22      shut it off when they are welding.  I think it is kept

23      going on when welding, especially, the lazarette - I

24      think that it is continued going.

25      Q.  While you were welding on board the ship would you

```
 1   have to disconnect and remove the air evacuation equipment or
 2   was it continuously operating when you were welding?
 3        A.   I would leave it turned on and then I would take it
 4   out - take away.
 5        Q.   When would you take it away?
 6        A.   At the end of the job.
 7        Q.   When the explosion occurred in this case was the air
 8   evacuation system in operation?
 9        A.   Yes.
10        Q.   If you were going to work in the smaller areas, as
11   opposed to larger areas, did you ever adjust the amount of
12   time that you would allow the air evacuation system to work
13   before you began welding?
14        A.   What do you mean "Adjust the time".
15        Q.   Let's assume that you worked in a small area.  How
16   long would you leave the air evacuation system on in the
17   smaller areas as opposed to an area the size of this room?
18        A.   Whatever time is necessary to do the job.
19        MR. KALLEN:  Larry, his testimony is that he keeps
20     it on all the time on all welding jobs.
21        MR. FAMULARI:  I think that is what he is saying.
22        MR. VALLE:  I want to know how long that he keeps
23     it on before he fires up the torch.
24        MR. FAMULARI:  Why don't you ask him, Did he keep
25     it on longer in the engine room than in the lazarette?
```

```
 1        I assume the engine room is larger than the lazarette.
 2   BY MR. VALLE:
 3        Q.  Who makes the decision as to when it is safe to
 4   light up the torch?
 5             THE INTERPRETER:  What do you call the "torch"?
 6             MR. DAPENA:  Tell him the welding torch.
 7             THE INTERPRETER:  I want to tell him but I don't
 8        know if that was the right word.
 9             MR. VALLE:  Okay.
10             THE WITNESS:  The person doing the job makes that
11        decision depending on the instruction received from the
12        person giving the job.
13   BY MR. VALLE:
14        Q.  You agree with me there are a lot of gases,
15   inflammable gases, that you can't smell and that you can't
16   tell that are present in an area?
17        A.  Yes.
18        Q.  My last question before lunch is going to be:  How
19   do you know before you light your torch, how do you know that
20   it's safe to light the torch and that the gases have been
21   evaporated?
22        A.  I wouldn't know because I don't have a gas detector.
23             (WHEREUPON, a brief lunch recess was had.)
24             MR. VALLE:  Ready to go.  Read back the last
25        question and answer.
```

```
 1              (WHEREUPON, the testimony requested was read back
               by the reporter as recorded.)
 3    BY MR. VALLE:
 4         Q.  On the - Strike that.
 5              For several months that this vessel was at Bradford,
 6    before the accident happened, were you aware that other work
 7    was going on aboard the vessel?
 8         A.  Yes.
 9         Q.  Were you aware that work such as varnishing,
10    lacquering, or paint removal was taking place?
11         A.  Yes.
12         Q.  In those processes that I have just discussed, you
13    will agree with me, will you not, there is flammable fluids
14    that are used?
15         A.  Yes.
16         Q.  Were you aware of any spillage of any type of
17    flammable fluid in the area where you were working in the
18    lazarette or around that area before the date of accident?
19         A.  No.
20         Q.  Did you happen to notice whether or not there was a
21    can of acetone - Strike that.
22              Are you familiar with the fluid known as acetone?
23         A.  Yes, I am familiar with that.
24         Q.  Tell me what that is used for?
25         A.  I've seen it there.  I don't know what it is used
```

```
 1    for.  It is used by the painters.

 2         Q.  Were you aware or did you become aware before this

 3    accident as to whether or not a can of acetone had been

 4    knocked over or had spilled in this area where you were

 5    working before the accident occurred?

 6         MR. FAMULARI:  Object to form.

 7         A.  No.  No.

 8         Q.  When you were in this area before you began welding

 9    on the date this accident happened, did you encounter any

10    unusual smells?

11         A.  No.

12         Q.  How often during the course of a week - Strike that.

13         In the week before this accident happened how often

14    did you find yourself performing work aboard this vessel?

15         A.  Several times.

16         Q.  On a daily basis were you there every day or every

17    other day?

18         A.  Almost every day.

19         Q.  Was the vessel in dry dock?

20         A.  No, it's in the water.

21         Q.  So it was outside then?

22         A.  In the water.

23         Q.  What areas of the vessel did you work on before you

24    were asked to weld in the lazarette?

25         A.  I worked in the engine room, and I worked in the
```

1    hall.  I worked in the part where the top part - where the
2    instrument panel is, the bridge.  That's all.
3        Q.  Please forgive me.  I don't mean to keep going back
4    to this but I want to clear something up in my mind.  You
5    have told me that you always use the air evacuation system
6    before you began welding?
7        A.  Yes, sir.
8        Q.  How did you know for how long to use the air
9    evacuation system before you began welding in the different
10   areas where you worked?
11       A.  One does not decide the time.  The first thing that
12   you do is install.  One does not determine the time.
13       Q.  Well, you installed the air evacuation system,
14   correct?
15       A.  Yes.
16       Q.  How would you know how long to keep it running
17   before you lite your torch so to be sure the area is safe?
18           THE INTERPRETER:  He says a minimum or maximum?
19           THE WITNESS:  There is no minimum.  I don't know.
20   BY MR. VALLE:
21       Q.  How do you know when you light your torch you know
22   that you're not going to blow up?
23       A.  Because if they send me to do the job there I was
24   sure what I was doing because the captain told me.  Because
25   he told me there was no - 1 asked the captain before starting

1    work, if there were any tanks or fuel lines there; and he

2    told me, no.  The only thing that he told me was there was

3    concrete and an aluminum sheeting plate.

4         MR. VALLE:  He used the word "flush."

5      A.  Right on top of the concrete.

6         MR. KALLEN:  Would you mind repeating that answer?

7      Because I'm not sure of what was - it was broken up.

8         (WHEREUPON, the testimony requested was read back by

9      the reporter as recorded.)

10        THE INTERPRETER:  Aluminum sheet or not sheeting.

11     He said there was a "no" in there that he said.  He

12     asked the captain if the fuel line on the tanks; the

13     captain said, no.  The only things is --

14        MR. KALLEN:  Was concrete and aluminum sheets or

15     plates on top.  Okay.

16   BY MR. VALLE:

17     Q.  Let's just for the moment forget this accident.

18     A.  Okay.

19     Q.  Let's go back to when you were welding in the engine

20   room.  You said that the engine room was certified gas free,

21   correct?

22     A.  Yes.

23     Q.  Did you still use the air evacuation system in the

24   engine room before you started welding?

25     A.  Yes.

```
 1        Q.   Why?

 2        A.   They taught us there in the company that it was

 3   usual to use it for safety reasons and for our own safety.

 4        Q.   How did you know when you were in the engine room

 5   when it would be safe to turn on your torch after the air

 6   evacuation system had been on for some time?

 7        A.   One is sure of whatever one is doing because of the

 8   instruction that one has received; and one is more confident

 9   of safety when there is a piece of paper certifying.

10        Q.   Is there any test that you did, any test at all, to

11   determine when it would be safe to turn on your torch in any

12   of the areas where you welded on that ship?

13        A.   That one would do a test oneself, no; there is none.

14        Q.   As I understand it, you used the air evacuation

15   system for a period of time; and it could vary from two hours

16   to five hours.  There was no set period?

17        A.   Yes, that's correct.

18        Q.   Then whatever time you decided to begin welding

19   there was no test to determine if the area had been totally

20   evacuated from any gases that had been there before you

21   started welding, correct?

22        A.   Yes.

23        MR. VALLE:  You have to do it in English.

24        MR. DAPENA:  What I am saying is that you asked

25        whether there was a test performed.
```

(954) 523-0915  HI-TECH COURT REPORTING, INC.

1              She is saying were there any way of knowing but you

2       wanted to know if it is a specific test?

3              MR. VALLE:   Was any testing performed before he

4       cranked up.

5              MR. DAPENA:   The test performed --

6              THE WITNESS:   That's not my job.

7    BY MR. VALLE:

8       Q.   When did you consider it safe to begin welding on

9    the day that the accident happened?  Did you consider it safe

10   when the captain told you there was no tanks and no gas in

11   the area; there was no fuel line in the area?  Did you

12   consider it safe at some point after the air evacuation

13   system had been on?

14      A.   When he told me and I had a lot of confidence in

15   him, and that's why I proceeded to do the job.

16      Q.   Approximately, what time of day was it when this

17   accident happened?

18      A.   It was after three in the afternoon.

19      Q.   You were working for Bradford Marine full-time at

20   that time?

21      A.   Yes.

22      Q.   In the document that we have reviewed it appears

23   that you were earning in the area of $640 per week; is that

24   right?

25      A.   For 40 hours, yes.  When I did overtime, it was

1  higher.

2      Q.  So $640 was your base pay?

3      A.  Yes.

4      Q.  That was for a 40-hour week?

5      A.  Yes.

6      Q.  In the year before this accident happened were you

7  working for anybody other than Bradford Marine?

8      A.  No, I only worked for Bradford.

9      Q.  Do you have any independent recollection - Let me

10  get that simpler:  Do you have a memory of how this accident

11  happened?

12     A.  Yes.

13     Q.  When did your memory concerning the accident come

14  back?

15     A.  Several seconds went by after the accident, and I

16  remember what happened.

17     Q.  It appears in the medical records in a number of

18  places that you have no recollection as to how the accident

19  happened; is that not accurate?

20     A.  It is correct what it says there because I was about

21  to lose unconsciousness and they kept me a wake.  On several

22  occasions I was losing consciousness.  That's when they took

23  me to the hospital.

24     Q.  In the hospital the records say, pretty clearly in

25  four places, that you have no recollections of the event; are

```
 1   those records inaccurate or not correct?

 2       A.  That's correct.

 3       Q.  My question:  When did you begin recalling how the

 4   accident happened?

 5       A.  After it happened - After it happened this is the

 6   first thing that I felt was a lot of pain.  I think several

 7   hours went by but I was more focused on the pain than what

 8   was happening to me.  But I don't remember really - later, I

 9   remembered.  But I don't remember what happened.

10       Q.  Can you remember telling anybody in the hospital

11   that you had know recollection as to how that accident

12   occurred?

13       A.  No, I don't remember.

14       Q.  You don't remember telling anybody that?

15       A.  There was so much time - It has been three years.  I

16   don't remember.

17       Q.  Is it your testimony today that as of a minute after

18   this accident happened that you recall exactly how it

19   occurred?

20       A.  I remember that they took me out.  Somebody got me

21   out of there; and somebody took me out from where I was

22   working at the time; and they helped me.

23       Q.  Why don't you tell me, Mr. Naranjo, from the time

24   that you arrived or that you got on the vessel on the day of

25   the accident until the time that the incident happened, tell
```

1   me what you did and how you did it?

2       A.  Well, I left my house and to go to work.  And when I

3   got there my boss, Tony Watson, told me to go see Captain

4   John Bredbec because he has a job for you.

5           He showed me the work area; and all the questions

6   that I asked him about safety, about whether there was a

7   tank, a gas tank, or oil tank.

8       Q.  Tell me to the best of your recollection what you

9   asked him and how that he responded?

10      A.  I understand from what people tell me in English

11  than what I can say.

12      Q.  Tell me in Spanish what you said to him and what he

13  said to you?

14      A.  When I went to see him I asked him if he had

15  something for me; and he said, yes.  So he took me to the

16  lazarette area, and he told me to put up the aluminum

17  brackets and to weld them where he showed me.

18          So I asked him whether there were tanks or some fuel

19  lines.  And he told me, no; what is there is concrete and a

20  sheet, flush on the concrete.  He told me the measurements,

21  the brackets.

22          So I started to prepare the area; and while I was

23  preparing the area there several hours went by and in the

24  mean time I was - I made several plates; and when I finished

25  making the plates I went and installed them there.

1          Sometime after three in the afternoon, I started

2     welding.  I welded to the first point and when I got to the

3     second one that is when the explosion happened.

4          After that I realized that they were taking me out.

5     They told me don't go to sleep and they shook my face.

6     That's when they took me to the hospital.

7          Q.  Let me stop you there.  You say that you made the

8     plates.  How do you make the plates?

9          A.  I made them in the welding shop.

10         Q.  You didn't make them on the ship?

11         A.  No.  I took them there and welded them to install

12    them.

13         Q.  What kind of metal were the plates made out of that

14    you prepared that day?

15         A.  Aluminum.

16         Q.  What type of deck were you welding on?

17         A.  Aluminum.

18         Q.  What type of welding torch were you using?

19         A.  It's called a welder.  Use argon and it's electric

20    and with an aluminum wire.

21         Q.  Was this the type of torch and type of wire that you

22    were accustomed to using?

23         A.  Yes, sir.

24         Q.  Did you use any equipment on the day this accident

25    happened that you were not familiar with?

1      A.  No, I always used the equipment that I know.

2      Q.  Was any air evacuation equipment being used anywhere

3   else on that ship, to your knowledge, when your accident

4   occurred?

5      A.  I don't know.

6      Q.  You said that you welded - You had already welded

7   one spot?

8      A.  Yes, I welded one spot and the second one was when

9   it happened.

10     Q.  Tell me what you did when you welded that first

11  point - I'm not a welder, so explain it to me like I'm a

12  student and you're a teacher?

13         MR. FAMULARI:  Explain how you welded the plate.

14     Q.  From beginning to end?

15         MR. FAMULARI:  The point.  There is a way to do it.

16     A.  This is the plate (indicating) and I put on my mask.

17  And I put my hand here to hold it so that it won't lift up

18  (indicating).  I take the torch and I aim it at the first

19  spot on this side (indicating).  Then I do the other corner

20  and that's when this explosion happened.

21     Q.  Were you involved in what they call "Spot welding"?

22     A.  What is that?

23     Q.  When you don't weld all the way around and when you

24  weld point-to-point?

25     A.  What I know from experience is that first that you

```
 1   do one, two, three, four, the four corners; then you begin to
 2   weld all the way around; and that's the idea.
 3       Q.  When you weld the first point do you know whether or
 4   not your torch penetrated the deck?
 5       A.  It is very hard to see when it enters.  You can't
 6   tell if the wire is going through or not.  You're not
 7   underneath.
 8       Q.  No, what I wanted to know, do you know - if you
 9   don't know, that's fine - I wanted to know do you know
10   whether or not your torch penetrated the deck when you welded
11   the first point?
12          MR. FAMULARI:  Object to form.  What do you mean by
13       "Penetrated the deck"?  When he struck it and did it
14       blow a hole through the deck; or it was just a bond
15       between the plate and the deck?
16          MR. VALLE:  No, I mean penetrated the deck.
17          MR. FAMULARI:  You want to know if he blew a hole
18       through the deck?
19          MR. VALLE:  Or whether he knows if he did.
20          THE INTERPRETER:  Or whether he torched open the
21       hole?
22          MR. VALLE:  Let's start off - You can probably ask
23       it better than I do.
24   BY MR. VALLE:
25       Q.  Do you know whether or not your torch penetrated the
```

```
 1   deck and put a hole in the deck plate when you welded that
 2   first point?
 3       A.  No.
 4           MR. FAMULARI:  You don't know?
 5           MR. VALLE:  He doesn't know.
 6           THE WITNESS:  No, I don't know.
 7   BY MR. VALLE:
 8       Q.  Do you know whether or not your torch penetrated the
 9   deck plate when you were beginning to weld the second point?
10       A.  I don't know.
11       Q.  Give me your best estimate in seconds or minutes as
12   to how long that you were welding at the second point before
13   the explosion occurred?
14       A.  It was fast.  It was here and there.  Very fast.
15       Q.  You know I don't know about welding.  Tell me how
16   long that it takes?  How long did it take to weld the first
17   point?
18       A.  It's seconds.
19       Q.  Five or ten?
20       A.  One second - One second or less.
21           MR. FAMULARI:  When you tack something -
22           MR. VALLE:  I need to know.
23       A couple of seconds?
24           MR. FAMULARI:  One second?
25           THE WITNESS:  It's very fast.
```

BY MR. VALLE:

Q. Was it just as quick when you welded the second point before the explosion?

A. Yes, sir.

Q. So you welded the first point; and then you went to the second point on the plate, the second corner; and you welded it for a second before the explosion?

A. More or less, a second, yes; is the accident happened. That's what one usually does on these jobs.

Q. You were holding your torch in direct contact with the deck plate or in direct contact with the bracket that you were going to weld on the deck or were you - Strike all that.

When you're welding a point, as you were on this particular incident, tell me in detail how that you go about doing that?

MR. FAMULARI: Pretend this is the plate and that this is the deck (indicating).

MR. VALLE: Fine.

MR. FAMULARI: Here is your torch.

A. This is my hand (indicating). This is the plate. Up there it is aluminum (indicating). When I aim the torch here, that comes up, so I have to hold it down with my hand (indicating). So I weld it here and just like that (indicating).

MR. KALLEN: Does the gun touch the plate?

1      Q.   Does the welding gun touch the wire?  You're welding

2  with wire, correct?

3      A.   Yes.

4      Q.   Are you melting the wire with the welding gun or are

5  you touching the deck or touching the plate that you're

6  welding onto the deck?

7      A.   You start with the plate and then the deck.

8      Q.   Where does the welding material come from, the wire?

9      A.   It's aluminum.

10     Q.   How does the aluminum wire get melted?

11     A.   With the heat.

12     Q.   Is the wire attached to - (indicating)?

13     A.   (Indicating) This is the torch and this is a roll of

14  wire; and it comes down here (indicating).  There's argon

15  here and electricity (indicating); and then that's when the

16  electricity causes a circuit and then it melts; and that's

17  how that I understand it.

18     Q.   The welding process is melting the aluminum to join

19  with aluminum on the deck and on the plate, correct?

20     A.   Yes, that is correct.

21     Q.   Is it necessary in the process for your torch to

22  come in direct contact with the plate that you're welding

23  onto the deck or the deck itself?

24     A.   It has to contact both of them otherwise where you

25  welded it, it might crack.

1    Q.  Does the welding torch soften up the aluminum on the

2    plate and the aluminum on the deck to be able to join with

3    the wire?

4    A.  In this case that is a question of chemistry but I

5    don't know.

6    Q.  Do you ever apply - Why is it that you apply that

7    torch to the deck?

8    A.  This is the aluminum sheet and this is the aluminum

9    plate (indicating); you have to fuse the two.

10    MR. FAMULARI:  I think I can ask him a quick

11    question to clear it up?

12    MR. VALLE:  Go ahead.

13    MR. FAMULARI:  Henry, the aluminum wire, does it

14    have to hit the plate to complete the electric circuit

15    that lights up the gas?

16    THE WITNESS:  Yes.

17    MR. FAMULARI:  You have to have a completed

18    electric circuit - is there a lead hooked to the plate

19    some place, a second lead, a ground?

20    THE WITNESS:  A ground.

21    MR. FAMULARI:  With the ground?

22    THE WITNESS:  The ship is aluminum.  So I find - I

23    find a bracket or a post and attach it there; and

24    that's the ground, so that makes energy when I make

25    contact.

```
 1   BY MR. VALLE:
 2       Q.   What you're telling me is that until you make
 3   contact with the tip of the torch onto to plate or onto the
 4   deck there is no heat?
 5       A.   That's right.   There is no heat until I make
 6   contact.
 7            (WHEREUPON, a brief off-the-record discussion was
 8       had.)
 9   BY MR. VALLE:
10       Q.   How thick is the deck?
11            MR. FAMULARI:   How thick is the aluminum deck?
12       A.   Can I explain something?
13       Q.   Go ahead.
14       A.   One knows from the kind of aluminum how much heat to
15   use.
16            MR. FAMULARI:   You see that I think that I wrote
17       this question down, and we'll probably have to ask a
18       welding expert.   Those machines have different settings
19       and I believe that you set them depending on how thick
20       the plate is and what alloy that you use.
21   BY MR. VALLE:
22       Q.   How did you determine how much heat to use in this
23   particular case?
24       A.   Starting with what the captain told me that the
25   plate here was a quarter - was a quarter-of-an-inch,
```

1    aluminum.

2         Q.   The deck plate was a quarter?

3         A.   The deck plate was a quarter (Witness answers in

4    English).

5              And the plate that I made to install was

6    three-quarters-of-an-inch.

7         Q.   So how did that tell you at what setting to put your

8    machine?

9         A.   From the years of experience, one knows.

10        Q.   What type of wire were you using?

11        A.   We used the best quality aluminum.

12        Q.   You don't know what kind of aluminum it was?

13        A.   I can't guess.  It has a number but I don't know

14   what number.

15        Q.   Does the type of wire that you use have any bearing

16   on how hot that you make the machine or what setting that you

17   put the machine on?

18        A.   No, it does not matter.  It could be thick or it

19   could be a thin wire.  It does not matter.

20             MR. FAMULARI:  He doesn't understand.

21        Q.   Does the nature of the material that the wire is

22   made out of have anything to do with how hot that you make

23   the machine?

24        A.   Yes, I believe so.  Yes.

25        Q.   What setting did you have the machine at on the day

1    of this accident?

2         A.   A 125 amps.  It goes up to 250.

3         Q.   What is the range?

4         A.   From 1 to 250.

5         Q.   From 1 amp or 100?

6         A.   It's a dial.  From 1 to 250.  Number 1 to 250.

7         Q.   You then had it at half power?

8         A.   Yes, which is sufficient heat to melt the wire with

9    the plates so that it will adhere.

10        Q.   If you didn't have to penetrate the plate what does

11   it matter how thick the plate is, in so far, as what dial or

12   what style setting that you're using on the machine?

13        A.   One knows more or less what degree of heat is needed

14   for the two parts to melt, so that they are fused.

15        Q.   The deck could have been 2-inches thick.  It would

16   not have made any difference because of the heat setting that

17   you used?

18             MR. FAMULARI:  No.

19        A.   No - There it depends if the deck is an inch and the

20   plate is an inch thick you have to heat it more.

21             MR. FAMULARI:  I might be able to clear it up.

22        Q.   Let's assume the plate is a quarter-of-an-inch or a

23   half-inch plate?

24             MR. FAMULARI:  No.  It is a quarter.

25             MR. VALLE:  The plate or the deck?

```
 1          THE WITNESS:  They only use quarter-inch plates.

            MR. KALLEN:  I'm confused.  I'm sorry.  When you

 3      say, "Plates," are you referring to the one that he

 4      fabricated or that are welded on the deck?

 5          MR. FAMULARI:  No.  He is talking about the deck.

 6          MR. VALLE:  Deck plate?

 7          MR. FAMULARI:  The deck.  He said the plate

 8      fabricated was three-quarters-of-an-inch, right?

 9          THE WITNESS:  Three-quarters (Witness answers in.

10      English).

11  BY MR. VALLE:

12      Q.  When you weld - I'll rephrase it.

13          THE INTERPRETER:  The confusion is because they are

14      all plates.

15          MR. VALLE:  I'll rephrase it then.

16  BY MR. VALLE:

17      Q.  When you're welding the plate to the deck your

18  welding iron softens the plate and softens the deck so that

19  it accepts the bonding material, correct?

20      A.  Yes, that's true.

21      Q.  If you don't have to penetrate the deck what does it

22  matter how thick the deck is?  If all that you are doing is

23  melting the surface of the deck and melting wire --

24          THE INTERPRETER:  You want to make sure that you're

25      not penetrating is the point.
```

1          MR. VALLE:  Let's go off for a second.

2          (WHEREUPON, a brief off-the-record discussion was

3     had).

4  BY MR. VALLE:

5     Q.  Let me approach it from a different angle.  Assume

6  that the deck was an inch-thick and the plate that you were

7  welding on the deck was three-quarters-of-an-inch thick, and

8  you were using the same wire.  What setting do you put the

9  machine at?

10    A.  At the highest, 250.

11    Q.  Why?

12    A.  So that the heat would fuse the wire with the two

13  other materials.

14    Q.  We're going to have to talk to a welding expert.  I

15  don't want to beat this to death.  We could continue on this

16  the rest of the week.

17         MR. FAMULARI:  I don't know the answer either, but I

18      know enough about welding that the temperature depends

19      on how thick the metal is because you don't get the

20      proper penetration - by penetrations, I don't mean

21      blowing a hole; but you need a certain penetration to

22      make a bond.  You don't want the weld to be too

23      shallow.  You don't want it too deep.

24         MR. VALLE:  What you're talking about is one

25      second.

```
1           MR. FAMULARI:  To tack it down.
2           MR. VALLE:  Yes.
3           THE WITNESS:  This had to be strongly welded
4      together because the plate was for some jack cylinders.
5  BY MR. VALLE:
6      Q.  How certain are you as to the setting as to what the
7  machine was at when the incident occurred?
8      A.  I had done several jobs like that; and from
9  experience, I know.
10     Q.  Tell me what - Are you certain that the welding
11 machine was set at a 125 amps when the incident occurred?
12     A.  Yes.
13     Q.  How do you know?
14     A.  I installed it myself.  I set it myself.
15     Q.  What is your first recollection - Strike that.
16          Do you have a recollection or memory of the
17 explosion itself?
18     A.  It was very strong.  It was so strong - It was very
19 strong.
20     Q.  The first question:  Do you remember the explosion
21 itself?
22     A.  Yes, I remember.  Now, I remember.
23     Q.  Did the explosion occur at the corner of the plate
24 that you were welding onto the deck or did it occur
25 elsewhere?
```

1        A.   No, it was right there.

2        Q.   Tell me what your first recollection is of the

3   explosion?

4        A.   What I remember was that I felt a lot of pain; and

5   that there were a lot of people there shouting that I

6   shouldn't - that I felt like I was falling asleep.  They told

7   me not to, and then rescue came and took me to the hospital.

8        Q.   When you were feeling a lot of pain, where was the

9   pain?

10       A.   In my back and in my foot.  I couldn't feel my feet.

11  I couldn't feel anything in either leg; but, especially, the

12  right one.

13       Q.   They took you by fire-rescue to the hospital?

14       A.   Yes, they took me to the hospital.

15       Q.   What hospital was that?

16       A.   Broward General.

17       Q.   What did they do for you when you arrived at Broward

18  General Hospital?

19       A.   They took x-rays and they took blood; and they took

20  blood.  I was many hours in the emergency room until they

21  took me to a room, and I was there for a week.

22       Q.   Our records show that you were there for about four

23  days?

24       A.   Four days.  Monday, Tuesday, Wednesday, Thursday,

25  and Friday.

65

1      Q.   You went in on a Monday and came out on the Friday?

       A.   Yes.

3      Q.   What did they do for you in the hospital?  What kind

4   of treatment did you receive?

5      A.   They give me therapy.   They did x-rays of my back.

6   Then they sent me home and the insurance sent me to the

7   doctor.

8      Q.   What is your understanding of the type

9   of injuries that you sustained in this accident?

10     A.   I had three fractured ribs, and I had fractured the

11  L5 S1, which is the lower part.

12     Q.   Who told you that you had a fracture of the L-5 S-1?

13     A.   The papers from a doctor.

14     Q.   What else?

15     A.   I had problems in my right leg, in my ankle.

16     Q.   What kind of problems?

17     A.   The swelling didn't go away and it hurt a lot.  My

18  heels hurt a lot when I walk.

19     Q.   I'm talking about back in 1997, not today?

20     A.   Okay.  That was what happened in '97.  A lot of pain

21  in my back and in my neck.

22     Q.   Did they perform any surgery on you when you were in

23  the hospital for that four to five days?

24     A.   No, sir.

25     Q.   Which doctor told you that you had a fracture at L5

```
1   S1?

2        A.   Gaetano.

3             MR. VALLE:  Off the record.

4             (WHEREUPON, a brief off-the-record discussion was

5        had.)

6   BY MR. VALLE:

7        Q.   When you were released from the hospital were you

8   sent home?

9        A.   Yes, sir.

10       Q.   Were you instructed to follow up with your doctor?

11       A.   Yes, sir.

12       Q.   Did you follow up with the doctor?

13       A.   The insurance company recommended a Dr. Gary

14  Schwartz .

15       Q.   Did you go see Dr. Schwartz?

16       A.   No.

17            Yes.  Yes, but he told me to go back to work.  He

18  sent me back to work but I was still sick.

19       Q.   When did he do that?  When did he tell you, you were

20  able to go back to work?

21       A.   About a year later, more or less, almost a year.  He

22  sent me to do light-duty.

23       Q.   In the year you were treating with Dr. Schwartz the

24  whole time?

25       A.   Yes.
```

1          Q.   What kind of treatment did Dr. Schwartz give you?

2          A.   He sent me for therapy.  He took x-rays.  That was

3    all until I kept feeling bad, and I got approval

4     from the insurance to go to another doctor.

5          Q.   When Dr. Schwartz released you to return to work was

6    that for light-duty?

7          A.   Yes.

8          Q.   How long did you work at light-duty at Bradford

9    before you felt the need to go back to another doctor?

10          A.   About two months.

11          Q.   What doctor did you see after that two months?

12          A.   Gaetano, Scuidero.

13          Q.   Has Dr. Scuidero remained your treating doctor from

14    that time until the present time?

15          A.   Yes, sir.

16          Q.   Were you examined by any other doctors or

17    physicians, or medical personnel, of any type, other than Dr.

18    Schwartz and Dr. Scuidero as a result of injuries from this

19    accident?

20          A.   They sent me to Dr. Bauer -

21               MR. KALLEN:  Ballwag.

22               MR. VALLE:  B-A-L-L-W-A-G.

23               THE WITNESS:  Then then they sent me to Dr.

24          Ballwag.

25    BY MR. VALLE:

1       Q.   How many times did you see Dr. Ballwag?

2       A.   One time that I think or two times.

3       Q.   How about Dr. Felice?

4       A.   Several times.

5       Q.   When was the last time that you saw Dr. Felice?

6       A.   I don't remember.

7       Q.   Did you see her last year?

8       A.   I think so probably.

9       Q.   Is Dr. Felice located in the North Shore Center?

10      A.   Yes.

11      Q.   What did you Dr. Felice do for you?

12      A.   Dr. Felice reviewed my therapy; and for the pain,

13   she recommended a massage machine, TENS --

14           MR. KALLEN:   TENS, all caps.

15      A.   -- and she suggested that I see a Dr. Henderson.  I

16   don't remember the other name.  Dr. Hall.

17      Q.   You saw Dr. Hall for what problem?

18      A.   No.  She recommended that I see him to see if that

19   doctor would give me an injection in my back to help the

20   pain.

21      Q.   Does Dr. Felice is the one that recommended Dr.

22   Henderson and Dr. Hall?

23      A.   Yes, sir.

24      Q.   Did Dr. Hall also treat your knee or examine your

25   knee?

69

```
 1        A.   No.
 2        Q.   Did you eventually go to see Dr. Henderson or Dr.
 3   Hall?
 4        A.   Henderson is a psychologist.  I think that is a
 5   psychologist.
 6             A psychologist, I don't remember exactly (Witness
 7        answers in English).
 8        Q.   What about Dr. Hall?  When did you see Dr. Hall?
 9        A.   Yes, sir.
10        Q.   Did you actually see Dr. Henderson?
11        A.   Yes.
12        Q.   How many times did you see him?
13        A.   Once.
14        Q.   How many times did you see Dr. Hall?
15        A.   Once.
16        Q.   What did Dr. Hall want to do for you?
17        A.   He wanted to give me an injection in my back, in the
18   lower back.
19        Q.   Did you have that injection?
20        A.   I don't remember.  They were going to do a small
21   operation to do the injection.  But I didn't want to because
22   the other operation was very, very recent and I had a lot of
23   pain.
24        Q.   Okay.  Is that why you did not have an injection in
25   your back that Dr. Hall recommended?
```

1       A.   No.

2       Q.   "No" is not the answer; or No, you did not have the

3  injection?

4       A.   No, I didn't do it.

5       Q.   You saw Dr. Hall after you had your back surgery?

6       A.   Yes, sir.

7       Q.   Did any of your other doctors, other than Dr.

8  Scuidero, recommend that you have surgery?

9       A.   No, Scuidero recommended a second operation.  No one

10  else recommend surgery.

11       Q.   Did anyone else recommend the first operation?

12       A.   No.

13       Q.   No.

14            So Dr. Scuidero has been the only doctor that

15  examined or treated you for this accident who ever

16  recommended that surgery; is that correct?

17       A.   That is correct.

18       Q.   He has recommended that you undergo a second surgery

19  now?

20       A.   Yes.

21       Q.   Are you going to go through with that?

22       A.   Yes.

23       Q.   Are you scheduled for it?

24       A.   No.

25       Q.   Other than the one attempt that you made to return

71

1  to work at Bradford Marine have you attempted to return to

2  work anywhere else since this accident?

3      A.  No.  No, senor.

4      Q.  What kind of doctor is Dr. Felice?

5      A.  I don't know, sir.

6          MR. VALLE:  Off the record.

7          (WHEREUPON, a brief off-the-record discussion was

8      had.)

9          (WHEREUPON, a brief recess was had.)

10  MR. VALLE:

11      Q.  Mr. Naranjo, other than Broward General Hospital,

12  Dr. Schwartz, Dr. Scuidero, and Dr. Henderson, and Dr. Hall,

13  and Dr. Ballwag and Dr. Felice, have you been examined or

14  treated by any other doctors or physicians or medical

15  personnel of any type as a result of the injuries from this

16  accident?

17      A.  Lazaro Guerra.

18      Q.  How many times did you see Dr. Guerra?

19      A.  About three times.

20      Q.  What did Dr. Guerra do for you?

21      A.  He recommended therapy treatment.

22      Q.  Did Dr. Guerra recommend surgery?

23      A.  No.

24      Q.  Let's go back to the accident for a second.

25          Were you aware at the time that you were working on

1    the deck in the lazarette as to whether or not any other

2    workers had drilled holes through the deck before you began

3    your work?

4         A.  No.  No, I checked in the area.

5         Q.  When you checked the area, did you see any holes

6    drilled through the deck in the area where you were about to

7    weld?

8         A.  No, sir.

9         Q.  Is that something that you customarily do as part of

10   your job; that you check to see if there are any holes or any

11   possible gas ventilation or gas access fittings or fixtures

12   before you begin your welding?  Forget the question - Strike

13   the question.

14         Is it part of your customary preparation to examine

15   the area where you are going to weld and determine if there

16   are any perforations in the area where you are going to weld?

17         MR. DAPENA:  "Perforation" is a problem.

18         MR. VALLE:  How about holes?

19         A.  Yes, for safety reasons I have to do it; and, also,

20   not to damage any other area.

21         Q.  What is the safety aspect of checking for holes or

22   perforations in the area where you are about to be welding?

23         A.  First of all I have to be sure that I have a clean

24   area where I have to work.  Because if the area is

25   contaminated with other elements or oil or liquid or

1    something, I have to take precautions; and the area where I

2    was working there were no holes; and there are none there.

3        Q.  Were you actually working on the deck of the vessel

4    or were you working on an area below the deck?

5        A.  Under the deck in the lazarette is the deck where it

6    has a wood floor and that is underneath it.

7        Q.  Why were you welding the plate on the deck?  Did

8    they tell you why it was necessary to put the plates on the

9    deck?

10       A.  Yes.  The captain told me that they needed material

11   of three quarter-of-an-inch to hold some hydraulic jacks.

12       Q.  Did you ever hear anything about or anything

13   concerning the installation of pumps in that area?

14       A.  The captain told me that is what it was for.

15       Q.  Pump or jacks?

16       A.  Hydraulic jacks, cylinders; not pumps.

17       Q.  When you were performing your welding, were you

18   welding on the top of the deck?  In other words, were you

19   welding the plate to the top of the deck?

20       ·      THE INTERPRETER:  He said it was under the deck.

21       Q.  He said on top of the deck earlier.  I wanted to

22   know - that just threw me for a loop.

23              Let me try to clear that up.

24       A.  On top of the aluminum plate that is installed

25   there.

```
 1        Q.   Now, you mentioned there was a wooden deck?
 2        A.   (Indicating) Yes, it is like as if there were a part
 3   where people walk.  I am underneath.
 4        Q.   Then you're in a smaller enclosed area, are you not?
 5        A.   Yes.
 6        Q.   Is the deck itself, what you walk on, is that made
 7   of wood?
 8        A.   Yes, sir.
 9        Q.   You gain access to this area, lazarette, by a hatch,
10   correct?
11        A.   That's correct.
12        Q.   Then you go down inside the lazarette?
13        A.   Yes.
14        Q.   You're doing your welding on top of the raw aluminum
15   that is part of the structure of the vessel?
16        A.   Yes, sir.
17        Q.   Had you ever been told or did you ever learn whether
18   or not where you were working was part of the extension of
19   the ship that was built especially for this owner or not?
20        A.   No.
21        Q.   How close were you in feet or inches or yards,
22   however that you like to describe it, from the transom when
23   you were performing your welding on the day that your
24   accident happened?
25        A.   I don't know.
```

1        Q.   You know what a "Transom" is, right?

2        A.   No, senor.

3        Q.   If I use words that you don't understand, tell me to

4    explain them.

5             Let me say it in plain English.

6             Where you were welding when the explosion occurred,

7    how close was that to the back of the boat?  Your best

8    estimate?

9             MR. FAMULARI:  How about a diagram for him to look

10            at?

11            MR. VALLE:  Yes, sure.

12            MR. FAMULARI:  You got a compartment back there

13            (indicating).  Whereabouts in the compartment?

14            (Indicating in the drawing).

15            THE WITNESS:  The plate that I was welding was

16            about a foot or two foot from here (indicating).  From

17            the wall --

18            MR. KALLEN:  From the bulkhead.

19            THE WITNESS:  Uh-huh.  From here to there is about

20            6-feet; and then the hatch is here (indicating); and I

21            was putting one here; and then I had another that I was

22            going to install here.  I started right here

23            (indicating).  I did this point here and then I went to

24            the other one (indicating).

25            MR. VALLE:  Can I have that page.

```
 1          For the purpose of the record, let the record

 2     reflect that the witness has been indicating on a very

 3     rough schematic drawing of the boat - resembling a boat

 4     only because it is pointed at one end and square at the

 5     other end - He has been showing us on the rough

 6     schematic of the boat an area in which he was working

 7     at the time that the incident occurred.

 8          (WHEREUPON, the above referenced document was marked

 9     as Defendant's Exhibit No. 2 for Identification.)

10  BY MR. VALLE:

11     Q.  Let me ask you to do some things for me.  Okay.

12          Take a look at the schematic marked as Exhibit No. 2

13  and put an "A," the letter "A," where you made the first

14  weld.

15     A.  (Witness complies).

16     Q.  Put a letter "B" where you made the weld the time

17  that the explosion occurred?

18     A.  (Witness complies).

19     Q.  Now, you drew two squares there.  Do they represent

20  the two plates that you manufactured?

21     A.  Yes, sir.

22     Q.  As you are facing the drawing there is a plate on

23  the left side and a plate on the right side?

24     A.  Yes.

25     Q.  Had you attempted at all to weld the plate on the
```

1    left side?

2    A.   No.

3    Q.   So this was the first plate that you were attempting

4    to weld after you brought the plate that you manufactured

5    back to the ship?

6    A.   Yes.

7    Q.   How much space was there inbetween the aluminum deck

8    and lazarette and the wooden deck above it?

9    A.   (Indicating) I would calculate from the floor to

10   bottom of this table.

11   Q.   Roughly, 3-feet?

12   A.   Uh-huh (affirmative answer).  Probably.

13   Q.   How big was the lazarette compartment?

14   A.   I think it the about the size of this room.  This

15   wide (indicating).

16   Q.   About 20-feet by --

17   A.   No.  Maybe 15-feet.  I don't know.

18        MR. KALLEN:  A better question perhaps was the

19        lazarette from one side of the boat all the way to the

20        other side of the boat; from the left said to the right

21        side.

22        THE WITNESS:  (Indicating) What is the starboard

23        side (Witness answers in English) --

24        MR. KALLEN:  And port side?

25        MR. VALLE:  Port is the left side.

```
 1              THE WITNESS:  Port side and starboard side this way
 2         (Witness answers in English).
 3              More or less like this (indicating).  I think it is
 4         about - I never measure it but I think --
 5              MR. FAMULARI:  Unless you look at it.
 6    BY MR. VALLE:
 7         Q.  How long is the compartment?
 8         A.  About this wide (indicating).
 9         Q.  From wall-to-wall?
10         A.  More or less, yes.
11         Q.  10-feet?
12              MR. FAMULARI:  It was a 10-foot cock pit extension
13         according to the plans.  I can tell you that much.
14              MR. VALLE:  What I want to know is did the incident
15         occur in the extension?
16              MR. FAMULARI:  It did, but --
17              MR. VALLE:  That's what I'm trying to nail down.
18              MR. KALLEN:  Swear him in.  He testifies.
19    BY MR. VALLE:
20         Q.  Let me try to picture the compartment in which you
21    were working in when the incident occurred.
22              The compartment was, roughly, 3-feet high?
23         A.  Yes.
24         Q.  It was, roughly, 10-feet long?
25         A.  Yes.
```

1    Q.  Roughly, 15 feet wide; is that correct?

2    A.  I estimate that way more or less but I'm not very

3  sure at all.  More or less.

4    Q.  Did the compartment run from the left side of the

5  boat to the right side of the boat?

6    A.  Yes.

7    Q.  So on the left side there would by a hull and when

8  you look to the right there would be a hull on the right

9  side; is that correct?  Hull.

10    THE INTERPRETER:  He doesn't know the word.  I don't

11    know the word.

12    A.  Yes.

13    Q.  From the front to back (indicating) it was about

14  10-feet?

15    A.  Yes, more or less.

16    Q.  Can you put your initials here in the right-hand

17  corner of the paper and date it?

18    A.  (Witness complies).

19    MR. FAMULARI:  Can we go off the record for a

20    second.

21    (WHEREUPON, a brief off-the-record discussion was

22    had.)

23  BY MR. VALLE:

24    Q.  When you worked at Bradford Marine did you ever hear

25  of a group of regulations called OSHA?

1      A.  I don't remember.

2      Q.  Did you ever receive any instruction - this is

3  another silly question after your last question - Did you

4  ever receive any instruction from anyone at Bradford Marine

5  as to what OSHA was or what it required you to do before

6  commencing welding in an enclosed area?

7          MR. DAPENA:  "Enclosed area" part is missing.

8          THE INTERPRETER:  Sorry.

9      A.  Yes, but I didn't know it was called OSHA.  They

10  give us instructions that, say, take a group from each

11  department; and they gave safety instructions and about these

12  small areas and what one is to do.

13     Q.  Tell me what instructions that you received?

14     A.  It's the security chief there his name is Mark Torch

15  (phonetic).  And he tells us what safety measures to take.

16  For instance when there is a fire or how to avoid anything,

17  the safety to prevent accidents.

18     Q.  What instructions did you receive with regard to

19  what you should do before you light your torch in an enclosed

20  area?

21     A.  Ventilate the area.  To put on the blower, air

22  hoses; and inspect the area to make sure that there is

23  nothing there that could cause a fire.  That's basically what

24  they're all about; and not do any damage and to other areas

25  that don't have to do with the work.

1        Q.  We had spoken earlier about gas that you can't smell
2   and that might be dangerous and explosive gases?
3        A.  That's correct, yes.
4        Q.  How do you know after you finish with the blowers -
5   Strike that.
6            How do you know before you begin welding that there
7   aren't any of those gases that you can't smell or see or
8   taste in the area?
9        A.  First of all, the ship has a paper posted where it
10  specifies that it's gas free; and second, one has instruction
11  from the person who is giving the job; in this case, it was
12  the captain who told me what to do.  And when I asked him
13  questions because I did ask him whether there were tanks or
14  gas lines and so with that - with that assurance I do the
15  work trusting the person who is giving me the job to do
16  because I'm not capable of determining whether it is gas
17  free; that's not my job.
18       Q.  Before this accident happened can you tell me what
19  type of social activities or hobbies that you had and that
20  you regularly engaged in?
21       A.  I went out a lot with my family.  I used to do
22  sports.  I play soccer.  I was a soccer coach.  We used to go
23  to the movies, to the beach.  I went out dancing, a lot of
24  parties.  I'd like to go out on trips.  We used to go to
25  Tampa and to Tallahassee and Orlando.

```
 1        Q.  Why in the world would you go to Tallahassee?  I can
 2   see Orlando.  Of course, the show may be better in
 3   Tallahassee.
 4            How often did you go, say, dancing with your wife, I
 5   would assume?
 6        A.  With my wife, yes; about twice a month or so.  Our
 7   friends that have family get together or we used to go to
 8   discos.
 9        Q.  Where did you coach soccer?
10        A.  Here in Miami.
11        Q.  The place, where?
12        A.  In North Miami, Highland Oaks; and near Adventura.
13        Q.  Is that a park?
14        A.  That is a park.
15        Q.  Highland Oaks Park?
16            MR. KALLEN:  Ives Dairy Road.  Was that a league?
17        A.  Ives Dairy Road.
18            MR. KALLEN:  Close to 23 Avenue.
19        A.  Ives Dairy Road close to 26th Avenue.
20        Q.  Were you doing that for a sport league or children's
21   league or what?
22        A.  It's a children's sports league.
23        Q.  How many years did you do that?
24        A.  There - I was about a year-and-a-half or two years.
25        Q.  What did you coach?  Were you the coach of the whole
```

1   team or did you coach forward or goalies or what?

2       A.   No, the whole team.

3       Q.   What age group?

4       A.   The age of my younger son when he started at

5   five-years old.

6       Q.   So you coached five year olds?

7       A.   Six years.

8       Q.   Okay.  Did you have any other hobbies or any other

9   sporting activity that's you engaged in?

10      A.   I used to run a lot.

11      Q.   "Run" in what sense?

12      A.   Track, jogging.

13      Q.   Did you run competitively in races?

14      A.   No, I ran for my health.

15      Q.   How often would you run?

16      A.   Almost every day.

17      Q.   What distance would you run?

18      A.   About 20 blocks back and forth?  20 blocks out and

19  20 blocks back.

20      Q.   What kind of shoes did you have?

21      A.   Sneakers for running.

22      Q.   Were they running shoes or tennis shows?

23      A.   Tennis shoes.

24      Q.   What make?

25           THE INTERPRETER:    Tennis shoes in the Spanish mean

1      sneakers.

2      A.   Nike or Addidas.

3           MR. KALLEN:  PF flyer's.

4      Q.   How long would it take to you run the 20 blocks

5    roughly?

6      A.   30 or 40 minutes, all together.

7      Q.   Did you run with anybody or by yourself?

8      A.   By myself and sometimes with my older son.

9      Q.   Did you ever - Strike it.

10          How long had you done that?  How long had you been

11   running regularly every day for 30 minutes?

12     A.   A couple of years.  I continued to gain weight so I

13   did that to keep the weight down.

14     Q.   Did you develop any toe problems or ankle problems

15   or knee problems as a result of running every day?

16     A.   No.

17     Q.   What kind of surface did you run on?

18     A.   In the street, cement.  On the sidewalk mostly.

19     Q.   Did you belong to any club, organization, or

20   churches?

21     A.   The church.

22     Q.   What church?

23     A.   Catholic church.

24     Q.   Which Catholic church?

25     A.   Biscayne Boulevard at Saint Rose of Lima in North

1    Miami.

2        Q.  Saint Rose of Lima; that is in Miami Shores?

3        A.  Yes, Miami Shores and the Holy Family in North

4    Miami.

5        Q.  Are you a member of a diocese or did you actually

6    belong to a church?

7        A.  I went to church a lot but I was not a registered

8    member.

9        Q.  Did you belong to any Catholic organization in any

10   of the churches that you attended?

11       A.  No, but I went to their activities about how to

12   coping in the family, together, and so on.

13       Q.  What activities do you have or engage in now with

14   your family?

15       A.  I read with them.  I watch TV with them.  Especially

16   watch soccer and basketball games.  I don't do anything else.

17   I don't feel well enough.

18       Q.  Do you still go to the movies?

19       A.  No.

20       Q.  Why not?

21       A.  Because it's very cold in the movie, in theaters;

22   and cold makes me feel bad.

23       Q.  Tell me what your present physical complaints are

24   that are attributed to the injuries from this accident?

25   Let's start from the top of your head and go to the tip of

1    your toes?

2        A.   My head.

3        Q.   What is the matter with the head?

4        A.   A lot of headaches and in my forehead, the front.

5        Q.   And your neck?

6        A.   Yes, my neck.

7        Q.   Where?

8        A.   (Indicating).

9        Q.   Indicating directly below your skull, in the back of

10   the neck?

11       A.   Right here (indicating).  I get, like, very stiff

12   here, very tense.

13       Q.   Do you get pain or tension and stiffness?

14       A.   The tension and it causes the pain.

15       Q.   What else?

16       A.   The lower part of my back where they did the

17   surgery; and here on the side (indicating) these bones here,

18   I feel pain.

19       Q.   Your hip bones?

20       A.   Yes.  I can't sleep on my side.  I turn on my side

21   for short periods but I can't feel comfortable.  So I can't

22   get comfortable to sleep.

23       Q.   Keep going.

24           MR. KALLEN:  Only if there is more.

25       A.   I can't walk quickly.  Because my heels hurt a lot.

1    I keep telling my doctor my knee hurts a lot.  This right

2    foot swells up a lot.

3              MR. KALLEN:  Which knee?

4        A.   The right knee.  I feel a lot of pain here

5    (indicating) in my lower buttock and radiating down my leg.

6        Q.   Which side?

7        A.   On the right side.  And I feel a lot of burning

8    sensation and pain on the left side very close to my rectum.

9        Q.   How often to you have headaches?

10       A.   Every day.

11       Q.   And where do they - Tell me where the headaches and

12   what type of headaches that you have?  Are they constant

13   throbbing or what?

14       A.   If I move around a lot or if I'm sitting for a long

15   time or standing for a long time, I get upset and that gives

16   me a headache.

17       Q.   Where do the headaches occur, in the front or on the

18   side?

19       A.   All over my head, but especially in the front.

20             MR. KALLEN:  Do you have a headache now.

21             THE WITNESS:  Yes.

22             MR. VALLE:  That's because of you, John.

23             MR. KALLEN:  I have one too.

24             MR. VALLE:  He's got something else from me.  That's

25   a No. 7.  Please forgive us for laughing with you.

1        We're not making light of your condition.  It's just

2        that if we don't keep a sense of humour in this

3        business, we would go crazy.

4            THE WITNESS:   (Witness nods head.)

5  BY MR. VALLE:

6        Q.  I was suggesting that I gave you the burning pain

7  right now.

8            Any pain, any problems, in your legs other than your

9  right knee?

10       A.  No.  Just here in the right leg I have a lot of

11 pain.

12       Q.  How about your feet?

13       A.  My heels.

14       Q.  We covered that.

15       A.  Especially when I walk or if I stand for a long

16 time.

17       Q.  Do you have any appointments at the present time to

18 be examined by any other doctors other than Dr. Scuidero?

19       A.  No.

20       Q.  Do you have an appointment to see Dr. Scuidero

21 again?

22       A.  No.

23       Q.  Do you have an appoint to see Dr. Felice again?

24       A.  No.

25       Q.  When was the last time that you saw Dr. Scuidero?

```
 1        A.   October 31, of last year.

 2             MR. KALLEN:  Of 2000?

 3             THE WITNESS:  Yes.

 4   BY MR. VALLE:

 5        Q.   I think that you said that you saw Dr. Scuidero last

 6   year sometime but you don't know when, right?

 7        A.   That's right.  I don't remember.

 8        Q.   What medication are you currently taking?

 9        A.   I'm taking Advil.

10        Q.   How often do you take Advil?

11        A.   I take 500-milligrams every day.

12        Q.   In one pill or do you break it up during the day?

13        A.   I take them both at the same time because I have a

14   lot of pain.

15        Q.   Do you take them in the morning or afternoon or

16   night?

17        A.   In the morning if I have pain; or if not, in the

18   afternoon.

19        Q.   You take two 250-milligrams pills?

20        A.   Yes, sir.

21        Q.   Is that medication that you can buy over the counter

22   in the drug store or do you have a prescription for that?

23        A.   It's over the counter.

24        Q.   When was the last time that you took a prescription

25   pain killers?
```

1      A.   January of last year.  I think it was January of

2  last year.  It made me feel sick.  I went to the doctor and

3  told the doctor that it was making me bleed.

4      Q.   Making you bleed where?

5      A.   It was called Celebrex, the medicine.

6      Q.   Where did it make you bleed?

7      A.   From the rectum.

8      Q.   Was it red or black blood?

9      A.   Red and black.

10     Q.   Red and black?

11     A.   Yes.

12     Q.   Are you taking any other medications?  Have you

13 taken any other prescribed medication since January of 2000

14 other than the medication that you just mentioned?

15     A.   No, the doctor told me that in order not to have

16 that I probably should take Advil.

17     Q.   What doctor was that?

18     A.   Scuidero.

19     Q.   How do you spend an average day?

20     A.   I get up late around 9:00 or 9:30.  I have a cup of

21 coffee and by then my wife is back from work.  I read a

22 little and not a lot because I get tired reading.  I watch

23 TV.  I listen to music.  I go back and read some more and

24 then than I go back and watch TV some more.  I go out and get

25 some sun.  That's how I spend the day, or I go out for a

```
 1    drive with my wife in the car.

 2         Q.   Where does your wife work?

 3         A.   She works now as a crossing guard, crossing the

 4    children.

 5         Q.   Is that an elementary school or high school?

 6         A.   Both, elementary and high.

 7         Q.   Does she get paid for that?

 8         A.   She gets paid, not much.

 9         Q.   So by the time you get up and have coffee, she's

10    back from her job in the morning?

11         A.   Yes.

12         Q.   Does she go back to work in the afternoon when the

13    school is letting out?

14         A.   Yes, sir.

15         Q.   Are you receiving any type of payment at the present

16    times as a result of claims for disability or otherwise?

17         A.   Yes.

18         Q.   Tell me what type of disability payment that you

19    receive?

20         A.   Social security approved my disability.

21         Q.   How much do you receive per month from social

22    security?

23         A.   A $153 a month.

24         Q.   Are you receiving any other disability payments?

25         A.   No.
```

1       Q.   You had a case – You had a Longshore case that you

2   settled, correct?

3       A.   Yes.

4       Q.   And the settlement was $120,000?

5       A.   Yes, but I don't get that amount.

6       Q.   Your attorney got $20,000 and you got $100,000; is

7   that right?

8       A.   No.

9       Q.   You received – I'm sorry – it was $110,000 and you

10  received 90?

11      A.   90, yes.

12      Q.   Was this $90,000 net to you or did you have to pay

13  doctors?

14      A.   It was net.  It was $90,000 for me and $95,000 for

15  the doctors and surgery on and so on.

16      Q.   Are you currently on Medicare?

17      A.   No.  I'm hoping they will give me Medicare.

18           MR. KALLEN:  Say that again.

19      A.   No, but I'm hoping they will give me Medicare.

20      Q.   Are you on Medicaid?

21      A.   No, sir.

22      Q.   Has anybody been representing you with regard to

23  your social security claim or entitlement to Medicare?

24      A.   The one that represented me was Lieberman.

25      Q.   Lyle Lieberman?

1       A.   Lyle Lieberman.

2       Q.   What is the problem with Medicare?

3       A.   You have to wait two years after the social security

4  is approved.

5       Q.   During the time usually they give you Medicaid.

6            Have you applied for Medicaid?

7       A.   I asked social security and they told me to wait two

8  years after approval.

9       Q.   He got too much net worth.  He has too much money to

10 get Medicaid, that is for sure.

11      A.   Yes, I have to spend it first.

12      Q.   How is your appetite?

13      A.   More or less, okay.

14      Q.   How is your weight problem?

15      A.   I'm watching my weight.

16      Q.   Have you gained or lost any weight since the

17 accident?

18      A.   No.

19      Q.   Has this accident - This is another question that

20 you may have already answered in several different ways, but

21 I have to ask you the question directly.

22           Has this accident or the injury from this accident

23 affected your relationship with your wife?

24      A.   Yes.

25      Q.   Tell me how, please?

```
1        A.   I have become very nervous and irritable.   I shout a

2   lot; and sexually, I can not satisfy her.   I know that we

3   have problems.

4        Q.   Is it that you have a problem with sex because of

5   the pain or is there a mechanical problem?

6        A.   Because of my pain; and I don't feel desire or

7   pleasure as I did before.   If I do it once a month, it's not

8   with the same quality as before.

9        Q.   How often were the sexual relations before this

10  accident?

11       A.   Three times a week.

12       Q.   Have you and your wife thought about a separation or

13  divorce since this accident occurred?

14       A.   No, thank God.   No.

15       Q.   Have you been to a marriage counselor?

16       A.   No, but I think that we need to.

17       Q.   Other than your immediate family, do you have any

18  other relatives living in Broward County or Dade County?

19       A.   I have a brother in Broward.   His name is Miguel.   I

20  have two sister-in-laws, one is in Broward; and my wife has a

21  brother.   My sister-in-law's husband is like a brother to me.

22       Q.   Your sister-in-law's husband - Your wife's brother?

23            MR. WEBER:  His sister-in-law's husband.   This is

24       her sister's husband.

25            MR. VALLE:  That's what I thought.
```

1          MR. FAMULARI:  I thought not her brother.  Her

2     sister's husband.

3          THE WITNESS:  Talking about my wife's sister

4     brother - husband - sorry.  My wife's sister husband

5     who is like a brother to me.

6  BY MR. VALLE:

7     Q.  That's your brother-in-law, right.

8          You mentioned that you go for drives with your wife?

9     A.  Yes, I go with her sometimes to Publix or get

10 Chinese take out.

11     Q.  Do you still drive?

12     A.  Yes.

13     Q.  How often do you drive?

14     A.  I pick up my son from school.

15     Q.  Which son, the young or the older?

16     A.  The small, the younger one.  I go to buy bread at

17 the Columbian bakery.  I go to buy bread, and I come back

18 home.

19     Q.  How many motor vehicles do you own or does your

20 family own?

21     A.  We have two.  One is mine and one is my wife's.

22     Q.  What kind of car is that?

23     A.  A Honda Accord, '92.  My wife has a Honda ,Civic

24 '93.

25     Q.  What color is the Accord?

```
 1        A.  Both are black.

 2            MR. VALLE:  I think that I'm done.  I don't have any

 3        further questions.  I'm sorry that we took this long

 4        but it is a very difficult case to understand.

 5            MR. KALLEN:  First, don't go anywhere.

 6            MR. FAMULARI:  You thought he was asleep all day.

 7            MR. VALLE:  Coiled and waiting.

 8            MR. FAMULARI:  Are you done now?

 9            MR. KALLEN:  No.

10                          CROSS-EXAMINATION

11   BY MR. KALLEN:

12        Q.  When did you acquire both cars?

13        A.  In '97.  In 1997, just one; and her's was in '95.  I

14   don't remember exactly.

15        Q.  The residence in Pembroke Pines where you reside is

16   that a house?

17        A.  It's a house.

18        Q.  Do you own it?

19        A.  Yes.

20        Q.  When did you purchase the house?

21        A.  In '97.

22        Q.  When in 1997?

23        A.  In December.

24        Q.  Do you recall the purchase price?

25        A.  Yes, sir.  $134,000.
```

1      Q.  How big a house is it?

2      A.  Three bedrooms and two baths, a double garage,

3   two-car garage, pool and the yard.

4      Q.  Do you swim?

5      A.  I get in the pool; and get in the pool for awhile in

6   the summertime.

7      Q.  Do you do laps?

8      A.  No.

9      Q.  Did your doctor tell you that swimming may be good

10  therapy for you?

11     A.  The doctor never told me but someone told that me I

12  should walk and do exercises.

13     Q.  Do you do them?

14     A.  Yes, I have done it.

15         MR. VALLE:  Can I ask you to ask, does he have a

16     nickname or are you known by another name.

17     Q.  Do you have a nickname or are you known by any

18  other name besides Henry?

19     A.  No, just Henry.

20     Q.  The home that you live in, is that in a development?

21     A.  No.

22     Q.  Who would you say your best friend is besides your

23  wife?

24     A.  My son.

25     Q.  Who do you socialize with or speak to the most?

1    A.  Actually, no one visits me.  It's very rare that any

2  one visits me.  Everything has changed.  No one comes to see

3  me anymore.

4    Q.  Are you saying that you have no friends?

5    A.  Yes, I have - I have made a friend.  He is from my

6  country also.  Not very constant, maybe, once a week.

7    Q.  Did you have more friends before the accident?

8    A.  No.

9    Q.  Would you describe yourself as a private person?

10   A.  I believe so, yes.

11   Q.  You appear to be rather calm.  Is that the way that

12 you have always been?

13   A.  I think that I am very nervous, but I prepare myself

14 to be calm today.

15   Q.  You don't show your nervousness.  You appear to be

16 very calm?

17   A.  Yes.  I drink a lot of lemon tea which calms my

18 nerves.

19   Q.  Had you had personality changes since the accident?

20   A.  Yes.

21   Q.  In what way?

22   A.  I get tired of people easily.  I get bothered.  I

23 can be with somebody and I want them to leave.  Of course, I

24 don't say it; or someone comes to my house, like my friend,

25 that one that I mentioned.  I go to his house or in an hour

```
 1   and I go back home; and it bothers me a lot that I can't act
 2   the way that I did before.
 3        Q.  How did you act before?
 4        A.  Especially, with my children.  I used to do more
 5   with them.  For example, they used to chose where we were
 6   going to go and we would go.
 7        Q.  What is your friend's name?
 8        A.  His name is Edison.
 9        Q.  Is that his first name?
10        A.  His first name.
11        Q.  What is his last name?
12        A.  Aristizabal, A-R-I-S-T-I-Z-A-B-A-L.
13        Q.  Why do you think that you need to see a marriage
14   counselor?
15        A.  Because we argue a lot, and I get easily bothered by
16   the way that she talks to me.  I was not like that before.
17        Q.  Did you ever fight before the accident, have
18   arguments?
19        A.  No.
20        Q.  How long has your wife worked as a crossing guard?
21        A.  I think a month.
22        Q.  Before that did she work?
23        A.  Yes, she used to work.
24        Q.  Where?
25        A.  She worked for a used car dealer.
```

```
 1        Q.   Doing what?

 2        A.   In the office.

 3        Q.   How long did she do that?

 4        A.   Four years.

 5        Q.   Why did she leave the used car dealer?

 6        A.   I suggested to her that she leave.

 7        Q.   Why?

 8        A.   Because she was - She had a lot of nervous problems.

 9        Q.   From the work?

10        A.   No.  Because she was in charge.  Well, I didn't have

11   the money before that they gave me now from the Longshoremen,

12   so she was responsible for all the expenses of the house.

13   That was one of the reasons she lost a lot of weight, and was

14   very upset.  And I told her now that we have the money that

15   she should take it easy.

16        Q.   Which is one of reasons why she left that job?

17        A.   That's a reason.

18        Q.   Do you wear any type of back brace?

19        A.   They have not recommended any.  I don't use any.

20        Q.   Have you ever worn one since the accident?

21        A.   No.

22        Q.   Any other type of brace that you have worn since the

23   accident for your knee, arm, anything else?

24        A.   Yes, I used one that I got at Eckerd's for my knee.

25        Q.   When did you get that?
```

1     A.   More than two years.  Almost three years.

2     Q.   After the accident?

3     A.   After the accident.

4     Q.   Why did you get that knee brace?

5     A.   To help with the pain in my leg; that part on the

6  side here (indicating) hurts me a lot.

7     Q.   Are you wearing it now?

8     A.   No, sir.

9     Q.   When do you wear it?

10    A.   When my knee is hurting, I put it on.

11    Q.   When is that?

12    A.   When I'm walking and it starts to hurt or if I'm

13  standing for a long time.

14    Q.   Do you ride a bike?

15    A.   No.

16    Q.   Do you read English?

17    A.   I take the newspaper and read it.

18    Q.   The Sun-Sentinel?

19    A.   Okay.

20    Q.   You have no problem understanding what you're

21  reading in the paper?

22    A.   I don't get a 100 percent but I can understand it.

23    Q.   You get most of it?

24    A.   Yes.

25    Q.   For example, Defendant's Exhibit 1, you can read

```
1    that and understand it?

2         A.   (Witness reading Exhibit No. 1 in Spanish.)

3              Here, for example, it says, "What is your present

4         complaint?  Did you have any prior surgery; and if so,

5         say where."

6         Q.   Does your handwriting appear on that document other

7    than your signature?

8         A.   Yes.

9         Q.   Point it out for us, please?

10        A.   (Witness complies).

11             MR. VALLE:  Repeat that question.

12        Q.   Other than your signature, did you write anything

13   else on that document?

14        A.   No.

15        Q.   Let me show you what we will mark as Exhibit 3, four

16   pages of photographs, provided by your attorney.  Is that you

17   or at least the back of you in the photographs?

18             WHEREUPON, the above referenced document was marked

19        as Defendant's Exhibit No. 3 for Identification.)

20        A.   Yes, that's me.

21        Q.   Were those photographs taken in your attorney's

22   office?

23        A.   Yes, sir.

24        Q.   Can you give me the approximate date they were

25   taken?
```

```
1        A.   I don't remember.

2        Q.   Do you know which of your attorney's office those

3   photos were taken?

4             MR. FAMULARI:   It was Manny's.

5        Q.   Was it Manny's office, Mr. Valdes?

6        A.   Valdes?

7        Q.   Do you think that is where the photographs were

8   taken?

9        A.   Yes, sir.

10       Q.   Do you remember when you first had Mr. Valdes

11  represent you?

12       A.   No, sir.

13       Q.   When is the lawsuit filed?

14            MR. VALLE:   '97.

15            MR. KALLEN:   I don't have that.  I have the amended

16       complaint and not the original.

17            MR. VALLE:   What is your case number?

18            MR. FAMULARI:   I have it here.  I show a 00 case

19       number, a 2000.

20            MR. FAMULARI:   It was filed January 6, 2000.

21  BY MR. KALLEN:

22       Q.   Do you know why the photographs were taken?

23       A.   Yes, of course.

24       Q.   Why?

25       A.   Because I have an injury in my back.
```

1      Q.   Were photographs taken of any other part of your
2  body?
3      A.   No.
4      Q.   On many of these photographs there appears to be
5  some type of device on your back.  What is that?
6      A.   It is the TENS machine.
7      Q.   The TENS unit?
8      A.   The machine for electrical therapy.
9      Q.   When did you stop using that?
10     A.   Last night.
11     Q.   Do you use that every day?
12     A.   Yes, sir.
13     Q.   Do you have that on now?
14     A.   No.
15     Q.   When do you use it?
16     A.   When I'm at home laying down in bed.
17     Q.   For how long do you use it?
18     A.   20 minutes.
19     Q.   Does it help?
20     A.   It helps.  It relaxes me a little but not
21  completely.
22     Q.   It relaxes you?
23     A.   It does not completely help.
24     Q.   Do you have any other source of income besides your
25  social security disability and your wife's income?

```
 1        A.  No, sir.

 2        Q.  Did you file a tax return for 1999?

 3        A.  Yes, sir.

 4            MR. KALLEN:  David, can you make a note to get that

 5        to us.  I only have them through '98.

 6            MR. FAMULARI:  Yes.

 7            MR. KALLEN:  Larry, do you have that?

 8            MR. VALLE:  I got through '98; that's it.

 9   BY MR. KALLEN:

10        Q.  Mr. Valdes, can you tell us why the tax returns that

11   were filed - I think going back to '93, '94, you filed these

12   returns individually as head of the household?

13            MR. VALLE:  You called him Valdes.

14        Q.  Mr. Naranjo, I'm sorry.  I'll ask it a different

15   way.

16            Is there a reason why you and your wife have not

17   filed joint income tax returns?

18        A.  I don't have a reason but I have always done it that

19   way.

20        Q.  Would it be fair to assume that your wife would also

21   have her own income tax returns for the same year?

22        A.  Yes, she does her's separately.

23        Q.  So if we request them we should be able to obtain

24   them?

25        A.  Yes, sir.
```

```
 1        Q.   Were you married in Columbia or here in the United

 2  State's?

 3        A.   In Columbia.

 4        Q.   When did you become a citizen of the United States?

 5        A.   In '96.

 6        Q.   Did your wife also become a United States citizen at

 7  the same time?

 8        A.   No.

 9        Q.   Is she now a US citizen?

10        A.   No.

11        Q.   Why is that?

12        A.   She is a resident.  I don't know.  She may have her

13  reasons for not doing it.

14        Q.   You have you never discussed that with her?

15        A.   Yes.  Everyone has their own way of thinking.   I

16  tend to rush into things.  I became a citizen.

17        Q.   The reason that your wife has not become a citizen

18  we would have to ask her since you don't know?

19        A.   Yes; that's right.

20        Q.   Did your wife come to the United States with you at

21  the same time?

22        A.   Almost at the same time.  I came first.

23        Q.   When did your wife come?

24        A.   Six months later.

25        Q.   Do you have a marriage certificate?
```

```
1        A.   Yes, but not here.  Not with me.

2        Q.   At home?

3        A.   No.

4        Q.   Where would we get a copy from?

5        A.   Columbia.

6        Q.   Your income tax returns reflect only one dependent,

7   one child?

8        A.   My older son.

9        Q.   Is there a reason why you do not the claim younger

10  son as a dependent also?

11       A.   No.  Just that she took the younger.  I took the

12  elder.

13       Q.   So as far as you understand in your wife's tax

14  returns that would show your younger son being claimed a

15  dependent of her?

16       A.   Yes.

17       Q.   Now, was this done at the suggestion of your

18  accountant?

19       A.   No.

20       Q.   That was something that you and your wife decided to

21  do?

22       A.   Probably, but I don't remember if we discussed it.

23       Q.   Were you wearing glasses on the day of the accident?

24  Your prescription glasses?

25       A.   Yes.
```

1       Q.  For how long have you worn prescription glasses?

2       A.  About four months.

3       Q.  Let's back up.  Are the glasses that you are wearing

4   today prescription glasses?

5       A.  Yes.

6       Q.  For how many years have you been required to wear

7   glasses?

8       A.  I've never used them before just now.

9       Q.  Only in the past four months?

10      A.  Yes, the last four months.

11      Q.  Is there something about your eye sight that has

12  deteriorated as of four months ago?

13      A.  Yes.  Well, as of about a year ago.  I can't read

14  too well.  I need a lot of light.  So I went to get an eye

15  exam and the doctor told me that I need to use glasses.

16      Q.  Since you have been wearing the glasses has that

17  helped with your headaches?

18      A.  That was also one of the reasons but it doesn't

19  help.

20      Q.  It doesn't help.

21          Do you have scars on your back?

22      A.  Yes.

23      Q.  From the surgery?

24      A.  Yes, sir.

25      Q.  Why have you not gone back to see Dr. Scuidero since

1   October?

2       A.   Because it is very expensive.

3       Q.   Do you have health insurance?

4       A.   No, sir.

5       Q.   Does your wife have health insurance?

6       A.   No.

7       Q.   When was the last time that you had health

8   insurance?

9       A.   January of 1999.

10      Q.   So you're saying that have you not seen Dr. Scuidero

11  simply because you cannot afford it?

12      A.   Yes.  He is very expensive and the x-rays that he

13  takes are expensive.

14      Q.   Do you still think that you need to go back to see

15  him?

16      A.   Yes.

17      Q.   Have you told your attorney that?

18      A.   Yes, I have.

19      Q.   Are there any other doctors that you have wanted to

20  see but you have not because of financial reasons?

21      A.   Yes, I have thought about it.  Yes.

22      Q.   Such as who?

23      A.   I went to see some doctors that are from the

24  government on Pembroke Road at 42nd in Broward.  I have tried

25  to go there but there were a lot of people.  I had to wait a

1  long time.  I was in pain.

2      Q.  When was that?

3      A.  About a year ago.

4      Q.  Do you think that you need to see a psychiatrist?

5      A.  Yes, sir.

6      Q.  Why?

7      A.  Because of the way I behave.  My nervous system.  I

8  yell a lot a home.  At my children and at my wife.  I argue

9  with her.  We don't fight but we argue.

10     Q.  How long have you felt that way that you felt that

11  you need to see a psychiatrist?

12     A.  A few months.

13     Q.  Three months or more or less?

14     A.  More or less, three months.

15     Q.  What has happened in the past three months which was

16  not occurred before now that required you to see a

17  psychiatrist?

18     A.  The way that I'm behaving has been continuous; and I

19  didn't realize it.  I thought about it but I had not made the

20  connection, and I didn't want to pay for it.

21     Q.  So your behavior has gotten worse in the past few

22  months?

23     A.  No, it hasn't gotten worse.  It is the same.  But it

24  was three months ago when I starting think that would be a

25  good thing to do, that we both need some psychological help.

1      Q.  Do you feel that your children have suffered in any

2  way because of your injuries?

3      A.  No.  It's mostly with my wife.

4      Q.  Now, you explained to Mr. Valle here the list of

5  your ailments from your head to your toes.  Would you say

6  that you have had those problems since the accident?

7      A.  What I told him?

8      Q.  Yes.

9      A.  Yes.

10     Q.  In other words there are not any problems that have

11 started, say, in the past six months or since one year ago,

12 that were not present right after the accident?

13     A.  Yes, it is all since the accident.

14     Q.  Have you attended any schools, any kind of school in

15 the United States?

16     A.  No.

17     Q.  Have you attended any seminars as part of your job?

18     A.  No.

19     Q.  As I understand it since you came to the United

20 States in 1981 your occupation was, basically, as a welder?

21     A.  Yes.

22     Q.  So as of the date of the accident in 1997, you had

23 been working as a welder for approximately 16 or 17 years?

24     A.  Yes.

25     Q.  As of the date of the accident would you consider

```
 1   yourself to have been an expert in welding?

 2          MR. FAMULARI:  Object to form.

 3      Q.  You can answer.

 4          MR. FAMULARI:  Go ahead and answer.

 5      A.  Yes.

 6      Q.  Was there anything about welding that you felt that

 7   you did not know or could not do?

 8      A.  No.  I liked welding from the very beginning.  I

 9   know how to weld anything.  I'd like to feel it was a way to

10   make money and had a good future.

11      Q.  You did well at it?

12      A.  Yes.

13      Q.  You were making good money, right?

14      A.  Yes, I did well.

15      Q.  Was there an occasion at Bradford when they gave you

16   a welding job, and you said, I can't do it.  I don't know how

17   to do it.

18      A.  No.  I always said, yes; and learned very fast.

19      Q.  There was a fabrication welding department at

20   Bradford, yes?

21      A.  Yes, sir.

22      Q.  How many welders were there?

23      A.  Right now?

24      Q.  Let's go to June of '97?

25      A.  15 welders.
```

1      Q.   15 welders.

2           Of the 15 who was most senior in time on the job?

3      A.   I was the first welder there.

4      Q.   So you were on the top of the list as far as

5 seniority?

6      A.   Yes, sir.

7      Q.   Your immediate boss was Tony Watson?

8      A.   Yes, sir.

9      Q.   What was his title?

10     A.   Tony Watson, chief of welders.

11     Q.   Okay.  Chief of welders.

12          Did you hope to perhaps hope to become chief of

13 welders one day at Bradford?

14     A.   Yes, sir.

15     Q.   Did you feel that you were qualified to do that?

16     A.   Yes, sir.

17     Q.   Were you ever given any promises or did anyone ever

18 tell you from management that you were in line to become

19 chief of welders?

20     A.   No one told me but I felt it - that I thought that I

21 could if I asked for it.

22     Q.   Do you know why Tony Watson left the employment of

23 Bradford Marine?

24     A.   I have never spoken to him about it.

25     Q.   Have you not heard a rumor or hearsay as to why?

```
 1        A.   No.

 2        Q.   Did you get along well with Tony Watson?

 3        A.   Yes, sir.

 4        Q.   What was the job of chief welder?  What did a chief

 5   welder do?

 6        A.   He is in charge of supervising all the welders,

 7   including me; and to give work orders to each employee; and

 8   to see what everyone was doing.

 9        Q.   When you say "Supervising other welders," tell us

10   what that means in real terms?  What does that mean

11   "Supervise"?

12        A.   When there is a group there has to be a boss.

13        Q.   Would that include being instructed?

14        A.   To monitor and to instruct.

15        Q.   To make sure the jobs are being done properly?

16        A.   Yes, sir.

17        Q.   And safely?

18        A.   Yes, sir.

19        Q.   And to instruct, if necessary?

20        A.   Yes, sir.

21        Q.   You felt that you were qualified to do all that in

22   1997?

23        A.   Yes, I was hoping for an opportunity for some help.

24   One always starts as an assistant to the chief.

25        Q.   Does the chief welder do welding jobs too?
```

1    A.  Yes.

2    Q.  I take it it's extremely important in your line of

3  work to make sure that before you start welding that there is

4  nothing in the area that could catch on fire?

5    A.  Yes, that is true.

6    Q.  Or explode?

7    A.  Yes.

8    Q.  For that reason before you start welding, you as a

9  welder, make it a point to make sure that the area is safe?

10    A.  Yes sir.

11    Q.  Also, that the surrounding area is safe, as well?

12    A.  Yes.

13    Q.  This type of welding machine that you were using can

14  it create what is known as "slags" from welding?

15    A.  I don't know.

16    Q.  When you weld does is create sparks?

17    A.  Yes.

18    Q.  If you're not careful those sparks can ignite some

19  type of material in the area?

20    A.  Yes.

21    Q.  Besides the sparking there can be hot balls of metal

22  or aluminum that fly away and ignite material, as well?

23    A.  That's why one always used a fire blanket to cover

24  the area because you don't know if there will be sparks.

25    Q.  Did you put a fire blanket in the lazarette before

1    you welded?

2        A.  Yes, sir.

3        Q.  Did it cover the entire deck of the lazarette?

4        A.  No, just the area where I was going to work.

5        Q.  How big was the fire blanket?

6        A.  I don't know how to --

7        Q.  Estimate for us.

8        A.  (Indicating) about half the sides of the table.

9            MR. VALLE:  3-by-2.

10       Q.  3-feet by 3-feet?

11       A.  More or less, 3-by-3.

12       Q.  Besides putting down the fire blanket, you looked

13   around the area to see if there were any combustible

14   materials?

15       A.  Yes, that is true.

16       Q.  Because you don't want a spark flying off of the

17   machine and igniting some material while you are welding?

18       A.  Yes, sir.

19       Q.  Did you see any combustible materials?

20       A.  No, I inspected the area and it was clean.

21       Q.  No paper, no debris?

22       A.  Nothing.

23       Q.  Okay.  Was there any type of equipment or machinery

24   in the lazarette?

25       A.  Yes, there was a machine.  There was machinery.

1    Q.  Do you know what kind?

2    A.  There was a compressor.  A blower there, I was

3    using.  No, that's all.  The hydraulic jacks.

4    Q.  Did you cover up the compressor?

5    A.  They were further away.  It was not necessary.

6    Q.  Did you cover up the hydraulic jacks or pumps?

7    A.  They were also further away.

8    Q.  Did you see any hoses that could catch on fire?

9    A.  No.  I saw no hoses.

10   Q.  Did you have a fire watch?

11        THE INTERPRETER:  What is that?

12   Q.  Fire watch.

13        Just ask him.

14   A.  No.

15   Q.  Are you supposed to have a fire watch when you weld?

16   A.  Yes, I should have one.

17   Q.  But you didn't on this occasion, did you?

18   A.  No, I didn't.

19   Q.  What is the purpose of the fire watch, Mr. Naranjo?

20   A.  When dangerous areas that could cause fires, one

21   needs one.

22   Q.  The fire watch is the eye - the fire watch looks for

23   any possible sparks that may cause a fire or explosion and is

24   there to watch out for your safety as well, correct?

25   A.  Yes, that is true; but this area didn't pose any

```
 1   danger.
 2        Q.   So you're saying that you did not need a fire watch?
 3        A.   They didn't send one with me, it is because it was
 4   not necessary.  I didn't make that decision.
 5        Q.   Did your boss know that you were welding?
 6        A.   My boss knew, yes.
 7        Q.   He knew that you were fabricating the two plates to
 8   install on the boat?
 9        A.   Yes.
10        Q.   He didn't send a fire watch with you when it came
11   time to weld?
12        A.   No.
13        Q.   You knew that you needed one though?
14             MR. FAMULARI:  Object to form.
15        Q.   You can answer.
16        A.   No.  No, I didn't.
17        Q.   Did you discuss with your boss what you were welding
18   before you went to do it?
19        A.   Yes.  I spoke to him and he was the one that told me
20   to talk to the captain, and he told me what I had to do.  He
21   showed me; and explained to me when I said, Is there a tank
22   there and fuel lines?
23             He said, no.  There is no problem.  And weld there
24   because there is only solid concrete there and a plate flush
25   on top.
```

1          I didn't see any danger in the area around there.

2      Q.  Mr. Naranjo, this will go quicker if you just answer

3   my question, okay?  So let's be clear:  Your boss was Tony

4   Watson, correct?

5      A.  Yes.

6      Q.  You were paid by Bradford Marine, correct?

7      A.  Yes.

8      Q.  Did you discuss with Tony Watson, your boss, the job

9   that you were going to do:  That is weld these two aluminum

10  plates onto deck in the lazarette; yes or no?

11     A.  Yes.  He sent me to do it.  I knew I was going to do

12  it and the captain knew also.

13     Q.  Mr. Watson knew what jobs you were going to do that

14  day?

15     A.  Yes.

16     Q.  Where was this piece of paper that certifies that

17  the lazarette was gas free?

18     A.  On the boat.

19     Q.  Where on the boat?

20     A.  At the entrance of the boat (indicating).  You come

21  in over here and walk this way and the paper is facing you as

22  you come on.

23     Q.  Did you read that piece of paper that day?

24     A.  No.  All of us that work there know that is a gas

25  free certificate.

1     Q.   Did you ever read that certificate?

2     A.   No, sir.

3     Q.   Do you know if the lazarette, specifically, had been

4  inspected to make sure it was gas free?

5     A.   Only the captain and the person that does the gas

6  free inspection would know that.

7     Q.   Mr. Naranjo, answer my question, please?

8     A.   Yes.

9     Q.   Did you know if the lazarette was inspected to be

10  certified to be gas free?

11     A.   No, I do not know.

12     Q.   Did you just assume that it was inspected and

13  certified to be gas free before you started welding there?

14     A.   No, I don't assume.  I know that on every ship where

15  this work is done it is certified to be gas free.

16     Q.   But you don't know because you did not read the

17  certificate, did you?

18     A.   I never read it.

19     Q.   Did Captain Bredbec tell you this space in the

20  lazarette is gas free?  Did he use those words?

21     A.   Captain Bredbec?

22     Q.   Captain Jack?

23     A.   I asked if there were a tank or fuel lines; and he

24  said, no.

25     Q.   You did not ask Captain Jack, did you, whether this

1  lazarette was inspected and certified to be gas free, did

2  you; yes or no?

3       A.  No.  No, I did not ask him at that time if it was

4  gas free; but I did ask him for my safety if there were a

5  tank or gas lines.

6       Q.  You knew where the fuel tanks were because you had

7  welded on them before, had you not?

8       A.  Yes.

9       Q.  Where are the fuel tanks, looking at the diagram,

10  and put an "X" - If you don't mind, Larry?

11           MR. VALLE:  Go ahead.

12       Q.  Put an "X" on the diagram where the fuel tanks are?

13       A.  In the engine room, I don't know.  In the engine

14  room, but I did not work on fuel tanks.

15       Q.  But the fuel tanks are in the engine room?

16       A.  No, I don't know.

17       Q.  You don't know?

18       A.  Sometimes they put them here and sometimes they put

19  them there (indicating).  I can't say exactly where they

20  were.

21       Q.  You know what a multi-gas tester machine is?

22       A.  No.

23       Q.  Do you know what a gas tester is?

24       A.  I have heard it spoken but I have not seen one.

25       Q.  You know what that machine does?

1    A.  I saw once but I don't know the procedure.

2    Q.  I'm not saying how to operate, but you do know that

3 a gas tester is testing for the presence of flammable gases

4 and vapors, correct?

5    A.  Probably, yes.

6    Q.  Would you have welded in the lazarette if you did

7 not think that certificate, that piece of paper, referred to

8 the lazarette being gas free?

9        Can you translate that term or I can rephrase?

10       THE INTERPRETER:  I would appreciate it.

11   Q.  Let me rephrase it.  You knew there was a gas free

12 certificate, a piece of paper, on that boat, right?

13   A.  Yes.

14   Q.  As far as you knew that piece of paper said this

15 boat is gas free?

16   A.  Yes.

17   Q.  If that piece of paper was not on that boat would

18 you have welded that day?

19   A.  No.

20   Q.  Do you know what Captain Jack's welding knowledge

21 consisted of?

22   A.  I don't know if he knows anything about it.

23   Q.  Between you and him you are the expert, right?

24   A.  He may also be because he is the captain.

25   Q.  You didn't ask Captain Jack to tell you what setting

1    to put the welding machine on, did you?

2        A.   That is true, I did not.

3        Q.   That's your decision?

4        A.   Because I know what temperature to put it on.

5        Q.   That's right.  Captain Jack told you what he wanted

6    welded, right; but it was up to you as to how to do it

7    correctly, correct?

8        A.   Yes.

9        Q.   Do you know what an air extractor does?

10       A.   Yes.

11       Q.   What is the purpose of it?  What does it do?

12       A.   It specifically is to blow out the smoke and bad

13   odors; and especially smoke so that it does not cause health

14   problems to someone.

15       Q.   Is the blower, the air extractor that you're talking

16   about, has nothing to do with telling you whether there is

17   gas or vapor in the space where you welded, correct?

18            MR. FAMULARI:  Object to form.

19       A.   Repeat the question.

20       Q.   Does that blower tell you if there is vapors or

21   flammable gas in the space where you are welding?

22       A.   In the - no.

23       Q.   Does that blower blow away the flammable gas or

24   vapor that may be in the space that you're welding?

25       A.   No.  It is for smoke.

1      Q.  Let me show you a picture; and we'll mark it as No.

2   4; and, again, that was provided by your attorney --

3      A.  Excuse me.  I need a break if you don't mind.

4      Q.  Take your time.

5      (WHEREUPON, a short recess was had.)

6      MR. KALLEN:  Back on.  We're on the record, and

7   we're going to suspend the deposition right now; and

8   continue, maybe, on Tuesday.  We're going to try and

9   reschedule for Tuesday if possible.  Everyone is a

10  agreed?

11     MR. FAMULARI:  Yes.

12     MR. VALLE:  Yes.

13     MR. WEBER:  Who retains the original?

14     (WHEREUPON, a brief off-the-record discussion was

15  had.)

16     MR. WEBER:  Mr. Kallen is holding the original

17  photographs; you have the original of exhibit 1 and 2,

18  a picture; and the Broward Medical Center Report.

19     (WHEREUPON, the deposition was suspended at 4:45

20  p.m.)

21

22

23

24

25

```
1                      - - - - - -

2

3                  CERTIFICATE OF OATH

4

5    THE STATE OF FLORIDA,   )
                              )
6    COUNTY OF BROWARD        )

7

8         I, KATHERINE TRAINER, Court Reporter and Notary
     Public, do hereby certify that HENRY NARANJO personally
9    appeared before me and was duly sworn.

10

11        WITNESS MY HAND AND SEAL this 8th day of February,
     2001.
12
13
14    _____
      KATHERINE TRAINER
15    COURT REPORTER and NOTARY PUBLIC,
      STATE OF FLORIDA AT LARGE:
16

17

18   RULE 1.310.  FLORIDA RULES OF CIVIL PROCEDURE PROVIDES, IN

19   PART: (E)"...Any changes in form or substance that the

20   witness wants to make shall be entered upon a separate

21   correction page by the officer with a statement of the

22   reasons given by the witness for making them..."

23

24

25
```

Katherine Trainer
My Commission CC668617
Expires August 03, 2001

HI-TECH COURT REPORT.NG, INC.

2-8-01

Henry Naranjo
8881 Northwest 8th Street
Pembroke Pines, Florida  33024

IN REFERENCE:  Henry Naranjo vs Stephen Byron Smith et al.

Dear sir:

This letter is to inform you that your deposition given
on 11th day of January, 2001, is now ready for your
reading and signing.

This transcript will be held in our offices up to and
no later than 30 days from the date of this notification.

Please phone our office to schedule a convenient time
for you to come in and read and sign your deposition.

If you choose not to respond, the transcript will be
forwarded to counsel(s) accordingly.
Thank you for your cooperation.

Sincerely,

Katherine Trainer
Court Reporter
cc:  Court File
     MR. VALLE
     MR. KALLEN
     MR. FAMULARI
     MR. WEBER

707 Southeast 3rd Avenue
Suite 202
Fort Lauderdale, Fl 33316

Phone: (954) 523-0915
Fax: (954) 523-0916
Email: HITECHCR@BELLSOUTH.NET

```
1                    E-R-R-A-T-A  S-H-E-E-T

2   PAGE/LINE                  CORRECTION                      REASON

3   _____    _____    _____

4   _____    _____    _____

5   _____    _____    _____

6   _____    _____    _____

7   _____    _____    _____

8   _____    _____    _____

9   _____    _____    _____

10  _____    _____    _____

11  _____    _____    _____

12  _____    _____    _____

13  _____    _____    _____

14  _____    _____    _____

15  _____    _____    _____

16  _____    _____    _____

17              (Use other side if necessary)

18  I, HENRY NARANJO, do hereby certify that I have read the

19  foregoing transcript of my deposition given on the 11th day

20  of January, 2001; that together with any additions or

21  corrections made herein it is true and correct.

22  _____        _____
    HENRY NARANJO                   DATE
23

24  _____        _____
    NOTARY PUBLIC, STATE OF         DATE
25  FLORIDA AT LARGE:
```

1                    C-E-R-T-I-F-I-C-A-T-E

2

3    THE STATE OF FLORIDA   )
                            )
4    COUNTY OF BROWARD      )

5

6           I, KATHERINE TRAINER, Court Reporter and Notary

7    Public, in and for the State of Florida at Large, do hereby

8    certify that HENRY NARANJO was by me first duly sworn to

9    testify the whole truth, and that the above deposition by him

10   given was recorded stenographically by me personally, and

11   reduced to typewriting under my direction to the best of my

12   ability.

13          I further certify that I am neither attorney for any

14   party nor am I related to or employed by an attorney or party

15   connected with the action, nor am I financially interested in

16   the action.

17          WITNESS MY HAND AND SEAL this 8th of February, 2001.

18

19          _____
            KATHERINE TRAINER
20          COURT REPORTER and NOTARY PUBLIC
            STATE OF FLORIDA AT LARGE:

21

22

23          Katherine Trainer
            My Commission CC668617
            Expires August 03, 2001

24

25

(954) 523-0915  HI-TECH COURT REPORTING, INC.





5016 02

**Broward General
Medical Center**

1600 S. Andrews Avenue, Ft. Lauderdale, Florida 33316  (305) 355-4400
WIL TROWER/VP Administration

NARANJO ,HENRY
0820590   07/07/97  BGMC
N  177620106  SSP  SEX  M
PUENTE IVAN
02/24/1958 RES                    39

M.R.I. DEPARTMENT

MRI uses a magnet, radiowaves, and a computer to create detailed images of areas in the body.  In some cases, an IV injection of contrast media may be used to highlight and aid in diagnosis.  There is no special preparation required prior to this injection.

NAME: _Naranjo Henry_                                WEIGHT: _160_

REFERRING PHYSICIAN: _____                 EXAM: _____

1.   What is your present complaint?  _Fx ribs ① leg pain_

2.   Have you ever had surgery?                                      YES    (NO)

     If yes, what operations have you had? _____

3.   Have you ever had previous x-rays done at Broward General Medical Center?   (YES)   NO

     If yes, when? _1977  CXR_

4.   Are you claustrophobic?                                         YES   (NO)

5.   I hereby state that to the best of my knowledge, none of the following devices or metal objects have been placed in my body:

     a)   Intercranial aneurysm clip                                 YES   (NO)
     b)   Cardiac pacemaker                                          YES   (NO)
     c)   Cochlear implant or inner ear metallic prosthesis          YES   (NO)
     d)   Dorsal column (spinal cord) neurostimulator                YES   (NO)
     e)   Retained iron filings in the eye                           YES   (NO)
     f)   Inferior vena cava filter or umbrella                      YES   (NO)

6.   The following metallic objects or devices are permissible: Please indicate if any pertain to you:

     a)   Metallic dental work (amalgam filling, crowns, bridges and plates).   YES   (NO)
     b)   Metallic joint prosthesis such as total hip implant                   YES   (NO)
     c)   Cu-7 or other metallic intrauterine devices                           YES   (NO)
     d)   Standard surgical clips                                               YES   (NO)
     e)   Coronary bypass clips and markers                                     YES   (NO)
     f)   Cardiac valves, both metallic and porcine                             YES   (NO)
     g)   Intracranial shunt                                                    YES   (NO)

7.   Shrapnel or metal particles may be permissible.  Please describe below the type and location of shrapnel or metal particles in your body.

8.   Please let us know if you are or suspect you may be pregnant.  If you are pregnant, how many months are you?

Patient Signature: _Henry_                     Date: _7/11/97_

Witness: _B Kinlon  RN_                         Date: _7/11/97_

PS-1941                    _A division of the North Broward Hospital District_



















UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 00-6022 CIV-LENARD/TURNOFF

HENRY NARANJO and
MARLENE RAMIREZ,

     Plaintiffs,

vs.

STEPHEN BYRON SMITH, PALMER
JOHNSON EXPORT SALES, INC.,
PALMER JOHNSON DISTRIBUTORS,
INC., and PALMER JOHNSON, INC.,

     Defendants,

------------------------------X

COPY

LOCATION:  LAW OFFICE
              80 SW 8TH STREET
              SUITE 2520
              MIAMI, FLORIDA  33160

DATE:      JANUARY 16, 2001 - TUESDAY

TIME:      2:30 P.M. - 4:00 P.M.

- - - - - - - -

CONTINUATION DEPOSITION

OF

HENRY NARANJO

- - - - - - - -

*Hi-Tech Court Reporting, Inc.*

PROFESSIONAL REPORTERS

707 SOUTHEAST THIRD AVENUE • SUITE 202 • FORT LAUDERDALE, FL 33316
(954) 523-0915 / FAX (954) 523-0916

1                    - - - - - - - -

2    APPEARANCES:

3

4    BLANCK & PERRY, P.A.
     5730 SW 74th Street
5    Suite 700
     Miami, Florida 33143
6    BY:  F. DAVID FAMULARI, Esquire
     BY:  JOSE A. DAPENA, Esquire
7    Appearing on behalf of the Plaintiffs.

8

9    VALLE & CRAIG, P.A.
     80 Southwest 8th Street
10   Miami, Florida  33130
     BY: FRANK SIOLI, Esquire
11   Appearing on behalf of the Defendant, Palmer Johnson, Inc.

12

13   PINKERT LAW FIRM LLP
     P.O. Box 89
14   Sturgeon Bay, WI 54325-0089
     BY:  DAVID L. WEBER, Esquire
15   Appearing on behalf of Defendant, Palmer Johnson, co-counsel.

16

17   BADIAK, WILL & KALLEN
     17071 West Dixie Highway
18   North Miami Beach, Florida 33160
     BY:  JOHN D. KALLEN, Esquire
19   Appearing on behalf of Defendant, Stephen Byron Smith.

20

21   ALSO PRESENT:  SILVIA QUIJANO, INTERPRETER
                    MARLENE RAMIREZ
22

23   REPORTED BY:  KATHERINE TRAINER
                   COURT REPORTER
24

25

```
 1
 2                            I-N-D-E-X
 3
 4    WITNESS                                      PAGE
 5    HENRY NARANJO
 6
 7    (CROSS-EXAMINATION BY MR. KALLEN)              4
 8    (CROSS-EXAMINATION BY MR. WEBER)              26
 9    (CROSS-EXAMINATION BY MR. DAPENA)             28
10
11                       - - - - - - - -
12
13
14                       E-X-H-I-B-I-T-S
15                   (Marked for Identification)
16
17    DEFENDANT'S                ITEM                PAGE
18    Exhibit No. 18     Interrogatories: Q&A        15
19    Exhibit No. 19     Tax Returns: 1992, 1993, 1994,   16
                            1995, 1996, 1997, 1998.
20
21
22
23
24
25
```

1        The CONTINUATION deposition of the witness, HENRY

2   NARANJO, taken in the above styled cause, before KATHERINE

3   TRAINER, Shorthand Reporter and Notary Public, in and for the

4   State of Florida, pursuant to the Notice heretofore filed

5                    - - - - - - -

6        (Thereupon, the interpreter was duly sworn.)

7   THEREUPON:

8                    HENRY NARANJO

9   and Marlene Ramirez, witnesses of lawful age, having been

10  called by the Defendant, and being by the undersigned Notary

11  Public first duly sworn through the interpreter, was examined

12  and testified under oath as follows:

13                  DIRECT EXAMINATION

14  BY MR. KALLEN:

15      Q.  Mr. Naranjo, how are you today, sir?

16      A.  Not too good.

17      Q.  I'll try to be relatively quick, and I'll apologize

18  in advance if I begin asking you questions that were asked of

19  you a number of days ago, but I'll try to avoid that.

20      A.  Okay.

21      Q.  Other than yourself on the day of the explosion was

22  anyone else welding on this boat?

23      A.  No.

24      Q.  Prior to the time that you started welding the

25  aluminum plate to the deck in the lazarette --

```
 1              THE INTERPRETER:  I'm sorry.
 2              MR. KALLEN:  Just say "Lazarette."
 3        Q.   Did you do any other welding that day in the
 4   lazarette?
 5        A.   No.
 6        Q.   You had done other welding jobs on the boat besides
 7   that one on the day of the explosion, correct?
 8        A.   The same day, no.
 9        Q.   On other days?
10        A.   Yes.
11        Q.   Other than yourself, were there other welders who
12   had done welding jobs on that boat before the day of the
13   explosion?
14        A.   Yes.
15        Q.   Do you remember their names?
16        A.   Yes.  Frank Pichardo.
17              THE INTERPRETER:  By sound, P-I-C-H-A-R-D-O.
18        A.   Santiago Biasteras.
19              THE INTERPRETER:  S-A-N-T-I-A-G-O
20   B-A-L-L-E-S-T-E-R-O-S.
21        A.   Andre Pichardo.
22        Q.   Anyone else?
23        A.   I don't recall any other one.
24        Q.   Do you remember your Employee ID number at Bradford?
25        A.   Not at this time.
```

1     Q.   In order to fabricate the aluminum plates that you

2   did that day, where did you get the aluminum material from?

3     A.   The aluminum is always in stock at the welding shop.

4     Q.   So you did not have to get the aluminum from the

5   materials department or materials shop?

6     A.   They just provide that there, right from the very

7   shop.

8     Q.   What shop?

9     A.   The welding shop.

10     Q.   In order to get this aluminum to make the plates,

11   did you have to sign a work slip or a materials order?

12     A.   Yes.

13     Q.   You do make out a sheet of paper where you are

14   ordering the materials, the materials that you are going to

15   use on the boat; did you do that?

16     A.   Yes.

17     Q.   Don't you or would you put your Employee ID number

18   on that; correct?

19     A.   Yes.

20     Q.   Do you know for sure whether when you first started

21   to work on the aluminum plates that day of the explosion or

22   whether you started a day before or two days before?

23     A.   It was the same day of the explosion.

24     Q.   How many hours did it take you to fabricate the two

25   aluminum plates?

1    A.  Several hours.  I don't know exactly how many at

2    that time.  I don't know how to tell you exactly what it was,

3    several hours.

4    Q.  Do you think at least three hours?

5    A.  I believe it was longer.

6    Q.  Other than - Let's call it the "lazarette job" - do

7    you understand what I mean by the "lazarette job"; that you

8    were doing?

9        I'll be more specific:  On the day of the explosion

10   other than fabricating the two aluminum plates; take the

11   plates on board the boat and into the lazarette; and

12   beginning to weld, did you do any other welding job on that

13   boat that day?

14   A.  No.

15   Q.  So the only welding job that you do on this boat on

16   the day of the explosion is what we just discussed?

17   A.  Yes, that's what it was on that day.

18   Q.  And if I recall your testimony before, when you

19   showed up at work that morning your boss, Tony Watson, told

20   you this was the job that you were doing; is that correct?

21   A.  That is correct.

22   Q.  Did you know that Tony Watson had inspected the

23   lazarette space before you started to weld later that day?

24   A.  Yes.

25   Q.  Do you know why Tony Watson inspected the lazarette

1    space before you started to weld?

2        A.  Can you repeat that again?

3        Q.  Do you know why Tony Watson inspected the space

4    before you started to weld there?

5        A.  He would always inspect all of the jobs before he

6    would order someone.

7        Q.  To weld?

8        A.  Yes.  In order to do the work that has to be done in

9    there, he would go first.

10       Q.  And that is because it's part of his job to make

11   sure that it's going to be safe for you to weld before you

12   start; is that right?

13       A.  Yes.

14       Q.  You rely on that before you will start a welding

15   job, right?

16       A.  Correct.

17       Q.  You will not begin a welding job if your supervisor

18   has not inspected the space first, correct?

19       A.  That's correct.

20       Q.  And you also will inspect the area or space as well,

21   correct?

22       A.  Yes.

23       Q.  I believe that you testified before in this case

24   that you did inspect the space; is that right?

25       A.  Yes, that is correct.

1    Q.  You look for combustible materials?

2    A.  Yes.

3    Q.  You made sure the area was clean and free of debris?

4    A.  Yes.

5    Q.  You also checked for any holes in the area where you

6    were welding?

7    A.  Yes.

8    Q.  You did not see any holes; is that right?

9    A.  That is right.

10   Q.  Why do you check?  Why did you check for holes?

11       Tell me, I'm not welder.

12   A.  Can I have some water?

13   Q.  Sure.

14       (WHEREUPON, a brief recess was had.)

15   A.  Can you ask the question again.

16       (WHEREUPON, the testimony requested was read back by

17       the reporter as recorded.)

18   A.  The area where I work, I inspect to see if they do

19   have or do not have holes; that is because that is to see if

20   there is nothing underneath, that something will slide down,

21   or that you have a spark going down since the buckets are

22   also made with wood.  You have to be cautious so there are no

23   holes and cover them up; for that reason there were no holes.

24   Q.  What would you have done if you saw a couple of

25   holes in the deck?

1      A.   I would ask or I would ask the captain, What is in
the area?  What do they have in there?

3      Q.   Why?

4      A.   To be cautious.

5      Q.   Would you have asked your foreman to find out for
6  sure?

7      A.   Of course I would.

8      Q.   Why did you put a fire blanket on the deck?

9      A.   Because they had these balloons - these balloons
10 that's in order to protect the boat and made out of plastic.

11     Q.   I'm not sure that I understand.

12          Did you see some plastic material that you wanted to
13 cover up?

14     A.   Well, I recall perfectly well before I started the
15 job, they had this protector, that's the bumper protector in
16 order for the ship not to get hit.

17     Q.   Like fenders?

18     A.   Like fenders.

19     Q.   That they put on the outside of the boat so that
20 when it stops the dock rubs up against the fender and not the
21 boat?

22     A.   That is right.

23     Q.   You saw some of those in the lazarette?

24     A.   Yes, sir.

25     Q.   How many did you see?

1    A.   I don't recall.

2    Q.   So you covered those with a fire blanket?

3    A.   Yes.

4    Q.   Did you cover anything else with a fire blanket?

5    A.   No.

6    Q.   You also said before that in addition to checking

7    the area for combustibles you also ventilated the space.  How

8    do you ventilate the space?

9    A.   Well, actually, the area was well - Well, the hatch

10   that was there was open.  It had been open for days.  Anyhow,

11   I did put in there a blower in order to extract the smoke.

12   Q.   How many hatches were open or off?

13   A.   They had two large hatches.

14   Q.   And they were off?

15   A.   No, they were open.

16   Q.   Do you remember what machinery or equipment was in

17   the lazarette?

18   A.   They had some hydraulic pumps, jacks - excuse me.

19   Strike that.  It is a jack, a hydraulic jack.  They had a

20   compressor tank; and then what I installed, the machine, the

21   blower.

22   Q.   Were people painting the boat that day?

23   A.   No.

24   Q.   Were there any painters on the boat?

25   A.   Yes.  They had painters but they were not painting.

1      Q.   What were there doing?

2      A.   They were sanding.

3      Q.   What part of the boat?

4      A.   The front area of the deck.

5      Q.   The bow, the front.

6      A.   Yes.

7      Q.   Did you see any painters at the transom?  Did you

8  see painters at the transom, at the very back of the boat?

9      A.   No.

10      Q.   Do you know who "Aki" is?

11      A.   "Aki"?  It sounds familiar, but it's a young man

12  that I believe that he works there.  I don't know.  I don't

13  recall.

14      Q.   Did it rain that day?

15      A.   No.

16      Q.   Did the captain tell you why the aluminum plates

17  that you were making was necessary?

18      A.   Yes.  He did tell me and he told me specifically.

19  He gave me the specifications and tell me why; for what.

20      Q.   Why did he tell you that the plates were necessary?

21      A.   I don't understand your question.

22      Q.   What were they being used for?

23      A.   The purpose for that was it was a bracket in order

24  to load up hydraulic jobs.

25      Q.   Why not put the jacks right on the deck?

1      A.   The plates that I made were - The purpose for that

2   was in order to put the jacks so that the jacks would be able

3   to use enough force because it was large and heavy.

4      Q.   I'm not sure that I understand.

5           Why not just install the jacks right on the deck?

6      A.   I don't know how to answer that.

7      Q.   Did the captain tell you that they had tried to do

8   that first without the plates?

9      A.   No.  No, I don't have any knowledge about that.

10     Q.   Did you read, what you referred to as "The piece of

11  paper," that was on the boat?

12     A.   The only thing that I read was that "Gas Free."  It

13  is in large letters.

14     Q.   That told you it was safe to weld in the lazarette,

15  as far as you know?

16     A.   Yes.

17     Q.   If you did not see that gas free certificate you

18  would not have welded, correct?

19     A.   That is correct.

20     Q.   Did you ever attend any safety meeting before this

21  explosion occurred?

22     A.   Several months before there was a safety meeting,

23  but I don't recall it exactly.

24     Q.   If you remember what was discussed in this safety

25  meeting?

1      A.   Well, they talk about the smoke that you can inhale

2    while your welding; because they have different departments

3    in there; and we work with the kind of welding that produces

4    a lot of smoke; and they talked about that it is for us not

5    to inhale a lot of smoke; and not to have any residues from

6    the materials that would cause a fire.

7      Q.   Were you ever given a safety manuel?

8      A.   No.

9      Q.   Were you ever given an employee manuel?

10     A.   No.

11     Q.   Did you wear goggles at the time of the explosion?

12     A.   I had the welding mask, the helmet.

13     Q.   That covered your face?

14     A.   Yes, sir.

15     Q.   I take it that you can see through that?

16     A.   The way it works is that you look at the area where

17   you put on the mask and then you - and as you move your head

18   it goes down as you are going to weld.

19     Q.   I want to mark as the next exhibit --

20          (WHEREUPON, a brief off-the-record discussion was

21     had.)

22          MR. KALLEN:   Let the record reflect that is Exhibit

23     18.  After Mr. Naranjo's deposition was commenced back

24     on Thursday - I guess that it was the 11th - We took

25     some interim depositions; and they have been marked

1          exhibits consecutively; and that's why the next exhibit

2          of Mr. Naranjo's deposition will be 18 as opposed to

3          what would otherwise be 4 or 5 or whereever we left

4          off.

5              In any event Exhibit 18 will be a set of

6          interrogatories and answers to interrogatories; and I'm

7          going to keep the original set; and we'll make a copy

8          for transcript purposes.

9              (WHEREUPON, the above referenced document was marked

10         as Defendant's Exhibit No. 18 for Identification.)

11    BY MR. KALLEN:

12         Q.  Mr. Naranjo, let me show you Exhibit 18.  First,

13    I'll ask you on the last page of this exhibit, is that your

14    signature?

15         A.  Yes.

16         Q.  Now, do you remember having to answer these written

17    questions; and go ahead and look through this.

18         A.  (Witness complies).

19         Q.  Mr. Naranjo, let me show you these questions that

20    are part of 18 and request if you remember seeing these

21    questions and having to provide answers to them?

22         A.  Can you read that to me?

23         Q.  Okay.  Did you ever see these before, these

24    interrogatories?

25         A.  Let me see.

1     Q.  No, it says in here - February.  Where did it say

2   that?  What year was this done in?  Do you remember --

3     A.  Is it my signature but I don't recall - Yes, well, I

4   don't recall that very well.  That was a year ago if that was

5   last year.

6     Q.  Are you having any type of memory problems, even

7   today?

8     A.  No, but it is that I don't recall.  I don't recall

9   that.

10     Q.  That's fine.

11         I'd like to mark as the next exhibit - and we'll

12   make it a composite to these were produced to me by Mr.

13   Naranjo's counsel; and specifically, they appear to be W-2

14   forms and income tax returns from Mr. Naranjo and mark it

15   Composite Exhibit 19.

16         MR. DAPENA:  Can I see the interrogatories?

17         MR. KALLEN:  Yes.

18         For the record, these are for the years 1992, 1993,

19     and 1994, 1995, 1996, 1997, and 1998.

20         (WHEREUPON, the above referenced document was marked

21     as Defendant's Exhibit No. 19 for Identification.)

22   BY MR. KALLEN:

23     Q.  Let me show these to you, Mr. Naranjo.  Do you

24   recognize these as being your income tax returns for the

25   years 1992 through 1998?

```
1        A.  Yes, this is mine.  So is this one also mine, yes.
2   Yes, also.  Also, yes.  This is all mine.
3        Q.  There are as part of this Exhibit 19- There are some
4   W-2 forms from a company called First Delta Financial Corp.,
5   for 1997.
6            What work did you do for First Delta Financial
7   Corp., in 1997?
8        A.  No, I did not work over there for them.
9        Q.  You did not?
10       A.  No.
11       Q.  In 1998, for the 1998 return there is also a return
12  from Allied Transportation Resource?
13       A.  Yes, I believe that is for some work that my wife
14  did.  I believe this is also for work that my wife did.
15       Q.  The reason that I ask these forms are made out and
16  sent to Henry Naranjo; that is why I asked.
17       A.  This was at first - This was done over there.  I
18  don't remember that.
19       Q.  Well, I'm not sure what you're referring to now.
20           Let me ask you --
21       A.  Yes.
22       Q.  -- since this accident happened have you worked
23  anywhere other than at and for Bradford Marine?
24       A.  No.
25       Q.  You have not done any other jobs for pay other than
```

1  at Bradford Marine?

2      A.  No.

3      Q.  Have you looked for any work?

4      A.  No.

5      Q.  Why not?

6      A.  Because shortly after the accident I was very, very

7  upset.  I was sick.

8      Q.  That's understandable.  Let me be more specific, Mr.

9  Naranjo.

10         Have you looked for any work or any job to do in

11  1999, in the year 2000, or up to now in 2001?

12      A.  No.

13      Q.  Why not?

14      A.  Because I don't feel well.

15      Q.  Do you feel that you are presently able to work?

16      A.  No.

17      Q.  That's because of the way that you feel?

18      A.  That is due to the way that I feel.

19      Q.  Would it be your preference to be able to work?

20      A.  If I was well, yes.

21      Q.  For example, if a job would be found for you to do,

22  would you be willing to do that job if you felt physically

23  able to do it?

24      A.  It I felt well, I could do it.

25      Q.  Have you met with anybody in the past two years

```
 1    about trying to get you to be able to work?

 2         A.   No.

 3         Q.   Who prepared the four income tax returns?

 4         A.   I do it with a friend of mine who is like an

 5    accountant but he is not - well, I'm - I do them.

 6         Q.   How many years has your friend helped you do your

 7    income tax returns?

 8         A.   Three, four years.

 9         Q.   Did you file a return for 1999?

10         A.   Yes.

11         Q.   So we should be able to get that from somewhere?

12         A.   Yes.

13         Q.   Did you file a return yet for 2000?

14         A.   No.

15         Q.   What is your friend's name that has helped you

16    prepare the returns in the past three or four years?

17         A.   Carlos Becerra.

18         Q.   Can you spell the last name?

19         A.   B-E-C-E-R-R-A.

20         Q.   Where does he live?

21         A.   He lived here and he left.

22         Q.   Where does he live now?

23         A.   I don't know.  I believe that he went back to his

24    country.

25         Q.   What country is that?
```

1    A.   Honduras.

2    Q.   When did he go back to Honduras?

3    A.   I couldn't say.  I don't recall exactly but it was

4  last year.

5    Q.   Does Mr. Becerra speak English?

6    A.   Yes.

7    Q.   Better than you?

8    A.   Yes.

9    Q.   And he reads English?

10    A.   He reads English.

11    Q.   Better than you?

12    A.   Better, and speaks better.

13    Q.   And you say that he is not an accountant?

14    A.   Not here.

15    Q.   Honduras, you think?

16    A.   I think so.

17    Q.   In what way did Mr. Becerra help you with the tax

18  returns?

19    A.   Well, he would save me the $100 that it would cost.

20    Q.   Yes, but as I understand it that both of you

21  prepared these returns; and what I'm asking is what part of

22  these returns did he help you with?

23    A.   We would read the book.  I get that book, and based

24  it on that.

25    Q.   Okay.  Do you know who prepared your wife's income

1    tax return?

2        A.    The person that I just told you.

3        Q.    Carlos?

4        A.    Carlos Becerra.

5        Q.    By the way, does your wife speak English?

6        A.    She speaks better than I do, yes.

7        Q.    Does she read English?

8        A.    Also.

9        Q.    Better than you?

10       A.    Yes.

11       Q.    I don't know if this question was asked:  Do you

12   write English?

13       A.    Some basic things too.

14       Q.    For example, if I asked you to write, How are you? -

15   can you do that?

16       A.    Yes, sir.

17       Q.    My back hurts; can you do that?

18       A.    Yes, basic words, short.

19       Q.    Basic short words?

20       A.    Yes.

21       Q.    You do know that I represent Steven Smith who owns

22   the boat that you were working on?

23       A.    Yes, of course; and you're telling me now.

24       Q.    I'm also telling you that Captain Jack - Who you

25   know?

```
 1        A.   Yes.

 2        Q.    -- was employed, was working for Mr. Smith?

 3        A.   Yes.

 4        Q.   You knew that right before me telling you?

 5        A.   Well, yes, I learned about that now.  I knew the

 6   captain, and I met the owner.

 7        Q.   You did meet the owner one time?

 8        A.   Yes, shortly after surgery when I went over to the

 9   job.

10        Q.   Did he come to see you?

11        A.   No, the captain introduced me to him because the

12   department for the job was over here and the boat was right

13   next to it.

14        Q.   That was after you had surgery on your back?

15        A.   Yes, afterwards.

16        Q.   Did the captain ever tell you after the accident

17   that it was his fault?

18        A.   We never speak about that.

19        Q.   Now, do you understand that you are claiming a

20   lawsuit that the captain was at fault?

21        A.   Yes.

22        Q.   So you feel that the captain should have done

23   something that he did not do?

24        A.   I do believe that, yes.

25        Q.   What should he have done that he did not do?
```

1       A.   He should have made sure that nothing was going to

happen to me over there.

3       Q.   How would he do that?

4       A.   That I don't know how to answer.  The only thing

5   that is that I did trust him.

6       Q.   Did you also trust your foreman?

7       A.   Yes.

8       Q.   Who was the expert welder here, you or the captain.

9       A.   I don't know what knowledge the captain has but I

10  had trust.  I had to put my trust in him.

11      Q.   Did you also put your trust in yourself to make sure

12  that it was safe also?

13      A.   I also took some precautions.

14      Q.   Did you also put your trust in that piece of paper

15  that said "Gas free"?

16      A.   Also.

17      Q.   Did you also put your trust in the fact that your

18  boss had inspected the space?

19      A.   Also.

20      Q.   So let me ask you again; and try to be specific if

21  you can, you had a few years to think about this:  Is there

22  something in particular that the captain should have done but

23  did not do?

24      A.   The time that has elapsed up until now, I believe

25  that the captain should have seen or looked at the area well;

1  and where I was working; and where I was able to do the work,

2  I believe.

3       Q.  Isn't that why you looked and your foreman looked?

4       A.  Well, to be more brief the first thing that I saw is

5  that my boss told me to go and see the captain.  The captain

6  showed me what I had to do.  And my boss also knew what I had

7  to do in there.

8       Q.  When you say the "Captain showed you what he wanted

9  you to do" what you mean by that is that he told you that he

10  wanted two aluminum plates made; and he told you the area

11  where he wanted it - where he wanted the plate put on the

12  deck?

13      A.  Exactly.

14      Q.  He did not tell you how to do your job, correct?

15      A.  No, he told me to put the plate in this position and

16  that's the way that he wanted them.

17      Q.  That's right; but it was up to you do that job

18  safely, correct?

19      A.  Correct.

20      Q.  Was there something that the captain told you to do

21  which he should not have said?

22      A.  He was not very specific when I asked him if there

23  was any danger in there; and he said, no.  The only thing

24  that he said was concrete and then aluminum plate and then

25  flush.

1 Q. The captain used the word "flush"?

2 A. Yes.

3 Q. How many times in the year that you were working for

4 Mark Watson did he explain to you - Tony Watson - did he

5 explain to you that before you were to start a job you were

6 to ask Tony about the job so that he could review it with

7 you?

8   MR. DAPENA:  Object to form.

9 A. He would always check; that is he would go and look

10 at the job that has to be done; and look at the people that

11 were available to do that.

12 Q. Right, because you know from working at Bradford

13 Marine that it was their policy that before any welding work

14 was done the welder and foreman who makes the decision that

15 it was safe to do?

16   MR. DAPENA:  Object to form.

17 A. Yes.

18 Q. So regardless of what the captain may say to you, if

19 your boss says, This is not safe; you're not doing it,

20 correct?

21 A. Correct.

22 Q. The same thing even if the captain says, It's safe;

23 you don't do the work until you and your boss, the foreman,

24 say, It's safe?

25 A. Yes.

```
 1              MS. BARKER:  I think that I'm done.
 2                     CROSS-EXAMINATION
 3   BY MR. WEBER:
 4       Q.  Just a couple of questions.  I think that you stated
 5   earlier that you were aware that Tony Watson had inspected
 6   the area before you did your work?
 7       A.  Yes.
 8       Q.  Did you speak with Tony Watson about his inspection?
 9       A.  No.  No, just to go and do the job.  He had gone and
10   seen the captain to see what has to be done.  He told me also
11   what had to be done.
12       Q.  Did Tony Watson tell you what he did to inspect the
13   area?
14       A.  No, he didn't say.
15       Q.  Did you observe Tony Watson inspect the area?
16       A.  No.
17       Q.  Do you know when Tony Watson inspected the area
18   prior to your working in the area?
19              THE INTERPRETER:  I'm sorry - When?
20              MR. WEBER:  Prior to his doing the work.
21       A.  No.
22       Q.  Do you have a valid Florida driver's license?
23       A.  Yes, sir.
24       Q.  Does it have any restrictions on it?
25       A.  No.
```

Q.  Are you able to drive?

A.  Yes.

Q.  Have you, in fact, driven since this accident?

A.  Excuse me?

Q.  Sure.  For instance who drove here today?

A.  She did.

Q.  Were you able to drive here today?

A.  No, I was not feeling well.

Q.  What about your condition is it that would have prevented you from driving here?

A.  I want to come relaxed and quiet in the car.

Q.  Does driving a car irritate or aggravate your back at all?

A.  Well, if the trip is not too long, because otherwise it does bother me.

Q.  How long can you drive before your back starts to hurt?

A.  Immediately, as you sit down - Well, it is immediate because of the way that the seat is built; and it's uncomfortable to be inside the car.

Q.  Do you drive - Strike that.

    How often during the week do you drive a car?

A.  Sometimes - Well, yesterday I did not drive.  Maybe two, three times during the week.

Q.  Giving me an example of where you will drive your

```
 1   car, do you drive it to the grocery store?

 2        A.   I go to the grocery.

 3        Q.   Where else do you drive your car?

 4        A.   Near my home there is a shopping center, a mall.

 5        Q.   Do you have your own vehicle?

 6        A.   Yes.

 7        Q.   What kind of car do you have?

 8        A.   A Honda Accord.

 9        Q.   Does your wife have a separate car?

10        A.   Yes.

11        Q.   What kind of car does she have?

12        A.   Civic Honda.

13             MR. KALLEN:   That was asked.

14             MR. WEBER:   That's all that I have.

15                       CROSS-EXAMINATION

16   BY MR. DAPENA:

17        Q.   Who in your opinion would know this vessel better

18   than the captain?

19             MR. KALLEN:   Object to the form.

20        A.   The captain.

21        Q.   And why is that?

22        A.   Because - because of his experience.  He has to be

23   in charge of that and also of the crew.

24        Q.   So is that why you asked him what was underneath the

25   lazarette?
```

1         MR. KALLEN:  Object to form.

2     A.   Yes, of course.

3     Q.   What did he say?

4     A.   That there were no fuel tanks; there were no fuel

5  lines; that there was just concrete and aluminum plate

6  flushed.

7     Q.   You felt you were safe under those circumstances?

8         MR. KALLEN:  Object to form.

9     A.   Yes.

10        MR. DAPENA:  That's it.  Read.

11        (WHEREUPON, the deposition was concluded at 4:00

12  p.m.)

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1                          - - - - - - -


3                      CERTIFICATE OF OATH


5

6   THE STATE OF FLORIDA,   )
                            )
7   COUNTY OF BROWARD       )

8

9        I, KATHERINE TRAINER, Court Reporter and Notary
    Public, do hereby certify that HENRY NARANJO personally
10  appeared before me and was duly sworn.

11

12

13        WITNESS MY HAND AND SEAL this 23 of February, 2001.

14

15

16  ----------------------------------
    KATHERINE TRAINER
17  COURT REPORTER and NOTARY PUBLIC,
    STATE OF FLORIDA AT LARGE:

18

19

20  RULE 1.310.  FLORIDA RULES OF CIVIL PROCEDURE PROVIDES, IN

21  PART: (E)"...Any changes in form or substance that the

22  witness wants to make shall be entered upon a separate

23  correction page by the officer with a statement of the

24  reasons given by the witness for making them..."

25
```

Katherine Trainer
My Commission CC868617
Expires August 03, 2001

HI-TECH COURT REPORTING, INC.

2-23-01

Henry Naranjo
8881 Northwest 8th Street
Pembroke Pines, Florida  33024

IN REFERENCE:  Henry Naranjo vs Stephen Byron Smith et. al.

Dear sir:

This letter is to inform you that your continuation
deposition given on 16th day of January, 2001, is now ready
for your reading and signing.

This transcript will be held in our offices up to and
no later than 30 days from the date of this notification.

Please phone our office to schedule a convenient time
for you to come in and read and sign your deposition.

If you choose not to respond, the transcript will be
forwarded to counsel(s) accordingly.
Thank you for your cooperation.

Sincerely,

Katherine Trainer
Court Reporter
cc:  Court File
     MR. VALLE
     MR. KALLEN
     MR. FAMULARI
     MR. WEBER

707 Southeast 3rd Avenue
Suite 203
Fort Lauderdale, Fl 33316

Phone (954) 523-0915
Fax (954) 523-0916
Email: HITECHCR@BELLSOUTH.NET

```
 1                    E-R-R-A-T-A  S-H-E-E-T

 2    PAGE/LINE                CORRECTION                 REASON

 3    _____

 4    _____

 5    _____

 6    _____

 7    _____

 8    _____

 9    _____

10    _____

11    _____

12    _____

13    _____

14    _____

15    _____

16    _____

17                    (Use other side if necessary)

18    I, HENRY NARANJO, do hereby certify that I have read the

19    foregoing transcript of my CONTINUATION deposition given on

20    the 16th day of January, 2001; that together with any

21    additions or corrections made herein it is true and correct.

22    _____        _____

      HENRY NARANJO                   DATE
23

24    _____        _____

25    NOTARY PUBLIC, STATE OF         DATE
      FLORIDA AT LARGE:
```

C-E-R-T-I-F-I-C-A-T-E

THE STATE OF FLORIDA    )
                        )
COUNTY OF BROWARD        )


1          I, KATHERINE TRAINER, Court Reporter and Notary

2  Public, in and for the State of Florida at Large, do hereby

3  certify that HENRY NARANJO was by me first duly sworn to

4  testify the whole truth, and that the above deposition by him

5  given was recorded stenographically by me personally, and

6  reduced to typewriting under my direction to the best of my

7  ability.

8          I further certify that I am neither attorney for any

9  party nor am I related to or employed by an attorney or party

10 connected with the action, nor am I financially interested in

11 the action.

12         WITNESS MY HAND AND SEAL this 23 day of February,

13 2001.


                    _____
                    KATHERINE TRAINER
                    COURT REPORTER and NOTARY PUBLIC
                    STATE OF FLORIDA AT LARGE:


Katherine Trainer
My Commission CC668617
Expires August 03, 2001

NARANJO vs. STEPHEN B. SMITH     CondenseIt™     FEB. 7TH, 2001

Case 0:00-cv-06022-JAL    Document 114    Entered on FLSD Docket 08/08/2001    Page 171 of 225

**Page 1**

```
 1
 2              UNITED STATES DISTRICT COURT
 3              SOUTHERN DISTRICT OF FLORIDA
 4          CASE NO. 00-6022 CIV-LENARD
 5
 6   HENRY NARANJO and
     MARLENE RAMIREZ,
 7
            Plaintiffs,
 8
 9   vs.
10   STEPHEN BYRONS SMITH and
     PALMER JOHNSON, INC.
11
            Defendants
12
13
14              Badiak Will & Kallen
15              17071 W. Dixie Highway
                N.M. Beach, Fla.
16              Feb. 7th, 2001 2:20 p.m.
17
18
19          DEPOSITION OF JOHN BREDBECK
20
21   taken before JULIO A. MOCEGA, R.P.R. and Notary
22   Public in and for the State of Florida at Large,
23   pursuant to Notice of Taking Deposition filed in
24   the above case.
25
```

**Page 3**

```
 1
 2
 3                 I N D E X
 4
 5   WITNESS        EXAMINATION
 6   Mr Bredbeck
 7   Mr. Famulari       4
 8   Mr. Kallen       117
 9   Mr. Weber         84
10   Mr. Valdes    63, 97, 120
11
12          EXHIBITS
13   PLAINTIFF'S     FOR IDENTIFICATION
14   Exhibit No. 21      38
15   Exhibit No. 22      38
     Exhibit No. 23      45
16   Exhibit No. 24      45
     Exhibit No. 25      60
17   Exhibit No. 26      62
     Exhibit No. 27      65
18   Exhibit No. 28      77
     Exhibit No. 29      80
19
20          ERRATA SHEET
            Page 123
21
22
23
24
25
```

**Page 2**

```
 1
 2   APPEARANCES:
 3
 4      BLANK & PERRY, P.A.
        BY: F. David Famulari, Atty.
 5      5730 S.W. 74th Street
        South Miami, Florida
 6      Co-Counsel on behalf of Plaintiffs
 7
 8      RIVKIND & PEDRAZA, P.A.
        BY: Manuel Valdes, Atty.
 9      66 West Flagler Street
        Suite 600
10      Miami, Florida 33130
        Co-Counsel on behalf of Plaintiffs
11
12      TELEPHONE APPEARANCE:
        PINKERT LAW FIRM, LLP
13      BY: David L. Weber, Atty.
        454 Kentucky Street
14      P.O. Box 89
        Sturgeon Bay, Wisconsin 54235
15      Co-Counsel on behalf of Palmer Johnson
16
17      BADIAK, WILL & KALEN
        BY: John D. Kallen, Atty.
18      17071 West Dixie Highway
        North Miami Beach, Fla. 33160
19      On behalf of Stephen Byron Smith
20
21
22
23
24
25              . . . . .
```

**Page 4**

```
 1
 2        (Thereupon, a telephone call was
 3   placed to Valle & Craig to determine whether
 4   they would be appearing for this deposition and
 5   the conversatino with Frank J. Sioli was as
 6   follows.)
 7        MR. KALLEN: Frank, I want to make
 8   sure that neither you nor Larry nor anyone
 9   else from your office is attending the
10   deposition.
11        MR. SIOLI: That is my
12   understanding.
13        MR. KALLEN: Okay, goodbye.
14        MR. SIOLI: Bye.
15        MR. KALLEN: We are on the record.
16   I spoke with David Weber, counsel for Palmer
17   Johnson, who is attending this deposition by
18   telephone and he advised me that no one from
19   local counsel' office, that is Valle & Craig
20   will be attending.
21        David Weber also authorized us to
22   proceed with the deposition and he will be
23   calling in any minute, so with that.
24        MR. VALDES: I agree with that. I
25   was present in the room when all of those
```

NARANJO vs. STEPHEN B. SMITH    CondenseIt™    FEB. 7TH, 2001

Case 0:00-cv-06022-JAL    Document 114    Entered on FLSD Docket 08/08/2001    Page 172 of 225

Page 5

1  conversations took place over the phone. On
2  speakerphone, that is.
3  THEREUPON:
4      John Bredbeck, was called as a witness
5  and, having been first duly sworn, was examined
6  and testified as follows:
7      DIRECT EXAMINATION:
8  BY MR. FAMULARI:
9      Q. Captain Bredbeck, my name is Dave
10  Famulari and I am one of the attorneys
11  representing Henry Naranjo. We want to ask you
12  a series of questions today about your time on
13  the motor yacht SOUVENIR.
14      Give us your full name for the
15  record.
16      A. John Kenneth Bredbeck and I go by
17  Jack.
18      Q. What is your date of birth?
19      A. 1-10-64.
20      Q. And Social Security number?
21      A. 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.
22      Q. Where were you born?
23      A. Toledo, Ohio.
24      Q. Do you have a permanent address
25  besides the boat?

Page 6

1      A. My permanent mailing address is
2  1126 South Federal Highway, Apartment 110, Fort
3  Lauderdale, Florida, 33316.
4      Q. Could you give us the benefit of a
5  brief history of your educational background?
6      A. Educational background? I
7  graduated high school in 1982. I joined the
8  U.S. Navy. Honorably discharged in 1986 at
9  which time I went to Chapman Seamanship School
10  in Stuart, Florida. I received a diploma from
11  there.
12      Came to Miami, got my captain's
13  license. Worked as a dock master in Lauderdale
14  Yacht Club for a year and a half until 1988 and
15  was employed on board 125 foot Berger.
16      Q. What was the name of that?
17      A. ARARA III. A-R-A-R-A, III. I was
18  first mate first and in 1991 the company put
19  that boat for sale and I have been working for
20  Stephen Smith as his private captain ever since.
21      Q. That is since 1991?
22      A. 1991.
23      Q. Your time that you were at the
24  Chapman School, how long were you there?
25      A. Four months.

Page 7

1      Q. And what kind of training did they
2  give you?
3      A. It is basic, everything seamanship,
4  you know, weather reading, weather maps, running
5  the boat. Basically it is getting you geared up
6  to take the Coast Guard exam.
7      Q. And when did you take the Coast
8  Guard exam?
9      A. It would have been in -- I'd say
10  '87 probably, the first time January of '87 I
11  passed the test.
12      Q. And in 1987 what license did they
13  give you?
14      A. I started with a fifty ton inland
15  operators' license because all of my sea time
16  was in Lake Erie in Ohio where I grew up and
17  after a year on board the ARARA I upgraded to a
18  two hundred ton because I had the time and
19  service on the vessel of that size.
20      Q. Okay, today what kind of license do
21  you hold?
22      A. I still have a two hundred ton near
23  coastal master license with the U.S. Coast Guard
24  with a five hundred ton mate endorsement.
25      Q. And have you continuously had a

Page 8

1  license since you got the first one in 1987?
2      A. Yes, I have.
3      Q. Tell me a little bit about your
4  experience on the Great Lakes?
5      A. My experience on the Great Lakes?
6      Q. Yes?
7      A. I started sailing when I was eight
8  years old. My parents belonged to a yacht club
9  up there and it was pretty much like summer
10  day-care.
11      I went to swimming lessons in the
12  morning and sailing lessons in the afternoon
13  till I was around fifteen or sixteen and then I
14  started racing more sea class sailboats as an
15  fore deck and also helmsman.
16      Q. Prior to 1997 when this incident
17  took place had you ever had any technical
18  training such as engineering, hydraulics
19  anything like that?
20      A. Not --
21      Q. Formal?
22      A. Formal, no, no.
23      Q. Okay.
24      A. I had done -- I had an Associates
25  Degree in electronic engineering. From '92 to

NARANJO vs. STEPHEN B. SMITH    CondenseIt™    FEB. 7TH, 2001

Case 0:00-cv-06022-JAL    Document 114    Entered on FLSD Docket 08/08/2001    Page 173 of 225

Page 9

```
1   '94 I went to school.
2        Q. Where did you go to school?
3        A. ATI in Fort Lauderdale.
4        Q. So Associates Degree in electric --
5        A. Electronics engineering.
6        Q. When was it that you first became
7   associated with Stephen Byron Smith?
8        A. He hired me to take his 53 foot
9   boat which was his first one in April of 1991 to
10  Chicago for him.
11       Q. And what were your duties and
12  responsibilities for that first boat?
13       A. My duties -- basically that was, I
14  was hired as a delivery captain basically to
15  deliver the boat from Fort Lauderdale to
16  Saugatuck, Michigan which is where he planned to
17  keep the boat in the summer.
18       Q. And after you did that what did you
19  do for Mr. Smith next?
20       A. I didn't stay on that boat
21  full-time, but when he, in the summer at the
22  time he was still working he would only have his
23  two or three weeks off in the summer, he would
24  call me and I would fly up. He would fly me up
25  to Chicago or Saugatuck, wherever they wanted to
```

Page 10

```
1   leave from, and I would take him on his little
2   three week cruise around Lake Michigan and
3   Saugatuck and all of that and back to Chicago
4   and we would do dinner parties for a while and
5   then I would bring the boat down to Naples for
6   him.
7        Q. And during that time period when
8   you weren't working with Mr. Smith what were you
9   doing?
10       A. I worked -- I did yacht deliveries
11  for whoever hired me. I worked, did a refit on
12  the Aga Khan's boat, a 120 foot, called the
13  KALAMOON (phonetic).
14       Q. The refit on --
15       A. That, I did that, I was doing that
16  during the time that I was going to school for
17  my electronic engineering.
18       Q. Where was that refit done?
19       A. In Bradford.
20       Q. Bradford does everything, don't
21  they?
22       A. I have been going to Bradford, yes,
23  since '87.
24       (Thereupon, Mr. Weber joined the
25  deposition through the speakerphone.)
```

Page 11

```
1        MR. FAMULARI: David?
2        MR. WEBER: Okay, I am here.
3        (Discussion off the record.)
4        MR. KALLEN: You are on the line
5   and if you can hear us, we are proceeding.
6        MR. FAMULARI: David, I have just
7   been going -- this is Dave Famulari.
8        MR. WEBER: Okay.
9        MR. FAMULARI: I was just going
10  over basic background stuff. We haven't
11  even gotten to the boat yet.
12       MR. WEBER: Sorry for the delay.
13  Thanks a lot.
14  BY MR. FAMULARI:
15       Q. The refit on the Aga Khan's boat,
16  what year was that?
17       A. That would have been '92, '93,
18  somewhere in that zone.
19       Q. And generally what was your
20  involvement in that?
21       A. I was basically helping out the
22  engineer, assist the engineer. He hurt his back
23  and he couldn't be down in the engine room. I
24  was his eyes and ears with the MTU guys. We
25  were doing a W6 on their engines.
```

Page 12

```
1        Q. And was that just an engine repower
2   or were you doing other things on the boat?
3        A. They were doing lots of things, but
4   my main involvement was in the engine refit.
5        Q. How long were you involved in that
6   project?
7        A. About seven months.
8        Q. Was there any welding going on that
9   you were involved in on that vessel?
10       A. No.
11       Q. What was the hull of that vessel
12  made of?
13       A. It was aluminum.
14       Q. Okay, after you finished with that
15  what was your next involvement with Mr. Smith?
16       A. 1994, March of 1994, I believe it
17  was, he bought a 66 foot Ocean Alexander and I
18  have been his full-time captain ever since.
19       That boat was fiberglass.
20       Q. How long is that boat?
21       A. That was 66.
22       Q. 66?
23       A. Yes.
24       Q. Was there any major work done on
25  that boat while you worked on it?
```

Page 13

1    A. The 66 footer?
2    Q. Yes?
3    A. Yes, we did a complete refit on
4    that boat. Not -- minus the engines and all of
5    that, but replaced all of the windows. We did
6    new washers and dryers, new Delta T ventilation
7    system for the engine room.   A lot of
8    electronics added. My boss is an electronic
9    nut.
10   Q. What was your day-to-day
11   involvement in that refit?
12   A. Overseeing, making sure that it
13   gets done and we get out of there as soon as
14   possible so the boss can have his boat again.
15   Q. Where was that done?
16   A. Well, that one wasn't a total one.
17   It kind of evolved as it went along and it took
18   place in several different boat yards.
19   Q. Did any of it take place at
20   Bradford?
21   A. Yes.
22   Q. Do you recall any of the people
23   that you worked with at Bradford on that, say
24   project manager or any of the --
25   A. It was Joe Quinn was usually in

Page 14

1    charge of it back in those days.  Torch was
2    around.  Mark Tortora, we spoke with him.
3    First day I can't remember, you know.
4    Q. Did Henry Naranjo work on that job
5    at all, if you remember?
6    A. No, like I said, that was a
7    fiberglass boat, so there wasn't much welding to
8    be done on that particular boat.
9    Q. That was in what year?
10   A. From '94 to '97.
11   Q. And what happened to the boat in
12   1997?
13   A. That is when he bought the palmer
14   Johnson and he sold the Alexander and bought the
15   Palmer Johnson in February of that year, of '97,
16   Miami Boat Show.
17   Q. Do you remember if he took delivery
18   of the boat in February of '97?
19   A. Yes.
20   Q. Approximately?
21   A. I am sure that he did.  I think the
22   deal closed about a week after the Miami Boat
23   Show, so --
24   Q. How long after it closed was it
25   before it went into Bradford?

Page 15

1    A. Two months.
2    Q. Did you operate the boat during
3    that time period?
4    A. Yes.
5    Q. What places did you go to?
6    A. We took delivery of the boat in
7    Fort Lauderdale.  We took it to Key West by way
8    of Marathon and from Key West back to Naples and
9    we were in Naples the Saturday before Easter of
10   '97 there, whatever date that would have been.
11       That is when we took a ride with
12   the cruise or whatever, people on board and
13   while he was in the middle of showing his new
14   boat off we took it up to crew speed or past
15   crew speed.
16       You know, he wanted to show
17   everybody how fast his boat would go and that
18   lasted about a minute half and we blew the
19   starboard engine.
20   Q. Was that the catalyst to do a refit
21   on the vessel?
22   A. Yes, it was.
23   Q. Who decided what was going to be
24   done on the refit?
25   A. Well, Mr. --

Page 16

1    Q. Who was involved in it?
2    A. Well, what do you mean by that?
3    Q. Who helped make the decisions on
4    all of the work that was going to be done?
5    A. Well, Mr. Smith had his plans, what
6    he wanted and then the rest of it was pretty
7    much up to me to make it happen however we could
8    make it happen.
9    Q. Okay, what kind of things did he at
10   least initially want done to the boat on the
11   refit?
12   A. Well, we -- once they -- When the
13   engine blew, it was a Detroit and they were
14   going to rebuild it.
15       When they went to rebuild it the
16   whole inside of it was rusted out, so they
17   decided to do a, to do it properly they were
18   going to have to take the engines out of the
19   boat and bore them and dip them and all of these
20   other things.
21       And we were like, if we are going
22   do that, we have to take these engines out we
23   are not going to put Detroits back in here.  So
24   we went out and bought brand Mans, new Northern
25   Lights generators and that pretty much went on

NARANJO vs. STEPHEN B. SMITH     CondenseIt™     FEB. 7TH, 2001

Case 0:00-cv-06022-JAL    Document 114    Entered on FLSD Docket 08/08/2001    Page 175 of 225

**Page 17**

1 from there.
2        And the main thing my boss wanted
3 at the time was to make the top deck bigger
4 because it had a really small seating area and
5 then no boat deck and he wanted more of a boat
6 deck for putting more toys up on the fly
7 bridge. And we had to make the arch hydraulic
8 so we could make it to Chicago in the summer.
9      Q. Did somebody design that work, the
10 changes in the, on the fly bridge and the -- was
11 that something that yard did or --
12      A. Pretty much the yard, yes.
13      Q. Were you involved in any of the
14 decisions on how to put that together?
15      A. Well, we'd say we are going to need
16 this space here for a Seadoo and we need to, we
17 want to move the seats up and make the mast
18 hydraulic. And you go from there.
19      Q. When the boat first went to
20 Bradford was it taken out of the water?
21      A. Yes, it was.
22      Q. And how long was it out of the
23 water, if you can remember?
24      A. It came out of the water I would
25 say third week of April and I am sure that you

**Page 18**

1 can get a haul out schedule from one of these
2 documents.
3      Q. Uh-huh.
4      A. And we were -- We had just gone
5 back in the water three or four days before the
6 accident took place.
7      Q. What work was done on the vessel
8 while it was out of the water?
9      A. While it was out of the water?
10 Well, they cut a five and a half foot square
11 hole in the side of the starboard side of the
12 boat, starboard side of the boat, removed the
13 port and starboard engines, the port and
14 starboard generator. All of the isolation
15 transformers, basically gutted the engine room
16 down to just bare walls and then we reinstalled
17 the new generators and the new main engines and
18 they welded the side back up.
19        During all of this time we had to
20 change the underwater exhaust from a ten inch
21 hole to a twelve inch hole because we were
22 upgrading the horsepower of the engines and we
23 had to redo struts, four on the bottom of the
24 boat. We had to increase the size of the
25 shafts, new propeller because of the increased

**Page 19**

1 horsepower and all of this was going on while we
2 were putting new hawse eyes in the cockpit and
3 the whole upper deck reconstruction.
4        As well as pulling all of the
5 windows out of the boat, too, because they were
6 like sand and we put glass back in.
7      Q. When the vessel was put back in the
8 water what was the state of completion of the
9 engine installation?
10      A. They were -- engines were installed
11 and they had been put in their spot, bolted down
12 and the shaft had been coupled up to them.
13 Other than that they weren't, there was no fuel
14 lines hooked up to them. They were just
15 basically in the boat.
16      Q. Was the exhaust system hooked up?
17      A. The exhaust system was hooked up.
18 All of the underwater welding and everything had
19 already taken place. The idea was to take it
20 back into the water because we had to go into a
21 spray shed so they could finish doing the paint
22 job.
23      Q. Were the propellers on the vessel
24 at that time?
25      A. Yes. There were no batteries on

**Page 20**

1 board the vessel at all, though, so, we couldn't
2 start or run anything if we wanted to.
3      Q. When the vessel was put back in the
4 water how was it moved around in the yard?
5      A. They towed it.
6      Q. Did it get moved more than once or
7 pretty much stay where it was?
8      A. No, they would have gone straight
9 from the launch facility at Bradford around
10 through the New River and back into one of the
11 spray sheds. I believe it was spray shed four,
12 three or four.
13      Q. Do you recall who the project
14 manager was on that particular job?
15      A. On that particular job it was
16 Torch.
17      Q. And what kind of interaction did
18 you have with Torch during this three month
19 period?
20      A. Almost daily. We would go over all
21 we needed to get done. He'd come to me with the
22 excuses why they couldn't get it done that day
23 and basically, basic project manager stuff.
24      Q. Okay, I see. What kind of dealings
25 would you have with Tony Watson?

NARANJO vs. STEPHEN B. SMITH    Condenselt™    FEB. 7TH, 2001

Case 0:00-cv-06022-JAL    Document 114    Entered on FLSD Docket 08/08/2001    Page 176 of 225

Page 21

1  A. Tony Watson was the foreman of the
2  welding department and I had pretty much a daily
3  rapport with him also.
4  Q. When you first went up to Bradford
5  to have this refit done or the vessel went up
6  there, did you or Mr. Smith request that Henry
7  Naranjo be one of the welders working on the
8  vessel?
9  A. Not at first, but after a while
10  Henry was, he was always there everyday. Did
11  very excellent work and so I asked Tony if it
12  was at all possible if I had a choice of any
13  welders I would prefer to have Henry work on the
14  boat.
15  Q. Were you on the vessel everyday?
16  A. Pretty much, yes. I was living on
17  board the vessel after, once it went back in the
18  water. I was living on board, so I was --
19  While it was out of the water I did
20  not live on the vessel.
21  Q. But once it went back in?
22  A. I was living on board.
23  Q. Were you living on board when the
24  explosion took place?
25  A. Well, I was working on board.

Page 22

1  Q. Working, but it was during that
2  time period?
3  A. Yes, it was, it was back in the
4  water.
5  Q. At the time of the explosion were
6  you on the vessel?
7  A. Yes, I was.
8  Q. And where were you?
9  A. I was in the engine room.
10  Q. And what did you observe when all
11  of this happened?
12  A. Well, I was down with the mechanic
13  and the electrician in the engine room and I
14  heard this massive explosion because there was,
15  you know, the air boxes were still fairly open
16  to the outside and we were inside of a tent, so
17  it echoed very nicely and you could feel the
18  whole boat shake.
19  Q. Just prior to the explosion taking
20  place and by just prior I mean, you know. The
21  two or three days before, what kind of work was
22  being done in the lazarette?
23  A. That I couldn't tell you because I
24  was on vacation the week before and I had just
25  returned the day before it happened.

Page 23

1  Q. Was there a project going on down
2  there that was putting a new hydraulic steering
3  system on?
4  A. Yes.
5  Q. What was your involvement in that
6  project, that part of the project?
7  A. That part of the project? Well, it
8  was decided amongst the hydraulic people that we
9  had a, we used to have a steering pump that was
10  in the engine room and we were running hydraulic
11  lines from the engine room all the way aft to
12  the steering and we decided that we needed to do
13  away with all of that hydraulic hose running
14  through the boat in case something broke. So
15  they decided to put the steering pumps in the
16  lazarette in the cockpit which were right on the
17  other side of the, basically the old transom of
18  the boat where the running gear was, underneath
19  the owner's stateroom bed.
20  Q. Who designed that project, do you
21  know?
22  MR. KALLEN: Which.
23  BY MR. FAMULARI:
24  Q. The project of putting the new
25  steering, hydraulic steering units in?

Page 24

1  MR. KALLEN: Let me object to the
2  form of the question when you say designed.
3  BY MR. FAMULARI:
4  Q. I mean who -- Let me ask you this.
5  Who came up with the idea to move the pumps back
6  there and decided how they were going to be put
7  in and how to run the piping and the hoses on
8  that?
9  A. That mainly would have been done by
10  Bruce Adkinson who was the head of the
11  subcontractor for the hydraulics, Kewanee
12  (phonetic) or something like that, had a little
13  mermaid on the side of his truck. Other than
14  that his name is Bruce Adkinson. I can find out
15  exactly how you spell it, but that is who did
16  the work.
17  Q. When you came back from vacation
18  were they already working back in the lazarette?
19  A. Yes. I came on a Sunday, so Monday
20  -- I believe this was a Monday when this took
21  place, the 7th would have been a Monday.
22  Q. Did you go into the lazarette that
23  morning or at anytime before the explosion took
24  place after you got back from vacation?
25  A. I would say yes, I did go down in

NARANJO vs. STEPHEN B. SMITH    CondenseIt™    FEB. 7TH, 2001

Case 0:00-cv-06022-JAL    Document 114    Entered on FLSD Docket 08/08/2001    Page 177 of 225

Page 25

1  there.
2      Q. Do you recall any observations,
3  anything that you saw or any discussions that
4  you might have had with anybody?
5      A. The discussions were that they were
6  going to drill and tap the new pumps into the
7  plate. The guy Brian Mink (phonetic) that was
8  working for Bruce Adkinson, he was working in
9  there and he drilled holes and he is the one
10  that discovered that the plate was too thin to
11  tap into and that is when this new plan of
12  tapping a quarter inch or, I mean, a half inch
13  aluminum plate and then welding it to the deck
14  came about.
15      Q. What was his name, the gentleman
16  that was drilling the holes?
17      A. Brian Mink.
18      Q. And who did he work for?
19      A. He worked for Bruce Adkinson.
20      MR. WEBER: Escuse me, was that
21  Brian Mink, M-I-N-K?
22      THE WITNESS: I believe so.
23  BY MR. FAMULARI:
24      Q. Did either Bruce Adkinson or Brian
25  Mink report to you during their work on this

Page 26

1  project?
2      A. Well, they would have said that
3  they tried to drill and there wasn't enough meat
4  to tap into and that is when they would have
5  said we need to do something different.
6      Q. And again whose idea was it to put
7  the doubler plates on there that they were going
8  to tap into?
9      MR. KALLEN: Whoa, whoa, let's back
10  up.
11      MR. FAMULARI: Okay.
12      MR. KALLEN: Let me object to the
13  form.
14      MR. FAMULARI: Okay.
15      MR. KALLEN: I think you skipped
16  something there. I am not sure that there
17  was any testimony yet as far as tapping into
18  doubler plates or a decision to put doubler
19  plates.
20      MR. FAMULARI: Yes, I think before
21  he did say that --
22      MR. KALLEN: Okay.
23      MR. FAMULARI: -- That Brian Mink
24  had, or somebody from Adkinson discussed
25  they couldn't tap into the deck because it

Page 27

1  was too thin so they were going to put some
2  doublers in and tap into, I think you said a
3  piece of half inch aluminum plate.
4      THE WITNESS: Yes.
5  BY MR. FAMULARI:
6      Q. Do you know where that idea came
7  from?
8      A. I think that was the only logical
9  explanation to handle at the time.
10      Q. Do you know who thought of it and
11  if you don't, that is fine?
12      A. No, I would say I don't.
13      Q. Do you recall being involved in any
14  of the discussions on how to, how they were
15  going to mount those pumps?
16      A. They said we could just put the
17  pumps right on this plate and weld the plate to
18  the deck and we would be basically a half inch
19  higher than we were going to be in the first
20  place.
21      It was the only place available in
22  the cockpit to put the pumps and we already had
23  everything laid out for that location.
24      Q. Do you recall if Tony Watson was
25  there during any of those discussions?

Page 28

1      A. Tony Watson, I'm sure he would have
2  had to have been there for at least part of the
3  discussion because he would be the one to tell
4  Henry that that is what had to be done.
5      Q. Do you recall Henry being there
6  during any of the discussions?
7      A. Usually when we were discussing a
8  job Henry was there and usually Tony was there
9  at the same time. I can't remember exactly if
10  they were there or not when this all took place,
11  but --
12      Q. Do you recall if prior to the
13  explosion and prior to that day when they were
14  discussing putting the hydraulic pumps in
15  whether there was any other hot work done in the
16  lazarette?
17      A. At that time I would say probably
18  not.
19      Q. When you took delivery of the boat
20  from, after the boat show, do you recall going
21  in the lazarette or inspecting the space back
22  there at all?
23      A. I had been in the lazarette many
24  times after the boat show, yes.
25      Q. But before the major refit started?

NARANJO vs. STEPHEN B. SMITH   CondenseIt™   FEB. 7TH, 2001

Case 0:00-cv-06022-JAL   Document 114   Entered on FLSD Docket 08/08/2001   Page 178 of 225
**Page 29**

1     A. Yes. We used it for storage so, I
2 mean, fenders were down there. Power cords were
3 down there. Every time that we pulled into a
4 dock I had to get down in the hold and dig
5 something out.
6     Q. Okay, and that is what I was going
7 to ask you, what you did, did you use it for
8 storage?
9     A. Yes.
10     Q. What did you use it for? Anything
11 else that you put in there?
12     A. No, it was mainly -- there was an
13 anchor back there, a spare anchor line for that,
14 about 200 feet of one inch line. We had, you
15 know, blow up fenders back there.
16     I believe we kept a boarding ladder
17 back underneath there. And other than that I
18 would -- It got wet, so you couldn't put
19 anything down there that couldn't take salt
20 water.
21     Q. Did the vessel carry -- did the
22 main yacht carry a tender?
23     A. Yes, it did.
24     Q. What was the power for the tender?
25     A. It was a fifty horse Yamaha four

**Page 30**

1 stroke.
2     Q. Where was the fuel for that
3 carried?
4     A. That was kept on the boat deck
5 right by the tender. And there wouldn't have
6 been -- nothing was on the boat at the time
7 because we were in -- the tender was wrapped up,
8 shrink-wrapped in the front of the yard and
9 nothing was on the top deck because it was under
10 construction at the time also.
11     Q. Do you know if at anytime after Mr.
12 Smith took delivery of the boat whether there
13 were any flammable liquids stored down in the
14 lazarette?
15     A. We never stored flammable liquids
16 down there, no.
17     Q. You mentioned earlier that it would
18 get wet down there. Were the hatches on that,
19 the top deck on that lazarette area watertight?
20     A. No.
21     Q. Was that an area that while you
22 were at sea was low enough to be awash in any
23 kind of a sea?
24     A. It would take spray. There would
25 be water back there occasionally, depending on

**Page 31**

1 the sea conditions.
2     Q. What kind of pumping system was
3 back in the lazarette?
4     A. It had two 24 volt power pumps that
5 had pick-ups down in the bilge area. And when
6 the float went on to turn on the bilge pumps a
7 light would come off either in the pilothouse or
8 the fly bridge letting you know that you had a
9 bilge pump running.
10     Q. And what was the -- Do you know
11 what the diameter of the intake was on those
12 pumps?
13     A. Not exactly. A guess, three
14 quarter, an inch.
15     Q. And you said they were 24 volt DC?
16     A. Yes.
17     Q. Were the pickups on those pumps
18 located right at the back, the last transom?
19     A. Yes.
20     Q. And if I recall the pictures that I
21 have seen of this in the lazarette there was,
22 the deck didn't quite go all the way back, there
23 was a space between where it stopped?
24     A. And the actual transom.
25     Q. And the transom where it went down

**Page 32**

1 three or four inches?
2     A. Yes, in that location, yes.
3     Q. And is that where the water would
4 build up?
5     A. Yes.
6     Q. Do you recall if there were ever
7 any times during the short period that you ran
8 this boat prior to the refit, whether there was
9 ever water in there that got up on to the, you
10 know, the main part of the deck in the
11 lazarette?
12     A. Well, any water that would go in
13 there would drain into that area. That is how
14 it was arranged.
15     Q. Were the pumps set up in such a way
16 that the floats that were there could never
17 really be a lot of water --
18     A. Correct.
19     Q. -- Get in there unless there was
20 some type of a catastrophe?
21     A. Correct, right. There was a high
22 water alarm in there also and that had never
23 gone off.
24     Q. Where was the high water alarm
25 located?

NARANJO vs. STEPHEN B. SMITH    CondenseIt™    FEB. 7TH, 2001

Case 0:00-cv-06022-JAL    Document 114    Entered on FLSD Docket 08/08/2001    Page 179 of 225

Page 33

1    A. Just above the regular float
2   switch, in that same area.
3        MR. FAMULARI: John, I have got
4   some pictures that we took recently and I
5   know that they are probably a little bit
6   different, but it may show what it looked
7   like back then just so we know we are
8   looking at the same thing.
9        MR. KALLEN: Whoa, whoa, whoa. For
10  the record, these are photographs taken of
11  the vessel in her present condition?
12       MR. FAMULARI: They were taken
13  about two weeks ago by Mr. Valdes.
14       MR. KALLEN: Okay, so you want --
15       MR. FAMULARI: You know, I just
16  want to confirm that the area back there
17  where the last transom was was basically
18  like that.
19       THE WITNESS: The bilge pumps are
20  in the exact, they are in the same location
21  as they were when it happened and everything
22  that you see on there other than these posts
23  that were put in there, that is to hold the
24  spare props. Everything else looks exactly
25  the same as it did prior to the explosion.

Page 34

1   Other than these deck hatches were added
2   when we did the, when we fixed from the
3   explosion.
4   BY MR. FAMULARI:
5        Q. Okay.
6        A. We went from having five hatches
7   back here to the two big hatches to allow easier
8   storage. And these hatches were watertight when
9   we put these back in.
10       Q. In this lazarette area, some people
11  call it the cockpit extension. Were there any
12  fuel lines running back there at all?
13       A. No.
14       Q. Were there any -- And this is prior
15  to the refit. Were there any hydraulic lines
16  running back there?
17       A. No.
18       Q. What about electric, any kind of
19  electrical lines, conduit?
20       A. There would -- This whole cockpit
21  was set up for fishing, so there were wires back
22  there to -- pumps and a lot of PVC pipe around
23  down there that used to go to the live bait
24  well, that sort of thing.
25       The cockpit was its own entity

Page 35

1   added on to the boat. I mean, no -- nothing
2   went through to the other side of the boat other
3   than a sump tank discharge and that water system
4   back there only ran in the cockpit. It went
5   nowhere else on the boat at the time.
6        Q. The wires that came in, did they
7   run through conduit?
8        A. I would -- Yes, I would say that
9   they would have to.
10       Q. Do you recall where on the bulkhead
11  on the forward end of the lazarette they ran
12  through, you know, the top, the middle, the
13  bottom?
14       A. No, but there is pictures that you
15  would be able to see them. It would be on the
16  forward bulkhead.
17       MR. KALLEN: Whose pictures are
18  those?
19       MR. FAMULARI: I don't know, these
20  are the ones that --
21       THE WITNESS: Those would have been
22  the ones that Torch took on the digital
23  camera and printed them out.
24       MR. FAMULARI: Have we already put
25  these into evidence at some time or

Page 36

1   another?
2        MR. KALLEN: No, I don't think so.
3        (Discussion off the record.)
4        MR. FAMULARI: Back on the record.
5   Why don't we look at this one. The top of
6   it says SCS & Associates.
7        MR. KALLEN: That would be
8   Bradford's, the surveyor.
9        MR. FAMULARI: I think we got these
10  from Bradford. You should have a copy of
11  these.
12       MR. KALLEN: I think I have a copy
13  of the big ones, not these little ones.
14       MR. VALDES: We can get them copied
15  for you.
16       MR. KALLEN: What exhibit number
17  are we up to, David, do you know?
18       MR. WEBER: I don't.
19       MR. FAMULARI: We were expecting
20  you to keep track of us because we are all a
21  bunch of disorganized people down here.
22       MR. KALLEN: You know, I think I
23  know. If you give me a second I'll check.
24       MR. FAMULARI: Why don't you,
25  because we are doing the exhibits

NARANJO vs. STEPHEN B. SMITH          Condenselt™          FEB. 7TH, 2001

Case 0:00-cv-06022-JAL    Document 114    Entered on FLSD Docket 08/08/2001    Page 180 of 225

Page 61

1   look at those pictures and see if there is
2   anything else that we want to ask.
3         (Thereupon, a short recess was
4   taken.)
5   BY MR. FAMULARI:
6      Q. Back on the record. Captain
7   Bredbeck, your attorney handed me a stack of
8   photographs. Could you tell me if you recognize
9   those?
10     A. Yes, I do.
11     Q. And did you take those photographs?
12     A. Yes, I did.
13     Q. And when did you take them?
14     A. They would have been taken right
15  after the explosion.
16     Q. And what are they photographs of?
17     A. This is the destruction that took
18  place during the explosion.
19     Q. I believe there were 23 photographs
20  there?
21        MR. KALLEN: And just so we are
22  clear, I grabbed them off my desk so I'll
23  double-check my desk to make sure that there
24  is not one or two others laying loose,
25  but --

Page 62

1         MR. FAMULARI: You took the ones
2   that with the dynamite that was on the edge.
3         MR. KALLEN: Yes, yes.
4   BY MR. FAMULARI:
5      Q. We would like to attach these as --
6   do you want to do them as a composite?
7         MR. KALLEN: Yes, composite Exhibit
8   26, yes.
9         MR. FAMULARI: Yes, composite of
10  Captain Bredbeck's photos, okay.
11        (Thereupon, the above-mentioned
12  photographs were marked as Plaintifff's
13  Composite Exhibit No. 26 for identification this
14  date.)
15        MR. FAMULARI: Off the record for a
16  second.
17        (Discussion off the record.)
18  BY MR. FAMULARI:
19     Q. Captain Bredbeck, I am going to
20  show you a drawing of what purports to be the
21  vessel that I think that your attorney sent us.
22  I am sorry, Mr. Smith's attorney sent us.
23        MR. KALLEN: Oh, okay.
24  BY MR. FAMULARI:
25     Q. Yes. Do you know if this

Page 63

1   particular drawing was on the vessel prior to
2   the explosion?
3      A. I couldn't say. They were supposed
4   to have the full package of blueprints to the
5   vessel and most of them were there.
6         CONTINUED DIRECT EXAMINATION
7   BY MR. VALDES:
8      Q. Did you ever see this plan before
9   the explosion?
10     A. I can't say that, if I looked at
11  it, this particular plan, no.
12     Q. Had you looked at all of the other
13  plans?
14     A. Not all of them, no.
15     Q. Where were they kept?
16     A. They were kept in the main salon
17  and like a, what you would call one of those
18  legal folders.
19     Q. How many were in there?
20     A. Oh, fifty to one hundred, I would
21  imagine. These are the construction drawings
22  for the whole entire boat.
23     Q. And those were on board, right?
24     A. Yes.
25     Q. So you would assume that this one

Page 64

1   was in there, too?
2      A. I would assume, yes.
3      Q. But you had never seen this one
4   before?
5      A. I can't say if I did or didn't.
6      Q. You don't remember?
7      A. Four years ago, I don't remember
8   looking at --
9      Q. And these plans were available when
10  they were doing work on the boat?
11     A. Yes, everything was always
12  available if they wanted to look at it. Most of
13  the time, like I said, nobody did because, like
14  I said, these would have been fifteen years old
15  at the time and boats get changed all the time.
16  And when you do a change you don't necessarily
17  do a drawing.
18     Q. Do you know how to read these
19  plans?
20     A. More or less. This is weld and
21  stuff. I don't understand this. This is
22  construction drawings.
23        I know more about this stuff now
24  because I am in the process of building a brand
25  new boat and I am more involved in the plans

NARANJO vs. STEPHEN B. SMITH   Condenselt™   FEB. 7TH, 2001

Case 0:00-cv-06022-JAL   Document 114   Entered on FLSD Docket 08/08/2001   Page 181 of 225

Page 65

1    everyday.
2        At this time I wasn't. I would say
3    here you go, here is your drawing, if you want
4    to look at it, go ahead.
5        Q. If you look at this plan, and I
6    guess we'll mark it as Exhibit 27 so we know
7    what we are talking about --
8        (Thereupon, the above-mentioned
9    drawing was marked as Exhibit No. 27 for
10   identification this date.)
11   BY MR. VALDES:
12       Q. If you look at the lower left-hand
13   corner it shows a side view of the cockpit
14   extension?
15       A. Yes.
16       Q. Is that correct?
17       A. Yes.
18       Q. You can understand what you're
19   looking at there, right?
20       A. Yes.
21       Q. In fact, it has even got ballast?
22       A. Yes, the ballast.
23       Q. The deck?
24       A. I would assume that was cement,
25   correct.

Page 66

1        Q. And the deck above it?
2        A. Correct.
3        Q. Do you see the deck?
4        A. I do. This would be the deck, so
5    this would be a void area there. It looks like.
6        Q. Okay.
7        A. You can look at it over here also.
8        Q. That is on the right-hand side of
9    this drawing that is marked as Exhibit No. 27?
10       A. That is looking forward.
11       Q. And that would be, looks like a
12   side cut of the rear portion of the transom?
13       A. Yes, it would be -- looks like
14   looking forward.
15       Q. And it shows the ballast and the
16   decking?
17       A. Yes.
18       Q. Okay, do you remember telling Mr.
19   Naranjo that the cement and the deck were flush?
20       A. No, I do not.
21       MR. KALLEN: Object to the form.
22   BY MR. VALDES:
23       Q. You don't remember telling him
24   that?
25       A. No. I doubt if I would have said

Page 67

1    that because, like I said, when you stepped on
2    to this deck you could tell that it was not
3    solid. You could tell that -- How big the gap
4    was I couldn't tell you, but you could tell that
5    it definitely was not stepping down on to
6    cement.
7        Q. Did you physically help in the
8    removal of the deck after the explosion, the
9    work that Tony Watson did?
10       A. I wouldn't be involved in the work
11   of it, no.
12       Q. So you didn't have anything to do
13   with the ripping out of the floor that buckled
14   upward?
15       A. No, no.
16       Q. Okay, and that would have been
17   something that Tony Watson did?
18       A. That would have been handled by
19   Bradford. They did the total reconstruction of
20   the deck also.
21       Q. And if he testified, Tony Watson
22   testified that this deck was seam welded
23   completely around, is he correct?
24       A. I would say no. You could see in
25   these pictures that it wasn't.

Page 68

1        Q. Those pictures were taken after the
2    explosion and the deck was blown upward,
3    correct?
4        A. Correct.
5        Q. Okay, what I am asking you is --
6        A. You see, you can see where the tack
7    welds were done, only in three inch sections all
8    the way around and you can see that running
9    around the edge.
10       Q. Well, the tech welds that you are
11   showing me on this photograph that you took are
12   in the middle of the picture, but they're not
13   around the edge of the picture or around the
14   perimeter of the aluminum deck which is what we
15   are talking about.
16       A. There is one right there. You can
17   see it in a few other ones, these too. Here,
18   this one shows you very well. Boom, boom,
19   boom. You can see right where that is, where
20   that was welded down.
21       If it was one continuous thing you
22   would be able to see the bead all the way
23   across. Same thing in this picture.
24       Q. So if there is a picture that shows
25   a complete bead or line, that would be

NARANJO vs. STEPHEN B. SMITH     CondenseIt™     FEB. 7TH, 2001

Case 0:00-cv-06022-JAL    Document 114    Entered on FLSD Docket 08/08/2001    Page 182 of 225

**Page 69**

1 indicative that that is a seam weld, correct?

2       MR. KALLEN: Object to the form.

3 BY MR. VALDES:

4       Q. Captain?

5       A. A seam weld?

6       Q. You do know what a seam weld is,

7 correct?

8       A. No, I do not.

9       Q. If there are photos showing that

10 the deck, the aluminum deck which blew up had

11 been welded completely around, would you agree

12 that that is what the photos purport to show?

13       A. If someone could say that that is

14 how it looked, I wouldn't know what a blown up

15 seam would look like.

16       To me it looks like this thing was

17 tack welded because I can see where there was --

18       Q. You think that it was tack welded?

19       A. To my knowledge I would say that it

20 was tack welded.

21       Q. But if there are photographs that

22 show that it was seam welded, then you would

23 retract your statement that it wasn't seam

24 welded?

25       MR. KALLEN: Object to the form.

**Page 70**

1 BY MR. VALDES:

2       Q. You have to answer the question?

3       A. I would stand corrected, yes.

4       Q. Was it you that instructed Henry to

5 weld the plate down in the lazarette, the

6 doubler plate so they could put in the pump, the

7 hydraulic pump?

8       A. I would have talked to Tony Watson

9 and we would have said this is what we need to

10 have done because like anything else at Bradford

11 it has to have a work order associated with it.

12       Q. Okay, was there anytime while you

13 were at Bradford that they were going to do

14 something that you didn't want them to do in a

15 certain way and you told them don't do it that

16 way?

17       A. No.

18       Q. You could never overrule any of the

19 people at Bradford, is that what you're saying?

20       A. Not for how they, how they wanted

21 to do things, no.

22       Q. Or what you wanted done?

23       A. I would ask for what I wanted done

24 and what I needed to have done and they would do

25 it the way that they wanted to do it. As long

**Page 71**

1 as I got the final --

2       Q. Did you request any work to be done

3 on any work orders?

4       A. What do you mean by that?

5       Q. Did you ever come in and say I want

6 this done this way and it would be reflected in

7 a work order as per the captain's instructions?

8       A. As per the captain's instructions I

9 would say, yes, I need this welded here or that

10 welded there.

11       Mainly it was somebody else needing

12 that done. I am the one that had to tell the

13 yard to do it because I was a representative for

14 the boat.

15       Q. Okay, and when this explosion took

16 place you were employed by Stephen Byrons Smith,

17 is that correct?

18       A. Yes.

19       Q. And you were his captain on board

20 the vessel?

21       A. Yes.

22       Q. Okay, did you have any other crew

23 living on board the vessel?

24       A. No.

25       Q. Pierce was not living with you?

**Page 72**

1       A. No.

2       Q. Was there any other crew on board,

3 any other crew member?

4       A. No.

5       Q. There was only the captain and a

6 mate --

7       A. Yes.

8       Q. -- At the time of the explosion?

9       A. Yes. And like I said, normally I

10 didn't even employ Mr. Pierce as a full-time

11 mate. It was just for during the refit.

12 Because he lived in Fort Lauderdale full time

13 and we traveled with the boat.

14       Q. Okay, did it concern you any that

15 the lazarette aluminum deck, we are talking

16 about the lower portion, couldn't be vented?

17       A. It didn't concern me. I, I have no

18 reason to be concerned about it.

19       Q. Okay, but as a captain on board a

20 vessel and you do know, you hold a license for a

21 two hundred ton craft, correct?

22       A. Correct.

23       Q. You are familiar that boats need to

24 be vented so that gases don't build up in void

25 spaces, is that correct?

NARANJO vs. STEPHEN B. SMITH     Condenselt™     FEB. 7TH, 2001

Case 0:00-cv-06022-JAL    Document 114    Entered on FLSD Docket 08/08/2001     Page 183 of 225

Page 73

1    MR. KALLEN: Object to the form.
2    You can answer.
3      THE WITNESS: Normally, yes, you
4    vent areas so you don't --
5 BY MR. VALDES:
6    Q. Right, and the reason that you vent
7 them is because you don't want gases to build up
8 and if you turn on an engine or turn over the
9 engine it can cause a spark and cause an
10 explosion, correct?
11    A. Well, that is in a gasoline boat.
12 This is a diesel.
13    Q. Same principle?
14    A. You don't have that explosive
15 factor.
16    Q. But the reason that you would want
17 to vent a void space is so that you don't have
18 the build up of gases, correct?
19      MR. KALLEN: Object to the form.
20 BY MR. VALDES:
21    Q. You can answer. You have to
22 answer?
23    A. Well, yes.
24    Q. And you know that, correct, as a
25 captain?

Page 74

1    A. Yes.
2    Q. You have to answer out loud?
3    A. Yes.
4    Q. And you knew before the explosion,
5 correct?
6    A. Yes.
7    Q. And you know that as you are
8 sitting here today?
9    A. Yes.
10    Q. Because in your experience as a
11 seagoing seaman, right, or captain?
12    A. Whatever, yes.
13    Q. Sailor?
14    A. Yes.
15    Q. You were in the Navy. How long
16 were you in the Navy?
17    A. Three and a half years.
18    Q. What did they teach you in the
19 Navy, what specialty did they train you for?
20    A. I was a bosun's mate.
21    Q. Okay. How long were you --
22    A. We loaded -- I was on a submarine
23 tender taking care of nuclear submarines.
24    Q. Did you ever serve on board a
25 submarine?

Page 75

1    A. No, thank God.
2    Q. When you served in the Navy the
3 void spaces on board those vessels had means to
4 vent them, did they not?
5    A. I am sure. I couldn't say whether,
6 if I was familiar with any void areas on ships.
7 I was on deck crew.
8    Q. Okay, when Mr. Smith purchased the,
9 this yacht and it's called the SOUVENIR,
10 correct?
11    A. When he owned it, yes.
12    Q. That is a million dollar yacht; is
13 that correct?
14    A. They are all worth whatever someone
15 will pay for them.
16    Q. Mr. Smith paid --
17    A. Paid I believe 1.3 million dollars
18 to buy this boat used.
19    Q. And then he put another three or
20 four hundred thousand in repairs, correct?
21    A. A little more than that, actually.
22    Q. So we are talking over a million
23 and a half dollar yacht?
24    A. I would imagine, yes.
25    Q. And when he was going to purchase

Page 76

1 this boat you and he and the former owner and
2 his captain met the surveyor and that is Patton
3 Marine?
4    A. Yes, correct.
5    Q. And you were aboard for two days
6 conducting see trials?
7    A. Yes.
8    Q. Is that correct?
9    A. Correct.
10    Q. And you inspected the boat?
11    A. Correct.
12    Q. And you had every opportunity to
13 look the boat over, up and down in all the nooks
14 and crannies and look at all of the problems?
15    A. Correct.
16    Q. And he issued, Mr. Patton issued a
17 report, is that correct?
18    A. Yes.
19    Q. Or Patton Marine issued a report?
20    A. Yes.
21    Q. And did you read that report before
22 they took delivery of the vessel?
23    A. Yes, we did.
24    Q. And are you familiar with it?
25    A. Well, it is, you know, four years

NARANJO vs. STEPHEN B. SMITH    Condenselt™    FEB. 7TH, 2001

Case 0:00-cv-06022-JAL   Document 114   Entered on FLSD Docket 08/08/2001   Page 184 of 225

1  ago, but --
2      Q. I am going to hand you a copy of
3  the Patton Marine surveyor's report and ask you
4  if you have ever seen that document before and
5  we'll mark it as composite Exhibit 28.
6      A. Yes, I have seen this before. This
7  was on board the vessel the whole time also.
8       (Thereupon, the above-mentioned
9  document was marked as Composite Exhibit No. 28
10  for identification this date.)
11  BY MR. VALDES:
12      Q. The surveyor's report that we have
13  marked as Exhibit 28 was on board the vessel?
14      A. Yes, it was.
15      Q. And you knew that it was on board
16  the vessel?
17      A. Yes.
18      Q. And where was it kept?
19      A. It was kept in the file cabinet in
20  the pilothouse.
21      Q. With the blueprints or near the
22  blueprints?
23      A. Near the blueprints, yes.
24      Q. You have been captain of how many
25  yachts before this explosion? Can you count

1  them up?
2      A. Well, that I worked on board or
3  captained?
4      Q. Yes?
5      A. Which would you like?
6      Q. Both?
7      A. Worked on board many. I was
8  captain of three boats.
9      Q. Prior to the explosion?
10      A. Yes.
11      Q. And in all of that time how many
12  years would you say?
13      A. Ten years.
14      Q. In all of that time did you ever
15  have, did you ever serve on board a vessel or
16  captain a vessel that had an area with a void
17  space that could not be vented?
18      A. I already answered that, no. Not
19  that I am aware of, no.
20      Q. You said that you are helping your
21  boss now construct another yacht?
22      A. Correct.
23      Q. Are you overseeing that work?
24      A. Yes, I am.
25      Q. Is that up in Vancouver?

1      A. Yes.
2      Q. What type of yacht is that?
3      A. That is an 87 foot motor yacht,
4  fiberglass construction, fiberglass core
5  construction.
6      Q. Does it have any ballast?
7      A. Just fuel and water.
8      Q. No cement, no lead?
9      A. No, no cement, no lead.
10      Q. Do you know if this vessel had been
11  gas freed prior to the explosion?
12      A. The whole vessel was gas freed.
13  There was no fuel on board. There were
14  certificates on file for all of those -- Henry
15  had, as a matter of fact, had welded almost all
16  of the fuel tanks on the boat where the leaky
17  fuel was and he had fixed those.
18      Q. This looks like a very poor quality
19  copy, but I am going to hand it to you and ask
20  you. I will hand it to your attorney.
21      MR. FAMULARI: That has already
22  been marked.
23  BY MR. VALDES:
24      Q. I will ask him. Take a look at
25  that, sir, and we'll mark that as Exhibit 29.

1  Have you ever seen that document before?
2      MR. FAMULARI: That has already
3  been marked.
4      THE WITNESS: Exhibit A.
5      MR. FAMULARI: Is that the gas
6  free?
7      MR. VALDES: No.
8      MR. FAMULARI: I am sorry.
9      THE WITNESS: That is a standard
10  Bradford Marine document.
11      (Thereupon, the above-mentioned
12  document was marked as Exhibit No. 29 for
13  identification this date.)
14  BY MR. VALDES:
15      Q. Is that your signature at the
16  bottom?
17      A. Yes.
18      Q. As an authorized representative of
19  vessel and/or owner?
20      A. Yes.
21      Q. And it's dated 4-7-97?
22      A. Yes, that would have been when we
23  pulled into Bradford. You have to fill one of
24  those -- every boat that pulls into Bradford has
25  to fill out one of those upon arrival.

NARANJO vs. STEPHEN B. SMITH    CondenseIt™    FEB. 7TH, 2001

Case 0:00-cv-06022-JAL    Document 114    Entered on FLSD Docket 08/08/2001    Page 185 of 225

Page 37

```
1   sequentially.
2        MR. KALLEN: So you don't want to
3   mark these other three that you showed him?
4        MR. VALDES: Yes.
5        MR. FAMULARI: Okay, why don't we
6   -- we'll mark these.
7        MR. KALLEN: All right, give me a
8   second.
9        MR. FAMULARI: David, we are not
10  really looking at anything that we haven't
11  already looked at.
12       (Discussion off the record.)
13       MR. FAMULARI: Back on the record.
14       MR. KALLEN: Last one I show is
15  Exhibit 20 from the deposition of Marlene
16  Ramirez. She was the last deponent, wasn't
17  she? So I suppose the last exhibit was 20,
18  so we are up to 21. 21 will be three photos
19  of new boat, so to speak?
20       MR. FAMULARI: Yes, or you could
21  say pictures taken in --
22       MR. KALLEN: January.
23       MR. FAMULARI: January of 2001.
24       MR. KALLEN: Okay. And you want
25  him to look at Exhibit 22.
```

Page 39

```
1        A. Yes.
2        Q. Did you go through the boat with
3   him?
4        A. Yes.
5        Q. Did he have the boat surveyed prior
6   to --
7        A. Yes.
8        Q. Do you remember who the surveyor
9   was on that?
10       A. Patton I believe did it.
11       Q. Dave Patton?
12       A. Well, Patton.
13       Q. One of the Patton people?
14       A. I can't think of the guy's name.
15       MR. KALLEN: You have the survey
16  report. We provided that.
17  BY MR. FAMULARI:
18       Q. Yes. Did you review the survey
19  report at that time?
20       A. Yes.
21       Q. Was there a sea trail done on the
22  vessel at that time?
23       A. Yes.
24       Q. Did you go?
25       A. Yes.
```

Page 38

```
1        (Thereupon, the above-mentioned
2   photograph was marked as Exhibit No. 21 for
3   identification this date.)
4   BY MR. FAMULARI:
5        Q. Could you look at that picture
6   which was taken --
7        A. Right after.
8        Q. Yes, right after the explosion and
9   is that your recollection of what it looked like
10  back then?
11       A. What we are looking at here, these
12  are the float switches that turn on the bilge
13  pump and the next one up here is the high water
14  alarm.
15       MR. VALDES: Just for clarity, you
16  are talking about the top picture on Exhibit
17  22?
18       THE WITNESS: Correct.
19       (Thereupon, the above-mentioned
20  photograph was marked as Plaintiff's Exhibit No.
21  22 for identification this date.)
22  BY MR. FAMULARI:
23       Q. When Mr. Smith was thinking of
24  buying the boat at the Miami Boat Show were you
25  with him?
```

Page 40

```
1        Q. Prior to the explosion in July of
2   1997 had you ever seen a set of the drawings of
3   the vessel?
4        A. Yes.
5        Q. Was there a set that was kept on
6   the vessel --
7        A. Yes.
8        Q. -- Itself?
9        A. Yes.
10       Q. Were they, were the drawings there
11  on the day of the explosion?
12       A. They would have been on board, yes.
13       Q. Do you recall if at anytime just
14  prior to or during the refit Bradford asking for
15  the plans or looking at any of the plans in
16  order to do some of the work?
17       A. No, I can't remember exactly, no,
18  if they looked. They were available if they
19  wanted. They were there.
20       Q. What about Bruce Adkinson, do you
21  recall if he looked at the plans or asked to see
22  the plans at anytime?
23       A. No, probably not, no. By this
24  point the boat had been totally ripped apart and
25  everybody pretty much seen how it was put
```

Page 41

1  together.
2       Q. Were there many sets of drawings on
3  the vessel or just --
4       A. No, many.
5       Q. Many sets?
6       A. Yes. Most of them were original.
7  That is a copy, obviously.
8            MR. KALLEN: Let's go off the
9       record.
10           (Discussion off the record.)
11           MR. KALLEN: We are back on the
12      record.
13           MR. VALDES: Yes, let's go back on
14      the record.
15  BY MR. FAMULARI:
16      Q. Prior to the explosion, Captain
17  Bredbeck, what was your understanding as to what
18  was underneath that aluminum deck on the floor
19  of the lazarette?
20      A. All I have known, all I knew at the
21  time is what they told me in the survey and the
22  guy that Mr. Smith bought the boat from that
23  that, that Palmer Johnson when they added the
24  extension of the cockpit poured cement into the
25  bilge to counteract the displacement.

Page 42

1       Q. Did you know, you know, how high
2  the cement came in there?
3       A. No, I did not.
4       Q. Was there a void space or anything
5  like that?
6       A. No, I did not.
7       Q. Prior to the explosion on this
8  particular day did you have any conversations
9  with Henry Naranjo about welding on the back, in
10  the lazarette compartment?
11      A. I didn't understand you.
12      Q. Prior to the explosion, that
13  morning, that Monday morning, if it was indeed a
14  Monday, prior to the hot work being done down
15  there do you recall having any conversations
16  with Henry about what was underneath that
17  decking in the lazarette?
18      A. Not per se. I know I would have
19  told him that there was cement down there and he
20  asked about the two tanks back there and I said
21  those are water tanks and that was pretty much
22  the extent of it, as I recall.
23      Q. On the date of the accident was
24  Henry working in any other projects on the
25  vessel that you know of?

Page 43

1       A. That I can't recall. There was lot
2  of projects going on. It is hard to keep track
3  of them.
4       Q. One of the things that we are
5  having a little bit of a problem with here is
6  Bradford is, you know, has work orders and work
7  numbers for everything and we have some earlier
8  work orders that have already been put into
9  evidence with some of the Bradford people that
10  talks about Henry welding some things on the
11  mast and maybe something else, but there is --
12  there was no work order time sheet that deals
13  with his work in the lazarette that day, I
14  believe.
15           MR. KALLEN: Let me object to the
16      form.
17           MR. FAMULARI: Okay.
18           MR. KALLEN: To the extent that you
19      are representing what is in those invoices
20      and work orders.
21  BY MR. FAMULARI:
22      Q. And I just want to -- I am just
23  asking you if that day as far as you know Henry
24  was doing some work in the lazarette?
25      A. He would have been doing this

Page 44

1  plate.
2       Q. Would that be something that you
3  would have asked him to do?
4       A. I would have said to -- we would
5  have had to get Tony Watson there to approve his
6  job and we would have said this is what we need
7  done.
8           Now, in the whole realm of things
9  until this thing blew up it was supposed to be a
10  ten minute job and nobody thought much about it
11  until this thing happened.
12      Q. Do you recall when you came on the
13  vessel that, the morning of the explosion
14  whether the hatches were off the top deck of
15  that lazarette?
16      A. They would have been off, yes.
17      Q. Do you recall whether anybody from
18  Bradford had put down a ventilator or a blower
19  back there prior to the work being done?
20      A. Henry had a blower that is also
21  visible in one of these pictures. I believe it
22  was black with a squirrel cage type.
23           And they had a fire watch posted in
24  the master's stateroom which would have been on
25  the other side of the bulkhead.

NARANJO vs. STEPHEN B. SMITH     Condenselt™     FEB. 7TH, 2001

Case 0:00-cv-06022-JAL    Document 114    Entered on FLSD Docket 08/08/2001    Page 187 of 225

**Page 45**

1   Q. Do you happen to recall who the
2 fire watch was?
3   A. No, I do not.
4   Q. Do you know for a fact that they did
5 have a fire watch in there?
6   A. Actually, I can't even say it for a
7 fact, but they were very careful about having
8 fire watches on the other side of any bulkhead
9 when they were doing welding.
10   Q. Was that your experience in dealing
11 with Bradford, that they were careful about
12 that?
13   A. Yes.
14   Q. Okay, why don't we just take a look
15 at these two. John, those are some more of the
16 Bradford pictures, just to show the blower that
17 was in the lazarette.
18   MR. KALLEN: Okay.
19 BY MR. FAMULARI:
20   Q. Does that look like the blower
21 that --
22   A. That is the blower, right, yes.
23   (Thereupon, the above-mentioned
24 photos were marked as Plaintiff's Exhibit Nos.
25 23 and 24 for identification this date.)

**Page 46**

1 BY MR. FAMULARI:
2   Q. You mentioned you were in the
3 engine room when the explosion took place. What
4 did you do after the explosion?
5   A. Well, after the explosion and we
6 said what the hell happened, we went running to
7 the back of the boat at which time everybody was
8 kind of congregating around the cockpit and one
9 of my guys that worked for me on the boat, my
10 mate was, he was also a paramedic, jumped out on
11 the cockpit and was helping Henry crawl out of
12 the hole.
13   Q. What was his name?
14   A. Doug Pierce.
15   Q. Does he still work with you?
16   A. No. No, he is going back to school
17 to get a full fledge paramedic and some other
18 kind of rating in Texas.
19   Q. Is he local?
20   A. He is in Texas.
21   Q. Do you know how to get hold of him?
22   A. I do know how to get hold of him if
23 necessary, yes. I believe I gave you his
24 number; didn't I?
25   MR. KALLEN: No.

**Page 47**

1   THE WITNESS: I can get that.
2   MR. KALLEN: If you did, I won't
3 tell you.
4   (Discussion off the record.)
5   MR. KALLEN: I will get it for you.
6 BY MR. FAMULARI:
7   Q. Who did you talk to after the
8 incident, anybody from the yard?
9   A. After the incident, after the
10 explosion?
11   Q. That day?
12   A. We talked to lots of people after
13 that happened and they had the fire department
14 was there, the police were there.
15   Bradford had their insurance
16 investigator on the spot within the hour and
17 then my boss' insurance company. What is this
18 guy's name, Bob Heakon (phonetic) showed up the
19 next day.
20   The whole area was taped off. No
21 one was allowed to go in and out until they did
22 their investigation, about two weeks worth.
23 They had metallurgist there, the whole
24 enchilada.
25   Q. Did you give any statements to

**Page 48**

1 anybody?
2   A. Did I give any statements to
3 anybody?
4   Q. In other words, did anybody ask you
5 for a statement that they either wrote down or
6 recorded?
7   A. A fire chief or a fire investigator
8 on the scene was the one that was asking me the
9 questions.
10   Q. Do you recall if he was a Broward
11 County person or a State of Florida?
12   A. I believe he would have been
13 Broward County. They came from Davie, the fire
14 department did.
15   Q. What about anybody else, if you
16 recall?
17   A. Bradford's insurance guy showed up
18 and he started asking questions. Not anyone
19 else that I can think of at this time.
20   Q. Did you speak with Mark Tortora
21 after?
22   A. Yes, Torch would have been there.
23   Q. Do you recall what you and Mr.
24 Tortora discussed?
25   A. No, I do not.

NARANJO vs. STEPHEN B. SMITH     Condenselt™     FEB. 7TH, 2001

Case 0:00-cv-06022-JAL    Document 114    Entered on FLSD Docket 08/08/2001    Page 188 of 225

Page 49

1    Q. What about, do you know Peter
2  Rimmel?
3    A. Name sound familiar, but I --
4    Q. He is the marine chemist?
5    A. Oh, okay, that was the guy that
6  came, yes.
7    Q. Do you recall talking to him after
8  the explosion took place?
9    A. I think he was there like a day or
10  two afterwards, if I remember correctly.
11    Q. Do you recall having any
12  conversations with him?
13    A. Just explaining, you know, what
14  happened, telling him what happened. What I
15  kept down there, same scenario.
16    Q. There was some speculation in some
17  of the other depositions about a can of acetone
18  being on the deck the day before or several days
19  before that may have been spilled.
20    Is that anything that you are
21  familiar with?
22    A. There were cans of acetone and
23  reducer in the cockpit at the time of the
24  explosion. I mean, you can see in some of those
25  pictures there is cans of it sitting back

Page 50

1  there.
2    I believe there were reducers in a
3  green can, an All Grip product. Very
4  flammable. Acetone, they had acetone around all
5  the time because that is what they had to use to
6  clean up with to get the fill off them.
7    Q. When you say in the cockpit, you
8  are talking that extension that was put on the
9  boat?
10    A. Yes.
11    Q. Are you talking about --
12    A. It would have been on the wood,
13  wooden part of the deck here up on this area
14  which was all covered at the time, naturally,
15  with that blue, with this stuff that would be
16  over everything.
17    MR. KALLEN: Referring to above the
18  lazarette.
19    THE WITNESS: Above the lazarette,
20  yes.
21    MR. VALDES: Not below.
22    THE WITNESS: To the best of my
23  knowledge there was no acetone or anything
24  down in the lazarette area.
25    The paint, fairing crew was the one

Page 51

1  that uses the acetone and reducer.
2  BY MR. FAMULARI:
3    Q. Do you recall after the explosion
4  took place if you observed any cans of reducer
5  or aceton that you saw in the lazarette?
6    A. Yes, they were still present. I
7  took pictures of them, I believe. You might
8  have these.
9    Q. As far as you know were all of the
10  cans still intact?
11    A. As far as I can tell, yes.
12    Q. Was there any evidence that you saw
13  or, either before the explosion or after the
14  explosion that any of those cans had been
15  spilled?
16    A. They were both on their side after
17  the explosion. Whether they tipped before or
18  after, I cannot say.
19    Q. Do you know, was there still liquid
20  in them after the explosion?
21    A. Yes.
22    Q. Do you know if anybody checked to
23  see how much was in them or --
24    A. No.
25    Q. Do you have photos that you took

Page 52

1  after the explosion?
2    A. Yes.
3    Q. Does Mr. Kallen have them?
4    MR. KALLEN: I have them.
5    THE WITNESS: I do not have them.
6  He has them.
7  BY MR. FAMULARI:
8    Q. Okay, thank you.
9    MR. VALDES: Can we see them.
10    MR. KALLEN: Yes.
11    MR. VALDES: Now?
12    MR. KALLEN: Sure.
13  BY MR. FAMULARI:
14    Q. Were you involved in any of the --
15    MR. KALLEN: Nothing that you
16  haven't seen before, Manny.
17    THE WITNESS: It looks a lot like
18  these.
19    MR. VALDES: I would like to see
20  them, though.
21  BY MR. FAMULARI:
22    Q. Were you involved in the plans to
23  rebuild that deck in the lazarette for use of,
24  lack of a better word?
25    MR. KALLEN: Let me object to the

NARANJO vs. STEPHEN B. SMITH    CondenseIt™    FEB. 7TH, 2001

Case 0:00-cv-06022-JAL   Document 114   Entered on FLSD Docket 08/08/2001   Page 189 of 225

Page 53

```
 1   form.  That --
 2           MR. FAMULARI:  That is not a good
 3   word to use.
 4           MR. KALLEN:  Not a good question.
 5   BY MR. FAMULARI:
 6       Q.  Were you involved in -- Let me ask
 7   you this.
 8           Do you know who made the plans or
 9   the decisions on how to put the deck back in the
10   lazarette after the explosion?
11       A.  After the explosion?
12       Q.  Yes?
13       A.  Yes, I did.
14       Q.  You were involved in that?
15       A.  Yes, I was.
16       Q.  Who else did you discuss that with?
17       A.  I would discuss it with Bradford,
18   whoever was doing the work.  However they needed
19   to do it to get to it what I needed.
20       Q.  Okay, and what was it that you
21   needed?
22       A.  Well, the plan was obviulsy when
23   we put it back together to put all of new
24   framing in there above the cement and then I was
25   the one that requested them to use thicker
```

Page 54

```
 1   aluminum that is screwed in, removable like what
 2   you see now.
 3       Q.  Was there any discussion at that
 4   time about taking the cement out of the vessel?
 5       A.  We consulted Tom Fexas Yacht
 6   Design, the designer of the yacht, and they
 7   suggested, no, that is the reason that it was
 8   there in the first place, the boat needed it
 9   because of adding additional displacement by
10   putting the cockpit on the back there.
11       Q.  Was there any other ballast at all
12   on the vessel besides in the cockpit extension?
13       A.  No.
14       Q.  Have you ever worked on any other
15   aluminum vessels that had cement for ballast, if
16   you know?
17       A.  No.
18       Q.  Okay.
19       A.  No, not to my knowledge, at least.
20       Q.  Have you ever worked on any other
21   aluminum vessels that had ballast in them, to
22   your knowledge, other than fuel or water?
23       A.  No.
24       Q.  Have you ever worked on any other
25   vessels that had a compartment like what was
```

Page 55

```
 1   underneath the deck of the lazarette here that
 2   was completely sealed up?
 3           MR. KALLEN:  Let me object to the
 4   form.  I am not sure that I understand that
 5   question.  I need to understand it.
 6   BY MR. FAMULARI:
 7       Q.  Okay, have you ever --
 8           MR. VALDES:  Just for the record,
 9   when he objects, unless he instructs you not
10   to answer, you have to answer the question.
11           MR. KALLEN:  Yes.  Well, I'm
12   instructing him not to answer that question
13   because unless I understand it.
14           MR. VALDES:  You don't have a basis
15   to instruct this witness not answer a
16   question.
17           MR. KALLEN:  Do you understand that
18   question?
19           THE WITNESS:  I believe I do.
20           MR. KALLEN:  You believe or do you
21   know?
22           THE WITNESS:  I don't know, but --
23           MR. KALLEN:  Okay.
24           THE WITNESS:  I do't know, but if
25   you try again --
```

Page 56

```
 1   BY MR. FAMULARI:
 2       Q.  I want to get the information
 3   straight so we don't have any confusion.
 4           Have you ever been on any other
 5   vessels that have had a compartment like was in
 6   the lazarette of this where we had a deck and a
 7   space underneath and it was completely sealed
 8   with no vents, no --
 9       A.  No, I have never worked on a boat
10   that had a cockpit extension before.
11       Q.  But the cockpit extension -- Okay,
12   but that wasn't the question.
13           Is it your understanding that the
14   floor of that lazarette area where it was welded
15   down was at least watertight from -- Strike
16   that.
17           Was it your understanding that the
18   -- was it your understanding that the area
19   below the lazarette deck here was watertight?
20       A.  No.  I would say -- You can look at
21   it and tell that it wasn't watertight.
22       Q.  Why do you say that?
23       A.  You could see, you can see in the
24   pictures that this, it's tack welded around the
25   edge and there was like a little crack running
```

NARANJO vs. STEPHEN B. SMITH     CondenseIt™     FEB. 7TH, 2001

Case 0:00-cv-06022-JAL    Document 114    Entered on FLSD Docket 08/08/2001    Page 190 of 225

Page 57

1 around.
2     Q. This was before or after the
3 explosion?
4     A. Before.
5     Q. Okay, so is it your testimony that
6 the, that deck was not solid welded all along
7 the --
8     A. That is correct. You can see
9 where --
10     Q. Can you see --
11     A. You see, that was a weld that
12 ripped lose there and that was a weld that
13 ripped lose there.
14     I mean, any of these things here.
15 This, you know, this was all -- this is how this
16 looked along here. This is after it blew up.
17     Q. After it blew up?
18     A. There was tack welds right along
19 the frame. You could obviously see. When you
20 stood on it you could tell that it wasn't made
21 to be anything structural, it was just adding a
22 subfloor to the cockpit basically there.
23     Q. Well, if it is -- Let's say
24 hypothetically that it was not solid welded
25 along those edges along the forward and aft

Page 58

1 bulkhead and the port and starboard bulkheads.
2     Do you know if any water ever got
3 in underneath there?
4     A. I wouldn't know.
5     Q. During the time that you had the
6 boat did you ever see any evidence that there
7 was water getting under there?
8     A. Not under there. No, I wouldn't be
9 able to tell that.
10     Q. After the explosion when that deck
11 was taken up did you see any evidence that there
12 was water getting in there?
13     A. Well, there was two feet of water
14 in the back of there when we blew out the
15 through hull and we were sinking at the time
16 that this was going on also.
17     Q. That answers that question.
18     A. I am the one that jumped down and
19 found the through hull and pounded a wooden plug
20 into the hole.
21     We had to bring a gasoline pump in
22 from Bradford to suck the water out because we
23 had no batteries on board to run our own bilge
24 pumps.
25     Q. This is prior to the explosion,

Page 59

1 when you would walk around in that, on that
2 lazarette floor would the aluminum --
3     A. Basically like crinkled.
4     Q. Crinkled?
5     A. Yes, it was like walking around on
6 like a pop can or something like that. You
7 could tell it was very thin and you could tell
8 it wasn't solid and it echoed when you jumped on
9 it.
10     Q. Prior to the explosion based upon
11 what you have, what you just said about the echo
12 and the, it would crinkle when you would walk,
13 did you have any opinion on whether there was a
14 void space under there at all prior to the
15 explosion?
16     A. I had no opinion other than you
17 could tell that it wasn't solid when you stepped
18 on it. So there was --
19     Q. Since the explosion in July of 1997
20 do you have any knowledge or opinions on what
21 exploded under there?
22     A. No.
23     Q. From your observations of what the
24 deck looked like after the explosion was it your
25 opinion that the explosion took place under that

Page 60

1 plate?
2     A. Oh, yes, you blew the whole -- you
3 can see in all of the pictures where it blew
4 up. The whole thing came up towards the cockpit
5 floor and you can see in some of these pictures,
6 if these pumps, this pump right here was sitting
7 underneath the main support beam for the aft
8 deck, that is what kept the whole floor from
9 coming up and -- That is it.
10     These things, that right there. It
11 bent a four inch I-beam, you can see where it
12 cracked it loose from here. This is the main
13 support beam for the aft deck and it shoved it
14 up about four inches.
15     MR. KALLEN: Referring to a
16 photograph which is now marked as Exhibit
17 25.
18     MR. VALDES: 25.
19     (Thereupon, the above-mentioned
20 photograph was marked as Plaintiff's Exhibit No.
21 25 for identification this date.)
22     MR. FAMULARI: Can we take a break a
23 second and you can get me those pictures?
24     MR. FAMULARI: Yes, I may not have
25 too much more to ask. If you want to take a

NARANJO vs. STEPHEN B. SMITH    CondenseIt™    FEB. 7TH, 2001

Case 0:00-cv-06022-JAL    Document 114    Entered on FLSD Docket 08/08/2001    Page 191 of 225

Page 81

1   Q. And did you fill this out? Is this
2 in your handwriting up top?
3   A. Yes, it is.
4   Q. And is all of the writing, the
5 handwriting and the signature your writing on
6 this document, Exhibit 29?
7   A. Well, other than 2847 on the top
8 and Exhibit A on the bottom I would say yes, it
9 is. It's my handwriting.
10   Q. Before this explosion did you have
11 the opportunity to observe Henry Naranjo
12 working?
13   A. Yes.
14   Q. How would you characterize the
15 quality of his work?
16   A. Well, I stated that earlier, that I
17 asked for him to work on my vessel if at all
18 possible because he did fine work and he was
19 always there. You know, some of them didn't
20 always show up everyday, and Henry was there
21 ever day and he was always cheerful and always
22 liked to do his job and when it was done he
23 asked for another one.
24   Q. Did you ever have any problems with
25 Henry before the explosion?

Page 82

1   A. I never had any problems with Henry
2 before the explosion.
3   Q. Did he always do what you asked him
4 to do?
5   A. He would always do what Tony
6 instructed him to do above and beyond what I
7 expected out of him, yes.
8   Q. Did you have any trouble
9 communicating with him?
10   A. No.
11   Q. You understood him and he
12 understood you?
13   A. As far as I know I could understand
14 him and I believe that he understood me.
15   Q. Okay, do you speak any Spanish?
16   A. I do not, no.
17   Q. Do you remember what was the extent
18 of your conversation with him the day of the
19 explosion?
20   A. Not word for word, no. I would
21 imagine it was something to do with these guys
22 need that plate down there, make it happen.
23   Q. Do you remember what he asked you?
24   A. All he ever asked me about were the
25 two tanks on each side and I said they were

Page 83

1 water tanks.
2   Q. Did he ask you what was underneath
3 the deck?
4   A. Well, I told him there was cement
5 underneath there because I knew that they had
6 poured cement in there. I didn't know how big a
7 gap there was in there.
8   Q. Okay, and the responses that you
9 are giving me to my questions, these are
10 generalizations? You don't remember the exact
11 context, the exact words that were used?
12   A. Four years ago almost now.
13   Q. Correct?
14   A. Correct. No, I don't. I just --
15   Q. You are just giving me the gist of
16 what was said; is that correct?
17   A. Correct.
18   MR. VALDES: That is all that I
19 have.
20   MR. FAMULARI: Mr. Weber might have
21 some questions.
22   MR. VALDES: Do you have any
23 questions?
24   MR. WEBER: Yes, I do.
25   MR. VALDES: Go ahead.

Page 84

1   CROSS-EXAMINATION
2 BY MR. WEBER:
3   Q. Captain, my name is David Weber and
4 I represent Palmer Johnson. Do you understand
5 that?
6   A. Well, I understand. I don't
7 understand why you have to be here, but --
8   Q. Okay, the record will reflect that
9 I am up here in Wisconsin and you are down there
10 in Florida and we are conducting -- at least I
11 am asking these questions over the telephone and
12 if you don't understand any questions that I ask
13 of you or for some reason my questions don't
14 come over the phone properly, please let me
15 know; all right?
16   A. Okay.
17   Q. Do I understand, sir, that you were
18 on vacation for several days prior to the
19 explosion occurring?
20   A. Yes, I was.
21   Q. And that you returned the day
22 before the explosion?
23   A. Yes.
24   Q. And you believe the explosion
25 occurred on a Monday; is that correct?

NARANJO vs. STEPHEN B. SMITH    CondenseIt™    FEB. 7TH, 2001

Case 0:00-cv-06022-JAL    Document 114    Entered on FLSD Docket 08/08/2001    Page 192 of 225

Page 85

1    A. I would believe so. I can't
2    remember. I believe my vacation was from
3    Saturday to Sunday. So I believe I was, it was
4    a Sunday. July -- I returned on July the 6th
5    whatever, day that was. And the next day was a
6    workday.
7        Q. And where would you stay while this
8    boat was being worked on at Bradford Marine?
9        A. Well, I was staying at Marina Bay
10   which is a place just down the road from
11   Bradford while it was out of the water and when
12   I returned from my vacation the boat was back in
13   the water and I planned to stay in the crew's
14   quarters on board the vessel because it was in
15   the water and we had no battery power for bilge
16   pumps, so I was the only person on board to keep
17   us afloat, so to speak.
18       Q. Did you stay on board the vessel
19   the night of July the 6th?
20       A. Yes, I did.
21       Q. And the next day, July the 7th, do
22   you know what time you got up in the morning?
23       A. I would have been up six-thirty
24   seven o'clock, just like always. Boat yard
25   starts at seven, seven-thirty.

Page 86

1        Q. And you anticipated my next
2    question. Do you remember when work began on
3    July the 7th?
4        A. I believe work at Bradford starts
5    at seven-thirty in the morning and quits at four
6    in the afternoon.
7        Q. And was it your plan to stay aboard
8    the vessel the entire day?
9        A. Well, I am there during work hours
10   everyday, yes.
11       Q. I am specifically speaking about
12   July the 7th of 1997 now.
13           Did you in fact stay on the vessel
14   until the time of the explosion?
15       A. I was on board at the time of the
16   explosion. I can't tell you if I was there the
17   entire day prior to that because I did have to
18   run errands just back in town, get things set up
19   for the rest of the week.
20       Q. All right, so you do remember
21   running some errands on July the 7th of 1997?
22       A. Yes, I do.
23       Q. Do you remember the first people
24   that you talked to on July the 7th of 1997?
25       A. The first people that I talked

Page 87

1    to? No.
2        Q. I am talking about the first people
3    that you talked to during that day?
4        A. I can't remember exactly who it
5    would have been.
6        Q. I am trying to get some gist of, as
7    the how that day proceeded. Do you know what
8    were you attending to on July the 7th of 1997?
9        A. I was attending to a total refit of
10   an 82 foot Palmer Johnson.
11       Q. I understand that, but what jobs
12   were you --
13       A. We had just replaced the engine and
14   generators. We did the whole top deck,
15   hydraulic arch, replaced all of the windows and
16   we were in the middle of a full paint job from
17   top to bottom.
18           I can't exactly tell you which
19   crisis I was dealing with at that moment, no.
20       Q. All right, so you have no
21   recollection any more as to what was foremost on
22   your mind on the morning of July the 7th of
23   1997?
24       A. Getting out of Florida while I
25   still could was pretty much what I wanted to

Page 88

1    do. It was hot, very hot.
2        Q. Do I understand that this Bruce
3    Adkinson worked for another company?
4        A. I believe he was the owner of the
5    company that he worked for.
6        Q. Tell me again what the name of that
7    company was?
8        A. I can't exactly. It was a weird --
9    It was like Kewanee or something like that.
10       Q. And they were in the business of
11   what?
12       A. He is a hydraulics -- he does a lot
13   of hydraulics or he did a lot of hydraulic work
14   in Bradford during that time.
15       Q. And do I understand that Mr.
16   Adkinson was on board the vessel on July the 7th
17   of 1997?
18       A. I am not sure if he was there, but
19   I know his personnel was working for him, Brian
20   Mink was on board that day.
21       Q. Do you know what Brian's job was at
22   this particular company?
23       A. He was doing installation work of
24   hydraulic systems.
25       Q. Were there any other employees of

Page 89

1   this particular company on board, to your
2   knowledge?
3       A. No.
4       Q. And had Mr. Smith hired this
5   company, that is Bruce Adkinson's company?
6       A. Well, he is a subcontractor. He
7   would have gone through Bradford Marine, I
8   believe.
9       Q. Okay. So you believe that Bruce
10  Adkinson's company, whatever its name is,
11  Kewanee something or other --
12      A. Correct.
13      Q. Were a subcontractor of Bradford
14  Marine?
15      A. Yes.
16      Q. And do you know who at Bradford
17  Marine hired this particular company?
18      A. Well, now, that I don't know that
19  one. Most of the time you could hire your
20  subcontractors and then Bradford would tack on
21  their percentage to the bill.
22          So I would say that I hired Bruce
23  Adkinson myself and then they have, Bradford has
24  their own setup of how they deal with outside
25  contractors.

Page 90

1       Q. All right, so it is your best
2   recollection sitting here today that you
3   probably hired Bruce Adkinson?
4       A. Correct.
5       Q. Why was it necessary for you to
6   hire Bruce Adkinson?
7       A. Well, he came highly recommended as
8   a hydraulics man.
9       Q. I know, but forgive me, I am just
10  trying to understand this process. You have a
11  total refit, a major refit going on with this
12  particular boat.
13          At some point in time did it become
14  apparent to you or did somebody tell you from
15  Bradford that they wouldn't be able to handle
16  that themselves? By that I mean the hydraulic,
17  installing the hydraulic pump?
18      A. At the time in 1997 Bradford did
19  not have hydraulics people that seemed to be
20  doing what we needed done.
21      Q. All right, do you remember the
22  discussions leading up to the decision to hire
23  somebody from the outside, as it were?
24      A. Not particularly. I can't remember
25  the, any discussions. All I know is that it

Page 91

1   was suggested that he was in the yard, did a lot
2   of work in Bradford at that time and he came
3   over and looked at the job and I believe that
4   they had Bradford's guys look at the job and
5   there was also a time factor involved in --
6   Bradford is a little bit slower than most
7   outside contractors and we decided to go with
8   Mr. Adkinson.
9       Q. All right, and --
10      A. Or Adkins.
11      Q. And you hired -- is this Adkinson
12  or Adkins?
13      A. I believe it's Adkins.
14      Q. So you decided to hire Bruce
15  Adkins; is that correct?
16      A. Correct.
17      Q. And that was your decision?
18      A. Yes.
19      Q. And do I understand that you had to
20  give some sort of consideration or compensation
21  to Bradford to do that?
22      A. On -- I can't remember on this
23  particular job, but in most of their -- You have
24  a guard at the gate and to get in through the
25  gate you have to talk to George at the front

Page 92

1   gate and you have to have insurance papers on
2   file with them stating that you are capable, a
3   capable bonded and all of that other stuff in
4   South Florida to perform the work and then at
5   which time that is on file with Bradford and
6   then they generally ask for your bill and then
7   they tack your fifteen or twenty percent on to
8   the bill.
9           That is standard operating
10  procedure. I can't tell you if it happened in
11  this particular incident or not.
12      Q. What was your understanding as to
13  how long Bruce Adkins or his company would take
14  to complete the job that they had to do?
15      A. I would say -- I can't remember him
16  telling me exactly. All I know is these pumps
17  were back ordered for quite a while before they
18  got there.
19      Q. And they were there on the day of
20  the accident, correct?
21      A. They were there. They were the
22  only thing that probably saved Henry. If you
23  have seen these pictures you can see what
24  happened. I don't know if you have seen these
25  pictures or not.

NARANJO vs. STEPHEN B. SMITH    Condenselt™    FEB. 7TH, 2001

Case 0:00-cv-06022-JAL    Document 114    Entered on FLSD Docket 08/08/2001    Page 194 of 225

Page 93

1    Q. Yes, I have seen them.
2    A. Well, the pumps were right
3    underneath the main support beam for the aft
4    deck and that is what kept the whole floor from
5    lifting up.
6    Q. I understand that. How long had
7    the pumps been there before the day of the
8    accident?
9    A. They got there that day.
10    Q. Do you know what time?
11    A. They would have came at probably
12    eight o'clock in the morning. Brian brought
13    them with him. They arrived.
14    I received information that they
15    had finally showed up and Brian was on his way
16    over with them.
17    Q. And I take it that somebody brought
18    them down into the lazarette area?
19    A. Yeah, somebody had to. I don't
20    know who carried the pumps in. I would imagine
21    Brian or one of those guys, Bruce.
22    Q. Well, do you know if Bruce was
23    there on the day of the accident?
24    A. Like I said, I did not know if he
25    was there or not.

Page 94

1    Q. All right. Now, do you remember
2    having discussions with Brian Mink on the day of
3    the accident prior to the accident?
4    A. Yes.
5    Q. Tell me about those discussions.
6    What discussions did you have?
7    MR. KALLEN: Just answer the
8    question.
9    THE WITNESS: He is the one that
10    drilled the holes into the plate and said
11    that there wasn't enough meat in the plate
12    to tap into, for tapping into the plate. So
13    that is --
14    BY MR. WEBER:
15    Q. Where were you when that discussion
16    took place?
17    A. Probably we were back there looking
18    in the cockpit.
19    Q. Had you been down in the lazarette
20    area yourself on that, on the day of the
21    accident?
22    A. I am sure that I went in and looked
23    at it when they drilled the holes and they told
24    me it wasn't thick enough, so I probably went
25    and looked at it and said, yeah, you're right,

Page 95

1    what are we going to do now.
2    Q. How many holes had they drilled?
3    A. I am guessing about four in the
4    same pattern as the holes would have been for
5    the pump.
6    Q. And how big were those holes in
7    diameter?
8    A. I did not drill the holes. I don't
9    know what size he used for a starter bit. I
10    doubt if -- I don't know the exact size of the
11    hole.
12    Q. All right, but can you tell me,
13    sir, whether you observed four holes in the
14    aluminum deck?
15    A. To the best of my recollection I
16    would say I saw holes there, yes.
17    Q. And that, you saw four holes there?
18    A. I saw holes that they had started
19    to drill into the floor.
20    Q. All right. When you say that they
21    had started to drill into the floor, did they
22    penetrate the aluminum deck?
23    A. Yes. That is how they figured out
24    it was too thin to tap. That is when they had
25    to make the plate.

Page 96

1    Q. I understand that. But my question
2    to you, sir, did you observe the holes yourself?
3    A. I believe -- Yes.
4    Q. And you observed the holes
5    penetrate or go through the aluminum deck; is
6    that correct?
7    A. Yes.
8    Q. In other words, they entered the
9    void space between the bottom of the aluminum
10    and the top of the cement?
11    A. Yes.
12    Q. But I understand that you can't
13    tell me today how big in diameter those holes
14    were?
15    A. That is correct.
16    Q. And do you have any basis to tell
17    me as to who drilled those holes?
18    A. Brian Mink drilled the holes.
19    Q. Now, can you tell me what time of
20    the day it was when you had this discussion with
21    Brian Mink about the, about not having enough
22    meat to hold the pumps?
23    A. That would have been obviously
24    probably sometime mid-morning because they had
25    enough time to fabricate the plate and it was

Page 97

1 being welded down at three o'clock in the
2 afternoon when the accident took place.
3     Q. Right. Let me back up that
4 conversation, though. Was anybody else privy to
5 that conversation? In other words, did anybody
6 else take part in that conversation?
7     A. Well, I am sure that we had Tony
8 Watson there because he would have had to decide
9 that we could go ahead and do what we were
10 talking about doing.
11         Whether or not Henry was there at
12 the time of the discussion I do not know.
13     Q. Okay, so you think that Tony Watson
14 was there as well?
15     A. He would had to have been present
16 for part of it because he is the one that had to
17 authorize the job.
18     Q. Well, I don't want you to assume
19 anything.   What I really want to know is did
20 you and Brian Mink have a conversation about
21 this and then did you approach Tony Watson
22 yourself or was Tony Watson there when Brian
23 Mink was telling you about this?
24         MR. VALDES: Object to the form.
25 BY MR. VALDES:

Page 98

1     Q. Do you understand my question?
2     A. I understand -- Not really.
3 Everybody would have been there on this to
4 figure out how they were going to do it
5 together.
6     Q. Okay. Is it safe for me to assume,
7 though, at some point you had a discussion with
8 Tony Watson about fabricating two metal plates?
9     A. That was one metal plate and, yes,
10 we would have had that discussion.
11     Q. There was only one metal plate?
12     A. Yes, two pumps went on one metal
13 plate.
14     Q. All right, and tell me when did
15 that discussion take place?
16     A. That would have taken place in the
17 morning after Brian had come there with the
18 pumps and tried to drill the holes and found out
19 that he couldn't tap it.
20     Q. What did you say to Tony Watson?
21 What did you talk about?
22     A. I said, Tony, hey, we need to do
23 something here. I don't know. Tony was a very,
24 was a very take care of business. You just tell
25 him what needed to be done and he would say this

Page 99

1 is what we need to do and he would make it
2 happen. That is how we did things.
3     Q. And is it -- to the extent that you
4 know did Tony communicate that to Henry or did
5 you communicate it to Henry? How did that
6 happen?
7         MR. VALDES: Objection, hearsay.
8 BY MR. WEBER:
9     Q. You can answer, sir?
10     A. I can't tell you exactly how it
11 went, but everybody had to be told one way or
12 the other, like I told you before.
13     Q. Let me ask you a general question,
14 okay. Were there times, Captain, where you
15 approached a welder or an painter or another
16 worker, a laborer at the yard at Bradford and
17 requested that they do something?
18         MR. VALDES: Object to the form.
19         THE WITNESS: I would have to -- I
20     would have said, hey, we need to get this
21     done and they would always have to go and
22     get their foreman and bring him back and
23     say, can we do this because they had a work
24     order for every job. And that is how they
25     would charge money for it.

Page 100

1 BY MR. WEBER:
2     Q. So there were times when you would
3 approach a laborer and ask him to do a
4 particular task, is that true?
5     A. I would request that he gets the
6 authorization to do it, yes. It was a lot
7 easier for me to talk to a guy on the boat and
8 let him go talk to his boss than me go run
9 around and try to track down his boss because I
10 was dealing with twenty people at a time.
11     Q. Okay, so it is a simple question.
12 There were times when you would approach
13 laborers about doing specific tasks, is that
14 true?
15     A. Yes.
16     Q. And then they would go and get
17 their foreman, is that true?
18     A. Yes.
19     Q. And to your knowledge did that
20 always happen, did they always go get their
21 foreman?
22     A. I would say yes.
23     Q. Okay. And in this case do you know
24 if you approached Henry Naranjo and he went and
25 got Tony Watson?

NARANJO vs. STEPHEN B. SMITH     Condensclt™     FEB. 7TH, 2001

Case 0:00-cv-06022-JAL   Document 114   Entered on FLSD Docket 08/08/2001   Page 196 of 225

Page 101

1     MR. KALLEN: What is the question,
2 do you know if he did?
3     MR. VALDES: I object to the form
4 of the question.
5     MR. KALLEN: I didn't hear you
6 correctly.
7 BY MR. WEBER:
8     Q. Let me try it again. In this case
9 when you wanted this metal plate fabricated did
10 you approach Henry Naranjo and then did Henry
11 Naranjo go get Tony Watson?
12     A. That is usually how it happened,
13 yes. This particular incident I can't say yes
14 or no to.
15     Q. All right. You do recall having a
16 discussion with Henry Naranjo, however?
17     A. Yes.
18     Q. All right, and can you tell me how
19 long that discussion lasted?
20     A. No, I can't. They were usually
21 very short.
22     Q. Can you tell me when during the day
23 it took place?
24     A. Like I said, it probably was
25 mid-morning just prior to lunch because they had

Page 102

1 enough time to fabricate this new plate, drill
2 it all out, tap it and he was getting ready to
3 weld it down at three something in the afternoon
4 when the incident took place.
5     Q. Can you tell me where you were when
6 you had the conversation?
7     A. No, I cannot.
8     Q. Did Henry Naranjo ever ask you to
9 see any plans of the boat?
10     A. No.
11     Q. He did ask you about a couple of
12 fuel tanks?
13     A. They were water tanks. He did ask
14 about tanks and I said they were water tanks.
15     Q. You knew that there was a void
16 space between the bottom of the aluminum deck in
17 the lazarette and the top of the cement,
18 correct?
19     A. I could only guess that there was
20 because when you jumped down on top of the
21 aluminum deck it echoed and you could tell it
22 was not a solid floor.
23     Q. And you knew that as of July the
24 7th of 1997?
25     A. Yes.

Page 103

1     Q. It was obvious to you, wasn't it?
2     A. I think it would have been obvious
3 to anybody that jumped down on there.
4     Q. Can you tell me, sir, had Henry
5 Naranjo by your observation, had he been in the
6 lazarette area prior to July the 7th of 1997?
7     A. Prior to? I couldn't say. He had
8 been all over the entire boat, top to bottom.
9     Q. Well, and that is my question. Do
10 you know, did you observe him in the lazarette
11 area prior to July the 7th of 1997?
12     MR. VALDES: Objection, asked and
13 answered.
14     MR. KALLEN: Go ahead.
15     THE WITNESS: No, I can't say
16 whether he was in there or in the lazarette
17 itself.
18     I know that he was in the cockpit
19 many a days before that because he put all
20 of my hawse eyes in the cockpit.
21 BY MR. WEBER:
22     Q. When you said that this was
23 supposed to be a ten minute job, what did you
24 mean by that?
25     A. I meant in the scope of what was

Page 104

1 going on board this vessel, welding this little
2 plate down seemed like it was no big job for
3 anybody, just wan-bam, get it in there so the
4 hydraulics guys could catch up to what we were
5 with the rest of the project.
6     Q. Are you referring to the actual
7 welding of the plate to the deck or actual
8 fabrication of the plate itself or both?
9     A. The whole thing. I mean, it took a
10 half inch piece of aluminum, cut it to fit the
11 size of the bottom of the pumps and they made a
12 template, they drilled the holes, they tapped it
13 and he was in the process of welding it down
14 when all of this happened.
15     And no one could ever have foreseen
16 what this had become at that time.
17     Q. Well, I think the testimony from
18 Mr. Naranjo is that it took him at least several
19 hours to fabricate this plate.
20     Do you have an opinion as to why it
21 took him that long?
22     MR. KALLEN: Object to the form.
23     Do you know why?
24     MR. VALDES: Join.
25     THE WITNESS: I don't know why, but

Page 105

1    like I said, he still had to fabricate it.
2    He still had to cut it. He had to round the
3    edges, he had to drill the holes to the
4    proper location to fit the pumps. He had
5    to, he had to tap the holes out and fit it
6    into the space where that needed to go.
7    BY MR. WEBER:
8        Q. Let me talk about the space where
9    it needed to go. Are you with me?
10       A. I am with you.
11       Q. Where was that in relationship to
12    the holes that existed in the aluminum deck?
13       A. We were putting it right in the
14    exact location.
15       Q. Explain that to me?
16       A. Where they laid the pumps out there
17    earlier in the morning, circled the little spots
18    on the deck where they wanted to bolt the pumps
19    to.
20            They drilled those, the pilot
21    holes. They moved the pump out of the way so
22    they could drill bigger holes. That is what
23    they were going to do so they could tap the
24    plate that was on the floor and when that
25    couldn't happen that is when we went onward.

Page 106

1        Q. Were there four holes in the base
2    of the pumps for --
3        A. Yes.
4        Q. -- For bolts?
5        A. Yes, there was a bolt in every
6    corner of the pump, so there would be have been
7    eight holes altogether.
8        Q. Eight holes altogether?
9        A. In the plate. I don't know how
10    many were drilled on the floor. I don't think
11    that they were totally finished drilling because
12    they realized that it wasn't going to work, so
13    they went to plan B.
14       Q. You did not observe this explosion
15    occur, is that correct?
16       A. I did not observe it. I felt it.
17    I heard it.
18       Q. Earlier you said that there
19    probably was water in that void space between
20    the cement and the aluminum deck?
21       A. I never said that.
22       Q. Okay. I thought that I heard you
23    say that. Do you have, do you know one way or
24    the other if there was ever water in there?
25       A. I have no idea. There was no way

Page 107

1    to tell. It was welded down.
2        Q. Mr. Valdes asked you some questions
3    about your conversation with Henry Naranjo and
4    he asked you if you remember only the, member
5    only the gist of the conversation. Do you
6    recall that?
7        A. Yes.
8        Q. Okay, I want to ask you directly,
9    did you tell Mr. Naranjo that this, that the
10    cement went flush to the top of the aluminum
11    deck?
12       A. I would have never told him it went
13    flush to it. I told him that there was cement
14    down under the floor. I didn't know how much,
15    how far it was from the bottom of the floor.
16            But when you jumped down into the
17    hole you could hear it echo, so you knew it
18    wasn't solid.
19       Q. And you did observe holes in that
20    deck, is that correct?
21       A. To the best of my knowledge I did
22    see holes when they came and told me that it
23    wasn't enough meat to tap into.
24       Q. Those were observable without any
25    type of magnification?

Page 108

1        A. That would be correct.
2        Q. So if you knelt down in that area,
3    as an example, you could see the holes?
4        A. Pardon me?
5        Q. If you knelt down --
6        A. Oh, yes.
7        Q. -- In the area --
8        A. Yes.
9        Q. -- You could see the holes?
10       A. Yes.
11       Q. If you stood in the lazarette you
12    could see the holes?
13       MR. VALDES: You can't stand in the
14    lazarette.
15       THE WITNESS: You can't stand.
16    There it's only about two and a half feet
17    high back there.
18    BY MR. WEBER:
19       Q. Okay, I guess I meant -- I meant,
20    you couldn't even be crouched down and be in
21    there?
22       A. That is how you had to get in
23    there, on your hands and knees. You had to
24    crawl back into this location.
25       Q. All right, but if you did that you

NARANJO vs. STEPHEN B. SMITH     Condenselt™     FEB. 7TH, 2001

Case 0:00-cv-06022-JAL    Document 114    Entered on FLSD Docket 08/08/2001    Page 198 of 225

**Page 109**

```
 1   certainly would be able to see these holes; is
 2   that correct?
 3        A. Yes.
 4        Q. You said earlier that you wanted
 5   thicker aluminum when you went to replace the
 6   aluminum deck?
 7        A. Yes.
 8        Q. How come?
 9        A. Well, for one thing, I made it in
10   plates, in sections. So there was like I
11   believe six pieces so it could all be, it was
12   all drilled and tapped and removable so in the
13   future you could get underneath there to the
14   cement if you ever needed to.
15        MR. KALLEN: Wait, are we talking
16   about --
17        THE WITNESS: We are talking post
18   explosion when I put it back together after
19   it was blown to bits. I had no reason to
20   mess with this aluminum plate prior to it
21   exploding.
22   BY MR. WEBER:
23        Q. And that is what I am asking about,
24   I am talking about after the explosion when the
25   aluminum deck was replaced?
```

**Page 111**

```
 1   though, that there was cement there and you
 2   could tell that there was a void area in there
 3   as I have covered before, that it wasn't a solid
 4   sound when you got down in there. And they
 5   would have known that there was a void there
 6   after they drilled the holes there anyway
 7   because when they went through the aluminum it
 8   didn't go into the cement.
 9        Q. That is all that I have. Thank you
10   very much.
11        MR. VALDES: I've got some quick
12   follow-ups.
13        REDIRECT EXAMINATION
14   BY MR. VALDES:
15        Q. Captain, you don't know if Henry
16   drilled into the aluminum prior to the
17   explosion, correct?
18        A. Brian Mink would have been the one
19   that drilled the holes.
20        Q. Sitting here today you don't know
21   one way or the other if Henry drilled into the
22   aluminum?
23        A. No, I do not.
24        Q. How tall are you, sir?
25        A. I am six-four.
```

**Page 110**

```
 1        A. Yes.
 2        Q. I understand that you wanted plates
 3   rather than one uniform sheet. But you also
 4   stated that you wanted a thicker aluminum there?
 5        A. Correct.
 6        Q. How come?
 7        A. So it wasn't like walking on a pop
 8   can when you were down there. I mean, we stored
 9   a two hundred pound anchor down there, one
10   hundred amp power cords which weigh around one
11   hundred pounds and it just gave you support.
12        Q. You felt that there was somewhat or
13   that support was somewhat lacking before this
14   explosion?
15        A. Yes.
16        Q. In other words, the floor would
17   crinkle, as you stated earlier?
18        A. Correct.
19        Q. You didn't want that to occur?
20        A. Correct.
21        Q. Did Henry Naranjo ask you if there
22   was any void space underneath this aluminum
23   deck?
24        A. I don't know if he stated it as a
25   direct question to me. I would have told him,
```

**Page 112**

```
 1        Q. How much do you weigh?
 2        A. 220.
 3        Q. Did you weigh 220 back then when
 4   the explosion?
 5        A. I have relatively been the same for
 6   many years.
 7        Q. And you indicated that when you
 8   jumped down into the lazarette that you could
 9   feel that the floor would reverberate?
10        A. Yes.
11        Q. But you would have to jump down
12   into it, correct?
13        A. When you walked on it, when you
14   were down in those hatches. Anytime that you
15   went down in, whether you were crawling on it or
16   walking on it you could feel it give a little.
17        Q. That would be you, you could
18   actually feel it?
19        A. I could, yes.
20        Q. Prior to this explosion occurring
21   did you ever offer Henry Naranjo or Tony Watson
22   the blueprints?
23        A. They were well aware that they were
24   on the boat the whole time.
25        Q. That is not my question.
```

NARANJO vs. STEPHEN B. SMITH    CondenseIt™    FEB. 7TH, 2001

Case 0:00-cv-06022-JAL    Document 114    Entered on FLSD Docket 08/08/2001    Page 199 of 225

Page 113

1    MR. KALLEN: Let him finish his
2    answer and then you can follow up.
3    BY MR. VALDES:
4        Q. Yes, I move to strike.
5        MR. KALLEN: Okay, objection.
6        THE WITNESS: Where do I go now?
7        MR. KALLEN: Just finish your
8    answer.
9        THE WITNESS: Yes, they were
10   available on the boat all the time. They
11   knew it, that they were there.
12   BY MR. VALDES:
13       Q. I would move to strike. My
14   question to you is prior to the explosion did
15   you offer Henry or Tony Watson the plans or the
16   survey that we have talked about?
17       A. They had all of this. We were
18   working off of this thing, off the
19   recommendations on the back. We were trying to
20   knock out as many as possible.
21       So, yes, they had seen those.
22   Torch would have had a copy of this the whole
23   time.
24       Q. I would move to strike again as
25   non-responsive.  Sir, my question to you is,

Page 114

1    did you offer Tony Watson or Henry Naranjo the
2    blueprint that we have marked as Exhibit 27?
3        A. Okay, I got you now.
4        Q. Or the survey report, Exhibit 28?
5    Did you offer those two documents to them prior
6    to the explosion?
7        MR. KALLEN: Object to the form.
8        THE WITNESS: I did not offer and
9    they did not ask.
10   BY MR. VALDES:
11       Q. Okay.
12       A. If they would have asked, they
13   would have been there.
14       Q. But you didn't volunteer the
15   information either?
16       A. No.
17       Q. Didn't occur to you, did it?
18       A. No.
19       Q. Getting back to the conversation
20   that you had with Mink, you don't know for sure
21   if Watson was present when Mink came to you and
22   told you this, listen, I have drilled the holes,
23   the skin is too thin, we need some doublers?
24       A. I am almost positive that Tony
25   Watson and Brian Mink and myself would have been

Page 115

1    present during this conversation.
2        Q. But I am asking are you sure?
3        A. I am not sure.
4        Q. Do you have any experience welding?
5        A. No.
6        Q. Did you learn welding in the Navy?
7        A. No.
8        Q. When you testified earlier that you
9    would talk to Henry, did you ever like have to
10   indicate with your hands something that you
11   wanted done with Henry?
12       A. No.  I always felt that he
13   understood what we were talking about.
14       Q. You never had to point anything out
15   or point with your hands, I want this done this
16   way, anything like that?
17       A. Not to the best of my recollection.
18       Q. You don't recall right now?
19       A. No.
20       Q. There could have been an instance
21   where you used your hands to convey an idea to
22   Henry that you wanted done?
23       A. I suppose it's possible, yes.
24       Q. Or conveying an idea as to what
25   something is?  Same answer?

Page 116

1        A. Yes.  It is possible.  As you see,
2    I am not in the habit of talking with my hands.
3        Q. Well, if somebody said that you did
4    it that way you wouldn't contradict them, right?
5        MR. KALLEN: Objection to the form.
6        MR. KALLEN: Right.
7    BY MR. VALDES:
8        Q. Do you have a cell phone number?
9        A. Yes, I do.
10       Q. What is it?
11       A. 604-786-5807.
12       Q. And do you have a local phone
13   number?
14       A. No, I live in Vancouver.
15       Q. When are we set for trial?
16       MR. WEBER: November.
17   BY MR. VALDES:
18       Q. Where are you going to be in
19   November this year?
20       A. Hopefully I should be back here by
21   November.
22       Q. Is there a number where we can
23   reach you at when you are outside of Florida?
24       MR. KALLEN: You can't reach him,
25   but I can.

NARANJO vs. STEPHEN B. SMITH    CondenseIt™    FEB. 7TH, 2001

Case 0:00-cv-06022-JAL    Document 114    Entered on FLSD Docket 08/08/2001    Page 200 of 225

Page 117

1 BY MR. VALDES:
2    Q. Well, opposing counsel?
3    A. Yes, he knows all of my numbers,
4 E-mail, the whole deal.
5    Q. You have E-mail?
6    A. Yes.
7       MR. FAMULARI: John doesn't have
8 E-mail yet. He doesn't have a computer yet.
9       MR. KALLEN: I still use
10 walkie-talkie.
11       MR. VALDES: No more questions.
12       RECROSS-EXAMINATION
13 BY MR. KALLEN:
14    Q. Just a few follow-up real quick?
15    A. Okay.
16    Q. You said that you don't have any
17 welding experience?
18    A. Correct.
19    Q. Would you know, putting yourself
20 back in July of 1997, whether or not a
21 particular job is safe to begin welding on?
22    A. It wasn't my decision to make.
23    Q. As far as any welding work that
24 would have been done and was done on the boat
25 would you defer to the welders and the welding

Page 118

1 people at Bradford?
2    A. Absolutely.
3    Q. Would there be any reason that you
4 can think of that you would have actually told
5 Henry Naranjo that it was "safe" to weld?
6    A. No.
7    Q. You would have no reason to know
8 that, would you?
9    A. No.
10    Q. Did you ever have any reason to
11 know or suspect that there was or could have
12 been any type of ignitable or flammable gas or
13 fumes or liquid underneath that aluminum
14 subflooring in the lazarette?
15    A. No.
16    Q. As far as what type of work either
17 the owner or you wanted done on the boat, you
18 would express those desires or wants to the
19 people at Bradford, I take it?
20    A. Correct.
21    Q. As far as how the work would
22 actually be done and in what manner and whether
23 it was done safely, would you at anytime dictate
24 that to Bradford people?
25    A. No.

Page 119

1    Q. Or any of their workers?
2    A. No.
3    Q. As far as you were concerned that
4 was the workers or Bradford Marine's
5 responsibility?
6    A. That is why I am in the boat yard
7 for.
8    Q. Just a point of clarification. We
9 know that there were some holes drilled on this
10 subfloor initially with the idea of that is
11 where the pumps would be bolted down into?
12    A. Correct.
13    Q. Is it your understanding that the
14 doubler plates that were fabricated after that
15 were going to be placed in that same exact
16 position on the aluminum floor in the lazarette?
17    A. Yes, they were.
18    Q. So for someone that was placing
19 those plates or one plate or two plates down
20 there they would have, would have had to have
21 seen the holes in the deck?
22    A. Yes.
23       MR. VALDES: Objection,
24 speculation.
25       MR. KALLEN: I have nothing else.

Page 120

1       MR. VALDES: Mr. Weber?
2       MR. WEBER: No, thank you
3       REDIRECT EXAMINATION
4 BY MR. VALDES:
5    Q. I've got one last question for you,
6 Captain, and we can all go home.
7       Captain, isn't a captain ultimately
8 responsible for what happens on board his
9 vessel?
10       MR. KALLEN: Object to the form.
11 While it's in the shipyard undergoing a
12 refit?
13       MR. VALDES: Listen, I am asking
14 him. If you want we can swear you in, too.
15       MR. KALLEN: You can do it. I'll
16 object to the form.
17 BY MR. VALDES:
18    Q. Captain?
19    A. One more time.
20    Q. Isn't it true that a captain is
21 ultimately responsible for what happens on board
22 his vessel?
23    A. I would say not anymore in this day
24 and age, no.
25    Q. Why?

Page 121

```
 1        MR. WEBER: That is two questions,
 2   Manny.
 3        MR. VALDES: Quiet, Mr. Weber.
 4        MR. WEBER: Just kidding.
 5   BY MR. VALDES:
 6        Q. Why do you say that, Captain?
 7        A. Well, you know, you got your thing,
 8   your old day captain that they are responsible
 9   and go down with the ship and as you know it's
10   not like that any more. That is why I go to a
11   boat yard, so I can take it to people that know
12   what they are doing and have it done by them.
13        I don't know anything about welding
14   or installing the engines. I know how to hire
15   people that know how to do that. That is my
16   job, to make sure that it gets done, not to do
17   it.
18        MR. VALDES: That is it.
19        MR. KALLEN: Not waived.
20        (Thereupon, the taking of the deposition
21   was concluded at 5:00 p.m. and reading and
22   signing were not waived.)
23
24
25
```

Page 122

```
 1
 2
 3             JURAT PAGE
 4
 5   STATE OF FLORIDA )
                      ) SS.
 6   COUNTY OF DADE  )
 7
 8
 9
10        I, John Bredbeck, hereby certify that
11   I have read the foregoing transcript pages 1 to
12   and including 122 and find the same to be true
13   and accurate. Any corrections made by me are
14   set forth on the errata page attached hereto.
15
16
17             John Bredbeck
18
19   Sworn to and subscribed before me on this,
20   the        day of        , 2001.
21
22   Notary Public in and for the
     State of Florida at Large.
23   My Commission expires: June 29th, 2002
24
25
```

Page 123

```
 1
 2             ERRATA SHEET
 3
 4        I, John Bredbeck, do hereby acknowledge
 5   that I have read this transcript and find it to
 6   be accurate except for the corrections noted below.
 7
 8   PAGE   LINE   /
 9   PAGE   LINE   /
10   PAGE   LINE   /
11   PAGE   LINE   /
12   PAGE   LINE   /
13   PAGE   LINE   /
14   PAGE   LINE   /
15   LINE   LINE   /
16   PAGE   LINE   /
17   PAGE   LINE   /
18
19
20
21             John Bredbeck
22
23   Signed and dated this     day of     2001.
24
25
```

Page 124

```
 1
 2             CERTIFICATE OF OATH
 3
 4   STATE OF FLORIDA
 5   COUNTY OF DADE
 6
 7
 8        I, the undersigned authority,
 9   certify that John Bredbeck personally appeared
10   before me and was duly sworn.
11        WITNESS my hand and official seal
12   this 17th day of March, 2001.
13
14
15
16             JULIO A. MOCEGA
17        Notary Public- State of Florida
18        My Commission Expires: 6-29-2002
19
20
21
22
23
24
25
```

NARANJO vs. STEPHEN B. SMITH    CondenseIt™    FEB. 7TH, 2001

Case 0:00-cv-06022-JAL    Document 114    Entered on FLSD Docket 08/08/2001    Page 202 of 225

Page 125

1
2          CERTIFICATE OF REPORTER
3    STATE OF FLORIDA
4    COUNTY OF DADE
5          I, JULIO A. MOCEGA, Registered
6    Professional Reporter, certify that I was
7    authorized to and did stenographically report
8    the foregoing proceedings; and that the
9    transcript is a true and accurate record.
10         I further certify that I am not an
11   attorney or counsel of any of the parties, nor a
12   relative or employee of any attorney or counsel
13   connected with the action, nor financially
14   interested in the action.
15         Dated this 17th day of March, 2001.
16
17              JULIO A. MOCEGA, R.P.R.
18   State of Florida
19   County of Dade
20
21         The foregoing certificate was acknowledged
     before me this   day of     , 2001.
22   by Julio A. Mocega, who is personally known to me.
23
24
25

Page 126

1
2            JULIO A. MOCEGA & ASSOC, INC.
             25 Southeast 2nd Avenue, Suite 543
3            Miami, Florida 33131
             Telephone (305) 374-0181
4
5    TO: John Bredbeck
         C/O Badiak, Will & Kallen
6        17071 West Dixie Highway
         North Miami Beach, Fla.
7
8    March 17th, 2001
9
         IN RE: NARANJO vs. STEPHEN B. SMITH
10       CASE NO 00-6022 CIV-LENARD
11
     Dear Mr. Bredbeck,
12
     With reference to the examination of YOURSELF,
13   deponent in the above-styled cause, taken on
     Feb. 7th, 2000 under oath, please be advised
14   that the transcript of the Deposition has been
     transcribed and is awaiting your signature.
15
     Please arrange to conclude this matter at your
16   earliest convenience.  We would suggest that you
     telephone this office and arrange an appointment
17   suitable for all concerned.
18   However, if this has not been taken care of by
     April 17th, 2001 we shall conclude the reading
19   and signing of said deposition has been waived,
     and shall then proceed to file the original of
20   the said transcript with the party who took the
     deposition, without further notice to any
21   parties.
22       Very Truly yours,
23
             JULIO A. MOCEGA, R.P.R.
24
     cc All Attorneys of Record.
25

**'87 [1]** 10:23
10:23
**'92 [2]** 8:25   11:17
**'93 [1]** 11:17
**'94 [3]** 9:1   14:10
**'97 [4]** 14:10   14:15
14:18   15:10
**/ [10]** 123:8   123:9
123:10   123:11   123:12
123:13   123:14   123:15
123:16   123:17
**00 [1]** 121:21
**00-6022 [2]** 1:4
126:10
**1 [1]** 122:11
**1-10-64 [1]** 5:19
**1.3 [1]** 75:17
**110 [1]** 6:2
**1126 [1]** 6:2
**117 [1]** 3:7
**120 [2]** 3:9   10:12
**122 [1]** 122:12
**123 [1]** 3:20
**125 [1]** 6:15
**17071 [3]** 1:14
2:18   126:6
**17th [4]** 124:12   125:15
126:8   126:18
**1982 [1]** 6:7
**1986 [1]** 6:8
**1987 [2]** 7:12   8:1
**1988 [1]** 6:14
**1991 [4]** 6:18   6:21
6:22   9:9
**1994 [2]** 12:16   12:16
**1997 [15]** 8:16
14:12   40:2   59:19
86:12   86:21   86:24
87:8   87:23   88:17
90:18   102:24   103:6
103:11   117:20
**2 [1]** 1:15
**20 [3]** 1:15   37:15
37:17
**200 [1]** 29:14
**2000 [1]** 126:13
**2001 [9]** 1:15   37:23
122:20   123:23   124:12
125:15   125:22   126:8
126:18
**2002 [1]** 122:23
**21 [4]** 3:14   37:18
37:18   38:2
**22 [4]** 3:14   37:25
38:17   38:21
**220 [2]** 112:2   112:3
**23 [3]** 3:15   45:25
61:19
**24 [4]** 3:15   31:4
31:15   45:25
**25 [5]** 3:16   60:17
60:18   60:21   126:2
**26 [3]** 3:16   62:8
62:13

**27 [1]** 65:6
65:9   66:9   114:2
**28 [5]** 3:17   77:5
77:9   77:13   114:4
**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 [1]**
5:21
**2847 [1]** 81:7
**29 [4]** 3:18   79:25
80:12   81:6
**29th [1]** 122:23
**2nd [1]** 126:2
**305 [1]** 126:3
**33130 [1]** 2:9
**33131 [1]** 126:2
**33160 [1]** 2:18
**33316 [1]** 6:3
**374-0181 [1]** 126:3
**38 [2]** 3:14   3:14
**4 [1]** 3:6
**4-7-97 [1]** 80:21
**45 [2]** 3:15   3:15
**454 [1]** 2:13
**5 [1]** 121:21
**53 [1]** 9:8
**54235 [1]** 2:14
**543 [1]** 126:2
**5730 [1]** 2:4
**6-29-2002 [1]** 124:18
**60 [1]** 3:16
**600 [1]** 2:9
**604-786-5807 [1]**
116:11
**62 [1]** 3:16
**63 [1]** 3:9
**65 [1]** 3:17
**66 [5]** 2:8   12:17
12:21   12:22   13:1
**6th [2]** 85:4   85:19
**74th [1]** 2:4
**77 [1]** 3:17
**7th [14]** 1:15   24:21
85:21   86:3   86:12
86:21   86:24   87:8
87:22   88:16   102:24
103:6   103:11   126:13
**80 [1]** 3:18
**82 [1]** 87:10
**84 [1]** 3:8
**87 [1]** 79:3
**89 [1]** 2:14
**97 [1]** 3:9
**a [748]** 1:21   4:2
5:4   5:12   5:16
5:19   5:21   5:23
5:24   6:1   6:4
6:6   6:10   6:13
6:14   6:14   6:17
6:22   6:25   7:3
7:9   7:14   7:14
7:17   7:17   7:22
7:22   7:24   7:25
8:2   8:3   8:5
8:7   8:8   8:20
8:22   8:24   9:3

9:14   9:20   9:4
10:10   10:11   10:12
10:15   10:19   10:22
11:13   11:17   11:21
11:25   12:3   12:7
12:10   12:13   12:16
12:17   12:21   12:23
13:1   13:3   13:3
13:7   13:12   13:16
13:16   13:21   13:25
14:6   14:6   14:10
14:13   14:19   14:21
14:22   15:1   15:4
15:6   15:11   15:18
15:20   15:22   15:25
16:2   16:5   16:12
16:13   16:17   17:4
17:5   17:12   17:15
17:16   17:21   17:24
18:1   18:4   18:9
18:10   18:10   18:20
18:21   19:10   19:17
19:20   19:25   20:5
20:8   20:15   20:20
21:1   21:2   21:9
21:9   21:12   21:16
21:22   21:25   22:3
22:7   22:9   22:12
22:16   22:23   23:1
23:2   23:4   23:7
23:9   23:9   24:9
24:12   24:19   24:19
24:20   24:21   24:25
25:5   25:12   25:12
25:12   25:19   26:2
26:18   27:2   27:8
27:12   27:16   27:18
28:1   28:7   28:7
28:17   28:23   29:1
29:3   29:9   29:12
29:13   29:16   29:22
29:23   29:25   29:25
30:4   30:15   30:20
30:23   30:24   31:4
31:6   31:8   31:13
31:13   31:16   31:19
31:23   31:24   32:2
32:5   32:12   32:15
32:17   32:18   32:20
32:21   32:21   33:1
33:5   34:6   34:13
34:17   34:20   34:22
35:3   35:8   35:14
36:10   36:12   36:20
36:23   37:7   38:7
38:11   39:1   39:4
39:7   39:10   39:12
39:14   39:20   39:21
39:23   39:25   40:2
40:4   40:5   40:7
40:9   40:12   40:17
40:23   41:4   41:6
41:7   41:20   42:3
42:4   42:6   42:11
42:13   42:18   43:1
43:5   43:5   43:25
44:4   44:9   44:16
44:18   44:18   44:20
44:20   44:22   44:23
45:3   45:4   45:5
45:6   45:6   45:13
45:14   45:22   46:5
46:10   46:14   46:16

47:9   47:12   48:2
48:5   48:7   48:7
48:7   48:10   48:11
48:12   48:17   48:22
48:25   49:3   49:5
49:9   49:9   49:13
49:17   49:22   50:2
50:10   50:12   51:6
51:11   51:16   51:21
51:24   52:2   52:17
52:24   53:2   53:4
53:11   53:13   53:15
53:17   53:22   54:5
54:13   54:17   54:19
54:23   54:25   55:14
55:15   56:5   56:6
56:6   56:9   56:9
56:10   56:20   56:23
56:25   57:4   57:8
57:11   57:11   57:12
57:18   57:21   58:4
58:8   58:13   58:18
58:19   58:21   59:3
59:5   59:6   59:13
59:16   59:22   60:2
60:11   60:15   60:22
60:22   60:25   61:3
61:7   61:10   61:12
61:14   61:17   62:6
62:15   62:20   63:3
63:10   63:14   63:16
63:17   63:20   63:24
64:2   64:5   64:7
64:11   64:16   64:17
64:20   64:24   65:13
65:15   65:17   65:20
65:22   65:24   66:2
66:4   66:5   66:7
66:10   66:11   66:13
66:17   66:20   66:25
67:10   67:15   67:18
67:24   68:4   68:6
68:16   68:17   68:24
68:25   69:1   69:5
69:5   69:6   69:8
69:13   69:14   69:19
70:3   70:8   70:11
70:14   70:17   70:20
70:23   71:4   71:7
71:8   71:13   71:18
71:21   71:24   72:1
72:4   72:5   72:7
72:9   72:10   72:17
72:19   72:19   72:20
72:20   72:22   73:9
73:11   73:11   73:12
73:14   73:17   73:23
73:24   74:1   74:3
74:6   74:9   74:10
74:12   74:14   74:17
74:17   74:20   74:20
74:22   74:22   74:24
75:1   75:5   75:11
75:12   75:14   75:17
75:21   75:21   75:22
75:23   75:24   76:4
76:7   76:9   76:11
76:15   76:16   76:18
76:19   76:20   76:23
76:25   77:2   77:6
77:14   77:17   77:19
77:23   78:2   78:5
78:7   78:10   78:13

78:18   78:22   78:24
79:1   79:3   79:7
79:9   79:12   79:15
79:18   79:24   80:4
80:9   80:17   80:20
80:22   81:3   81:7
81:8   81:13   81:16
82:1   82:5   82:10
82:13   82:16   82:20
82:24   83:4   83:6
83:12   83:14   83:17
84:6   84:16   84:20
84:23   84:25   85:1
85:4   85:5   85:9
85:10   85:20   85:23
86:4   86:9   86:15
86:22   86:25   87:4
87:9   87:9   87:13
87:16   87:24   88:4
88:8   88:8   88:12
88:12   88:12   88:13
88:18   88:23   89:3
89:6   89:6   89:12
89:13   89:15   89:18
90:4   90:7   90:8
90:10   90:11   90:18
90:24   91:1   91:6
91:6   91:10   91:13
91:16   91:18   91:22
91:24   92:2   92:15
92:17   92:21   93:2
93:9   93:11   93:19
93:24   94:4   94:17
94:22   95:3   95:8
95:9   95:15   95:18
95:23   96:3   96:7
96:11   96:15   96:18
96:23   97:7   97:15
97:20   98:2   98:7
98:9   98:12   98:16
98:22   98:23   98:24
99:10   99:13   99:15
99:16   99:23   100:3
100:3   100:5   100:6
100:7   100:10   100:11
100:15   100:18   100:22
101:12   101:15   101:17
101:20   101:24   102:7
102:10   102:11   102:13
102:15   102:19   102:22
102:25   103:2   103:7
103:19   103:23   103:25
104:9   104:9   104:11
105:10   105:13   105:16
106:3   106:5   106:5
106:9   106:16   106:21
106:25   107:7   107:12
107:21   108:1   108:4
108:6   108:8   108:10
108:16   108:22   109:3
109:7   109:9   110:1
110:4   110:5   110:7
110:7   110:9   110:15
110:18   110:20   110:24
110:24   111:2   111:3
111:5   111:18   111:23
112:10   112:13   112:16
112:19   112:23   113:17
113:22   114:3   114:12
114:16   114:18   114:24
115:3   115:5   115:7
115:12   115:17   115:19

NARANJO vs. STEPHEN B. SMITH    Condenselt™    A-R-A-R-A - and

Case 0:00-cv-06024-AJ    Document 114    Entered on FLSD Docket 08/08/2001    Page 204 of 225

| | | |
|---|---|---|
| 116:9 | 116:11 | 116:12 |
| 116:14 | 116:20 | 116:22 |
| 117:3 | 117:6 | 117:8 |
| 117:14 | 117:15 | 117:18 |
| 117:20 | 117:22 | 118:2 |
| 118:6 | 118:9 | 118:15 |
| 118:20 | 118:25 | 119:2 |
| 119:6 | 119:8 | 119:12 |
| 119:17 | 119:22 | 120:7 |
| 120:11 | 120:19 | 120:20 |
| 120:23 | 121:7 | 121:10 |
| 124:16 | 125:5 | 125:9 |
| 125:11 | 125:17 | 125:22 |
| 126:1 | 126:23 | |

**A-R-A-R-A** [1]  6:17

**able** [5]  35:15   58:9
68:22   90:15   109:1

**aboard** [2]  76:5
86:7

**about** [55]  5:12
8:3   12:7   14:22
15:18   25:14   29:14
33:13   34:18   38:16
40:20   42:9   42:16
42:20   43:10   44:10
45:7   45:11   47:22
48:15   49:1   49:17
50:11   54:4   59:11
60:14   64:23   65:7
68:15   72:16   72:18
82:24   86:11   87:2
94:5   95:3   96:21
96:21   97:10   97:20
97:23   98:8   98:21
100:13   102:11   102:14
105:8   107:3   108:16
109:16   109:23   109:24
113:16   115:13   121:13

**above** [7]   1:24
33:1   50:17   50:19
53:24   66:1   82:6

**above-mentioned** [8]
38:1   38:19   45:23
60:19   62:11   65:8
77:8   80:11

**above-styled** [1]
126:13

**Absolutely** [1]  118:2

**accident** [9]   18:6
42:23   92:20   93:8
93:23   94:3   94:3
94:21   97:2

**accurate** [3]   122:13
123:6   125:9

**aceton** [1]   51:5

**acetone** [6]   49:17
49:22   50:4   50:4
50:23   51:1

**acknowledge** [1]
123:4

**acknowledged** [1]
125:21

**across** [1]   68:23

**action** [2]   125:13
125:14

**actual** [3]   31:24
104:6   104:7

**actually** [5]   45:6

| | | |
|---|---|---|
| 73:20 | 112:18 | 118:4 |

118:22

**added** [4]   13:8
34:1   35:1   41:23

**adding** [2]   54:9
57:21

**additional** [1]   54:9

**address** [2]   5:24
6:1

**Adkins** [5]   91:10
91:12   91:13   91:15
92:13

**Adkinson** [14]   24:10
24:14   25:8   25:19
25:24   26:24   40:20
88:3   88:16   89:23
90:3   90:6   91:8
91:11

**Adkinson's** [2]  89:5
89:10

**advised** [2]   4:18
126:13

**afloat** [1]   85:17

**aft** [5]   23:11   57:25
60:7   60:13   93:3

**after** [42]  71:17   9:18
12:14   14:22   14:24
21:9   21:17   24:24
28:20   28:24   30:11
38:7   38:8   46:4
46:5   47:7   47:9
47:9   47:12   48:21
49:7   51:3   51:13
51:16   51:18   51:20
52:1   53:10   53:11
57:2   57:16   57:17
58:10   59:24   61:15
67:8   68:1   98:17
109:18   109:24   111:6
119:14

**afternoon** [4]   8:12
86:6   97:2   102:3

**afterwards** [1]   49:10

**Aga** [2]   10:12   11:15

**again** [6]   13:14   26:6
55:25   88:6   101:8
113:24

**age** [1]   120:24

**ago** [4]   33:13   64:7
77:1   83:12

**agree** [2] 4:24   69:11

**ahead** [4]   65:4
83:25   97:9   103:14

**air** [1]   22:15

**alarm** [3]   32:22
32:24   38:14

**Alexander** [2]   12:17
14:14

**all** [83]   4:25   7:15
10:3   13:4   13:5
14:5   16:4   16:19
18:14   18:19   19:1
19:4   19:18   20:1
20:20   21:12   22:10
23:11   23:13   28:10
28:22   31:22   34:12
36:20   37:7   41:20
41:20   50:3   50:4

| | | |
|---|---|---|
| 53:25 | | |
| 54:11 | 57:6 | 57:25 |
| 59:14 | 60:3 | 63:12 |
| 63:14 | 64:15 | 68:7 |
| 68:22 | 75:14 | 76:13 |
| 76:14 | 78:11 | 78:14 |
| 79:14 | 79:15 | 81:4 |
| 81:17 | 82:24 | 83:18 |
| 84:15 | 86:20 | 87:15 |
| 87:20 | 90:1 | 90:21 |
| 90:25 | 91:9 | 92:3 |
| 92:16 | 94:1 | 95:12 |
| 95:20 | 98:14 | 101:15 |
| 101:18 | 102:2 | 103:8 |
| 103:19 | 104:14 | 108:25 |
| 109:11 | 109:12 | 111:9 |
| 113:10 | 113:17 | 117:3 |
| 120:6 | 126:17 | 126:24 |

**allow** [1]   34:7

**allowed** [1]   47:21

**almost** [4]   20:20
79:15   83:12   114:24

**along** [6] 13:17   57:6
57:16   57:18   57:25
57:25

**already** [9]   19:19
24:18   27:22   35:24
37:11   43:8   78:18
79:21   80:2

**also** [13]  4:21   8:15
21:3   30:10   32:22
44:20   46:10   58:16
66:7   67:20   77:7
91:5   110:3

**altogether** [2]   106:7
106:8

**aluminum** [32]   12:13
25:13   27:3   41:18
54:1   54:15   54:21
59:2   68:14   69:10
72:15   95:14   95:22
96:5   96:9   102:16
102:21   104:10   105:12
106:20   107:10   109:5
109:6   109:20   109:25
110:4   110:22   111:7
111:16   111:22   118:13
119:16

**always** [13]   21:10
64:11   81:19   81:20
81:21   81:21   82:3
82:5   85:24   99:21
100:20   100:20   115:12

**am** [5]   5:10   11:2
14:21   17:25   26:16
43:22   55:4   58:18
62:19   62:22   64:24
64:25   68:5   71:12
75:5   77:2   78:19
78:24   79:19   80:8
84:9   84:11   86:9
86:11   87:2   87:6
88:18   90:9   94:22
95:3   97:7   105:10
109:23   109:24   111:25
114:24   115:2   115:3
116:2   119:6   120:13
125:10

**amongst** [1]   23:8

**amp** [1]   110:10

**an** [22]   8:14   8:24

| | | |
|---|---|---|
| 30:21 | 31:14 | 50:3 |
| 73:8 | 73:9 | 78:16 |
| 79:3 | 80:18 | 87:10 |
| 99:15 | 104:20 | 108:3 |
| 115:20 | 115:21 | 115:24 |
| 125:10 | 126:16 | |

**anchor** [3]   29:13
29:13   110:9

**and** [412]  1:6   1:9
1:21   1:22   4:4
4:18   4:22   5:5
5:6   5:10   5:16
5:20   6:14   6:14
6:18   6:19   7:1
7:7   7:12   7:16
7:18   7:25   8:9
8:12   8:13   8:15
9:11   9:11   9:18
9:24   10:1   10:2
10:3   10:3   10:4
10:4   10:7   11:5
11:19   11:23   11:24
12:1   12:17   13:4
13:6   13:13   13:17
14:11   14:14   14:14
15:8   15:8   15:12
15:17   15:18   16:6
16:13   16:19   16:19
16:19   16:21   16:24
16:25   17:2   17:4
17:5   17:7   17:10
17:16   17:17   17:18
17:22   17:25   18:4
18:10   18:13   18:13
18:16   18:17   18:17
18:22   19:1   19:2
19:6   19:11   19:12
19:18   20:10   20:17
20:23   21:2   21:11
22:8   22:10   22:13
22:13   22:16   22:17
22:20   22:24   23:10
23:12   24:6   24:7
24:7   25:6   25:9
25:9   25:11   25:13
25:18   26:3   26:4
26:6   27:2   27:10
27:17   27:18   27:22
28:8   28:13   29:4
29:6   29:17   30:5
30:8   31:5   31:10
31:15   31:20   31:24
31:25   32:3   32:22
33:4   33:21   34:8
34:14   34:22   35:3
35:23   37:24   38:8
38:13   40:24   41:21
42:19   42:20   42:21
43:6   43:7   43:11
43:20   43:22   44:6
44:10   44:23   45:25
46:5   46:8   46:11
46:17   47:13   47:16
47:21   48:18   48:23
49:22   51:1   53:20
53:24   54:6   56:6
56:7   56:21   56:25
57:12   57:25   58:1
58:1   58:15   58:18
58:19   59:7   59:8
59:12   60:5   60:9
60:13   60:23   61:1

| | | |
|---|---|---|
| 61:21 | 63:5 | 63:17 |
| 63:23 | 64:9 | 64:15 |
| 64:16 | 64:20 | 64:25 |
| 65:5 | 66:1 | 66:11 |
| 66:15 | 66:15 | 66:19 |
| 67:16 | 67:21 | 68:2 |
| 68:8 | 70:9 | 70:15 |
| 70:24 | 70:24 | 71:5 |
| 71:6 | 71:15 | 71:19 |
| 72:5 | 72:9 | 72:13 |
| 72:20 | 73:6 | 73:8 |
| 73:9 | 73:24 | 74:4 |
| 74:7 | 74:17 | 75:9 |
| 75:19 | 75:23 | 75:25 |
| 76:1 | 76:1 | 76:1 |
| 76:2 | 76:5 | 76:10 |
| 76:12 | 76:13 | 76:14 |
| 76:14 | 76:16 | 76:21 |
| 76:24 | 77:3 | 77:4 |
| 77:15 | 77:18 | 78:11 |
| 79:7 | 79:17 | 79:19 |
| 79:25 | 80:21 | 81:1 |
| 81:4 | 81:5 | 81:8 |
| 81:18 | 81:20 | 81:21 |
| 81:21 | 81:22 | 82:6 |
| 82:11 | 82:14 | 82:25 |
| 83:8 | 84:3 | 84:9 |
| 84:10 | 84:11 | 84:21 |
| 84:24 | 85:5 | 85:7 |
| 85:11 | 85:13 | 85:15 |
| 85:21 | 86:1 | 86:5 |
| 86:7 | 87:13 | 87:15 |
| 88:10 | 88:15 | 89:4 |
| 89:16 | 89:20 | 89:23 |
| 91:2 | 91:3 | 91:3 |
| 91:4 | 91:7 | 91:9 |
| 91:11 | 91:17 | 91:19 |
| 91:24 | 92:1 | 92:3 |
| 92:4 | 92:5 | 92:6 |
| 92:19 | 93:4 | 93:15 |
| 93:17 | 94:10 | 94:22 |
| 94:23 | 94:25 | 94:25 |
| 95:6 | 95:17 | 96:4 |
| 96:10 | 96:16 | 96:25 |
| 97:9 | 97:20 | 97:21 |
| 98:9 | 98:14 | 98:18 |
| 98:18 | 98:25 | 99:1 |
| 99:3 | 99:16 | 99:21 |
| 99:21 | 99:22 | 99:22 |
| 99:24 | 100:3 | 100:7 |
| 100:9 | 100:16 | 100:16 |
| 100:19 | 100:23 | 100:24 |
| 100:24 | 101:10 | 101:18 |
| 102:2 | 102:14 | 102:17 |
| 102:21 | 102:23 | 103:9 |
| 103:12 | 104:11 | 104:13 |
| 104:15 | 105:5 | 105:24 |
| 106:20 | 107:3 | 107:19 |
| 107:22 | 108:16 | 108:20 |
| 108:23 | 109:12 | 109:12 |
| 109:23 | 110:11 | 111:1 |
| 111:4 | 112:7 | 113:2 |
| 114:8 | 114:21 | 114:25 |
| 114:25 | 116:12 | 117:24 |
| 117:25 | 118:22 | 118:22 |
| 120:6 | 120:24 | 121:9 |
| 121:9 | 121:12 | 121:21 |
| 121:21 | 122:12 | 122:12 |
| 122:13 | 122:19 | 122:22 |
| 123:5 | 123:23 | 124:10 |
| 124:11 | 125:7 | 125:8 |
| 125:9 | 126:14 | 126:16 |
| 126:19 | 126:19 | |

**and/or** [1] 99:6

**another** [6]                36:1
75:19      78:21        81:23
88:3       99:15

**answer** [14]               55:10
55:10      55:12       55:15
70:2       73:2        73:21
73:22      74:2        94:7
99:9       113:2       113:8
115:25

**answered** [2]              78:18
103:13

**answers** [1]               58:17
**anticipated** [1]           86:1
**any** [83]    4:23          8:17
12:8       12:24      13:19
13:22      13:24      17:13
21:12      25:2       25:3
26:17      27:13      27:25
28:6       28:15      30:13
30:22      32:7       32:12
34:11      34:14      34:15
34:18      40:15      42:8
42:15      42:24      45:8
47:25      48:2       49:11
51:4       51:12      51:14
52:14      54:3       54:11
54:14      54:20      54:24
56:3       56:4       57:14
58:2       58:6       58:11
59:13      59:20      70:18
71:2       71:3       71:22
72:2       72:3       72:14
75:6       79:6       81:24
82:1       82:8       82:15
83:22      84:12      87:21
88:25      90:25      96:16
102:9      107:24     110:22
115:4      117:16     117:23
118:3      118:10     118:12
119:1      121:10     122:13
125:11     125:12     126:20

**anybody** [12]              25:4
44:17      47:8       48:1
48:3       48:4       48:15
51:22      97:4       97:5
103:3      104:3

**anymore** [1]              120:23
**anyone** [2]                4:8
48:18

**anything** [17]             8:19
20:2       25:3       29:10
29:19      37:10      42:4
49:20      50:23      57:21
61:2       67:12      70:10
97:19      115:14     115:16
121:13

**anytime** [7]               24:23
30:11      40:13      40:22
70:12      112:14     118:23

**anyway** [1]               111:6
**apart** [1] 40:24
**Apartment** [1]             6:2
**apparent** [1]             90:14
**APPEARANCE** [1]
2:12
**APPEARANCES** [1]
2:2
**appeared** [1]             124:9

**appearing** [1] 1:4
**appointment** [1] 126:16
**approach** [4]             97:21
100:3    100:12   101:10
**approached** [1]    99:15
100:24
**approve** [1]              44:5
**Approximately** [1]
14:20
**April** [3] 9:9            17:25
126:18
**ARARA** [2]                6:17
7:17
**arch** [2]   17:7    87:15
**are** [65]    4:15     11:4
11:5     16:21    16:23
17:15    33:5     33:7
33:10    33:19    33:20
35:17    35:20    36:17
36:20    36:25    37:9
37:18    38:11    38:12
38:16    41:11    42:21
43:4     43:19    45:15
49:20    50:8     50:11
61:16    61:21    63:21
65:7     68:10    68:11
68:15    69:9     69:21
72:15    72:23    74:7
75:14    75:22    76:24
78:20    78:23    83:9
83:9     83:15    84:9
84:10    92:2     95:1
104:6    105:9    109:15
109:17   111:24   115:2
116:15   116:18   116:23
121:8    121:12   122:13
**area** [22]   17:4    30:19
30:21    31:5     32:13
33:2     33:16    34:10
47:20    50:13    50:24
56:14    56:18    66:5
78:16    93:18    94:20
103:6    103:11   108:2
108:7    111:2
**areas** [2] 73:4    75:6
**around** [20]              8:13
10:2     14:2     20:4
20:9     34:22    46:8
50:4     56:24    57:1
59:1     59:5     67:23
68:8     68:9     68:13
68:13    69:11    100:9
110:10
**arrange** [1]            126:15
126:16
**arranged** [1]            32:14
**arrival** [1]             80:25
**arrived** [1]             93:13
**as** [83]    4:5      5:4
5:6      6:13     6:20
8:14     8:18     9:14
13:13    13:13    13:17
19:4     19:4     26:17
26:17    33:21    33:25
38:2     38:20    41:17
42:22    43:23    43:23
45:24    51:9     51:9
51:11    51:11    60:16
60:20    62:5     62:6
62:12    65:6     65:9

**appearing** [1] 1:4
71:7     71:8     72:10
72:19    73:24    74:7
74:10    77:5     77:9
77:13    79:15    79:25
80:12    80:18    82:13
82:13    87:6     87:21
90:7     90:23    92:12
95:4     96:17    97:14
102:23   104:20   108:3
110:17   110:24   111:3
113:20   113:20   113:24
114:2    115:24   116:1
117:23   117:23   118:16
118:16   118:21   118:21
119:3    119:3    121:9
**ask** [22]   5:11     24:4
29:7     48:1     54:6
60:25    61:2     70:23
77:3     79:19    79:24
83:2     84:12    92:6
99:13    100:3    102:8
102:11   102:13   107:8
110:21   114:9
**asked** [13]              21:11
40:21    42:20    44:3
81:17    81:23    82:3
82:23    82:24    103:12
107:2    107:4    114:12
**asking** [9]              40:14
43:23    48:8     48:18
68:5     84:11    109:23
115:2    120:13
**assist** [1]             11:22
**ASSOC** [1]             126:1
**associated** [2]          9:7
70:11
**Associates** [3]         8:24
9:4      36:6
**assume** [5]             63:25
64:2     65:24    97:18
98:6
**at** [114]    1:22       6:8
6:23     9:21     13:19
13:23    14:5     16:9
17:3     19:24    20:1
20:9     21:9     21:12
22:5     24:23    27:9
28:2     28:9     28:17
28:22    30:6     30:10
30:11    30:22    31:18
33:8     34:12    35:5
35:25    36:5     37:10
37:11    37:25    38:5
38:11    38:24    39:19
39:22    40:13    40:15
40:21    40:22    41:20
45:15    46:7     48:19
49:23    50:14    54:3
54:11    54:19    56:15
56:20    58:15    59:14
61:1     63:10    63:12
64:8     64:12    64:15
65:2     65:4     65:5
65:12    65:19    66:7
70:10    70:13    70:19
72:8     76:14    79:24
80:15    81:17    84:10
85:8     85:9     85:25
86:4     86:5     86:5
86:15    87:19    88:21
89:16    90:13    90:18

**at** [114]
91:24    91:25    92:4
93:11    94:23    94:25
97:1     97:11    98:7
99:16    99:16    100:10
102:3    104:16   104:18
116:23   118:1    118:19
118:23   121:21   122:22
126:15
**ATI** [1]    9:3
**attach** [1]              62:5
**attached** [1]          122:14
**attending** [5]           4:9
4:17     4:20     87:8
87:9
**attorney** [6]           61:7
62:21    62:22    79:20
121:11   125:12
**attorneys** [1]          5:10
126:24
**Atty** [4]   2:4          2:8
2:13     2:17
**authority** [1]         124:8
**authorization** [1]
100:6
**authorize** [1]         97:17
**authorized** [3]         4:21
65:25
**available** [5]          27:21
40:18    64:9     64:12
113:10
**Avenue** [1]            126:2
**awaiting** [1]          126:14
**aware** [2]              78:19
122:23
**awash** [1]              30:22
**away** [1] 23:13
**B** [2]     106:13      126:9
**back** [66] 10:15        11:22
14:1     15:8     16:23
18:5     18:18    19:6
19:7     19:20    20:3
20:10    21:17    21:21
22:3     24:5     24:17
24:18    24:24    26:9
28:21    29:13    29:15
29:17    30:25    31:3
31:18    31:22    33:7
33:16    34:7     34:8
34:12    34:16    34:21
35:4     36:4     37:13
38:10    41:11    41:13
42:9     42:20    44:19
46:7     46:16    49:25
53:9     53:23    54:10
58:14    61:6     85:12
86:18    92:17    94:17
97:3     99:22    108:17
108:24   109:18   112:3
113:19   114:19   116:20
117:20
**background** [3]        6:5
6:6      11:10
**Badiak** [1]            1:14
2:17     126:5
**bait** [1]   34:23
**ballast** [7]           54:11
54:15    54:21    65:21

**65:22** 100:21        49:6
**barc** [1]  18:16
**base** [1]  106:1
**based** [1]              59:10
**basic** [3] 7:3         11:10
20:23
**basically** [12]         7:5
9:13     9:14     11:21
18:15    19:15    20:23
23:17    27:18    33:17
57:22    59:3
**basis** [2] 55:14       96:16
**batteries** [2]         19:25
58:23
**battery** [1]           85:15
**Bay** [2]   2:14        85:9
**bc** [61]   4:4         4:20
4:22     11:23    14:8
15:23    16:4     21:7
24:6     27:18    27:19
28:3     28:4     30:22
30:25    32:17    35:15
35:15    36:7     37:18
44:2     44:9     50:15
57:21    58:8     62:20
66:4     66:5     66:11
66:13    67:10    68:22
68:25    71:2     71:6
72:16    72:18    72:24
78:17    84:7     90:15
90:19    98:25    99:11
103:23   106:6    108:1
108:20   108:20   109:1
109:11   112:17   116:18
116:20   118:3    118:22
119:11   119:15   122:12
123:6    126:13
**Beach** [3]             1:15
2:18     126:6
**bead** [2] 68:22        68:25
**beam** [3] 60:7         60:13
93:3
**became** [1]            9:6
**because** [42]          7:15
7:18     17:4     18:21
18:25    19:5     19:20
22:14    22:23    26:25
28:3     30:7     30:9
36:20    36:25    50:5
54:9     55:13    58:22
64:13    64:24    67:1
69:17    70:10    71:13
72:12    73:7     74:10
81:18    83:5     85:14
86:17    96:24    97:8
97:16    99:23    100:9
101:25   102:20   103:19
106:11   111:7
**become** [2]            90:13
104:16
**bed** [1]   23:19
**been** [60] 5:5         6:19
7:9      10:22    11:7
11:17    12:18    15:10
19:11    19:12    24:9
24:21    28:6     28:23
30:6     35:21    40:12
40:24    43:8     43:25
44:16    44:24    48:12

| | | | | | |
|---|---|---|---|---|---|
| | 51:14 56:4 61:14 | **bit** [5] 8:3 33:5 | **bothered** [1] 119:11 | **Broward** [2] 48:10 | **cabinet** [1] 77:19 |
| | 64:14 67:16 67:18 | 43:5 91:6 95:9 | **bolts** [1] 106:4 | 48:13 | **cage** [1] 44:22 |
| | 69:11 77:24 79:10 | **bits** [1] 109:19 | **bonded** [1] 92:3 | **Bruce** [16] 24:10 | **call** [4] 4:2 9:24 |
| | 79:22 80:3 80:22 | **black** [1] 44:22 | **boom** [3] 68:18 68:18 | 24:14 25:8 25:19 | 34:11 63:17 |
| | 85:23 87:5 93:7 | **BLANK** [1] 2:3 | 68:19 | 25:24 40:20 88:2 | **called** [3] 5:4 |
| | 94:19 95:4 96:23 | **blew** [9] 15:18 16:13 | **bore** [1] 16:19 | 89:5 89:9 89:22 | 10:12 75:9 |
| | 97:15 98:3 103:2 | 44:9 57:16 57:17 | **born** [1] 5:22 | 90:3 90:6 91:14 | **calling** [1] 4:23 |
| | 103:5 103:8 106:6 | 58:14 60:2 60:3 | **boss** [6] 13:8 13:14 | 92:13 93:21 93:22 | **came** [18] 6:12 |
| | 111:18 112:5 114:13 | 69:10 | 17:2 78:21 100:8 | **buckled** [1] 67:13 | 17:24 24:5 24:17 |
| | 114:25 115:20 117:24 | **blow** [1] 29:15 | 100:9 | **build** [4] 32:4 72:24 | 24:19 25:14 27:6 |
| | 118:12 126:14 126:18 | **blower** [5] 44:18 | **boss'** [1] 47:17 | 73:7 73:18 | 35:6 42:2 44:12 |
| | 126:19 | 44:20 45:16 45:20 | **bosun's** [1] 74:20 | **building** [1] 64:24 | 48:13 49:6 60:4 |
| **before** [39] 1:21 | 45:22 | **both** [3] 51:16 78:6 | **bulkhead** [5] 35:10 | 90:7 91:2 93:11 |
| | 14:25 15:9 18:5 | **blown** [3] 68:2 | 104:8 | 35:16 44:25 45:8 | 107:22 114:21 |
| | 22:21 22:24 22:25 | 69:14 109:19 | **bottom** [10] 18:23 | 58:1 | **camera** [1] 35:23 |
| | 24:23 26:20 28:25 | **blue** [1] 50:15 | 35:13 80:16 81:8 | **bulkheads** [1] 58:1 | **can** [52] 11:5 13:14 |
| | 49:18 49:19 51:13 | **blueprint** [1] 114:2 | 87:17 96:9 102:16 | **bunch** [1] 36:21 | 17:23 18:1 24:14 |
| | 51:17 52:16 56:10 | **blueprints** [1] 63:4 | 103:8 104:11 107:15 | **business** [2] 88:10 | 36:14 47:1 48:19 |
| | 57:2 57:4 63:8 | 77:21 77:22 77:23 | **bought** [5] 12:17 | 98:24 | 49:17 49:24 50:3 |
| | 64:4 74:4 76:21 | 112:22 | 14:13 14:14 16:24 | **but** [44] 9:21 12:3 | 51:11 52:9 56:20 |
| | 77:4 77:6 77:25 | **board** [35] 6:15 | 41:22 | 13:5 21:9 21:21 | 56:23 57:8 57:10 |
| | 80:1 81:10 81:25 | 7:17 15:12 20:1 | **Box** [1] 2:14 | 22:1 24:15 28:11 | 59:6 60:3 60:5 |
| | 82:2 84:22 92:17 | 21:17 21:18 21:22 | **boxes** [1] 22:15 | 28:25 33:6 35:14 | 60:11 60:22 60:23 |
| | 93:7 99:12 103:19 | 21:23 21:25 40:12 | **Bradford** [46] 10:19 | 43:11 45:7 49:3 | 65:18 66:7 68:6 |
| | 110:13 111:3 122:19 | 58:23 63:23 71:19 | 10:20 10:22 13:20 | 55:22 55:24 56:11 | 68:8 68:16 68:19 |
| | 124:10 125:22 | 71:23 72:2 72:19 | 13:23 14:25 17:20 | 56:12 61:25 64:3 | 69:17 73:2 73:9 |
| **began** [1] 86:2 | 74:24 75:3 77:7 | 20:9 21:4 36:10 | 67:4 68:12 69:21 | 73:21 77:25 92:23 |
| **begin** [1] 117:21 | 77:13 77:15 78:2 | 40:14 43:6 43:9 | 72:19 73:16 77:1 | 95:12 96:19 99:9 |
| **behalf** [4] 2:5 | 78:7 78:15 79:13 | 44:18 45:11 45:16 | 79:19 84:7 87:11 | 99:23 101:18 101:22 |
| | 2:10 2:15 2:19 | 85:14 85:16 85:18 | 47:15 53:17 58:22 | 88:18 90:9 91:23 | 102:5 103:4 110:8 |
| **being** [8] 22:22 27:13 | 86:15 88:16 88:20 | 67:19 70:10 70:13 | 95:12 96:1 96:12 | 113:2 116:22 116:25 |
| | 28:5 42:14 44:19 | 89:1 104:1 120:8 | 70:19 80:10 80:23 | 99:11 104:25 107:16 | 118:4 120:6 120:14 |
| | 49:18 85:8 97:1 | 120:21 | 80:24 85:8 85:11 | 108:25 110:3 112:11 | 120:15 121:11 |
| **believe** [29] 12:16 | **boarding** [1] 29:16 | 86:4 88:14 89:7 | 114:14 115:2 116:25 | **can't** [25] 14:3 |
| | 20:11 24:20 25:22 | **boat** [91] 5:25 6:19 | 89:13 89:16 89:20 | **buy** [1] 75:18 | 28:9 39:14 40:17 |
| | 29:16 39:10 43:14 | 7:5 9:9 9:12 | 89:23 90:15 90:18 | **buying** [1] 38:24 | 43:1 45:6 63:15 |
| | 44:21 46:23 48:12 | 9:15 9:17 9:20 | 91:2 91:6 91:21 | **by** [82] 2:4 2:8 | 64:5 85:1 86:16 |
| | 50:2 51:7 55:19 | 10:5 10:12 11:11 | 92:5 99:16 118:1 | 2:13 2:17 4:17 | 87:4 87:18 88:8 |
| | 55:20 61:19 75:17 | 11:15 12:2 12:19 | 118:19 118:24 119:4 | 5:8 5:16 11:14 | 90:24 91:22 92:10 |
| | 82:14 84:24 85:1 | 12:20 12:25 13:4 | **Bradford's** [1] 36:8 | 15:7 16:2 22:20 | 92:15 96:12 99:10 |
| | 85:2 85:3 86:4 | 13:14 13:18 14:7 | 48:17 91:4 | 23:23 24:3 24:9 | 101:13 101:20 103:15 |
| | 88:4 89:8 89:9 | 14:8 14:11 14:16 | **brand** [2] 16:24 | 25:23 27:5 30:5 | 103:18 108:15 116:24 |
| | 91:3 91:13 96:3 | 14:18 14:22 15:2 | 64:24 | 33:13 34:4 38:4 | **cannot** [2] 51:18 |
| | 109:11 | 15:6 15:14 15:17 | **break** [1] 60:22 | 38:22 39:17 40:23 | 102:7 |
| **belonged** [1] 8:8 | 16:10 16:19 17:5 | **Bredbeck** [15] 1:19 | 41:15 43:21 45:19 | **cans** [5] 49:22 49:25 |
| **below** [3] 50:21 | 17:5 17:19 18:12 | 3:5 5:4 5:9 | 46:1 47:6 51:2 | 51:4 51:10 51:14 |
| | 56:19 123:6 | 18:12 18:24 19:5 | 5:16 41:17 61:7 | 52:7 52:13 52:21 | **capable** [2] 92:2 |
| **benefit** [1] 6:4 | 19:15 21:14 22:18 | 62:19 122:10 122:17 | 53:5 54:9 55:6 | 92:3 |
| **bent** [1] 60:11 | 23:14 23:18 28:19 | 123:4 123:21 124:9 | 56:1 61:5 62:4 | **captain** [28] 5:9 |
| **Berger** [1] 6:15 | 28:20 28:24 30:4 | **Bredbeck's** [1] 62:10 | 62:18 62:24 63:7 | 6:20 9:14 12:18 |
| **besides** [2] 5:25 | 30:6 30:12 32:8 | **Brian** [17] 25:7 | 65:11 66:22 67:18 | 41:16 61:6 62:19 |
| | 54:12 | 35:1 35:2 35:5 | 25:17 25:21 25:24 | 69:3 70:1 71:4 | 62:19 69:4 71:19 |
| **best** [5] 50:22 90:1 | 37:19 38:24 38:24 | 26:23 28:19 93:12 | 71:16 73:5 73:20 | 72:5 72:19 73:25 |
| | 95:15 107:21 115:17 | 39:2 39:5 40:24 | 93:15 93:21 94:2 | 77:11 79:23 80:14 | 74:11 76:2 77:24 |
| **better** [1] 52:24 | 41:22 46:7 46:9 | 96:18 96:21 97:20 | 84:2 90:16 94:14 | 78:8 78:16 84:3 |
| **between** [4] 31:23 | 50:9 54:8 56:9 | 97:22 98:17 111:18 | 97:25 99:8 100:1 | 99:14 111:15 120:6 |
| | 96:9 102:16 106:19 | 58:6 63:22 64:10 | 114:25 | 101:7 103:5 103:21 | 120:7 120:7 120:18 |
| **beyond** [1] 82:6 | 64:25 71:14 72:13 | **Brian's** [1] 88:21 | 103:24 105:7 108:18 | 120:12 121:8 121:21 |
| **big** [7] 34:7 36:13 | 73:11 75:18 76:1 | **bridge** [3] 17:7 | 109:22 111:14 113:3 | **captain's** [3] 6:12 |
| | 67:3 83:6 95:6 | 76:10 76:13 79:16 | 17:10 31:8 | 113:12 114:10 116:7 | 71:7 71:8 |
| | 96:13 104:2 | 80:24 85:8 85:12 | **brief** [1] 6:5 | 116:17 116:20 117:1 | **captained** [1] 78:3 |
| **bigger** [2] 17:3 | 85:24 90:12 100:7 | **bring** [3] 10:5 58:21 | 117:13 120:4 120:17 | **care** [3] 74:23 98:24 |
| | 105:22 | 102:9 103:8 112:24 | 99:22 | 121:5 121:12 122:13 | 126:18 |
| **bilge** [8] 31:5 31:6 | 113:10 117:24 118:17 | **broke** [1] 23:14 | 125:22 126:18 | **careful** [1] 45:7 |
| | 31:9 33:19 38:12 | 119:6 121:11 | **brought** [1] 93:12 | **Bye** [1] 4:14 | 45:11 |
| | 41:25 58:23 85:15 | **boats** [3] 64:15 72:23 | | **Byron** [2] 2:19 | **carried** [1] 30:3 |
| | 78:8 | 78:8 | | 9:7 | 93:20 |
| **bill** [3] 89:21 92:6 | **Bob** [1] 47:18 | | **Byrons** [1] 1:9 | **carry** [2] 29:21 29:22 |
| | 92:8 | **bolt** [2] 105:18 106:5 | | 71:16 | |

case [5]
23:14    100:23    101:8
126:10
catalyst [1]    15:20
catastrophe [1]    32:20
catch [1] 104:4
cause [3] 73:9    73:9
126:13
cc [1]    126:24
cell [1]    116:8
cement [21]    41:24
42:2    42:19    53:24
54:4    54:15    65:24
66:19    67:6    79:8
79:9    83:4    83:6
96:10    102:17    106:20
107:10    107:13    109:14
111:1    111:6
certain [1]    70:15
certainly [1]    109:1
certificate [3]    124:2
125:2    125:21
certificates [1]    79:14
certify [4]    122:10
124:9    125:6    125:10
change [2]    18:20
64:16
changed [1]    64:15
changes [1]    17:10
Chapman [2]    6:9
6:24
characterize [1] 81:14
charge [2]    14:1
99:25
check [1]    36:23
checked [1]    51:22
cheerful [1]    81:21
chemist [1]    49:4
Chicago [4]    9:10
9:25    10:3    17:8
chief [1] 48:7
choice [1]    21:12
circled [1]    105:17
CIV-LENARD [2]
1:4    126:10
clarification [1] 119:8
clarity [1]    38:15
class [1] 8:14
clean [1] 50:6
clear [1] 61:22
closed [1]    14:22
14:24
club [2]    6:14    8:8
Co-Counsel [3]    2:5
2:10    2:15
Coast [3]    7:6
7:7    7:23
coastal [1]    7:23
cockpit [22]    19:2
23:16    27:22    34:11
34:20    34:25    35:4
41:24    46:8    46:11
49:23    50:7    54:10
54:12    56:10    56:11

Eddie [5]    50:20
94:18    103:18    103:20
come [7] 20:21    31:7
71:5    84:14    98:17
109:8    110:6
coming [1]    60:9
Commission [2] 122:23
124:18
communicate [2]
99:4    99:5
communicating [1]
82:9
company [12]    6:18
47:17    88:3    88:5
88:7    88:22    89:1
89:5    89:5    89:10
89:17    92:13
compartment [3]
42:10    54:25    56:5
compensation [1]
91:20
complete [3]    13:3
68:25    92:14
completely [4]    55:2
56:7    67:23    69:11
completion [1]    19:8
composite [6]    62:6
62:7    62:9    62:13
77:5    77:9
computer [1]    117:8
concern [2]    72:14
72:17
concerned [3]    72:18
119:3    126:17
conclude [2]    126:15
126:18
concluded [1]    121:21
condition [1]    33:11
conditions [1]    31:1
conducting [2] 76:6
84:10
conduit [1]    34:19
35:7
confirm [1]    33:16
confusion [1]    56:3
congregating [1]
46:8
connected [1]    125:13
consideration [1]
91:20
construct [1]    78:21
construction [5] 30:10
63:21    64:22    79:4
79:5
consulted [1]    54:5
context [1]    83:11
CONTINUED [1]
63:6
continuous [1]    68:21
continuously [1]
7:25
contractors [2]    89:25
91:7
contradict [1]    116:4
convenience [1] 126:16

conversation [10]
4:5
conversation [10]
82:18    97:4    97:5
97:6    97:20    102:6
107:3    107:5    114:19
115:1
conversations [4]
5:1    42:8    42:15
49:12
convey [1]    115:21
conveying [1]    115:24
copied [1]    36:14
copy [6] 36:10    36:12
41:7    77:2    79:19
113:22
cords [2] 29:2    110:10
core [1]    79:4
corner [2]    65:13
106:6
correct [55]    32:18
32:21    38:18    57:8
65:16    65:25    66:2
67:23    68:3    68:4
69:1    69:7    71:17
72:21    72:22    72:25
73:10    73:18    73:24
74:5    75:10    75:13
75:20    76:4    76:8
76:9    76:11    76:15
76:17    78:22    83:13
83:14    83:16    83:17
84:25    89:12    90:4
91:5    91:16    92:20
96:6    96:15    102:18
106:15    107:20    108:1
109:2    110:5    110:18
110:20    111:17    112:12
117:18    118:20    119:12
corrected [1]    70:3
corrections [2]    122:13
123:6
correctly [2]    49:10
101:6
could [47]    6:4
16:7    17:8    19:21
22:17    27:16    32:16
37:20    38:5    56:23
57:19    57:20    59:7
59:7    59:17    61:8
67:2    67:3    67:4
67:24    69:13    70:6
70:18    78:17    82:13
87:25    89:19    97:9
102:19    102:21    104:4
104:15    105:22    105:23
107:17    108:3    108:9
108:12    109:11    109:13
111:2    112:8    112:16
112:17    112:19    115:20
118:11
couldn't [15]    11:23
20:1    20:22    22:23
26:25    29:18    29:19
63:3    67:4    72:16
75:5    98:19    103:7
105:25    108:20
counsel [4]    4:16
117:2    125:11    125:12
counsel' [1]    4:19

Casket [1]    49:15
countcract [1]    41:25
County [6]    48:11
48:13    122:6    124:5
125:4    125:19
couple [1]    102:11
coupled [1]    19:12
COURT [1]    1:2
covered [2]    50:14
111:3
crack [1] 56:25
cracked [1]    60:12
craft [1]    72:21
Craig [2] 4:3    4:19
crannies [1]    76:14
crawl [2]    46:11
108:24
crawling [1]    112:15
crew [7]    15:14    15:15
50:25    71:22    72:2
72:3    75:7
crew's [1]    85:13
crinkle [2]    59:12
110:17
crinkled [2]    59:3
59:4
crisis [1] 87:19
CROSS-EXAMINATION
[1]    84:1
crouched [1]    108:20
cruise [2]    10:2
15:12
cut [4]    18:10    66:12
104:10    105:2
D [2]    2:17    3:3
Dade [4] 122:6    124:5
125:4    125:19
daily [2] 20:20    21:2
date [11] 5:18    15:10
38:3    38:21    42:23
45:25    60:21    62:14
65:10    77:10    80:13
dated [3] 80:21    123:23
125:15
Dave [3] 5:9    11:7
39:11
David [9]    2:4
2:13    4:16    4:21
11:1    11:6    36:17
37:9    84:3
Davie [1]    48:13
day [38] 14:3    20:22
22:25    28:13    40:11
42:8    43:13    43:23
47:11    47:19    49:9
49:18    81:21    82:18
84:21    85:5    85:5
85:21    86:8    86:17
87:3    87:7    88:20
92:19    93:7    93:9
93:23    94:2    94:20
96:20    101:22    120:23
121:8    122:20    123:23
124:12    125:15    125:22
day-care [1]    8:10
day-to-day [1]    13:10

22:21    49:18    76:5
84:18    103:19
DC [1]    31:15
deal [3]    14:22    89:24
117:4
dealing [3]    45:10
87:19    100:10
dealings [1]    20:24
deals [1] 43:12
Dear [1] 126:11
decide [1]    97:8
decided [8]    15:23
16:17    23:8    23:12
23:15    24:6    91:7
91:14
decision [4]    26:18
90:22    91:17    117:22
decisions [3]    16:3
17:14    53:9
deck [61] 8:15    17:3
17:5    17:6    19:3
25:13    26:25    27:18
30:4    30:9    30:19
31:22    32:10    34:1
41:18    44:14    49:18
50:13    52:23    53:9
55:1    56:6    56:19
57:6    58:10    59:24
60:8    60:13    65:23
66:1    66:3    66:4
66:19    67:2    67:8
67:20    67:22    68:2
68:14    69:10    69:10
72:15    75:7    83:3
87:14    93:4    95:14
95:22    96:5    102:16
102:21    104:7    105:12
105:18    106:20    107:11
107:20    109:6    109:25
110:23    119:21
decking [2]    42:17
66:16
Defendants [1]    1:11
defer [1] 117:25
definitely [1]    67:5
Degree [2]    8:25
9:4
delay [1] 11:12
deliver [1]    9:15
deliveries [1]    10:10
delivery [6]    9:14
14:17    15:6    28:19
30:12    76:22
Delta [1] 13:6
department [3]    21:2
47:13    48:14
depending [1]    30:25
deponent [2]    37:16
126:13
deposition [12]    1:19
1:23    4:4    4:10
4:17    4:22    10:25
37:15    121:20    126:14
126:19    126:20
depositions [1] 49:17
design [2]    17:9

**designed** [2]    23:20    34:6    **different** [3]    13:18    83:22    83:24    84:1    118:17    118:22    118:23    106:18    109:4    110:17
24:2    26:5    33:6    84:17    85:21    86:2    121:12    121:16    115:8

**designer** [1]    54:6    **dig** [1]    29:4    86:20    86:22    86:23    **double-check** [1]    **earliest** [1]    126:16
**desires** [1]    118:18    **digital** [1]    35:22    87:7    88:1    88:2    61:23    **ears** [1]    11:24
**desk** [2] 61:22    61:23    **dinner** [1]    10:4    88:15    88:21    89:16    **doubler** [5]    26:7    **easier** [2]    34:7
**destruction** [1]    61:17    **dip** [1]    16:19    90:21    91:19    91:21    26:18    26:18    70:6    100:7
**determine** [1]    4:3    **diploma** [1]    6:10    92:14    93:10    93:22    119:14    **Easter** [1]    15:9
**Detroit** [1]    16:13    **direct** [3]    5:7    94:1    95:1    96:16    **doublers** [2]    27:2    **echo** [2]  59:11    107:17
**Detroits** [1]    16:23    63:6    110:25    97:9    97:12    98:1    114:23    59:8    102:21
**diameter** [3]    31:11    **directly** [1]    107:8    98:4    98:22    99:1    **doubt** [2]    66:25    **echoed** [3]    22:17
95:7    96:13    **discharge** [1]    35:3    99:17    99:23    100:3    95:10    **edge** [4]    56:25    62:2
**dictate** [1]    118:23    **discharged** [1]    6:8    100:6    100:23    101:2    **Doug** [1] 46:14    68:9    68:13
**did** [148] 7:1    7:7    **discovered** [1]    25:10    101:15    103:9    104:20    **down** [58]    10:5    **edges** [2] 57:25    105:3
7:12    9:2    9:18    **discuss** [1]    53:16    104:23    105:23    106:23    11:23    18:16    19:11    **educational** [2]  6:5
9:18    10:10    10:11    53:17    106:23    107:5    111:23    22:12    23:1    24:25    6:6
10:15    13:3    13:5    **discussed** [2]    26:24    112:1    113:6    115:4    29:2    29:3    29:4    **eight** [4]  8:7    93:12
13:19    14:4    14:21    48:24    116:8    116:9    116:12    29:19    30:13    30:16    106:7    106:8
15:2    15:5    16:9    **discussing** [2]    28:7    120:15    121:6    121:15    30:18    31:5    31:25    **either** [6]    25:24
17:9    17:11    20:6    28:14    121:16    123:4    34:23    36:21    42:14    31:7    48:5    51:13
20:17    21:6    21:10    **discussion** [16]    11:3    **do't** [1]    55:24    42:19    44:18    48:5    114:15    118:16
21:19    22:10    24:15    28:3    36:3    37:12    **dock** [2]  6:13    29:4    49:15    50:24    56:15    **electric** [1]    9:4
24:22    24:25    25:18    41:10    47:4    54:3    **document** [6]    77:4    58:18    67:5    68:20    34:18
25:24    26:21    29:7    62:17    94:15    96:20    77:9    80:3    80:10    70:5    76:13    82:22    **electrical** [1]    34:19
29:7    29:10    29:21    97:12    98:7    98:10    80:12    81:6    84:9    85:10    93:18    **electrician** [3]    22:13
29:21    29:23    33:25    98:15    101:16    101:19    **documents** [1]    18:2    94:19    97:1    100:9    **electronic** [1]    8:25
34:2    35:6    39:2    **discussions** [10] 25:3    114:5    102:3    102:20    103:3    10:17    13:8
39:5    39:10    39:18    25:5    27:14    27:25    **does** [6]  10:20    45:20    104:2    104:13    107:1    **electronics** [2]  9:5
39:24    42:1    42:3    28:6    90:22    90:25    46:15    52:3    79:6    107:14    107:16    108:2    13:8
42:6    42:8    45:4    94:2    94:5    94:6    88:12    108:5    108:20    110:8    **else** [14]    4:9    29:11
46:4    47:2    47:7    **disorganized** [1]    **doesn't** [2]    117:7    110:9    111:4    112:8    33:24    35:5    43:11
47:21    47:25    48:2    36:21    117:8    112:11    112:14    112:15    48:15    48:19    53:16
48:4    48:14    48:20    **displacement** [2]    **doing** [17]    10:9    119:11    119:19    121:9    61:2    70:10    71:11
53:13    53:16    58:6    41:25    54:9    10:15    11:25    12:2    **drain** [1] 32:13    97:4    97:6    119:25
58:11    59:13    61:11    **DISTRICT** [2]    1:2    12:3    19:21    36:25    **drawing** [6]    62:20    **employ** [1]    72:10
61:12    61:13    63:8    1:2    43:24    43:25    45:9    63:1    64:17    65:3    **employed** [2]    6:15
64:5    64:13    67:7    **Dixie** [3]    1:14    53:18    64:10    88:23    65:9    66:9    71:16
67:9    67:17    67:19    2:18    126:6    90:20    97:10    100:13    **drawings** [5]    40:2    **employee** [1]    125:12
71:2    71:5    71:22    **do** [151]  5:24    7:20    121:12    40:10    41:2    63:21    **employees** [1]    88:25
72:14    74:18    74:19    9:19    10:4    13:22    **dollar** [2]    75:12    64:22    **enchilada** [1]    47:24
74:24    75:4    76:21    14:17    15:20    16:2    75:23    **drill** [9]    25:6    26:3    **end** [1]    35:11
76:23    78:14    78:15    16:17    16:17    16:22    **dollars** [1]    75:17    95:8    95:19    95:21    **endorsement** [1] 7:24
81:1    81:10    81:18    20:13    23:12    23:20    **don't** [47]    10:20    98:18    102:1    105:3    **engine** [16]    11:23
81:24    82:3    82:8    25:2    26:5    27:6    27:11    27:12    35:19    105:22    12:1    12:4    13:7
83:2    85:18    85:20    27:10    27:13    27:24    36:2    36:5    36:18    **drilled** [16]    25:9    15:19    16:13    18:15
86:13    86:17    87:14    28:5    28:12    28:20    36:24    37:2    37:5    94:10    94:23    95:2    19:9    22:9    22:13
88:13    90:13    90:14    30:11    31:10    32:6    45:14    55:14    55:22    96:17    96:18    104:12    23:10    23:11    46:3
90:18    91:1    93:24    35:10    36:17    39:8    56:3    64:6    64:7    105:20    106:10    109:12    73:8    73:9    87:13
94:6    95:8    95:21    40:13    40:16    40:20    64:16    64:21    66:23    111:6    111:16    111:19    **engineer** [2]    11:22
96:2    97:5    97:19    42:15    44:3    44:12    70:15    72:24    73:4    111:21    114:22    119:9    11:22
97:21    98:14    98:20    44:17    45:1    45:3    73:7    73:14    73:17    **drilling** [2]    25:16    **engineering** [4]  8:18
98:21    99:2    99:4    45:4    46:4    46:21    83:10    83:14    84:6    106:11    8:25    9:15    10:17
99:4    99:5    100:19    46:22    48:10    48:23    84:12    84:13    89:18    **dryers** [1]    13:6    **engines** [9]    11:25
100:20    101:2    101:9    48:25    49:1    49:7    92:24    93:19    95:8    **duly** [2]  5:5    124:10    13:4    16:18    16:22
101:10    102:8    102:11    49:11    51:3    51:19    95:10    97:18    98:23    **during** [19]    10:7    18:13    18:17    18:22
102:13    103:10    103:23    51:22    51:25    52:5    104:25    106:9    106:10    10:16    15:2    18:19    19:10    121:14
106:14    106:16    107:9    53:8    53:19    55:17    110:24    111:15    111:20    20:18    22:1    25:25    **enough** [8]    26:3
107:19    107:21    108:25    55:19    55:20    56:22    114:20    115:18    117:16    27:25    28:6    32:7    30:22    94:11    94:24
110:21    112:3    112:21    58:2    59:20    61:10    121:13    40:14    58:5    61:18    96:21    96:25    102:1
113:14    114:1    114:5    62:6    62:6    62:25    **done** [43] 8:24    10:18    72:11    86:9    87:3    107:23
114:8    114:9    114:17    64:16    64:17    64:18    12:24    13:13    13:15    88:14    101:22    115:1    **entered** [1]    96:8
115:6    115:9    116:3    66:3    66:4    66:18    14:8    15:24    16:4    **duties** [2]    9:11    **entire** [4]    63:22
118:10    125:7    66:20    67:12    69:6    16:10    18:7    20:21    9:13    86:8    86:17    103:8
**didn't** [17]    9:20    69:8    70:13    70:14    20:22    21:5    22:22    **dynamite** [1]    62:2    **entity** [1]    34:25
31:22    42:11    46:24    70:15    70:21    70:24    24:9    28:4    28:15    **E** [1]    3:3    **Eric** [1]  7:16
64:5    67:12    70:14    70:25    71:4    71:13    39:21    42:14    44:7    **E-mail** [3]    117:4    **errands** [2]    86:17
72:10    72:17    81:19    72:20    79:10    81:22    44:19    68:7    70:10    117:5    117:8
83:6    101:5    107:14    82:3    82:4    82:5    70:22    70:23    70:24    **each** [1] 82:25
110:19    111:8    114:14    82:6    82:15    82:16    71:2    71:6    71:12    **earlier** [8]    30:17
114:17    82:17    82:21    82:23    99:21    115:11    115:15    43:7    81:16    105:17
**diesel** [1]    73:12    115:22    117:24    117:24

**errata** [3]    3:19
  122:14    123:2

**Escuse** [1]    25:20

**even** [5]  11:11    45:6
  65:21    72:10    108:20

**ever** [30]  6:20    8:17
  12:18    32:6    32:9
  40:2    54:14    54:20
  54:24    55:7    56:4
  58:2    58:6    63:8
  71:5    74:24    77:4
  78:14    78:15    80:1
  81:21    81:24    82:24
  102:8    104:15    106:24
  109:14    112:21    115:9
  118:10

**every** [5] 29:3    76:12
  80:24    99:24    106:5

**everybody** [5]    15:17
  40:25    46:7    98:3
  99:11

**everyday** [5]    21:10
  21:15    65:1    81:20
  86:10

**everything** [9]    7:3
  10:20    19:18    27:23
  33:21    33:24    43:7
  50:16    64:11

**evidence** [5]    35:25
  43:9    51:12    58:6
  58:11

**evolved** [1]    13:17

**exact** [6] 33:20    83:10
  83:11    95:10    105:14
  119:15

**exactly** [10]    24:15
  28:9    31:13    33:24
  40:17    87:4    87:18
  88:8    92:16    99:10

**exam** [2] 7:6    7:8

**examination** [6] 3:4
  5:7    63:6    111:13
  120:3    126:12

**examined** [1]    5:5

**example** [1]    108:3

**excellent** [1]    21:11

**except** [1]    123:6

**excuses** [1]    20:22

**exhaust** [3]    18:20
  19:16    19:17

**exhibit** [34]    3:14
  3:14    3:15    3:15
  3:16    3:16    3:17
  3:17    3:18    36:16
  37:15    37:17    37:25
  38:2    38:16    38:20
  45:24    60:16    60:20
  62:7    62:13    65:6
  65:9    66:9    77:5
  77:9    77:13    79:25
  80:4    80:12    81:6
  81:8    114:2    114:4

**exhibits** [2]    3:12
  36:25

**existed** [1]    105:12

**expected** [1]    82:7

**expecting** [1]    36:19

**experienced** [1]  8:4

**experiment** [1]  8:4
  8:5    45:10    74:10
  115:14    117:17

**expires** [2]    122:23
  124:18

**Explain** [1]    105:15

**explaining** [1]  49:13

**explanation** [1]  27:9

**exploded** [1]    59:21

**exploding** [1]    109:21

**explosion** [68]    21:24
  22:5    22:14    22:19
  24:23    28:13    33:25
  34:3    38:8    40:1
  40:11    41:16    42:7
  42:12    44:13    46:3
  46:4    46:5    47:10
  49:8    49:24    51:3
  51:13    51:14    51:17
  51:20    52:1    53:10
  53:11    57:3    58:10
  58:25    59:10    59:15
  59:19    59:24    59:25
  61:15    61:18    63:2
  63:9    67:8    68:2
  71:15    72:8    73:10
  74:4    77:25    78:9
  79:11    81:10    81:25
  82:2    82:19    84:19
  84:22    84:24    86:14
  86:16    106:14    109:18
  109:24    110:14    111:17
  112:4    112:20    113:14
  114:6

**explosive** [1]    73:14

**express** [1]    118:18

**extension** [7]    34:11
  41:24    50:8    54:12
  56:10    56:11    65:14

**extent** [4]    42:22
  43:18    82:17    99:3

**eyes** [3]  11:24    19:2
  103:20

**F** [1]    2:4

**fabricate** [4]    96:25
  102:1    104:19    105:1

**fabricated** [2]    101:9
  119:14

**fabricating** [1]  98:8

**fabrication** [1]  104:8

**facility** [1]    20:9

**fact** [5]  45:4    45:7
  65:21    79:15    86:13

**factor** [2]    73:15
  91:5

**fairing** [1]    50:25

**fairly** [1]    22:15

**familiar** [5]    49:3
  49:21    72:23    75:6
  76:24

**Famulari** [63]    2:4
  3:6    5:8    5:10
  11:1    11:6    11:7
  11:9    11:14    23:23
  24:3    25:23    26:11
  26:14    26:20    26:23
  27:5    33:3    33:12
  33:15    34:4    35:19

**experience** [1]  8:4

**fishing** [1]    94:21

**fit** [3]    104:10    105:4
  105:5

**five** [3]  7:24    18:10
  34:6

**fixed** [2] 34:2    79:17

**Fla** [3]    1:15    2:18
  126:6

**Flagler** [1]    2:8

**flammable** [4]    30:13
  30:15    50:4    118:12

**fledge** [1]    46:17

**float** [3] 31:6    33:1
  38:12

**floats** [1]    32:16

**floor** [17]    41:18
  56:14    59:2    60:5
  60:8    67:13    93:4
  95:19    95:21    102:22
  105:24    106:10    107:14
  107:15    110:16    112:9
  119:16

**Florida** [18]    1:2
  1:22    2:5    2:9
  6:3    6:10    48:11
  84:10    87:24    92:4
  116:23    122:5    122:22
  124:4    124:17    125:3
  125:18    126:2

**flush** [3] 66:19    107:10
  107:13

**fly** [5]    9:24    9:24
  17:6    17:10    31:8

**folders** [1]    63:18

**follow** [1]    113:2

**follow-up** [1]    117:14

**follow-ups** [1]    111:12

**follows** [2]    4:6
  5:6

**foot** [7]    6:15    9:8
  10:12    12:17    18:10
  79:3    87:10

**footer** [1]    13:1

**for** [103]  1:22    3:13
  4:4    4:16    5:14
  6:14    6:19    6:19
  9:10    9:12    9:19
  10:4    10:5    10:11
  10:16    11:12    13:7
  17:6    17:16    24:11
  25:8    25:18    25:19
  29:7    29:10    29:13
  29:24    30:2    33:9
  34:21    36:15    38:2
  38:15    38:21    40:14
  43:7    45:4    45:6
  45:25    46:9    47:5
  48:5    52:23    54:15
  55:8    60:7    60:13
  60:21    62:13    62:15
  63:22    65:9    70:20
  70:23    71:13    72:11
  72:20    74:19    75:15
  76:5    77:10    79:14
  80:12    81:17    81:23
  82:20    84:13    84:18
  85:15    86:19    88:3
  88:5    88:19    90:5

**far** [10]    26:17    43:23
  51:9    51:11    82:13
  107:15    117:23    118:16
  118:21    119:3

**fast** [1]    51:17

**Feb** [2]    1:15    126:13

**February** [2]    14:15
  14:18

**Federal** [1]    6:2

**feel** [4]    22:17    112:9
  112:16    112:18

**feet** [3]  29:14    58:13
  108:16

**felt** [3]  106:16    110:12
  115:12

**fenders** [2]    29:2
  29:15

**few** [2]  68:17    117:14
  114:6

**Fexas** [1]    54:5

**fiberglass** [4]    12:19
  14:7    79:4    79:4

**fifteen** [3]    8:13
  64:14    92:7

**fifty** [3]  7:14    29:25
  63:20

**figure** [1]    98:4

**figured** [1]    95:23

**file** [5]    77:19    79:14
  92:2    92:5    126:19

**filed** [1]  1:23

**fill** [4]    50:6    80:23
  80:25    81:1

**final** [1]  71:1

**finally** [1]    93:15

**financially** [1]  125:13

**find** [3]  24:14    122:12
  123:5

**fine** [2]  27:11    81:18

**finish** [3]    19:21
  113:1    113:7

**finished** [2]    12:14
  106:11

**fire** [8]  44:23    45:2
  45:5    45:8    47:13
  48:7    48:7    48:13

**FIRM** [1]    2:12

**first** [17]  5:5    6:18
  6:18    7:10    8:1
  9:6    9:9    9:12
  14:3    17:19    21:4
  21:9    27:19    54:8
  86:23    86:25    87:2

**fishing** [1]    94:21

**94:12    95:4    95:9
  97:16    98:6    99:24
  99:25    100:7    104:2
  106:2    106:4    109:9
  112:5    114:20    116:15
  119:7    119:18    120:5
  120:8    120:21    122:22
  123:6    126:17**

**force** [1]  8:15

**foregoing** [1]    122:11
  125:8    125:21

**foreman** [4]    21:1
  99:22    100:7    100:21

**foremost** [1]    87:21

**foreseen** [1]    104:15

**forgive** [1]    90:9

**form** [18]    24:2
  26:13    43:16    53:1
  55:4    66:21    69:2
  69:25    73:1    73:19
  97:24    99:18    101:3
  104:22    114:7    116:5
  120:10    120:16

**Formal** [2]    8:21
  8:22

**former** [1]    76:1

**Fort** [5]  6:2    6:9
  9:15    15:7    72:12

**forth** [1]  122:14

**forward** [5]    35:11
  35:16    57:25    66:10
  66:14

**found** [1]    58:19
  98:18

**four** [18]  6:25    18:5
  18:23    20:11    20:12
  29:25    32:1    60:11
  60:14    64:7    75:20
  76:25    83:12    86:5
  95:3    95:13    95:17
  106:1

**frame** [1]    57:19

**framing** [1]    53:24

**Frank** [2]    4:5
  4:7

**free** [1]    80:6

**freed** [2] 79:11    79:12

**from** [41]    4:9
  4:18    6:10    8:25
  9:15    10:1    14:10
  15:8    17:1    17:18
  18:1    18:20    20:9
  23:11    24:17    24:24
  26:24    27:7    28:20
  34:2    34:6    36:10
  37:15    41:22    44:17
  47:8    48:13    56:15
  58:22    59:23    60:8
  60:12    85:2    85:10
  85:12    87:16    90:14
  90:23    93:4    100:14
  107:15

**front** [2] 30:8    91:25

**fuel** [9]    19:13    30:2
  34:12    54:22    79:7
  79:13    79:16    79:17
  102:12

**full** [5]  5:14    46:17
63:4    72:12    87:16

**full-time** [3]    9:21
12:18    72:10

**fumes** [1]    118:13

**further** [2]    125:10
126:20

**future** [1]    109:13

**gap** [2]    67:3    83:7

**gas** [4]    79:11    79:12
80:5    118:12

**gases** [3] 72:24    73:7
73:18

**gasoline** [2]    58:21
73:11

**gate** [3]    91:24    91:25
92:1

**gave** [2]    46:23    110:11

**gear** [1]    23:18

**geared** [1]    7:5

**general** [1]    99:13

**generalizations** [1]
83:10

**generally** [2]    11:19
92:6

**generator** [1]    18:14

**generators** [3]    16:25
18:17    87:14

**gentleman** [1]    25:15

**George** [1]    91:25

**get** [31]    13:13    18:1
20:6    20:21    20:21
29:4    30:18    32:19
36:14    44:5    46:17
46:21    46:22    47:1
47:5    50:6    53:19
56:2    60:23    64:15
86:18    87:6    91:24
99:20    99:22    100:16
100:20    101:11    104:3
108:22    109:13

**gets** [2]    13:13    100:5
121:16

**getting** [6]    7:5
58:7    58:12    87:24
102:2    114:19

**gist** [2]    83:15    87:6
107:5

**give** [10]    5:14    6:4
7:2    7:13    36:23
37:7    47:25    48:2
91:20    112:16

**giving** [2]    83:9
83:15

**glass** [1]    19:6

**go** [37]    5:16    9:2
15:5    15:17    17:18
19:20    20:20    24:22
24:25    31:22    32:12
34:23    39:2    39:24
41:8    41:13    47:21
65:3    65:4    83:25
91:7    96:5    97:9
99:21    100:8    100:8
100:16    100:20    101:11
103:14    105:6    105:9
111:8    113:6    120:6

**God** [1]    75:1

**going** [38]    10:16
10:22    11:7    11:9
12:8    15:23    16:4
16:14    16:18    16:21
16:23    17:15    19:1
23:1    24:6    25:6
26:7    27:1    27:15
27:19    28:20    29:6
43:2    46:16    58:16
62:19    70:13    75:25
77:2    79:19    90:11
95:1    98:4    104:1
105:23    106:12    116:18
119:15

**gone** [4]    18:4    20:8
32:23    89:7

**good** [2]    53:2    53:4

**goodbye** [1]    4:13

**got** [19]    6:12    8:1
24:24    29:18    32:9
33:3    36:9    58:2
65:21    71:1    85:22
92:18    93:9    100:25
111:4    111:11    114:3
120:5    121:7

**gotten** [1]    11:11

**grabbed** [1]    61:22

**graduated** [1]    6:7

**Great** [2] 8:4    8:5

**green** [1] 50:3

**grew** [1] 7:16

**Grip** [1] 50:3

**guard** [4]    7:6
7:8    7:23    91:24

**guess** [4] 31:13    65:6
102:19    108:19

**guessing** [1]    95:3

**gutted** [1]    18:15

**guy** [5]    25:7    41:22
48:17    49:5    100:7

**guy's** [2] 39:14    47:18

**guys** [6]    11:24    46:9
82:21    91:4    93:21
104:4

**habit** [1] 116:2

**had** [115]    7:18    7:25
8:17    8:17    8:24
8:24    16:5    17:4
17:7    18:4    18:19
18:23    18:24    19:11
19:12    19:18    19:20
21:2    21:12    22:24
23:3    24:12    25:4
26:24    27:22    28:2
28:4    28:23    29:4
29:14    31:4    31:5
31:8    32:22    40:2
40:24    44:5    44:18
44:20    44:23    47:13
47:15    47:23    50:4
50:5    51:14    54:15
54:21    54:25    56:5
56:6    56:10    58:5
58:21    58:23    59:16
63:12    64:3    69:10
71:12    75:3    76:12

**half** [10]    6:14    15:18
18:10    25:12    27:3
27:18    74:17    75:23
104:10    108:16

**hand** [4]    77:2    79:19
79:20    124:11

**handed** [1]    61:7

**handle** [2]    27:9
90:15

**handled** [1]    67:18

**hands** [5]    108:23
115:10    115:15    115:21
116:2

**handwriting** [3] 81:2
81:5    81:9

**happen** [8]    16:7
16:8    45:1    82:22
99:2    99:6    100:20
105:25

**happened** [13]    14:11
22:11    22:25    33:21
44:11    46:6    47:13
49:14    49:14    92:10
92:24    101:12    104:14

**happens** [2]    120:8
120:21

**hard** [1]    43:2

**has** [11]    43:6    52:6
65:21    70:11    79:21
80:2    80:24    89:23
126:14    126:18    126:19

**hatches** [7]    30:18
34:1    34:6    34:7
34:8    44:14    112:14

**haul** [1]    18:1

**have** [181]    5:24
6:19    7:9    7:22
7:25    8:2    9:22
10:22    11:6    11:17
12:18    13:14    15:10
16:18    16:22    20:8
20:18    20:25    21:5
21:13    23:9    24:9
24:21    25:4    26:2
26:4    28:1    28:22
30:5    31:21    33:3
35:9    35:21    35:24
36:10    36:12    39:5
39:15    40:12    41:20
42:8    42:18    43:7
43:8    43:25    44:3
44:4    44:5    44:6

**haven't** [3]    11:10
37:10    52:16

**having** [9]    5:5
34:6    42:15    43:5
45:7    49:11    94:2
96:21    101:15

**hawse** [2]    19:2
103:20

**he** [111]    4:18    4:22
9:8    9:16    9:21
9:22    9:22    9:23
9:24    11:22    11:23
12:17    14:13    14:14
14:17    14:21    15:13
15:16    16:6    16:9
17:5    21:10    25:8
25:9    25:9    25:18
25:19    26:21    28:1
28:3    39:5    40:21
42:19    43:25    46:10
46:15    46:16    46:19
46:20    48:10    48:12
48:18    49:4    49:9
52:6    55:9    55:9
67:21    67:23    72:12
75:11    75:19    75:25
76:1    76:16    79:17
81:18    81:18    81:21
81:22    82:3    82:5

**He'd** [1]    20:21

**head** [1]    24:10

**Heakon** [1]    47:18

**hear** [3]    11:5    101:5
107:17

**heard** [3] 22:14    106:17
106:22

**hearsay** [1]    99:7

**hell** [1]    46:6

**helmsman** [1]    8:15

**help** [1]    67:7

**helped** [1]    16:3

**helping** [3]    11:21
46:11    78:20

**Henry** [43]    1:6
5:11    14:4    21:6
21:10    21:13    28:4
28:5    28:8    42:9
42:16    42:24    43:10
43:23    44:20    46:11
70:4    79:14    81:11
81:20    81:25    82:1
92:22    97:11    99:4
99:5    100:24    101:10
101:10    101:16    102:8
103:4    107:3    110:21
111:15    111:21    112:21
113:15    114:1    115:9
115:11    115:22    118:5

**her** [1]    33:11

**here** [27]    11:2    16:23
17:16    34:7    36:21
38:11    38:13    43:5
50:13    55:1    56:19
57:14    57:16    60:6
60:12    65:3    65:3
66:7    68:17    71:9
74:8    84:7    84:9
90:2    98:23    111:20
116:20

**hereby** [1]    122:10
123:4

**hereto** [1]    122:14

**hey** [2]    98:22    99:20

**high** [6]    6:7    32:21
32:24    38:13    42:1
108:17

**higher** [1]    27:19

**highly** [1]    90:7

**Highway** [4]    1:14
2:18    6:2    126:6

**him [5]** 10:6
| | | |
|---|---|---|
| 10:6 | 14:2 | 21:3 |
| 37:3 | 37:25 | 38:25 |
| 39:3 | 42:19 | 44:3 |
| 46:21 | 46:22 | 49:7 |
| 49:12 | 49:14 | 55:12 |
| 66:23 | 79:24 | 81:17 |
| 82:3 | 82:6 | 82:7 |
| 82:9 | 82:11 | 82:14 |
| 82:18 | 83:4 | 88:19 |
| 92:15 | 93:13 | 98:25 |
| 99:22 | 100:3 | 100:8 |
| 103:10 | 104:18 | 104:21 |
| 107:12 | 107:13 | 110:25 |
| 113:1 | 116:24 | 120:14 |

**hire [5]** 89:19   90:6
90:22   91:14   121:14

**hired [8]** 9:8   9:14
| | | |
|---|---|---|
| 10:11 | 89:4 | 89:17 |
| 89:22 | 90:3 | 91:11 |

**his [1]** 6:20   9:8
| | | |
|---|---|---|
| 9:9 | 9:22 | 10:1 |
| 11:22 | 11:24 | 12:18 |
| 13:14 | 15:13 | 15:17 |
| 16:5 | 24:13 | 24:14 |
| 25:15 | 43:13 | 44:5 |
| 46:13 | 46:23 | 71:19 |
| 76:2 | 81:15 | 81:22 |
| 88:19 | 92:13 | 93:15 |
| 100:8 | 100:9 | 113:1 |
| 120:8 | 120:22 | |

**history [1]** 6:5

**hold [7]** 7:21   29:4
| | | |
|---|---|---|
| 33:23 | 46:21 | 46:22 |
| 72:20 | 96:22 | |

**hole [7]** 18:11   18:21
| | | |
|---|---|---|
| 18:21 | 46:12 | 58:20 |
| 95:11 | 107:17 | |

**holes [38]**    25:9
| | | |
|---|---|---|
| 25:16 | 94:10 | 94:23 |
| 95:2 | 95:4 | 95:6 |
| 95:8 | 95:13 | 95:16 |
| 95:17 | 95:18 | 96:2 |
| 96:4 | 96:13 | 96:17 |
| 96:18 | 98:18 | 104:12 |
| 105:3 | 105:5 | 105:12 |
| 105:21 | 105:22 | 106:1 |
| 106:7 | 106:8 | 107:19 |
| 107:22 | 108:3 | 108:9 |
| 108:12 | 109:1 | 111:6 |
| 111:19 | 114:22 | 119:9 |
| 119:21 | | |

**home [1]** 120:6

**Honorably [1]**   6:8

**hooked [3]**    19:14
19:16   19:17

**Hopefully [1]** 116:20

**horse [1]** 29:25

**horsepower [2]** 18:22
19:1

**hose [1]** 23:13

**hoses [1]** 24:7

**hot [4]** 28:15   42:14
88:1   88:1

**hour [1]** 47:16

**hours [2]** 86:9   104:19

**how [59]** 6:24   12:5
| | | |
|---|---|---|
| 12:20 | 14:24 | 15:17 |
| 17:14 | 17:22 | 20:4 |

| | | |
|---|---|---|
| 27:14 | 27:14 | 32:13 |
| 40:25 | 42:1 | 46:21 |
| 46:22 | 51:23 | 53:9 |
| 57:15 | 63:19 | 64:18 |
| 67:3 | 69:14 | 70:20 |
| 70:20 | 74:15 | 74:21 |
| 77:24 | 78:11 | 81:14 |
| 83:6 | 87:7 | 89:24 |
| 92:13 | 93:6 | 95:2 |
| 95:6 | 95:23 | 96:13 |
| 98:4 | 99:2 | 99:5 |
| 99:10 | 99:24 | 101:12 |
| 101:18 | 106:9 | 107:14 |
| 107:15 | 108:22 | 109:8 |
| 110:6 | 111:24 | 112:1 |
| 118:21 | 121:14 | 121:15 |

**however [4]**   16:7
53:18   101:16   126:18

**hull [3]** 12:11   58:15
58:19

**hundred [9]**    7:18
| | | |
|---|---|---|
| 7:22 | 7:24 | 63:20 |
| 72:21 | 75:20 | 110:9 |
| 110:10 | 110:11 | |

**hurt [1]** 11:22

**hydraulic [15]** 17:7
| | | |
|---|---|---|
| 17:18 | 23:2 | 23:8 |
| 23:10 | 23:13 | 23:25 |
| 28:14 | 34:15 | 70:7 |
| 87:15 | 88:13 | 88:24 |
| 90:16 | 90:17 | |

**hydraulics [7]**   8:18
| | | |
|---|---|---|
| 24:11 | 88:12 | 88:13 |
| 90:8 | 90:19 | 104:4 |

**hypothetically [1]**
57:24

**I [456]** 3:3   4:7
| | | |
|---|---|---|
| 4:16 | 4:24 | 4:24 |
| 5:10 | 5:16 | 6:6 |
| 6:7 | 6:9 | 6:10 |
| 6:17 | 6:19 | 7:10 |
| 7:14 | 7:16 | 7:17 |
| 7:18 | 7:22 | 8:2 |
| 8:7 | 8:7 | 8:11 |
| 8:13 | 8:13 | 8:24 |
| 8:24 | 9:1 | 9:13 |
| 9:20 | 9:24 | 10:1 |
| 10:5 | 10:10 | 10:10 |
| 10:11 | 10:15 | 10:15 |
| 10:16 | 10:22 | 11:2 |
| 11:6 | 11:9 | 11:21 |
| 11:23 | 12:16 | 12:17 |
| 14:3 | 14:6 | 14:21 |
| 14:21 | 17:24 | 17:25 |
| 20:11 | 20:24 | 21:2 |
| 21:11 | 21:12 | 21:13 |
| 21:16 | 21:18 | 21:18 |
| 21:19 | 21:22 | 21:25 |
| 22:7 | 22:9 | 22:12 |
| 22:13 | 22:20 | 22:23 |
| 22:23 | 22:24 | 24:4 |
| 24:14 | 24:19 | 24:20 |
| 24:25 | 24:25 | 25:12 |
| 25:22 | 26:15 | 26:16 |
| 26:20 | 27:2 | 27:8 |
| 27:12 | 27:12 | 28:9 |
| 28:17 | 28:23 | 29:1 |
| 29:4 | 29:6 | 29:16 |
| 29:17 | 31:20 | 31:20 |
| 33:3 | 33:4 | 33:15 |
| 35:1 | 35:8 | 35:8 |

| | | |
|---|---|---|
| 36:12 | 36:12 | 36:18 |
| 36:22 | 36:22 | 37:14 |
| 37:17 | 39:10 | 39:14 |
| 40:17 | 41:20 | 41:20 |
| 42:3 | 42:6 | 42:11 |
| 42:18 | 42:18 | 42:20 |
| 42:22 | 43:1 | 43:13 |
| 43:22 | 43:22 | 44:4 |
| 44:21 | 45:3 | 45:6 |
| 46:22 | 46:23 | 46:23 |
| 46:24 | 47:1 | 47:2 |
| 47:5 | 48:2 | 48:12 |
| 48:19 | 48:25 | 49:3 |
| 49:9 | 49:10 | 49:14 |
| 49:24 | 50:2 | 51:6 |
| 51:7 | 51:11 | 51:18 |
| 52:4 | 52:5 | 52:19 |
| 53:13 | 53:15 | 53:17 |
| 53:19 | 53:24 | 55:4 |
| 55:4 | 55:5 | 55:13 |
| 55:19 | 55:19 | 55:22 |
| 55:24 | 56:2 | 56:9 |
| 56:20 | 57:14 | 58:4 |
| 58:8 | 58:18 | 59:16 |
| 60:24 | 61:10 | 61:12 |
| 61:19 | 61:22 | 62:19 |
| 62:21 | 62:22 | 63:3 |
| 63:10 | 63:10 | 63:20 |
| 64:2 | 64:5 | 64:5 |
| 64:7 | 64:13 | 64:14 |
| 64:21 | 64:23 | 64:24 |
| 64:25 | 65:2 | 65:2 |
| 65:5 | 65:24 | 66:4 |
| 66:20 | 66:25 | 66:25 |
| 67:1 | 67:4 | 67:10 |
| 67:24 | 68:5 | 69:8 |
| 69:14 | 69:17 | 69:19 |
| 70:3 | 70:8 | 70:23 |
| 70:23 | 70:24 | 71:1 |
| 71:5 | 71:8 | 71:9 |
| 71:12 | 71:13 | 72:9 |
| 72:9 | 72:17 | 72:17 |
| 74:20 | 74:22 | 75:5 |
| 75:5 | 75:6 | 75:7 |
| 75:17 | 75:24 | 77:2 |
| 77:6 | 78:2 | 78:7 |
| 78:18 | 78:19 | 78:24 |
| 79:19 | 79:20 | 79:24 |
| 80:8 | 81:8 | 81:16 |
| 81:16 | 82:1 | 82:6 |
| 82:13 | 82:13 | 82:14 |
| 82:16 | 82:20 | 82:25 |
| 83:4 | 83:5 | 83:6 |
| 83:14 | 83:14 | 83:18 |
| 83:24 | 84:4 | 84:6 |
| 84:6 | 84:9 | 84:10 |
| 84:12 | 84:17 | 84:20 |
| 85:1 | 85:1 | 85:2 |
| 85:3 | 85:3 | 85:4 |
| 85:9 | 85:12 | 85:13 |
| 85:16 | 85:20 | 85:23 |
| 86:4 | 86:9 | 86:11 |
| 86:15 | 86:16 | 86:16 |
| 86:17 | 86:22 | 86:25 |
| 87:2 | 87:4 | 87:6 |
| 87:9 | 87:11 | 87:18 |
| 87:19 | 87:24 | 87:25 |
| 88:2 | 88:4 | 88:8 |
| 88:15 | 88:18 | 88:19 |
| 89:7 | 89:18 | 89:22 |
| 89:22 | 90:9 | 90:9 |
| 90:16 | 90:24 | 90:25 |
| 91:3 | 91:13 | 91:19 |

| | | |
|---|---|---|
| 92:15 | 92:16 | 92:24 |
| 93:1 | 93:6 | 93:14 |
| 93:17 | 93:19 | 93:20 |
| 93:24 | 93:24 | 94:22 |
| 94:22 | 94:24 | 95:3 |
| 95:8 | 95:8 | 95:9 |
| 95:10 | 95:15 | 95:16 |
| 95:18 | 96:1 | 96:3 |
| 96:12 | 97:7 | 97:12 |
| 97:18 | 97:19 | 98:2 |
| 98:22 | 98:23 | 99:10 |
| 99:12 | 99:19 | 99:19 |
| 100:5 | 100:9 | 100:22 |
| 101:3 | 101:5 | 101:13 |
| 101:20 | 101:24 | 102:7 |
| 102:14 | 102:19 | 103:2 |
| 103:7 | 103:15 | 103:18 |
| 103:25 | 104:9 | 104:17 |
| 104:25 | 105:1 | 105:10 |
| 106:9 | 106:10 | 106:16 |
| 106:16 | 106:17 | 106:21 |
| 106:22 | 106:22 | 106:25 |
| 107:8 | 107:12 | 107:13 |
| 107:14 | 107:21 | 108:19 |
| 108:19 | 108:19 | 108:9 |
| 109:10 | 109:18 | 109:19 |
| 109:23 | 109:24 | 110:2 |
| 110:8 | 110:24 | 110:25 |
| 111:3 | 111:9 | 111:23 |
| 111:25 | 112:5 | 112:19 |
| 113:4 | 113:6 | 113:13 |
| 113:24 | 114:3 | 114:8 |
| 114:22 | 114:24 | 115:2 |
| 115:3 | 115:12 | 115:15 |
| 115:23 | 116:2 | 116:9 |
| 116:14 | 116:20 | 116:25 |
| 117:9 | 118:19 | 119:6 |
| 119:25 | 120:13 | 120:23 |
| 121:10 | 121:11 | 121:13 |
| 121:14 | 122:10 | 122:11 |
| 123:4 | 123:5 | 124:8 |
| 125:5 | 125:6 | 125:10 |
| 125:10 | | |

**I'd [1]** 7:9

**I'll [3]** 36:23   61:22

**I'm [2]** 28:1   55:11

**I've [2]** 111:11   120:5

**I-beam [1]**    60:11

**idea [8]** 19:19   24:5
| | | |
|---|---|---|
| 26:6 | 27:6 | 106:25 |
| 115:21 | 115:24 | 119:10 |

**identification [9]**
| | | |
|---|---|---|
| 3:13 | 38:3 | 38:21 |
| 45:25 | 60:21 | 62:13 |
| 65:10 | 77:10 | 80:13 |

**if [83]** 11:5   14:5
| | | |
|---|---|---|
| 14:17 | 16:21 | 17:23 |
| 20:2 | 21:11 | 21:12 |
| 27:11 | 27:24 | 28:9 |
| 28:12 | 30:11 | 31:20 |
| 32:6 | 36:23 | 40:13 |
| 40:18 | 40:18 | 40:21 |
| 42:13 | 43:23 | 46:22 |
| 47:2 | 48:10 | 48:15 |
| 49:10 | 51:4 | 51:22 |
| 54:15 | 55:24 | 57:23 |
| 58:2 | 60:6 | 60:25 |
| 61:1 | 61:8 | 62:25 |
| 63:10 | 64:5 | 64:12 |
| 65:3 | 65:5 | 65:12 |

| | | |
|---|---|---|
| 68:24 | 69:9 | 69:13 |
| 69:21 | 73:8 | 75:6 |
| 77:4 | 79:10 | 81:17 |
| 84:12 | 86:16 | 88:18 |
| 92:10 | 92:22 | 92:24 |
| 93:22 | 93:24 | 95:10 |
| 100:24 | 101:2 | 106:24 |
| 107:4 | 108:2 | 108:5 |
| 108:11 | 108:25 | 109:14 |
| 110:21 | 110:24 | 111:15 |
| 111:21 | 114:12 | 114:21 |
| 116:3 | 120:14 | 126:18 |

**ignitable [1]**    118:12

**III [2]** 6:17   6:17

**imagine [4]**    63:21
75:24   82:21   93:20

**in [285]** 1:22   1:23
| | | |
|---|---|---|
| 4:23 | 4:25 | 6:7 |
| 6:8 | 6:10 | 6:13 |
| 6:18 | 7:9 | 7:12 |
| 7:16 | 7:16 | 8:1 |
| 8:11 | 8:12 | 8:25 |
| 9:3 | 9:4 | 9:9 |
| 9:17 | 9:21 | 9:23 |
| 10:19 | 11:18 | 11:20 |
| 11:23 | 12:4 | 12:5 |
| 12:9 | 13:11 | 13:18 |
| 13:25 | 14:1 | 14:9 |
| 14:11 | 14:15 | 14:18 |
| 15:6 | 15:9 | 15:13 |
| 16:1 | 16:23 | 17:8 |
| 17:10 | 17:13 | 18:5 |
| 18:11 | 19:2 | 19:6 |
| 19:7 | 19:11 | 19:15 |
| 20:3 | 20:4 | 21:17 |
| 21:21 | 22:3 | 22:9 |
| 22:13 | 22:22 | 23:5 |
| 23:10 | 23:14 | 23:15 |
| 23:16 | 23:25 | 24:7 |
| 24:18 | 24:25 | 25:8 |
| 27:2 | 27:13 | 27:19 |
| 27:21 | 28:14 | 28:15 |
| 28:21 | 28:23 | 29:4 |
| 29:11 | 30:7 | 30:8 |
| 30:13 | 30:22 | 31:3 |
| 31:5 | 31:7 | 31:21 |
| 32:2 | 32:9 | 32:10 |
| 32:12 | 32:15 | 32:19 |
| 32:22 | 33:2 | 33:11 |
| 33:20 | 33:20 | 33:23 |
| 34:9 | 34:10 | 35:4 |
| 35:6 | 37:21 | 40:1 |
| 40:15 | 41:21 | 42:2 |
| 42:9 | 42:17 | 42:24 |
| 43:13 | 43:19 | 43:24 |
| 44:8 | 44:21 | 44:23 |
| 45:5 | 45:10 | 45:17 |
| 46:2 | 46:18 | 46:20 |
| 47:21 | 48:4 | 49:16 |
| 49:23 | 49:24 | 50:2 |
| 50:7 | 50:24 | 51:5 |
| 51:20 | 51:23 | 52:14 |
| 52:22 | 52:23 | 53:6 |
| 53:9 | 53:14 | 53:24 |
| 54:1 | 54:8 | 54:12 |
| 54:21 | 56:5 | 56:23 |
| 58:3 | 58:12 | 58:14 |
| 58:21 | 59:1 | 59:19 |
| 60:3 | 60:5 | 63:16 |
| 63:19 | 64:1 | 64:24 |
| 64:25 | 65:21 | 67:7 |
| 67:10 | 67:24 | 68:7 |

NARANJO vs. STEPHEN B. SMITH          CondenseIt™          INC - Kallen

Case 0:00-cv-06002-AL    Document 190-7    Entered on FLSD Docket 08/18/2001    Page 212 of 225

70:5     70:6     70:14
71:1     71:6     72:12
72:24    73:11    74:10
74:15    74:16    74:18
75:2     75:20    76:13
77:19    77:19    78:11
78:14    78:25    81:2
83:6     83:7     84:9
84:10    85:12    85:13
85:14    85:22    86:5
86:6     86:13    86:18
87:16    88:10    88:14
90:13    90:18    91:1
91:2     91:5     91:23
91:24    92:3     92:10
93:12    93:20    94:11
94:18    94:19    94:22
95:3     95:6     95:13
96:8     96:13    97:1
97:5     97:6     98:16
100:23   101:8    102:3
102:16   103:5    103:10
103:16   103:16   103:18
103:20   103:25   104:3
104:13   105:11   105:12
105:13   105:17   106:1
106:5    106:9    106:19
106:24   107:19   108:2
108:7    108:11   108:13
108:20   108:22   108:9
109:10   109:12   110:16
111:2    111:4    112:14
112:15   115:6    116:2
116:14   116:18   117:20
118:14   118:22   119:6
119:15   119:16   119:21
120:11   120:14   120:23
122:22   125:14   126:9
126:13

**INC** [2]     1:10     126:1
**inch** [11] 18:20     18:21
25:12    25:12    27:3
27:18    29:14    31:14
60:11    68:7     104:10
**inches** [2]            32:1
60:14
**incident** [6]          8:16
47:8     47:9     92:11
101:13   102:4
**including** [1]        122:12
**increase** [1]         18:24
**increased** [1]        18:25
**indeed** [1]           42:13
**indicate** [1]        115:10
**indicated** [1]       112:7
**indicative** [1]       69:1
**information** [3] 56:2
93:14    114:15
**initially** [2]        16:10
119:10
**inland** [1]           7:14
**inside** [2]           16:16
22:16
**inspected** [1]        76:10
**inspecting** [1]       28:21
**installation** [2]     19:9
88:23
**installed** [1]        19:10

**installing** [1]       19:17
121:14
**instance** [1]        115:20
**instruct** [1]         55:15
**instructed** [2]       70:4
82:6
**instructing** [1]      55:12
**instructions** [2]     71:7
71:8
**instructs** [1]        55:9
**insurance** [4]        47:15
47:17    48:17    50:1
**intact** [1]           51:10
**intake** [1]           31:11
**interaction** [1]      20:17
**interested** [1]      125:14
**into** [36]  14:25     19:20
19:20    20:10    24:22
25:6     25:11    26:4
26:8     26:17    26:25
27:2     29:3     32:13
35:25    41:24    43:8
58:20    80:23    80:24
93:18    94:10    94:12
94:12    95:19    95:21
105:6    107:16   107:23
108:24   111:8    111:16
111:21   112:8    112:12
119:11
**investigation** [1]
47:22
**investigator** [2] 47:16
48:7
**invoices** [1]         43:19
**involved** [12]        12:5
12:9     16:1     17:13
27:13    52:14    52:22
53:6     53:14    64:25
67:10    91:5
**involvement** [5] 11:20
12:4     12:15    13:11
23:5
**is** [176]   4:9      4:11
4:17     4:19     5:2
5:9      5:18     6:1
6:21     7:3      7:5
9:16     11:7     12:20
13:8     14:13    15:11
24:14    24:15    25:9
25:11    26:4     27:11
28:4     29:6     32:3
32:13    33:23    34:14
35:14    37:14    38:9
38:13    41:7     41:21
43:2     43:5     43:6
43:11    43:19    44:6
44:20    45:22    46:16
46:19    46:20    47:17
49:4     49:20    49:25
50:5     53:2     54:1
54:7     56:13    57:5
57:8     57:15    57:16
57:23    58:25    60:8
60:9     60:12    60:16
61:1     61:17    61:24
64:20    64:21    65:3
65:16    66:8     66:9
66:10    67:23    68:5
68:14    68:16    68:16

**installment** [1]
69:12    69:13    70:9
70:19    71:17    72:25
73:7     73:11    73:12
73:17    75:12    75:12
76:2     76:8     76:17
76:25    78:25    79:2
79:3     80:5     80:9
80:15    81:1     81:3
81:4     81:9     83:16
83:18    84:3     84:25
85:10    88:12    89:5
89:6     89:10    90:1
90:25    91:6     91:11
91:15    92:5     92:9
92:16    93:4     94:9
94:13    95:23    95:24
96:5     96:15    97:16
97:19    98:6     99:1
99:2     99:3     99:24
100:4    100:11   100:13
100:17   101:1    101:12
103:9    104:18   105:22
105:25   106:15   107:20
108:22   109:1    109:23
111:9    112:25   113:14
113:25   114:23   115:25
116:1    116:10   116:22
117:21   119:6    119:10
119:13   120:20   121:1
121:10   121:15   121:18
125:9    125:22   126:14
**isn't** [2]  120:7    120:20
**isolation** [1]        18:14
**issued** [3]           76:16
76:16    76:19
**it** [295]   7:3      7:5
7:9      8:9      9:6
12:13    12:16    12:25
13:12    13:17    13:17
13:17    13:19    13:25
14:1     14:24    14:24
14:25    15:7     15:14
15:22    16:1     16:6
16:7     16:8     16:13
16:14    16:15    16:16
16:17    17:4     17:8
17:20    17:21    17:22
17:24    18:8     18:9
19:19    20:4     20:5
20:6     20:7     20:11
20:15    20:22    21:11
21:17    21:19    21:21
22:1     22:3     22:3
22:17    22:25    23:7
24:15    25:13    26:6
26:25    27:10    27:21
29:1     29:7     29:10
29:12    29:18    29:23
29:25    30:9     30:17
30:24    31:4     31:23
31:25    32:14    33:6
33:6     33:21    33:25
34:11    35:4     35:15
36:6     38:9     39:10
40:25    42:13    42:22
43:2     44:9     44:10
44:21    45:6     47:5
49:25    50:12    52:17
53:17    53:19    53:19
53:20    53:23    54:7
54:8     55:5     55:13
56:7     56:13    56:14

56:21    57:5     57:16
57:17    57:20    57:20
57:21    57:23    57:24
59:5     59:7     59:8
59:8     59:9     59:12
59:17    59:18    59:24
60:3     60:9     60:10
60:11    60:12    60:13
60:13    63:11    64:12
65:4     65:6     65:13
65:21    66:1     66:5
66:7     66:13    66:15
67:2     67:5     67:11
67:25    68:17    68:21
69:14    69:16    69:18
69:19    69:22    69:23
70:4     70:11    70:11
70:15    70:25    70:25
71:6     71:11    71:13
72:11    72:14    72:17
72:18    73:9     75:11
76:24    76:25    77:5
77:14    77:15    77:18
77:19    79:6     79:19
79:20    81:3     81:8
81:22    82:21    82:22
85:3     85:11    85:14
86:7     87:4     88:1
88:8     88:9     90:1
90:5     90:13    90:23
90:25    92:10    93:17
94:23    94:24    94:25
95:24    96:20    96:25
97:16    98:4     98:6
98:19    99:1     99:3
99:5     99:10    99:25
100:6    100:6    100:11
101:8    101:12   101:23
101:24   102:2    102:2
102:3    102:21   102:21
103:1    103:1    103:2
104:2    104:3    104:9
104:10   104:12   104:13
104:18   104:20   105:1
105:2    105:5    105:9
105:13   106:12   106:16
106:16   106:17   107:1
107:12   107:13   107:15
107:17   107:17   107:22
109:9    109:11   109:11
109:18   109:19   109:20
110:7    110:11   110:24
111:3    111:7    112:12
112:13   112:15   112:16
112:16   112:18   113:11
114:17   116:1    116:4
116:10   117:22   118:5
118:19   118:23   119:13
120:15   120:20   121:11
121:12   121:16   121:17
121:18   123:5
**it's** [9]   56:24    75:9
80:21    81:9     91:13
108:16   115:23   120:11
121:9
**its** [2]    34:25    89:10
**itself** [3] 40:8     103:17
104:8
**J** [1]      4:5
**Jack** [1]   5:17
**January** [3]          7:10

**job** [21]   14:4     19:22
20:14    20:15    28:8
44:6     44:10    81:22
87:16    88:21    91:3
91:4     91:23    92:14
97:17    99:24    103:23
104:2    117:21   121:16
**jobs** [1]   87:11
**Joe** [1]    13:25
**John** [13] 1:19       2:17
5:4      5:16     33:3
45:15    117:7    122:10
122:17   123:4    123:21
124:9    126:5
**Johnson** [8]          1:10
2:15     4:17     14:14
14:15    41:23    84:4
87:10
**Join** [1]   104:24
**joined** [2]           6:7
10:24
**Julio** [7]  1:21     124:16
125:5    125:17   125:22
126:1    126:23
**July** [17]  40:1     59:19
85:4     85:4     85:19
85:21    86:3     86:12
86:21    86:24    87:8
87:22    88:16    102:23
103:6    103:11   117:20
**jump** [1]   112:11
**jumped** [7]           46:10
58:18    59:8     102:20
103:3    107:16   112:8
**June** [1]   122:23
**JURAT** [3]            122:3
**just** [43]  11:6     11:10
12:1     18:4     18:16
19:14    22:19    22:20
22:24    27:16    33:1
33:7     33:15    38:15
40:13    41:3     43:22
43:22    45:14    45:16
49:13    55:8     57:21
59:11    61:21    72:11
79:7     83:14    83:15
85:10    85:24    86:18
87:13    90:9     94:7
98:24    101:25   104:3
110:11   113:7    117:14
119:8    121:4
**KALAMOON** [1]
10:13
**KALEN** [1]            2:17
**Kallen** [78]          1:14
2:17     3:7      4:7
4:13     4:15     11:4
23:22    24:1     26:9
26:12    26:15    26:22
33:9     33:14    35:17
36:2     36:7     36:12
36:16    36:22    37:2
37:7     37:14    37:22
37:24    39:15    41:8
41:11    43:15    43:18
45:18    46:25    47:2
47:5     50:17    52:3
52:4     52:10    52:12
52:15    52:25    53:4

55:20   55:23   60:15
61:21   62:3    62:7
62:23   66:21   69:2
69:25   73:1    73:19
94:7    101:1   101:5
103:14  104:22  109:15
113:1   113:5   113:7
114:7   116:5   116:6
116:24  117:9   117:13
119:25  120:10  120:15
121:19  126:5
**keep** [4]   9:17    36:20
43:2    85:16
**Kenneth** [1]   5:16
**Kentucky** [1]   2:13
**kept** [10]  29:16   30:4
40:5    49:15   60:8
63:15   63:16   77:18
77:19   93:4
**Kewance** [3]   24:11
88:9    89:11
**Key** [2]   15:7    15:8
**Khan's** [2]   10:12
11:15
**kidding** [1]   121:4
**kind** [12]  7:1    7:20
13:17   16:9    20:17
20:24   22:21   30:23
31:2    34:18   46:8
46:18
**knees** [1]   108:23
**knelt** [2]  108:2   108:5
**knew** [8]  41:20   74:4
77:15   83:5   102:15
102:23  107:17  113:11
**knock** [1]   113:20
**know** [101]   7:4
14:3    15:16   22:15
22:20   23:21   27:6
27:10   29:15   30:11
31:8    31:10   32:10
33:5    33:7    33:15
35:12   35:19   36:17
36:22   36:23   42:1
42:1    42:18   42:25
43:6    43:23   45:4
46:21   46:22   49:1
49:13   51:9    51:19
51:22   53:8    54:16
55:21   55:22   55:24
57:15   58:2    58:4
62:25   64:18   64:23
65:6    69:6    69:14
72:20   73:24   74:7
76:25   79:10   81:19
82:13   83:6    84:15
85:22   87:7    88:19
88:21   89:16   89:18
90:9    90:25   92:16
92:24   93:10   93:20
93:22   93:24   95:9
95:10   97:12   97:19
98:23   99:4   100:23
101:2  103:10  103:18
104:23 104:25  106:9
106:23 107:14  110:24
111:15 111:20  114:20
117:19 118:7   118:11
119:9  121:7   121:9

121:15
**knowledge** [8]   50:23
54:19   54:22   59:20
69:19   89:2   100:19
107:21
**known** [3]   41:20
111:5  125:22
**knows** [1]   117:3
**L** [1]   2:13
**laborer** [2]   99:16
100:3
**laborers** [1]   100:13
**lack** [1]   52:24
**lacking** [1]   110:13
**ladder** [1]   29:16
**laid** [2]   27:23  105:16
**Lake** [2]  7:16   10:2
**Lakes** [2]   8:4
8:5
**Large** [2]   1:22
122:22
**Larry** [1]   4:8
**last** [6]   31:18   33:17
37:14   37:16   37:17
120:5
**lasted** [1]   15:18
101:19
**Lauderdale** [6]   6:3
6:13    9:3    9:15
15:7    72:12
**launch** [1]   20:9
**LAW** [1] 2:12
**laying** [1]   61:24
**lazarette** [45]   22:22
23:16   24:18   24:22
28:16   28:21   28:23
30:14   30:19   31:3
31:21   32:11   34:10
35:11   41:19   42:10
42:17   43:13   43:24
44:15   45:17   50:18
50:19   50:24   51:5
52:23   53:10   55:1
56:6    56:14   56:19
59:2    70:5    72:15
93:18   94:19  102:17
103:6  103:10  103:16
108:11 108:14  112:8
118:14 119:16
**lead** [2]  79:8    79:9
**leading** [1]   90:22
**leaky** [1] 79:16
**learn** [1] 115:6
**least** [6]  16:10   28:2
54:19   56:15   84:10
104:18
**leave** [1] 10:1
**left-hand** [1]   65:12
**legal** [1]  63:18
**less** [1]   64:20
**lessons** [2]   8:11
8:12
**let** [14]   24:1    24:4
26:12   43:15   52:25
53:6    55:3    84:14

101:8  105:8   113:1
**let's** [4]  26:9    41:8
41:13   57:23
**letting** [1]   31:8
**license** [7]   6:13
7:12    7:15    7:20
7:23    8:1     72:20
**lifting** [1]   93:5
**light** [1] 31:7
**Lights** [1]   16:25
**like** [50]  8:9    8:19
14:6    16:21   19:6
24:12   33:7    33:18
38:9    42:5    45:20
49:9    52:17   52:19
54:1    54:25   56:5
56:25   59:3    59:5
59:6    59:6    59:24
62:5    63:17   64:13
64:13   66:5    66:11
66:13   67:1    69:15
69:16   70:10   72:9
78:5    79:18   85:24
88:9    88:9    93:24
99:12  101:24  104:2
105:1  109:10  110:7
115:9  115:16  121:10
**liked** [1] 81:22
**line** [15]  11:4    29:13
29:14   68:25  123:8
123:9  123:10  123:11
123:12 123:13  123:14
123:15 123:15  123:16
123:17
**lines** [3]  19:14   23:11
34:12   34:15   34:19
**liquid** [2]   51:19
118:13
**liquids** [2]   30:13
30:15
**listen** [1]   114:22
120:13
**little** [12]   8:3
10:1    24:12   33:5
36:13   43:5    56:25
75:21   91:6   104:1
105:17 112:16
**live** [3]  21:20   34:23
116:14
**lived** [1] 72:12
**living** [6]   21:16
21:18   21:22   21:23
71:23   71:25
**LLP** [1]  2:12
**loaded** [1]   74:22
**local** [3]  4:19   46:19
116:12
**located** [2]   31:18
32:25
**location** [6]   27:23
32:3    33:20  105:4
105:14  108:24
**logical** [1]   27:8
**long** [12]  6:24    12:5
12:20   14:24   17:22
70:25   74:15   74:21
92:13   92:16  101:19

**look** [17]  36:5    37:25
38:5    45:14   45:20
56:20   61:1    64:12
65:4    65:5    65:12
66:7    69:15   76:13
76:14   79:24   91:4
**looked** [13]   33:6
37:11   38:9    40:18
40:21   57:16   59:24
63:10   63:12   69:14
91:3    94:22   94:25
**looking** [9]   33:8
37:10   38:11   40:15
64:8    65:19   66:10
66:14   94:17
**looks** [7] 33:24   52:17
66:5    66:11   66:13
69:16   79:18
**loose** [2] 60:12   61:24
**lose** [2]  57:12   57:13
**lot** [10]  11:13   13:7
32:17   34:22   43:1
52:17   88:12   88:13
91:1   100:6
**lots** [2]  12:3    47:12
**loud** [1] 74:2
**low** [1]  30:22
**lower** [2]   65:12
72:16
**lunch** [1]   101:25
**M-I-N-K** [1]   25:21
**made** [6] 12:12   53:8
57:20  104:11  109:9
122:13
**magnification** [1]
107:25
**mailing** [1]   6:1
**main** [9]  12:4    17:2
18:17   29:22   32:10
60:7    60:12   63:16
93:3
**mainly** [3]   24:9
29:12   71:11
**major** [3]   12:24
28:25   90:11
**make** [14]   4:7
16:3    16:7    16:8
17:3    17:7    17:8
17:17   61:23   82:22
95:25   99:1   117:22
121:16
**making** [1]   13:12
**man** [1]  90:8
**manager** [1]   13:24
20:14   20:23
**manner** [1]   118:22
**Manny** [2]   52:16
121:2
**Mans** [1] 16:24
**Manuel** [1]   2:8
**many** [13]   28:23
41:2    41:4    41:5
63:19   77:24   78:7
78:11   95:2   103:19
106:10  112:6  113:20
**maps** [1] 7:4

**March** [4]   12:16
124:12  125:15  126:8
**Marina** [1]   85:9
**marine** [9]   49:4
76:3    76:19   77:3
80:10   85:8    89:7
89:14   89:17
**Marine's** [1]   119:4
**mark** [7]  14:2    37:3
37:6    48:20   65:6
77:5    79:25
**marked** [14]   38:2
38:20   45:24   60:16
60:20   62:12   65:9
66:9    77:9    77:13
79:22   80:3    80:12
114:2
**Marlene** [2]   1:6
37:15
**massive** [1]   22:14
**mast** [2]  17:17   43:11
**master** [2]   6:13
7:23
**master's** [1]   44:24
**mate** [6]  6:18    7:24
46:10   72:6    72:11
74:20
**matter** [2]   79:15
126:15
**may** [3]  33:6    49:19
60:24
**maybe** [1]   43:11
**me** [63]   4:18    8:3
9:8     9:24    9:24
10:11   16:7    20:21
24:1    24:4    25:20
26:12   36:23   37:7
41:21   43:15   46:9
48:8    52:25   53:6
55:3    60:23   61:7
61:8    68:11   69:16
72:17   82:14   82:24
83:9    83:15   84:14
88:6    90:9    92:16
94:5    94:24   95:12
96:13   96:17   96:19
97:3    98:6    98:14
99:13  100:7   100:8
101:8  101:18  101:22
102:5  103:4   105:8
105:9  105:15  107:22
108:4  110:25  122:13
122:19 124:10  125:22
125:22
**mean** [13]   16:2
22:20   24:4    25:12
29:2    35:1    49:24
57:14   71:4    90:16
103:24 104:9   110:8
**means** [1]   75:3
**meant** [3]   103:25
108:19 108:19
**meat** [4]  26:3    94:11
96:22  107:23
**mechanic** [1]   22:12
**member** [2]   72:3
107:4

**mentioned** [2]    40:2
46:2

**mermaid** [1]    24:13

**mess** [1]    109:20

**met** [1]    76:2

**metal** [5] 98:8    98:9
98:11    98:12    101:9

**metallurgist** [1]    47:23

**Miami** [9]    2:5
2:9    2:18    6:12
14:16    14:22    38:24
126:2    126:6

**Michigan** [2]    9:16
10:2

**mid-morning** [2]
96:24    101:25

**middle** [4]    15:13
35:12    68:12    87:16

**might** [3]    25:4
51:7    83:20

**million** [3]    75:12
75:17    75:22

**mind** [1] 87:22

**Mink** [15]    25:7
25:17    25:21    25:25
26:23    88:20    94:2
96:18    96:21    97:20
97:23    111:18    114:20
114:21    114:25

**minus** [1]    13:4

**minute** [4]    4:23
15:18    44:10    103:23

**Mocega** [7]    1:21
124:16    125:5    125:17
125:22    126:1    126:23

**moment** [1]    87:19

**Monday** [6]    24:19
24:20    24:21    42:13
42:14    84:25

**money** [1]    99:25

**month** [1]    20:18

**months** [3]    6:25
12:7    15:1

**more** [14]    8:14
17:5    17:6    20:6
45:15    60:25    64:20
64:23    64:25    75:21
87:21    117:11    120:19
121:10

**morning** [11]    8:12
24:23    42:13    42:13
44:13    85:22    86:5
87:22    93:12    98:17
105:17

**most** [6] 41:6    63:5
64:12    89:19    91:6
91:23

**motor** [2]    5:13
79:3

**mount** [1]    27:15

**move** [5] 17:17    24:5
113:4    113:13    113:24

**moved** [3]    20:4
20:6    105:21

**Mr** [239] 3:5    3:6
3:7    3:8    3:9
4:7    4:11    4:13

**motioned** [2]    40:13    4:24
5:8    9:19    10:8
10:24    11:1    11:2
11:4    11:6    11:8
11:9    11:12    11:14
12:15    15:25    16:5
21:6    23:22    23:23
24:1    24:3    25:20
25:23    26:9    26:11
26:12    26:14    26:15
26:20    26:22    26:23
27:5    30:11    33:3
33:9    33:12    33:13
33:14    33:15    34:4
35:17    35:19    35:24
36:2    36:4    36:7
36:9    36:12    36:14
36:16    36:18    36:19
36:22    36:24    37:2
37:4    37:5    37:7
37:9    37:13    37:14
37:20    37:22    37:23
37:24    38:4    38:15
38:22    38:23    39:15
39:17    41:8    41:11
41:13    41:15    41:22
43:15    43:17    43:18
43:21    45:18    45:19
46:1    46:25    47:2
47:5    47:6    48:23
50:17    50:21    51:2
52:3    52:4    52:7
52:9    52:10    52:11
52:12    52:13    52:15
52:19    52:21    52:25
53:2    53:4    53:5
55:3    55:6    55:8
55:11    55:14    55:17
55:20    55:23    56:1
60:15    60:18    60:22
60:24    61:5    61:21
62:1    62:3    62:4
62:7    62:9    62:15
62:18    62:22    62:23
62:24    63:7    65:11
66:18    66:21    66:22
69:2    69:3    69:25
70:1    72:10    73:1
73:5    73:19    73:20
75:8    75:16    76:16
77:11    79:21    79:23
80:2    80:5    80:7
80:8    80:14    83:18
83:20    83:20    83:22
83:24    83:25    84:2
88:15    89:4    91:8
94:7    94:14    97:24
97:25    99:7    99:8
99:18    100:1    101:1
101:3    101:5    101:7
103:12    103:14    103:21
104:18    104:22    104:24
105:7    107:2    107:9
108:13    108:18    109:15
109:22    111:11    111:14
113:1    113:3    113:5
113:7    113:12    114:7
114:10    116:5    116:6
116:7    116:16    116:17
116:24    117:1    117:7
117:9    117:11    117:13
119:23    119:25    120:1
120:1    120:2    120:4
120:10    120:13    120:15

**motioned** [2]    40:13    4:24
121:3    121:4    121:5
121:18    121:19    126:11

**MTU** [1] 11:24

**much** [17]    8:9
14:7    16:7    16:25
17:12    20:7    21:2
21:16    40:25    42:21
44:10    51:23    60:25
87:25    107:14    111:10
112:1

**my** [45]    4:11    5:9
6:1    6:12    7:15
8:5    8:8    9:13
10:17    12:4    13:8
17:2    46:9    46:9
47:17    50:22    54:19
61:22    61:23    69:19
81:9    81:17    83:9
84:3    84:13    85:2
85:12    86:1    95:15
96:1    98:1    103:9
103:20    107:21    112:25
113:13    113:25    115:17
116:2    117:3    117:22
121:15    122:23    124:11
124:18

**myself** [2]    89:23
114:25

**N** [1]    3:3

**N.M** [1]    1:15

**name** [12]    5:9
5:14    6:16    24:14
25:15    39:14    46:13
47:18    49:3    84:3
88:6    89:10

**Naples** [3]    10:5
15:8    15:9

**Naranjo** [21]    1:6
5:11    14:4    21:7
42:9    66:19    81:11
100:24    101:10    101:11
101:16    102:8    103:5
104:18    107:3    107:9
110:21    112:21    114:11
118:5    126:9

**naturally** [1]    50:14

**Navy** [6] 6:8    74:15
74:16    74:19    75:2
115:6

**near** [3]    7:22    77:21
77:23

**necessarily** [1]    64:16

**necessary** [2]    46:23
90:5

**need** [13] 17:15    17:16
26:5    44:6    55:5
70:9    71:9    72:23
82:22    98:22    99:1
99:20    109:14

**needed** [12]    20:21
23:12    53:18    53:19
53:21    54:8    70:24
90:20    98:25    105:6
105:9    109:14

**needing** [1]    71:11

**neither** [1]    4:8

**never** [10]    30:15
32:16    32:22    56:9

**84:5    70:18    82:1**
106:21    107:12    115:14

**new** [17] 13:6    13:6
15:13    16:24    18:17
18:17    18:25    19:2
20:10    23:2    23:24
25:6    25:11    37:19
53:23    64:25    102:1

**next** [7]    9:19    12:15
38:13    47:19    85:5
85:21    86:1

**nicely** [1]    22:17

**night** [1] 85:19

**no** [127]    1:4    3:14
3:14    3:15    3:15
3:16    3:16    3:17
3:17    3:18    4:18
8:22    8:22    12:10
14:6    17:5    19:13
19:25    20:8    27:12
29:12    30:16    30:20
34:13    34:17    35:1
35:14    36:2    38:2
38:20    40:17    40:17
40:23    40:23    41:4
42:3    42:6    43:12
45:3    46:16    46:16
46:25    47:20    48:25
50:23    51:24    54:7
54:13    54:17    54:19
54:23    56:8    56:8
56:9    56:20    58:8
58:23    59:16    59:22
60:20    62:13    63:11
67:5    67:15    67:24
69:8    70:17    70:21
71:24    72:1    72:4
72:17    75:1    77:9
78:18    78:19    79:8
79:8    79:9    79:9
79:9    79:13    80:7
80:12    82:10    82:16
82:20    83:14    85:15
87:1    87:19    87:20
89:3    101:14    101:20
102:7    102:10    103:15
104:2    104:15    106:25
106:25    109:19    111:23
114:16    114:18    115:5
115:7    115:12    115:19
116:14    117:11    118:6
118:7    118:9    118:15
118:25    119:2    120:2
120:24    126:10

**nobody** [2]    44:10
64:13

**non-responsive** [1]
113:25

**nooks** [1]    76:13

**nor** [4]    4:8    4:8
125:11    125:13

**normally** [2]    72:9
73:3

**North** [2]    2:18
126:6

**Northern** [1]    16:24

**Nos** [1]    45:24

**not** [75]    8:20    13:4

**106:21    107:12    115:14**
26:16    28:10    28:18
31:13    36:13    37:9
40:23    42:3    42:6
42:18    45:3    48:18
48:25    50:21    52:5
53:2    53:4    54:19
55:4    55:9    55:12
55:15    57:6    57:24
58:8    60:24    61:24
63:14    66:20    67:2
67:5    68:12    69:8
70:20    71:25    75:4
78:17    78:18    82:16
82:20    88:18    90:19
90:24    92:11    92:25
93:24    93:25    95:8
96:21    97:11    97:12
98:2    102:22    106:14
106:16    111:23    112:25
114:8    114:9    115:3
115:17    116:2    117:20
120:23    121:10    121:16
121:19    121:22    125:10
126:18

**Notary** [3]    1:21
122:22    124:17

**noted** [1] 123:6

**nothing** [5]    30:6
30:9    35:1    52:15
119:25

**notice** [2]    1:23
126:20

**November** [3]    116:16
116:19    116:21

**now** [15] 44:8    52:11
54:2    60:16    64:23
78:21    83:12    86:12
89:18    94:1    95:1
96:19    113:6    114:3
115:18

**nowhere** [1]    35:5

**nuclear** [1]    74:23

**number** [6]    5:20
36:16    46:24    116:8
116:13    116:22

**numbers** [2]    43:7
117:3

**nut** [1]    13:9

**o'clock** [2]    85:24
93:12    97:1

**oath** [2]    124:2    126:13

**object** [17]    24:1
26:12    43:15    52:25
55:3    66:21    69:2
69:25    73:1    73:19
97:24    99:18    101:3
104:22    114:7    120:10
120:16

**objection** [5]    99:7
103:12    113:5    116:5
119:23

**objects** [1]    55:9

**observable** [1]    107:24

**observation** [1] 112:9

**observations** [2]
25:2    59:23

**observe** [3]    22:10
81:11    96:2    103:10

NARANJO vs. STEPHEN B. SMITH        Condenselt™        observed - out

Case 0:00-cv-06022-... Document 1445 Entered on FLSD Docket 08/08/2008 Page 215 of 225

observed [3]  51:4
95:13  96:4
obviolusy [1]  53:22
obvious [2]  103:1
103:2
obviously [3]  41:7
57:19  96:23
occasionally [1] 30:25
occur [3] 106:15  110:19
114:17
occurred [1]  84:25
occurring [2]  84:19
112:20
Ocean [1]  12:17
of [356]  1:2  1:19
1:22  1:23  2:5
2:10  2:15  2:19
4:25  5:10  5:12
5:18  6:4  6:5
6:16  7:1  7:10
7:15  7:19  7:20
9:9  10:3  12:3
12:11  12:12  12:16
13:4  13:5  13:7
13:13  13:17  13:19
13:22  13:24  14:1
14:15  14:15  14:18
14:18  15:6  15:8
15:9  15:13  16:4
16:6  16:9  16:16
16:18  16:19  17:5
17:13  17:20  17:22
17:24  17:25  18:1
18:8  18:9  18:11
18:11  18:12  18:14
18:19  18:22  18:23
18:24  18:25  19:1
19:4  19:5  19:8
19:8  19:18  20:10
20:17  20:24  21:1
22:5  22:11  22:16
22:21  23:6  23:7
23:13  23:17  23:17
23:24  24:2  24:10
24:13  25:11  27:3
27:10  27:14  27:25
28:2  28:6  28:19
29:14  30:8  30:12
30:23  31:2  31:11
31:21  32:10  32:17
32:20  33:10  34:18
34:22  34:24  35:2
35:11  36:5  36:10
36:13  36:20  36:21
37:15  37:19  37:23
38:9  38:23  39:13
39:14  40:1  40:2
40:2  40:11  40:15
40:16  41:2  41:6
41:19  41:24  42:22
42:23  42:25  43:2
43:3  43:4  43:5
43:9  44:8  44:13
44:14  44:21  44:25
45:8  45:15  46:7
46:8  46:9  46:11
46:18  46:21  46:22
47:12  48:11  48:19
49:17  49:17  49:22

50:13  50:22  51:4
51:7  51:9  51:14
52:14  52:23  52:24
53:23  54:4  54:6
54:9  55:1  56:6
56:14  57:14  58:13
58:14  59:19  59:23
60:3  60:5  61:7
61:16  62:9  62:20
63:4  63:5  63:12
63:14  63:17  64:12
64:24  65:13  66:8
66:12  66:12  67:8
67:11  67:13  67:19
68:12  68:13  68:14
70:18  72:8  73:18
74:23  76:14  76:22
77:2  77:24  78:8
78:11  78:14  78:19
79:2  79:14  79:15
79:16  80:18  80:23
80:25  81:4  81:15
81:19  82:7  82:18
82:18  83:15  84:13
85:11  85:19  86:12
86:14  86:15  86:19
86:21  86:24  87:6
87:8  87:9  87:15
87:16  87:22  87:22
87:24  88:4  88:6
88:10  88:13  88:13
88:17  88:23  88:25
89:13  89:19  89:24
91:2  91:20  91:23
92:3  92:19  93:7
93:21  93:23  94:2
94:20  95:10  95:15
96:9  96:10  96:19
97:12  97:16  98:24
101:4  102:9  102:11
102:16  102:17  102:20
102:23  102:24  103:6
103:11  103:20  103:25
104:5  104:7  104:8
104:10  104:11  104:11
104:13  104:14  105:21
106:2  106:6  107:5
107:10  107:15  107:21
107:25  113:17  113:18
113:22  115:17  116:2
116:23  117:3  117:20
118:4  118:12  118:16
119:1  119:8  119:10
121:20  122:5  122:6
122:20  122:22  123:23
124:2  124:4  124:5
124:12  124:17  125:2
125:3  125:4  125:11
125:11  125:12  125:15
125:18  125:19  125:22
126:12  126:14  126:18
126:19  126:19  126:24
off [19]  9:23  11:3
15:14  31:7  32:23
36:3  37:12  41:8
41:10  44:14  44:16
47:4  47:20  50:6
61:22  62:15  62:17
113:18  113:18
offer [5] 112:21  113:15
114:1  114:5  114:8
office [3]  4:9

official [1]  124:11
Oh [5]  49:5  60:2
62:23  63:20  108:6
Ohio [2] 5:23  7:16
okay [57]  4:13
7:20  8:23  11:2
11:8  12:14  16:9
20:24  26:11  26:14
26:22  29:6  33:14
34:5  37:5  37:24
43:17  45:14  45:18
49:5  52:8  53:20
54:18  55:7  55:23
56:11  57:5  62:10
62:23  66:6  66:18
67:16  68:5  70:12
71:15  71:22  72:14
72:19  74:21  75:8
82:15  83:8  84:8
84:16  89:9  97:13
98:6  99:14  100:11
100:23  106:22  107:8
108:19  113:5  114:3
114:11  117:15
old [4]  8:8  23:17
64:14  121:8
on [224]  2:5  2:10
2:15  2:19  4:15
5:1  5:12  6:15
7:17  7:19  8:4
8:5  9:20  10:1
10:11  10:14  11:4
11:15  11:25  12:2
12:8  12:9  12:24
12:25  13:3  13:23
14:4  14:8  15:12
15:21  15:24  16:3
16:10  16:25  17:6
17:10  17:14  18:7
18:23  19:1  19:23
19:25  20:14  20:15
21:7  21:13  21:15
21:16  21:18  21:20
21:22  21:23  21:25
22:6  22:24  23:1
23:3  23:16  24:7
24:13  24:19  25:25
26:7  27:14  27:17
30:4  30:6  30:9
30:18  30:19  30:25
31:6  31:16  31:11
31:17  32:9  33:22
35:1  35:5  35:10
35:11  35:15  35:22
36:4  37:13  38:12
38:16  39:9  39:21
40:5  40:11  40:12
41:2  41:11  41:13
41:18  42:7  42:9
42:23  42:24  43:2
43:10  44:12  44:24
45:8  46:9  46:10
47:16  48:8  49:18
50:8  50:12  50:13
51:16  53:9  54:10
54:12  54:14  54:20
54:24  56:4  56:9
57:20  58:16  58:23
59:1  59:5  59:8
59:13  59:18  59:20
61:6  62:2  63:1

67:1  67:5  68:11
71:3  71:19  71:23
72:2  72:19  73:8
74:22  74:24  75:3
75:6  75:7  77:7
77:13  77:15  78:2
78:7  78:15  79:13
79:14  79:16  81:5
81:7  81:8  81:17
82:25  84:18  84:25
85:4  85:8  85:14
85:16  85:18  86:2
86:13  86:15  86:21
86:24  87:8  87:21
87:22  88:16  88:16
88:20  89:1  89:20
90:11  91:22  91:22
92:1  92:5  92:7
92:19  93:15  93:23
94:2  94:20  94:20
98:3  98:12  100:7
102:20  103:3  104:1
105:18  105:24  106:10
108:23  110:7  112:13
112:15  112:16  112:24
113:10  113:19  117:21
117:24  118:17  119:9
119:16  120:8  120:21
122:14  122:19  126:13
once [4]  16:12  20:6
21:17  21:21
one [55]  4:18  5:10
8:1  9:9  13:16
13:16  18:1  20:10
21:7  25:9  28:3
29:14  36:5  37:14
38:13  39:13  43:4
44:21  46:8  47:21
48:8  50:25  53:25
58:18  61:24  63:17
63:20  63:25  64:3
68:16  68:18  68:21
71:12  80:23  80:25
81:23  89:19  93:21
94:9  97:16  98:9
98:11  98:12  99:11
104:15  106:23  109:9
110:3  110:9  110:10
111:18  111:21  119:19
120:5  120:19
ones [6]  35:20  35:22
36:13  36:13  62:1
68:17
only [13]  9:22  27:8
27:21  35:4  68:7
72:5  85:16  92:22
98:11  102:19  107:4
107:5  108:16
onward [1]  105:25
open [1]  22:15
operate [1]  15:2
operating [1]  92:9
operators' [1]  7:15
opinion [4]  59:13
59:16  59:25  104:20
opinions [1]  59:20
opportunity [2] 76:12
81:11
opposing [1]  117:2

9:25  13:2  13:24
15:12  15:14  17:11
18:5  20:2  20:6
20:12  21:5  21:6
22:21  24:12  24:23
25:3  25:12  25:24
26:18  26:24  28:10
28:21  31:7  32:1
35:25  37:20  40:14
40:15  40:21  41:3
42:4  44:18  48:5
48:7  48:11  49:9
49:18  50:23  51:5
51:13  51:13  51:17
51:23  53:8  54:22
55:20  57:2  59:6
59:20  61:24  64:5
64:20  68:13  68:25
70:22  71:9  73:8
74:11  75:19  76:19
77:21  78:2  78:15
84:13  88:9  88:13
89:11  90:14  91:10
91:12  91:20  92:7
92:11  92:13  92:25
93:21  93:25  96:5
97:11  97:22  99:4
99:11  99:15  99:15
101:14  103:16  104:7
104:8  106:23  110:12
111:21  112:15  112:21
113:15  113:15  114:1
114:4  115:15  115:24
117:20  118:11  118:11
118:12  118:12  118:13
118:17  118:18  119:1
119:4  119:19  119:19
121:14  125:11  125:12
125:12
order [5] 40:16  43:12
70:11  71:7  99:24
ordered [1]  92:17
orders [4]  43:6
43:8  43:20  71:3
original [2]  41:6
126:19
other [40]  12:2
16:20  19:13  23:17
24:13  28:15  29:17
33:22  34:1  35:2
35:2  37:3  42:24
44:25  45:8  46:17
48:4  49:17  54:11
54:14  54:20  54:22
54:24  56:4  59:16
63:12  68:17  71:22
72:2  72:3  81:7
88:25  89:11  92:3
96:8  97:5  99:12
106:24  110:16  111:21
others [1]  61:24
our [1]  58:23
out [40]  11:21  13:13
16:16  16:18  16:22
16:24  17:20  17:22
17:24  18:1  18:8
18:9  19:5  21:19
24:14  27:23  29:5
35:23  46:10  46:11
47:21  54:4  58:14
58:22  67:13  74:2

NARANJO vs. STEPHEN B. SMITH          CondenseIt™                    outside - Q

Case 0:00-cv-06022-AJ   Entered on FLSD Docket 08/08/2001   Page 216 of 225

85:11   87:24   95:23
98:4    98:18   102:2
105:5   105:16  105:21
113:20  115:14
**outside** [5]              22:16
89:24   90:23   91:7
116:23
**over** [13] 5:1           11:10
20:20   50:16   66:7
73:8    75:22   76:13
84:11   84:14   91:3
93:16   103:8
**overrule** [1]            70:18
**overseeing** [2]          13:12
78:23
**own** [3]  34:25  58:23
89:24
**owned** [1]               75:11
**owner** [4]               76:1
80:19   88:4    118:17
**owner's** [1]             23:19
**P.A** [2]  2:3    2:7
**p.m** [2]  1:15   121:21
**P.O** [1]   2:14
**package** [1]             63:4
**page** [12] 3:20          122:3
122:14  123:8   123:9
123:10  123:11  123:12
123:13  123:14  123:16
123:17
**pages** [1]               122:11
**paid** [2]  75:16  75:17
**paint** [3] 19:21  50:25
87:16
**painter** [1]             99:15
**palmer** [8]              1:10
2:15    4:16    14:13
14:15   41:23   84:4
87:10
**papers** [1]              92:1
**paramedic** [2]  46:10
46:17
**Pardon** [1]              108:4
**parents** [1]             8:8
**part** [7]  23:6   23:7
28:2    32:10   50:13
97:6    97:16
**particular** [15]  14:8
20:14   20:15   42:8
63:1    63:11   88:22
89:1    89:17   90:12
91:23   92:11   100:4
101:13  117:21
**particularly** [1] 90:24
**parties** [3]             10:4
125:11  126:21
**party** [1] 126:20
**passed** [1]              7:11
**past** [1]  15:14
**pattern** [1]             95:4
**Patton** [8]              39:10
39:11   39:12   39:13
76:2    76:16   76:19
77:3
**pay** [1]  75:15

**PEDRAZA** [1]  1:4
**penetrate** [2]           95:22
96:5
**people** [19]             13:22
15:12   23:8    34:10
36:21   39:13   43:9
47:12   70:19   86:23
86:25   87:2    90:19
100:10  118:1   118:19
118:24  121:11  121:15
**pcr** [3]  42:18   71:7
71:8
**percent** [1]             92:7
**percentage** [1]  89:21
**perform** [1]             92:4
**perimeter** [1]           68:14
**period** [1]              10:7
15:3    20:19   22:2
32:7
**permanent** [2]           5:24
6:1
**PERRY** [1]               2:3
**person** [2]              48:11
85:16
**personally** [2]  124:9
125:22
**personnel** [1]  88:19
**Peter** [1] 49:1
**phone** [4]               5:1
84:14   116:8   116:12
**phonetic** [4]            10:13
24:12   25:7    47:18
**photograph** [5]  38:2
38:20   60:16   60:20
68:11
**photographs** [7] 33:10
61:8    61:11   61:16
61:19   62:12   69:21
**photos** [6]              37:18
45:24   51:25   62:10
69:9    69:12
**physically** [1]  67:7
**pick-ups** [1]  31:5
**pickups** [1]             31:17
**picture** [6]             38:5
38:16   68:12   68:13
68:23   68:24
**pictures** [18]           31:20
33:4    35:14   35:17
37:21   44:21   45:16
49:25   51:7    56:24
60:3    60:5    60:23
61:1    67:25   68:1
92:23   92:25
**piece** [2] 27:3   104:10
**pieces** [1]              109:11
**Pierce** [1]              46:14
71:25   72:10
**pilot** [1] 105:20
**pilothouse** [2]          31:7
77:20
**PINKERT** [1]  2:12
**pipe** [1] 34:22
**piping** [1]              24:7
**place** [27]              5:1
8:17    13:18   13:19

22:20   24:21   24:24
27:20   27:21   28:10
46:3    49:8    51:4
54:8    59:25   61:18
71:16   85:10   94:16
97:2    98:15   98:16
101:23  102:4
**placed** [2]              4:3
119:15
**places** [1]              15:5
**placing** [1]             119:18
**Plaintiff's** [4]         3:13
38:20   45:24   60:20
**Plaintifff's** [1]  62:12
**Plaintiffs** [1]          1:7
2:5     2:10
**plan** [7]  25:11  53:22
63:8    63:11   65:5
86:7    106:13
**planned** [2]             9:16
85:13
**plans** [13]              16:5
40:15   40:15   40:21
40:22   52:22   53:8
63:13   64:9    64:19
64:25   102:9   113:15
**plate** [29]              25:7
25:10   25:13   27:3
27:17   27:17   44:1
60:1    70:5    70:6
82:22   94:10   94:11
94:12   95:25   96:25
98:9    98:11   98:13
101:9   102:1   104:2
104:7   104:8   104:19
105:24  106:9   109:20
119:19
**plates** [9]              26:7
26:18   26:19   98:8
109:10  110:2   119:14
119:19  119:19
**please** [3]              84:14
126:13  126:15
**plug** [1] 58:19
**point** [6] 40:24  90:13
98:7    115:14  115:15
119:8
**police** [1]              47:14
**poor** [1]  79:18
**pop** [2]  59:6   110:7
**port** [2] 18:13  18:13
58:1
**portion** [1]             66:12
72:16
**position** [1]            119:16
**positive** [1]            114:24
**possible** [6]            13:14
21:12   81:18   113:20
115:23  116:1
**post** [1] 109:17
**posted** [1]              44:23
**posts** [1] 33:22
**pound** [1]               110:9
**pounded** [1]             58:19
**pounds** [1]              110:11
**poured** [2]              41:24

**power** [5]               29:2
29:24   31:4    85:15
110:10
**prefer** [1]              21:13
**present** [6]             4:25
33:11   51:6    97:15
114:21  115:1
**pretty** [10]             8:9
16:6    16:25   17:12
20:7    21:2    21:16
40:25   42:21   87:25
**principle** [1]           73:13
**printed** [1]             35:23
**prior** [34]              8:16
22:19   22:20   28:12
28:13   32:8    33:25
34:14   39:5    40:1
40:14   41:16   42:7
42:12   42:14   44:19
58:25   59:10   59:14
63:1    78:9    79:11
84:18   86:17   94:3
101:25  103:6   103:7
103:11  109:20  111:16
112:20  113:14  114:5
**private** [1]             6:20
**privy** [1] 97:4
**probably** [12]           7:10
28:17   33:5    40:23
90:3    92:22   93:11
94:17   94:24   96:24
101:24  106:19
**problem** [1]             43:5
**problems** [3]            76:14
81:24   82:1
**procedure** [1]           92:10
**proceed** [2]             4:22
126:19
**proceeded** [1]           87:7
**proceeding** [1]  11:5
**proceedings** [1] 125:8
**process** [3]             64:24
90:10   104:13
**product** [1]             50:3
**Professional** [1] 125:6
**project** [12]            12:6
13:24   20:13   20:23
23:1    23:6    23:6
23:7    23:20   23:24
26:1    104:5
**projects** [2]            42:24
43:2
**propeller** [1]           18:25
**propellers** [1]  19:23
**proper** [1]              105:4
**properly** [2]            16:17
84:14
**props** [1]               33:24
**provided** [1]            39:16
**Public** [3]              1:2
122:22  124:17
**pulled** [2]              29:3
80:23
**pulling** [1]             19:4
**pulls** [1] 80:24

**pumping** [1]             31:2
**pumps** [30]              23:15
24:5    25:6    27:15
27:17   27:22   28:14
31:4    31:6    31:12
31:17   32:15   33:19
34:22   58:24   60:6
85:16   92:16   93:2
93:7    93:20   96:22
98:12   98:18   104:11
105:4   105:16  105:18
106:2   119:11
**purchase** [1]            75:25
**purchased** [1]  75:8
**purport** [1]             69:12
**purports** [1]            62:20
**pursuant** [1]            1:23
**put** [30]  6:18   16:23
17:14   19:6    19:7
19:11   20:3    23:15
24:6    26:6    26:18
27:1    27:16   27:22
29:11   29:18   33:23
34:9    35:24   40:25
43:8    44:18   50:8
53:9    53:23   53:23
70:6    75:19   103:19
109:18
**putting** [8]             17:6
19:2    23:2    23:24
28:14   54:10   105:13
117:19
**PVC** [1] 34:22
**Q** [519]  5:9    5:18
5:20    5:22    5:24
6:4     6:16    6:21
6:23    7:1     7:7
7:12    7:20    7:25
8:3     8:6     8:16
8:21    8:23    9:2
9:4     9:6     9:11
9:18    10:7    10:14
10:18   10:20   11:15
11:19   12:1    12:5
12:8    12:11   12:14
12:20   12:22   12:24
13:2    13:10   13:15
13:19   13:22   14:4
14:9    14:11   14:17
14:20   14:24   15:2
15:5    15:20   15:23
16:1    16:3    16:9
17:9    17:13   17:19
17:22   18:3    18:7
19:7    19:16   19:23
20:3    20:6    20:13
20:17   20:24   21:4
21:15   21:21   21:23
22:1    22:5    22:8
22:10   22:19   23:1
23:5    23:20   23:24
24:4    24:17   24:22
25:2    25:15   25:18
25:24   26:6    27:6
27:10   27:13   27:24
28:5    28:12   28:19

**NARANJO vs. STEPHEN B. SMITH**    CondenseIt™    quality - said

Case 0:00-cv-06022-JAL    Document 174    Entered on FLSD Docket 08/08/2001    Page 217 of 225

29:21 29:24 30:2
30:11 30:17 30:21
31:2 31:10 31:15
31:17 31:20 31:25
32:3 32:6 32:15
32:19 32:24 34:5
34:10 34:14 34:18
35:6 35:10 38:5
38:8 38:23 39:2
39:5 39:8 39:11
39:13 39:18 39:21
39:24 40:1 40:5
40:8 40:10 40:13
40:20 41:2 41:5
41:16 42:1 42:4
42:7 42:12 42:23
43:4 43:22 44:2
44:12 44:17 45:1
45:4 45:10 45:14
45:20 46:2 46:13
46:15 46:19 46:21
47:7 47:11 47:25
48:4 48:10 48:15
48:20 48:23 49:1
49:4 49:7 49:11
49:16 50:7 50:11
51:3 51:9 51:12
51:19 51:22 51:25
52:3 52:8 52:14
52:22 53:6 53:12
53:14 53:16 53:20
54:3 54:11 54:14
54:18 54:20 54:24
55:7 56:2 56:11
56:22 57:2 57:5
57:10 57:17 57:23
58:5 58:10 58:17
58:25 59:4 59:10
59:19 59:23 61:6
61:11 61:13 61:16
61:19 62:5 62:19
62:25 63:8 63:12
63:15 63:19 63:23
63:25 64:3 64:6
64:9 64:18 65:5
65:12 65:16 65:18
65:21 65:23 66:1
66:3 66:6 66:8
66:11 66:15 66:18
66:21 67:7 67:12
67:16 67:21 68:1
68:5 68:10 68:24
69:4 69:6 69:9
69:18 69:21 70:2
70:4 70:12 70:18
70:22 71:2 71:5
71:15 71:19 71:22
71:25 72:2 72:5
72:8 72:14 72:19
72:23 73:6 73:13
73:16 73:21 73:24
74:2 74:4 74:7
74:10 74:13 74:15
74:18 74:21 74:24
75:2 75:8 75:12
75:16 75:19 75:22
75:25 76:5 76:8
76:10 76:12 76:16
76:19 76:21 76:24
77:2 77:12 77:15
77:18 77:21 77:24
78:4 78:6 78:9
78:11 78:14 78:20

79:6 79:8 79:10
79:18 79:24 80:15
80:18 80:21 81:1
81:4 81:10 81:14
81:24 82:3 82:8
82:11 82:15 82:17
82:23 83:2 83:8
83:13 83:15 84:3
84:8 84:17 84:21
84:24 85:7 85:18
85:21 86:1 86:7
86:11 86:20 86:23
87:2 87:6 87:11
87:20 88:2 88:6
88:10 88:15 88:21
88:25 89:4 89:9
89:13 89:16 90:1
90:5 90:9 90:21
91:9 91:11 91:14
91:17 91:19 92:12
92:19 93:1 93:6
93:10 93:17 93:22
94:1 94:5 94:15
94:19 95:2 95:6
95:12 95:17 95:20
96:1 96:4 96:8
96:12 96:16 96:19
97:3 97:13 97:18
98:1 98:6 98:11
98:14 98:20 99:3
99:9 99:13 100:2
100:11 100:16 100:19
100:23 101:8 101:15
101:18 101:22 102:5
102:8 102:11 102:15
102:23 103:1 103:4
103:9 103:22 104:6
104:17 105:8 105:11
105:15 106:1 106:4
106:8 106:14 106:18
106:22 107:2 107:8
107:19 107:24 108:2
108:5 108:7 108:9
108:11 108:19 108:25
109:4 109:8 109:23
110:2 110:6 110:12
110:16 110:19 110:21
111:9 111:15 111:20
111:24 112:1 112:3
112:7 112:11 112:17
112:20 112:25 113:4
113:13 113:24 114:4
114:11 114:14 114:17
114:19 115:2 115:4
115:6 115:8 115:14
115:18 115:20 115:24
116:3 116:8 116:10
116:12 116:15 116:18
116:22 117:2 117:5
117:14 117:16 117:19
117:23 118:3 118:7
118:10 118:16 118:21
119:1 119:3 119:8
119:13 119:18 120:5
120:18 120:20 120:25
121:6

**questions** [12] 5:12
48:9 48:18 83:9
83:21 83:23 84:11
84:12 84:13 107:2
117:11 121:1

**quick** [2] 111:11
117:14

**Quiet** [1] 121:3

**Quinn** [1] 13:25

**quite** [2] 31:22 92:17

**quits** [1] 86:5

**R.P.R** [1] 1:21
125:17 126:23

**racing** [1] 8:14

**Ramirez** [2] 1:6
37:16

**ran** [3] 32:7 35:4
35:11

**rapport** [1] 21:3

**rather** [1] 110:3

**rating** [1] 46:18

**RE** [1] 126:9

**reach** [2] 116:23 116:24

**read** [4] 64:18 76:21
122:11 123:5

**reading** [3] 7:4
121:21 126:18

**ready** [1] 102:2

**real** [1] 117:14

**realized** [1] 106:12

**really** [5] 17:4
32:17 37:10 97:19
98:2

**realm** [1] 44:8

**rear** [1] 66:12

**reason** [9] 54:7
72:18 73:6 73:16
84:13 109:19 118:3
118:7 118:10

**rebuild** [1] 16:14
16:15 52:23

**recall** [28] 13:22
20:13 25:2 27:13
27:24 28:5 28:12
28:20 31:20 32:6
35:10 40:13 40:21
42:15 42:22 43:1
44:12 44:17 45:1
48:10 48:16 48:23
49:7 49:11 51:3
101:15 107:6 115:18

**received** [2] 6:10
93:14

**recently** [1] 33:4

**recess** [1] 61:3

**recognize** [1] 61:8

**recollection** [5] 38:9
87:21 90:2 95:15

**quality** [1] 79:18
81:15

**quarter** [2] 25:12

**quarters** [1] 85:14

**question** [24] 24:2

**recommendations** [1]
113:19

**recommended** [1]
90:7

**reconstruction** [2]
19:3 67:19

**record** [20] 4:15
5:15 11:3 33:10
36:3 36:4 37:12
37:13 41:9 41:10
41:12 41:14 47:4
55:8 61:6 62:15
62:17 84:8 125:9
126:24

**recorded** [1] 48:6

**RECROSS-EXAMINATION**
[1] 117:12

**REDIRECT** [2] 111:13
120:3

**redo** [1] 18:23

**reducer** [3] 49:23
51:1 51:4

**reducers** [1] 50:2

**reference** [1] 126:12

**referring** [1] 50:17
60:15 104:6

**refit** [20] 10:11 10:14
10:18 11:15 12:4
13:3 13:11 15:20
15:24 16:11 21:5
28:25 32:8 34:15
40:14 72:11 87:9
90:11 90:11 120:12

**reflect** [1] 84:8

**reflected** [1] 71:6

**Registered** [1] 125:5

**regular** [1] 33:1

**reinstalled** [1] 18:16

**relationship** [1] 105:11

**relative** [1] 125:12

**relatively** [1] 112:5

**remember** [26] 14:3
14:5 14:17 17:23
28:9 39:8 40:17
49:10 64:6 64:7
66:18 66:23 82:17
82:23 83:10 85:2
86:2 86:20 86:23
87:4 90:21 90:24
91:22 92:15 94:1
107:4

**removable** [2] 54:1
109:12

**removal** [1] 67:8

**removed** [1] 18:12

**repairs** [1] 75:20

**replace** [1] 109:5

**replaced** [4] 13:5
87:13 87:15 109:25

**report** [10] 25:25
39:16 39:19 76:17
76:19 76:21 77:3
77:12 114:4 125:7

**Reporter** [2] 125:2
125:6

**represent** [1] 84:4

**representative** [2]
71:13 80:18

**representing** [2] 5:11
43:19

**request** [3] 21:6
71:2 100:5

**requested** [2] 53:25
99:17

**responses** [1] 83:8

**responsibilities** [1]
9:12

**responsibility** [1]
119:5

**responsible** [1] 120:8
120:21 121:8

**rest** [3] 16:6 86:19
104:5

**retract** [1] 69:23

**returned** [4] 22:25
84:21 85:4 85:12

**reverberate** [1] 112:9

**review** [1] 39:18

**ride** [1] 15:11

**right** [39] 23:16 27:17
30:5 31:18 32:21
37:7 38:7 38:8
45:22 57:18 60:6
60:10 61:14 63:23
65:19 68:16 68:19
73:6 74:11 84:15
86:20 87:20 90:1
90:21 91:9 93:2
94:1 94:25 95:12
95:20 97:3 98:14
101:15 101:18 105:13
108:25 115:18 116:4
116:6

**right-hand** [1] 66:8

**Rimmel** [1] 49:2

**ripped** [3] 40:24
57:12 57:13

**ripping** [1] 67:13

**River** [1] 20:10

**RIVKIND** [1] 2:7

**road** [1] 85:10

**room** [9] 4:25 11:23
13:7 18:15 22:9
22:13 23:10 23:11
46:3

**round** [1] 105:2

**run** [6] 20:2 24:7
35:7 58:23 86:18
100:8

**running** [11] 7:4
23:10 23:13 23:18
31:9 34:12 34:16
46:6 56:25 68:8
86:21

**rusted** [1] 16:16

**S.W** [1] 2:4

**safe** [3] 98:6 117:21
118:5

**safely** [1] 118:23

**said** [36] 14:6 26:2

**sailboats** [1] 8:14
**sailing** [2] 8:7
8:12
**Sailor** [1] 74:13
**sale** [1] 6:19
**salon** [1] 63:16
**salt** [1] 29:19
**same** [13] 28:9
33:2 33:8 33:20
33:25 49:15 68:23
73:13 95:4 112:5
115:25 119:15 122:12
**sand** [1] 19:6
**Saturday** [2] 15:9
85:3
**Saugatuck** [3] 9:16
9:25 10:3
**saved** [1] 92:22
**saw** [6] 25:3 51:5
51:12 95:16 95:17
95:18
**say** [43] 7:9 13:23
17:15 17:25 24:2
24:25 26:21 27:12
28:17 35:8 37:21
45:6 50:7 51:18
56:20 56:22 57:23
63:3 63:10 64:5
65:2 67:24 69:13
69:19 71:5 71:9
75:5 78:12 81:8
89:22 92:15 95:16
95:20 98:20 98:25
99:23 100:22 101:13
103:7 103:15 106:23
120:23 121:6
**saying** [1] 70:19
**says** [1] 36:6
**scenario** [1] 49:15
**scene** [1] 48:8
**schedule** [1] 18:1
**school** [7] 6:7
6:9 6:24 9:1
9:2 10:16 46:16
**scope** [1] 103:25
**screwed** [1] 54:1
**SCS** [1] 36:6
**se** [1] 42:18
**sea** [6] 7:15 8:14
30:22 30:23 31:1
39:21
**Seadoo** [1] 17:16
**seagoing** [1] 74:11
**seal** [1] 124:11
**sealed** [2] 55:2

**sailboats** [1] 31:15 42:20 44:4
44:6 46:6 59:11
64:13 64:14 66:25
67:1 70:9 72:9
78:20 82:25 83:16
93:24 94:10 94:25
98:22 99:20 101:24
102:14 103:22 105:1
106:18 106:21 109:4
116:3 117:16 126:19
126:20

**scam** [7] 67:22 69:1
69:5 69:6 69:15
69:22 69:23
**seaman** [1] 74:11
**seamanship** [2] 6:9
7:3
**seating** [1] 17:4
**seats** [1] 17:17
**second** [4] 36:23
37:8 60:23 62:16
**sections** [2] 68:7
109:10
**Security** [1] 5:20
**see** [40] 20:24 33:22
35:15 40:21 49:24
51:23 52:9 52:19
54:2 56:23 56:23
57:8 57:10 57:11
57:19 58:6 58:11
60:3 60:5 60:11
61:1 63:8 66:3
67:24 68:6 68:6
68:8 68:17 68:19
68:22 69:17 76:6
92:23 102:9 107:22
108:3 108:9 108:12
109:1 116:1
**seemed** [1] 90:19
104:2
**seen** [13] 31:21 40:2
40:25 52:16 64:3
77:4 77:6 80:1
92:23 92:24 93:1
113:21 119:21
**sent** [2] 62:21 62:22
**sequentially** [1] 37:1
**series** [1] 5:12
**serve** [2] 74:24 78:15
**served** [1] 75:2
**service** [1] 7:19
**set** [7] 32:15 34:21
40:2 40:5 86:18
116:15 122:14
**sets** [2] 41:2 41:5
**setup** [1] 89:24
**seven** [3] 12:7
85:24 85:25
**seven-thirty** [2] 85:25
86:5
**several** [4] 13:18
49:18 84:18 104:18
**shaft** [1] 19:12
**shafts** [1] 18:25
**shake** [1] 22:18
**shall** [2] 126:18 126:19
**she** [2] 37:16 37:17
**shed** [2] 19:21 20:11
**sheds** [1] 20:11
**sheet** [3] 3:19 43:12
110:3 123:2
**ship** [1] 121:9
**ships** [1] 75:6
**shipyard** [1] 120:11
**short** [3] 32:7 61:3

**should** [2] 36:10
116:20
**shoved** [1] 60:13
**show** [13] 14:16
14:23 15:16 28:20
28:24 33:6 37:14
38:24 45:16 62:20
62:9 62:22 81:20
**showed** [4] 37:3
47:18 48:17 93:15
**showing** [3] 15:13
68:11 69:9
**shows** [4] 65:13
66:15 68:18 68:24
**shrink-wrapped** [1]
30:8
**side** [14] 18:11 18:11
18:12 18:18 23:17
24:13 35:2 44:25
45:8 51:16 65:13
66:8 66:12 82:25
**signature** [3] 80:15
81:5 126:14
**Signed** [1] 123:23
**signing** [2] 121:22
126:19
**simple** [1] 100:11
**since** [6] 6:20 6:21
8:1 10:23 12:18
**sinking** [1] 58:15
**Sioli** [3] 4:5 4:11
4:14
**sir** [8] 79:25 84:17
95:13 96:2 99:9
103:4 111:24 113:25
**sitting** [5] 49:25
60:6 74:8 90:2
111:20
**six** [1] 109:11
**six-four** [1] 111:25
**six-thirty** [1] 85:23
**sixteen** [1] 8:13
**size** [5] 7:19 18:24
95:9 95:10 104:11
**skin** [1] 114:23
**skipped** [1] 26:15
**slower** [1] 91:6
**small** [1] 17:4
**Smith** [17] 1:9
2:19 6:20 9:7
9:19 10:8 12:15
16:5 21:6 30:12
38:23 41:22 71:16
75:8 75:16 89:4
126:9
**Smith's** [1] 62:22
**so** [71] 4:23 9:4
13:14 14:7 14:23
16:16 16:23 17:8
19:21 20:1 21:11
21:18 22:16 23:14
24:19 25:22 27:1
29:1 29:18 33:7
33:14 34:21 36:2
37:2 37:17 37:18

**should** 36:10
59:18 61:21 61:22
63:25 65:6 66:4
67:12 68:24 70:6
72:24 73:4 73:17
75:22 85:1 85:3
85:16 85:17 86:20
87:20 89:9 89:22
90:1 91:14 94:12
94:24 97:13 100:2
100:11 104:3 105:21
105:23 106:6 106:12
107:17 108:2 109:10
109:11 109:12 110:7
113:21 119:18 121:11
**Social** [1] 5:20
**sold** [1] 14:14
**solid** [8] 57:6 57:24
59:8 59:17 67:3
102:22 107:18 111:3
**some** [28] 27:1
32:20 33:4 34:10
35:25 40:16 43:7
43:9 43:10 43:24
45:15 46:17 49:16
49:16 49:24 60:5
81:19 83:21 84:13
86:21 87:6 90:13
91:20 98:7 107:2
111:11 114:23 119:9
**somebody** [5] 17:9
26:24 71:11 90:14
90:23 93:17 93:19
116:3
**someone** [3] 69:13
75:14 119:18
**something** [19] 17:11
23:14 24:12 26:5
26:16 29:5 43:11
44:2 59:6 67:17
70:14 82:21 88:9
89:11 98:23 99:17
102:3 115:10 115:25
**sometime** [1] 96:24
**somewhat** [2] 110:12
110:13
**somewhere** [1] 11:18
**soon** [1] 13:13
**sorry** [3] 11:12 62:22
80:8
**sort** [2] 34:24 91:20
**sound** [2] 49:3
111:4
**South** [3] 2:5
6:2 92:4
**Southeast** [1] 126:2
**SOUTHERN** [1]
1:2
**SOUVENIR** [2] 5:13
75:9
**space** [14] 17:16
28:21 31:23 42:4
56:7 59:14 73:17
78:17 96:9 102:16
105:6 105:8 106:19
110:22
**spaces** [2] 72:25
75:3
**Spanish** [1] 82:15

**spark** [1] 73:9
**speak** [4] 37:19
48:20 82:15 85:17
**speakerphone** [1]
5:2 10:25
**speaking** [1] 86:11
**specialty** [1] 74:19
**specific** [1] 100:13
**specifically** [1] 86:11
**speculation** [2] 49:16
119:24
**speed** [1] 15:14
15:15
**spell** [1] 24:15
**spilled** [2] 49:19
51:15
**spoke** [1] 4:16
14:2
**spot** [2] 19:11 47:16
**spots** [1] 105:17
**spray** [4] 19:21 20:11
20:11 30:24
**square** [1] 18:10
**squirrel** [1] 44:22
**SS** [1] 122:5
**stack** [1] 61:7
**stand** [3] 70:3 108:13
108:15
**standard** [2] 80:9
92:9
**starboard** [6] 15:19
18:11 18:12 18:13
18:14 58:1
**start** [1] 20:2
**started** [7] 7:14
8:7 8:14 28:25
48:18 95:18 95:21
**starter** [1] 95:9
**starts** [2] 85:25 86:4
**state** [9] 1:22 19:8
48:11 122:5 122:22
124:4 124:17 125:3
125:18
**stated** [4] 81:16
110:4 110:17 110:24
**statement** [2] 48:5
69:23
**statements** [1] 47:25
48:2
**stateroom** [1] 23:19
44:24
**STATES** [1] 1:2
1:2
**stating** [1] 92:2
**stay** [7] 9:20 20:7
85:7 85:13 85:18
86:7 86:13
**staying** [1] 85:9
**steering** [6] 23:2
23:9 23:12 23:15
23:25 23:25
**stenographically** [1]
125:7
**Stephen** [6] 1:9

NARANJO vs. STEPHEN B. SMITH    CondenseIt™    stepped – that

Case 0:00-cv-06023-JAL    Document 11416    Entered on FLSD Docket 08/08/2005    Page 219 of 225

stepped [2]    71:16    126:9
stepped [2]    59:17
67:1
stepping [1]    67:5
still [11]    7:22    9:22
22:15    46:15    51:6
51:10    51:19    87:25
105:1    105:2    117:9
stood [2] 57:20    108:11
stopped [1]    31:23
storage [3]    29:1
29:8    34:8
stored [3]    30:13
30:15    110:8
straight [2]    20:8
56:3
Street [3]    2:4
2:8    2:13
strike [4]    56:15
113:4    113:13    113:24
stroke [1]    30:1
structural [1]    57:21
struts [1]    18:23
Stuart [1]    6:10
stuff [6] 11:10    20:23
50:15    64:21    64:23
92:3
Sturgeon [1]    2:14
subcontractor [3]
24:11    89:6    89:13
subcontractors [1]
89:20
subfloor [2]    57:22
119:10
subflooring [1] 118:14
submarine [2]    74:22
74:25
submarines [1] 74:23
subscribed [1]    122:19
such [2] 8:18    32:15
suck [1] 58:22
suggest [1]    126:16
suggested [3]    54:7
91:1
suitable [1]    126:17
Suite [2] 2:9    126:2
summer [5]    8:9
9:17    9:21    9:23
17:8
sump [1] 35:3
Sunday [3]    24:19
85:3    85:4
support [5]    60:7
60:13    93:3    110:11
110:13
suppose [2]    37:17
115:23
supposed [3]    44:9
63:3    103:23
sure [17] 4:8    13:12
14:21    17:25    26:16
28:1    52:12    55:4
61:23    75:5    88:18
94:22    97:7    114:20

survey [5]    39:15
39:18    41:21    113:16
114:4
surveyed [1]    39:5
surveyor [3]    36:8
39:8    76:2
surveyor's [2]    77:3
77:12
suspect [1]    118:11
swear [1]    120:14
swimming [1]    8:11
switch [1]    33:2
switches [1]    38:12
sworn [3]    5:5
122:19    124:10
system [6]    13:7
19:16    19:17    23:3
31:2    35:3
systems [1]    88:24
T [1]    13:6
tack [8]    56:24    57:18
68:6    69:17    69:18
69:20    89:20    92:7
take [23] 7:6    7:7
9:8    10:1    13:19
16:18    16:22    19:19
29:19    30:24    45:14
60:22    60:25    61:11
61:13    79:24    92:13
93:17    97:6    98:15
98:24    118:19    121:11
taken [14]    1:21
17:20    19:19    33:10
33:12    37:21    38:6
58:11    61:4    61:14
68:1    98:16    126:13
126:18
taking [5]    1:23
22:19    54:4    74:23
121:20
talk [7]    47:7    91:25
98:21    100:7    100:8
105:8    115:9
talked [6]    47:12
70:8    86:24    86:25
87:3    113:16
talking [15]    38:16
49:7    50:8    50:11
65:7    68:15    72:15
75:22    87:2    97:10
109:15    109:17    109:24
115:13    116:2
talks [1] 43:10
tall [1]    111:24
tank [1]    35:3
tanks [9] 42:20    42:21
79:16    82:25    83:1
102:12    102:13    102:14
102:14
tap [13]    25:6    25:11
26:4    26:8    26:25
27:2    94:12    95:24
98:19    102:2    105:5
105:23    107:23
taped [1] 47:20
tapped [2]    104:12

tapping [3]    25:12
26:17    94:12
task [1]    100:4
tasks [1] 100:13
teach [1] 74:18
tech [1]    68:10
technical [1]    8:17
telephone [6]    2:12
4:2    4:18    84:11
126:3    126:16
tell [38]    8:3    22:23
28:3    47:3    51:11
56:21    57:20    58:9
59:7    59:7    59:17
61:8    67:2    67:3
67:4    67:4    71:12
86:16    87:18    88:6
90:14    92:10    94:5
95:12    96:13    96:16
30:17    30:18    30:19
99:10    101:18    101:22
102:5    102:21    103:4
107:1    107:9    111:2
telling [5]    49:14
66:18    66:23    92:16
97:23
template [1]    104:12
ten [4]    18:20    44:10
78:13    103:23
tender [5]    29:22
29:24    30:5    30:7
74:23
tent [1]    22:16
test [1]    7:11
testified [4]    5:6
67:21    67:22    115:8
testimony [3]    26:17
57:5    104:17
Texas [2]    46:18
46:20
than [15] 19:13    20:6
24:13    27:19    29:17
33:22    34:1    35:3
54:22    59:16    75:21
81:7    91:6    100:8
110:3
thank [4]    52:8
75:1    111:9    120:2
Thanks [1]    11:13
that [595] 4:8    4:11
4:18    4:19    4:23
4:24    5:2    6:16
6:19    6:21    6:23
7:19    8:19    9:6
9:12    9:13    9:18
9:20    10:3    10:7
10:15    10:15    10:15
10:16    10:18    11:16
11:17    11:18    11:20
12:1    12:5    12:8
12:9    12:11    12:14
12:19    12:20    12:21
12:25    13:4    13:5
13:11    13:12    13:15
13:16    13:23    13:23
14:4    14:6    14:8
14:9    14:13    14:15
14:21    15:3    15:10

16:2    16:4    16:22
16:25    17:9    17:11
17:11    17:14    17:25
19:13    19:24    20:14
20:15    20:22    21:6
22:1    22:23    23:2
23:5    23:6    23:7
23:8    23:9    23:12
23:13    23:20    24:8
24:9    24:12    24:14
24:15    24:22    25:3
25:3    25:5    25:7
25:10    25:10    25:11
25:16    25:20    26:2
26:4    26:7    26:16
26:21    26:23    27:6
27:8    27:11    27:23
28:4    28:4    28:13
28:17    29:3    29:6
29:11    29:13    29:17
29:19    30:2    30:4
30:17    30:18    30:19
30:21    30:21    31:4
31:8    31:20    32:2
32:3    32:7    32:9
32:12    32:13    32:13
32:16    32:16    32:22
33:2    33:4    33:5
33:16    33:18    33:22
33:23    33:23    34:23
34:24    35:3    35:6
35:8    35:14    35:20
35:22    36:7    37:3
37:10    38:5    38:9
38:12    39:9    39:16
39:19    39:22    40:5
41:7    41:18    41:22
41:22    41:23    41:23
42:5    42:12    42:13
42:16    42:19    42:21
42:25    43:1    43:4
43:8    43:9    43:12
43:13    43:18    43:23
44:2    44:2    44:13
44:15    44:20    45:4
45:10    45:11    45:12
45:16    45:20    45:21
45:22    46:9    47:1
47:11    47:13    48:5
48:8    48:19    49:5
49:5    49:19    49:20
49:20    50:5    50:8
50:8    50:15    50:15
51:1    51:5    51:12
51:14    51:25    52:15
52:23    53:1    53:2
53:14    53:16    53:20
53:25    54:1    54:3
54:7    54:7    54:15
54:21    54:25    55:1
55:4    55:4    55:12
55:17    56:5    56:10
56:12    56:13    56:14
56:16    56:17    56:18
56:21    56:22    56:24
57:5    57:6    57:8
57:11    57:11    57:12
57:12    57:20    57:24
58:5    58:6    58:9
58:10    58:11    58:16
58:17    58:17    58:18
59:1    59:1    59:6
59:17    59:25    59:25

61:2    61:17    61:23
62:2    62:2    62:21
62:21    63:10    63:25
65:16    65:24    66:8
66:9    66:10    66:11
66:19    66:24    67:1
67:2    67:3    67:4
67:9    67:13    67:16
67:17    67:18    67:22
67:25    68:8    68:10
68:11    68:19    68:20
68:24    68:25    69:1
69:1    69:9    69:12
69:12    69:13    69:13
69:18    69:19    69:21
69:22    69:23    70:4
70:13    70:14    70:15
70:19    70:25    71:4
71:9    71:12    71:12
71:17    72:14    72:23
72:24    72:25    73:6
73:11    73:14    73:16
73:17    73:24    74:7
75:12    75:13    75:21
76:2    76:8    76:17
76:21    77:4    77:12
77:15    78:2    78:11
78:14    78:16    78:17
78:18    78:19    78:20
78:23    78:25    79:2
79:3    79:21    79:25
79:25    80:1    80:2
80:5    80:9    80:15
80:22    80:24    81:16
81:16    82:14    82:22
83:5    83:8    83:11
83:16    83:18    83:18
84:5    84:8    84:12
84:17    84:21    84:25
85:5    86:17    86:24
86:25    87:3    87:3
87:7    87:11    87:19
88:2    88:5    88:6
88:9    88:14    88:15
88:20    89:5    89:9
89:18    89:18    89:22
90:2    90:15    90:16
90:16    90:19    90:25
91:1    91:2    91:3
91:15    91:17    91:19
91:21    92:2    92:3
92:5    92:9    92:14
92:22    93:4    93:6
93:9    93:14    93:17
94:9    94:11    94:13
94:15    94:20    94:22
95:17    95:18    95:20
95:23    95:24    96:1
96:6    96:12    96:15
96:23    97:3    97:5
97:6    97:7    97:9
97:13    97:16    98:9
98:10    98:15    98:16
98:19    99:2    99:3
99:4    99:5    99:17
99:24    100:4    100:5
100:13    100:17    100:19
101:12    101:19    102:15
102:19    102:23    103:3
103:9    103:18    103:19
103:22    103:24    104:16
104:18    104:21    105:6
105:11    105:12    105:15

Case 1:02-cv-00922-AL   Document 13-1   Entered on FLSD Docket 08/08/2006   Page 220 of 225

```
105:25  106:11  106:12      18:24   18:24   18:25      37:12   37:13   37:15      59:24   59:25   60:2       88:10   88:16   88:16
106:15  106:18  106:19      19:2    19:3    19:4       37:16   37:17   38:1       60:3    60:4    60:4       89:19   89:21   90:16
106:21  106:22  106:23      19:5    19:7    19:7       38:8    38:12   38:12      60:7    60:7    60:8       90:17   90:18   90:21
107:6   107:9   107:9       19:8    19:8    19:12      38:13   38:13   38:16      60:12   60:13   60:19      90:22   90:23   90:25
107:13  107:19  107:20      19:15   19:16   19:17      38:18   38:19   38:24      61:6    61:15   61:17      91:1    91:3    91:4
107:22  108:1   108:2       19:18   19:19   19:20      38:24   39:2    39:5       61:18   62:1    62:2       91:24   91:24   91:25
108:22  108:25  109:2       19:21   19:23   19:23      39:8    39:13   39:14      62:2    62:11   62:15      92:4    92:8    92:14
109:4   109:23  110:2       20:1    20:3    20:3       39:15   39:18   39:21      62:17   62:20   63:1       92:19   92:20   92:21
110:4   110:12  110:13      20:4    20:9    20:10      40:1    40:2    40:3       63:2    63:4    63:4       93:2    93:3    93:3
110:19  111:1   111:2       20:10   20:13   20:21      40:6    40:10   40:11      63:9    63:12   63:16      93:4    93:7    93:7
111:3   111:5   111:9       21:1    21:1    21:5       40:11   40:14   40:15      63:21   63:22   64:10      93:7    93:12   93:18
111:9   111:19  112:7       21:7    21:7    21:13      40:15   40:16   40:21      64:13   64:15   64:15      93:20   93:23   93:23
112:8   112:9   112:14      21:15   21:17   21:17      40:22   40:24   41:3       64:24   64:25   65:8       94:2    94:3    94:3
112:17  112:23  112:25      21:19   21:20   21:23      41:8    41:10   41:11      65:12   65:13   65:22      94:7    94:9    94:9
113:11  113:16  114:2       22:3    22:5    22:5       41:14   41:16   41:18      65:23   66:1    66:3       94:10   94:10   94:11
114:20  114:24  115:8       22:6    22:9    22:12      41:19   41:20   41:21      66:4    66:8    66:12      94:12   94:18   94:19
115:10  115:12  115:16      22:13   22:13   22:15      41:21   41:22   41:23      66:12   66:15   66:15      94:20   94:20   94:23
115:22  116:3   116:4       22:16   22:17   22:19      41:24   41:24   41:25      66:19   66:19   66:21      95:3    95:4    95:5
117:16  117:23  118:3       22:20   22:22   22:24      42:2    42:7    42:9       67:3    67:7    67:8       95:8    95:10   95:10
118:4   118:5   118:8       22:25   23:6    23:7       42:10   42:12   42:14      67:8    67:8    67:10      95:13   95:15   95:19
118:11  118:13  118:24      23:8    23:10   23:11      42:17   42:20   42:22      67:13   67:13   67:19      95:21   95:22   95:25
119:3   119:6   119:9       23:11   23:12   23:14      42:23   42:23   42:24      67:20   68:1    68:2       96:2    96:4    96:5
119:10  119:13  119:14      23:15   23:15   23:16      43:4    43:9    43:10      68:6    68:8    68:9       96:8    96:9    96:9
119:14  119:15  119:18      23:16   23:17   23:17      43:13   43:15   43:18      68:10   68:12   68:12      96:10   96:10   96:18
120:20  121:1   121:6       23:18   23:18   23:19      43:24   44:8    44:12      68:13   68:13   68:13      96:20   96:21   96:22
121:8   121:10  121:10      23:24   23:24   24:1       44:13   44:13   44:14      68:14   68:22   68:22      96:25   97:1    97:2
121:11  121:15  121:15      24:2    24:5    24:5       44:14   44:19   44:24      69:2    69:9    69:10      97:12   97:12   97:16
121:15  121:16  121:18      24:7    24:7    24:10      44:25   44:25   45:1       69:12   69:25   70:2       97:17   97:24   98:16
122:10  123:5   124:9       24:10   24:11   24:13      45:8    45:15   45:16      70:5    70:5    70:5       98:17   98:18   99:3
125:6   125:8   125:10      24:16   24:18   24:21      45:17   45:20   45:22      70:6    70:6    70:18      99:12   99:16   99:18
126:14  126:16              24:22   24:23   25:5       45:23   46:2    46:3       70:25   71:1    71:7       99:19   100:5   100:7
                            25:6    25:6    25:7       46:4    46:5    46:6       71:8    71:12   71:12      101:1   101:3   101:4
the [1067] 1:22     1:24    25:9    25:10   25:13      46:7    46:7    46:8       71:14   71:20   71:23      101:22  102:3   102:4
4:5     4:9     4:15        25:15   25:16   25:22      46:9    46:11   46:12      72:5    72:8    72:8       102:6   102:9   102:16
4:22    4:25    5:1         26:7    26:12   26:25      47:1    47:4    47:7       72:11   72:13   72:15      102:16  102:17  102:17
5:10    5:13    5:14        26:7    27:8    27:9       47:8    47:9    47:9       72:16   73:1    73:3       102:17  102:20  102:23
5:25    6:4     6:7         27:4    27:8    27:9       47:8    47:9    47:9       72:16   73:1    73:3       102:17  102:20  102:23
6:16    6:18    6:23        27:14   27:16   27:17      47:13   47:14   47:16      73:6    73:8    73:16      103:5   103:6   103:8
7:5     7:6     7:7         27:18   27:19   27:21      47:16   47:18   47:20      73:18   73:19   74:4       103:10  103:11  103:15
7:10    7:11    7:17        27:22   27:22   28:2       47:23   48:8    48:8       74:15   74:16   74:18      103:16  103:18  103:20
7:18    7:19    7:23        28:3    28:6    28:9       48:8    48:13   49:4       75:2    75:2    75:8       103:25  104:3   104:5
8:1     8:4     8:5         28:12   28:14   28:15      49:5    49:8    49:17      75:9    76:1    76:2       104:5   104:6   104:7
8:11    8:12    9:15        28:19   28:20   28:21      49:18   49:18   49:23      76:10   76:13   76:13      104:7   104:8   104:9
9:17    9:17    9:21        28:21   28:23   28:24      49:23   49:23   50:5       76:14   76:22   77:3       104:10  104:11  104:11
9:21    9:23    10:5        28:25   29:4    29:21      50:6    50:7    50:8       77:7    77:7    77:8       104:12  104:13  104:17
10:12   10:12   10:14       29:21   29:24   29:24      50:12   50:13   50:14      77:12   77:13   77:16      104:22  104:25  105:2
10:16   10:24   10:25       30:2    30:4    30:5       50:17   50:19   50:19      77:19   77:20   77:21      105:3   105:3   105:4
11:3    11:4    11:11       30:6    30:6    30:7       50:22   50:22   50:24      77:21   77:23   78:9       105:5   105:6   105:8
11:12   11:15   11:15       30:8    30:8    30:9       50:25   50:25   51:1       79:11   79:12   79:16      105:12  105:12  105:13
11:21   11:22   11:23       30:10   30:12   30:13      51:3    51:5    51:9       79:16   79:16   80:4       105:16  105:17  105:17
11:24   12:2    12:4        30:18   30:19   31:1       51:13   51:13   51:17      80:5    80:9    80:11      105:18  105:18  105:20
12:11   13:1    13:4        31:3    31:5    31:6       51:20   52:1    52:5       80:15   81:4    81:4       105:21  105:21  105:23
13:5    13:7    13:14       31:6    31:7    31:8       52:14   52:17   52:22      81:5    81:7    81:8       105:24  106:1   106:2
13:22   13:24   14:11       31:10   31:11   31:11      52:23   52:25   53:8       81:11   81:14   81:25      106:6   106:9   106:10
14:13   14:14   14:14       31:17   31:18   31:18      53:9    53:9    53:9       82:2    82:17   82:18      106:20  106:20  106:24
14:18   14:21   14:22       31:20   31:21   31:22      53:10   53:11   53:18      82:18   82:24   83:3       107:4   107:5   107:5
15:2    15:6    15:9        31:22   31:24   31:25      53:22   53:24   53:25      83:8    83:10   83:11      107:9   107:10  107:10
15:12   15:13   15:18       32:3    32:7    32:8       54:4    54:4    54:6       83:15   84:8    84:11      107:14  107:15  107:15
15:20   15:21   15:24       32:9    32:10   32:10      54:6    54:7    54:8       84:14   84:18   84:21      107:16  107:21  108:3
16:3    16:4    16:6        32:10   32:15   32:16      54:8    54:10   54:10      84:22   84:24   85:4       108:7   108:9   108:11
16:10   16:10   16:12       32:24   33:1    33:8       54:12   54:12   55:1       85:5    85:10   85:11      108:12  108:13  108:15
16:15   16:18   16:18       33:10   33:11   33:16      55:1    55:3    55:8       85:12   85:13   85:13      109:5   109:12  109:13
17:2    17:3    17:3        33:17   33:19   33:19      55:10   55:19   55:22      85:14   85:15   85:16      109:17  109:24  109:24
17:6    17:7    17:8        33:20   33:20   33:23      55:24   56:2    56:6       85:18   85:19   85:19      110:16  111:6   111:7
17:9    17:10   17:10       33:25   33:25   34:2       56:11   56:12   56:13      85:21   85:21   85:22      111:8   111:16  111:16
17:10   17:12   17:13       34:2    34:7    34:11      56:17   56:18   56:19      86:3    86:5    86:6       111:18  111:19  111:21
17:17   17:17   17:19       34:15   34:23   34:25      56:23   56:24   57:2       86:8    86:8    86:12      111:21  112:4   112:5
17:20   17:22   17:24       35:1    35:2    35:2       57:6    57:7    57:19      86:13   86:14   86:14      112:8   112:9   112:22
18:5    18:5    18:7        35:4    35:5    35:5       57:22   57:25   58:1       86:15   86:15   86:16      112:24  112:24  113:6
18:8    18:9    18:11       35:6    35:10   35:11      58:5    58:5    58:10      86:19   86:19   86:21      113:9   113:10  113:10
18:11   18:11   18:12       35:11   35:12   35:12      58:14   58:14   58:15      86:23   86:24   86:25      113:14  113:15  113:15
18:12   18:13   18:14       35:12   35:15   35:20      58:18   58:19   58:20      87:2    87:7    87:8       113:18  113:19  113:22
18:15   18:17   18:17       35:21   35:22   35:22      58:22   58:25   59:2       87:13   87:14   87:15      114:1   114:4   114:6
18:18   18:20   18:22       36:3    36:4    36:5       59:10   59:11   59:12      87:16   87:22   87:22      114:7   114:8   114:14
```

NARANJO vs. STEPHEN B. SMITH    Condenselt™    their – to

Case No. cv-06321-1716    Document 14245    Entered on FLSD Docket 08/06/2014    Page 221 of 225

| | | |
|---|---|---|
| 115:6 | 115:17 | 116:2 |
| 116:5 | 117:4 | 117:24 |
| 117:25 | 117:25 | 118:14 |
| 118:17 | 118:17 | 118:18 |
| 118:21 | 119:4 | 119:6 |
| 119:10 | 119:11 | 119:13 |
| 119:16 | 119:16 | 119:21 |
| 119:21 | 120:10 | 120:11 |
| 120:16 | 121:9 | 121:14 |
| 121:20 | 121:20 | 122:11 |
| 122:12 | 122:14 | 122:20 |
| 122:22 | 123:6 | 124:8 |
| 125:8 | 125:8 | 125:11 |
| 125:13 | 125:14 | 125:21 |
| 126:12 | 126:13 | 126:14 |
| 126:14 | 126:18 | 126:19 |
| 126:20 | 126:20 | 126:20 |

**their** [13] 11:25
| | | |
|---|---|---|
| 25:25 | 47:15 | 47:22 |
| 51:16 | 89:21 | 89:24 |
| 91:23 | 99:22 | 100:17 |
| 100:20 | 119:1 | |

**them** [41]
| | | |
|---|---|---|
| 16:19 | 19:12 | 19:14 |
| 35:15 | 35:23 | 36:14 |
| 41:6 | 43:3 | 50:6 |
| 51:7 | 51:20 | 51:23 |
| 52:3 | 52:4 | 52:5 |
| 52:6 | 52:9 | 52:20 |
| 53:25 | 54:21 | 61:13 |
| 61:22 | 62:6 | 63:5 |
| 63:14 | 70:14 | 70:15 |
| 73:7 | 75:4 | 75:15 |
| 78:1 | 81:19 | 92:2 |
| 93:1 | 93:13 | 93:16 |
| 93:18 | 114:5 | 116:4 |
| 121:12 | | |

**themselves** [1]  90:16
**then** [23] 8:13    10:5
| | | |
|---|---|---|
| 16:6 | 17:5 | 18:16 |
| 25:13 | 33:7 | 38:10 |
| 47:17 | 53:24 | 69:22 |
| 75:19 | 89:20 | 89:23 |
| 92:4 | 92:6 | 92:6 |
| 97:21 | 100:16 | 101:10 |
| 112:3 | 113:2 | 126:19 |

**there** [222]    6:11
| | | |
|---|---|---|
| 6:24 | 8:9 | 12:8 |
| 12:24 | 13:13 | 14:7 |
| 15:10 | 17:1 | 17:18 |
| 19:13 | 19:25 | 21:6 |
| 21:10 | 22:14 | 23:1 |
| 23:2 | 24:6 | 25:1 |
| 25:9 | 26:3 | 26:7 |
| 26:16 | 26:16 | 27:25 |
| 28:2 | 28:5 | 28:8 |
| 28:8 | 28:10 | 28:15 |
| 28:22 | 29:2 | 29:3 |
| 29:11 | 29:12 | 29:13 |
| 29:15 | 29:17 | 29:19 |
| 30:5 | 30:12 | 30:16 |
| 30:18 | 30:24 | 30:25 |
| 31:21 | 31:22 | 32:6 |
| 32:8 | 32:9 | 32:13 |
| 32:16 | 32:19 | 32:19 |
| 32:21 | 32:22 | 33:16 |
| 33:22 | 33:23 | 34:11 |
| 34:12 | 34:14 | 34:15 |
| 34:16 | 34:20 | 34:21 |
| 34:22 | 34:23 | 35:4 |
| 35:14 | 39:21 | 40:5 |
| 40:10 | 40:19 | 41:2 |

| | | |
|---|---|---|
| 42:19 | 42:19 | 42:20 |
| 43:1 | 43:11 | 43:12 |
| 44:5 | 44:19 | 45:5 |
| 47:14 | 47:14 | 47:23 |
| 48:22 | 49:9 | 49:15 |
| 49:16 | 49:22 | 49:25 |
| 50:1 | 50:2 | 50:23 |
| 51:12 | 51:19 | 53:24 |
| 54:3 | 54:8 | 54:10 |
| 54:11 | 56:25 | 57:12 |
| 57:13 | 57:18 | 57:22 |
| 58:3 | 58:6 | 58:7 |
| 58:8 | 58:11 | 58:12 |
| 58:13 | 58:14 | 59:13 |
| 59:14 | 59:18 | 59:21 |
| 60:10 | 61:1 | 61:19 |
| 61:20 | 61:23 | 63:5 |
| 63:19 | 64:1 | 65:19 |
| 66:5 | 68:16 | 68:16 |
| 68:24 | 69:9 | 69:17 |
| 69:21 | 70:12 | 71:10 |
| 72:2 | 72:5 | 79:13 |
| 79:13 | 81:19 | 81:20 |
| 82:22 | 83:4 | 83:5 |
| 83:6 | 83:7 | 83:7 |
| 84:9 | 86:9 | 86:16 |
| 88:18 | 88:25 | 91:5 |
| 92:18 | 92:19 | 92:21 |
| 93:7 | 93:9 | 93:23 |
| 93:25 | 94:11 | 94:17 |
| 95:16 | 95:17 | 97:8 |
| 97:11 | 97:14 | 97:22 |
| 98:3 | 98:11 | 98:17 |
| 99:14 | 100:2 | 100:12 |
| 102:15 | 102:19 | 103:3 |
| 103:16 | 104:3 | 105:16 |
| 106:1 | 106:5 | 106:6 |
| 106:18 | 106:24 | 106:24 |
| 106:25 | 107:13 | 108:16 |
| 108:17 | 108:21 | 108:23 |
| 109:10 | 109:13 | 110:4 |
| 110:8 | 110:9 | 110:12 |
| 110:21 | 111:1 | 111:1 |
| 111:2 | 111:2 | 111:4 |
| 111:5 | 111:5 | 111:6 |
| 113:11 | 114:13 | 115:20 |
| 116:12 | 118:3 | 118:11 |
| 119:9 | 119:20 | |

**Thereupon** [13]  4:2
| | | |
|---|---|---|
| 5:3 | 10:24 | 38:1 |
| 38:19 | 45:23 | 60:19 |
| 61:3 | 62:11 | 65:8 |
| 77:8 | 80:11 | 121:20 |

**these** [38]
| | | |
|---|---|---|
| | | 16:19 |
| 16:22 | 18:1 | 33:10 |
| 33:22 | 34:1 | 34:8 |
| 34:9 | 35:19 | 35:25 |
| 36:9 | 36:11 | 36:13 |
| 37:3 | 37:6 | 38:11 |
| 44:21 | 45:15 | 51:8 |
| 52:18 | 57:14 | 60:5 |
| 60:6 | 60:10 | 62:5 |
| 63:21 | 64:9 | 64:14 |
| 64:18 | 67:25 | 68:17 |
| 82:21 | 83:9 | 84:11 |
| 92:16 | 92:23 | 92:24 |
| 109:1 | | |

**they** [159]    4:4
| | | |
|---|---|---|
| 7:1 | 7:12 | 9:25 |
| 10:21 | 12:3 | 16:12 |
| 16:13 | 16:15 | 16:16 |
| 16:17 | 18:10 | 18:18 |

| | | |
|---|---|---|
| 19:13 | 19:14 | 19:21 |
| 20:5 | 20:8 | 20:22 |
| 23:15 | 24:6 | 24:18 |
| 25:5 | 26:2 | 26:3 |
| 26:4 | 26:7 | 26:25 |
| 27:1 | 27:14 | 27:16 |
| 28:10 | 28:13 | 31:15 |
| 33:5 | 33:12 | 33:20 |
| 33:21 | 35:6 | 35:9 |
| 35:11 | 40:10 | 40:12 |
| 40:18 | 40:18 | 40:18 |
| 40:19 | 41:21 | 41:23 |
| 44:16 | 44:23 | 45:4 |
| 45:7 | 45:9 | 45:11 |
| 47:13 | 47:21 | 47:23 |
| 48:5 | 48:13 | 50:4 |
| 50:5 | 51:6 | 51:16 |
| 51:17 | 53:18 | 54:6 |
| 61:14 | 61:16 | 63:3 |
| 63:15 | 63:16 | 64:10 |
| 64:12 | 67:19 | 70:6 |
| 70:13 | 70:20 | 70:20 |
| 70:24 | 70:25 | 74:18 |
| 74:19 | 75:4 | 75:14 |
| 76:22 | 82:25 | 83:5 |
| 88:10 | 89:23 | 89:24 |
| 90:15 | 91:4 | 92:6 |
| 92:7 | 92:14 | 92:17 |
| 92:19 | 92:21 | 92:21 |
| 93:9 | 93:11 | 93:13 |
| 93:14 | 94:23 | 94:23 |
| 95:2 | 95:18 | 95:20 |
| 95:21 | 95:23 | 95:24 |
| 96:8 | 96:24 | 98:4 |
| 99:17 | 99:21 | 99:23 |
| 99:24 | 100:16 | 100:20 |
| 101:20 | 101:25 | 102:13 |
| 102:14 | 104:11 | 104:12 |
| 104:12 | 105:16 | 105:18 |
| 105:20 | 105:21 | 105:22 |
| 105:23 | 105:23 | 106:11 |
| 106:12 | 106:13 | 107:22 |
| 111:4 | 111:6 | 111:7 |
| 112:23 | 112:23 | 113:9 |
| 113:10 | 113:11 | 113:17 |
| 113:21 | 114:9 | 114:12 |
| 114:12 | 119:17 | 119:20 |
| 121:8 | 121:12 | |

**they're** [1]          68:12
**thick** [1] 94:24
**thicker** [3]          53:25
| | | |
|---|---|---|
| 109:5 | 110:4 | |

**thin** [5] 25:10    27:1
| | | |
|---|---|---|
| 59:7 | 95:24 | 114:23 |

**thing** [14]          17:2
| | | |
|---|---|---|
| 33:8 | 34:24 | 44:9 |
| 44:11 | 60:4 | 68:21 |
| 68:23 | 69:16 | 92:22 |
| 104:9 | 109:9 | 113:18 |
| 121:7 | | |

**things** [12]          12:2
| | | |
|---|---|---|
| 12:3 | 16:9 | 16:20 |
| 43:4 | 43:10 | 44:8 |
| 57:14 | 60:10 | 70:21 |
| 86:18 | 99:2 | |

**think** [19]          14:21
| | | |
|---|---|---|
| 26:15 | 26:20 | 27:2 |
| 27:8 | 36:2 | 36:9 |
| 36:12 | 36:22 | 39:14 |
| 48:19 | 49:9 | 62:21 |
| 69:18 | 97:13 | 103:2 |

| | | |
|---|---|---|
| **thinking** [1] | | 38:23 |

**third** [1]  17:25
**this** [150] 4:4    4:17
| | | |
|---|---|---|
| 8:16 | 11:7 | 17:16 |
| 18:19 | 19:1 | 20:18 |
| 21:5 | 22:11 | 22:14 |
| 24:4 | 24:20 | 24:20 |
| 25:11 | 25:25 | 27:17 |
| 28:10 | 31:21 | 32:8 |
| 34:10 | 34:14 | 34:20 |
| 36:5 | 38:3 | 38:21 |
| 40:23 | 42:7 | 43:25 |
| 44:6 | 44:9 | 44:11 |
| 45:25 | 47:17 | 48:19 |
| 50:13 | 50:15 | 53:7 |
| 55:15 | 56:6 | 56:24 |
| 57:2 | 57:15 | 57:15 |
| 57:15 | 57:15 | 57:16 |
| 58:16 | 58:25 | 60:6 |
| 60:12 | 60:21 | 61:17 |
| 62:13 | 62:25 | 63:8 |
| 63:11 | 63:25 | 64:3 |
| 64:20 | 64:21 | 64:21 |
| 64:23 | 65:2 | 65:5 |
| 65:10 | 66:4 | 66:5 |
| 66:9 | 67:2 | 67:22 |
| 68:11 | 68:18 | 68:23 |
| 69:16 | 70:9 | 71:6 |
| 71:6 | 71:9 | 71:15 |
| 73:12 | 75:9 | 75:18 |
| 76:1 | 77:6 | 77:6 |
| 77:10 | 77:25 | 79:10 |
| 79:18 | 80:13 | 81:1 |
| 81:1 | 81:6 | 81:10 |
| 85:7 | 88:2 | 88:22 |
| 89:1 | 89:4 | 89:17 |
| 90:10 | 90:11 | 91:11 |
| 91:22 | 92:11 | 96:20 |
| 97:21 | 97:23 | 98:3 |
| 98:25 | 99:20 | 99:23 |
| 100:23 | 101:8 | 101:9 |
| 101:13 | 102:1 | 103:22 |
| 104:1 | 104:1 | 104:14 |
| 104:16 | 104:19 | 106:14 |
| 107:9 | 108:24 | 109:20 |
| 110:13 | 110:22 | 112:20 |
| 113:17 | 113:18 | 113:22 |
| 114:22 | 115:1 | 115:15 |
| 115:15 | 116:19 | 119:9 |
| 120:23 | 122:19 | 123:5 |
| 123:23 | 124:12 | 125:15 |
| 125:22 | 126:15 | 126:16 |
| 126:18 | | |

**those** [38]          4:25
| | | |
|---|---|---|
| 14:1 | 27:15 | 27:25 |
| 31:11 | 31:17 | 35:18 |
| 35:21 | 42:21 | 43:19 |
| 45:15 | 49:24 | 51:14 |
| 57:25 | 60:23 | 61:1 |
| 61:9 | 61:11 | 63:17 |
| 63:23 | 68:1 | 75:3 |
| 79:14 | 79:17 | 80:24 |
| 80:25 | 93:21 | 94:5 |
| 95:6 | 96:13 | 96:17 |
| 105:20 | 107:24 | 112:14 |
| 113:21 | 114:5 | 118:18 |
| 119:19 | | |

**though** [5]          20:1
| | | |
|---|---|---|
| 52:20 | 97:4 | 98:7 |
| 111:1 | | |

**thought** [3]          27:10 |

| | | |
|---|---|---|
| **thousand** [1] | | 75:20 |

**three** [16]          9:23
| | | |
|---|---|---|
| 10:2 | 18:5 | 20:12 |
| 20:18 | 22:21 | 31:13 |
| 32:1 | 37:3 | 37:18 |
| 68:7 | 74:17 | 75:19 |
| 78:8 | 97:1 | 102:3 |

**through** [13]          10:25
| | | |
|---|---|---|
| 20:10 | 23:14 | 35:2 |
| 35:7 | 35:12 | 39:2 |
| 58:15 | 58:19 | 89:7 |
| 91:24 | 96:5 | 111:7 |

**till** [1]  8:13
**time** [65] 5:12    6:9
| | | |
|---|---|---|
| 6:23 | 7:10 | 7:15 |
| 7:18 | 9:22 | 10:7 |
| 10:16 | 15:3 | 17:3 |
| 18:19 | 19:24 | 22:2 |
| 22:5 | 27:9 | 28:9 |
| 28:17 | 29:3 | 30:6 |
| 30:10 | 35:5 | 35:25 |
| 39:19 | 39:22 | 41:21 |
| 43:12 | 46:7 | 48:19 |
| 49:23 | 50:5 | 50:14 |
| 54:4 | 58:5 | 58:15 |
| 64:13 | 64:15 | 64:15 |
| 65:2 | 72:8 | 72:12 |
| 77:7 | 78:11 | 78:14 |
| 85:22 | 86:14 | 86:15 |
| 88:14 | 88:19 | 90:13 |
| 90:18 | 91:2 | 91:5 |
| 92:5 | 93:10 | 96:19 |
| 96:25 | 97:12 | 100:10 |
| 102:1 | 104:16 | 112:24 |
| 113:10 | 113:23 | 120:19 |

**times** [5] 28:24    32:7
| | | |
|---|---|---|
| 99:14 | 100:2 | 100:12 |

**tipped** [1]          51:17
**to** [458] 1:23    4:3
| | | |
|---|---|---|
| 4:3 | 4:7 | 4:21 |
| 5:11 | 6:9 | 6:12 |
| 7:6 | 7:17 | 8:8 |
| 8:11 | 8:16 | 8:25 |
| 9:1 | 9:2 | 9:8 |
| 9:9 | 9:14 | 9:15 |
| 9:16 | 9:25 | 9:25 |
| 10:3 | 10:5 | 10:16 |
| 10:22 | 11:11 | 14:7 |
| 14:10 | 14:11 | 15:5 |
| 15:7 | 15:8 | 15:14 |
| 15:16 | 15:20 | 15:23 |
| 16:4 | 16:7 | 16:7 |
| 16:10 | 16:14 | 16:15 |
| 16:17 | 16:17 | 16:18 |
| 16:18 | 16:22 | 16:23 |
| 17:3 | 17:7 | 17:8 |
| 17:14 | 17:15 | 17:16 |
| 17:17 | 17:19 | 18:16 |
| 18:19 | 18:21 | 18:23 |
| 18:24 | 19:12 | 19:14 |
| 19:19 | 19:20 | 20:2 |
| 20:21 | 20:21 | 21:4 |
| 21:5 | 21:13 | 22:16 |
| 22:19 | 23:9 | 23:11 |
| 23:12 | 23:15 | 24:1 |
| 24:5 | 24:6 | 24:7 |
| 25:6 | 25:10 | 25:13 |
| 25:25 | 26:3 | 26:4 |
| 26:5 | 26:6 | 26:8 |
| 26:12 | 26:18 | 27:1 |
| 27:9 | 27:14 | 27:15 |

**NARANJO vs. STEPHEN B. SMITH**   Condenselt™   today - vessel

Case 0:00-cv-06022-JAL   Document 971   Entered on FLSD Docket 08/08/2001   Page 222 of 225

28:2 28:3 28:4
28:12 28:13 29:4
29:7 30:22 31:6
32:8 32:9 33:16
33:23 33:25 34:7
34:7 34:15 34:22
34:23 34:23 35:1
35:2 35:9 35:15
36:17 36:20 37:2
37:18 37:19 37:25
39:6 40:1 40:14
40:16 40:21 41:16
41:17 41:25 42:7
42:12 42:14 43:2
43:15 43:18 43:22
44:3 44:4 44:5
44:5 44:9 44:19
45:1 45:16 46:6
46:16 46:17 46:21
46:22 47:7 47:12
47:21 47:25 48:2
49:7 50:5 50:5
50:6 50:17 50:22
51:22 52:19 52:22
52:25 53:3 53:9
53:19 53:19 53:19
53:23 53:25 54:19
54:21 55:3 55:5
55:10 55:10 55:12
55:15 56:2 57:21
57:22 58:9 58:21
58:22 58:23 58:25
59:10 59:14 60:15
60:5 60:25 61:2
61:23 62:5 62:6
62:19 62:20 63:1
63:4 63:4 63:20
64:12 64:18 65:4
66:21 67:2 67:5
67:12 68:22 69:2
69:12 69:16 69:19
69:25 70:2 70:4
70:8 70:9 70:11
70:13 70:14 70:21
70:24 70:25 71:2
71:12 71:13 72:18
72:23 73:1 73:7
73:17 73:19 73:21
74:2 75:3 75:18
75:25 76:12 77:2
78:9 79:11 79:19
79:19 79:20 80:23
80:25 81:11 81:17
81:22 82:4 82:6
82:21 83:9 84:7
84:18 85:3 85:13
85:16 85:17 86:7
86:17 86:17 86:24
87:1 87:3 87:6
87:8 87:9 87:17
87:21 87:25 89:1
89:21 90:5 90:10
90:14 90:15 90:19
90:22 90:22 91:7
91:14 91:19 91:21
91:21 91:24 91:25
91:25 92:1 92:4
92:7 92:12 92:14
92:14 93:19 94:3
94:12 95:1 95:15
95:19 95:21 95:24
95:25 96:2 96:16
96:17 96:22 96:25
97:16 97:18 97:19
97:24 98:3 98:4
98:6 98:18 98:20
98:22 98:25 99:1
99:3 99:4 99:5
99:11 99:18 99:19
99:20 99:21 100:3
100:6 100:7 100:7
100:8 100:9 100:19
101:3 101:14 101:25
102:1 102:2 102:8
103:1 103:3 103:6
103:7 103:8 103:11
103:23 104:4 104:6
104:7 104:10 104:19
104:20 104:22 105:1
105:2 105:3 105:3
105:3 105:4 105:5
105:5 105:6 105:9
105:11 105:15 105:18
105:19 105:23 106:12
106:13 107:1 107:8
107:10 107:13 107:21
107:23 108:22 108:23
109:1 109:5 109:13
109:14 109:19 109:19
109:20 110:19 110:25
111:16 112:11 112:20
113:4 113:13 113:14
113:14 113:19 113:24
113:25 114:5 114:6
114:7 114:17 114:19
114:21 115:9 115:9
115:14 115:17 115:21
115:21 115:24 116:5
116:18 117:21 117:22
117:25 118:5 118:7
118:10 118:18 118:24
119:15 119:20 120:10
120:16 121:10 121:11
121:14 121:15 121:16
121:16 122:11 122:12
122:19 123:5 125:7
125:22 126:5 126:12
126:15 126:19 126:20

**today [6]**     5:12
7:20 74:8 90:2
96:13 111:20

**together [5]**    17:14
41:1 53:23 98:5
109:18

**told [13]** 41:21    42:19
70:15 83:4 94:23
99:11 99:12 107:12
107:13 107:22 110:25
114:22 118:4

**Toledo [1]**    5:23

**Tom [1]** 54:5

**ton [5]**    7:14    7:18
7:22 7:24 72:21

**Tony [27]**    20:25
21:1 21:11 27:24
28:1 28:8 44:5
67:9 67:17 67:21
70:8 82:5 97:7
97:13 97:21 97:22
98:8 98:20 98:22
98:23 99:4 100:25
101:11 112:21 113:15
114:1 114:24

**too [9]**    19:5    25:10

68:17 95:24 114:23
120:14

**took [36]** 5:1    8:17
13:17 14:17 15:6
15:7 15:11 15:14
18:6 21:24 24:20
24:23 28:10 28:19
30:12 33:4 35:22
46:3 49:8 51:4
51:7 51:25 59:25
61:17 62:1 68:11
71:15 76:22 94:16
97:2 101:23 102:4
104:9 104:18 104:21
116:20

**top [16]**    17:3    30:9
30:19 35:12 36:5
38:16 44:14 81:2
81:7 87:14 87:17
96:10 102:17 102:20
103:8 107:10

**Torch [6]**    14:1
20:16 20:18 35:22
48:22 113:22

**Tortora [3]**    14:2
48:20 48:24

**total [4]** 13:16    67:19
87:9 90:11

**totally [2]**    40:24
106:11

**towards [1]**    60:4

**towed [1]**    20:5

**town [1]** 86:18

**toys [1]** 17:6

**track [3]** 36:20    43:2
100:9

**trail [1]** 39:21

**train [1]** 74:19

**training [2]**    7:1
8:18

**transcribed [1]**  126:14

**transcript [5]**    122:11
123:5 125:9 126:14
126:20

**transformers [1]**
18:15

**transom [1]**    23:17
31:18 31:24 31:25
33:17 66:12

**traveled [1]**    72:13

**trial [1]** 116:15

**trials [1]** 76:6

**tried [2]** 26:3    98:18

**trouble [1]**    82:8

**truck [1]** 24:13

**true [6]**    100:4    100:14
100:17 120:20 122:12
125:9

**Truly [1]**    126:22

**try [1]**    55:25    100:9
101:8

**trying [3]**    87:6
90:10 113:19

**turn [4]**    31:6    38:12
73:8 73:8

**twenty [2]**    92:7
100:10

**two [24]**    7:18    7:22
9:23 15:1 22:21
31:4 33:13 34:7
42:20 45:15 47:22
49:10 58:13 61:24
72:21 76:5 82:25
98:8 98:12 108:16
110:9 114:5 119:19
121:1

**type [6]** 32:20    44:22
79:2 107:25 118:12
118:16

**U.S [2]**    6:8    7:23

**Uh-huh [1]**    18:3

**ultimately [2]**    120:7
120:21

**under [8]**    30:9
58:7 58:8 59:14
59:21 59:25 107:14
126:13

**undergoing [1]** 120:11

**underneath [14]** 23:18
29:17 42:12 42:16
55:1 56:7 58:3
60:7 83:2 83:5
93:3 109:13 110:22
118:13

**undersigned [1]** 124:8

**understand [24]** 42:11
55:4 55:5 55:13
55:17 64:21 65:18
82:13 84:4 84:6
84:7 84:12 84:17
87:11 88:2 88:15
90:10 91:19 93:6
96:1 96:12 98:1
98:2 110:2

**understanding [7]**
4:12 41:17 56:13
56:17 56:18 92:12
119:13

**understood [4]**    82:11
82:12 82:14 115:13

**underwater [2]**    18:20
19:18

**uniform [1]**    110:3

**UNITED [1]**    1:2

**units [1]** 23:25

**unless [3]**    32:19
55:9 55:13

**until [5]** 6:14    44:9
44:11 47:21 86:14

**up [60]**    7:5    7:16
8:9 9:24 9:24
15:14 16:7 17:6
17:17 18:18 19:12
19:14 19:16 19:17
21:4 21:5 24:5
26:10 29:15 30:7
32:4 32:9 32:15
34:21 36:17 37:18
38:13 44:9 47:18
48:17 50:6 50:13
55:2 57:16 57:17
58:11 60:4 60:4
60:9 60:14 69:10

73:18 76:13 78:1
78:25 81:2 81:20
84:9 85:22 85:23
86:18 90:22 93:5
93:15 97:3 104:4
113:2

**upgraded [1]**    7:17

**upgrading [1]**    18:22

**upon [2]** 59:10    80:25

**upper [1]**    19:3

**upward [1]**    67:14
68:2

**us [8]**    4:21    5:14
6:4 11:5 36:20
62:21 62:22 85:17

**use [7]**    29:7    29:10
50:5 52:23 53:3
53:25 117:9

**used [7]** 23:9    29:1
34:23 75:18 83:11
95:9 115:21

**uses [1]** 51:1

**usually [5]**    13:25
28:7 28:8 101:12
101:20

**vacation [6]**    22:24
24:17 24:24 84:18
85:2 85:12

**Valdes [56]**    2:8
3:9 4:24 33:13
36:14 37:4 38:15
41:13 50:21 52:9
52:11 52:19 55:8
55:14 60:18 60:22
63:7 65:11 66:22
69:3 70:1 73:5
73:20 77:11 79:23
80:7 80:14 83:18
83:22 83:25 97:24
97:25 99:7 99:18
101:3 103:12 104:24
107:2 108:13 111:11
111:14 113:3 113:12
114:10 116:7 116:17
117:1 117:11 119:23
120:1 120:4 120:13
120:17 121:3 121:5
121:18

**Valle [2]** 4:3    4:19

**Vancouver [2]**    78:25
116:14

**vent [4]**    73:4    73:6
73:17 75:4

**vented [3]**    72:6
72:24 78:17

**ventilation [1]**    13:6

**ventilator [1]**    44:18

**vents [1]** 56:8

**very [13]**    21:11    22:17
45:7 50:3 59:7
68:18 79:18 88:1
98:23 98:24 101:21
110:10 126:22

**vessel [49]**    7:19
12:9 12:11 15:21
18:7 19:7 19:23
20:1 20:3 21:5
21:8 21:15 21:17

NARANJO vs. STEPHEN B. SMITH    CondenseIt™    vessels - were

Case 0:00-cv-06022-JAL    Document 144    Entered on FLSD Docket 05/08/2002    Page 223 of 225

33:11    39:22    40:3
40:6    41:3    42:25
44:13    54:4    54:12
62:21    63:1    63:5
71:20    71:23    72:20
76:22    77:7    77:13
77:16    78:15    78:16
79:10    79:12    80:19
81:17    85:14    85:18
86:8    86:13    88:16
104:1    120:9    120:22

**vessels** [5]    54:15
54:21    54:25    56:5
75:3

**view** [1] 65:13

**visible** [1]    44:21

**void** [14] 42:4    59:14
66:5    72:24    73:17
75:3    75:6    78:16
96:9    102:15    106:19
110:22    111:2    111:5

**volt** [2]    31:4    31:15

**volunteer** [1]    114:14

**vs** [2]    1:8    126:9

**W** [1]    1:14

**W6** [1]    11:25

**Wait** [1] 109:15

**waived** [3]    121:19
121:22    126:19

**walk** [2] 59:1    59:12

**walked** [1]    112:13

**walkie-talkie** [1]
117:10

**walking** [3]    59:5
110:7    112:16

**walls** [1] 18:16

**wan-bam** [1]    104:3

**want** [24]    4:7
5:11    16:10    17:17
33:14    33:16    37:2
37:24    43:22    56:2
60:25    61:2    62:6
65:3    70:14    71:5
73:7    73:16    97:18
97:19    107:8    110:19
115:15    120:14

**wanted** [21]    9:25
15:16    16:6    17:2
17:5    20:2    40:19
64:12    70:20    70:22
70:23    70:25    87:25
101:9    105:18    109:4
110:2    110:4    115:11
115:22    118:17

**wants** [1]    118:18

**was** [377] 4:2    4:5
4:25    5:4    5:5
6:15    6:16    6:17
7:16    8:7    8:9
8:13    9:6    9:9
9:13    9:14    9:22
10:15    10:16    10:18
11:9    11:16    11:19
11:21    11:24    12:1
12:4    12:8    12:11
12:13    12:15    12:17
12:19    12:21    12:24
13:10    13:15    13:25

14:9    14:24    15:13
15:20    15:22    15:23
16:1    16:4    16:6
16:13    16:16    17:3
17:10    17:20    17:21
17:22    18:7    18:8
18:9    19:1    19:7
19:8    19:13    19:16
19:17    19:19    20:3
20:4    20:7    20:11
20:14    20:15    21:1
21:10    21:10    21:12
21:16    21:18    21:18
21:19    21:22    21:25
22:1    22:3    22:3
22:7    22:9    22:12
22:14    22:21    22:24
23:1    23:2    23:5
23:8    23:9    23:18
24:10    24:20    25:7
25:8    25:10    25:15
25:16    25:20    26:6
26:17    27:1    27:8
27:21    27:24    28:8
28:8    28:15    29:6
29:12    29:12    29:24
29:25    30:2    30:4
30:6    30:7    30:9
30:9    30:21    30:22
31:2    31:10    31:11
31:21    31:23    32:8
32:14    32:19    32:21
32:24    33:17    33:17
34:21    34:25    37:16
37:17    38:2    38:6
38:20    38:23    39:9
39:21    40:5    40:5
40:25    41:17    41:18
42:4    42:13    42:16
42:19    42:21    42:23
43:1    43:12    43:24
44:9    44:22    45:2
45:10    45:17    46:7
46:10    46:10    46:11
46:13    47:14    47:20
47:21    48:8    48:8
48:10    49:5    49:9
49:16    50:8    50:14
50:23    50:25    51:12
51:19    51:23    53:15
53:18    53:20    53:22
53:24    54:3    54:7
54:11    54:25    55:2
56:5    56:7    56:14
56:15    56:17    56:18
56:19    56:25    57:2
57:6    57:11    57:12
57:15    57:18    57:21
57:24    58:7    58:11
58:12    58:13    58:16
59:5    59:7    59:13
59:18    59:24    60:6
60:20    61:3    62:2
63:1    64:1    64:11
65:9    65:24    67:2
67:4    67:5    67:22
68:2    68:20    68:21
69:16    69:17    69:18
69:20    69:22    70:4
70:12    71:11    71:13
71:25    72:2    72:5
72:11    74:20    74:22
75:6    75:7    75:25

77:14    77:15    77:18
77:19    78:7    79:12
79:13    79:17    80:12
81:18    81:20    81:21
81:22    82:17    82:21
83:2    83:4    83:7
83:16    84:20    85:2
85:3    85:3    85:5
85:5    85:8    85:9
85:11    85:12    85:14
85:16    86:7    86:15
86:16    87:9    87:19
87:21    87:25    88:1
88:4    88:7    88:8
88:9    88:16    88:18
88:19    88:20    88:21
88:23    90:5    91:1
91:1    91:5    91:17
92:12    93:15    93:22
93:25    95:24    96:20
96:25    97:4    97:11
97:14    97:22    97:23
98:9    98:11    98:23
98:24    100:6    100:10
101:24    102:2    102:15
102:19    102:22    103:1
103:16    103:18    103:22
103:25    104:2    104:13
105:11    105:24    106:5
106:19    106:24    106:25
107:1    107:13    107:15
109:10    109:11    109:19
109:25    110:12    110:13
110:22    111:1    111:2
111:5    114:21    117:24
118:5    118:11    118:23
119:4    119:18    121:21
124:10    125:6    125:21

**washers** [1]    13:6

**wasn't** [21]    13:16
14:7    26:3    37:16
56:12    56:21    57:20
59:8    59:17    65:2
67:25    69:23    94:11
94:24    103:1    106:12
107:18    107:23    110:7
111:3    117:22

**watch** [3]    44:23
45:2    45:5

**watches** [1]    45:8

**water** [38]    17:20
17:23    17:24    18:5
18:8    18:9    19:8
19:20    20:4    21:18
21:19    22:4    29:20
30:25    32:3    32:9
32:12    32:17    32:22
32:24    35:3    38:13
42:21    54:22    58:2
58:7    58:12    58:21
58:22    79:7    83:1
85:11    85:13    85:15
102:13    102:14    106:19
106:24

**watertight** [5]    30:19
34:8    56:15    56:19
56:21

**Watson** [22]    20:25
21:1    27:24    28:1
44:5    67:9    67:17
67:21    70:8    97:8

98:8    98:20    100:25
101:11    112:21    113:15
114:1    114:21    114:25

**way** [18] 15:7    23:11
31:22    32:15    68:8
68:22    70:15    70:16
70:25    71:6    93:15
99:11    105:21    106:23
106:25    111:21    115:16
116:4

**we** [153]    4:15    5:11
10:4    11:5    11:10
11:24    13:3    13:5
13:13    14:2    15:6
15:7    15:9    15:11
15:14    15:18    16:7
16:12    16:21    16:21
16:22    16:22    16:24
17:7    17:8    17:15
17:16    17:16    18:4
18:4    18:16    18:19
18:21    18:22    18:24
19:1    19:6    19:20
20:1    20:2    20:20
20:21    22:16    23:8
23:9    23:10    23:12
23:12    26:5    27:16
27:18    27:19    27:22
28:7    29:1    29:3
29:14    29:16    30:7
30:15    33:4    33:7
33:7    34:2    34:2
34:6    34:9    35:24
36:5    36:9    36:14
36:17    36:19    36:20
36:25    37:5    37:9
37:10    37:18    38:11
39:16    41:11    43:4
43:7    44:4    44:6
44:6    45:14    46:5
46:6    47:12    52:9
53:23    54:5    56:3
56:6    58:14    58:15
58:21    58:22    60:22
61:2    61:21    62:5
65:6    65:7    68:14
70:9    70:9    72:13
72:15    74:22    75:22
76:23    77:12    80:22
84:10    85:15    87:13
87:14    87:16    90:20
91:7    94:17    95:1
97:7    97:9    97:9
98:10    98:22    99:1
99:2    99:20    99:23
104:4    105:13    105:25
109:15    109:17    110:8
113:16    113:17    113:19
114:2    114:23    115:13
116:15    116:22    119:8
120:6    120:14    126:16
126:18

**we'd** [1]    17:15

**we'll** [4]    37:6    65:6
77:5    79:25

**weather** [2]    7:4
7:4

**Weber** [28]    2:13
3:8    4:16    4:21
10:24    11:2    11:8
11:12    25:20    36:18

98:8    98:20    100:25
100:1    101:7    103:21
105:7    108:18    109:22
116:16    120:1    120:2
121:1    121:3    121:4

**week** [5]    10:2    14:22
17:22    22:24    86:19

**weeks** [3]    9:23
33:13    47:22

**weigh** [1]    110:10
112:1    112:3

**weird** [1]    88:8

**weld** [10]    27:17
57:11    57:12    64:20
69:1    69:5    69:6
70:5    102:3    118:5

**welded** [18]    18:18
57:1    56:24    57:6
57:24    67:22    68:20
69:11    69:17    69:18
69:20    69:22    69:24
71:9    71:10    79:15
97:1    107:1

**welder** [1]    99:15

**welders** [3]    21:7
21:13    117:25

**welding** [18]    12:8
14:7    19:18    21:2
25:13    42:9    43:10
45:9    104:1    104:7
104:13    115:4    115:6
117:17    117:21    117:23
117:25    121:13

**welds** [3]    57:18
68:7    68:10

**well** [47] 13:16    15:25
16:2    16:5    16:12
17:15    18:10    19:4
21:25    22:12    23:7
26:2    32:12    34:24
39:12    46:5    53:22
55:11    57:23    58:13
68:10    68:18    73:11
73:23    76:25    78:2
81:7    81:16    83:4
84:6    85:9    86:9
89:6    89:18    90:7
93:2    93:22    97:7
97:14    97:18    103:9
104:17    109:9    112:23
116:3    117:2    121:7

**went** [31]    6:9
8:11    9:1    13:17
14:25    16:15    16:24
16:25    17:19    21:4
21:5    21:17    21:21
31:6    31:25    34:6
35:2    35:4    46:6
94:22    94:24    98:12
99:11    100:24    105:25
106:13    107:10    107:12
109:5    111:7    112:15

**were** [162]    5:22
6:23    6:24    9:11
10:8    11:25    12:2
12:3    12:5    12:9
15:9    16:13    16:17
16:21    17:13    18:4
18:21    19:2    19:5
19:10    19:10    19:14

NARANJO vs. STEPHEN B. SMITH    CondenseIt™    weren't - yacht

Case 0:00-cv-06022-JAL    Document 59.41    Entered on FLSD Docket 06/08/2001    Page 224 of 225

| | | |
|---|---|---|
| 21:23 | 22:5 | 22:8 |
| 22:15 | 22:16 | 23:10 |
| 23:16 | 24:6 | 24:18 |
| 25:5 | 25:5 | 26:7 |
| 27:1 | 27:14 | 27:19 |
| 28:7 | 28:10 | 28:13 |
| 29:2 | 29:2 | 30:7 |
| 30:13 | 30:18 | 30:22 |
| 31:15 | 31:17 | 32:6 |
| 32:15 | 32:16 | 33:12 |
| 33:21 | 33:23 | 34:1 |
| 34:8 | 34:11 | 34:14 |
| 34:15 | 34:21 | 36:19 |
| 38:24 | 40:10 | 40:10 |
| 40:18 | 40:19 | 41:2 |
| 41:6 | 44:14 | 45:7 |
| 45:9 | 45:11 | 45:24 |
| 46:2 | 47:14 | 49:22 |
| 50:2 | 51:6 | 51:9 |
| 51:16 | 52:14 | 52:22 |
| 53:6 | 53:14 | 58:15 |
| 61:19 | 62:12 | 63:3 |
| 63:5 | 63:15 | 63:16 |
| 63:19 | 63:23 | 64:9 |
| 64:10 | 66:19 | 68:1 |
| 68:7 | 70:13 | 70:13 |
| 71:16 | 71:19 | 74:15 |
| 74:16 | 74:21 | 76:5 |
| 79:13 | 82:24 | 82:25 |
| 83:11 | 84:17 | 87:8 |
| 87:12 | 87:16 | 88:10 |
| 88:25 | 89:13 | 90:23 |
| 92:17 | 92:19 | 92:21 |
| 92:21 | 93:2 | 94:15 |
| 94:17 | 95:6 | 96:14 |
| 97:9 | 98:4 | 99:14 |
| 100:2 | 100:12 | 101:20 |
| 102:5 | 102:13 | 102:14 |
| 104:4 | 105:13 | 105:23 |
| 106:1 | 106:10 | 106:11 |
| 107:24 | 110:8 | 112:14 |
| 112:15 | 112:23 | 112:23 |
| 113:9 | 113:11 | 113:17 |
| 113:19 | 115:13 | 119:3 |
| 119:9 | 119:14 | 119:15 |
| 119:17 | 121:22 | |

**weren't** [2]    10:8
19:13

**West** [5] 2:8    2:18
15:7    15:8    126:6

**wct** [2]    29:18    30:18

**what** [132]    5:18
| 6:16 | 7:1 | 7:12 |
| 7:20 | 9:11 | 9:18 |
| 11:8 | 11:16 | 11;19 |
| 12:11 | 12:15 | 13:10 |
| 14:9 | 14:11 | 15:5 |
| 15:23 | 16:2 | 16:5 |
| 16:9 | 18:7 | 19:8 |
| 20:17 | 20:24 | 22:10 |
| 22:21 | 23:5 | 25:15 |
| 28:4 | 29:6 | 29:7 |
| 29:10 | 29:24 | 31:2 |
| 31:10 | 31:11 | 33:6 |
| 34:18 | 36:16 | 38:9 |
| 38:11 | 40:20 | 41:17 |
| 41:17 | 41:21 | 42:16 |
| 43:19 | 44:6 | 46:3 |
| 46:6 | 46:13 | 47:17 |
| 48:15 | 48:23 | 49:1 |
| 49:13 | 49:14 | 49:14 |
| 51:19 | 52:13 | 53:20 |

| | | |
|---|---|---|
| 59:11 | 59:20 | 59:23 |
| 60:8 | 61:16 | 62:20 |
| 63:17 | 65:7 | 65:18 |
| 68:5 | 68:14 | 69:6 |
| 69:12 | 69:14 | 70:9 |
| 70:19 | 70:22 | 70:23 |
| 70:24 | 71:4 | 74:18 |
| 74:19 | 79:2 | 82:3 |
| 82:5 | 82:6 | 82:17 |
| 82:23 | 83:2 | 83:16 |
| 85:22 | 87:7 | 87:11 |
| 87:21 | 87:25 | 88:6 |
| 88:11 | 88:21 | 90:20 |
| 92:12 | 92:23 | 93:4 |
| 93:10 | 94:6 | 95:1 |
| 95:9 | 96:19 | 97:9 |
| 97:19 | 98:20 | 98:21 |
| 98:25 | 99:1 | 101:1 |
| 103:23 | 103:25 | 104:4 |
| 104:16 | 105:22 | 109:23 |
| 115:13 | 115:24 | 116:10 |
| 118:16 | 118:22 | 120:8 |
| 120:21 | 121:12 | |

**whatever** [6]    15:10
15:12    74:12    75:14
85:5    89:10

**when** [94]    4:25
| 7:7 | 8:7 | 8:16 |
| 9:6 | 9:21 | 10:7 |
| 14:13 | 15:11 | 16:12 |
| 16:15 | 17:19 | 19:7 |
| 20:3 | 21:4 | 21:23 |
| 22:10 | 24:2 | 24:17 |
| 24:20 | 25:11 | 26:4 |
| 28:7 | 28:10 | 28:13 |
| 28:19 | 31:5 | 33:21 |
| 34:2 | 34:2 | 34:8 |
| 38:23 | 41:23 | 44:12 |
| 45:9 | 46:3 | 50:7 |
| 53:22 | 55:9 | 57:19 |
| 58:10 | 58:14 | 59:1 |
| 59:8 | 59:12 | 59:17 |
| 61:13 | 64:9 | 64:16 |
| 67:1 | 71:15 | 75:2 |
| 75:8 | 75:11 | 75:25 |
| 80:22 | 81:22 | 85:11 |
| 86:2 | 94:15 | 94:23 |
| 95:20 | 95:24 | 96:20 |
| 97:2 | 97:22 | 98:14 |
| 100:2 | 100:12 | 101:9 |
| 101:22 | 102:4 | 102:5 |
| 102:20 | 103:22 | 104:14 |
| 105:24 | 105:25 | 107:16 |
| 107:22 | 109:5 | 109:18 |
| 109:24 | 110:8 | 111:4 |
| 111:7 | 112:3 | 112:7 |
| 112:13 | 112:13 | 114:21 |
| 115:8 | 116:15 | 116:23 |

**where** [43]    5:22
| 7:16 | 9:2 | 9:16 |
| 10:18 | 13:15 | 20:7 |
| 22:8 | 23:18 | 27:6 |
| 30:2 | 31:23 | 31:25 |
| 32:3 | 32:24 | 33:17 |
| 35:10 | 56:6 | 56:14 |
| 57:9 | 60:3 | 60:11 |
| 63:15 | 68:6 | 68:19 |
| 68:19 | 69:17 | 77:18 |
| 79:16 | 85:7 | 94:15 |
| 99:14 | 102:5 | 105:6 |
| 105:8 | 105:11 | 105:16 |
| 105:18 | 113:6 | 115:21 |

**wherever** [1]    9:25

**whether** [15]    4:3
| 28:15 | 30:12 | 32:8 |
| 44:14 | 44:17 | 51:17 |
| 59:13 | 75:5 | 95:13 |
| 97:11 | 103:16 | 112:15 |
| 117:20 | 118:22 | |

**which** [17]    6:9
| 9:9 | 9:16 | 23:16 |
| 23:22 | 38:6 | 44:24 |
| 46:7 | 50:14 | 60:16 |
| 68:14 | 69:10 | 78:5 |
| 85:10 | 87:18 | 92:5 |
| 110:10 | | |

**while** [15]    10:4
| 12:25 | 15:13 | 18:8 |
| 18:9 | 19:1 | 21:9 |
| 21:19 | 30:21 | 70:12 |
| 85:7 | 85:11 | 87:24 |
| 92:17 | 120:11 | |

**who** [23] 4:17    15:23
| 16:1 | 16:3 | 20:13 |
| 23:20 | 24:4 | 24:5 |
| 24:10 | 24:15 | 25:18 |
| 27:10 | 39:8 | 45:1 |
| 47:7 | 53:8 | 53:16 |
| 87:4 | 89:16 | 93:20 |
| 96:17 | 125:22 | 126:20 |

**whoa** [5] 26:9    26:9
33:9    33:9    33:9

**whoever** [2]    10:11
53:18

**whole** [19]    16:16
| 19:3 | 22:18 | 34:20 |
| 44:8 | 47:20 | 47:23 |
| 60:2 | 60:4 | 60:8 |
| 63:22 | 77:7 | 79:12 |
| 87:14 | 93:4 | 104:9 |
| 112:24 | 113:22 | 117:4 |

**whose** [2]    26:6
35:17

**why** [15] 20:22    36:5
| 36:24 | 37:5 | 45:14 |
| 56:22 | 84:7 | 90:5 |
| 104:20 | 104:23 | 104:25 |
| 119:6 | 120:25 | 121:6 |
| 121:10 | | |

**will** [11] 1:14    2:17
| 4:20 | 4:22 | 37:18 |
| 47:5 | 75:15 | 79:20 |
| 79:24 | 84:8 | 126:5 |

**windows** [3]    13:5
19:5    87:15

**wires** [2] 34:21    35:6

**Wisconsin** [2]    2:14
84:9

**with** [86] 4:5    4:16
| 4:22 | 4:23 | 4:24 |
| 7:14 | 7:23 | 7:24 |
| 9:7 | 10:8 | 11:24 |
| 12:14 | 12:15 | 13:23 |
| 14:2 | 15:11 | 20:18 |
| 20:21 | 20:25 | 21:3 |
| 22:12 | 23:13 | 24:5 |
| 25:4 | 38:25 | 39:2 |
| 42:9 | 42:16 | 43:5 |
| 43:9 | 43:13 | 44:22 |
| 45:11 | 46:15 | 48:20 |
| 49:12 | 49:21 | 50:6 |

| | | |
|---|---|---|
| 53:17 | 56:8 | 62:2 |
| 67:13 | 70:11 | 71:25 |
| 72:13 | 75:6 | 76:24 |
| 77:21 | 78:16 | 81:24 |
| 82:1 | 82:9 | 82:18 |
| 82:21 | 87:19 | 89:24 |
| 90:11 | 91:7 | 92:2 |
| 92:5 | 93:13 | 93:16 |
| 94:2 | 96:20 | 98:7 |
| 98:17 | 100:10 | 101:16 |
| 104:5 | 105:9 | 105:10 |
| 107:3 | 109:20 | 114:20 |
| 115:10 | 115:11 | 115:15 |
| 116:2 | 119:10 | 121:9 |
| 125:13 | 126:12 | 126:20 |

**within** [1]    47:16

**without** [2]    107:24
126:20

**witness** [29]    3:4
| 5:4 | 25:22 | 27:4 |
| 33:19 | 35:21 | 38:18 |
| 47:1 | 50:19 | 50:22 |
| 52:5 | 52:17 | 55:15 |
| 55:19 | 55:22 | 55:24 |
| 73:3 | 80:4 | 80:9 |
| 94:9 | 99:19 | 103:15 |
| 104:25 | 108:15 | 109:17 |
| 113:6 | 113:9 | 114:8 |
| 124:11 | | |

**won't** [1]    47:2

**wood** [1] 50:12

**wooden** [2]    50:13
58:19

**word** [4] 52:24    53:3
82:20    82:20

**words** [5]    48:4
83:11    96:8    97:5
110:16

**work** [47]    12:24
| 14:4 | 16:4 | 17:9 |
| 18:7 | 21:11 | 21:13 |
| 22:21 | 24:16 | 25:18 |
| 42:14 | 43:6 | 43:6 |
| 43:8 | 43:12 | 43:13 |
| 43:20 | 43:24 | 44:9 |
| 46:15 | 53:18 | 64:10 |
| 67:9 | 67:10 | 70:11 |
| 71:2 | 71:3 | 71:7 |
| 78:23 | 81:15 | 81:17 |
| 81:18 | 86:2 | 86:4 |
| 86:9 | 88:13 | 88:23 |
| 91:2 | 92:4 | 99:23 |
| 106:12 | 117:23 | 118:16 |
| 118:21 | | |

**workday** [1]    85:6

**worked** [16]    6:13
| 10:10 | 10:11 | 12:25 |
| 13:23 | 25:19 | 46:9 |
| 54:14 | 54:20 | 54:24 |
| 56:9 | 78:2 | 78:7 |
| 85:8 | 88:3 | 88:5 |

**worker** [1]    99:16

**workers** [2]    119:1
119:4

**working** [13]    6:19
| 9:22 | 10:8 | 21:7 |
| 21:25 | 22:1 | 24:18 |
| 25:8 | 25:8 | 42:24 |

| | | |
|---|---|---|
| **worth** [2] | | 47:22 |
| 75:14 | | |

**would** [167]    4:4
| 7:9 | 9:22 | 9:23 |
| 9:24 | 9:24 | 10:1 |
| 10:4 | 10:5 | 11:17 |
| 15:10 | 15:17 | 17:24 |
| 20:8 | 20:20 | 20:25 |
| 21:13 | 24:9 | 24:21 |
| 24:25 | 26:2 | 26:4 |
| 27:12 | 27:18 | 28:1 |
| 28:3 | 28:17 | 29:18 |
| 30:17 | 30:24 | 30:24 |
| 31:7 | 32:3 | 32:12 |
| 32:13 | 34:20 | 35:8 |
| 35:8 | 35:9 | 35:15 |
| 35:15 | 35:21 | 36:7 |
| 40:12 | 42:18 | 43:25 |
| 44:2 | 44:3 | 44:4 |
| 44:4 | 44:6 | 44:16 |
| 44:24 | 48:12 | 48:22 |
| 50:12 | 50:15 | 52:19 |
| 53:17 | 56:20 | 59:1 |
| 59:2 | 59:12 | 59:12 |
| 61:14 | 62:5 | 63:17 |
| 63:20 | 63:25 | 64:2 |
| 64:14 | 65:2 | 65:24 |
| 66:4 | 66:5 | 66:11 |
| 66:13 | 66:25 | 67:16 |
| 67:18 | 67:24 | 68:22 |
| 68:25 | 69:11 | 69:15 |
| 69:19 | 69:22 | 70:3 |
| 70:8 | 70:9 | 70:23 |
| 70:24 | 71:6 | 71:9 |
| 73:16 | 75:24 | 78:5 |
| 78:12 | 80:22 | 81:8 |
| 81:14 | 82:5 | 82:20 |
| 85:1 | 85:7 | 85:23 |
| 87:5 | 89:7 | 89:20 |
| 89:22 | 92:13 | 92:15 |
| 93:11 | 93:20 | 95:4 |
| 95:16 | 96:23 | 97:8 |
| 97:15 | 98:3 | 98:10 |
| 98:16 | 98:25 | 99:1 |
| 99:19 | 99:20 | 99:21 |
| 99:25 | 100:2 | 100:5 |
| 100:12 | 100:16 | 100:22 |
| 103:2 | 106:6 | 107:12 |
| 108:1 | 109:1 | 110:16 |
| 110:25 | 111:5 | 111:18 |
| 112:9 | 112:11 | 112:17 |
| 113:13 | 113:22 | 113:24 |
| 114:12 | 114:13 | 114:25 |
| 115:9 | 115:19 | 117:24 |
| 117:25 | 118:3 | 118:4 |
| 118:7 | 118:8 | 118:18 |
| 118:21 | 118:23 | 119:11 |
| 119:20 | 119:20 | 120:23 |
| 126:16 | | |

**wouldn't** [7]    30:5
58:4    58:8    67:10
69:14    90:15    116:4

**wrapped** [1]    30:7

**writing** [2]    81:4
81:5

**wrote** [1]    48:5

**X** [1]    3:3

**yacht** [13]    5:13
| 6:14 | 8:8 | 10:10 |
| 29:22 | 54:5 | 54:6 |
| 75:9 | 75:12 | 75:23 |

| yachts [1] | 77:25 |
| Yamaha [1] | 29:25 |
| yard [11] 17:11 | 17:12 |
| 20:4 30:8 | 47:8 |
| 71:13 85:24 | 91:1 |
| 99:16 119:6 | 121:11 |
| yards [1] 13:18 | |
| yeah [2] 93:19 | 94:25 |
| year [6] 6:14 | 7:17 |
| 11:16 14:9 | 14:15 |
| 116:19 | |
| years [9] 8:8 | 64:7 |
| 64:14 74:17 | 76:25 |
| 78:12 78:13 | 83:12 |
| 112:6 | |
| yes [167] 8:2 | 8:6 |
| 10:22 12:23 | 13:2 |
| 13:3 13:21 | 14:19 |
| 15:4 15:22 | 17:12 |
| 17:21 19:25 | 21:16 |
| 22:3 22:7 | 23:4 |
| 24:19 24:25 | 26:20 |
| 27:4 28:24 | 29:1 |
| 29:9 29:23 | 31:16 |
| 31:19 32:2 | 32:2 |
| 32:5 35:8 | 37:4 |
| 37:20 38:8 | 39:1 |
| 39:4 39:7 | 39:18 |
| 39:20 39:23 | 39:25 |
| 40:4 40:7 | 40:9 |
| 40:12 41:6 | 41:13 |
| 44:16 45:13 | 45:22 |
| 46:23 48:22 | 49:6 |
| 50:10 50:20 | 51:6 |
| 51:11 51:21 | 52:2 |
| 52:10 53:12 | 53:13 |
| 53:15 55:11 | 59:5 |
| 60:2 60:24 | 61:10 |
| 61:12 62:3 | 62:3 |
| 62:7 62:8 | 62:9 |
| 62:25 63:24 | 64:2 |
| 64:11 65:15 | 65:17 |
| 65:20 65:22 | 66:13 |
| 66:17 70:3 | 71:9 |
| 71:18 71:21 | 72:7 |
| 72:9 73:3 | 73:23 |
| 74:1 74:3 | 74:6 |
| 74:9 74:12 | 74:14 |
| 75:11 75:24 | 76:4 |
| 76:7 76:18 | 76:20 |
| 76:23 77:6 | 77:14 |
| 77:17 77:23 | 78:4 |
| 78:10 78:24 | 79:1 |
| 80:17 80:20 | 80:22 |
| 81:3 81:8 | 81:13 |
| 82:7 83:24 | 84:20 |
| 84:23 85:20 | 86:10 |
| 86:22 89:15 | 91:18 |
| 93:1 94:4 | 95:16 |
| 95:23 96:3 | 96:7 |
| 96:11 98:9 | 98:12 |
| 100:6 100:15 | 100:18 |
| 100:22 101:13 | 101:13 |
| 101:17 102:25 | 106:3 |
| 106:5 107:7 | 108:6 |
| 108:8 108:10 | 109:3 |
| 109:7 110:1 | 110:15 |
| 112:10 112:19 | 113:4 |
| 113:9 113:21 | 115:23 |
| 116:1 116:9 | 117:3 |
| 117:6 119:17 | 119:22 |

| yet [2] | | |
| 117:8 | 117:8 | |
| you [593] 4:8 | | 5:11 |
| 5:22 | 5:24 | 6:4 |
| 6:23 | 6:24 | 7:2 |
| 7:4 | 7:5 | 7:7 |
| 7:13 | 7:21 | 7:25 |
| 8:1 | 8:17 | 9:2 |
| 9:6 | 9:18 | 9:18 |
| 10:8 | 10:8 | 11:4 |
| 11:5 | 12:2 | 12:5 |
| 12:9 | 12:14 | 12:25 |
| 13:22 | 13:23 | 14:3 |
| 14:5 | 14:17 | 15:2 |
| 15:5 | 15:16 | 16:2 |
| 17:13 | 17:18 | 17:23 |
| 17:25 | 20:13 | 20:18 |
| 20:25 | 21:4 | 21:6 |
| 21:15 | 21:23 | 22:6 |
| 22:8 | 22:10 | 22:15 |
| 22:17 | 22:20 | 22:23 |
| 23:20 | 24:2 | 24:4 |
| 24:15 | 24:17 | 24:22 |
| 24:24 | 25:2 | 25:3 |
| 25:4 | 25:25 | 26:15 |
| 27:2 | 27:6 | 27:10 |
| 27:11 | 27:13 | 27:24 |
| 28:5 | 28:12 | 28:19 |
| 28:20 | 29:7 | 29:7 |
| 29:7 | 29:10 | 29:11 |
| 29:14 | 29:18 | 30:11 |
| 30:17 | 30:21 | 31:8 |
| 31:8 | 31:10 | 31:15 |
| 32:6 | 32:7 | 32:9 |
| 33:14 | 33:15 | 33:22 |
| 35:10 | 35:12 | 35:14 |
| 36:10 | 36:15 | 36:17 |
| 36:20 | 36:22 | 36:23 |
| 36:24 | 37:2 | 37:3 |
| 37:20 | 37:24 | 38:5 |
| 38:15 | 38:24 | 39:2 |
| 39:8 | 39:15 | 39:18 |
| 39:24 | 40:2 | 40:13 |
| 40:20 | 42:1 | 42:1 |
| 42:8 | 42:11 | 42:15 |
| 42:25 | 43:6 | 43:18 |
| 44:12 | 43:23 | 44:2 |
| 44:12 | 44:12 | 44:17 |
| 45:1 | 45:4 | 46:2 |
| 46:2 | 46:4 | 46:15 |
| 46:21 | 46:23 | 47:2 |
| 47:3 | 47:5 | 47:7 |
| 47:25 | 48:4 | 48:10 |
| 48:15 | 48:20 | 48:23 |
| 48:23 | 49:1 | 49:7 |
| 49:11 | 49:13 | 49:20 |
| 49:24 | 50:7 | 50:7 |
| 50:11 | 51:3 | 51:4 |
| 51:5 | 51:7 | 51:9 |
| 51:12 | 51:19 | 51:22 |
| 51:25 | 51:25 | 52:8 |
| 52:14 | 52:15 | 52:22 |
| 53:6 | 53:7 | 53:8 |
| 53:14 | 53:16 | 53:20 |
| 54:2 | 54:14 | 54:16 |
| 54:20 | 54:24 | 55:7 |
| 55:9 | 55:10 | 55:14 |
| 55:17 | 55:20 | 55:20 |
| 55:25 | 56:4 | 56:20 |
| 56:22 | 56:23 | 56:23 |
| 57:8 | 57:10 | 57:11 |
| 57:15 | 57:19 | 57:19 |
| 57:20 | 58:2 | 58:5 |
| 58:6 | 58:11 | 59:1 |

| 59:11 | 59:11 | 59:12 |
| 59:13 | 59:16 | 59:17 |
| 59:20 | 60:2 | 60:2 |
| 60:5 | 60:11 | 60:23 |
| 60:25 | 61:8 | 61:8 |
| 61:11 | 61:13 | 62:1 |
| 62:6 | 62:20 | 62:25 |
| 63:8 | 63:12 | 63:17 |
| 63:25 | 64:3 | 64:6 |
| 64:16 | 64:16 | 64:18 |
| 65:3 | 65:3 | 65:5 |
| 65:12 | 65:18 | 66:3 |
| 66:7 | 66:18 | 66:23 |
| 67:1 | 67:2 | 67:3 |
| 67:4 | 67:4 | 67:7 |
| 67:12 | 67:24 | 68:5 |
| 68:6 | 68:6 | 68:8 |
| 68:10 | 68:11 | 68:16 |
| 68:18 | 68:19 | 68:21 |
| 69:6 | 69:11 | 69:18 |
| 69:22 | 70:2 | 70:4 |
| 70:12 | 70:14 | 70:15 |
| 70:18 | 70:22 | 71:2 |
| 71:4 | 71:5 | 71:16 |
| 71:19 | 71:22 | 71:25 |
| 72:14 | 72:20 | 72:20 |
| 72:23 | 73:2 | 73:3 |
| 73:4 | 73:6 | 73:7 |
| 73:8 | 73:14 | 73:16 |
| 73:17 | 73:21 | 73:21 |
| 73:24 | 74:2 | 74:4 |
| 74:7 | 74:7 | 74:15 |
| 74:16 | 74:18 | 74:19 |
| 74:21 | 74:24 | 75:2 |
| 76:1 | 76:5 | 76:10 |
| 76:12 | 76:21 | 76:24 |
| 76:25 | 77:2 | 77:3 |
| 77:4 | 77:15 | 77:24 |
| 77:25 | 78:5 | 78:12 |
| 78:14 | 78:15 | 78:20 |
| 78:20 | 78:23 | 79:10 |
| 79:19 | 79:20 | 80:1 |
| 80:23 | 81:1 | 81:10 |
| 81:14 | 81:19 | 81:24 |
| 82:3 | 82:8 | 82:11 |
| 82:12 | 82:15 | 82:17 |
| 82:23 | 82:23 | 83:2 |
| 83:8 | 83:10 | 83:15 |
| 83:22 | 84:4 | 84:7 |
| 84:9 | 84:12 | 84:13 |
| 84:17 | 84:21 | 84:24 |
| 85:7 | 85:18 | 85:22 |
| 85:22 | 86:1 | 86:2 |
| 86:13 | 86:16 | 86:20 |
| 86:23 | 86:24 | 87:3 |
| 87:7 | 87:8 | 87:12 |
| 87:18 | 87:20 | 88:21 |
| 89:9 | 89:16 | 89:19 |
| 90:2 | 90:5 | 90:10 |
| 90:14 | 90:14 | 90:21 |
| 91:11 | 91:14 | 91:19 |
| 91:23 | 91:25 | 92:1 |
| 92:2 | 92:10 | 92:22 |
| 92:23 | 92:24 | 93:10 |
| 93:22 | 94:1 | 94:6 |
| 94:15 | 94:19 | 95:12 |
| 95:13 | 95:17 | 95:20 |
| 96:2 | 96:2 | 96:4 |
| 96:12 | 96:16 | 96:19 |
| 96:20 | 97:13 | 97:18 |
| 97:20 | 97:21 | 97:23 |
| 98:1 | 98:7 | 98:20 |
| 98:21 | 98:24 | 99:3 |

| 99:12 | 99:13 | 99:14 |
| 100:2 | 100:12 | 100:23 |
| 100:24 | 101:2 | 101:5 |
| 101:9 | 101:10 | 101:15 |
| 101:18 | 101:22 | 102:5 |
| 102:5 | 102:6 | 102:8 |
| 102:11 | 102:15 | 102:20 |
| 102:21 | 102:23 | 103:1 |
| 103:4 | 103:10 | 103:10 |
| 103:22 | 103:23 | 104:6 |
| 104:20 | 104:23 | 105:9 |
| 105:10 | 106:14 | 106:18 |
| 106:22 | 106:23 | 106:23 |
| 107:2 | 107:4 | 107:4 |
| 107:5 | 107:8 | 107:9 |
| 107:16 | 107:17 | 107:17 |
| 107:19 | 108:2 | 108:3 |
| 108:5 | 108:9 | 108:11 |
| 108:11 | 108:13 | 108:15 |
| 108:20 | 108:22 | 108:23 |
| 108:25 | 108:25 | 109:4 |
| 109:4 | 109:5 | 109:13 |
| 109:14 | 110:2 | 110:3 |
| 110:4 | 110:8 | 110:11 |
| 110:12 | 110:17 | 110:19 |
| 110:21 | 111:1 | 111:4 |
| 111:9 | 111:15 | 111:20 |
| 111:24 | 112:1 | 112:3 |
| 112:7 | 112:7 | 112:8 |
| 112:11 | 112:13 | 112:13 |
| 112:14 | 112:15 | 112:16 |
| 112:17 | 112:17 | 112:21 |
| 113:2 | 113:14 | 113:15 |
| 113:25 | 114:1 | 114:3 |
| 114:5 | 114:14 | 114:17 |
| 114:20 | 114:20 | 114:21 |
| 114:22 | 115:2 | 115:4 |
| 115:6 | 115:8 | 115:8 |
| 115:9 | 115:10 | 115:14 |
| 115:18 | 115:21 | 115:22 |
| 116:1 | 116:3 | 116:4 |
| 116:8 | 116:12 | 116:18 |
| 116:23 | 116:23 | 116:24 |
| 117:5 | 117:16 | 117:16 |
| 117:19 | 117:25 | 118:3 |
| 118:4 | 118:7 | 118:8 |
| 118:10 | 118:17 | 118:17 |
| 118:23 | 119:3 | 120:2 |
| 120:5 | 120:14 | 120:14 |
| 120:15 | 121:6 | 121:7 |
| 121:7 | 121:9 | 126:16 |
| | | 65:18 |
| you're [3] | | |
| 70:19 | 94:25 | |
| your [55] 4:9 | | 5:12 |
| 5:14 | 5:18 | 6:5 |
| 6:23 | 8:3 | 9:11 |
| 11:19 | 12:15 | 13:10 |
| 23:5 | 38:9 | 41:17 |
| 45:10 | 54:22 | 56:13 |
| 56:17 | 56:18 | 57:5 |
| 59:23 | 59:24 | 61:7 |
| 62:21 | 65:3 | 69:23 |
| 74:10 | 78:20 | 79:20 |
| 80:15 | 81:2 | 81:5 |
| 82:18 | 86:7 | 87:22 |
| 89:1 | 89:19 | 90:1 |
| 91:17 | 92:6 | 92:7 |
| 92:12 | 100:19 | 103:5 |
| 107:3 | 108:23 | 113:7 |
| 115:10 | 115:15 | 115:21 |
| 119:13 | 121:7 | 121:8 |
| 126:14 | 126:15 | |

| yourself [5] | | 94:20 |
| 96:2 | 97:22 | 117:19 |
| 126:12 | | |
| zone [1] 11:18 | | |