CIVIL MINUTES/CALENDAR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MAGISTRATE JUDGE __WILLIAM C. TURNOFF__   COURTROOM X

Case No. __00-6022-CV-LENARD__   Date __8/8/01__

Clerk __P. MITCHELL__   Time: __10:00AM__

Court Reporter _____   Tape No. _____

Title of Case __NARANJO vs. SMITH__

P. Attorney(s) __Manuel Valdes,__

D. Attorney(s) __Frank Sioli,, Lawrence Valle,__

Reason for Hearing __SETTLEMENT CONFERENCE__

Result of Hearing _Settlement conf held in chambers. Parties advised the following: (1) Mediation set 9/24/01. (2) Essential party, Zenith Insurance could be joined, accordingly, at the request of the parties, the settlement conf. adjourned pending private mediation. Plaintiff to notify court if private mediation is unsuccessful. Parties at this conference request the court to order Zenith, its attys. + corporate representative to be physically present at mediation. Further, if settlement is rescheduled, Zenith, attys and corp. representative must be present._

Case continued to _____ Time _____ For _____