UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6022-CIV-LENARD
MAGISTRATE JUDGE TURNOFF

HENRY NARANJO and
MARLENE RAMIREZ,

    Plaintiffs,

vs.

STEPHEN BYRON SMITH, and
PALMER JOHNSON, INC.

    Defendants,
_____/

PALMER JOHNSON, INC.

    Third Party Plaintiff,

vs.

TOM FEXAS YACHT DESIGN, INC.

    Third-Party Defendant.
_____/

## ORDER

THIS MATTER came before the Court on August 8, 2001, for a duly noticed settlement conference, and after hearing arguments of counsel and being otherwise advised in the premises

IT IS HEREBY ORDERED that this settlement conference is adjourned subject to the following:

    1. The parties to the case, along with insurance company representatives, shall attend the private mediation conference presently scheduled for August 24, 2001, at

CASE NO.: 00-6022-CIV-LENARD
MAGISTRATE JUDGE TURNOFF

10:30 a.m., in Miami, Florida;

2. That because of the Claim of Lien filed in this case pursuant to 33 U.S.C. §933 on May 9, 2001, the Zenith Insurance Company and their appointed counsel shall be physically present at the private mediation conference presently scheduled for August 24, 2001, at 10:30 a.m., in Miami, Florida;

3. That attorneys for the Plaintiffs shall notify this Court immediately of the results of the August 24, 2001 mediation conference;

4. That in the event this matter is not resolved at the August 24, 2001 mediation conference, this Court shall reconvene the settlement conference, and all parties and insurance company representatives are to appear in person, including a representative of the Zenith Insurance Company and their counsel.

DONE AND ORDERED this __14__ day of __Aug.__, 2001, in Chambers, at Miami, Florida.

THE HONORABLE WILLIAM C. TURNOFF
MAGISTRATE JUDGE

Copies furnished to:
F. David Famulari, Esquire
Manuel Valdes, Esquire
John D. Kallen, Esquire
David L. Weber, Esquire
Frank J. Sioli, Esquire
Joseph L. Mannikko, Esquire
Warren K. Sponsler, Esquire