LFV/FJS:lks
97-1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6022-CIV-LENARD
Magistrate Judge Turnoff

NIGHT BOX
FILED

AUG 16 2001

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

HENRY NARANJO and
MARLENE RAMIREZ,

    Plaintiffs,

v.

STEPHEN BYRON SMITH, and
PALMER JOHNSON, INC.,

    Defendants.
_____/

**DEFENDANT'S/THIRD PARTY PLAINTIFF, PALMER JOHNSON, INC.'S, REQUEST FOR COPIES OF BRADFORD MARINE, INC.'S RESPONSE TO SUBPOENA**

COMES NOW, the Defendant/Third Party Plaintiff, PALMER JOHNSON, INC., by and through its undersigned counsel, and requests that the Plaintiff, HENRY NARANJO, pursuant to the applicable Federal Rules of Civil Procedure, furnish the undersigned counsel with legible copies of each and every document received by Plaintiffs, pursuant to the Subpoenas Duces Tecum directed to Bradford Marine, Inc. It is requested that the copies be mailed to the office of the undersigned within ten (10) days of the receipt of same by the Plaintiff.

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true and correct copy of the foregoing motion has been furnished by mail this **16th** day of August, 2001 to: **Manuel Valdes, Esquire**, Law Offices of Manuel Valdes, Attorneys for Plaintiffs, 910 Madrid Street, Coral Gables,

VALLE & CRAIG, P.A., ATTORNEYS AT LAW
9155 SOUTH DADELAND BOULEVARD, SUITE 1000, MIAMI, FLORIDA 33156 • TELEPHONE (305) 373-2888

Florida 33134; **F. David Famulari, Esquire**, Co-Counsel for Plaintiffs, Blanck & Perry, P.A., 5730 SW 74th St., Suite 700, Miami, FL 33143; **John D. Kallen, Esquire**, Badiak, Will & Kallen, Attorneys for Stephen Byron Smith, 17071 West Dixie Highway, North Miami Beach, Florida 33160; **David L. Weber, Esquire**, Pinkert Law Firm LLP, 454 Kentucky Street, P.O. Box 89, Sturgeon Bay, WI 54235-0089; **Joseph L. Mannikko, Esquire**, Mannikko & Baris, P.A., Attorneys for Tom Fexas Yacht Design, Inc., 870 SW Martin Downs Blvd., Suite 1, Palm City, Florida 34990.

        VALLE & CRAIG, P.A.
        Co-Counsel for Defendant,
        PALMER JOHNSON, INC.
        Dadeland Centre
        Suite 1000
        9155 South Dadeland Boulevard
        Miami, Florida 33156
        Telephone:    (305) 373-2888
        Fax:    (305) 373-2889

By: _____
        LAURENCE F. VALLE
        Florida Bar No. 121382
        FRANK J. SIOLI
        Florida Bar No. 009652