UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HENRY NARANJO

CASE NO.: 00-6022-CIV-LENARD
MAGISTRATE JUDGE TURNOFF,

   Plaintiffs,

vs.

STEPHEN BYRON SMITH, and
PALMER JOHNSON, INC.

   Defendants.
_____/



### PLAINTIFF'S AMENDED EXPERT WITNESS DISCLOSURE

COMES NOW the Plaintiff, HENRY NARANJO, by and through undersigned counsel, and pursuant to the Court's Trial Order, files this amended expert witness disclosure adding two treating physicians to Paragraph Five below:

1.  Robert J. Camuccio, USCG (Ret.)
   56 Snapper Avenue
   Key Largo, FL 33037

   Mr. Camuccio is a naval architect and marine engineer and will testify about the design and construction of the cockpit explosion on the yacht.

2.  Richard P. Celestino
   RPC Rehabilitation Placement Consultants, Inc.
   Mizner City Center, Suite 143
   1700 North Dryre Highway
   Boca Raton, FL 33432

   Mr. Celestino is a vocational rehabilitation consultant and will testify as to Henry Naranjo's ability to engage in gainful employment.



CASE NO.: 00-6022-CIV-LENARD
MAGISTRATE JUDGE TURNOFF

3. Frederick A. Raffa, Ph.D.
17 South Osceola Avenue
Suite 200
Orlando, FL 32801

Mr. Raffa will testify as to the economic losses of Mr. Naranjo in the past and in the future as a result of the injuries sustained in the explosion on the yacht.

4. Dr. Burch Stewart, Ph.D
Applied Consumer Services, Inc.
9500 N.W. 77th Avenue
Bay #5
Hialeah Gardens, FL 33016

Dr. Stewart has a Ph.D. in chemistry, and based upon his experience, training, education and knowledge, is expected to testify as to the chemical reaction that most likely caused the explosion on the yacht.

5. Medical Experts:

   a. Gary B. Schwartz, M.D., Orthopaedic Surgeon;

   b. Gaetano J. Scuderi, M.D., Orthopaedic Surgeon;

   c. Gail P. Ballweg, M.D., Neurologist;

   d. Miriam Feliz, M.D., Physical Medicine;

   e. Anthony Hall, M.D., Neurosurgeon;

   f. Michael E. Hendrickson, Ph.D., Psychologist.

   g. *Ronald DeMeo, M.D., Pain Management*

   h. *Stuart B. Kroft, M.D, Physical Medicine and Rehabilitation*

2

CASE NO.: 00-6022-CIV-LENARD
MAGISTRATE JUDGE TURNOFF

## CERTIFICATE OF SERVICE

**IT IS HEREBY CERTIFIED** that a true and correct copy of the foregoing <u>PLAINTIFF'S AMENDED EXPERT WITNESS DISCLOSURE</u> was mailed on this 17 day of August, 2001, to the parties listed on the attached List of Service.

Respectfully submitted,

BLANCK & PERRY, P.A.
Co-Counsel for Plaintiffs
5730 S.W. 74th Street, Suite 700
Miami, Florida 33143
Tel: 305/663-0177; Fax: 305/663-0146

BY: _____
F. DAVID FAMULARI, ESQUIRE
FLA. BAR NO. 0860506

## LIST OF SERVICE

**John D. Kallen, Esquire**   (Fla. Bar No.: 277428)
Badiak, Will & Kallen
Counsel for Stephen Byron Smith
17071 West Dixie Highway
North Miami Bch, FL 33160
Tel: 305/945-1851
Fax: 305/944-8780

**David L. Weber, Esquire**   (Wisc. Bar No.: 1010749)
Pinkert Law Firm LLP
Co-Counsel for Palmer Johnson, Inc.
454 Kentucky Street
Sturgeon Bay, Wisconsin 54235-0089
Tel: 1/920/743-6505
Fax: 1/920/743-2041

**Frank J. Sioli, Esq.**   (Fla. Bar No.: 9652)
Valle & Craig, P.A.
Counsel for Palmer Johnson, Inc.
Dadeland Center, Suite 1000
9155 S. Dadeland Boulevard
Miami, FL 33156
Tel: 305/373-2888
Fax: 305/373-2889

**Joseph L. Mannikko, Esq.**  (Fla. Bar No.: 383120)
Mannikko & Baris
Counsel for Tom Fexas Yacht Design, Inc.
870 S.W. Martin Downs Boulevard
Suite 1
Palm City, Florida 34990
Tel: 561/283-0084
Fax: 561/283-1084