UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6022-CIV-LENARD

HENRY NARANJO and
MARLENE RAMIREZ,

    Plaintiffs,

vs.                              ORDER

STEPHEN BYRON SMITH and
PALMER JOHNSON, INC.,

    Defendants.
_____/

    This Cause came before the undersigned on <u>Defendant Palmer Johnson, Inc.'s Agreed Motion For Extension Of Time To Submit Fact Discovery</u>. The Court being fully advised, it is hereby ORDERED AND ADJUDGED that the within Motion is DENIED.

    DONE AND ORDERED, in Chambers, at Miami, Florida, this 24 day of Aug., 2001.

                                                 WILLIAM C. TURNOFF
                                               United States Magistrate Judge

cc:    Honorable Joan A. Lenard
        Laurence F. Valle, Esquire
        Manuel Valdes, Esquire
        F. David Famulari, Esquire
        John D. Kallen, Esquire
        David Weber, Esquire