UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   : 00-6022-CIV-LENARD
JUDGE      : JOAN A. LENARD
TRIAL DATE: 11/12/01

HENRY NARANJO

    Plaintiff(s),

vs.

**MEDIATORS REPORT**

STEPHEN BYRON SMITH

    Defendant(s).

*********************************

COMES NOW Judge Murray Meyerson (Ret.), the undersigned certified Mediator from **FLORIDA MEDIATION GROUP** and reports to this Honorable Court:

The Mediation was held on: 08-24-2001 10:30.

____    AN AGREEMENT WAS REACHED.

       ____ Mediation Agreement attached, with the parties consent.

✓    No Agreement was reached; Impasse.

____    The parties wish to continue settlement negotiations and may reconvene for a Continuation of the Mediation. Notice of the date, time and place shall be furnished to the parties and filed with the court. If no Notice of Mediation Agreement or Post-Mediation Agreement is filed on or before ____/____/____/ this matter shall be considered at an Impasse.

____    A Post-Mediation Settlement was reached, as per information received on ___/___/___, from _____.

____    Other:_____

_____.

Certified Mediator, **FLORIDA MEDIATION GROUP - FMG# 0-41125A**

( )
28 W. Flagler St.
10th Floor
Miami, FL. 33130
(305) 579-9990

( )
800 E. Broward Blvd.
Suite 400
Ft. Lauderdale, FL. 33301
(954) 522-9991

Copies to:
Clerk of Court
Counsel of record
Parties, (if unrepresented)

8/27/01
medrept.fed