UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6022-CIV-LENARD
MAGISTRATE JUDGE TURNOFF

HENRY NARANJO

    Plaintiff,

vs.

STEPHEN BYRON SMITH, and
PALMER JOHNSON, INC.

    Defendants,
_____/

PALMER JOHNSON, INC.

    Third Party Plaintiff,

vs.

TOM FEXAS YACHT DESIGN, INC.

    Third-Party Defendant.
_____/

## MEDIATION STATUS REPORT

COMES NOW the Plaintiff, HENRY NARANJO, by and through undersigned counsel, and pursuant to the Court's Order dated August 14, 2001, files this Mediation Status Report and states as follows:

1. This case was mediated on Friday, August 24, 2001, with all parties and other interested persons, in compliance with Magistrate Judge Turnoff's Order of August 14, 2001.

2. The parties to this case and other interested persons were not able to reach an agreement and an **IMPASSE** was declared.

CASE NO.: 00-6022-CIV LENARD<br>
MAGISTRATE JUDGE TURNOFF

## CERTIFICATE OF SERVICE

**IT IS HEREBY CERTIFIED** that a true and correct copy of the foregoing **MEDIATION STATUS REPORT** was mailed on this 27th day of August, 2001, to the parties listed on the attached List of Service.

    Respectfully submitted,

    BLANCK & PERRY, P.A.
    Co-Counsel for Plaintiff
    5730 S.W. 74th Street, Suite 700
    Miami, Florida 33143
    Tel: 305/663-0177; Fax: 305/663-0146

BY: _____
    F. DAVID FAMULARI, ESQUIRE
    FLA. BAR NO. 0860506

CASE NO.: 00-6022-CIV LENARD
MAGISTRATE JUDGE TURNOFF

## LIST OF SERVICE

**John D. Kallen, Esquire**   (Fla. Bar No.: 277428)
Badiak, Will & Kallen
<u>Counsel for Stephen Byron Smith</u>
17071 West Dixie Highway
North Miami Bch, FL 33160
Tel: 305/945-1851; Fax: 305/944-8780

**David L. Weber, Esquire**   (Wisc. Bar No.: 1010749)
Pinkert Law Firm LLP
<u>Co-Counsel for Palmer Johnson, Inc.</u>
454 Kentucky Street
Sturgeon Bay, Wisconsin 54235-0089
Tel: 1/920/743-6505; Fax: 1/920/743-2041

**Frank J. Sioli, Esq.**   (Fla. Bar No.: 9652)
Valle & Craig, P.A.
<u>Counsel for Palmer Johnson, Inc.</u>
Dadeland Center, Suite 1000
9155 S. Dadeland Boulevard
Miami, FL 33156
Tel: 305/373-2888; Fax: 305/373-2889

**Joseph L. Mannikko, Esq.** (Fla. Bar No.: 383120)
Mannikko & Baris
<u>Counsel for Tom Fexas Yacht Design, Inc.</u>
870 S.W. Martin Downs Boulevard
Suite 1
Palm City, Florida 34990
Tel: 561/283-0084; Fax: 561/283-1084

**Warren K. Sponsler, Esq.**   (Fla. Bar No.: 0893595)
Sponsler & Bennett, P.A.
Counsel for Zenith (LHWCA Carrier)
9950 Princess Palm Avenue
Registry II, Suite 102
Tampa, FL 33619
Tel: 1/813/664-0881; Fax: 1/813/664-8744