UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

HENRY NARANJO and
MARLENE RAMIREZ

    Plaintiffs,

v.

STEPHEN BYRON SMITH, and
PALMER JOHNSON, INC.

    Defendants,
_____/

PALMER JOHNSON, INC.

    Third Party Plaintiff,

v.

TOM FEXAS YACHT DESIGN, INC.

    Defendant.
_____/

CASE NO.: 00-6022-CIV-LENARD
JUDGE: WILLIAM C. TURNOFF

## TOM FEXAS YACHT DESIGN, INC'S MOTION
## FOR EXTENSION OF TIME TO SUBMIT FACT DISCOVERY

Tom Fexas Yacht Design, Inc., (Fexas) third party defendant, moves the Court for an order extending the time for Fexas to complete discovery and states:

1. Palmer Johnson moved pursuant to an agreed motion for an extension of time of 60 days to submit fact discovery.

2. Fexas joined in that motion; however, this Court denied Palmer Johnson's Motion by Order of August 24, 2001.

3. Fexas was joined in this lawsuit in July of 2001. Consequently, Fexas has had no

realistic opportunity to conduct discovery in the case.

4. The additional 60 days of time for fact discovery would be appropriate under the circumstances.

WHEREFORE, Fexas asks the court to grant Tom Fexas Yacht Designs, Inc., a 60 day extension of time to complete discovery.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail this 31st day of August, 2001 to **Laurence F. Valle, Esquire**, Frank J. Sioli, Esquire, Valle & Craig, P.A. at 9155 South Dadeland Boulevard, Suite 1000, Dadeland Centre, Miami, Florida 33156, to **Manuel Valdes, Esquire,** Law Offices of John W. Burke, P.A. at Suite 330, Ocean Bank Building 782 N.W. 42nd Avenue Miami, FL 33126 and **F. David Famulari, Esquire**, Underwood, Karcher & Karcher, P.A. 6th Floor, Grove Plaza Building, 2900 S.W. 28th Terrace, Miami, Florida 33133.

**MANNIKKO & BARIS**

By: _____
Joseph L. Mannikko 383120
Counsel for Tom Fexas Yacht Design, Inc.
870 SW Martin Downs Blvd., Suite 1
Palm City, Florida 34990
(561) 283-0084
(561) 283-1084 facsimile

F:\FEXAS\MOT.ext time discovery.01.wpd