UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6022-CIV-LENARD/TURNOFF

HENRY NARANJO and MARLENE
RAMIREZ,

       Plaintiff(s),

vs.

STEPHEN BYRON SMITH, and
PALMER JOHNSON, INC.,

       Defendant(s).

_____/

PALMER JOHNSON, INC.,

       Third Party Plaintiff,

V.

TOM FEXAS YACHT DESIGN, INC.,

       Defendant

_____/

FILED by _____ D.C.

SEP   5 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER DENYING DEFENDANT'S SECOND AGREED
## MOTION TO EXTEND EXPERT DISCOVERY DEADLINE

THIS CAUSE is before the Court on Defendant, Palmer Johnson, Inc.'s Second Agreed

Motion to Extend Discovery Deadline, (D.E. #126) filed August 31, 2001. After review of the

motion and the record in this matter, and being fully advised in the premises, it is

ORDERED AND ADJUDGED that the motion is DENIED.



Case No. 00-6022-CIV-LENARD/TURNOFF

**DONE AND ORDERED** in Chambers at Miami, Florida this $\underline{5}$ day of September, 2001.

JOAN A. LENARD
UNITED STATES DISTRICT JUDGE

Copies furnished to:      Magistrate Judge William C. Turnoff

F. David Underwood, Esq.
Underwood, Karcher & Karcher, P.A.
9th Floor, Grove plaza Building
2900 SW 28th Terrace
Miami, FL 33133

Laurence F. Valle, Esq.
Valle & Craig, P.A.
Dadeland Centre, Suite 1000
9155 South Dadeland Boulevard
Miami, FL 33156

Manuel Valdes, Esq.
Rivkind& Pedraza, P.A.
66 West Flagler Street, 6th Floor
Miami, FL 33130

John D. Kallen, Esq.
Badiak, Will & Kallen
17071 West Dixie Highway
North Miami Beach, FL

David L. Weber, Esq.
Pinkert Law Firm LLP
454 Kentucky Street
Sturgeon Bay. WI 54235-0089

George P. Ord. Esq.
Murphy, Reid, Pilotte, Ord & Austin
340 Royal Palm Way, Suite 100
Palm Beach, FL 33480

Shawn B. McKamey, Esq.
Billing, Cochran, Heath, et al.
888 SE 3rd Avenue, Suite 301
Ft. Lauderdale. FL 33316

Since the initiation of this Court's FAXBACK program, the parties are no longer required to submit envelopes with their motions & proposed orders. Orders should include a full service list.

-2-