LFV:FJS/lks
97-1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6022-CIV-LENARD
Magistrate Judge Turnoff

HENRY NARANJO and
MARLENE RAMIREZ,

    Plaintiffs,

v.

STEPHEN BYRON SMITH, and
PALMER JOHNSON, INC.,

    Defendants.
_____/

PALMER JOHNSON, INC.,

    Third Party Plaintiff,

v.

TOM FEXAS YACHT DESIGN, INC.,

    Defendant.
_____/

### DEFENDANT'S SECOND AMENED EXPERT WITNESS DISCLOSURE

COMES NOW the Defendant, PALMER JOHNSON, INC., by and through undersigned counsel, and pursuant to the Court's Trial Order, and files this its Second Amended Expert Witness Disclosure adds numbers 6, 10, and 11:

    1) Dave Jones
       D. E. Jones & Associates, Inc.
       607 Apalachee Circle, NE
       St. Petersburg, Florida 33702

       Mr. Jones is expected to testify that the vessel was designed pursuant to the applicable design standards of Naval Architecture.

    2) Lee Swanger, Ph.D. and/or Dave Wills, Ph.D.

ExPonent/Failure Analysis
4101 Southwest 71st Avenue
Miami, Florida 33155

Dr. Swanger and/or Dr. Wills are expected to testify that the vessel *Souvenir* conformed to the applicable engineering and manufacturing standards.

3) Manfred H. Ledford, Ph.D.
   Department of Finance
   University of Miami
   P.O. Box 248094
   Coral Gables, Florida 33124

   Dr. Ledford is expected to testify regarding the Plaintiffs' economic losses as a result of the incident.

4) Theodore S. Bilski, C.D.M.S., M.B.A.
   708 Kingston Court
   Apollo Beach, FL 33572

   Mr. Bilski is expected to testify concerning the Plaintiffs' vocational potential and present/future earning capacity.

5) Jay Stein, M.D.
   9699 NE 2nd Avenue
   Miami Shores, Florida 33138
   IME Orthopedist

   Dr. Stein is expected to testify concerning the Plaintiffs' Orthopedic condition.

6) Thomas J. Goldschmidt, M.D.
   1801 University Drive, Suite 209
   Coral Springs, Florida 33071
   IME Psychiatrist

   Dr. Goldschmidt is expected to testify concerning the Plaintiffs' neuropsychiatric and psychiatric condition.

7) Alan M. Wagshul, M.D.
   7330 SW 62nd Place
   Suite 310
   South Miami, Florida 33143

IME Neurologist

Dr. Wagshul is expected to testify concerning the Plaintiffs' neurological condition.

8) Guillermo Pasarin, M.D.
   4900 West Oakland Park Blvd., Suite 105
   Fort Lauderdale, Florida 33313

   Dr. Pasarin is expected to testify concerning the Plaintiffs' surgical residuals and condition, and whether any future neurosurgery may be necessary.

9) Bryce Epstein, M.D.
   21000 NE 28th Avenue
   Suite 104
   Aventura, FL 33180

   Dr. Epstein is expected to testify concerning the Plaintiff's physical condition based from a physiatrist's point of view.

10) Peter Rimmel
    Marine Chemical & Testing Co., Inc.
    3701 N.W. 94th Avenue
    Hollywood, FL 33024

    Mr. Rimmel previously testified concerning his expertise in Marine Chemistry and his opinions during his deposition herein.

11) Mark Tortura
    c/o Bradford Marine
    3051 State Road 84
    Fort Lauderdale, FL 33312

    Mr. Tortura previously testified concerning his expertise in welding and his opinions during his deposition herein.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing motion has been furnished by mail this **7th** day of September, 2001 to: **Manuel Valdes, Esquire**, Law Offices of Manuel Valdes, Attorneys for Plaintiffs, 910 Madrid Street, Coral Gables,

Florida 33134; **F. David Famulari, Esquire**, Co-Counsel for Plaintiffs, Blanck & Perry, P.A., 5730 SW 74th St., Suite 700, Miami, FL 33143; **John D. Kallen, Esquire**, Badiak, Will & Kallen, Attorneys for Stephen Byron Smith, 17071 West Dixie Highway, North Miami Beach, Florida 33160; **Joseph L. Mannikko, Esquire,** Mannikko & Baris, P.A., 870 SW Martin Downs Blvd., Suite 1, Palm City, Florida 34990, and **David L. Weber, Esquire**, Pinkert Law Firm LLP, 454 Kentucky Street, P.O. Box 89, Sturgeon Bay, WI 54235-0089.

        VALLE & CRAIG, P.A.
        Co-Counsel for Defendant,
        PALMER JOHNSON, INC.
        Dadeland Centre
        Suite 1000
        9155 South Dadeland Boulevard
        Miami, Florida 33156
        Telephone:   (305) 373-2888
        Fax:   (305) 373-2889

By: _____
        LAURENCE F. VALLE
        Florida Bar No. 121382
        FRANK J. SIOLI
        Florida Bar No. 009652