UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6022-CIV-LENARD

HENRY NARANJO and MARLENE RAMIREZ,

        Plaintiff,

vs.

STEPHEN BYRON SMITH,

        Defendant.
_____/

**RENOTICE**

TAKE NOTICE that a proceeding in this case has been reset for the place, date, and time set forth below:

| United States District Court<br>Southern District of Florida<br>300 N.E. First Avenue, Room 130<br>Miami, Florida 33132 | **Courtroom X** |
|---|---|
| | 10/16/2001 at 10:1 |

Settlement conference.

_____
Date: 9/5/2001

_____
William C. Turnoff
United States Magistrate Judge

cc:    Honorable Joan A. Lenard
       F. David Underwood, Esquire
       Manuel Valdes, Esquire
       John D. Kallen, Esquire
       Shawn B. McKamey, Esquire