LFV/FJS-lks
97-1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6022-CIV-LENARD
Magistrate Judge Turnoff

NIGHT BOX
FILED

SEP 1 4 2001

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

HENRY NARANJO and
MARLENE RAMIREZ,

      Plaintiffs,

v.

STEPHEN BYRON SMITH, and
PALMER JOHNSON, INC.,

      Defendants.

_____/

PALMER JOHNSON, INC..

      Third Party Plaintiff,

v.

TOM FEXAS YACHT DESIGN, INC.,

      Defendant.

_____/

## DEFENDANT/THIRD PARTY PLAINTIFF,
## PALMER JOHNSON, NOTICE OF JOINDER IN TOM FEXAS
## YACHT DESIGN'S MOTION FOR EXTENSION OF TIME

      COMES NOW, the Defendant/Third Part Plaintiff, PALMER JOHNSON, INC.. by

and through its undersigned counsel and hereby joins the Third Party Defendant's Motion

for Extension of Time to Submit Fact Discovery.

## CERTIFICATE OF SERVICE

      WE HEREBY CERTIFY that a true and correct copy of the foregoing motion has

been furnished by mail this _14_ day of September, 2001 to: **Manuel Valdes, Esquire.**

Law Offices of Manuel Valdes, Attorneys for Plaintiffs, 910 Madrid Street, Coral Gables,

Florida 33134; **F. David Famulari, Esquire**, Co-Counsel for Plaintiffs, Blanck & Perry,

P.A., 5730 SW 74th St., Suite 700, Miami, FL 33143; **John D. Kallen, Esquire**, Badiak,

Will & Kallen, Attorneys for Stephen Byron Smith, 17071 West Dixie Highway, North

Miami Beach, Florida 33160; **Joseph L. Mannikko, Esquire,** Mannikko & Baris, P.A.,

870 SW Martin Downs Blvd., Suite 1, Palm City, Florida 34990, and **David L. Weber,**

**Esquire**, Pinkert Law Firm LLP, 454 Kentucky Street, P.O. Box 89, Sturgeon Bay, WI

54235-0089.


VALLE & CRAIG, P.A.
Co-Counsel for Defendant,
PALMER JOHNSON, INC.
Dadeland Centre
Suite 1000
9155 South Dadeland Boulevard
Miami, Florida 33156
Telephone:          (305) 373-2888
Fax:                (305) 373-2889


By:_____
       LAURENCE E. VALLE
       Florida Bar No. 121382
       FRANK J. SIOLI
       Florida Bar No. 009652