LFV/clj
097-001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6022-CIV-LENARD
Magistrate Judge Turnoff

NIGHT BOX
FILED

SEP 14 2001

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

HENRY NARANJO and
MARLENE RAMIREZ,

    Plaintiffs,

v.

STEPHEN BYRON SMITH, PALMER
JOHNSON EXPORT SALES, INC.,
PALMER JOHNSON DISTRIBUTORS,
INC., and PALMER JOHNSON, INC.,

    Defendants.
_____/

### PALMER JOHNSON'S SECOND SUPPLEMENT TO PRETRIAL CATALOG

COMES NOW the Defendant, PALMER JOHNSON, by and through its undersigned attorneys and for its Second Supplement to its previously disclosed Witness Lists, states the name of the following, newly-discovered witness:

1.     Harry Rapsak
       c/o Bradford Marine

WE HEREBY CERTIFY that a true and correct copy of the foregoing motion has been furnished by mail this 12th day of September, 2001 to: **Manuel Valdes, Esquire**, Law Offices of Manuel Valdes, Attorneys for Plaintiffs, 910 Madrid Street, Coral Gables, Florida 33134; **F. David Famulari, Esquire**, Co-Counsel for Plaintiffs, Blanck & Perry, P.A., 5730 SW 74th St., Suite 700, Miami, FL 33143; **John D. Kallen, Esquire**, Badiak, Will & Kallen, Attorneys for Stephen Byron Smith, 17071 West Dixie

CASE NO. 00-6022-CIV-LENARD/TURNOFF

Highway, North Miami Beach, Florida 33160; and David L. Weber, Esquire, Pinkert Law Firm LLP, 454 Kentucky Street, P.O. Box 89, Sturgeon Bay, WI 54235-0089; Joseph L. Mannikko, Esquire, Mannikko & Baris, P.A., 870 S.W. Martin Downs Boulevard, Suite 1, Palm City, Florida 34990; and **Warren K. Sponsler, Esquire**, Sponsler & Bennett, P.A., Attorneys for The Zenith, 9950 Princess Palm Avenue, Registry II, Suite 102, Tampa, Florida 33619.

                VALLE & CRAIG, P.A.
                Co-Counsel for Palmer Johnson, Inc.
                Dadeland Centre, Suite 1000
                9155 South Dadeland Boulevard
                Miami, Florida 33156
                Telephone:  (305) 373-2888
                Facsimile:   (305) 373-2889
                Email:        valle@vallecraig.com

By: _/s/ Valle_____
      Laurence F. Valle, Esquire
      Florida Bar No. 121382
      Frank J. Sioli, Esquire
      Florida Bar No. 009652

2