FILED BY _____ D.C.

2001 SEP 26 PM 3: 48

CL...
CL...
S.D. OF FLA - MIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6022-CIV-LENARD

HENRY NARANJO and MARLENE RAMIREZ,

    Plaintiff,

vs.

STEPHEN BYRON SMITH,

    Defendant.
_____/

**RENOTICE**
(Cancelling October 16, 2001)

TAKE NOTICE that a proceeding in this case has been reset for the place, date, and time set forth below:

| United States District Court Southern District of Florida 300 N.E. First Avenue, Room 130 Miami, Florida 33132 | **Courtroom X** |
|---|---|
| | October 18, 2001 at 2:00 p.m. |

Settlement conference.

_9/26/2001_
Date

_____
William C. Turnoff
United States Magistrate Judge

cc:  Honorable Joan A. Lenard
      F. David Underwood, Esquire
      Manuel Valdes, Esquire
      John D. Kallen, Esquire
      Shawn B. McKamey, Esquire