UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

HENRY NARANJO and
MARLENE RAMIREZ

CASE NO.: 00-6022-CIV-LENARD
JUDGE: WILLIAM C. TURNOFF

  Plaintiffs,

v.

STEPHEN BYRON SMITH, and
PALMER JOHNSON, INC.

  Defendants,
_____/

PALMER JOHNSON, INC.

  Third Party Plaintiff,

v.

TOM FEXAS YACHT DESIGN, INC.

  Defendant.
_____/

### TOM FEXAS YACHT DESIGN, INC'S MOTION
### FOR CONTINUANCE OF SETTLEMENT CONFERENCE

Tom Fexas Yacht Design, Inc., (Fexas) third party defendant, moves the Court for an order continuing the Settlement Conference in the above-styled case from October 18, 2001 on the following grounds:

1.  The undersigned is lead counsel in the case of Weaver v. Jones, Nineteenth Judicial Circuit Case No.: 00-497-CA which is set for trial on October 18, 2001 before Judge Ben L. Bryan, Jr. in Stuart, Martin County, Florida. The trial date is set pursuant to an Order of the Court dated September 26, 2001. (Exhibit A) (This



case has been rolled over from several dockets beginning in March of 2001. It was initially scheduled for the March 5, 2001 through June 8, 2001 docket. By the order dated May 16, 2001 it was rolled over to the July through August, 2001 docket and placed on 48 hour notice. At the August 20, 2001 docket call it was ordered to be heard as the first case on October 3, 2001 with an alternate date of October 18, 2001.

2. On September 26, 2001 it was ordered heard on October 18, 2001.

3. On the same date of September 26, 2001 Judge William C. Turnoff rescheduled the Settlement Conference in the above-styled case for October 18, 2001 at 2:00 p.m. in Miami, Dade County, Florida. (Exhibit B)

4. The above-styled case is presently scheduled for trial on the two-week trial docket of Judge Joan A. Leonard commencing on November 12, 2001 with a Pretrial Conference scheduled for October 25, 2001.

WHEREFORE, Fexas requests an order continuing the date of the Settlement Conference to a date prior to October 25, 2001.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail this 3rd day of October, 2001 to **Laurence F. Valle, Esquire, Frank J. Sioli, Esquire**, Valle & Craig, P.A. at 9155 South Dadeland Boulevard, Suite 1000, Dadeland Centre, Miami, Florida 33156, to **Manuel Valdes, Esquire,** Law Offices of John W. Burke, P.A. at Suite 330, Ocean Bank Building 782 N.W. 42nd Avenue Miami, FL 33126, **David Weber, Esquire** and the **Pinkert Law Firm, LLP**, 454 Kentucky Street, Sturgeon Bay, Wisconsin, 54235-0089 and **John D. Kallen**, Badiak, Will & Kallen, 17071 West Dixie Highway, North Miami Beach, Florida 33160.

**MANNIKKO & BARIS**

By: _____
Joseph L. Mannikko 383120
Counsel for Tom Fexas Yacht Design, Inc.
870 SW Martin Downs Blvd., Suite 1
Palm City, Florida 34990
(561) 283-0084
(561) 283-1084 facsimile

F:\FEXAS\Mot Continue Settlement Conf.wpd

# EXHIBIT A

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
IN AND FOR MARTIN COUNTY, FLORIDA

MAHLON G. WEAVER and
ESTHER N. WEAVER,

      CASE NO.: 00-497-CA
      JUDGE: Bryan

    Plaintiffs,

vs.

JIM W. JONES and BONITA
L. JONES,

    Defendants.
_____/

### ORDER ON MOTION FOR CONTINUANCE

This matter came on to be heard before this Court on Defendants' Motion for Continuance, and the Court being advised that Plaintiffs do not oppose this motion, having heard argument of counsel, and being fully apprized in the premises, it is hereby:

ORDERED AND ADJUDGED:

1. The Motion for Continuance is _____Granted_____.

2. _____

3. ___Case will be heard on Oct 18 as scheduled___.

DONE AND ORDERED this __26__ day of __Sept__, 2001, in Stuart, Martin County, Florida.

_____
Ben L. Bryan, Jr.

Copies to:
Joseph L. Mannikko, Esq. Mannikko & Baris, 870 SW Martin Down Boulevard, Suite 1, *Palm City*, Florida 34990.
Leif J. Grazi, Esq., P.O. Drawer 2846, Stuart, Florida 34995



### IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
### MARTIN COUNTY, FLORIDA

*Ben L. Bryan Jr., Circuit Judge*                                8/20/01
100 East Ocean Blvd., Suite 263
Stuart, Florida 34994
Trial Period: September 24 - December 21, 2001
            (cases set through January 2, 2002)

**TRIAL SCHEDULE - CIVIL DIVISION**

PLACE:  Courtroom "A", 2nd Floor
        Martin County Courthouse
        100 East Ocean Boulevard
        Stuart, Florida 34994

ALL COUNSEL (AND ANYONE NEEDED FOR JURY SELECTION) ARE TO BE PRESENT ON THE DAY THEIR CASE IS SCHEDULED, WHETHER IT BE THE #1 CASE OR A BACKUP CASE. WITNESSES FOR BACKUP CASES SHOULD BE AVAILABLE AT 1:30 P.M. ON THAT DATE.

A CASE NOT TRIED ON ITS SCHEDULED DATE IS RESCHEDULED FOR THE DOCKET CALL ON *DECEMBER 3, 2001 AT 9:00 A.M. (Jury) OR 10:30 A.M. (Non-Jury).* COUNSEL WILL BE PRESENT WITH CALENDARS. CASES SPECIALLY SET HEREIN FOR DATES SUBSEQUENT TO DECEMBER 3 ARE NOT REQUIRED TO ATTEND THE DECEMBER 3 DOCKET CALL.

---

### Monday, September 24, 2001*

**9:00 a.m., #1 on Docket:**
99-393 CA        Rubio vs Joynes et al              RUBIO, pro se
                 (4 days)    JURY                   BELL

**9:00 a.m., #2 on Docket:**
00-100 CA        McIlvain vs Prudential             GOLDSTEIN
                 (4 days)    JURY                   ANDERSON/HAGAN

**9:00 a.m., #3 on Docket:**
00-235 CA        Moore vs Ardizzone et al           LEWIS
                 (4 - 5 days)    JURY               RICHARDS

**9:00 a.m., #4 on Docket:**
98-880 CA        Nehme vs Colkitt et al             PONSOLDT
                 (10 days)    JURY                  COATES
                                                    OLSEN / KONOLIGE

**9:00 a.m., #5 on Docket:**
99-458 CA        Dubois vs Stephens et al           STONE
                 (5 - 8 days)    JURY               CRAIG

## Monday, October 1, 2001*

**9:00 a.m., #1 on docket:**
99-068 CAR          Re: Commitment of Joseph Warren          NELSON, ASA
                    (4 days)    JURY                          HEATHERINGTON, APD

**9:00 a.m., #2 on docket:**
00-211 CA           Greene vs C & D Contractors et al         BOWDISH
                    (7 days)    JURY                          WACKEEN

**9:00 a.m., #3 on docket:**
99-485 CA           Coulter vs Nationwide                     BARIS       Settled
                    (4 days)    JURY                          COLOWICH

## Wednesday, October 3, 2001

**9:30 a.m., #1 on docket: (alternative date: 10/18/01)**
00-497 CA           Weaver vs Jones                           BARIS
                    (1 ½ days)  NONJURY                       GRAZI

**9:30 a.m., #2 on docket:**
00-587 CA           AAA Triple "S" vs Ambrose                 DAVID
                    (2 days)    NONJURY                       HARVEY

## Monday, October 8, 2001

**9:00 a.m.:**
99-492 CA           Donlon, Trustee vs Meyer                  McCLUSKEY
                    (1 day)     NONJURY                       SIEGEL

## Monday, October 15, 2001

**9:00 a.m., #1 on Docket:**
99-723 CA           Morgan vs Baskin et al                    FRIEDLAND
                    (7 - 8 days)    JURY                      BURT
                                                              WARREN

**9:00 a.m., #2 on Docket:**
00-355 CA           Eastwood vs Eden Park                     CUMMINGS
                    (7 - 10 days) JURY                        VANDENBERG

**9:00 a.m., #3 on docket:**
01-001 CA           Kennedy, as PR vs Eden Park               WARNER
                    (7 - 10 days) JURY                        VANDENBERG

**9:00 a.m., #4 on docket:**
00-737 CA           **Levine vs E. Fla. Eye Institute**                LOREN
                    (3 - 4 days)   **NONJURY**                         GRAZI

### Wednesday, October 17, 2001

**9:30 a.m.:**
00-193 CA           **Balady Intl. Trade vs Diamond Embroidery**       COPELAND
                    (1 day)   **NONJURY**                              GIANINO

### Thursday, October 18, 2001

**9:30 a.m.: *(if not heard on 10/3/01)*:**
00-497 CA           **Weaver vs Jones**                                BARIS
                    (1 ½ days)   **NONJURY**                           GRAZI

### Friday, October 19, 2001

**9:30 a.m.:**
99-317 CA           **First Union vs Kohlhepp**                        RUBIN
                    (1 day)   **NONJURY**                              BONFIGLIO

### Monday, October 22, 2001

**#1: Possible carryover from last week: Morgan vs Baskin. If not:**

**#2: Possible carryover from last week: Eastwood vs Eden Park. If not:**

**#3: Possible carryover from last week: Kennedy vs Eden Park. If not:**

**9:00 a.m., #1 on docket:**
00-472 CA           **Waldbauer vs Regency Realty et al**              SOBEL
                    (3 - 4 days)   **JURY**                            VOCELLE
                                                                       HOECKER

**9:00 a.m., #2 on docket:**
98-896 CA           **Luque vs Bush**                                  FELDMAN
                    (4 days)   **JURY**                                HAGAN

**9:00 a.m., #3 on docket:**
00-538 CA           **Heenan vs Harbach**                              PETERSON
                    (3 - 4 days)   **JURY**                            COSBY

## Thursday, October 25, 2001

*1:30 p.m.:* (case to be completed on <u>Friday, October 26, at 1:30 p.m.</u>)
98-748 CA         Fennell vs Whitehead et al                                      PONSOLDT
                  (1 day)   NONJURY                                               McINTYRE

## Monday, October 29, 2001*

*9:00 a.m., #1 on docket:*
99-834 CA         Steger & Steger vs Richard Scott Doss                           NEGRON
                  (2 - 3 days)   JURY                                             DOSS, pro se

*9:00 a.m., #2 on docket:*
99-869 CA         Graci vs Sherman et al                                          RUBIN        12/3
                  (4 days)   JURY                                                 COLOWICH     Docket Call

*9:00 a.m., #3 on docket:*
00-386 CA         Davidson vs Hataway et al                                       CRARY
                  (2 ½ - 3 days)   JURY                                           LANIER
                                                                                  GOODRICH

*9:00 a.m., #4 on docket:*
00-603 CA         Keeler vs Correctional Physician Sves. et al                    BENRUBI
                  (5 days)   JURY                                                 SISTARE
                                                                                  DIAZ/FIGUEROA

*9:00 a.m., #5 on docket:*
00-701 CA         Kirkell vs Collins Moving & Storage                             GREENSPAN
                  (5 days)   JURY                                                 STEVENS

*9:00 a.m., #6 on docket:*
00-742 CA         Kopp vs Rodriguez et al                                         SOBEL
                  (4 days)   JURY                                                 BRANNAN
                                                                                  RODRIGUEZ, pro se

*9:00 a.m., #7 on docket:*
00-469 CA         Martin County vs Melrose et al                                  GOLIS
                  (4 - 5 days)   JURY                                             RUBIN

## Thursday, November 1, 2001

*9:30 a.m., #1 on docket:*
99-583 CA         Alex vs SPS Commercial Center                                   KOEBE
                  (3 days)   NONJURY                                              GRAZI

**_9:30 a.m., #2 on docket:_**
01-293 CA           Marketing Special vs Osprey Marketing        McCANN
                    (2 days)   **NONJURY**                       ELDER

## Thursday, November 6, 2001

**_1:30 p.m.:_**
00-778 CA           Young vs Woodlawn Park                       PONSOLDT
                    (½+ day)   **NONJURY**                       GOSNELL
                                                                 McCANN

## Tuesday, November 13, 2001*

**_9:30 a.m., #1 on docket:_**
98-718 CA           Patriot Farms vs Nofsinger et al             RICHMAN
                    (7 days)   **JURY**                          GRAZI

**_9:30 a.m., #2 on docket:_**
00-327 CA           Navarro vs Rollins Leasing et al             CERVANTES
                    (4 days)   **JURY**                          KELLER

**_9:30 a.m., #3 on docket:_**
97-400 CA           Young vs T.M. Enterprises, et al             WATSON
                    (5 - 7 days)   **JURY**                      DAVIS

**_9:30 a.m., #4 on docket:_**
99-324 CA           Saunders vs Kimmel et al                     VOCELLE
                    (3 - 4 days)   **JURY**                      MANNIKKO
                                                                 JONES, pro se

**_9:30 a.m., #5 on docket:_**
99-367 CA           Rhodes vs Town of Sewall's Point et al       SHERLOCK
                    (5 days)   **JURY**                          PIPER

**_9:30 a.m., #6 on docket:_**
00-353 CA           Helle vs First Natl. vs Lovvorn et al        GALANTE
                    (3 - 3 ½ days)   **JURY**                    PERRY

**_9:30 a.m., #7 on docket:_**
00-770 CA           Irvine vs Blair et al                        NEGRON
                    (4 days)   **JURY**                          VAN KEUREN
                                                                 BROWN/SINGER

**_9:30 a.m., #8 on docket:_**
00-923 CA           Kissling vs Sea                              MELVILLE
                    (3 days)   **JURY**                          VAN KEUREN

**_9:30 a.m., #9 on docket:_**
01-122 CA          **Burns vs Rubino et al**                       SMITH
                   (4 - 5 days)   **JURY**                         JOHNSON
                                                                   DUNDAS

## Thursday, November 15, 2001

**_9:30 a.m.:_**
00-455 CA          **Aaronson vs Zangre et al**                    LEVENSTEIN
                   (2 days)   **NONJURY**                          ELDER
                                                                   SCHLICHTING

## Monday, November 19, 2001*

**_#1: Possible carryover from last week, re: Patriot Farms vs Nofsinger. If not:_**

**_#2: Possible carryover from last week, re: Young vs T.M. Enterprises. If not:_**

**_9:00 a.m., #1 on docket: (may start Tues., 11/20)_**
99-684 CA          **Taylor vs McDowell**                          BEATTY
                   (2 days)   **JURY**                             HAYSKAR

**_9:00 a.m., #2 on docket:_**
00-023 CA          **Bush vs Jones**                               BARIS
                   (2 ½ days)   **JURY**                           GRAZI

**_9:00 a.m., #3 on docket:_**
00-370 CA          **Heron vs Torrence**                           LARSEN
                   (3 days)   **JURY**                             VAN KEUREN

**_9:00 a.m., #4 on docket:_**
00-458 CA          **Re: Forfeiture of 1994 Nissan**               BODNER, AAG
                   (1 day)   **JURY**                              BOHNER-SIKET, pro se

**_9:00 a.m., #5 on docket: (alternative date: Tues., 11/20)_**
00-802 CA          **Fire & Casualty vs Genova Truck et al**       MOSES
                   (3 days)   **JURY**                             PONSOLDT / SORENSON
                                                                   KNIGHT / GARCIA
                                                                   HAYSKAR / McMANUS

## Monday, November 26, 2001*

**_9:00 a.m., #1 on docket:_**
97-880 CA          **Carlson vs Hanson et al**                     MOSKOWITZ
                   (3 - 4 days)   **JURY**                         SOBEL / COSBY
                                                                   HAYSKAR

**9:00 a.m., #2 on docket:**
| | | |
|---|---|---|
| 98-264 CA | T.S. vs Schwartz et al<br>( 5 days)    JURY | BRANDT / LESSER<br>LURVEY |

**9:00 a.m., #3 on docket:**
| | | |
|---|---|---|
| 99-338 CA | Shelden vs Martin Memorial et al<br>( 5 days)    JURY | UDELL/RICHARD<br>BARTOLOMEI<br>KING |

**9:00 a.m., #4 on docket:**
| | | |
|---|---|---|
| 00-047 CA | Reiland vs Jaworski<br>(3 days)    JURY | PONSOLDT<br>BELL |

**9:00 a.m., #5 on docket:**
| | | |
|---|---|---|
| 98-488 CA | Marshall vs Gary et al<br>(3 days)    JURY | CARLSON<br>CAPOBIANCO |

**9:00 a.m., #6 on docket:**
| | | |
|---|---|---|
| 00-389 CA | Sheltra vs Martin County Fair Assn.<br>(2 - 3 days)    JURY | MATTHEWS<br>CANNON |

**9:00 a.m., #7 on docket:**
| | | |
|---|---|---|
| 00-660 CA | Robinson vs Wiener<br>(2 ½ - 3 days)    JURY | McHALE<br>BOBKO |

**9:00 a.m., #8 on docket:**
| | | |
|---|---|---|
| 00-808 CA | Fincel vs Mehl<br>(4 days)    JURY | KLAYMAN<br>BROOKMYER |

**9:00 a.m., #9 on docket:**
| | | |
|---|---|---|
| 00-852 CA | Kertesz vs Menzel et al<br>(3 days)    JURY | SORENSON<br>RUTLEDGE |

**9:00 a.m., #10 on docket:**
| | | |
|---|---|---|
| 00-868 CA | Gigante vs Martin County School Bd.<br>(4 days)    JURY | CRARY<br>HAYSKAR |

## Tuesday, November 27, 2001

**9:30 a.m.:**
| | | |
|---|---|---|
| 99-488 CA | Hanby vs McRoberts/Immesberger<br>(4 days)    NONJURY | WILKINS<br>CRAFT<br>GRAZI |

## Friday, November 30, 2001

**9:00 a.m., #1 on docket:**
99-739 CA      **Graziano vs Bruner**      MADDEN
         (1 day) **NONJURY**      LEVENSTEIN

**9:00 a.m., #2 on docket:**
00-506 CA      **Klosset vs Martin County**      GWYNN
         (1 day) **NONJURY**      RODRIGUEZ
         STOREY

## Monday, December 3, 2001*

**9:00 a.m., #1 on docket:**
97-091 CA      **Orvis vs Caulkins et al**      SCAROLA
         (5 - 7 days) **JURY**      DIKEMAN

**9:00 a.m., #2 on docket:**
00-857 CA      **Parker vs Centex Homes**      CONWAY
         (4 ½ - 5 days) **JURY**      GARCIA

**9:00 a.m., #3 on docket:**
01-011 CA      **Robertson vs Neveux et al**      ROWARS
         (4 - 5 days) **JURY**      MORTELL
         CUSTER

**9:00 a.m., #4 on docket:**
99-019 CA      **Alibrandi vs Bayles**      DAVID
         (5 - 6 ½ days) **JURY**      BRODIE / MAIN
         D'AMBROSIO
         GRAZI / RUTLAND
         O'GRADY, pro se

**9:00 a.m., #5 on docket:**
99-139 CA      **Bagley vs Boland et al**      ALI
         (6 - 7 days) **JURY**      COOKE
         HUNTER

**9:00 a.m., #6 on docket:** *(if not heard 10/15)*
00-737 CA      **Levine vs E. Fla. Eye Institute**      LOREN
         (3 - 4 days) **NONJURY**      GRAZI

## Friday, December 7, 2001

**9:00 a.m., #1 on docket:** *(if not heard 10/17)*
00-193 CA      **Balady Intl. Vs Diamond Embroidery**      COPELAND
         (1 day) **NONJURY**      GIANINO

**9:00 a.m., #2 on docket:**
00-426 CA      Reardon vs First National et al      STEGER
               (½ day)   NONJURY      HENNESSEY

## Monday, December 10, 2001

**#1: Possible carryover from last week: Orvis vs Caulkins. If not:**

**9:00 a.m., #1 on docket:** *(also on 12/3 NonJury Docket)*
00-842 CA      Martin Memorial vs Schwartz, as PR      PERRY
               (½ + day)   NONJURY      ELDER
                                                       BLUMENKOPF

**9:00 a.m., #2 on docket:**
00-906 CA      Como Oil vs Mancil's Tractor Services      McINTYRE
               (½ day)   NONJURY      ELDER

## Monday, December 17, 2001

**9:00 a.m.:**
99-040 CA      Cardinal Roofing vs Sierra Condominium      KOEBE
               (3 days)  NONJURY      GRAZI

## Tuesday, December 18, 2001

**9:00 a.m.:** *(if not heard 11/27)*
99-488 CA      Hanby vs McRoberts/Immesberger      WILKINS
               (4 days)  NONJURY      CRAFT
                                                       GRAZI

## Wednesday, December 19, 2001

**9:00 a.m.:**
01-006 CA      Kimco vs Queen Enterprises et al      SCHATTNER
               (½ day)   NONJURY      MADDEN

## Thursday, December 20, 2001

**9:30 a.m.:**
00-359 CA      City of Stuart vs Leonard et al      RUTLAND
               (1 day)   NONJURY      BEATTY

### Wednesday, December 26, 2001

**10:00 a.m.:**
00-443 CA       **Bates vs Kruger**       RUBIN
                   (2 days)   **NONJURY**      GITLEN

### Thursday, December 27, 2001

**9:30 a.m.:**
00-757 CA       **Zayas vs Martin Magnetic**       MATTHEWS
                   (1 day)  **NONJURY**      COHEN

### Monday, December 31, 2001

**9:00 a.m.:**
00-656 CA       **Clarke vs C.S.E. Paving**       FLECK
                   (1 day)   **NONJURY**      CASCIO

### Wednesday, January 2, 2002

**9:30 a.m.:**
98-818 CA       **Combs vs Odyssey**       MORTELL
98-819 CA       **Ahern vs Odyssey**       MEYERS
                   (2 - 5 days, dependent on pre-trial conference)

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
IN AND FOR MARTIN COUNTY, FLORIDA

MAHLON G. WEAVER and
ESTHER N. WEAVER,

    Plaintiffs,

vs.

JIM W. JONES and BONITA
L. JONES,

    Defendants.
_____/

CASE NO.: 00-497-CA
JUDGE: Bryan

## ORDER RESETTING TRIAL DATE

THIS CAUSE came before the Court on Plaintiff's Motion to Reschedule or for Continuance of the trial date set of July 2 and 3, 2001, in this case and the Court having reviewed the pleadings and being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1. The trial in this cause presently scheduled on July 2 and 3, 2001 is continued.

2. The trial has been rescheduled to ____48 Notice____, 2001 at _____. m.

3. ____by new trial by Aug 20 - docket by Aug 20____

DONE AND ORDERED in Chambers at Stuart, Martin County, Florida this _16_ day of __May__, 2001.

                                            Ben L. Bryan, Jr.
                                            Circuit Court Judge

Copies furnished to:
Leif J. Grazi, Esq., P. O. Drawer 2846, Stuart, FL 34995
Joseph L. Mannikko, Esq., 870 SW Martin Downs Boulevard, Suite 1, Palm City, FL 34990

# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6022-CIV-LENARD

HENRY NARANJO and MARLENE
RAMIREZ,

        Plaintiff,

vs.

STEPHEN BYRON SMITH,

        Defendant.
_____/

**RENOTICE**
(Cancelling October 16, 2001)

TAKE NOTICE that a proceeding in this case has been reset for the place, date, and time set forth below:

| United States District Court<br>Southern District of Florida<br>300 N.E. First Avenue, Room 130<br>Miami, Florida 33132 | **Courtroom X** |
|---|---|
| | October 18, 2001 at 2:00 p.m. |

Settlement conference.

_9/26/01_
Date

_____
William C. Turnoff
United States Magistrate Judge

cc:    Honorable Joan A. Lenard
        F. David Underwood, Esquire
        Manuel Valdes, Esquire
        John D. Kallen, Esquire
        Shawn B. McKamey, Esquire