UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6022-CIV-LENARD
MAGISTRATE JUDGE TURNOFF

HENRY NARANJO

    Plaintiff,

vs.

STEPHEN BYRON SMITH, and
PALMER JOHNSON, INC.

    Defendants,
_____/

PALMER JOHNSON, INC.

    Third Party Plaintiff,

vs.

TOM FEXAS YACHT DESIGN, INC.

    Third-Party Defendant.
_____/



### PLAINTIFF, HENRY NARANJO'S, MOTION IN LIMINE EVIDENCE BY DR. MIRIAM FELIZ AND OTHER MEDICAL PROVIDERS

COMES NOW the Plaintiff, HENRY NARANJO, by and through his undersigned counsel, and files this Motion in Limine seeking an Order to exclude any evidence by Dr. Miriam Feliz, or any other medical providers, of Plaintiff's alleged malingering and/or symptom magnification and/or exaggeration of injury. In support thereof, the Plaintiff states as follows:

1. HENRY NARANJO was severely injured on July 7, 1997, due to an explosion while he worked on the yacht motor "Souvenir", *ex* "Captivator.



CASE NO.: 00-6022-CIV-LENARD
MAGISTRATE JUDGE TURNOFF

2. Henry Naranjo came under the care and treatment of Dr. Miriam Feliz a physiatrist. Dr. Feliz was deposed and stated that she believes that the Plaintiff was exaggerating his injuries and/or symptom magnifying. This opinion by Dr. Feliz is an improper comment on the truthfulness or veracity of Henry Naranjo.

3. It is impermissible for a witness to comment on the truthfulness or veracity of another. <u>General Telephone Company and American Motorists Insurance Company v. Wallace</u>, 417 So.2d 1022 (2DCA 1982). Such comments invade the province of the jury as the finder of fact. <u>Davis v State</u>, 527 So.2d 962 (5 DCA 1988). The jury is free to observe the Plaintiff and make its own determination as to the believability of the witness.

4. Additionally, Dr. Feliz's comments would only serve to confuse and mislead the jury and its probative value is substantially outweighed by its prejudicial effect.

WHEREFORE, the Plaintiff, HENRY NARANJO, respectfully requests this Honorable Court to enter an order excluding any evidence by Dr. Miriam Feliz, or any other medical provider, of Plaintiff's alleged malingering, symptom magnification, and/or exaggeration of the injury.

CASE NO.: 00-6022-CIV-LENARD
MAGISTRATE JUDGE TURNOFF

## CERTIFICATE OF SERVICE

**IT IS HEREBY CERTIFIED** that a true and correct copy of the foregoing PLAINTIFF'S MOTION IN LIMINE was mailed on this ___11___ day of October, 2001, to the parties listed on the attached List of Service.

Respectfully submitted,

BLANCK & PERRY, P.A.
Co-Counsel for Plaintiff
5730 S.W. 74th Street, Suite 700
Miami, Florida 33143
Tel: 305/663-0177; Fax: 305/663-0146

BY: _____
F. DAVID FAMULARI, ESQUIRE
FLA. BAR NO. 0860506

3

CASE NO.: 00-6022-CIV-LENARD
MAGISTRATE JUDGE TURNOFF

# LIST OF SERVICE

**John D. Kallen, Esquire**   (Fla. Bar No.: 277428)
Badiak, Will & Kallen
<u>Counsel for Stephen Byron Smith</u>
17071 West Dixie Highway
North Miami Bch, FL 33160
Tel: 305/945-1851
Fax: 305/944-8780

**David L. Weber, Esquire**   (Wisc. Bar No.: 1010749)
Pinkert Law Firm LLP
<u>Co-Counsel for Palmer Johnson, Inc.</u>
454 Kentucky Street
Sturgeon Bay, Wisconsin 54235-0089
Tel: 1/920/743-6505
Fax: 1/920/743-2041

**Frank J. Sioli, Esq.**   (Fla. Bar No.: 9652)
Valle & Craig, P.A.
<u>Counsel for Palmer Johnson, Inc.</u>
Dadeland Center, Suite 1000
9155 S. Dadeland Boulevard
Miami, FL 33156
Tel: 305/373-2888
Fax: 305/373-2889

**Joseph L. Mannikko, Esq.**  (Fla. Bar No.: 383120)
Mannikko & Baris
<u>Counsel for Tom Fexas Yacht Design, Inc.</u>
870 S.W. Martin Downs Boulevard
Suite 1
Palm City, Florida 34990
Tel: 561/283-0084
Fax: 561/283-1084