UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6022-CIV-LENARD
MAGISTRATE JUDGE TURNOFF

HENRY NARANJO

      Plaintiff,

vs.

STEPHEN BYRON SMITH, and
PALMER JOHNSON, INC.

      Defendants,

_____/

PALMER JOHNSON, INC.

      Third Party Plaintiff,

vs.

TOM FEXAS YACHT DESIGN, INC.

      Third-Party Defendant.

_____/

## AMENDMENT TO JOINT PRETRIAL STIPULATION
## PLAINTIFF'S ADDENDUM TO TRIAL WITNESS LIST

COMES NOW the Plaintiff, HENRY NARANJO, by and through undersigned counsel,

and hereby files an Addendum to his Trial Witness List, as referenced in the parties' Joint

Pretrial Stipulation under Section X. LIST OF TRIAL WITNESSES, filed on October 11, 2001,

and adds the following witness:

1. Bryce Epstein, M.D.
   21000 N.E. 28th Avenue
   Suite 104
   Aventura, FL 33180

Dr. Epstein is expected to testify concerning the Plaintiff's physical condition.

CASE NO.: 00-6022-CIV-LENARD
MAGISTRATE JUDGE TURNOFF

## CERTIFICATE OF SERVICE

**IT IS HEREBY CERTIFIED** that a true and correct copy of the foregoing

AMENDMENT TO JOINT PRETRIAL STIPULATION, PLAINTIFF'S ADDENDUM TO

TRIAL WITNESS LIST, was mailed on this 12th day of October, 2001, to the parties listed on

the attached List of Service.

Respectfully submitted,

BLANCK & PERRY, P.A.
Co-Counsel for Plaintiff
5730 S.W. 74th Street, Suite 700
Miami, Florida 33143
Tel:  305/663-0177; Fax: 305/663-0146

BY:_____
    F. DAVID FAMULARI, ESQUIRE
    FLA. BAR NO. 0860506

2

CASE NO.:  00-6022-CIV-LENARD
MAGISTRATE JUDGE TURNOFF

## LIST OF SERVICE

**John D. Kallen, Esquire**    (Fla. Bar No.:  277428)
Badiak, Will & Kallen
<u>Counsel for Stephen Byron Smith</u>
17071 West Dixie Highway
North Miami Bch, FL 33160
Tel: 305/945-1851
Fax: 305/944-8780

**David L. Weber, Esquire**    (Wisc. Bar No.:  1010749)
Pinkert Law Firm LLP
<u>Co-Counsel for Palmer Johnson, Inc.</u>
454 Kentucky Street
Sturgeon Bay, Wisconsin 54235-0089
Tel: 1/920/743-6505
Fax: 1/920/743-2041

**Frank J. Sioli, Esq.**    (Fla. Bar No.:  9652)
Valle & Craig, P.A.
<u>Counsel for Palmer Johnson, Inc.</u>
Dadeland Center, Suite 1000
9155 S. Dadeland Boulevard
Miami, FL 33156
Tel: 305/373-2888
Fax: 305/373-2889

**Joseph L. Mannikko, Esq.**  (Fla. Bar No.:  383120)
Mannikko & Baris
<u>Counsel for Tom Fexas Yacht Design, Inc.</u>
870 S.W. Martin Downs Boulevard
Suite 1
Palm City, Florida 34990
Tel: 561/283-0084
Fax: 561/283-1084