UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.00-6022-CIV-LENARD/TURNOFF

**HENRY NARANJO,**

> Plaintiff,

vs.

**STEPHEN BYRON SMITH and PALMER JOHNSON, INC.,**

> Defendants.

_____/



## ORDER OF REFERENCE OF PLAINTIFF'S MOTION TO AMEND AMENDED COMPLAINT TO ADD DIVERSITY JURISDICTION

PURSUANT to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned cause is referred to **United States Magistrate Judge William C. Turnoff** to take all necessary and proper action as required by law with respect to **Plaintiff's Motion to Amend Amended Complaint to Add Diversity Jurisdiction** (D.E. 104) **and motions and papers relating thereto.**

Pursuant to this referral order, it is also

**ORDERED AND ADJUDGED** that it is the responsibility of the parties in this case to indicate the name of the Magistrate Judge assigned to the case on all motions and related papers referred by this order.

1

**DONE AND ORDERED** in Chambers at Miami, Florida this _15_ day of

October, 2001.

JOAN A. LENARD
UNITED STATES DISTRICT JUDGE

cc:     U.S. Magistrate Judge William C. Turnoff

John D. Kallen, Esq.
Badiak, Will & Kallen
17071 West Dixie Hwy
North Miami Beach, FL 33160

Manuel Valdes, Esq.
Ste. 330, Ocean Bank Bldg.
782 N.W. 42nd Ave
Miami, FL 33126

F. David Famulari, Esq.
• Underwood, Karcher & Karcher
6th Floor, Grove Plaza Bldg.
2900 S.W. 28th Terrace
Miami, FL 33133

Frank J. Sioli, Esq.
Valle & Craig
80 S.W. 8th St., Ste. 2520
Miami, FL 33130

David L. Weber, Esq.
Pinkert Law Firm, LLP
454 Kentucky Street
PO Box 89
Sturgeon Bay, WI 54235

00-6022-CIV-LENARD/TURNOFF