UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**HENRY NARANJO and**
**MARLENE RAMIREZ**

CASE NO.: 00-~~602~~ 6022-CIV-LENARD
JUDGE: WILLIAM C. TURNOFF

    **Plaintiffs,**

v.

**STEPHEN BYRON SMITH, and**
**PALMER JOHNSON, INC.**

    **Defendants,**
_____/

**PALMER JOHNSON, INC.**

    **Third Party Plaintiff,**

v.

**TOM FEXAS YACHT DESIGN, INC.**

    **Defendant.**
_____/

### TOM FEXAS YACHT DESIGN, INC'S MOTION
### FOR EXTENSION OF TIME TO FILE EXHIBIT LIST AND WITNESS LIST

Tom Fexas Yacht Design, Inc., (Fexas) Third Party Defendant, moves the Court for an order extending the time for Fexas to file his Exhibit List and Witness List and states:

1.     Fexas has not received Palmer Johnson's Exhibit List and Witness List. Fexas needs these lists before it can make a final decision as to its witnesses and exhibits. Preliminary Lists have been filed by Fexas.

    **WHEREFORE**, Fexas asks the court to grant Fexas an extension of time to file his Exhibit List and Witness List.

NON-COMPLIANCE OF S.D. fla. L.R. _S.I.A.?_



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail this 11th day of October, 2001 to **Laurence F. Valle, Esquire, Frank J. Sioli, Esquire**, Valle & Craig, P.A. at 9155 South Dadeland Boulevard, Suite 1000, Dadeland Centre, Miami, Florida 33156; **F. David Famulari, Esquire**, Blanck & Perry, P.A., 5730 SW 74th Street, Suite 700, Miami, FL 33143; **Manuel Valdes, Esquire**, Law Offices of John W. Burke, P.A., Suite 330, Ocean Bank Building 782 NW 42nd Avenue Miami, FL 33126, **David Weber, Esquire** and the **Pinkert Law Firm, LLP**, 454 Kentucky Street, Sturgeon Bay, WI 54235-0089; and **John D. Kallen**, Badiak, Will & Kallen, 17071 West Dixie Highway, North Miami Beach, FL 33160.

MANNIKKO & BARIS

By: _____
Joseph L. Mannikko 383120
Counsel for Tom Fexas Yacht Design, Inc.
870 SW Martin Downs Blvd., Suite 1
Palm City, Florida 34990
(561) 283-0084
(561) 283-1084 facsimile

F:\FEXAS\MOT.ext time exhibit list and witness list.wpd