**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**HENRY NARANJO and**
**MARLENE RAMIREZ**

      **Plaintiffs,**

**v.**

**STEPHEN BYRON SMITH, and**
**PALMER JOHNSON, INC.**

      **Defendants,**
_____/

**PALMER JOHNSON, INC.**

      **Third Party Plaintiff,**

**v.**

**TOM FEXAS YACHT DESIGN, INC.**

      **Defendant.**
_____/

**CASE NO.: 00-6022-CIV-LENARD**
**JUDGE: WILLIAM C. TURNOFF**

```
FILED by _____ D.C.
MAG. SEC.

   OCT 16 2001

  CLARENCE MADDOX
 CLERK U.S. DIST. CT.
 S.D. OF FLA. - MIAMI
```

### ORDER ON TOM FEXAS YACHT DESIGN, INC'S MOTION
### FOR CONTINUANCE OF SETTLEMENT CONFERENCE

THIS MATTER having been brought before the Court upon Tom Fexas Yacht

Design, Inc's Motion for Continuance of Settlement Conference and the Court having been

otherwise advised in the premises, it is hereby:

ORDERED that Tom Fexas Yacht Design, Inc's Motion for Continuance of

Settlement Conference is hereby: _____DENIED._____

_____

_____.



DONE AND ORDERED in Miami, Dade County, Florida on this __10__ day of

__OCT·__, 20_01_

By: _____
WILLIAM C. TURNOFF

Copies furnished to:

Joseph L. Mannikko, Esquire
Lawrence F. Valle, Esquire
Manuel Valdes, Esquire
David Weber, Esquire
John D. Kallen, Esquire

F:\FEXAS\Mot Continue Settlement Conf.ord.wpd