LFV/FJS lks
97-1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6022-CIV-LENARD
Magistrate Judge Turnoff

NIGHT BOX
FILED

OCT 16 2001

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

HENRY NARANJO and
MARLENE RAMIREZ,

    Plaintiffs,

v.

STEPHEN BYRON SMITH, and
PALMER JOHNSON, INC.,

    Defendants.
_____/

PALMER JOHNSON, INC.,

    Third Party Plaintiff,

v.

TOM FEXAS YACHT DESIGN, INC.,

    Defendant.
_____/

### PALMER JOHNSON'S OBJECTION TO TOM FEXAS' FIRST SET OF INTERROGATORIES AND FIRST REQUEST TO PRODUCE

COMES NOW, the Defendant, Palmer Johnson, by and through its undersigned attorneys, and file this its Objection to Tom Fexas' First Set of Interrogatories dated September 13, 2001, and First Request to Produce dated September 15, 2001, in the above captioned matter, and in support thereof states as follows:

1. That the First Set of Interrogatories and First Request to Produce filed by the Third Party Defendant, Tom Fexas, were served outside of the expert and fact discovery

time parameters as found in this Court's latest orders, which set the fact discovery deadline at August 20, 2001, and the expert discovery deadline at August 30, 2001.

WHEREFORE the Defendant respectfully requests that this Court enter an order sustaining the aforementioned objection.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing motion has been furnished by mail this **16th** day of October, 2001 to: **Manuel Valdes, Esquire**, Law Offices of Manuel Valdes, Attorneys for Plaintiffs, 910 Madrid Street, Coral Gables, Florida 33134; **F. David Famulari, Esquire**, Co-Counsel for Plaintiffs, Blanck & Perry, P.A., 5730 SW 74th St., Suite 700, Miami, FL 33143; **John D. Kallen, Esquire**, Badiak, Will & Kallen, Attorneys for Stephen Byron Smith, 17071 West Dixie Highway, North Miami Beach, Florida 33160; **Joseph L. Mannikko, Esquire,** Mannikko & Baris, P.A., 870 SW Martin Downs Blvd., Suite 1, Palm City, Florida 34990, and **David L. Weber, Esquire**, Pinkert Law Firm LLP, 454 Kentucky Street, P.O. Box 89, Sturgeon Bay, WI 54235-0089.

                                    VALLE & CRAIG, P.A.
                                    Co-Counsel for Defendant,
                                    PALMER JOHNSON, INC.
                                    Dadeland Centre, Suite 1000
                                    9155 South Dadeland Boulevard
                                    Miami, Florida 33156
                                    Telephone:        (305) 373-2888
                                    Fax:                  (305) 373-2889

By: _____
       LAURENCE F. VALLE
       Florida Bar No. 121382
       FRANK J. SIOLI
       Florida Bar No. 009652
       DAVID WEBER
       Wisconsin Bar. No. 1010749