UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**HENRY NARANJO and**  CASE NO.: 00-6022-CIV-LENARD
**MARLENE RAMIREZ**  JUDGE: WILLIAM C. TURNOFF

**Plaintiffs,**

v.

**STEPHEN BYRON SMITH, and**
**PALMER JOHNSON, INC.**

**Defendants,**
_____/

**PALMER JOHNSON, INC.**

**Third Party Plaintiff,**

v.

**TOM FEXAS YACHT DESIGN, INC.**

**Defendant.**
_____/

### TOM FEXAS YACHT DESIGN, INC.'S RESERVATION OF OBJECTIONS TO PALMER JOHNSON, INC. AND HENRY NARANJO DOCUMENTS

Tom Fexas Yacht Design, Inc. reserves all objections to any document proposed by Palmer Johnson, Inc. and Henry Naranjo on the grounds that they failed to provide to Fexas a document list.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail this 11th day of October, 2001 to **Laurence F. Valle, Esquire**, **Frank J. Sioli, Esquire**, Valle & Craig, P.A. at 9155 South Dadeland Boulevard, Suite 1000, Dadeland Centre, Miami, Florida 33156; **F. David Famulari, Esquire**, Blanck & Perry, P.A., 5730 SW 74th Street, Suite 700, Miami, FL 33143; **Manuel Valdes, Esquire**, Law Offices of John W. Burke, P.A., Suite 330, Ocean Bank Building 782 NW 42nd Avenue



Miami, FL 33126, **David Weber, Esquire** and the **Pinkert Law Firm, LLP**, 454 Kentucky Street, Sturgeon Bay, WI 54235-0089; and **John D. Kallen**, Badiak, Will & Kallen, 17071 West Dixie Highway, North Miami Beach, FL 33160.

                                               **MANNIKKO & BARIS**

By: _____
Joseph L. Mannikko 383120
Counsel for Tom Fexas Yacht Design, Inc.
870 SW Martin Downs Blvd., Suite 1
Palm City, Florida 34990
(561) 283-0084
(561) 283-1084 facsimile

F:\FEXAS\PTS Reservation of Obj PJ, HN.wpd