## CIVIL CALENDAR/MINUTES
## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
MAG. SEC.
OCT 19 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

U.S. MAGISTRATE JUDGE **WILLIAM C. TURNOFF**     Courtroom **X**

Case No. **00-6022-CV-Lenard**   Date: **10/18/01**   Time: **2:00 PM**

Magistrate Clerk **Amy Jordan**

Court Reporter _____     Tape No.: 01G-

Title of Case **HENRY NARANJO vs. STEPHEN SMITH**

Plaintiff Attorney (s) **Manuel Valdes** (present), David Famubri, John Burke

Defendant Attorney (s) **John Kallen**, David Weber, Larry Valle

Reason for Hearing: **SETTLEMENT CONFERENCE**

Result of Hearing: Settlement held
Case Settled

Case Continued to: _____   Time _____   For _____