UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6022-CIV-LENARD/TURNOFF

HENRY NARANJO and MARLENE RAMIREZ,

    Plaintiff(s),

vs.

STEPHEN BYRON SMITH,

    Defendant(s).
_____/

FILED by AG D.C.
OCT 19 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

NOTICE OF COURT PRACTICE UPON
MAGISTRATE'S NOTICE OF SETTLEMENT

**THIS CAUSE** is before the court upon the Magistrate's telephonic notice of settlement on October 18, 2001.

**THE PARTIES** are notified that the parties shall file all papers, that are related to the settlement reached by the parties, including any order of dismissal stating specific terms and conditions, on or before **4:30 p.m. on November 7, 2001**. The Pretrial Conference scheduled for October 25, 2001 is hereby cancelled. If the parties do not comply with this Order, then the court shall DISMISS the case with prejudice or proceed to calendar call and trial as currently scheduled for November 8, 2001 and November 12, 2001, respectively.

**DONE AND ORDERED** in Chambers at Miami, Florida this 19 day of October, 2001.

JOAN A. LENARD
UNITED STATES DISTRICT JUDGE

Copies furnished to:    Magistrate Judge William C. Turnoff

F. David Underwood, Esq.
Manuel Valdes, Esq.
John D. Kallen, Esq.
Shawn B. McKamey, Esq.