


**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**HENRY NARANJO and MARLENE RAMIREZ**

**CASE NO.: 00-6022-CIV-LENARD**
**JUDGE: WILLIAM C. TURNOFF**

**Plaintiffs,**

**v.**

**STEPHEN BYRON SMITH, and PALMER JOHNSON, INC.**

**Defendants,**
______________________________/

**PALMER JOHNSON, INC.**

**Third Party Plaintiff,**

**v.**

**TOM FEXAS YACHT DESIGN, INC.**

**Defendant.**
______________________________/

**TOM FEXAS YACHT DESIGN, INC.'S**
**CERTIFICATE OF INTERESTED PERSONS**

Tom Fexas Yacht Design, Inc.'s files its Certificate of Interested Persons in accordance with the Court's Order of March 3, 2000 as follows:

1. Tom Fexas
   c/o Mannikko & Baris
   870 SW Martin Downs Boulevard, Suite 1
   Palm City, FL 34990

2. Tom Fexas Yacht Design, Inc.
   c/o Mannikko & Baris
   870 SW Martin Downs Boulevard, Suite 1
   Palm City, FL 34990



3. Joseph L. Mannikko
Mannikko & Baris
870 SW Martin Downs Boulevard, Suite 1
Palm City, FL 34990

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail this 18 day of October, 2001 to **Laurence F. Valle, Esquire**, **Frank J. Sioli, Esquire**, Valle & Craig, P.A. at 9155 South Dadeland Boulevard, Suite 1000, Dadeland Centre, Miami, Florida 33156; **F. David Famulari, Esquire**, Blanck & Perry, P.A., 5730 SW 74th Street, Suite 700, Miami, FL 33143; **Manuel Valdes, Esquire,** Law Offices of John W. Burke, P.A., Suite 330, Ocean Bank Building, 782 NW 42nd Avenue Miami, FL 33126, **David Weber, Esquire** and the **Pinkert Law Firm, LLP**, 454 Kentucky Street, Sturgeon Bay, WI 54235-0089; and **John D. Kallen**, Badiak, Will & Kallen, 17071 West Dixie Highway, North Miami Beach, FL 33160.

**MANNIKKO & BARIS**

By: ______________________
Joseph L. Mannikko 383120
Counsel for Tom Fexas Yacht Design, Inc.
870 SW Martin Downs Blvd., Suite 1
Palm City, Florida 34990
(561) 283-0084
(561) 283-1084 facsimile

F:\FEXAS\PTS Certificate of Interested Persons.wpd