LFV\dyc
97-1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6022-CIV-LENARD
Magistrate Judge Turnoff

HENRY NARANJO and MARLENE RAMIREZ,

    Plaintiffs,

v.

STEPHEN BYRON SMITH, and PALMER JOHNSON, INC.,

    Defendants.
_____/

PALMER JOHNSON, INC.,

    Third Party Plaintiff,

v.

TOM FEXAS YACHT DESIGN, INC.,

    Defendant.
_____/

## STIPLATION FOR DISMISSAL WITH PREJUDICE

A resolution of all matters and things in dispute between the Plaintiffs, HENRY NARANJO and MARLENE RAMIREZ, and the Defendant/Third Party Plaintiff, PALMER JOHNSON, INC. and the Third Party Defendant, TOM FEXAS YACHT DESIGN, INC., having been reached, and upon agreement of the parties, it is:

STIPULATED AND AGREED that all of the Plaintiffs, HENRY NARANJO and MARLENE RAMIREZ's claims and causes of action against the Defendant/Third Party Plaintiff, PALMER JOHNSON, INC. and the Third Party Complaint against

Defendant, TOM FEXAS YACHT DESIGN, INC., in this litigation be Dismissed with Prejudice, each said party to bear their own costs and attorney's fees and each party to execute documents reasonably necessary to effect the basis for the resolution of this case.   Dated this __7__ day of __November__, 2001.

| | |
|---|---|
| Attorneys for Plaintiffs,<br>**HENRY NARANJO and**<br>**MARLENE RAMIREZ**<br>Law Offices of Manuel Valdes<br>28 West Flagler Street<br>Suite 202<br>Miami, Florida 33130<br>Telephone: (305) 377-3700<br><br>By: _/s/ Manuel Valdes_<br>Manuel Valdes, Esquire<br>Florida Bar No. _13307_ | VALLE & CRAIG, P.A.<br>Attorneys for Defendant /<br>Third Party Plaintiff,<br>**PALMER JOHNSON, INC.**<br>9155 South Dadeland Blvd.<br>Suite 1000, Dadeland Centre<br>Miami, Florida 33130<br>Telephone: (305) 373-2888<br><br>By: _/s/ Laurence F. Valle_<br>Laurence F. Valle, Esquire<br>Florida Bar No. 121382<br><br>Mannikko & Baris, P.A.<br>Attorneys for Third Party Defendant<br>**TOM FEXAS YACHT DESIGN, INC.**<br>870 S.W. Martin Downs Blvd.<br>Suite 1<br>Palm City, Florida 34990<br>Telephone: (561) 283-0084<br><br>By:_____<br>Joseph L. Mannikko, Esquire<br>Florida Bar No. . _____ |

Defendant, TOM FEXAS YACHT DESIGN, INC., in this litigation be Dismissed with Prejudice, each said party to bear their own costs and attorney's fees and each party to execute documents reasonably necessary to effect the basis for the resolution of this case. Dated this _____ day of _____, 2001.

Attorneys for Plaintiffs,
**HENRY NARANJO and MARLENE RAMIREZ**
Law Offices of Manuel Valdes
28 West Flagler Street
Suite 202
Miami, Florida 33130
Telephone: (305) 377-3700

By: _____
Manuel Valdes, Esquire
Florida Bar No. 13307

VALLE & CRAIG, P.A.
Attorneys for Defendant / Third Party Plaintiff,
**PALMER JOHNSON, INC.**
9155 South Dadeland Blvd.
Suite 1000, Dadeland Centre
Miami, Florida 33130
Telephone: (305) 373-2888

By: _____
Laurence F. Valle, Esquire
Florida Bar No. 121382

Mannikko & Baris, P.A.
Attorneys for Third Party Defendant
**TOM FEXAS YACHT DESIGN, INC.**
870 S.W. Martin Downs Blvd.
Suite 1
Palm City, Florida 34990
Telephone: (561) 283-0084

By: _____
Joseph L. Mannikko, Esquire
Florida Bar No. 383120