UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HENRY NARANJO and
MARLENE RAMIREZ,

        Plaintiff,

vs.

STEPHEN BYRON SMITH,

        Defendant.
_____/

CASE NO. 00-6022-CIV-LENARD

**JOINT STIPULATION AND ORDER OF DISMISSAL**

FILED by _____ D.C.
NOV 09 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### JOINT STIPULATION FOR DISMISSAL

The parties hereto, by and through their undersigned counsel, jointly stipulate and agree to the dismissal, with prejudice, of the plaintiff's complaint against defendant Stephen Byron Smith, with each party to bear their own costs and fees.

Dated: Nov 7, 2001

Badiak, Will & Kallen
Counsel for Royal
17071 West Dixie Highway
No. Miami Beach, FL 33160
305-945-1851

By: _____
John D. Kallen
Florida Bar No. 277428

Blanck & Perry, P.A.
Counsel for Plaintiffs
5730 SW 74th Street, #700
Miami, FL 33143
305-663-0177

By: _____
F. David Famulari
Florida Bar No.

Law Office of Manuel Valdes
Counsel for Plaintiffs
28 West Flagler Street, #202
Miami, FL 33130
305-377-3700

By: _____
Manuel Valdes
Florida Bar No.

### ORDER OF DISMISSAL

THIS CAUSE came before the Court upon the Joint Stipulation of the above parties, and the Court being duly advised in the premises, it is hereupon

CASE NO. 00-6022-CIV-LENARD

ORDERED AND ADJUDGED that plaintiff's complaint against defendant Stephen Byron Smith be dismissed, with prejudice, with each party to bear their own costs and fees.

DONE AND ORDERED in Chambers at Miami, Dade County, Florida, this 9 day of Nov, 2001.

Joan A. Lenard
District Judge

Copies furnished to:

John D. Kallen, Esq.
Manuel Valdes, Esq.
F. David Famulari, Esq.