UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6022-CIV-LENARD
Magistrate Judge Turnoff

HENRY NARANJO and MARLENE RAMIREZ,

    Plaintiffs,

v.

STEPHEN BYRON SMITH, and PALMER
JOHNSON, INC.,

    Defendants.

_____/

PALMER JOHNSON, INC.,

    Third Party Plaintiff,

v.

TOM FEXAS YACHT DESIGN, INC.,

    Defendant.

_____/

FILED by RG D.C.

NOV 1 5 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**

UPON the foregoing Stipulation and the Court being duly advised in the premises, it is hereby:

ORDERED AND ADJUDGED that the Complaint against PALMER JOHNSON, INC. and the Third Party Complaint in this cause, be dismissed, with prejudice, each party to bear their own costs and attorney's fees.

~~Jurisdiction is retained to enforce the terms of settlement, if necessary.~~

**DONE AND ORDERED** in Chambers in Miami, Miami-Dade County, Florida this 15 day of _____Nov._____, 2001.

Joan A. Lenard

DISTRICT COURT JUDGE

Copies furnished to:
Laurence F. Valle, Esq.
Manuel Valdes, Esq.